# 25-3078

**IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

UNITED STATES OF AMERICA,
*Appellee*,

v.

SHAWN PHILLIPS, JEFFREY NOVIS,
*Defendants*,

PHILIP PRIOLO,
*Defendant-Appellant.*

On Appeal from the United States District Court for the Eastern District of New York, No. 2:21-cr-00566
(Hon. Nusrat J. Choudhury)

## SUPPLEMENTAL APPENDIX VOLUME II FOR THE UNITED STATES

A. TYSEN DUVA
Assistant Attorney General

ANN F. ENTWISTLE
CHARLES B. DUNN
JASON FELDMAN
Trial Attorneys
Criminal Division, Fraud Section

SARAH E. EDWARDS
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave. NW
Washington, DC 20530
202.913.4782
sarah.edwards@usdoj.gov

# TABLE OF CONTENTS

TABLE OF CONTENTS ........ i

District Court's Opinion Denying Defendant's Rule 29 Motion ........ 1

U.S. v PRIOLO TRIAL TRANSCRIPTS ........ 28

I. March 11, 2025 Transcript ........ 28

A. Opening Statements (Tr. 16) ........ 31

B. Sharon Soltis (Tr. 46) ........ 39

1. Direct ........ 39

2. Cross ........ 45

C. Cheryl Jacquard (Tr. 74) ........ 46

1. Direct ........ 46

II. March 12, 2025 Transcript ........ 88

A. Pamela Kay Pence (Tr. 182) ........ 94

1. Direct ........ 94

2. Cross ........ 96

B. Cheryl Jacquard continued (Tr. 207) ........ 100

1. Direct ........ 100

2. Cross ........ 112

C. Ashley Seip (Tr. 289) ........ 121

1. Direct ........ 121

2. Cross ........ 125

D. Marilyn Burks (Tr. 311) ........ 126

1. Direct ........ 126

2. Cross ........ 128

3. Redirect ........ 129

E. Joseph Bizzarro (Tr. 324) ........ 129

1. Direct ........ 129

III. March 13, 2025 Transcript ........ 167

A. Marlene Montilla (Tr. 419) ........ 180

1. Direct ........ 180

2. Cross ........ 183

3. Redirect ........ 186

B. Mary Lilienkamp (Tr. 450) ........ 188

1. Direct ........ 188

2. Cross ........ 203

C. Cathy Johnson (Tr. 526) ........ 207

1. Direct ........ 207


***VOLUME II***


IV. March 14, 2025 Transcript ........ 251

A. Cathy Johnson continued (Tr. 590) ........ 253

1. Direct ........ 253

2. Cross ........ 277

V. March 17, 2025 Transcript ........ 299

A. Cathy Johnson continued (Tr. 722) ........ 304

1. Cross ... 304

B. Deposition of Alemitu Teshale Shown (Tr. 743) ... 309

C. Thomas Ressler (Tr. 751) ... 311

1. Direct ... 311

2. Cross ... 318

D. Christine Reins-Jarin (Tr. 798) ... 323

1. Direct ... 323

2. Cross ... 341

3. Redirect ... 343

VI. Deposition of Alemitu Teshale Transcript ... 378

GX 1 – Winners Circle NPF Notice ... 421

GX 2 – Winners Circle NRS Notice ... 429

GX 3 – Winners Circle CBS Notice ... 437

GX 4 – Winners Circle CPR Notice ... 445

GX 5 – Winners Circle GDM Notice ... 453

GX 6 – Winners Circle MMP Notice ... 461

GX 7 – Winners Circle PES Notice ... 469

GX 8 – Winners Circle CPC Notice ... 475

GX 9 – Winners Circle BNO Notice ... 479

GX 10 – Winners Circle PVS Notice ... 487

GX 11 – Winners Circle PAB Notice ... 492

GX 12 – Winners Circle PPR Notice ... 497

GX 13 – Winners Circle PPF Notice ........ 502

GX 14 – Winners Circle AAA Notice ........ 508

GX 15 – Winners Circle CPM Notice ........ 513

GX 21 – Feel Lucky Group CBA Notice ........ 521

GX 22 – Feel Lucky Group MDPE Notice ........ 529

GX 23 – Feel Lucky Group DON Notice ........ 537

***VOLUME III***

GX 24 – Feel Lucky Group MMS Notice ........ 545

GX 25 – Feel Lucky Group FDS Notice ........ 553

GX 26 – Feel Lucky Group RCD Notice ........ 559

GX 27 – Feel Lucky Group WCD Notice ........ 567

GX 28 – Feel Lucky Group CPA Notice ........ 575

GX 29 – Feel Lucky Group GPL Notice ........ 578

GX 30 – Feel Lucky Group MPG Notice – Email proof ........ 581

GX 122 – 4/1/15 Email Attaching Winners Circle April 2015 Backend Schedule .. 586

GX 158 – 9/1/16 Email Attaching Winners Circle and Feel Lucky Spreadsheets ... 589

GX 160 – Return to Sender Mailings from Owen St. Search ........ 620

GX 162 – Complaints and Responses from Owen St. Search ........ 653

GX 173 – Complaints and Refunds from Owen St. Search ........ 684

GX 188 – 2/28/00 Justin Grant, Ltd. Letter ........ 733

GX 362 – Mailings to Priolo and 3/2/15 Email re: CBS - amendments ........ 734

GX 374 – 2/24/16 Email re: new company Lucky Group ........ 796

GX 383 – Sweepstakes Advisory Network Corporate Records .................................. 797

GX 393 – Rule 1006 Summary of Transaction and Payment Records ....................... 807

GX 401 – Sweepstakes Reporting Network Mailing with Notes ................................ 808

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X
UNITED STATES OF AMERICA, : 21-CR-00566(NJC)
:
: United States Courthouse
-against- : Central Islip, New York
:
: March 14, 2025
: 9:15 a.m.
PHILIP PRIOLO, :
:
Defendant. :
- - - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE NUSRAT J. CHOUDHURY
UNITED STATES DISTRICT COURT JUDGE

A P P E A R A N C E S:

For the Government: JOHN J. DURHAM, ESQ.
United States Attorney
Eastern District of New York
100 Federal Plaza, Suite 570
Central Islip, New York 11722

BY: ANN F. ENTWISTLE, ESQ.
CHARLES B. DUNN, ESQ.
JASON FELDMAN, ESQ.
Assistant United States Attorneys

For the Defendant: JAMES FROCCARO, ESQ.
20 Vanderventer Avenue, Suite 103W
Port Washington, New York 11050

JONATHAN I. EDELSTEIN, ESQ.
501 5th Avenue, Suite 514
New York, New York 10017

Court Reporter: DENISE PARISI, RPR, CRR
E-mail: DeniseParisi72@gmail.com

Proceedings recorded by computerized stenography. Transcript produced by Computer-aided Transcription.

*Denise Parisi, RPR, CRR*
*Official Court Reporter*



(Trial resumes.)

THE COURT: Good morning, counsel.

MR. FROCCARO: Good morning.

MS. ENTWISTLE: Good morning.

THE COURT: Good to see you all on this fifth day of trial.

I received yesterday the parties' joint request for an instruction prior to the showing of deposition video testimony and the content generally looks fine. It doesn't touch on all of the points that I normally cover when we show a video deposition. So I'm going to read you what I normally read and then I will go into the parties' stipulated language. This is what I normally say:

Jurors, testimony will now be presented through a video deposition. A deposition contains the sworn recorded answers to questions that counsel for both parties asked a witness before trial. Normally you would hear live testimony from a witness. However, a witness's testimony may sometimes be presented in the form of a deposition if the witness is not present in court. Before this trial attorneys representing the parties questioned this witness under oath. A court reporter was present -- or I should say a video court reporter was present --

MS. ENTWISTLE: Your Honor, there was a videographer.





There was also a court reporter present who swears her in on the video. So that's accurate.

THE COURT: So a court reporter was present and recorded the testimony along with a videographer.

The questions and answers will be shown to you today by video. You must give this deposition testimony the same consideration as if the witness had been present and had testified from the witness stand in court. And then I would go to the parties' stipulated language. You will hear the voices for the government and the attorney for the defendant asking the witnesses questions just as they do here in court. Copies of the exhibits that have been shown to the witness have been printed in paper and have been provided to you. They are labeled with the exhibit numbers you will hear.

Any concerns from the government?

MS. ENTWISTLE: No concerns, your Honor.

I wanted to raise our plan for the video. We are not planning to play the introduction where the videographer speaks where and says we are going on the record and I am recording. We are planning to start the video when the court reporter swears in Ms. Teshale. I assume there is no opposition to that.

MR. FROCCARO: No.

MS. ENTWISTLE: And then we will end as soon as





Mr. Feldman says he has no further questions and the court reporter asks her if she wants to read and sign, et cetera, the sort of logistics.

Just so it's on the record that's what we plan to play.

MR. FROCCARO: Have you guys seen it? I haven't seen it.

Knowing me I probably didn't access it right.

MS. ENTWISTLE: No problem.

We did upload it to the file sharing platform. If you have trouble or you want to watch it on one of our computers --

MR. FROCCARO: I lived it. I don't need to see it.

MS. ENTWISTLE: The only other thing we wanted to raise with regard to the paper copies, if we are starting right after a break we are happy to set them on the jurors' chairs.

We have manila folders with all four, it's just four exhibits. If a witness finishes and we are rolling right into it we can have a paralegal or support staff hand a stack to each row to pass out the manila folders to the jurors.

THE COURT: So you have the folders ready to go.

MS. ENTWISTLE: We have one ready for the

jurors, a copy for each juror with the exhibits in each one.

THE COURT: At the conclusion of Ms. Johnson's testimony, after I give this instruction on Ms. Teshale's testimony by deposition, then you will hand the stack to Mr. Morabito and he will give the exhibits to the jurors.

And, Mr. Froccaro, you have looked at the exhibits. You have no --

MR. FROCCARO: Sure. There are some of mine in there as well, Judge.

THE COURT: Wonderful.

MS. ENTWISTLE: The only final point, there are two exhibits that the government uses.

They are previously in evidence. I can give you the numbers.

THE COURT: Sure.

MS. ENTWISTLE: I apologize.

The folder is downstairs. I believe it's 9 and --

MR. FELDMAN: And 57, your Honor.

THE COURT: Okay. 9 and 57.

MS. ENTWISTLE: And it's Defense Exhibits A and B, which I believe Mr. Froccaro needs to offer into evidence.

So we can do that at any time.





THE COURT: Understood.

MR. FELDMAN: We have no objection to Defense Exhibit A and B.

THE COURT: Yes, and they were used in the deposition, so it's all good with A and B.

We do need to formally admit A and B. I don't have a problem admitting exhibits outside the presence of the jury. I think it makes everything go smoother when the jury is here. Mr. Froccaro, do you want to move for the admission of Exhibits A and B?

MR. FROCCARO: I move for the admission of Defense Exhibits A and B, your Honor.

THE COURT: No objection from the government?

MS. ENTWISTLE: No objection, your Honor.

THE COURT: They are admitted.

So all of the exhibits the jury will be handed will be in evidence and we can move through that more quickly.

(Defense Exhibits A and B were received in evidence.)

THE COURT: Mr. Froccaro, I didn't double-check and make sure you have no concerns with the instruction I read out to you, the combination of my general video instructions.

MR. FROCCARO: You mean the deposition thing?





Yes, it was perfect.

THE COURT: Great.

Any further applications from the government?

MS. ENTWISTLE: Nothing from the government.

THE COURT: Mr. Froccaro?

MR. FROCCARO: No, Judge.

THE COURT: Great.

Now we all get a lovely half an hour break before the jury comes in, but please come in at 9:55 and we'll get them ready to go at 10. We will take a very short break because I know we have jurors that have needs but we want to try to power through and get through as much testimony as possible.

MS. ENTWISTLE: Thank you, your Honor.

MR. FROCCARO: Thank you, your Honor.

THE COURT: Hold on one moment.

(Whereupon, there was a pause in the proceedings.)

THE COURT: Thank you, all.

We are good.

(Recess.)

THE COURT: Counsel, Mr. Morabito notified me that Ms. Lilienkamp, one of the witnesses who testified yesterday, left a notebook on which Mr. Feldman had asked her to write down numbers relating to certain individuals





who received mailings as she responded to questions.

The question is whether this needs to be admitted as a court exhibit. I don't see that it does. She was answering verbally to Mr. Feldman's questions. He provided her a notebook as a tool to write down certain PIN numbers on certain of the exhibits that he was questioning her about and then asking her questions to the effect of is that the same number as what you saw in this other document and she verbally responded based on her personal knowledge using this notebook as a tool. But I wanted to confirm that the parties have no concerns about this.

Mr. Dunn?

MR. DUNN: The government has no objection to that.

We believe the transcript adequately reflects what your Honor stated.

THE COURT: Thank you.

Mr. Froccaro?

MR. FROCCARO: No, Judge.

THE COURT: Thank you.

That's all. I wanted to clear up. See you at 10.

(Recess.)

THE COURT: Thank you, everyone. Please have a

seat.

MR. FROCCARO: Judge, what time is the morning break again?

THE COURT: Usually it's 11:30 but we'll see where we are with testimony since we are ending at 12:30.

MR. FROCCARO: Thank you.

THE CLERK: All rise for the jury.

(Jury enters the courtroom.)

THE COURT: Good morning.

We will continue with the testimony of Ms. Johnson who started yesterday.

Government, please bring the witness on to the stand.

MR. DUNN: Thank you, your Honor.

THE CLERK: Please raise your right hand.

CATHY JOHNSON,

having been duly sworn, was examined and testified as follows:

THE CLERK: Please state and spell your name for the record and have a seat.

THE WITNESS: Cathy Johnson, C-A-T-H-Y, J-O-H-N-S-O-N.

DIRECT EXAMINATION

BY MR. DUNN:

Q. Good morning, Ms. Johnson.





A. Good morning.

MR. DUNN: Your Honor, permission to publish Government Exhibit 186, please.

THE COURT: Granted.

(Whereupon, the above-mentioned exhibit was published to the jury.)

MR. DUNN: Would it be convenient for me to move to paper copies via the projector?

THE CLERK: Yes, please.

Is your computer connected?

MR. DUNN: Yes.

THE COURT: And the document's pulled up on the computer.

BY MR. DUNN:

Q. Ms. Johnson, what is this set of documents?

A. These are e-mails between myself -- oh, I'm sorry.

These are e-mails from Phil Priolo to another e-mail address.

Q. And below that do you see where there is an e-mail from you to Mr. Priolo?

What is that?

A. Yes. That's an e-mail from myself to Phil Priolo with an invoice attached.

MR. DUNN: Page two of this document, please.

A. This is a caging invoice.





Q. So page two is an invoice, correct?

A. Yes.

Q. Please wait for me to ask you the question.

A. Sorry.

Q. No trouble.

So the bill to address, who is that?

A. That's Winners Circle, Phil Priolo.

Q. And what is the address there?

A. His home address.

Q. Can you explain the charges on this invoice, starting with buyers?

A. So the buyers would be anyone who sent in a response with money.

The nonbuyers are responders that didn't send me.

Removals are people who asked to be taken off of the mailing lists.

Customer service, anyone who needed a response letter sent, and undeliverable mail would be nixies.

Q. Why do you invoice for caging nonbuyers?

A. Because they still get data entered.

Q. Do you know what that data is used for?

A. Not exactly.

Q. What is your understanding of what that data is used for?





A. That they do still sell some of those names.

Q. Is this a common split between paying and nonpaying respondents to the mailings?

A. Looks like it, yes.

Q. Is there anything that characterizes the nonbuying responses that stands out in your memory?

A. Usually on the nonbuyers they would write notes on them, take it out of my winnings, or things like that.

MR. DUNN: Page 13 and 14 -- go to page 14, please.

BY MR. DUNN:

Q. Starting with the bottom e-mail on August 31st at 2:11, what is your e-mail to Mr. Priolo?

A. My e-mail to him is with the invoices and he wrote back to me to pay myself from JC.

Q. What is JC?

A. That would be the cash, Johnny Cash, with the nickname we used for it.

Q. Johnny Cash?

A. Yes.

Q. Like the singer?

A. Yes.

Q. Who came up with Johnny Cash?

A. Sean Novis.

Q. Did everybody in the Novis operation refer to cash

that way?
A. Yes.
Q. Did Mr. Priolo refer to cash that way?
A. Yes.
Q. And, to be clear, that's cash people responding to the sweeps report promotion sent in --
A. Yes.
Q. -- is that right?
A. Yes.
Q. How did the mail that was to be caged, how did that get to you?
Start with Sean Novis.
A. With Sean Novis I would pick it up for me and Ed Woska would pick up one of his PO boxes also.
Q. Who is Ed Woska?
A. Sean Novis's father-in-law.
Q. How about for Gary Denkberg?
A. Myself and he might have had one box that Ed Woska picked up also.
Q. What about Sean Phillips?
A. Myself and Ed Woska.
Q. Who picked up the mail for Mr. Priolo?
A. Phil Priolo.
Q. And what did Mr. Priolo do with the mail when he picked it up?





A. He would bring it to my house where I was working out of.
Q. How often?
A. Every day, five days a week.
Q. Was this true before August 2015 and after August 2015?
A. Yes.
I believe he was dropping it off at Sean Novis's office also.
Q. So Mr. Priolo picked up the mail then as well?
A. Yes.
Q. Okay.
MR. DUNN: Government Exhibit 394, please. On the other computer.
One moment, your Honor.
(Whereupon, there was a pause in the proceedings.)
MR. DUNN: Permission to publish, your Honor.
I'm sorry. It's already displayed.
THE COURT: Granted.
(Whereupon, the above-mentioned exhibit was published to the jury.)
BY MR. DUNN:
Q. Ms. Johnson, what is this document?
A. These are text messages between myself and Phil





Priolo.
Q. And have you reviewed its contents prior to today?
A. Yes.
Q. Do you agree that this is an accurate reflection from one of your cell phones and your text communications with Mr. Priolo?
A. Yes.
Q. What were the main topics of discussion between you and Mr. Priolo over text message?
A. Usually how much mail there was, when he arrived at my house so I could come out to grab it from him.
Q. And that's for Winners Circle and Feel Lucky.
Is that right?
A. Yes.
MR. DUNN: Line 275, please.
BY MR. DUNN:
Q. And what I'm going to do, I'm going to ask you to read certain sections but then I'll stop you and ask you questions about what you just read.
A. Okay.
Q. So just listen to my instructions to stop. Okay.
So beginning where it says on the left, line 275, just state, I say, you know, and then the text message and Mr. Priolo says, if you would, please.
A. I say, I'll meet you at Old Bethpage today and then





Phil Priolo said, great.
And then I said, I'm at Old Bethpage. I grabbed the mail for you.
Q. Please scroll down.
A. Phil Priolo said, great. On my way to Plainview. I got Bethpage and Melville.
I said, okay. I'll meet you at Plainview.
Phil Priolo said great.
Q. Let me ask you a couple questions about that.
What does he mean when he says, I got Bethpage and Melville?
A. That he had picked up his mail from those two post offices.
Q. Do you remember how far apart Bethpage and Old Bethpage are, the post offices?
A. Maybe six or seven minutes.
Q. How about those post offices in Melville?
A. Bethpage and Melville?
Q. Either one of those.
A. Would be maybe ten minutes.
Q. And then what's Plainview?
A. Plainview to Melville is less than five.
Q. But they are not next door?
A. No.
Q. Please review and read, as you just did, starting at

line 299.
MR. DUNN: So if you could scroll down.
A. Phil Priolo said, good morning. I didn't get anything from PacNet last night. Did you send it late?
And I said, no. Everything went early yesterday. I'll check it when I get home and let you know.
MR. DUNN: Please scroll.
A. Phil Priolo said, thanks.
Then Phil Priolo sent an image.
Q. Okay.
MR. DUNN: Would you please open that image.
BY MR. DUNN:
Q. What is in this image?
A. That would have been the mail that he had picked up for that day.
Q. And do you see priority mail envelopes in there?
A. Yes.
Q. Were respondents to Mr. Priolo's sweeps report pieces required to send documents returned via priority mail or anything other than priority mail with a stamp?
A. No.
Q. Above this, where he asked about PacNet, what was he asking about?
A. He was asking about his deposit from the day before.





Q. Do you recall specifically what information he would have asked about?
A. That it wasn't reflecting on his statement for that day, what I had deposited for him.
Q. So about the money?
A. Right.
Q. Okay.
MR. DUNN: Please scroll past the image.
BY MR. DUNN:
Q. And continue reading the exchange.
A. Phil Priolo said, in the way from Plainview.
And I said, okay. Your deposit went through yesterday. So I don't know why you didn't get a statement last night.
Phil Priolo said, okay. I'll have to call.
Then Phil Priolo sent a mailbox emoji.
Q. Let me ask you that.
What does that mean when he sent a mailbox emoji.
A. That means that he was at my house.
Q. To do what?
A. To drop off his mail for the day and pick up his cash from the day before.
Q. Please continue reading.
A. Phil Priolo said, hi. Didn't get Friday's PacNet.





See if it went through.
I said, it went through. They must be having an issue on their end with e-mails being it happened to you two days in a row. And I sent him an image.
MR. DUNN: Would you please open the image.
BY MR. DUNN:
Q. What is this image?
A. This is an image of his deposit showing how many batches and payments there were within it.
Q. How did you make this image?
What is this a picture from?
A. This is a picture from PacNet, from their website banking website.
MR. DUNN: Please go back to the spreadsheet.
And go to line 466, please.
BY MR. DUNN:
Q. Please start reading from line 466.
A. Phil Priolo said:
Hi, Cathy. Please pay yourself from my JC for Winners and send me a bill -- send me a paid bill, okay.
I said, okay, no problem.
Phil Priolo said, thanks.
Q. Again, what is JC?
A. That would be the cash.
Q. Johnny Cash?





A. Johnny Cash.
Q. Was that a common arrangement with him, that you would just pay yourself out of the cash?
A. Yes.
Q. Continue reading below 477, please.
A. Phil Priolo said, now I bet Gary in being the first to pay. Correct, smiley face.
Phil Priolo, on being.
Then I said, yes, smiley face.
Phil Priolo said, I figure the best payer gets the best service.
Q. Let me ask you a question.
Who's Gary?
A. That would be Gary Denkberg, Horizon Marketing.
Q. Who doesn't pay on time?
A. Sean Novis.
Q. Okay.
MR. DUNN: Please scroll down to line 502.
BY MR. DUNN:
Q. And start reading at 502.
A. Phil Priolo said, hi. Did you get the e-mail from Heff? Phil Priolo, Jeff.
Then I said, yes. He only had three-quarters of a tray.
Q. Read down to the box in 514.

A. Then Phil Priolo sent a thumb's up emoji.
MR. DUNN: Could you go back up to the top at 502.
BY MR. DUNN:
Q. I believe you said e-mail. Is that what that says?
A. No. It says mail.
Hi, did you get the mail from Heff.
Q. Who is your understanding of the Heff, and I think it's clarified --
A. Jeffrey Novis.
Q. How often did Jeffrey Novis pick up the mail?
A. Not that often.
It was usually Phil.
Q. Do you know what mail this would have been that Mr. Novis was picking up?
A. It would have been Winners Circle.
Q. Was Mr. Novis ever at your home, the caging office on Owen Street?
A. In the caging office, no.
You mean Jeff, right?
Q. Yes, Jeffrey Novis, I'm sorry.
A. Yes.
Q. I always need to clarify which Novis we are talking about.
Was Mr. Jeffrey Novis at your home ever at Owen





Street?
A. Just to drop off mail infrequently, but not inside of my home.
MR. DUNN: Line 825, please.
BY MR. DUNN:
Q. And read down to 836.
A. Starting at 25?
Q. 825, yes.
A. Phil Priolo said, slow, today. I'll hold what I have until Monday. Okay, have a nice weekend.
I said, okay. I was thinking maybe it should get picked up tomorrow because your front end should start hitting. Is Yum there on Saturdays? If so I'll swing by and grab Plainview tomorrow.
Q. Let me ask you what that means.
What do you mean by the front end starts hitting?
A. That would be when they are larger mailing for the month would have started to come in.
Q. By larger what do you mean?
A. Their front end mailing.
Q. Are you talking about the actual size of the mail or its volume?
A. No, the volume.
Q. And why would you want to pick it up in that





circumstance with that concern?
A. To stay on top of it so it wasn't very large volume on Monday that way I can start working on it over the weekend.
Q. Line 1101.
Let's read this exchange.
A. Phil Priolo said, I'm coming by to drop off Feel Lucky mail.
I said, okay. How long?
Phil Priolo said, five minutes. Phil Priolo said, great. Lucky is live.
Q. Let me ask you to pause and ask you what that means.
What does he mean Lucky is live?
A. That the Feel Lucky Group's mail had started to come in.
Q. This is approximately the first time that's true?
A. Yes.
Q. And then please continue reading at 1117.
A. Phil Priolo said, how many e-mail address.
I said none. Phil Priolo sent a frowning face, and then I said, not every promotion has a line for e-mail addresses. The only one out of what came in today that has it is CBA.
Phil Priolo said, okay. Let's see what we get tomorrow.





Q. Do you know what he's referring to when he says how many e-mail addresses?
A. There was a line on the one promotion asking for the customer's e-mail address.
Q. And is that what we talked about in one of your schedules on the agreement for Feel Lucky Group where it was written to the side in your handwriting?
A. Yes.
Q. And you still don't recall what that was for?
A. It was for me to figure out pricing for typing up the e-mail addresses.
MR. DUNN: Would you please open the image in 1143.
BY MR. DUNN:
Q. What is in this image?
A. That would have been his mail for the day.
Q. Again, not to belabor the point, but you see the postage amount in the lower right corner.
A. Yes.
Q. And what is that amount?
A. $9.35.
Q. Did any of Mr. Priolo's promotions require that sort of postage?
A. No.
MR. DUNN: Line 1304, please.

BY MR. DUNN:
Q. What is Mr. Priolo's message there on June 21, 2016?
A. On the way. Lucky has a light tray. Winners has a bucket.
MR. DUNN: I'm going to come back to that after we finish this spreadsheet. I'm going to ask a different question but I'm not going to make you switch machines.
Line 1352, please.
BY MR. DUNN:
Q. Please start reading at June 21, 2016.
A. Phil Priolo said, how did we do today?
I said, I just e-mailed you the sheets.
Phil Priolo said, you are the best. Do you want me to open another company?
Q. What is he asking you about there with open another company?
A. If I would be interested in him opening another mailing company, in addition to the two he already had.
Q. So in addition to Winners Circle and Feel Lucky Group?
A. Yes.
Q. Why would another company be useful?
MR. FROCCARO: Judge, objection.
THE COURT: Sidebar.
(Continued on next page.)





(Sidebar.)
MR. FROCCARO: Judge, it's really not anything damaging, but he's asking her what her thought process is?
THE COURT: That's not what the question was. Can you read back the question.
MR. FROCCARO: No one knows better than me.
THE COURT: That's not what the question was.
Reporter, would you read the question back.
(Record read.)
THE COURT: Why would another company be useful.
MR. FROCCARO: To him.
THE COURT: He's asking for her personal knowledge.
MR. FROCCARO: If it's personal knowledge I'm fine.
If she's going to speculate why it would be useful to him --
THE COURT: I don't see how it's a speculative question.
MR. FROCCARO: He asked --
MR. DUNN: Mr. Priolo --
THE COURT: Let Mr. Froccaro finish talking.
MR. FROCCARO: Let him clarify and say why would it be useful.
THE COURT: She may have a personal view. He's





asking about her personal view.
Unless you are not asking about her personal view.
MR. DUNN: Mr. Priolo solicited that information from her.
That's -- it's directly responsive in the text messages. He asked her, should I open another company.
THE COURT: The question he asked her was do you want me to open another company. He's asking about what she wants.
MR. DUNN: Exactly.
THE COURT: His question to the witness is --
MR. DUNN: What utility is it in her view.
MR. FROCCARO: She wants to know what he was -- I thought it was like she's going to get Mr. Priolo's thought process.
THE COURT: I don't believe that's what the question was.
MR. FROCCARO: Is it, Bart?
MR. DUNN: The question was why would that be useful and I believe we can confirm with the court reporter.
THE COURT: If you can confirm to your knowledge.
MR. DUNN: Sure.





MR. FROCCARO: I'm sure it even came up. I'm fine with that.
THE COURT: She can testify to her knowledge. She cannot speculate about what he thought.
MR. FROCCARO: Yes. Thanks.
(Sidebar concluded.)
(Continued on next page.)

(In open court.)
MR. DUNN: With the court's permission, I'll rephrase the question.
THE COURT: Thank you.
BY MR. DUNN:
Q. Here it says, you are the best. Do you want me to open another company?
To your understanding, why would that be useful?
A. To my understanding it would be to make more money.
Q. Would another company do anything different than what Feel Lucky and Winners Circle already did?
A. No.
Q. Okay.
MR. DUNN: Finish with 394.
If we could get back to the digital trial exhibits, please. And, with the court's permission, publish Government Exhibit 151 at page two. This is already in evidence.
THE COURT: Granted.
(Whereupon, the above-mentioned exhibit was published to the jury.)
BY MR. DUNN:
Q. Do you recall the text message where Mr. Priolo says one company had a light tray; the other had a bucket?
A. Yes.





Q. Do you see a light tray and a bucket in this image?
A. Yes.
The bucket would be on the top shelf in the middle and directly under it on that middle shelf would be a light tray.
Q. Do you recall how many pieces of mail fit in a light tray?
A. Probably about 300.
Q. And how about a bucket?
A. 7 to 800.
MR. DUNN: Permission to publish Government Exhibit 153.
THE COURT: Granted.
(Whereupon, the above-mentioned exhibit was published to the jury.)
BY MR. DUNN:
Q. Ms. Johnson, what is this set of documents?
A. This would be a caging sheet.
Q. Let's talk about what's on this caging sheet.
First of all, let's talk about what a caging sheet is.
A. A caging sheet would be the buyers and nonbuyers' summary for each promotion that was caged that day.
Q. Do you recall whose handwriting is on this page?
A. That looks like my mom's handwriting.





Q. How often did your mother work with you?
A. Usually five days a week.
Q. So you couldn't do all the caging by yourself?
A. No.
Q. Let's talk a little bit about the columns first.
Buyers is what?
A. Would be people who responded with money.
Q. And nonbuyers?
A. People who responded without money.
Q. And promo?
A. Would be the promotion name.
Q. And that's the three letter codes that are on all the promotions, right?
A. Yes.
Q. And what is the checks column intended for?
A. The total amount of -- dollar amount of checks and money orders sent in.
Q. And then the JC column is what?
A. Would be the cash.
Q. The Johnny Cash?
A. Yes.
Q. In the first box under buyers, why is there no denotation there?
A. I might not have scanned the checks yet.
I'm not positive why there wasn't a number put





in there yet.
Q. But you had already scanned the nonbuyers?
A. Those would have been counted, yes.
Q. Then under promo, are all of these Mr. Priolo's promotions?
A. Yes.
Q. Do you recall which company?
A. This looks like it's Winners Circle.
Q. What did you do with the cash that came in the mail?
A. It would be bundled and then given to Phil Priolo the following morning.
Q. How many days a week?
A. Five days a week.
Q. Do you know what he did with it after that?
A. No.
Q. You deposited checks into either -- well, what did you do with checks?
A. They would be scanned electronically and deposited into the bank.
Q. By bank, what do you mean?
A. Into PacNet.
Q. Did you sometimes deposit checks into local banks or no?
A. There was one local bank that was used.
Q. Was that done remotely or in person at the bank?

A. Remotely.
Q. Do you know what Mr. Priolo did with the cash you handed him every day?
A. No.
MR. DUNN: Page three, please.
BY MR. DUNN:
Q. What is this document?
A. This is a daily productivity report for Lucky Group.
Q. What is the date of this?
A. September 19, 2016.
Q. And how long before the search warrant is this?
A. Three days.
Q. I think it's somewhat obvious at this point, but would you tell us in the column on the far left of this document whose names are there?
A. It's myself, Cathy Senior is my mother, and then Dan is my husband.
Q. What does the next column denote?
A. The total amount of envelopes that were processed.
Q. And N dollar sign, what does that refer to?
A. That would be responders that did not send money.
Q. And buy?
A. Responders that sent money.
Q. And C/S?
A. Customer service.





Q. And TMO?
A. Take me off.
Q. And then the Johnny Cash column?
A. Cash.
Q. Just cash that came in that day?
A. Right.
Q. And then the PacNet column?
A. That would be checks and money orders.
Q. And obviously the total is the cash and the PacNet.
A. Correct.
Q. And then at the top it says, Lucky Group.
Does that refer to Mr. Priolo's company, Feel Lucky?
A. Yes.
Q. Is that a typical cash and check split?
A. Typically this looks like it probably would have been the front end.
So there were a lot of people that sent cash in. It was a lower amount.
Q. In your experience was the front end more cash heavy?
A. Most of the time I would say so, yes.
Q. Do you know why that was?
A. I think it was because it was the lower dollar amount and it was -- if my recollection serves me properly, it was an even $20.





So it's easy to just send in a 20.
MR. DUNN: Page four.
BY MR. DUNN:
Q. What is on this page?
A. This is a deposit sheet for Lucky Group dated 9/19/2016.
Q. What is the column on the far right?
A. Those would be checks that did not go through.
Q. How do you know that on the same day?
A. With PacNet, if there were customers that sent in a certain amount of payments in a certain time frame they would block them from being able to be deposited.
MR. DUNN: Permission to publish Government Exhibit 158, which has been previously admitted.
THE COURT: Granted.
(Whereupon, the above-mentioned exhibit was published to the jury.)
BY MR. DUNN:
Q. We talked about this with another witness. So I'm not going to ask you too much about this.
What is reflected in this e-mail on page one?
A. This is an e-mail from myself to Winners Circle, sending back the spreadsheets.
Q. What is significant about these spreadsheets that





we'll look at for a couple minutes?
A. It was pretty much a summary of everything that was mailed and the responses.
Q. Could you refer to them as, like, master spreadsheets for Winners Circle and Lucky Group?
A. Yes.
Q. How often would you send these to other people in the business?
A. Every day.
We would typically update it every day and then it would be sent out.
Q. Did you send them to Mr. Priolo?
A. Yes.
Q. How often?
A. Every day that they were updated.
Q. Let's look at the first page of the spreadsheets.
MR. DUNN: And if you could zoom in on the top half of the page, that's totally illegible.
Can you make it bigger.
(Whereupon, there was a pause in the proceedings.)
MR. DUNN: Okay.
BY MR. DUNN:
Q. So I just want to go over a few things about this.
Would you please describe what the different

columns are?
A. So description would be the promotion and the price point.
D date is the date that the mailing went out. L shop is the letter shop that printed it and mailed it. Key would be the key code which refers back to what list it was from.
List is the mailing list file. Quantity is the quantity for each of those separate mailing lists. Dollar response would be people who responded with money -- I'm sorry -- the total amount that was sent in for each list. The number dollar response would be the quantity of paying responders.
Zero response would be the quantity of nonpaying responders. Number ret would be the nixie mail or undeliverable mail quantity, and then you have the percentage of paid responders, percentage of nonpaid responders, percentage of undeliverable returned mail, total response and then the average dollar amount that was sent in.
MR. DUNN: Could you put the list column in the center.
BY MR. DUNN:
Q. Are you familiar with the first several lists where it says key code 2133?





A. 2133 would be Quantum.
That would be Sean Novis.
Q. And what is 2132?
A. Haven, that would have been Sean Phillips.
Q. And 2131?
A. Parkside would also be Sean Phillips.
Q. And 2130?
A. Would be Winners Circle, which is Phil Priolo and Jeffrey Novis.
Q. And 2129?
A. That would be Feel Lucky, and that's Phil Priolo.
MR. DUNN: Can you zoom out just a little.
BY MR. DUNN:
Q. This first batch with the key codes 2129 down to 2151, is this for a front end mailing?
A. Yes.
Q. How do you know that?
A. Because the front end always consisted of multiple mailing files.
MR. DUNN: Can you scroll down, please, below where it says subtotal, and zoom in a little bit on the left half of the spreadsheet.
BY MR. DUNN:
Q. Do you see where it says next to key code 2160 front end test?





A. Yes.
Q. What's a front end test?
A. That would be them testing a promotion to see how it performed as a possible front end.
Q. The quantity appears to be the same, 5,637, from there to the line with key code 2166.
What does that tell you about this set of mailings?
A. That it was the same mailing file for each promotion.
Q. Does that mean that the same people would get each of these promotions?
A. Yes.
Q. Why are all the promotions reflected in the far left column different?
A. Because they were each different promotions to test, to see how well they did.
Q. Why are they mailing different promotions to the same 5,637 people?
A. I guess to see how the same people respond to different looking promotions.
MR. DUNN: Next page on the spreadsheet.
And this is below, so if you could focus on the top half on the left side.
BY MR. DUNN:
Q. Now, there's no promotions that appear to have been





mailed out here, correct?
A. Right.
Q. But is this a typical structure of a back end schedule?
A. Yes.
MR. DUNN: Page nine of this exhibit.
BY MR. DUNN:
Q. Do you see in the bottom left the name of the spreadsheet in the very footer of the document?
A. On the right?
Q. Correct.
A. Yes.
Q. I'm sorry, bottom right. I apologize.
A. Yes.
Q. Which company is this for?
A. Winners Circle.
Q. Does this follow basically the same format as what we just discussed for Lucky Group?
A. Yes.
MR. DUNN: Permission to publish Government Exhibit 159.
THE COURT: Granted.
(Whereupon, the above-mentioned exhibit was published to the jury.)

BY MR. DUNN:
Q. Ms. Johnson, what is this an example of?
A. An e-mail from myself to Phil Priolo with his spreadsheets attached for Winners Circle and Feel Lucky Group.
Q. And is that the spreadsheets we just discussed?
A. Yes.
Q. So new topic.
So your job overall in caging was to deal with mail that came back.
A. Yes.
Q. Did you deal only with payments?
A. No.
Q. What else did you have to deal with?
A. Customer service and undeliverable mail, removals.
Q. What distinguishes customer service from those other two categories?
A. Customer service could be if somebody was asking for a refund or if they really weren't understanding the promotion they would be sent a rules letter.
Q. What service are you providing to customers?
A. A response to that letters.
Q. That says what?
A. That they have not won anything.
Q. So that's what customer service was?





A. Yes.
Q. Did you respond to customers using your own name?
A. No.
Q. Why not?
A. 'Cause I wouldn't put my name on anything like that.
Q. What name did you use?
A. Each company had their own made-up name that went on the customer service letters.
Q. What name did you typically use for Mr. Priolo's customer service?
A. I believe his was Christine Peters.
Q. And, to be clear, every mailer working with Mr. Sean Novis had you doing this?
A. Yes.
Q. And you used different false names for all of them?
A. Yes.
Q. Was this basic process that you just described the same from 2000 to 2016?
A. Yes.
Q. So you didn't come up with that?
A. No.
MR. DUNN: Permission to publish Government Exhibit 160.
THE COURT: Granted.
(Whereupon, the above-mentioned exhibit was published to the jury.)





MR. DUNN: If you could rotate that page.
BY MR. DUNN:
Q. Ms. Johnson, what is this set of documents?
A. This would be undeliverable or refused mail.
Q. How often did you get stuff like this?
A. Every day.
Q. Who was it that picked up the mail every day?
A. Phil Priolo.
Q. Would you please read the note that you see here on this first page on the outer envelope.
A. RTS, refused, remove me from your mailing list.
Q. Does it say mailing list?
A. Oh, I'm sorry, your mailing scam.
Q. And then a little postal trivia for the jury.
In the yellow label on the left, the top left corner of the yellow label it says nixie. What is that?
A. It would be undeliverable mail.
It says return to sender.
Q. And do you know what does RTS mean in handwriting in the top half of the envelope?
A. Return to sender.
Q. So when you got something like this, what would you do with it?
A. They would be removed from the mailing list.





Q. Would you look up this person's payment history?
A. No.
Q. So you wouldn't issue a refund?
A. No.
MR. FROCCARO: Can I hear that one again, Judge? I apologize. That question.
THE COURT: I'll have the court reporter read that back.
Court reporter, if you could please read that back.
(Record read.)
MR. FROCCARO: Okay.
On a closed letter? I apologize.
THE COURT: Come to a sidebar if you have a concern.
MR. FROCCARO: Sure.
(Continued on next page.)

(Sidebar.)

THE COURT: I don't want speaking objections in front of the jury.

If you have a concern that requires elaboration more than one word, hearsay, relevance, you need to let me know you want a sidebar.

MR. FROCCARO: Yes.

THE COURT: What's the concern?

MR. FROCCARO: I need to see the letter physically, the actual exhibit.

If you can take it out while you are questioning because I want to see if it's a closed letter.

THE COURT: That's not the question.

The question is he's --

MR. FROCCARO: Oh, I have no problem.

THE COURT: He's asking her what's on the front.

MR. FROCCARO: I just want --

THE COURT: You want to have the actual physical copy there?

MR. FROCCARO: Yes.

THE COURT: So you will give them to him.

MR. DUNN: I'm happy to.

Do you want it now?

MR. FROCCARO: Yes. That would be great.

THE COURT: Do you need some time to pull





physical copies?

MR. DUNN: I can ask one of the agents to do it while I question.

THE COURT: And then they will give it to you.

MR. FROCCARO: That's fine, Judge.

(Sidebar concluded.)

(Continued on next page.)





(In open court.)

THE COURT: Okay.

I'm going to ask the court reporter to repeat the last question and last answer and Mr. Dunn can go forward.

(Record read.)

MR. DUNN: Page two.

BY MR. DUNN:

**Q.** I want to draw your attention to the signature at the bottom.

In the 16 plus years you worked in association with Mr. Sean Novis, did you ever meet somebody named, I think it's Dan Barrett?

**A.** No.

MR. FROCCARO: Judge --

THE COURT: You have an objection?

MR. FROCCARO: May I approach?

Yes, I do.

THE COURT: Yes.

(Continued on next page.)





(Sidebar.)

MR. FROCCARO: Judge, Sean Novis is not on trial. 16 years of Sean Novis?

THE COURT: He is an alleged coconspirator. The government established -- this is a totally relevant question. I don't see why it's out of bounds.

MR. FROCCARO: It's Phil Priolo's mailing. It's not Sean Novis's nailing.

No one is claiming he was involved in any way, shape or form with it. It's totally misleading.

MR. DUNN: This is a coconspirator in like the entire time she was involved in this.

THE COURT: The question seems fine to me.

He is trying to cover whether or not she ever encountered someone named Dan Barrett.

MR. FROCCARO: But no one is making any assertion whatsoever that that's Sean Novis's promotion, and he just inserted him into it for 16 years.

It's Priolo's promotion. It's misleading.

THE COURT: I don't see how this is prejudicial, unfairly prejudicial.

MR. FROCCARO: He's putting him in a bunch with what she did for Sean Novis for 16 years.

My client is not part of that for 16 years.

He's working at a car wash.

MR. DUNN: Counsel this is --

MR. FROCCARO: The question should be about Phil Priolo, not Sean Novis.

THE COURT: I understand you prefer that question.

Let me hear from the government.

MR. DUNN: He is free to elicit that information on cross.

She already testified that Mr. Priolo left in I think approximately 2002 and came back in 2015. There is no issue here.

THE COURT: I'm going to overrule the objection.

(Sidebar concluded.)

(Continued on next page.)





(In open court.)

THE COURT: I'll ask the court reporter to repeat the last question and, if an answer was given, to repeat that answer as well.

(Record read.)

MR. DUNN: Thank you.

Page six of this exhibit.

BY MR. DUNN:

Q. Can you read the note at the top of the outer envelope?

A. Sender and then this is a scam.

MR. DUNN: Page 11.

BY MR. DUNN:

Q. Could you please read the handwritten note below the post mark.

A. Return to postmaster.

This is fraud. Thanks.

Q. And over on the left side it says what?

A. Refused.

MR. DUNN: Page 17.

BY MR. DUNN:

Q. Can you read the handwritten note on the back of the envelope?

A. Post office, send all mail back to senders.

MR. DUNN: Page 22 and 23 -- well, 22, please.





I'm sorry.

BY MR. DUNN:

Q. Can you read the handwritten notes?

A. You won't get any more money from me. Post office, send back to sender.

Call the hall of shame.

MR. DUNN: And then 23, please.

BY MR. DUNN:

Q. Can you read that note?

A. Post office, send all mail back to senders.

MR. DUNN: Page 28.

BY MR. DUNN:

Q. Can you read the handwritten notes on the outer envelope.

A. Liar, post office send back to sender.

MR. DUNN: Page 29, please.

BY MR. DUNN:

Q. Please read this note.

A. No. You all is not getting any money from me. Stop sending this fake BS. I have made a police report.

MR. DUNN: Permission to publish Government Exhibit 162.

THE COURT: Granted.

(Whereupon, the above-mentioned exhibit was published to the jury.)





BY MR. DUNN:

Q. Ms. Johnson, what is this set of documents?

A. These are customer service response letters for Winners Circle.

Q. What is contained in a customer service response letter?

A. It's pretty much just what is on the back of the promotion.

Q. And at the top, on what you would call the letterhead, what is that?

A. That's a promotion name.

Q. And do you recall whose is in NPF?

A. That would be Winners Circle, Phil Priolo.

Q. And the signature block is what?

A. Is Christine Peters, which was the name for Winners Circle.

Q. You wrote this, is that right?

A. Yes.

MR. DUNN: Page two.

BY MR. DUNN:

Q. Did you store these in your office with the letters that prompted the rules letter?

A. Yes.

Q. Would you please read the text of this letter.

A. Dear sir, on the July 18, 2016, I have sent you the

receiver and completion certificate signed by me with a money order of $20 report fee in order to initiate delivery of the $1.2 million in prizes as mentioned in your letter of July 11, 2016, registration 3034631105.

Today we are August 11, 2016 which is now almost one month ago. I did not receive any reply or any news yet about the said prize. I hope receiving the good news by replying to this letter or at least you can send me an e-mail to my following e-mail address, beero2@yahoo.com, waiting for the good news as you promised in your letter. I thank you.

Q. When you get a note like this in the mail why not just issue a refund?
A. Because they didn't ask for one.
Q. Is that your rule?
A. That's just always how it was.
Q. Was it that way for Sean Novis, Gary Denkberg, Sean Phillips, all of the mailers?
A. Yes.
Q. Was that true for Jeffrey Novis and Mr. Phil Priolo?
A. Yes.
Q. Okay.
MR. DUNN: Page five, please.
BY MR. DUNN:
Q. Would you please read the text of this note?





A. To whom it may concerns,
I have not received any money and it has been a long wait. Will you please advise me of the reason? Thank you.
Q. And this person got a rules letter as well?
A. They should have, yes.
MR. DUNN: Can you go to the previous page.
I'm sorry, the page after. Let's do it this way. I'm sorry. Please go back to page five.
BY MR. DUNN:
Q. Where you have the handwritten notation at the bottom where it says rules, whose handwriting is that?
A. That's mine.
Q. And when you write rules on one of these notes, what does that indicate?
A. That they need a response letter sent with the rules or the backer of the promotion.
MR. DUNN: Page eight, please.
BY MR. DUNN:
Q. Would you please read the text of this note.
A. Sir, you have failed to live up to your winning program. Pay up now or --
Q. As best you can.
A. Free -- I'm not sure what that says -- with this anoited (sic) postal officials for US mail fraud. Please





because I am a senior over 75.
Ohio will help and put you out of business. Call Mike Dewin --
Q. That's good enough.
MR. DUNN: Can you zoom out, please.
Page 11, please.
BY MR. DUNN:
Q. Please read the text of this note.
A. ID 3023332004, when can I expect my winning check?
Will it be delivered regular mail? Thank you, Eric Douglas.
Q. And at the bottom of the page there is a handwritten note that says what?
A. Rules.
Q. Is that your handwriting?
A. Yes.
Q. Again, what does rules on a note like this indicate?
A. That they needed a response letter sent explaining what they were paying for.
MR. DUNN: Page 14.
Can you highlight the main text where it says dear Fred.
BY MR. DUNN:
Q. And would you read the text of this letter.
A. Dear Fred Mahon, I signed papers and sent 26 to





initiate delivery of 1,200,000, registration number 3031491560.
I have not received the money. Send it by return mail or this goes to a lawyer. Thank you.
MR. DUNN: Can you zoom out.
Page 17.
BY MR. DUNN:
Q. Can you read the text of this letter, please.
A. To whom it may concern,
This is Melvin Harris, registered claimant ID number 3032978789. Anyway, this is my second letter. I am writing to you. I just would like to know what's going on since I haven't received any type of response to my first letter. It's been quite some time now and I just want to know is everything going all right. I would just like to hear from you concerning this matter. It just seems like forever since I have gotten any response. Anyway, I would just like to hear from you to let me know that things are going well.
Sincerely yours, Melvin Harris.
MR. DUNN: Zoom back out.
Page 20.
BY MR. DUNN:
Q. Would you please read the text of this letter.
A. Dear Fred, I know you are a Christian and go to

church every Sunday. This is why I am writing you about this problem I am having.
I have received two letters from you saying that I was 100 percent confirmed and approved to receive the entire $1.2 million from you. Fred, those were your exact words on the letter in fine print. You cashed my check for the report fee and it has already cleared my bank. You also said in closing it would be our pleasure serving you. Fred, would you be so kind and call me. ID number 3020770164.
Q. That's sufficient.
MR. DUNN: Page 27.
BY MR. DUNN:
Q. Can you read this note.
A. I want my winnings now. I have been waiting since 11/17/15.
MS. ENTWISTLE: Zoom back out.
Please go to page 28 and if you could rotate.
BY MR. DUNN:
Q. What is on this page?
A. Money order receipt for NPF.
MR. DUNN: Page 31, please.
BY MR. DUNN:
Q. Can you read the text of this letter starting with NPF Reports Division?





A. NPF Reports Division.
Dear NFI, I Brenda McDonald, am writing to you about a check for $1,200,000 you were supposed to send back in early January 2016. I sent a $20 money order. You stated I was the winner and I was very happy to hear that I had won. Here it is 2/13/16 and I have never heard anything from you about sending me all the money above, $1,200,000.
I kept my end of the bargain and expect you people to do the same with me. I am sick and disabled and live on a fixed income. I could not afford to send the $20, but I did and have a money order receipt to prove it. Please don't do me this way. Please send me the check. Thanks, sincerely, Brenda McDonald.
Q. That's Brenda McDonald, right.
MR. DUNN: Please go to page 29.
BY MR. DUNN:
Q. This is what?
A. A customer service response letter.
Q. To whom?
A. To Brenda McDonald.
MR. DUNN: Can you scroll down just a little bit more.
BY MR. DUNN:
Q. Why does it state, here are the guidelines as you





have requested.
A. Because she did not understand the promotion and thought that she had won.
Q. Please read the text in bold, second from the bottom above the signature block.
A. The if you are unhappy, and would like a refund, please send proof of purchase to the above address.
Q. Language like this is in all of these response letters, right?
A. Yes.
MR. DUNN: Permission to publish Government Exhibit 171.
THE COURT: Granted.
(Whereupon, the above-mentioned exhibit was published to the jury.)
BY MR. DUNN:
Q. Ms. Johnson, do you recall this document?
A. Yes.
Q. What is the name in the signature block at the bottom?
A. Phil Priolo.
Q. Do you see in the regarding subject line a last name?
A. Dellavalle.
Q. Who wrote this letter?
A. This would have been written by me.





Q. Did you send a copy of this to Mr. Priolo?
A. Yes.
MR. DUNN: Permission to publish 172 briefly.
THE COURT: Granted.
(Whereupon, the above-mentioned exhibit was published to the jury.)
BY MR. DUNN:
Q. Ms. Johnson, what is this?
A. An e-mail from myself to Phil Priolo dated June 15, 2016, with that letter attached.
MR. DUNN: Back to 171, please, with the court's permission.
THE COURT: Granted.
BY MR. DUNN:
Q. Would you typically respond to this type of complaint on your own or would you seek guidance?
A. Not typically.
I would seek guidance on it.
Q. Who is this letter to?
A. This would have been for Winners Circle.
Q. Who is this letter we are looking at on page one --
A. Oh, I'm sorry.
It's to the Pinellas County Consumer Protection.
MR. DUNN: Page three, please.

BY MR. DUNN:

Q. Can you plead read the text of this letter where it says dear sir or madame?

A. Dear sir or madame, the enclosed complaint has been received by the Pinellas County Consumer Protection.

Until we consider your position we cannot determine its validity. We therefore request you provide us with a written statement of your position within seven business days. Your cooperation in this matter will be appreciated. A business reply form is enclosed for your response. Our department is charged with the investigation of allegations contained in consumer complaints. Your response will enable us to properly review the consumer's complaint and make an appropriate decision.

Sincerely, Pinellas County Consumer Protection.

MR. DUNN: Page five.

Can you highlight the text in the upper portion where it says in all capitals complaint is against, or just the top half of the page will work.

BY MR. DUNN:

Q. Do you see where I'm talking about where it says complaint is against, what is the handwritten note there?

A. Not sure.

Q. What does it say below that?





A. I keep receiving mail claiming I have won large sums of money.

Q. And do you see where it's highlighted here, what does that refer to?

A. That would be the Winners Circle front end promotion.

Q. Do you recognize that PO Box in Plainview?

A. Yes.

Q. Whose box is that?

A. Phil Priolo Winners Circle.

MR. DUNN: Can you scroll down the page, please.

BY MR. DUNN:

Q. Can you read the text below the -- where the highlight is, the yellow highlight.

A. Those letters request I send $20 in order to collect. Now if I really had won I would be happy to give them $20.

MR. DUNN: Page six.

BY MR. DUNN:

Q. Can you read the text there.

A. I do not know if this is good or bad, but it just sounds strange. If I send $20, hey, will you send me millions.

I would hate to see others taken in with this.

MR. DUNN: Page seven.

Can you highlight the area around question six with the handwritten note.





BY MR. DUNN:

Q. Ms. Johnson, would you read that out loud.

A. What adjustment do you consider fair?

And they wrote, not looking for any. Just praying no one gets taken in with this.

MR. DUNN: Permission to publish Government Exhibit 173.

THE COURT: Granted.

(Whereupon, the above-mentioned exhibit was published to the jury.)

BY MR. DUNN:

Q. Ms. Johnson, what is this set of documents?

A. These are attorney general letters for Winners Circle.

Q. Did you review these prior to today?

A. Yes.

Q. Are they from your office at Owen Street?

A. They were in my office, yes.

Q. What was the procedure for doing things like responding to attorney general complaints?

A. If it was just them requesting someone be taken off the list, they would be taken off.

If it was something more than that it would typically be given to whoever was running that company that it was for.





Q. Did you sometimes give attorney general letters to Mr. Priolo?

A. I believe so, yes.

Q. Did you always retain copies of them in your office?

A. I might not have.

Q. Would you please read the second paragraph in this letter.

A. Mr. and Mrs. Braga state that they received a mailing from NPF Reports Division that indicates they won $1.2 million and instructs them to remit a $20 report fee to receive the prize.

Mr. and Mrs. Braga want the mailings to stop and ask NPF Reports Division and any of its affiliates to remove their information from their mailing lists.

MR. DUNN: Page two.

BY MR. DUNN:

Q. What is this?

A. This would have been a response letter to that attorney general letter.

Q. Would you please read the text of the response.

A. Dear Mr. Ferguson, although we believe that we comply with all applicable laws, we will be happy to remove the Bragas' names from our mailing lists. Please be advised that in almost all cases this will guarantee that they will receive no further mailings. However, if there is a

mailing in progress at the time that this letter is sent they may receive one further communication.

NPF markets an informational service report which lists various sweepstakes an individual can enter. NPF does not conduct sweepstakes, award money or prizes or enter respondents into any sweepstakes or contests but reports of such sweepstakes and promotions available for your entry. Filling out the NPF communication form and sending in a check or money order will entitle you to receive prompt delivery of a published report that advises clients regarding their participation and entry into promotions as named in the report. Prizes are the sole responsibility of the sponsor.

If I may be of further assistance, please do not hesitate to contact me at the above address.

MR. DUNN: Can you display the signature block.
BY MR. DUNN:
Q. Who is this letter signed by?
A. Christine Peters.
Q. And who actually wrote this letter?
A. I would have.
Q. We said Christine Peters is a made-up name.
A. Yes.
Q. A false name?
A. Yes.





Q. Why would you use a false name when responding to a state attorney general office?
A. It was always how it was done.
MR. DUNN: Page five, please.
BY MR. DUNN:
Q. What is on this page?
A. An attorney general letter from Washington dated June 17, 2015.
Q. That attaches a complaint, correct?
A. Yes.
MR. DUNN: Page six.
BY MR. DUNN:
Q. Can you read only the first handwritten paragraph in the bottom of the page.
A. I am a winner or participated in a major sweepstakes winner. In order for me to get the money I am to sign the certificate, return it with the required $20 report fee in order to initiate delivery.

Sure could use the money.
Q. Okay.
MR. DUNN: Page four.
BY MR. DUNN:
Q. Again, the response is written in what name, under what name?
A. Christine Peters.





Q. And that's you.
A. That would have been for Winners Circle.
MR. DUNN: Page 18, please.
BY MR. DUNN:
Q. Would you please read the second paragraph of this letter.
A. Ms. Westbrook states that she received a mailing from NPF Reports Division that indicates she won $1.2 million and instructs her to remit a $20 report fee to receive the prize. Ms. Westbrook wants the mailings to stop and asks NPF Reports Division and any of its affiliates to remove her information from their mailing lists.
MR. DUNN: Can you highlight the addressee at the top of this letter where it says NPF reports division.
BY MR. DUNN:
Q. Whose PO Box is that?
A. Phil Priolo for Winners Circle.
Q. Again, who picked up the mail for Winners Circle?
A. Phil Priolo.
Q. Do you recall whether attorney general letters arrived with return addresses that said office of the attorney general?
A. Yes.
MR. DUNN: Zoom out, and page 23.
Thank you.





BY MR. DUNN:
Q. Similar question, at the top of the page, who is this letter to?
A. This is to BNO, which is Winners Circle.
Q. And Mr. Priolo also picked up the mail at this post office?
A. Yes.
MR. DUNN: Page 24 to 26, so starting at 24.
BY MR. DUNN:
Q. Best you can, please read the handwritten complaint.
A. They were sweepstakes from all over New York and Kansas. They started sending them the -- something of December.

I started playing them thinking they would -- something something -- about a month or so, four months later I quit and they are still coming in. When they started I didn't realize they were a scam until now. I know that they should be stopped. I am sure I am not the only one that they are sending it to.
MR. DUNN: Next page, please.
BY MR. DUNN:
Q. Can you read the text.
A. 68 years old.

I thought I knew what a scam was but I guess I didn't. I had to change things to protect myself,

something, I live, learned, don't know how to go about stopping this and they should be -- it really bothers me that they are taking advantage of us older people like this and getting away with it.

Something needs to be done. I have sent my check duplicates to look over. I don't know how much they took.

MR. DUNN: Page 26.

BY MR. DUNN:

Q. Can you read the last bit of text in this complaint.

A. I have been sending -- I'm sorry -- they have been sending them to me. My boy is always full each day.

For four months this has been going on and they are still sending them to me all over New York and Kansas.

Q. We'll stop there.

Now, Mr. Priolo didn't use addresses in Kansas.

A. Not that I'm aware of, no.

Q. So that's clear, but New York for sure.

Correct?

A. Yes.

Q. Okay.

MR. DUNN: Page 27.

BY MR. DUNN:

Q. Would you please read the first two paragraphs of this letter.





A. This office was contacted by Ms. Lisa Anderson on behalf of her 94 year old mother, Ms. Elina Johnson, whose address is, Floorwood, Minnesota, 55736.

Ms. Johnson received a mailing from NPF Reports Division that claims she has won a $1,200,000 cash prize. Ms. Johnson wants the mailings to stop and asks NPF Reports Division to remove her information from its mailing list.

Q. At the top of the page there is some handwriting.

Do you know whose handwriting that is?

A. It might be mine, but I'm not positive.

Q. Well, what does that handwriting say?

Can you read it?

A. Should we sent a letter? Please advise.

MR. DUNN: Page 28.

BY MR. DUNN:

Q. At the top of the page it says NPF, correct?

A. Yes.

Q. And at the bottom it's signed with Janet Sterling.

Why are we using a name other than Christine Peters?

A. This would have been before I started working on my own.

I'm not sure why that name was on this one, though.





Q. Who typically was your -- well, whose customer service typically was Janet Sterling for?

A. That one was for Sean Novis.

MR. DUNN: Page 30.

BY MR. DUNN:

Q. What is this?

A. Attorney general letter from the State of Illinois to NPF Reports Division.

MR. DUNN: Page 31.

BY MR. DUNN:

Q. Could you please read the text of the letter starting with Dear Attorney General Madigan.

A. Dear Attorney General Madigan, I received the enclosed letter on December 14, 2015 form NPF in Plainview, New York, requesting $20 to become eligible for a large monetary award. I am forwarding the letter to you as it may be a possible scam. Otherwise I just tossed away a million dollars.

I am not familiar with the name of this organization. I am not sure why the request for $20. This could be a scam in which someone is collecting thousands of dollars by people sending them $20 from each letter they send out. In checking on the internet, I could not find anything referring to this particular company or county where the information was recorded.





Thank you for checking out this request for money letter.

(Continued on next page.)

DIRECT EXAMINATION
BY MR. DUNN: (Continuing)
MR. DUNN: Page 40, please.
BY MR. DUNN:
Q. Would you please read aloud the second paragraph of this letter?
A. Mr. Randolph states he received a mailing from NPF requesting a payment of $20 and authorization for entrant procedure directives for 1.2 million in prizes. He wants the mailings to stop and asks NPF to remove his contact information from his mailing list.
MR. DUNN: Page 46.
BY MR. DUNN:
Q. Please read the second paragraph.
A. Mr. Bakker states that he received a mailing from NPF Reports Division that claims he won $1.2 million and instructs him to remit a $20 report fee to receive the prize. Mr. Bakker wants the mailings to stop and asks NPF Reports Division and any of its affiliates to remove his information from their mailing list.
MR. DUNN: Permission to publish Government's Exhibit 174.
THE COURT: Granted.
(Exhibit published.)
BY MR. DUNN:





Q. Ms. Johnson, what is this set of documents?
A. These are refund hookups.
Q. And did you look at these prior to today?
A. Yes.
Q. What would trigger the actual refund process?
A. If the customer was asking for a refund.
Q. Did they have to specifically request a refund?
A. Yes.
Q. So how did you handle that? What did you do when you got a specific request for a refund?
A. I would send their name and address to Mary Lilienkamp to look them up to see what they had paid for and how much and then she would also remove them from the list.
Q. Okay. Would Ms. Lilienkamp send you back the payment information?
A. Yes.
Q. And is that what's reflected on this first page?
A. Yes.
Q. Would her lookup provide you all of the payments that somebody had made?
A. Yes.
Q. And that's what's reflected here?
A. Yes.
Q. Now, you see the name Ann Williams?





A. Mm-hmm.
Q. Okay.
MR. DUNN: Okay. So page 2, please, if you could -- okay. The name isn't on this copy.
Can I have original 174, please?
BY MR. DUNN:
Q. Would you please read the text to this letter?
A. Dear sirs, I have been advised that I am on the eligibility list. On September 5th, 2015, I sent a check for $28. This check pertained to a multimillion-dollar awards program concerning $1,392,892. Why haven't you had the courtesy to acknowledge my letter? Since this appears to be a scam offer, you may immediately refund my $28 check. I am an honest widow and I would never make this request if I didn't think you people are being dishonest.
Q. Okay.
MR. DUNN: Can you go to page 3 of this exhibit?
Q. Again, it's a poor copy, but, do you see in the return address the last name Williams?
A. Yes.
MR. DUNN: So back to page 1.
Q. So Ms. Williams, in her letter, said -- I don't want to misquote it, but this is a scam offer; correct?
A. Yes.
Q. And she wants a refund of her $28.





A. Yes.
Q. So when that happens, what do you do?
A. She would be looked up, removed, and refunded her $28 if she had paid it.
Q. Would she be refunded the $236 that she had paid?
A. No.
Q. Why?
A. Because she was only asking for the one promotion of $28 to be refunded.
Q. Was that always the rule?
A. Yes.
Q. Is that what happened here?
A. Yes.
Q. How do you know that?
A. Because that's what she asked for and then it was circled on the lookup, so that would have indicated what she got refunded for.
MR. DUNN: Page 6, please.
BY MR. DUNN:
Q. Can you read the text of this letter?
A. To whom it may concern: Several weeks ago, I received your letter from your company telling me I had won cash money prize. All I had to do to collect it was send a processing fee of $20 back to you and I would receive my prize check from you. Needless to say that

didn't happen. I have not heard one word from your company. I want you to refund my $20 to me ASAP. Please send my check to the above address. Thank you for your cooperation. Barbara Sims.
Q. Okay. So Barbara Sims --
MR. DUNN: Page 4. If you could -- thank you. Zoom in on the top.
BY MR. DUNN:
Q. How much money did Ms. Sims pay under the NPF promotion?
A. She had paid $20 twice, so $40.
Q. Again, why was she not refunded?
A. Because she was only asking for $20 back, the one promotion.
Q. So she got the 20, but not the other 20?
A. Correct.
MR. DUNN: Page 9.
BY MR. DUNN:
Q. Can you read the text of this letter?
A. To whom it may concern: I, Boydria Holmes, is writing to inform you not to send me any more letters and I would like all my money I have send to y'all company to send back to me. I have all my money order receipts. This company is a scam and y'all should be ashame of y'all self for scamming people out there hard-working money. If





somebody win money, why not take all their fees out before you send their winnings to them? I don't want any more letters, just my money back in a money order, slash, check. Please don't write me back. Just send my money back. Thanks. Boydria Holmes.
MR. DUNN: Page 7, please. Please rotate.
BY MR. DUNN:
Q. So what does this indicate happened with Ms. Holmes' request for a refund?
A. It looked like she would have been refunded for both of the promotions.
Q. Why is that?
A. Because I just put a check mark; nothing was circled.
Q. So she said, give me all of my money back and that's what she got?
A. Yes.
MR. DUNN: Page 11.
BY MR. DUNN:
Q. Would you please read the text of this letter?
A. To whom it may concern: On July 21, 2015, my mother, Delores Marhula sent you $20 that she could collect her $1,200,000 prize payment from you. It is evidence this is fraud and she did not win anything. My mother is on an extreme low income. She is almost 90 years old. I ask that you please refund her $20. She needs this money to





buy groceries. If you don't have a way to send a check, please send cash to her. Her address is. Delores Marhula.
Q. That's fine.
MR. DUNN: Page 10. Please rotate.
BY MR. DUNN:
Q. What does this indicate?
A. It looks like she was probably refunded for both.
Q. Do you know why?
A. I might have felt bad because she was a 90-year-old woman who didn't have any money so I just put both in to be refunded.
Q. But that's not the usual practice.
A. No.
MR. DUNN: Page 14.
BY MR. DUNN:
Q. This appears on a lot of the documents. I just want you to state what this notation indicates.
Well, whose handwriting is that?
A. That's my handwriting.
Q. What does that mean?
A. The LD means look up and DNM, so look them up for a refund and remove them from a mailing list and then the company name underneath.
Q. And DNM is what you said.





What does that mean?
A. Do not mail.
Q. Got it.
MR. DUNN: Page 18. If you could expand the text of the letter.
BY MR. DUNN:
Q. And you can read it please. And you can skip the ID numbers to save a little of your voice.
A. Okay. I am requesting a refund of my $20. I did not receive any report so why would you keep my money? I am writing this well before 60 days of receiving the letter. I sent it out the day I received it, May 6, 2016. My ID registration number is. My check was cashed by you. If I am not to receive a report, then kindly return my money. I am a recent widow and really need it. My check number is 8611. I am Elaine --
Q. Just skip down to the bottom where she says my bank.
A. My bank is JCF. I trust you are an honest organization. Let me hear from you soon, please.
MR. DUNN: Page 23.
BY MR. DUNN:
Q. Please read the letter.
A. Please refund my $40 I paid on August 5, 2015. I'm within the 60-day period. Thank you. Leonard Pritchett.
Q. That's good.

MR. DUNN: Can you scroll through pages 24, 26, and then page 30. Yeah. And then page 30, please.

BY MR. DUNN:

Q. Can you read the text of that?

A. Please refund my $40. I paid less than 60 days ago. Thank you, Leonard Pritchett.

MR. DUNN: Page 28, please.

THE COURT: Mr. Dunn, we're nearing the time for a break with the jury. How much more time do you need with this witness?

MR. DUNN: I'm actually getting close, but it might go to 12:30.

THE COURT: Okay. I'm going to give the jury a ten-minute break. It may even be less than ten minutes because we're so close to the end of the day at 12:30, so very quick break.

All of my usual instructions stand. Please do not speak with each other, do any research, communicate with anyone else by a social media or with any other mechanism. Please do not engage with anyone who is involved in this litigation, any of the counsel, the parties, the witnesses, court personnel. And if you do see another juror who is not taking my instructions, please let Mr. Morabito know and write me a note.

Please leave your notebooks in the jury room and





we'll come right back here as soon as you are ready so we can hear some more testimony and you can be excused for the day.

Thank you so much.

(Jury exits.)

THE COURT: Okay. Ms. Johnson, you also get a break.

Counsel, we all get a five-minute break, very fast.

MR. DUNN: Thank you, Your Honor.

(Witness steps down.)

(Recess taken.)

THE COURT: We are going to start very shortly. Where is Mr. Froccaro?

MR. EDELSTEIN: Let me go find him.

THE COURT: Okay. Mr. Morabito, please get the jury.

THE COURTROOM DEPUTY: Sure.

MR. FELDMAN: Your Honor, should we --

MS. ENTWISTLE: Do you want the witness on the stand, Your Honor?

THE COURT: Yes, please go ahead and bring her back.

Thank you, Ms. Johnson. Just go ahead and take a seat.





(Witness takes the stand.)

THE COURTROOM DEPUTY: All rise for the jury.

(Jury enters.)

THE COURTROOM DEPUTY: Please be seated.

THE COURT: Go ahead, Mr. Dunn. Your witness.

MR. DUNN: Thank you, Your Honor.

Page 20 Exhibit 174.

BY MR. DUNN:

Q. Ms. Johnson, before the break, we looked at a few different notes concerning Leonard Pritchett.

What does this indicate?

A. This would have been his refund lookup and that he only paid $20.

Q. Okay.

MR. DUNN: Page 47.

BY MR. DUNN:

Q. Could you please read the note in the top half?

A. To whom if may concern: I want all my monies returned to me that you -- that all you scammers have screwed people like myself out of. Get with your other offices. Get my money back to me the way you liars received it and don't take one cent out of it. Total $200. Very dissatisfied. Sincerely, Shawna Thomas.

MR. DUNN: Can you scroll down to the bottom of the page and highlight the list on the right side of the





bottom half?

BY MR. DUNN:

Q. Do you recall which of these promotion codes belonged to either of Mr. Priolo's companies?

A. I believe -- all of them look like they're filled except for maybe the bottom two I'm not sure of, the PDA and NRS.

MR. DUNN: Page 50, please.

BY MR. DUNN:

Q. Can you please read this note from Virginia Kanelos.

A. To whom it may concern: I'm requesting a return of my $20 to enter this contest because I've been told many times what a farce it is because you keep asking me for more money to continue on and on without any results. Something states my money in return able.

Q. Returnable?

A. Returnable. Please do not send any more mail about any of this different contests to which I am available. Hopefully I will receive my refund. Thank you.

MR. DUNN: Page 52.

BY MR. DUNN:

Q. Can you please read this note from Zoe Anderson?

A. Dear sir, so far I have received nothing back from you people except my three cash checks. Please refund my money if you don't intend to help me receive winnings that

have been promised to me. Haven't heard from you except the letters with your hands out for a fee. No help yet. I do have my cashed checks, though, so I do hope you can help me get my funds straightened out. Would be nice. Zoe Anderson.

MR. DUNN: Permission to publish Government's Exhibit 177.

THE COURT: Granted.

(Exhibit published.)

MR. DUNN: Page 4, please.

BY MR. DUNN:

Q. Would you please read the text of this letter?

A. To fulfillment center. I am writing to cancel all subscriptions towards your sweepstakes entries. I would like to be refunded for all money paid to your company within your stated allowance. I am dismayed by the overwhelming amount of mail I have received since entering or requesting your brochure. Please understand it was not my intention to overwhelmed by what I believe to be a one-time payment. Please stop all charges to my account immediately and remove me from all mailing lists. Sincerely, Terill Fisher.

Q. Would you, yourself, issue refund checks?

A. No.

Q. Who had to do that?





A. Whoever's company it was.

Q. So for Feel Lucky Group and Winners Circle, who is that?

A. Philip Priolo.

MR. DUNN: Permission to publish Government's Exhibit 185?

THE COURT: Granted.

(Exhibit published.)

BY MR. DUNN:

Q. Ms. Johnson, what is this set of documents?

A. This is an email from fill Priolo to another email.

Q. Okay. What is your email to Mr. Priolo below that?

A. It's telling him to issue a refund.

Q. Okay. So that's page 1.

MR. DUNN: Page 2.

BY MR. DUNN:

Q. I'm going to focus your attention on the email you sent that is in the middle of the page.

What is this?

A. Email from myself to Phil dated October 2015 asking him to issue the following refunds.

Q. Okay. Are those two of the names we read about over the last hour or so talking about refunds?

A. Yes.

Q. NPF is a Winners Circle piece; is that correct?





A. Yes.

Q. Was Mr. Novis involved with Winners Circle?

A. Not as far as I know.

Q. Well, Feel Lucky Group or Winners Circle? Either.

A. Sean Novis or --

Q. I'm sorry. I will clarify. And I said earlier I needed to do that.

Jeffrey Novis?

A. Jeffrey Novis was involved with Winners Circle.

Q. So these are Winners Circle pieces. I apologize for confusing you.

A. Yes.

Q. Why don't you send these refund requests to Jeffrey Novis?

A. Really the only interaction with Jeff was sending him copies of the reports at the end of the day. Anything other than that, I dealt with Phil.

Q. Okay.

MR. DUNN: Page 5.

BY MR. DUNN:

Q. What is this?

A. Email from myself to Phil Priolo dated August 2016 asking him to issue a refund.

Q. Okay.

MR. DUNN: Permission to publish Government's





Exhibit 175, Your Honor.

THE COURT: Granted.

(Exhibit published.)

BY MR. DUNN:

Q. Ms. Johnson, what is this set of documents?

A. Customer letters. Customer service letters.

Q. Where would these most likely have been located in your office, if you can recall?

Once you looked at them, what do you do with them?

A. If they got a response, they would be filed away. If it was just a removal, it would have been tossed.

Q. Placed in the trash?

A. Right.

Q. Okay. Would you please read the note on this first page?

A. Please call me as soon as you get this. The Bank of America said you are a fraud. This is your last chance. If I won, then I should have the money by cash. I don't want -- I don't want any more fraudulent checks. I want cash. Felix Jones.

MR. DUNN: Okay. Page 2.

BY MR. DUNN:

Q. And to whom is this CBA piece addressed?

A. Felix Jones.

Q. Is that the name on the prior page?
A. Yes.
MR. DUNN: Page 6.
BY MR. DUNN:
Q. Well, whose piece is CBA?
A. I believe this one was a Winners Circle piece.
Q. Okay.
MR. DUNN: Page 6, please.
BY MR. DUNN:
Q. Will you please read the text of this now?
A. My last name is Sanders. Now I had just got married on August the 4th. I'm sending you $20. This is the last time. I have never won any money or anything ever and I hope this is it. Thank you, Ms. Rhonda Sanders.
Q. What do you do with a note like this that comes in with a payment?
A. Usually just process the payment.
Q. And toss the note?
A. Yes.
MR. DUNN: Page 10.
BY MR. DUNN:
Q. Can you read the -- best you can. I know this one is a little challenging. Can you read the note?
A. Please overlook my draws on my previous letter. Would got my last letter. I give up because it was on the





previous one. I felt like it was still going on. That put me without of running. Little did -- little did I know that I get one with a big surprise. I'm going Monday for a CAT scan. Will be looking either in Amarillo, Lubbock, or Dallas. I have $200 to get there. If you guys can wait until I get this done, I will be able pay you people off when I get back. I only have $18. Thank you. I have cancer, but I will beat it.
MR. DUNN: Page 12, please.
BY MR. DUNN:
Q. Can you read the text of this now?
A. Please deliver my check before 10/9. I will be leaving for two weeks. It can be forwarded. My phone number. Thank you.
MR. DUNN: Page 15.
BY MR. DUNN:
Q. Can you please read the text of this note?
A. Gentlemen, if this is really official, I want you to know how excited and appreciative I am that I have received once one hundred illegitimate mailings.
MR. DUNN: Page 18 to 19. Page 18.
BY MR. DUNN:
Q. Can you please read the text of this note?
A. To NPF. My name is Melvin Harris. I received this certificate from you stating checks scheduled for release.





Anyway, my registered ID number. Now, the reason I'm writing again is that if. Sent several letters and no one has responded to any of them. So I'm just trying to find out what's the next move with this situation. No one from your office has responded to anything that I've sent. So what the deal with this? Been waiting to hear from you for quite some time now, but I would appreciate someone from your office could help me with this or at least answer this letter. Anyway, hope to hear from you soon concerning this matter. Sincerely, Melvin Harris.
MR. DUNN: Page 19.
A. Like I said, if you need any more information, just contact me or call.
MR. DUNN: Permission to publish Government's Exhibit 175A.
THE COURT: Granted.
(Exhibit published.)
MR. DUNN: Page 2, please. Can you highlight the note in the upper corner?
BY MR. DUNN:
Q. Can you read the text of that?
A. Please note, I am a 90-year-old widow with small income. SS. But if this money can multiply into millions, I will -- I'm not sure what that word is. And then it. Love, Lucy.





Q. What would happen when this note came in with the response to one of the sweeps report promotions?
A. Probably would have been put in the trash and the form would have been processed whether it was a buyer or non-buyer.
MR. DUNN: Page 4, please.
BY MR. DUNN:
Q. Can you read -- I know this one is super challenging, but if you can read the note at the bottom.
A. If you have my check, please send it to me.
MR. DUNN: Page 6.
BY MR. DUNN:
Q. Can you read the handwritten text on this note?
A. One, I am 88 years old. Two, you pay the $20, and if I win, I will give you $200,000. Won. What a deal for you. Three, I hope you win so I can win. Four, call me at when you are coming for your money.
MR. DUNN: Page 10, please. I'm sorry, I think I lost my place. We've already done that one.
Page 11.
BY MR. DUNN:
Q. Can you please read the text of that note?
A. Mr. Fred, could you send me my prize money and I promise I will send you guys a $1,000 check instead of $22 report fee. I have your address. Good deal for both,

don't you think? I'm broke. Thanks, Betty.
MR. DUNN: Page 12.
BY MR. DUNN:
Q. To whom is this note addressed?
A. CPC.
Q. Okay. Again, I realize it's challenging, but as best you can, please read the note.
A. Fred Mehan. Please understand, something, the past. Said both your NPF, Dan Barrett, something fees, saying that the time has come for pay $1,200,000 --
Q. Let me stop you there. I'm not going to force you to read that handwriting right this second.
MR. DUNN: Page 13, please.
BY MR. DUNN:
Q. Can you read this note to NPF?
A. Dear Dan, I am totally frustrated with this letter, as I have never approved of any sweepstakes and I will not accept it. I give time to needy vets and, something. I am now 88 and get armful of mail every day wanting money. SS, and republicans -- I'm not sure if that's what that says. I never wanted to take advantage of fee of millions dollars, as I don't approve of it for me. I worked 66 years of my life, retired 12/30/12, and then alone several years after loss of my two children. I do not think it legal or fair to the forced into these and I am





sending back to only receive today your signature. I request you remove my name completely. And if you handle this, infer problems for me. Thank you, Evelyn Coning.
MR. DUNN: Can you zoom out?
Page 14.
BY MR. DUNN:
Q. Can you read this note?
A. 9 million U.S. dollars expects report of on million and 900,000 bell, something prize fee, $21 cash, check payable. MMS check 1,900,000 U.S. dollars in cash available dollars dispatched Thursday 15th.
MR. DUNN: Page 15.
BY MR. DUNN:
Q. Can you read that?
A. Status pending day receiver reply directives now pending reverse -- release and issuance amount of $1,200,000. I have enclosed the required $22 report fee for all check cash CPC payable CPC, CPA, FMOI. Fred Menan. Registration number.
Q. So we've sent a little time going over these notes.
Where would -- other than like the refund files that you would retain, where would all these notes wind up?
A. These that I read probably would have been in the trash.





Q. In a given week, for Mr. Priolo's companies only, how many notes like this would come? Estimated.
A. On a high volume week, it could be hundreds, whether they're just little notes written on the bottoms of the form or letters attached to them. On a lighter week, maybe dozens.
Q. And they all go in the trash?
A. Yeah. If they're not asking for anything.
MR. DUNN: Government's Exhibit 309, which I believe is already admitted.
THE COURT: It may be published.
(Exhibit published.)
MR. DUNN: Okay. Scroll to the end, please. Okay. On page 2, yeah. Up.
BY MR. DUNN:
Q. Okay. So there's this email from you on July 11, 2016, to Mary Lilienkamp. Can you read the text of the email?
A. Phil wanted me to tell you to add this name and address into all WINC files going forward. Mike Priolo, 20 Westwood Drive, Apartment 35, Westbury, New York 11590. Thanks.
Q. What's the subject line?
A. WINC seeds.
Q. So Winners Circle seeds?





A. Yes.
Q. So you're caging on your own at this point by July of 2016; right?
A. Yes.
Q. Why are you involved in this process about putting his name in with the list?
A. Phil may have mentioned it to me. I don't know how that was conveyed to me, but it would have been something that Phil had told me and then I relayed the information to Mary.
Q. Okay.
MR. DUNN: Permission to publish Government's Exhibit 180.
THE COURT: Granted.
(Exhibit published.)
BY MR. DUNN:
Q. What is this email?
A. It's an email from myself to Phil Priolo, Winners Circle email, and Jeff Novis from August of 2015.
Q. And what is the purpose of this email?
A. I was letting them know that it wasn't lined up properly on the form and the price looked like $9 instead of $19.
MR. DUNN: Can you rotate the exhibit to show the image?

BY MR. DUNN:
Q. Can you indicate what it is you're looking at?
A. So in the center of the form, it says, enclosed is my $9 in cash or check. It should be 19, but the letter shop didn't align it properly when they printed it on the form.
Q. How do you know what the proper price is?
A. From the spreadsheet.
MR. DUNN: Page 3 of the exhibit. Still on 180.
BY MR. DUNN:
Q. Okay. So here's an email from you. It says what?
A. Why did GDM mail us both a back-end and multi around the same time. Key codes 6215 and 6245.
Q. So we know what back-end means.
What's a multi?
A. It was a different type of mailing. I'm not sure what the criteria was for that one, but it's not the same as a back-end.
Q. Okay. Why would that concern you? Why are you raising this issue?
A. Because it was a high possibility that both of those mail files would have some of the same people on it and they would then be less likely to buy if they're receiving two of the same thing at two different prices on the same day or around the same time.
Q. But why does that concern you?





A. It doesn't necessarily concern me, but it could mean less money for the mailer.
MR. DUNN: Permission to publish Government's Exhibit 181.
THE COURT: Granted.
(Exhibit published.)
BY MR. DUNN:
Q. Okay. What is this document?
A. This is an email from Phil Priolo to myself and the Winners Circle email from March of 2016.
Q. Can you read the text of the email from Mr. Priolo?
A. This is one of the new PO boxes for Feel Lucky Group Levittown, 180 Gardeners Avenue, Levittown, New York, 11756-3762. BIX number 1,000. Thanks, Phil.
Q. And so the image --
MR. DUNN: If you could rotate.
BY MR. DUNN:
Q. What's written at the top of the image?
A. Back-ends.
Q. What does that indicate?
A. That this box would have been open to send his back-ends to, or one of the back-ends to.
Q. Again, what was the difference between Feel Lucky Group and Winners Circle from your perspective?
A. Just the owners. Everything else was the same





structure.
Q. When Mr. Priolo started Feel Lucky Group around this time, did he hire any different employees?
A. No.
Q. Do you know whether he rented an office?
A. Not that I'm aware of.
Q. Did he get a phone number for Feel Lucky Group?
A. Not that I'm aware of.
Q. Did he give you a new Feel Lucky Group business card?
A. No.
Q. Same question.
Did he ever give you a Winners Circle business card?
A. No.
Q. So what he did do, though, is open new PO boxes; right?
A. Yes.
Q. Why do you need a new box if you're starting a new company?
A. They would never mix different companies within the same PO boxes. And also, they would open multiples so that not everything was going to the same box.
Q. Why not?
A. Because customers would be less likely to pay if they received ten promotions that are all going back to the





same PO box.
Q. What role does that serve in the overall sweeps report operation?
A. I would think it would make it more profitable.
Q. Why do back-ends specifically need a back-end box?
A. I mean, most of the promotions were two separate boxes, maybe three or four to one box, and they're typically not ones that we're mailing, like, at the same time.
MR. DUNN: Permission to publish Government's Exhibit 182.
THE COURT: Granted.
(Exhibit published.)
BY MR. DUNN:
Q. What is the date of this email?
A. This is from March 10th of 2016.
Q. Okay. What is the discussion in this email about?
A. Talking about the plus four of the zip code.
MR. DUNN: Can you scroll down to the bottom of the second page?
BY MR. DUNN:
Q. What are we talking about here?
A. Which address to put on the return envelopes.
Q. Okay. Those are the preprinted envelopes?
A. Yes.

Q. How are those involved in the mailing?
A. So that would be the return envelopes that are inside the outer envelope. That's what the customer sends back the response in.
MR. DUNN: Permission to publish Government's Exhibit 183.
THE COURT: Granted.
(Exhibit published.)
BY MR. DUNN:
Q. Here we're back in March of 2016.
Is this a different post office box than the previous one we looked at?
A. Yes.
MR. DUNN: Can you scroll down?
BY MR. DUNN:
Q. So this one is at which post office?
A. Roslyn, New York.
Q. How far is that from Levittown?
A. Maybe 15 minutes.
Q. Did you ever suggest to any of the mailers working with Sean Novis that maybe they should have boxes at the same post office?
A. No.
Q. Why not?
A. Because it was never done that way.





Q. Would it take less time to do it that way?
A. It would.
Q. Potentially be less expensive?
A. For who? For the mailer, yes.
Q. In the entire time you worked in the Sean Novis universe from 2000 to 2016, was it always done this way?
A. Yes.
MR. DUNN: Permission to publish Government's Exhibit 184.
THE COURT: Granted.
(Exhibit published.)
BY MR. DUNN:
Q. And what is this email?
A. An email from Phil Priolo to myself telling me the caller service for Feel Lucky Group and the address.
MR. DUNN: If you can scroll down and rotate so we can see -- okay.
BY MR. DUNN:
Q. What is the note at the top?
A. Feel Lucky Group, PO Box 9218, Old Bethpage, New York 11804-9218.
Q. Okay. What is caller service?
A. Caller service is for when you typically have a higher volume of mail you don't have a physical box with a key; you just go to the door and you pick it up from a





postal employee.
Q. So the subject of this email --
MR. DUNN: If you can rotate back.
Q. -- is what?
A. It would be for a front-end.
Q. Okay. Not to belabor the obvious, but why do you need the caller service for front-ends?
A. Front-end would have been the highest volume of mail for a single promotion.
Q. Can you get caller service at a different post office?
A. Yes.
Q. Do you know why Mr. Priolo chose to have front-ends and caller service at this particular post office?
A. It might have been because he was using this one already.
MR. DUNN: May I have just a moment to confer? I'm getting close with Ms. Johnson.
THE COURT: Yes, go ahead.
(Pause.)
BY MR. DUNN:
Q. Yesterday, towards the beginning of your testimony, we talked about customer service work being your favorite part of this.
Do you recall that discussion?





A. Yes.
Q. And that you were concerned about the sweeps report promotions being misleading.
A. Mm-hmm.
Q. Did you ever bring that up to Sean Novis?
A. No.
Q. Or Gary Denkberg?
A. No.
Q. Or Jeff Novis?
A. No.
Q. How about Mr. Priolo?
A. No.
Q. Why not?
A. Because that was the point of the business. I wasn't going to tell them basically to shut down their business. That was their business.
MR. DUNN: No further questions, Your Honor.
THE COURT: Okay. Thank you.
Mr. Froccaro, your witness.
MR. FROCCARO: Judge, I'm just going to need a minute -- a couple minutes.
THE COURT: I will give you one minute.
MR. FROCCARO: You know what, then, I will start.
THE COURT: Okay. Go ahead.

MR. FROCCARO: I just need a few exhibits, Your Honor.
THE COURT: Oh, you need the exhibits. Go ahead.
(Pause.)
MR. FROCCARO: Judge, I'm going to need one minute to set up.
(Pause.)
CROSS-EXAMINATION
BY MR. FROCCARO:
Q. I guess this is good afternoon, Ms. Johnson.
My name is James Froccaro and I'm Mr. Priolo's attorney.
Before testifying here today, you were interviewed on a number of occasions by, among others, Mr. Dunn.
Do you agree, Ms. Johnson?
A. Yes.
Q. You were interviewed in March of 2024; October of 2024; February of 2025; and a few days ago on -- I believe it was Monday on March 10th of 2025.
Do you recall those interviews, madame?
A. Yes.
Q. You're aware that they wrote down what you told them during the interviews; correct?





A. Yes.
Q. And you claim to have been truthful during all of those interviews; right?
A. Yes.
Q. If you don't recall what you may have said during a prior interview with the Government, I will bring you a document to see if it refresh your recollection. You just have to ask.
A. Okay.
Q. Understood?
A. Yes.
Q. Thank you.
Now, you testified during your direct examination by Mr. Dunn that you recalled Mr. Priolo being involved with Sean Novis in the sweeps report business; correct?
A. Yes.
Q. And I think you've described the sweeps report business as a booklet that contained multiple sweepstakes; correct?
A. Right. That somebody could enter.
Q. Okay. When you were interviewed by Mr. Dunn last year on March 1st, do you recall telling him that Mr. Priolo was not involved in the sweeps report business during that time frame back in the early 2000s?





Do you recall telling him that? Yes or no, madame.
A. I don't recall saying that.
MR. FROCCARO: May I approach, Your Honor?
THE COURT: Yes.
BY MR. FROCCARO:
Q. I'm going to show you a document I previously identified as 3500 C John 2, and it's at pages 1 to 2 Government.
Can I have one second, Your Honor?
(Pause.)
MR. FROCCARO: I can approach, Judge?
THE COURT: Yes.
BY MR. FROCCARO:
Q. Ms. Johnson, I'm going to just ask you to read the portion down here and see if it refreshes your recollection that that's what you told him.
A. Out loud or to myself?
Q. To yourself. And just see if that refreshes your recollection.
A. I don't recall saying that. I would have said --
Q. After you reviewed this document, are you saying that you didn't tell them that he was not involved in the sweeps report business?
A. I don't recall saying that. I recall saying he was





not involved in the sweepstakes mailings.
Q. Okay. Now, Ms. Johnson, the first time that you ever suggested that Mr. Priolo was involved in this notice that they showed you -- I believe it's Government's Exhibit 401.
MR. FROCCARO: Judge, if I can just put it on the screen.
THE COURT: Yes, go ahead.
THE COURTROOM DEPUTY: Publish, Judge?
THE COURT: Please publish to the jury.
(Exhibit published.)
BY MR. FROCCARO:
Q. Do you recall him showing you this document, madame?
A. Yes.
Q. Okay. And the first time you ever suggested or told the Government that he was involved with this Sweepstakes Network --
A. Sweepstakes Advisory Network.
Q. Right.
Was just four days ago; correct? When you had that meeting on Monday with Mr. Dunn?
A. I believe so, yes. That was the first time that they showed me this particular document.
Q. And it was the first time you said he was involved in the sweepstakes report -- that particular entity; correct?

A. That company?
Q. Yes.
A. Was not first said this week.
Q. Well, when did you say it?
A. It would have been in one of the proffers.
MR. FROCCARO: If I could just approach to show her something to refresh her recollection.
THE COURT: Yes, go ahead.
MR. FROCCARO: It's 3500 C John 7.
BY MR. FROCCARO:
Q. If you could just review that.
(Pause.)
A. Okay.
Q. Does that refresh your recollection that's the first time you told them that?
A. That they had a falling-out?
Q. No. That Mr. Priolo was involved with this Sweepstakes Advisory Network somehow.
A. I don't think that was the first time I told them that.
Q. Well, when do you think the first time was?
A. It would have been during the proffer.
Q. Was it during the proffer recently or was it a proffer a year ago? You started well over a year ago.
A. I would think it would have been one of the earlier





ones it would have come up. I don't remember exactly what was discussed.
MR. FROCCARO: Judge, it may take some time, but may I show her her prior interviews, all of her prior interviews?
THE COURT: Yes.
MR. FROCCARO: Thank you.
May I approach, Your Honor?
THE COURT: Yes, go ahead.
BY MR. FROCCARO:
Q. I asked you to review these documents.
MR. FROCCARO: Let me just identify them, Your Honor.
Q. There's 3500 C John 2. That's an interview on March 1st, 2024. I ask you to review it and see if anywhere in there you mentioned that Mr. Priolo was involved with the Sweepstakes Advisory Network.
A. It says right here: S. Novis was --
Q. Please. It's a specific question. Review that and see if it refreshes your recollection that it said Mr. Priolo was involved with the Sweepstakes Advisory Network. Just yes or no that you did not mention it in connection with your first interview on March 1, 2024.
A. I don't see that I mentioned it in this interview. Just that they were partners.





Q. If you could just take a look at this one, too, madame. This is 3500 C John 4. It's regarding your interview on October 21, 2024. If you could look for the same, an answer to the same question.
(Pause.)
Q. The answer to that was?
A. What was the question?
MR. FROCCARO: Can you repeat the question, please, Denise? You know what, I can do it.
Q. After reviewing that document, it refreshes your recollection you didn't mention it during your interview on October 21, 2024; correct?
A. I did not mention the name "Sweepstakes Advisory Network."
Q. Or Philip being involved with it or associated with it; correct?
A. I said that he left the company.
Q. At that point.
The answer to my question is you didn't mention it; correct?
A. No.
Q. Okay.
THE COURT: Mr. Froccaro, we're going to stop now. It's 12:30, so we'll continue with this on Monday morning at 10:00 a.m.





MR. FROCCARO: Great, Judge.
Thank you so much.
THE COURT: Ms. Johnson, you will remain under oath over the weekend, so you're under that advisement.
Jurors, thank you for your attention and commitment during this whole first week of trial. You've got a lot of new information about this case and my instructions are just as important, if not more, over the course of this two and a half day break.
Please do not speak to each other in any way about this case. It is so important to wait until all of the evidence is in and you are instructed by me on the law before you go into the jury deliberation room and start discussing as a jury. There will be a time for each of you to talk to each other about everything you have seen and heard in this courtroom, but it is not now. You are to keep an open mind until all of the evidence has come in, until you are instructed on the law and you go into that room to deliberate together as jurors.
Please do not speak with anyone else, whether they are the counsel, the parties, witnesses, members of the public, in this courtroom or elsewhere in this courthouse, or court personnel about the case, other than Mr. Morabito, who is your go-to guy.
Please do not do any search, and please do not

let anyone talk to you. Even if they're just trying to be nice and you pass them in the hallway on your way out of this courthouse today, please ignore them, have no interactions -- verbal or nonverbal with them -- and go about your way.

Again, no research, no news reports, no reading of anything that might be out there about this case or doing research on the parties, counsel, witnesses, places, people, other issues that have come up in the testimony and in the documents that you've seen, and anything else having to do with this case.

If you do become that aware that another juror is not following my instructions, please notify me through Mr. Morabito promptly.

Fortunately, that has not yet happened. I am very glad. We hope that is the case throughout the entire duration of the trial, and it is my expectation that each of you are taking my instructions very seriously because they are so central to the impartiality and the rule of law that is the bedrock of our country.

With that, I thank you for everything that you have done this week. I will see you again on Monday at 10:00 a.m. You will get to the jury room at 9:45.

THE COURTROOM DEPUTY: All rise for the jury.

(Jury exits.)





THE COURTROOM DEPUTY: Judge, one of the jurors has a letter. Can it wait?

THE COURT: For me?

THE COURTROOM DEPUTY: Yes.

THE COURT: Why doesn't the jury all come back in?

THE COURTROOM DEPUTY: Some of the jurors just walked out.

THE COURT: Okay. Then it will have to wait until Monday.

Mr. Morabito, excuse the jury to the jury room and then you and I will discuss it.

(Pause.)

THE COURT: Have a seat, everyone.

MR. FELDMAN: Your Honor, may the witness be excused?

THE COURT: Apparently there is a juror --

MR. FELDMAN: Your Honor, may we excuse the witness?

THE COURT: Yes.

You may be excused, Ms. Johnson.

Thank you.

(Witness excused.)

THE COURTROOM DEPUTY: Judge, just to confirm,





after I get the letter, can I tell them that they can leave?

THE COURT: Yes.

So, apparently, there is a juror who is in the process of writing a note. I will not read the note here today. The juror just informed Mr. Morabito as she was walking out of the room that she has a note. Mr. Morabito will give the note to me today, I will put it on the record on Monday morning, and discuss with counsel how to proceed.

Any concerns with this approach, Mr. Dunn?

MR. DUNN: No, Your Honor.

THE COURT: Mr. Froccaro?

MR. FROCCARO: No, Judge.

THE COURT: Okay. Any applications from the Government?

MR. DUNN: No, Your Honor.

THE COURT: Any applications from the defense?

MR. FROCCARO: Judge, I just want to put Your Honor on notice about something. The Government had approached me earlier on --

THE COURT: I'm sorry, sir, could you talk into the mic?

MR. FROCCARO: It's off?

THE COURT: Thank you.





Do you want me to go into this?

MR. FELDMAN: It's totally up to you.

THE COURT: The parties have met and conferred about this?

MR. FROCCARO: Yeah, about the potential issue.

Mr. Ressler is going to be testifying on Monday remotely whenever we're all done with Ms. Johnson. My understanding, the Government made an offer that he is not going to identify my client during his testimony at all, and that in exchange I wouldn't cross him on the issue regarding his identification and take him through the whole chronology that I provided Your Honor with on a prior occasion.

I, at first blush -- I would like to be able to think about it. I just wanted to give Your Honor notice of it, but obviously -- I need to know what the man is going to say, that he didn't speak to somebody about Phil. There are certain other parameters we have to work out, but I just wanted Your Honor to be on notice of it.

THE COURT: Okay. So the parties will continue discussing this issue.

MR. FELDMAN: Just so the record is clear, Your Honor, it wasn't necessarily an offer. It was just in the interest of being very candid with defense counsel, we told defense counsel that we didn't think the issue of the

meeting in Las Vegas at Mr. Ressler's home would be something that would be elicited on direct examination of Mr. Ressler, so there wasn't anything we were asking for in return. We were just telling defense counsel about that issue.

MR. FROCCARO: Then I made -- I can't call it a counter offer, but I said to them that's what I need to know. That's where we're at.

THE COURT: So you will let me know first thing on Monday if there's been any resolution on that, and no further applications.

Are there any applications outstanding from either party?

Any issues you raised on previous days of trial? By my count there aren't, but I want counsel to confirm that I have not lost track of anything.

MS. ENTWISTLE: Nothing from the Government, Judge.

MR. FROCCARO: The only thing I ask, and I know they will abide by it, they shouldn't be speaking to the witness while she's on --

THE COURT: Exactly. The Government will not be speaking to the witness. And, as I advised her, she remains under oath so she should not be spoken to.

MR. DUNN: I have instructed the team

*Denise Parisi, RPR, CRR*
*Official Court Reporter*



accordingly, Your Honor.

THE COURT: Thank you.

We have the remainder of Ms. Johnson's cross, any redirect and recross, Mr. Ressler, and that is all for Monday; is that correct?

MR. DUNN: We could get to our last witness and potentially conclude. I would expect -- I will be doing Mr. Ressler's direct, and I would expect that will be 90 minutes to two hours, at the most.

THE COURT: Okay.

MR. DUNN: It's quite possible we could get to our last witness, if not complete our last witness Monday.

THE COURT: Okay. I think the parties should plan for a charge conference on Tuesday morning. I think that is around where we are and then we'll take it from there.

One moment.

Mr. Morabito?

THE COURTROOM DEPUTY: I'm going to make copies of this, Judge.

THE COURT: Can I just see it?

THE COURTROOM DEPUTY: Sure.

THE COURT: We're going to mark this as Court Exhibit 3.

(Court Exhibit 3 was received in evidence.)

*Denise Parisi, RPR, CRR*
*Official Court Reporter*



THE COURT: This is the note -- I'm going to read it now -- from Juror Number 13.

Dear Honorable Judge, this is Juror Number 13 Kristy Paul. I wanted to disclose that I do have a vacation coming up on Friday, March 21st, 2025. The vacation is from Friday to Sunday. My flight is 4:00 p.m. at JFK. I did not disclose earlier since I didn't think it was a hardship. I am unsure if the trial will continue through next week Friday. Please advise on what I should do if possible. Thank you, have a great weekend. Kristy Paul, Number 13.

So, at this point, we don't know whether trial is going to continue on Friday, so I don't really think there's anything to do yet in terms of excusing this juror, but I'm glad that she let us know. We all know.

On Monday, I will read the note to the jury because I'm obligated to, but I don't think that she needs to be excused at this point for a hardship or any sort of reason.

Mr. Dunn?

MR. DUNN: Concur, Your Honor.

THE COURT: Mr. Froccaro?

MR. FROCCARO: I agree.

THE COURT: Okay. Great.

Thank you all so much. Have a good weekend.

*Denise Parisi, RPR, CRR*
*Official Court Reporter*



See you on Monday.

(Matter adjourned to March 17, 2025, at 10:00 a.m.)

* * * * *

*Denise Parisi, RPR, CRR*
*Official Court Reporter*

I N D E X


| WITNESS | PAGE |
| --- | --- |
| CATHY JOHNSON (Cont'd) | 590 |
| DIRECT EXAMINATION BY MR. DUNN | 590 |
| CROSS-EXAMINATION BY MR. FROCCARO | 686 |


*Denise Parisi, RPR, CRR*
*Official Court Reporter*



E X H I B I T S


| | |
| --- | --- |
| Court Exhibit 3 was received in evidence.) | 699 |
| Defense Exhibits A and B were received in evidence | 587 |


*Denise Parisi, RPR, CRR*
*Official Court Reporter*

## $

**$1,000** [1] - 673:24
**$1,200,000** [6] - 639:3, 639:8, 651:5, 659:22, 674:10, 675:17
**$1,392,892** [1] - 656:11
**$18** [1] - 671:7
**$19** [1] - 677:23
**$20** [26] - 615:25, 634:2, 639:4, 639:12, 643:14, 643:15, 643:20, 645:10, 647:17, 648:9, 652:15, 652:20, 652:22, 654:8, 654:17, 657:24, 658:2, 658:11, 658:13, 659:21, 659:25, 661:9, 664:13, 665:12, 670:12, 673:14
**$200** [2] - 664:23, 671:5
**$200,000** [1] - 673:15
**$21** [1] - 675:9
**$22** [2] - 673:24, 675:17
**$236** [1] - 657:5
**$28** [5] - 656:10, 656:13, 656:25, 657:3, 657:9
**$40** [3] - 658:11, 661:23, 662:5
**$9.35** [1] - 605:21

## 1

**1** [4] - 656:21, 667:14, 688:8, 691:23
**1,000** [1] - 679:14
**1,200,000** [1] - 637:1
**1,900,000** [1] - 675:10
**1.2** [6] - 634:3, 638:5, 645:9, 648:8, 654:9, 654:16
**10** [5] - 588:10, 589:23, 660:5, 670:20, 673:18
**10/9** [1] - 671:12
**100** [2] - 582:15, 638:4
**10017** [1] - 582:22
**103W** [1] - 582:19
**10:00** [3] - 692:25, 694:23, 701:3
**10th** [2] - 681:16, 686:21
**11** [7] - 631:12, 634:4, 634:5, 636:6, 659:17, 673:20, 676:16
**11/17/15** [1] - 638:16
**1101** [1] - 604:5
**11050** [1] - 582:20
**1117** [1] - 604:18
**1143** [1] - 605:13
**11590** [1] - 676:21
**11722** [1] - 582:15
**11756-3762** [1] - 679:14
**11804-9218** [1] - 683:21
**11:30** [1] - 590:4
**12** [2] - 671:9, 674:2
**12/30/12** [1] - 674:23
**12:30** [4] - 590:5, 662:12, 662:15, 692:24
**13** [5] - 593:9, 674:13, 700:2, 700:3, 700:11
**1304** [1] - 605:25
**1352** [1] - 606:8
**14** [7] - 582:6, 593:9, 636:20, 652:14, 660:15, 675:5
**15** [4] - 641:9, 671:15, 675:12, 682:19
**151** [1] - 610:17
**153** [1] - 611:12
**158** [1] - 616:14
**159** [1] - 621:21
**15th** [1] - 675:11
**16** [5] - 628:11, 629:3, 629:18, 629:23, 629:24
**160** [1] - 623:23
**162** [1] - 632:22
**17** [4] - 631:20, 637:6, 647:8, 701:3
**171** [2] - 640:12, 641:11
**172** [1] - 641:3
**173** [1] - 644:7
**174** [3] - 654:22, 656:5, 664:7
**175** [1] - 669:1
**175A** [1] - 672:15
**177** [1] - 666:7
**18** [5] - 633:25, 648:3, 661:4, 671:21
**180** [3] - 677:13, 678:8, 679:13
**181** [1] - 679:4
**182** [1] - 681:11
**183** [1] - 682:6
**184** [1] - 683:9
**185** [1] - 667:6
**186** [1] - 591:3
**19** [4] - 614:10, 671:21, 672:11, 678:4
**1st** [2] - 687:23, 691:15

## 2

**2** [8] - 656:3, 667:15, 669:22, 672:18, 676:14, 688:8, 691:14
**2/13/16** [1] - 639:6
**20** [7] - 582:19, 616:1, 637:22, 658:15, 664:7, 676:21
**2000** [2] - 623:18, 683:6
**2000s** [1] - 687:25
**2002** [1] - 630:10
**2015** [10] - 595:5, 595:6, 630:10, 647:8, 652:14, 656:9, 659:20, 661:23, 667:20, 677:19
**2016** [17] - 606:2, 606:10, 614:10, 623:18, 633:25, 634:4, 634:5, 639:4, 641:10, 661:12, 668:22, 676:17, 677:3, 679:10, 681:16, 682:10, 683:6
**2024** [6] - 686:19, 686:20, 691:15, 691:23, 692:3, 692:12
**2025** [5] - 582:6, 686:20, 686:21, 700:5, 701:3
**21** [5] - 606:2, 606:10, 659:20, 692:3, 692:12
**21-CR-00566(NJC** [1] - 582:2
**2129** [2] - 619:10, 619:14
**2130** [1] - 619:7
**2131** [1] - 619:5
**2132** [1] - 619:3
**2133** [2] - 618:25, 619:1
**2151** [1] - 619:15
**2160** [1] - 619:24
**2166** [1] - 620:6
**21st** [1] - 700:5
**22** [2] - 631:25
**23** [4] - 631:25, 632:7, 648:24, 661:20
**24** [3] - 649:8, 662:1
**25** [1] - 603:7
**26** [4] - 636:25, 649:8, 650:8, 662:1
**27** [2] - 638:12, 650:22
**275** [2] - 596:15, 596:23
**28** [4] - 632:11, 638:18, 651:15, 662:7
**29** [2] - 632:16, 639:16
**299** [1] - 598:1
**2:11** [1] - 593:13

## 3

**3** [5] - 656:17, 678:8, 699:24, 699:25, 703:4
**30** [3] - 652:4, 662:2
**300** [1] - 611:8
**3020770164** [1] - 638:10
**3023332004** [1] - 636:9
**3031491560** [1] - 637:2
**3032978789** [1] - 637:11
**3034631105** [1] - 634:4
**309** [1] - 676:9
**31** [2] - 638:22, 652:9
**31st** [1] - 593:12
**35** [1] - 676:21
**3500** [4] - 688:8, 690:9, 691:14, 692:2
**394** [2] - 595:13, 610:14

## 4

**4** [4] - 658:6, 666:10, 673:6, 692:2
**40** [1] - 654:3
**401** [1] - 689:5
**46** [1] - 654:12
**466** [2] - 600:15, 600:17
**47** [1] - 664:15
**477** [1] - 601:5
**4:00** [1] - 700:6
**4th** [1] - 670:12

## 5

**5** [2] - 661:23, 668:19
**5,637** [2] - 620:5, 620:18
**50** [1] - 665:8
**501** [1] - 582:21
**502** [3] - 601:18, 601:20, 602:3
**514** [2] - 582:21, 601:25
**52** [1] - 665:20
**55736** [1] - 651:3
**57** [2] - 586:20, 586:21
**570** [1] - 582:15
**587** [1] - 703:8
**590** [2] - 702:6, 702:7
**5th** [2] - 582:21, 656:9

## 6

**6** [5] - 657:18, 661:12, 670:3, 670:8, 673:11
**60** [2] - 661:11, 662:5
**60-day** [1] - 661:24
**6215** [1] - 678:12
**6245** [1] - 678:12
**66** [1] - 674:23
**68** [1] - 649:23
**686** [1] - 702:8
**699** [1] - 703:4

## 7

**7** [3] - 611:10, 659:6, 690:9
**75** [1] - 636:1

## 8

**800** [1] - 611:10
**825** [2] - 603:4, 603:8
**836** [1] - 603:6
**8611** [1] - 661:16
**88** [2] - 673:14, 674:19

## 9

**9** [6] - 586:18, 586:21, 658:17, 675:8, 677:22, 678:4
**9/19/2016** [1] - 616:6
**90** [2] - 659:24, 699:9
**90-year-old** [2] - 660:10, 672:22
**900,000** [1] - 675:9
**9218** [1] - 683:20
**94** [1] - 651:2
**9:15** [1] - 582:6
**9:45** [1] - 694:23
**9:55** [1] - 588:9

## A

**a.m** [4] - 582:6, 692:25, 694:23, 701:3
**abide** [1] - 698:20
**able** [4] - 616:12, 665:15, 671:6, 697:14
**above-mentioned** [11] - 591:5, 595:21, 610:20, 611:14, 616:17, 621:23, 623:25, 632:24, 640:14, 641:5, 644:9
**accept** [1] - 674:18
**access** [1] - 585:8
**accordingly** [1] - 699:1
**account** [1] - 666:20
**accurate** [2] - 584:2, 596:4
**acknowledge** [1] - 656:12
**actual** [4] - 603:22, 626:10, 626:18, 655:5
**add** [1] - 676:19
**addition** [2] - 606:18, 606:19
**address** [18] - 591:18, 592:6, 592:8, 592:9, 604:19, 605:4, 634:9, 640:7, 646:15, 651:3, 655:11, 656:19, 658:3, 660:2, 673:25, 676:20, 681:23, 683:15
**addressed** [2] - 669:24, 674:4
**addressee** [1] - 648:13
**addresses** [5] - 604:22, 605:2, 605:11, 648:21, 650:16
**adequately** [1] - 589:16
**adjourned** [1] - 701:3
**adjustment** [1] - 644:3
**admission** [2] - 587:10, 587:11
**admit** [1] - 587:6
**admitted** [4] - 587:15, 589:3, 616:15, 676:10
**admitting** [1] - 587:7
**advantage** [2] - 650:3, 674:21
**advise** [3] - 635:3, 651:14, 700:9
**advised** [3] - 645:23, 656:8, 698:23
**advisement** [1] - 693:4
**advises** [1] - 646:10
**Advisory** [5] - 689:18, 690:18, 691:17, 691:21, 692:13
**affiliates** [3] - 645:13, 648:11, 654:19
**afford** [1] - 639:11
**afternoon** [1] - 686:11
**agents** [1] - 627:2
**ago** [7] - 634:6, 657:21, 662:5, 686:20, 689:20, 690:24
**agree** [3] - 596:4, 686:17, 700:23
**agreement** [1] - 605:6
**ahead** [9] - 663:22, 663:24, 664:5, 684:19, 685:25, 686:4, 689:8, 690:8, 691:9
**aided** [1] - 582:25
**align** [1] - 678:5
**allegations** [1] - 642:12
**alleged** [1] - 629:4
**allowance** [1] - 666:16
**almost** [3] - 634:5, 645:24, 659:24
**alone** [1] - 674:23
**aloud** [1] - 654:5
**Amarillo** [1] - 671:4
**AMERICA** [1] - 582:2
**America** [1] - 669:18
**amount** [12] - 605:18, 605:20, 612:16, 614:19, 615:19, 615:23, 616:11, 618:11, 618:19, 666:17, 675:16
**Anderson** [3] - 651:1, 665:22, 666:5
**Ann** [1] - 655:25
**ANN** [1] - 582:16
**anoited** [1] - 635:25
**answer** [7] - 628:4, 631:3, 631:4, 672:9, 692:4, 692:6, 692:19
**answering** [1] - 589:4
**answers** [2] - 583:16, 584:5
**anyway** [4] - 637:11, 637:18, 672:1, 672:9
**apart** [1] - 597:14
**Apartment** [1] - 676:21
**apologize** [5] - 586:17, 621:13, 625:6, 625:13, 668:10
**appear** [1] - 620:25
**applicable** [1] - 645:22
**applications** [5] - 588:3, 696:15, 696:18, 698:11, 698:12
**appreciate** [1] - 672:7
**appreciated** [1] - 642:10
**appreciative** [1] - 671:19
**approach** [6] - 628:17, 688:4, 688:12, 690:6, 691:8, 696:11
**approached** [1] - 696:21
**appropriate** [1] - 642:14
**approve** [1] - 674:22
**approved** [2] - 638:4, 674:17
**area** [1] - 643:24
**armful** [1] - 674:19
**arrangement** [1] - 601:2
**arrived** [2] - 596:10, 648:21
**ASAP** [1] - 658:2
**ashame** [1] - 658:24
**assertion** [1] - 629:17
**assistance** [1] - 646:14
**Assistant** [1] - 582:18
**associated** [1] - 692:15
**association** [1] - 628:11
**assume** [1] - 584:23
**attached** [4] - 591:23, 622:4, 641:10, 676:5
**attaches** [1] - 647:9
**attention** [3] - 628:9, 667:17, 693:5
**Attorney** [3] - 582:14, 652:12, 652:13
**attorney** [11] - 584:10, 644:13, 644:20, 645:1, 645:19, 647:2, 647:7, 648:20, 648:22, 652:7, 686:13
**Attorneys** [1] - 582:18
**attorneys** [1] - 583:21
**August** [8] - 593:12, 595:5, 634:5, 661:23, 668:22, 670:12, 677:19
**authorization** [1] - 654:8
**available** [3] - 646:7, 665:18, 675:11
**Avenue** [3] - 582:19, 582:21, 679:13
**average** [1] - 618:19
**award** [2] - 646:5, 652:16
**awards** [1] - 656:11
**aware** [5] - 650:17, 680:6, 680:8, 686:24, 694:12

## B

**back-end** [4] - 678:11, 678:13, 678:17, 681:5
**back-ends** [4] - 679:19, 679:22, 681:5
**backer** [1] - 635:17
**bad** [2] - 643:19, 660:10
**Bakker** [2] - 654:15, 654:18
**Bank** [1] - 669:17
**bank** [7] - 613:19, 613:20, 613:24, 613:25, 638:7, 661:17, 661:18
**banking** [1] - 600:13
**banks** [1] - 613:22
**Barbara** [2] - 658:4, 658:5
**bargain** [1] - 639:9
**Barrett** [3] - 628:13, 629:15, 674:9
**Bart** [1] - 608:19

**based** [1] - 589:9
**basic** [1] - 623:17
**batch** [1] - 619:14
**batches** [1] - 600:9
**beat** [1] - 671:8
**become** [2] - 652:15, 694:12
**bedrock** [1] - 694:20
**beero2@yahoo.com** [1] - 634:9
**BEFORE** [1] - 582:10
**beginning** [2] - 596:22, 684:22
**behalf** [1] - 651:2
**belabor** [2] - 605:17, 684:6
**bell** [1] - 675:9
**belonged** [1] - 665:3
**below** [8] - 591:19, 601:5, 619:20, 620:22, 631:14, 642:25, 643:12, 667:12
**best** [8] - 601:10, 601:11, 606:13, 610:6, 635:23, 649:10, 670:22, 674:6
**bet** [1] - 601:6
**Bethpage** [8] - 596:25, 597:2, 597:6, 597:10, 597:14, 597:15, 597:18, 683:20
**better** [1] - 607:6
**Betty** [1] - 674:1
**between** [5] - 591:16, 593:2, 595:25, 596:8, 679:23
**big** [1] - 671:3
**bigger** [1] - 617:19
**bill** [3] - 592:6, 600:20
**bit** [4] - 612:5, 619:21, 639:22, 650:10
**BIX** [1] - 679:14
**block** [5] - 616:12, 633:14, 640:5, 640:19, 646:16
**blush** [1] - 697:14
**BNO** [1] - 649:4
**bold** [1] - 640:4
**booklet** [1] - 687:19
**bothers** [1] - 650:2
**bottom** [16] - 593:12, 621:8, 621:13, 628:10, 635:11, 636:12, 640:4, 640:20, 647:14, 651:19, 661:17, 664:24, 665:1, 665:6, 673:9, 681:19
**bottoms** [1] - 676:4
**bounds** [1] - 629:6
**Box** [3] - 643:6, 648:16, 683:20
**box** [12] - 594:18, 601:25, 612:22, 643:8, 679:21, 680:18, 680:22, 681:1, 681:5, 681:7, 682:11, 683:24
**boxes** [6] - 594:14, 679:12, 680:15, 680:21, 681:7, 682:21
**boy** [1] - 650:12
**Boydria** [2] - 658:20, 659:5
**Braga** [2] - 645:8, 645:12
**Bragas'** [1] - 645:23
**break** [11] - 585:17, 588:8, 588:11, 590:3, 662:9, 662:14, 662:16, 663:7, 663:8, 664:9, 693:9
**Brenda** [4] - 639:2, 639:14, 639:15, 639:21
**briefly** [1] - 641:3
**bring** [5] - 590:12, 595:1, 663:22, 685:5, 687:6
**brochure** [1] - 666:18
**broke** [1] - 674:1
**BS** [1] - 632:20
**bucket** [5] - 606:4, 610:24, 611:1, 611:3, 611:9
**bunch** [1] - 629:22
**bundled** [1] - 613:10
**business** [13] - 617:8, 636:2, 642:9, 642:10, 680:9, 680:12, 685:14, 685:15, 685:16, 687:15, 687:19, 687:24, 688:24
**buy** [3] - 614:22, 660:1, 678:22
**buyer** [2] - 673:4, 673:5
**buyers** [5] - 592:11, 592:12, 611:22, 612:6, 612:22
**BY** [137] - 582:16, 590:24, 591:14, 593:11, 595:23, 596:16, 598:13, 599:9, 600:6, 600:16, 601:19, 602:4, 603:5, 605:14, 606:1, 606:9, 610:5, 610:22, 611:16, 614:6, 616:3, 616:19, 617:23, 618:23, 619:13, 619:23, 620:24, 621:7, 622:1, 624:3, 628:8, 631:8, 631:13, 631:21, 632:2, 632:8, 632:12, 632:17, 633:1, 633:20, 634:24, 635:10, 635:19, 636:7, 636:23, 637:7, 637:23, 638:13, 638:19, 638:23, 639:17, 639:24, 640:16, 641:7, 641:14, 642:1, 642:21, 643:11, 643:17, 644:1, 644:11, 645:16, 646:17, 647:5, 647:12, 647:22, 648:4, 648:15, 649:1, 649:9, 649:21, 650:9, 650:23, 651:16, 652:5, 652:10, 654:2, 654:4, 654:13, 654:25, 656:6, 657:19, 658:8, 658:18, 659:7, 659:18, 660:6, 660:16, 661:6, 661:21, 662:3, 664:8, 664:16, 665:2, 665:9, 665:21, 666:11, 667:9, 667:16, 668:20, 669:4, 669:23, 670:4, 670:9, 670:21, 671:10, 671:16, 671:22, 672:20, 673:7, 673:12, 673:21, 674:3, 674:14, 675:6, 675:13, 676:15, 677:16, 678:1, 678:9, 679:7, 679:17, 681:14, 681:21, 682:9, 682:15, 683:12, 683:18, 684:21, 686:10, 688:6, 688:14, 689:12, 690:10, 691:10, 702:7, 702:8


## C


**C/S** [1] - 614:24
**caged** [2] - 594:10, 611:23
**caging** [11] - 591:25, 592:20, 602:17, 602:19, 611:18, 611:19, 611:20, 611:22, 612:3, 622:9, 677:2
**caller** [6] - 683:15, 683:22, 683:23, 684:7, 684:10, 684:14
**cancel** [1] - 666:13
**cancer** [1] - 671:8
**candid** [1] - 697:24
**cannot** [2] - 609:4, 642:6
**capitals** [1] - 642:19
**car** [1] - 629:25
**card** [2] - 680:9, 680:13
**case** [6] - 693:7, 693:11, 693:23, 694:7, 694:11, 694:16
**cases** [1] - 645:24
**cash** [26] - 593:17, 593:25, 594:3, 594:5, 599:22, 600:24, 601:3, 612:19, 613:9, 614:2, 615:4, 615:5, 615:9, 615:15, 615:18, 615:20, 651:5, 657:23, 660:2, 665:24, 669:19, 669:21, 675:9, 675:10, 675:18, 678:4
**Cash** [7] - 593:17, 593:19, 593:23, 600:25, 601:1, 612:20, 615:3
**cashed** [3] - 638:6, 661:13, 666:3
**CAT** [1] - 671:4
**categories** [1] - 622:17
**CATHY** [3] - 590:16, 590:21, 702:6
**Cathy** [3] - 590:21, 600:19, 614:16
**CAUSE** [1] - 582:9
**CBA** [3] - 604:23, 669:24, 670:5
**cell** [1] - 596:5
**cent** [1] - 664:22
**center** [3] - 618:22, 666:13, 678:3
**central** [1] - 694:19
**Central** [2] - 582:4, 582:15
**certain** [7] - 588:25, 589:5, 589:6, 596:18, 616:11, 697:18
**certificate** [3] - 634:1, 647:17, 671:25
**cetera** [1] - 585:3
**chairs** [1] - 585:18
**challenging** [3] - 670:23, 673:8, 674:6
**chance** [1] - 669:18
**change** [1] - 649:25
**characterizes** [1] - 593:5
**charge** [1] - 699:14
**charged** [1] - 642:11
**charges** [2] - 592:10, 666:20
**CHARLES** [1] - 582:17
**check** [26] - 587:21, 598:6, 615:15, 636:9, 638:6, 639:3, 639:13, 646:9, 650:6, 656:9, 656:10, 656:14, 657:25, 658:3, 659:4, 659:13, 660:1, 661:13, 661:15, 671:12, 673:10, 673:24, 675:9, 675:10, 675:18, 678:4
**checking** [2] - 652:23, 653:1
**checks** [13] - 612:15, 612:16, 612:24, 613:16, 613:17, 613:22, 615:8, 616:8, 665:24, 666:3, 666:23, 669:20, 671:25
**children** [1] - 674:24
**chose** [1] - 684:13
**CHOUDHURY** [1] - 582:10
**Christian** [1] - 637:25
**Christine** [6] - 623:11, 633:15, 646:19, 646:22, 647:25, 651:20
**chronology** [1] - 697:12
**church** [1] - 638:1
**Circle** [34] - 592:7, 596:12, 602:16,

606:19, 610:11, 613:8, 616:23, 617:5, 619:8, 621:16, 622:4, 633:4, 633:13, 633:16, 641:20, 643:5, 643:9, 644:14, 648:2, 648:17, 648:18, 649:4, 667:2, 667:25, 668:2, 668:4, 668:9, 668:10, 670:6, 676:25, 677:19, 679:10, 679:24, 680:12
**circled** [2] - 657:16, 659:13
**circumstance** [1] - 604:1
**claim** [1] - 687:2
**claimant** [1] - 637:10
**claiming** [2] - 629:9, 643:1
**claims** [2] - 651:5, 654:16
**clarified** [1] - 602:9
**clarify** [3] - 602:23, 607:23, 668:6
**clear** [5] - 589:22, 594:5, 623:12, 650:18, 697:22
**cleared** [1] - 638:7
**CLERK** [4] - 590:7, 590:15, 590:19, 591:9
**client** [2] - 629:24, 697:9
**clients** [1] - 646:11
**close** [3] - 662:11, 662:15, 684:18
**closed** [2] - 625:13, 626:12
**closing** [1] - 638:8
**coconspirator** [2] - 629:4, 629:11
**code** [5] - 618:6, 618:25, 619:24, 620:6, 681:18
**codes** [4] - 612:12, 619:14, 665:3, 678:12
**collect** [3] - 643:14, 657:23, 659:21
**collecting** [1] - 652:21
**column** [9] - 612:15, 612:18, 614:14, 614:18, 615:3, 615:7, 616:7, 618:21, 620:14
**columns** [2] - 612:5, 618:1
**combination** [1] - 587:23
**coming** [4] - 604:7, 649:16, 673:17, 700:5
**commitment** [1] - 693:6
**common** [2] - 593:2, 601:2
**communicate** [1] - 662:18
**communication** [2] - 646:2, 646:8
**communications** [1] - 596:5
**companies** [3] - 665:4, 676:1, 680:20
**company** [26] - 606:14, 606:16, 606:18, 606:22, 607:10, 608:7, 608:9, 610:7, 610:10, 610:24, 613:7, 615:12, 621:15, 623:7, 644:24, 652:25, 657:22, 658:2, 658:22, 658:24, 660:24, 666:15, 667:1, 680:19, 690:1, 692:17
**complaint** [8] - 641:15, 642:4, 642:14, 642:19, 642:23, 647:9, 649:10, 650:10
**complaints** [2] - 642:13, 644:20
**complete** [1] - 699:12
**completely** [1] - 675:2
**completion** [1] - 634:1
**comply** [1] - 645:21
**computer** [3] - 591:10, 591:13, 595:14
**Computer** [1] - 582:25
**Computer-aided** [1] - 582:25
**computerized** [1] - 582:24
**computers** [1] - 585:12
**concern** [13] - 604:1, 625:15, 626:4, 626:8, 637:9, 657:21, 658:20, 659:20, 664:18, 665:11, 678:18, 678:25, 679:1
**concerned** [1] - 685:2
**concerning** [4] - 637:16, 656:11, 664:10, 672:10
**concerns** [6] - 584:16, 584:17, 587:22, 589:11, 635:1, 696:11
**conclude** [1] - 699:7
**concluded** [3] - 609:6, 627:6, 630:13
**conclusion** [1] - 586:3
**concur** [1] - 700:21
**conduct** [1] - 646:5
**confer** [1] - 684:17
**conference** [1] - 699:14
**conferred** [1] - 697:3
**confirm** [5] - 589:11, 608:21, 608:23, 695:25, 698:15
**confirmed** [1] - 638:4
**confusing** [1] - 668:11
**Coning** [1] - 675:3
**connected** [1] - 591:10
**connection** [1] - 691:23
**consider** [2] - 642:6, 644:3
**consideration** [1] - 584:7
**consisted** [1] - 619:18
**consumer** [1] - 642:12
**Consumer** [3] - 641:23, 642:5, 642:16
**consumer's** [1] - 642:14
**Cont'd** [1] - 702:6
**contact** [3] - 646:15, 654:10, 672:13
**contacted** [1] - 651:1
**contained** [3] - 633:5, 642:12, 687:19
**contains** [1] - 583:15
**content** [1] - 583:9
**contents** [1] - 596:2
**contest** [1] - 665:12
**contests** [2] - 646:6, 665:18
**continue** [10] - 590:10, 599:10, 599:24, 601:5, 604:18, 665:14, 692:24, 697:20, 700:8, 700:13
**Continued** [7] - 606:25, 609:7, 625:17, 627:7, 628:20, 630:14, 653:3
**continuing** [1] - 654:2
**convenient** [1] - 591:7
**conveyed** [1] - 677:8
**cooperation** [2] - 642:9, 658:4
**copies** [7] - 584:12, 585:16, 591:8, 627:1, 645:4, 668:16, 699:19
**copy** [5] - 586:1, 626:19, 641:1, 656:4, 656:18
**corner** [3] - 605:18, 624:17, 672:19
**correct** [20] - 592:1, 601:7, 615:10, 621:1, 621:11, 647:9, 650:19, 651:17, 656:23, 658:16, 667:25, 686:25, 687:16, 687:20, 689:20, 689:25, 692:12, 692:16, 692:20, 699:5
**counsel** [13] - 583:2, 583:16, 588:22, 630:1, 662:21, 663:8, 693:21, 694:8, 696:9, 697:24, 697:25, 698:4, 698:15
**count** [1] - 698:15
**counted** [1] - 613:3
**counter** [1] - 698:7
**country** [1] - 694:20
**county** [1] - 652:25
**County** [3] - 641:23, 642:5, 642:16
**couple** [3] - 597:9, 617:1, 685:21
**course** [1] - 693:9
**court** [20] - 583:20, 583:22, 583:23, 584:1, 584:3, 584:8, 584:12, 584:22, 585:1, 589:3, 608:21, 610:1, 625:7, 625:9, 628:1, 628:3, 631:1, 631:2, 662:22, 693:23
**COURT** [128] - 582:1, 582:10, 583:2, 583:5, 584:3, 585:24, 586:3, 586:11, 586:16, 586:21, 587:1, 587:4, 587:13, 587:15, 587:21, 588:2, 588:5, 588:7, 588:16, 588:19, 588:22, 589:18, 589:21, 589:25, 590:4, 590:9, 591:4, 591:12, 595:20, 606:24, 607:4, 607:7, 607:10, 607:12, 607:18, 607:22, 607:25, 608:8, 608:12, 608:17, 608:23, 609:3, 610:4, 610:19, 611:13, 616:16, 621:22, 623:24, 625:7, 625:14, 626:2, 626:8, 626:13, 626:16, 626:18, 626:21, 626:25, 627:4, 628:2, 628:16, 628:19, 629:4, 629:13, 629:20, 630:4, 630:12, 631:2, 632:23, 640:13, 641:4, 641:13, 644:8, 654:23, 662:8, 662:13, 663:6, 663:13, 663:16, 663:22, 664:5, 666:8, 667:7, 669:2, 672:16, 676:11, 677:14, 679:5, 681:12, 682:7, 683:10, 684:19, 685:18, 685:22, 685:25, 686:3, 688:5, 688:13, 689:8, 689:10, 690:8, 691:6, 691:9, 692:23, 693:3, 695:4, 695:6, 695:10, 695:15, 695:18, 695:21, 696:3, 696:13, 696:15, 696:18, 696:22, 696:25, 697:3, 697:20, 698:9, 698:22, 699:2, 699:10, 699:13, 699:21, 699:23, 700:1, 700:22, 700:24
**Court** [4] - 582:23, 699:23, 699:25, 703:4
**court's** [3] - 610:2, 610:16, 641:11
**courtesy** [1] - 656:12
**Courthouse** [1] - 582:4
**courthouse** [2] - 693:23, 694:3
**courtroom** [3] - 590:8, 693:16, 693:22
**COURTROOM** [11] - 663:18, 664:2, 664:4, 689:9, 694:24, 695:2, 695:5, 695:8, 695:25, 699:19, 699:22
**cover** [2] - 583:10, 629:14
**CPA** [1] - 675:18
**CPC** [3] - 674:5, 675:18
**CRIMINAL** [1] - 582:9
**criteria** [1] - 678:16
**cross** [3] - 630:8, 697:10, 699:3

**CROSS** [2] - 686:9, 702:8
**CROSS-EXAMINATION** [2] - 686:9, 702:8
**CRR** [1] - 582:23
**customer** [17] - 592:18, 614:25, 622:15, 622:16, 622:18, 622:25, 623:8, 623:10, 633:3, 633:5, 639:19, 652:1, 655:6, 669:6, 682:3, 684:23
**customer's** [1] - 605:4
**customers** [4] - 616:10, 622:21, 623:2, 680:24

## D

**daily** [1] - 614:8
**Dallas** [1] - 671:5
**damaging** [1] - 607:3
**Dan** [5] - 614:16, 628:13, 629:15, 674:9, 674:16
**data** [3] - 592:21, 592:22, 592:24
**date** [4] - 614:9, 618:4, 681:15
**dated** [5] - 616:5, 641:9, 647:7, 667:20, 668:22
**days** [12] - 595:4, 600:4, 612:2, 613:12, 613:13, 614:12, 642:9, 661:11, 662:5, 686:20, 689:20, 698:14
**deal** [6] - 622:9, 622:12, 622:14, 672:6, 673:15, 673:25
**dealt** [1] - 668:17
**Dear** [2] - 652:12, 656:8
**dear** [12] - 633:25, 636:22, 636:25, 637:25, 639:2, 642:3, 642:4, 645:21, 652:13, 665:23, 674:16, 700:3
**December** [2] - 649:13, 652:14
**decision** [1] - 642:15
**defendant** [2] - 582:8, 584:11
**Defendant** [1] - 582:19
**defense** [4] - 696:18, 697:24, 697:25, 698:4
**Defense** [5] - 586:22, 587:3, 587:12, 587:19, 703:6
**deliberate** [1] - 693:19
**deliberation** [1] - 693:13
**deliver** [1] - 671:12
**delivered** [1] - 636:10
**delivery** [4] - 634:3, 637:1, 646:10, 647:18
**Dellavalle** [1] - 640:23
**Delores** [2] - 659:21, 660:2
**DENISE** [1] - 582:23
**Denise** [1] - 692:9
**DeniseParisi72@gmail.com** [1] - 582:23
**Denkberg** [4] - 594:17, 601:14, 634:17, 685:7
**denotation** [1] - 612:23
**denote** [1] - 614:18
**department** [1] - 642:11
**deposit** [5] - 598:25, 599:12, 600:8, 613:22, 616:5
**deposited** [4] - 599:4, 613:16, 613:18, 616:12
**deposition** [9] - 583:8, 583:11, 583:15, 583:20, 584:6, 586:5, 587:5, 587:25
**DEPUTY** [11] - 663:18, 664:2, 664:4, 689:9, 694:24, 695:2, 695:5, 695:8, 695:25, 699:19, 699:22
**describe** [1] - 617:25
**described** [2] - 623:17, 687:18
**description** [1] - 618:2
**determine** [1] - 642:7
**Dewin** [1] - 636:3
**difference** [1] - 679:23
**different** [16] - 606:6, 610:10, 617:25, 620:14, 620:15, 620:17, 620:20, 623:15, 664:10, 665:18, 678:15, 678:23, 680:3, 680:20, 682:11, 684:10
**digital** [1] - 610:15
**DIRECT** [3] - 590:23, 654:1, 702:7
**direct** [3] - 687:13, 698:2, 699:8
**directives** [2] - 654:9, 675:15
**directly** [2] - 608:6, 611:4
**disabled** [1] - 639:10
**disclose** [2] - 700:4, 700:7
**discuss** [2] - 695:13, 696:9
**discussed** [3] - 621:18, 622:6, 691:2
**discussing** [2] - 693:14, 697:21
**discussion** [3] - 596:8, 681:17, 684:25
**dishonest** [1] - 656:15
**dismayed** [1] - 666:16
**dispatched** [1] - 675:11
**display** [1] - 646:16
**displayed** [1] - 595:19
**dissatisfied** [1] - 664:23
**distinguishes** [1] - 622:16
**DISTRICT** [3] - 582:1, 582:1, 582:10
**District** [1] - 582:14
**Division** [11] - 638:25, 639:1, 645:9, 645:13, 648:8, 648:11, 651:5, 651:7, 652:8, 654:16, 654:19
**division** [1] - 648:14
**DNM** [2] - 660:22, 660:25
**document** [14] - 589:9, 591:24, 595:24, 614:7, 614:15, 621:9, 640:17, 679:8, 687:7, 688:7, 688:22, 689:13, 689:23, 692:10
**document's** [1] - 591:12
**documents** [12] - 591:15, 598:20, 611:17, 624:4, 633:2, 644:12, 655:1, 660:17, 667:10, 669:5, 691:11, 694:10
**dollar** [7] - 612:16, 614:20, 615:23, 618:9, 618:12, 618:19, 656:10
**dollars** [6] - 652:18, 652:22, 674:22, 675:8, 675:10, 675:11
**done** [9] - 613:25, 647:3, 650:5, 671:6, 673:19, 682:25, 683:6, 694:22, 697:7
**door** [2] - 597:23, 683:25
**double** [1] - 587:21
**double-check** [1] - 587:21
**Douglas** [1] - 636:11
**down** [20] - 588:25, 589:5, 597:4, 598:2, 601:18, 601:25, 603:6, 619:14, 619:20, 639:22, 643:10, 661:17, 663:11, 664:24, 681:19, 682:14, 683:16, 685:15, 686:24, 688:16
**downstairs** [1] - 586:18
**dozens** [1] - 676:6
**draw** [1] - 628:9
**draws** [1] - 670:24
**Drive** [1] - 676:21
**drop** [3] - 599:22, 603:2, 604:7
**dropping** [1] - 595:8
**duly** [1] - 590:17
**DUNN** [293] - 582:17, 589:14, 590:14, 590:24, 591:2, 591:7, 591:11, 591:14, 591:24, 593:9, 593:11, 595:13, 595:18, 595:23, 596:15, 596:16, 598:2, 598:8, 598:12, 598:13, 599:8, 599:9, 600:5, 600:6, 600:14, 600:16, 601:18, 601:19, 602:2, 602:4, 603:4, 603:5, 605:12, 605:14, 605:25, 606:1, 606:5, 606:9, 607:21, 608:4, 608:11, 608:13, 608:20, 608:25, 610:2, 610:5, 610:14, 610:22, 611:11, 611:16, 614:5, 614:6, 616:2, 616:3, 616:13, 616:19, 617:17, 617:22, 617:23, 618:21, 618:23, 619:12, 619:13, 619:20, 619:23, 620:21, 620:24, 621:6, 621:7, 621:20, 622:1, 623:22, 624:2, 624:3, 626:22, 627:2, 628:7, 628:8, 629:11, 630:1, 630:7, 631:6, 631:8, 631:12, 631:13, 631:20, 631:21, 631:25, 632:2, 632:7, 632:8, 632:11, 632:12, 632:16, 632:17, 632:21, 633:1, 633:19, 633:20, 634:23, 634:24, 635:7, 635:10, 635:18, 635:19, 636:5, 636:7, 636:20, 636:23, 637:5, 637:7, 637:21, 637:23, 638:12, 638:13, 638:19, 638:22, 638:23, 639:16, 639:17, 639:22, 639:24, 640:11, 640:16, 641:3, 641:7, 641:11, 641:14, 641:24, 642:1, 642:17, 642:21, 643:10, 643:11, 643:16, 643:17, 643:23, 644:1, 644:6, 644:11, 645:15, 645:16, 646:16, 646:17, 647:4, 647:5, 647:11, 647:12, 647:21, 647:22, 648:3, 648:4, 648:13, 648:15, 648:24, 649:1, 649:8, 649:9, 649:20, 649:21, 650:8, 650:9, 650:22, 650:23, 651:15, 651:16, 652:4, 652:5, 652:9, 652:10, 654:2, 654:3, 654:4, 654:12, 654:13, 654:21, 654:25, 656:3, 656:6, 656:17, 656:21, 657:18, 657:19, 658:6, 658:8, 658:17, 658:18, 659:6, 659:7, 659:17, 659:18, 660:5, 660:6, 660:15, 660:16, 661:4, 661:6, 661:20, 661:21, 662:1, 662:3, 662:7, 662:11, 663:10, 664:6, 664:8, 664:15, 664:16, 664:24, 665:2, 665:8, 665:9, 665:20, 665:21, 666:6, 666:10, 666:11, 667:5, 667:9, 667:15, 667:16, 668:19, 668:20, 668:25, 669:4,

669:22, 669:23, 670:3, 670:4, 670:8, 670:9, 670:20, 670:21, 671:9, 671:10, 671:15, 671:16, 671:21, 671:22, 672:11, 672:14, 672:18, 672:20, 673:6, 673:7, 673:11, 673:12, 673:18, 673:21, 674:2, 674:3, 674:13, 674:14, 675:4, 675:6, 675:12, 675:13, 676:9, 676:13, 676:15, 677:12, 677:16, 677:24, 678:1, 678:8, 678:9, 679:3, 679:7, 679:16, 679:17, 681:10, 681:14, 681:19, 681:21, 682:5, 682:9, 682:14, 682:15, 683:8, 683:12, 683:16, 683:18, 684:3, 684:17, 684:21, 685:17, 696:12, 696:17, 698:25, 699:6, 699:11, 700:21, 702:7

**Dunn** [10] - 589:13, 628:4, 662:8, 664:5, 686:16, 687:14, 687:22, 689:21, 696:11, 700:20

**duplicates** [1] - 650:6

**duration** [1] - 694:17

**DURHAM** [1] - 582:13

**during** [10] - 686:25, 687:2, 687:5, 687:13, 687:25, 690:22, 690:23, 692:11, 693:6, 697:9

## E

**e-mail** [19] - 591:18, 591:19, 591:22, 593:12, 593:13, 593:14, 601:21, 602:5, 604:19, 604:21, 605:2, 605:4, 605:11, 616:22, 616:23, 622:3, 634:9, 641:9

**E-mail** [1] - 582:23

**e-mailed** [1] - 606:12

**e-mails** [3] - 591:16, 591:17, 600:3

**early** [3] - 598:5, 639:4, 687:25

**EASTERN** [1] - 582:1

**Eastern** [1] - 582:14

**easy** [1] - 616:1

**Ed** [4] - 594:13, 594:15, 594:18, 594:21

**EDELSTEIN** [2] - 582:21, 663:15

**effect** [1] - 589:8

**eight** [1] - 635:18

**either** [6] - 597:19, 613:16, 665:4, 668:4, 671:4, 698:13

**elaboration** [1] - 626:4

**Elaine** [1] - 661:16

**electronically** [1] - 613:18

**elicit** [1] - 630:7

**elicited** [1] - 698:2

**eligibility** [1] - 656:9

**eligible** [1] - 652:15

**Elina** [1] - 651:2

**elsewhere** [1] - 693:22

**email** [21] - 667:11, 667:12, 667:17, 667:20, 668:22, 676:16, 676:18, 677:17, 677:18, 677:19, 677:20, 678:10, 679:9, 679:10, 679:11, 681:15, 681:17, 683:13, 683:14, 684:2

**emoji** [3] - 599:16, 599:19, 602:1

**employee** [1] - 684:1

**employees** [1] - 680:3

**enable** [1] - 642:13

**enclosed** [5] - 642:4, 642:10, 652:14, 675:17, 678:3

**encountered** [1] - 629:15

**end** [24] - 584:25, 600:3, 603:12, 603:16, 603:21, 615:17, 615:20, 619:15, 619:18, 619:25, 620:2, 620:4, 621:3, 639:9, 643:5, 662:15, 668:16, 676:13, 678:11, 678:13, 678:17, 681:5, 684:5, 684:8

**ending** [1] - 590:5

**ends** [6] - 679:19, 679:22, 681:5, 684:7, 684:13

**engage** [1] - 662:20

**enter** [4] - 646:4, 646:6, 665:12, 687:21

**entered** [1] - 592:21

**entering** [1] - 666:17

**enters** [2] - 590:8, 664:3

**entire** [4] - 629:12, 638:5, 683:5, 694:16

**entitle** [1] - 646:9

**entity** [1] - 689:25

**entrant** [1] - 654:8

**entries** [1] - 666:14

**entry** [2] - 646:8, 646:11

**ENTWISTLE** [17] - 582:16, 583:4, 583:24, 584:17, 584:25, 585:9, 585:15, 585:25, 586:12, 586:17, 586:22, 587:14, 588:4, 588:14, 638:17, 663:20, 698:17

**envelope** [6] - 624:11, 624:21, 631:10, 631:23, 632:14, 682:3

**envelopes** [5] - 598:17, 614:19, 681:23, 681:24, 682:2

**Eric** [1] - 636:11

**ESQ** [6] - 582:13, 582:16, 582:17, 582:17, 582:19, 582:21

**established** [1] - 629:5

**estimated** [1] - 676:2

**et** [1] - 585:3

**Evelyn** [1] - 675:3

**evidence** [11] - 586:14, 586:24, 587:17, 587:20, 610:18, 659:22, 693:12, 693:17, 699:25, 703:4, 703:7

**exact** [1] - 638:5

**exactly** [4] - 592:23, 608:11, 691:1, 698:22

**examination** [2] - 687:14, 698:2

**EXAMINATION** [5] - 590:23, 654:1, 686:9, 702:7, 702:8

**examined** [1] - 590:17

**example** [1] - 622:2

**except** [3] - 665:6, 665:24, 666:1

**exchange** [3] - 599:10, 604:6, 697:10

**excited** [1] - 671:19

**excuse** [2] - 695:12, 695:19

**excused** [5] - 663:2, 695:17, 695:22, 695:24, 700:18

**excusing** [1] - 700:14

**Exhibit** [38] - 587:3, 591:3, 595:13, 610:17, 611:12, 616:14, 621:21, 623:23, 632:22, 640:12, 644:7, 654:22, 664:7, 666:7, 666:9, 667:6, 667:8, 669:1, 669:3, 672:15, 672:17, 676:9, 676:12, 677:13, 677:15, 679:4, 679:6, 681:11, 681:13, 682:6, 682:8, 683:9, 683:11, 689:5, 689:11, 699:24, 699:25, 703:4

**exhibit** [20] - 584:15, 589:3, 591:5, 595:21, 610:20, 611:14, 616:17, 621:6, 621:23, 623:25, 626:10, 631:7, 632:24, 640:14, 641:5, 644:9, 654:24, 656:17, 677:24, 678:8

**Exhibits** [5] - 586:22, 587:10, 587:12, 587:19, 703:6

**exhibits** [12] - 584:12, 585:20, 586:1, 586:6, 586:8, 586:13, 587:7, 587:16, 589:6, 610:16, 686:1, 686:3

**exits** [2] - 663:5, 694:25

**expand** [1] - 661:4

**expect** [4] - 636:9, 639:9, 699:7, 699:8

**expectation** [1] - 694:17

**expects** [1] - 675:8

**expensive** [1] - 683:3

**experience** [1] - 615:20

**explain** [1] - 592:10

**explaining** [1] - 636:18

**extreme** [1] - 659:24

## F

**face** [3] - 601:7, 601:9, 604:20

**failed** [1] - 635:21

**fair** [2] - 644:3, 674:25

**fake** [1] - 632:20

**falling** [1] - 690:16

**falling-out** [1] - 690:16

**false** [3] - 623:15, 646:24, 647:1

**familiar** [2] - 618:24, 652:19

**far** [7] - 597:14, 614:14, 616:7, 620:13, 665:23, 668:3, 682:18

**farce** [1] - 665:13

**fast** [1] - 663:9

**father** [1] - 594:16

**father-in-law** [1] - 594:16

**favorite** [1] - 684:23

**February** [1] - 686:20

**Federal** [1] - 582:15

**fee** [12] - 634:2, 638:7, 645:10, 647:17, 648:9, 654:17, 657:24, 666:2, 673:25, 674:21, 675:9, 675:17

**fees** [2] - 659:1, 674:9

**Feldman** [2] - 585:1, 588:24

**FELDMAN** [8] - 582:17, 586:20, 587:2, 663:19, 695:16, 695:19, 697:2, 697:22

**Feldman's** [1] - 589:4

**Felix** [2] - 669:21, 669:25

**felt** [2] - 660:10, 671:1

**Ferguson** [1] - 645:21

**few** [4] - 617:24, 664:9, 686:1, 686:20

**fifth** [1] - 583:5

**figure** [2] - 601:10, 605:10
**file** [3] - 585:10, 618:8, 620:9
**filed** [1] - 669:11
**files** [4] - 619:19, 675:21, 676:20, 678:21
**fill** [1] - 667:11
**filled** [1] - 665:5
**filling** [1] - 646:8
**final** [1] - 586:12
**fine** [7] - 583:9, 607:15, 609:2, 627:5, 629:13, 638:6, 660:4
**finish** [3] - 606:6, 607:22, 610:14
**finishes** [1] - 585:20
**first** [26] - 601:6, 604:16, 611:20, 612:5, 612:22, 617:16, 618:24, 619:14, 624:11, 637:14, 647:13, 650:24, 655:18, 669:15, 689:2, 689:15, 689:22, 689:24, 690:3, 690:14, 690:19, 690:21, 691:23, 693:6, 697:14, 698:9
**Fisher** [1] - 666:22
**fit** [1] - 611:6
**five** [10] - 595:4, 597:22, 604:10, 612:2, 613:13, 634:23, 635:9, 642:17, 647:4, 663:8
**five-minute** [1] - 663:8
**fixed** [1] - 639:11
**flight** [1] - 700:6
**Floorwood** [1] - 651:3
**FMOI** [1] - 675:18
**focus** [2] - 620:22, 667:17
**folder** [1] - 586:18
**folders** [3] - 585:19, 585:22, 585:24
**follow** [1] - 621:17
**following** [4] - 613:11, 634:9, 667:21, 694:13
**follows** [1] - 590:18
**footer** [1] - 621:9
**FOR** [1] - 582:9
**force** [1] - 674:11
**forced** [1] - 674:25
**forever** [1] - 637:17
**form** [10] - 583:19, 629:10, 642:10, 646:8, 652:14, 673:4, 676:5, 677:22, 678:3, 678:5
**formally** [1] - 587:6
**format** [1] - 621:17
**fortunately** [1] - 694:15
**forward** [2] - 628:5, 676:20
**forwarded** [1] - 671:13
**forwarding** [1] - 652:16
**four** [10] - 585:19, 585:20, 616:2, 647:21, 649:15, 650:13, 673:16, 681:7, 681:18, 689:20
**frame** [2] - 616:11, 687:25
**fraud** [4] - 631:17, 635:25, 659:23, 669:18
**fraudulent** [1] - 669:20
**Fred** [8] - 636:22, 636:25, 637:25, 638:5, 638:9, 673:23, 674:8, 675:18
**free** [2] - 630:7, 635:24
**Friday** [4] - 700:5, 700:6, 700:9, 700:13
**Friday's** [1] - 599:25
**FROCCARO** [69] - 582:19, 583:3, 584:24, 585:6, 585:13, 586:9, 587:11, 587:25, 588:6, 588:15, 589:20, 590:2, 590:6, 606:23, 607:2, 607:6, 607:11, 607:14, 607:20, 607:23, 608:14, 608:19, 609:1, 609:5, 625:5, 625:12, 625:16, 626:7, 626:9, 626:15, 626:17, 626:20, 626:24, 627:5, 628:15, 628:17, 629:2, 629:7, 629:16, 629:22, 630:2, 685:20, 685:23, 686:1, 686:6, 686:10, 688:4, 688:6, 688:12, 688:14, 689:6, 689:12, 690:6, 690:9, 690:10, 691:3, 691:7, 691:10, 691:12, 692:8, 693:1, 696:14, 696:19, 696:24, 697:5, 698:6, 698:19, 700:23, 702:8
**Froccaro** [13] - 586:7, 586:23, 587:9, 587:21, 588:5, 589:19, 607:22, 663:14, 685:19, 686:12, 692:23, 696:13, 700:22
**front** [17] - 603:12, 603:16, 603:21, 615:17, 615:20, 619:15, 619:18, 619:24, 620:2, 620:4, 626:3, 626:16, 643:5, 684:5, 684:7, 684:8, 684:13
**front-end** [2] - 684:5, 684:8
**front-ends** [2] - 684:7, 684:13
**frowning** [1] - 604:20
**frustrated** [1] - 674:16
**fulfillment** [1] - 666:13
**full** [1] - 650:12
**funds** [1] - 666:4

## G

**Gardeners** [1] - 679:13
**Gary** [6] - 594:17, 601:6, 601:13, 601:14, 634:17, 685:7
**GDM** [1] - 678:11
**General** [2] - 652:12, 652:13
**general** [10] - 587:23, 644:13, 644:20, 645:1, 645:19, 647:2, 647:7, 648:20, 648:22, 652:7
**generally** [1] - 583:9
**gentlemen** [1] - 671:18
**given** [4] - 613:10, 631:3, 644:24, 676:1
**glad** [2] - 694:16, 700:15
**go-to** [1] - 693:24
**government** [10] - 584:10, 584:16, 586:13, 587:13, 588:3, 588:4, 589:14, 590:12, 629:5, 630:6
**Government** [19] - 582:13, 591:3, 595:13, 610:17, 611:12, 616:14, 621:21, 623:23, 632:22, 640:12, 644:7, 687:6, 688:9, 689:16, 696:16, 696:20, 697:8, 698:17, 698:22
**Government's** [12] - 654:21, 666:6, 667:5, 668:25, 672:14, 676:9, 677:12, 679:3, 681:10, 682:5, 683:8, 689:4
**grab** [2] - 596:11, 603:14
**grabbed** [1] - 597:2
**granted** [22] - 591:4, 595:20, 610:19, 611:13, 616:16, 621:22, 623:24, 632:23, 640:13, 641:4, 641:13, 644:8, 654:23, 666:8, 667:7, 669:2, 672:16, 677:14, 679:5, 681:12, 682:7, 683:10
**great** [10] - 588:2, 588:7, 597:1, 597:5, 597:8, 604:11, 626:24, 693:1, 700:10, 700:24
**groceries** [1] - 660:1
**Group** [17] - 605:6, 606:20, 614:8, 615:11, 616:5, 617:5, 621:18, 622:5, 667:2, 668:4, 679:12, 679:24, 680:2, 680:7, 680:9, 683:15, 683:20
**Group's** [1] - 604:14
**guarantee** [1] - 645:24
**guess** [3] - 620:19, 649:24, 686:11
**guidance** [2] - 641:16, 641:18
**guidelines** [1] - 639:25
**guy** [1] - 693:24
**guys** [3] - 585:6, 671:6, 673:24

## H

**half** [9] - 588:8, 617:18, 619:22, 620:23, 624:21, 642:20, 664:17, 665:1, 693:9
**hall** [1] - 632:6
**hallway** [1] - 694:2
**hand** [3] - 585:22, 586:5, 590:15
**handed** [2] - 587:16, 614:3
**handle** [2] - 655:9, 675:2
**hands** [1] - 666:2
**handwriting** [12] - 605:7, 611:24, 611:25, 624:20, 635:12, 636:15, 651:9, 651:10, 651:12, 660:19, 660:20, 674:12
**handwritten** [11] - 631:14, 631:22, 632:3, 632:13, 635:11, 636:12, 642:23, 643:25, 647:13, 649:10, 673:13
**happy** [5] - 585:17, 626:22, 639:5, 643:15, 645:22
**hard** [1] - 658:25
**hard-working** [1] - 658:25
**hardship** [2] - 700:8, 700:18
**Harris** [4] - 637:10, 637:20, 671:24, 672:10
**hate** [1] - 643:22
**haven** [1] - 619:4
**hear** [12] - 583:18, 584:10, 584:15, 625:5, 630:6, 637:16, 637:18, 639:5, 661:19, 663:2, 672:6, 672:9
**heard** [4] - 639:6, 658:1, 666:1, 693:16
**hearsay** [1] - 626:5
**heavy** [1] - 615:20
**Heff** [3] - 601:22, 602:7, 602:8
**help** [5] - 636:2, 665:25, 666:2, 666:4, 672:8
**hesitate** [1] - 646:15
**hi** [4] - 599:25, 600:19, 601:21, 602:7
**high** [2] - 676:3, 678:20

**higher** [1] - 683:24
**highest** [1] - 684:8
**highlight** [8] - 636:21, 642:18, 643:13, 643:24, 648:13, 664:25, 672:18
**highlighted** [1] - 643:3
**hire** [1] - 680:3
**history** [1] - 625:1
**hitting** [2] - 603:13, 603:17
**hmm** [2] - 656:1, 685:4
**hold** [2] - 588:16, 603:9
**Holmes** [2] - 658:20, 659:5
**holmes'** [1] - 659:8
**home** [6] - 592:9, 598:6, 602:17, 602:25, 603:3, 698:1
**honest** [2] - 656:14, 661:18
**Honor** [34] - 583:24, 584:17, 586:20, 587:12, 587:14, 588:14, 588:15, 589:17, 590:14, 591:2, 595:15, 595:18, 663:10, 663:19, 663:21, 664:6, 669:1, 685:17, 686:2, 688:4, 688:10, 691:8, 691:13, 695:16, 695:19, 696:12, 696:17, 696:20, 697:12, 697:15, 697:19, 697:23, 699:1, 700:21
**HONORABLE** [1] - 582:10
**Honorable** [1] - 700:3
**hookups** [1] - 655:2
**hope** [6] - 634:7, 666:3, 670:14, 672:9, 673:16, 694:16
**hopefully** [1] - 665:19
**Horizon** [1] - 601:14
**hour** [2] - 588:8, 667:23
**hours** [1] - 699:9
**house** [3] - 595:1, 596:11, 599:20
**hundred** [1] - 671:20
**hundreds** [1] - 676:3
**husband** [1] - 614:17

## I

**ID** [6] - 636:9, 637:10, 638:9, 661:7, 661:12, 672:1
**identification** [1] - 697:11
**identified** [1] - 688:8
**identify** [2] - 691:12, 697:9
**ignore** [1] - 694:3
**illegible** [1] - 617:18
**illegitimate** [1] - 671:20
**Illinois** [1] - 652:7
**image** [15] - 598:10, 598:12, 598:14, 599:8, 600:4, 600:5, 600:7, 600:8, 600:10, 605:12, 605:15, 611:1, 677:25, 679:15, 679:18
**immediately** [2] - 656:13, 666:21
**impartiality** [1] - 694:19
**important** [2] - 693:8, 693:11
**income** [3] - 639:11, 659:24, 672:23
**indicate** [7] - 635:15, 636:17, 659:8, 660:7, 664:11, 678:2, 679:20
**indicated** [1] - 657:16
**indicates** [3] - 645:9, 648:8, 660:18
**individual** [1] - 646:4
**individuals** [1] - 588:25
**infer** [1] - 675:3
**inform** [1] - 658:21
**information** [13] - 599:1, 608:4, 630:7, 645:14, 648:12, 651:7, 652:25, 654:11, 654:20, 655:16, 672:12, 677:9, 693:7
**informational** [1] - 646:3
**informed** [1] - 696:6
**infrequently** [1] - 603:2
**initiate** [3] - 634:2, 637:1, 647:18
**inserted** [1] - 629:18
**inside** [2] - 603:2, 682:2
**instead** [2] - 673:24, 677:22
**instructed** [3] - 693:12, 693:18, 698:25
**instruction** [3] - 583:8, 586:4, 587:22
**instructions** [7] - 587:24, 596:21, 662:17, 662:23, 693:8, 694:13, 694:18
**instructs** [3] - 645:10, 648:9, 654:17
**intend** [1] - 665:25
**intended** [1] - 612:15
**intention** [1] - 666:19
**interaction** [1] - 668:15
**interactions** [1] - 694:4
**interest** [1] - 697:24
**interested** [1] - 606:17
**internet** [1] - 652:23
**interview** [6] - 687:6, 691:14, 691:23, 691:24, 692:3, 692:11
**interviewed** [3] - 686:15, 686:19, 687:22
**interviews** [5] - 686:22, 686:25, 687:3, 691:4, 691:5
**introduction** [1] - 584:19
**investigation** [1] - 642:12
**invoice** [5] - 591:23, 591:25, 592:1, 592:10, 592:20
**invoices** [1] - 593:14
**involved** [18] - 629:9, 629:12, 662:21, 668:2, 668:9, 677:5, 682:1, 687:15, 687:24, 688:23, 689:1, 689:3, 689:16, 689:24, 690:17, 691:17, 691:21, 692:15
**Islip** [2] - 582:4, 582:15
**issuance** [1] - 675:16
**issue** [14] - 600:3, 625:3, 630:11, 634:13, 666:23, 667:13, 667:21, 668:23, 678:19, 697:5, 697:10, 697:21, 697:25, 698:5
**issues** [2] - 694:9, 698:14

## J

**J-O-H-N-S-O-N** [1] - 590:22
**James** [1] - 686:12
**JAMES** [1] - 582:19
**Janet** [2] - 651:19, 652:2
**January** [1] - 639:4
**JASON** [1] - 582:17
**JC** [5] - 593:15, 593:16, 600:19, 600:23, 612:18
**JCF** [1] - 661:18
**Jeff** [5] - 601:22, 602:20, 668:15, 677:19, 685:9
**jeffrey** [1] - 668:8
**Jeffrey** [8] - 602:10, 602:11, 602:21, 602:25, 619:9, 634:20, 668:9, 668:13
**JFK** [1] - 700:7
**job** [1] - 622:9
**John** [4] - 688:8, 690:9, 691:14, 692:2
**JOHN** [1] - 582:13
**Johnny** [7] - 593:17, 593:19, 593:23, 600:25, 601:1, 612:20, 615:3
**Johnson** [30] - 590:11, 590:21, 590:25, 591:15, 595:24, 611:17, 622:2, 624:4, 633:2, 640:17, 641:8, 644:2, 644:12, 651:2, 651:4, 651:6, 655:1, 663:6, 663:24, 664:9, 667:10, 669:5, 684:18, 686:11, 686:17, 688:15, 689:2, 693:3, 695:22, 697:7
**JOHNSON** [2] - 590:16, 702:6
**Johnson's** [2] - 586:3, 699:3
**joint** [1] - 583:7
**JONATHAN** [1] - 582:21
**Jones** [2] - 669:21, 669:25
**JUDGE** [1] - 582:10
**Judge** [18] - 586:10, 588:6, 589:20, 625:5, 627:5, 685:20, 686:6, 688:12, 689:6, 689:9, 691:3, 693:1, 695:25, 696:14, 696:19, 698:18, 699:20, 700:3
**judge** [6] - 590:2, 606:23, 607:2, 628:15, 629:2, 695:2
**July** [5] - 633:25, 634:4, 659:20, 676:16, 677:2
**June** [4] - 606:2, 606:10, 641:9, 647:7
**Juror** [2] - 700:2, 700:3
**juror** [7] - 586:1, 662:23, 694:12, 695:18, 696:4, 696:6, 700:15
**jurors** [9] - 583:14, 585:23, 586:1, 586:6, 588:11, 693:5, 693:19, 695:2, 695:8
**jurors'** [1] - 585:18
**JURY** [1] - 582:9
**jury** [33] - 587:8, 587:9, 587:16, 588:9, 590:7, 591:6, 595:22, 610:21, 611:15, 616:18, 621:24, 624:1, 624:15, 626:3, 632:25, 640:15, 641:6, 644:10, 662:9, 662:13, 662:25, 663:17, 664:2, 689:10, 693:13, 693:14, 694:23, 694:24, 694:25, 695:6, 695:12, 700:16
**Jury** [3] - 590:8, 663:5, 664:3

## K

**Kanelos** [1] - 665:10
**Kansas** [3] - 649:12, 650:14, 650:16
**keep** [4] - 643:1, 661:10, 665:13, 693:17
**kept** [1] - 639:9
**key** [8] - 618:6, 618:25, 619:14, 619:24, 620:6, 678:12, 683:25
**kind** [1] - 638:9
**kindly** [1] - 661:14

**knowing** [1] - 585:8
**knowledge** [5] - 589:10, 607:13, 607:14, 608:24, 609:3
**knows** [1] - 607:6
**Kristy** [2] - 700:4, 700:10

## L

**label** [2] - 624:16, 624:17
**labeled** [1] - 584:14
**language** [3] - 583:13, 584:9, 640:8
**large** [3] - 604:2, 643:1, 652:16
**larger** [2] - 603:18, 603:20
**Las** [1] - 698:1
**last** [17] - 598:4, 599:14, 628:4, 631:3, 640:22, 650:10, 656:19, 667:23, 669:18, 670:11, 670:12, 670:25, 687:22, 699:6, 699:12
**late** [1] - 598:4
**law** [4] - 594:16, 693:12, 693:18, 694:20
**laws** [1] - 645:22
**lawyer** [1] - 637:4
**LD** [1] - 660:22
**learned** [1] - 650:1
**least** [2] - 634:8, 672:8
**leave** [2] - 662:25, 696:2
**leaving** [1] - 671:13
**left** [12] - 588:24, 596:22, 614:14, 619:22, 620:13, 620:23, 621:8, 624:16, 630:9, 631:18, 692:17
**legal** [1] - 674:25
**Leonard** [3] - 661:24, 662:6, 664:10
**less** [8] - 597:22, 662:5, 662:14, 678:22, 679:2, 680:24, 683:1, 683:3
**letter** [66] - 592:19, 612:12, 618:5, 622:20, 625:13, 626:9, 626:12, 633:6, 633:22, 633:24, 634:4, 634:8, 634:10, 635:5, 635:16, 636:18, 636:24, 637:8, 637:11, 637:14, 637:24, 638:6, 638:24, 639:19, 640:24, 641:10, 641:19, 641:21, 642:2, 645:7, 645:18, 645:19, 646:1, 646:18, 646:20, 647:7, 648:6, 648:14, 649:3, 650:25, 651:14, 652:7, 652:11, 652:14, 652:16, 652:23, 653:2, 654:6, 656:7, 656:12, 656:22, 657:20, 657:22, 658:19, 659:19, 661:5, 661:11, 661:22, 666:12, 670:24, 670:25, 672:9, 674:16, 678:4, 695:3, 696:1
**letterhead** [1] - 633:10
**letters** [17] - 622:22, 623:8, 633:3, 633:21, 638:3, 640:9, 643:14, 644:13, 645:1, 648:20, 658:21, 659:3, 666:2, 669:6, 672:2, 676:5
**letting** [1] - 677:21
**Levittown** [3] - 679:13, 682:18
**liar** [1] - 632:15
**liars** [1] - 664:21
**life** [1] - 674:23
**light** [5] - 606:3, 610:24, 611:1, 611:5, 611:6
**lighter** [1] - 676:5
**likely** [3] - 669:7, 678:22, 680:24
**Lilienkamp** [4] - 588:23, 655:12, 655:15, 676:17
**line** [15] - 596:15, 596:22, 598:1, 600:15, 600:17, 601:18, 603:4, 604:5, 604:21, 605:3, 605:25, 606:8, 620:6, 640:22, 676:23
**lined** [1] - 677:21
**Lisa** [1] - 651:1
**list** [17] - 618:6, 618:8, 618:11, 618:21, 624:12, 624:13, 624:25, 644:22, 651:8, 654:11, 654:20, 655:14, 656:9, 660:23, 664:25, 677:6
**listen** [1] - 596:21
**lists** [8] - 592:17, 618:9, 618:24, 645:14, 645:23, 646:4, 648:12, 666:21
**litigation** [1] - 662:21
**live** [6] - 583:18, 604:11, 604:13, 635:21, 639:11, 650:1
**lived** [1] - 585:13
**local** [2] - 613:22, 613:24
**located** [1] - 669:7
**logistics** [1] - 585:3
**look** [11] - 617:1, 617:16, 625:1, 650:6, 655:3, 655:12, 660:22, 665:5, 692:1, 692:3
**looked** [7] - 586:7, 657:3, 659:10, 664:9, 669:9, 677:22, 682:12
**looking** [5] - 620:20, 641:21, 644:4, 671:4, 678:2
**looks** [6] - 583:9, 593:4, 611:25, 613:8, 615:16, 660:8
**lookup** [3] - 655:20, 657:16, 664:12
**loss** [1] - 674:24
**lost** [2] - 673:19, 698:16
**loud** [2] - 644:2, 688:18
**love** [1] - 672:25
**lovely** [1] - 588:8
**low** [1] - 659:24
**lower** [3] - 605:18, 615:19, 615:23
**Lubbock** [1] - 671:5
**Lucky** [24] - 596:12, 604:8, 604:13, 604:14, 605:6, 606:19, 610:11, 614:8, 615:11, 615:13, 616:5, 617:5, 619:11, 621:18, 622:4, 667:2, 668:4, 679:12, 679:23, 680:2, 680:7, 680:9, 683:15, 683:20
**lucky** [2] - 604:11, 606:3
**Lucy** [1] - 672:25

## M

**machines** [1] - 606:7
**madame** [6] - 642:3, 642:4, 686:22, 688:2, 689:13, 692:2
**made-up** [2] - 623:7, 646:22
**Madigan** [2] - 652:12, 652:13
**Mahon** [1] - 636:25
**mail** [69] - 582:23, 591:18, 591:19, 591:22, 592:19, 593:12, 593:13, 593:14, 594:10, 594:22, 594:24, 595:10, 596:10, 597:3, 597:12, 598:15, 598:17, 598:20, 598:21, 599:22, 601:21, 602:5, 602:6, 602:7, 602:11, 602:14, 603:2, 603:22, 604:8, 604:14, 604:19, 604:21, 605:2, 605:4, 605:11, 605:16, 611:6, 613:9, 616:22, 616:23, 618:15, 618:16, 618:18, 622:3, 622:10, 622:15, 624:5, 624:8, 624:18, 631:24, 632:10, 634:9, 634:12, 635:25, 636:10, 637:4, 641:9, 643:1, 648:18, 649:5, 661:2, 665:17, 666:17, 674:19, 678:11, 678:21, 683:24, 684:8
**mailbox** [2] - 599:16, 599:18
**mailed** [4] - 606:12, 617:3, 618:5, 621:1
**mailer** [3] - 623:12, 679:2, 683:4
**mailers** [2] - 634:18, 682:20
**mailing** [33] - 592:17, 603:18, 603:21, 606:18, 618:4, 618:8, 618:9, 619:15, 619:19, 620:9, 620:17, 624:12, 624:13, 624:14, 624:25, 629:7, 645:8, 645:14, 645:23, 646:1, 648:7, 648:12, 651:4, 651:8, 654:7, 654:11, 654:15, 654:20, 660:23, 666:21, 678:15, 681:8, 682:1
**mailings** [11] - 589:1, 593:3, 620:8, 645:12, 645:25, 648:10, 651:6, 654:10, 654:18, 671:20, 689:1
**mails** [3] - 591:16, 591:17, 600:3
**main** [2] - 596:8, 636:21
**major** [1] - 647:15
**man** [1] - 697:16
**manila** [2] - 585:19, 585:22
**March** [11] - 582:6, 679:10, 681:16, 682:10, 686:19, 686:21, 687:23, 691:15, 691:23, 700:5, 701:3
**Marhula** [2] - 659:21, 660:3
**mark** [3] - 631:15, 659:13, 699:23
**Marketing** [1] - 601:14
**markets** [1] - 646:3
**married** [1] - 670:11
**Mary** [3] - 655:11, 676:17, 677:10
**master** [1] - 617:4
**matter** [3] - 637:16, 642:9, 672:10
**Matter** [1] - 701:3
**McDonald** [4] - 639:2, 639:14, 639:15, 639:21
**mean** [14] - 587:25, 597:10, 599:18, 602:20, 603:16, 603:20, 604:13, 613:20, 620:10, 624:20, 660:21, 661:1, 679:1, 681:6
**means** [5] - 599:20, 603:15, 604:12, 660:22, 678:13
**mechanism** [1] - 662:20
**media** [1] - 662:19
**meet** [3] - 596:25, 597:7, 628:12
**meeting** [2] - 689:21, 698:1
**Mehan** [1] - 674:8
**Melville** [5] - 597:6, 597:11, 597:17, 597:18, 597:22

**Melvin** [4] - 637:10, 637:20, 671:24, 672:10
**members** [1] - 693:21
**memory** [1] - 593:6
**Menan** [1] - 675:19
**mention** [4] - 691:22, 692:11, 692:13, 692:19
**mentioned** [15] - 591:5, 595:21, 610:20, 611:14, 616:17, 621:23, 623:25, 632:24, 634:3, 640:14, 641:5, 644:9, 677:7, 691:16, 691:24
**message** [4] - 596:9, 596:24, 606:2, 610:23
**messages** [2] - 595:25, 608:7
**met** [1] - 697:3
**mic** [1] - 696:23
**middle** [3] - 611:4, 667:18
**might** [8] - 594:18, 612:24, 645:5, 651:11, 660:10, 662:12, 684:15, 694:7
**Mike** [2] - 636:3, 676:20
**million** [9] - 634:3, 638:5, 645:10, 648:8, 652:18, 654:9, 654:16, 675:8
**millions** [3] - 643:21, 672:24, 674:21
**mind** [1] - 693:17
**mine** [3] - 586:9, 635:13, 651:11
**Minnesota** [1] - 651:3
**minute** [5] - 662:14, 663:8, 685:21, 685:22, 686:7
**minutes** [8] - 597:16, 597:20, 604:10, 617:1, 662:14, 682:19, 685:21, 699:9
**misleading** [3] - 629:10, 629:19, 685:3
**misquote** [1] - 656:23
**mix** [1] - 680:20
**MMS** [1] - 675:10
**mom's** [1] - 611:25
**moment** [4] - 588:16, 595:15, 684:17, 699:17
**Monday** [15] - 603:10, 604:3, 671:3, 686:21, 689:21, 692:24, 694:22, 695:11, 696:9, 697:6, 698:10, 699:5, 699:12, 700:16, 701:1
**monetary** [1] - 652:16
**money** [51] - 592:13, 599:5, 610:9, 612:7, 612:9, 612:17, 614:21, 614:23, 615:8, 618:10, 632:4, 632:19, 634:2, 635:2, 637:3, 638:21, 639:4, 639:7, 639:12, 643:2, 646:5, 646:9, 647:16, 647:19, 653:2, 657:23, 658:9, 658:22, 658:23, 658:25, 659:1, 659:3, 659:4, 659:14, 659:25, 660:11, 661:10, 661:14, 664:21, 665:14, 665:15, 665:25, 666:15, 669:19, 670:13, 672:23, 673:17, 673:23, 674:19, 679:2
**monies** [1] - 664:18
**month** [3] - 603:19, 634:6, 649:15
**months** [2] - 649:15, 650:13
**Morabito** [10] - 586:6, 588:22, 662:24, 663:16, 693:24, 694:14, 695:12, 696:6, 696:7, 699:18
**morning** [12] - 583:2, 583:3, 583:4, 590:2, 590:9, 590:25, 591:1, 598:3, 613:11, 692:25, 696:9, 699:14
**most** [4] - 615:21, 669:7, 681:6, 699:9
**mother** [5] - 612:1, 614:16, 651:2, 659:20, 659:23
**move** [5] - 587:9, 587:11, 587:17, 591:7, 672:4
**MR** [368] - 583:3, 584:24, 585:6, 585:13, 586:9, 586:20, 587:2, 587:11, 587:25, 588:6, 588:15, 589:14, 589:20, 590:2, 590:6, 590:14, 590:24, 591:2, 591:7, 591:11, 591:14, 591:24, 593:9, 593:11, 595:13, 595:18, 595:23, 596:15, 596:16, 598:2, 598:8, 598:12, 598:13, 599:8, 599:9, 600:5, 600:6, 600:14, 600:16, 601:18, 601:19, 602:2, 602:4, 603:4, 603:5, 605:12, 605:14, 605:25, 606:1, 606:5, 606:9, 606:23, 607:2, 607:6, 607:11, 607:14, 607:20, 607:21, 607:23, 608:4, 608:11, 608:13, 608:14, 608:19, 608:20, 608:25, 609:1, 609:5, 610:2, 610:5, 610:14, 610:22, 611:11, 611:16, 614:5, 614:6, 616:2, 616:3, 616:13, 616:19, 617:17, 617:22, 617:23, 618:21, 618:23, 619:12, 619:13, 619:20, 619:23, 620:21, 620:24, 621:6, 621:7, 621:20, 622:1, 623:22, 624:2, 624:3, 625:5, 625:12, 625:16, 626:7, 626:9, 626:15, 626:17, 626:20, 626:22, 626:24, 627:2, 627:5, 628:7, 628:8, 628:15, 628:17, 629:2, 629:7, 629:11, 629:16, 629:22, 630:1, 630:2, 630:7, 631:6, 631:8, 631:12, 631:13, 631:20, 631:21, 631:25, 632:2, 632:7, 632:8, 632:11, 632:12, 632:16, 632:17, 632:21, 633:1, 633:19, 633:20, 634:23, 634:24, 635:7, 635:10, 635:18, 635:19, 636:5, 636:7, 636:20, 636:23, 637:5, 637:7, 637:21, 637:23, 638:12, 638:13, 638:19, 638:22, 638:23, 639:16, 639:17, 639:22, 639:24, 640:11, 640:16, 641:3, 641:7, 641:11, 641:14, 641:24, 642:1, 642:17, 642:21, 643:10, 643:11, 643:16, 643:17, 643:23, 644:1, 644:6, 644:11, 645:15, 645:16, 646:16, 646:17, 647:4, 647:5, 647:11, 647:12, 647:21, 647:22, 648:3, 648:4, 648:13, 648:15, 648:24, 649:1, 649:8, 649:9, 649:20, 649:21, 650:8, 650:9, 650:22, 650:23, 651:15, 651:16, 652:4, 652:5, 652:9, 652:10, 654:2, 654:3, 654:4, 654:12, 654:13, 654:21, 654:25, 656:3, 656:6, 656:17, 656:21, 657:18, 657:19, 658:6, 658:8, 658:17, 658:18, 659:6, 659:7, 659:17, 659:18, 660:5, 660:6, 660:15, 660:16, 661:4, 661:6, 661:20, 661:21, 662:1, 662:3, 662:7, 662:11, 663:10, 663:15, 663:19, 664:6, 664:8, 664:15, 664:16, 664:24, 665:2, 665:8, 665:9, 665:20, 665:21, 666:6, 666:10, 666:11, 667:5, 667:9, 667:15, 667:16, 668:19, 668:20, 668:25, 669:4, 669:22, 669:23, 670:3, 670:4, 670:8, 670:9, 670:20, 670:21, 671:9, 671:10, 671:15, 671:16, 671:21, 671:22, 672:11, 672:14, 672:18, 672:20, 673:6, 673:7, 673:11, 673:12, 673:18, 673:21, 674:2, 674:3, 674:13, 674:14, 675:4, 675:6, 675:12, 675:13, 676:9, 676:13, 676:15, 677:12, 677:16, 677:24, 678:1, 678:8, 678:9, 679:3, 679:7, 679:16, 679:17, 681:10, 681:14, 681:19, 681:21, 682:5, 682:9, 682:14, 682:15, 683:8, 683:12, 683:16, 683:18, 684:3, 684:17, 684:21, 685:17, 685:20, 685:23, 686:1, 686:6, 686:10, 688:4, 688:6, 688:12, 688:14, 689:6, 689:12, 690:6, 690:9, 690:10, 691:3, 691:7, 691:10, 691:12, 692:8, 693:1, 695:16, 695:19, 696:12, 696:14, 696:17, 696:19, 696:24, 697:2, 697:5, 697:22, 698:6, 698:19, 698:25, 699:6, 699:11, 700:21, 700:23, 702:7, 702:8
**MS** [16] - 583:4, 583:24, 584:17, 584:25, 585:9, 585:15, 585:25, 586:12, 586:17, 586:22, 587:14, 588:4, 588:14, 638:17, 663:20, 698:17
**multi** [2] - 678:11, 678:14
**multimillion** [1] - 656:10
**multimillion -dollar** [1] - 656:10
**multiple** [2] - 619:18, 687:19
**multiples** [1] - 680:21
**multiply** [1] - 672:23
**must** [2] - 584:6, 600:2

## N

**nailing** [1] - 629:8
**name** [33] - 590:19, 612:11, 621:8, 623:2, 623:5, 623:6, 623:7, 623:9, 633:11, 633:15, 640:19, 640:22, 646:22, 646:24, 647:1, 647:23, 647:24, 651:20, 651:24, 652:19, 655:11, 655:25, 656:4, 656:19, 660:24, 670:1, 670:11, 671:24, 675:2, 676:19, 677:6, 686:12, 692:13
**named** [3] - 628:12, 629:15, 646:12
**names** [5] - 593:1, 614:15, 623:15, 645:23, 667:22
**nearing** [1] - 662:8
**necessarily** [2] - 679:1, 697:23
**need** [19] - 585:13, 587:6, 602:23, 626:5, 626:9, 626:25, 635:16, 661:15, 662:9, 672:12, 680:18, 681:5, 684:7, 685:20, 686:1, 686:3, 686:6, 697:16, 698:7
**needed** [3] - 592:18, 636:18, 668:7
**needless** [1] - 657:25

**needs** [6] - 586:23, 588:11, 589:2, 650:5, 659:25, 700:17
**needy** [1] - 674:18
**Network** [6] - 689:17, 689:18, 690:18, 691:17, 691:22, 692:14
**never** [7] - 639:6, 656:14, 670:13, 674:17, 674:21, 680:20, 682:25
**NEW** [1] - 582:1
**new** [7] - 622:8, 679:12, 680:9, 680:15, 680:18, 693:7
**New** [14] - 582:4, 582:14, 582:15, 582:20, 582:22, 649:11, 650:14, 650:18, 652:15, 676:21, 679:13, 682:17, 683:20
**news** [4] - 634:6, 634:7, 634:10, 694:6
**next** [14] - 597:23, 606:25, 609:7, 614:18, 619:24, 620:21, 625:17, 627:7, 628:20, 630:14, 649:20, 653:3, 672:4, 700:9
**NFI** [1] - 639:2
**nice** [3] - 603:10, 666:4, 694:2
**nickname** [1] - 593:18
**night** [2] - 598:4, 599:14
**nine** [1] - 621:6
**nixie** [2] - 618:15, 624:17
**nixies** [1] - 592:19
**non** [1] - 673:5
**non-buyer** [1] - 673:5
**nonbuyers** [5] - 592:14, 592:20, 593:7, 612:8, 613:2
**nonbuyers'** [1] - 611:22
**nonbuying** [1] - 593:5
**none** [1] - 604:20
**nonpaid** [1] - 618:17
**nonpaying** [2] - 593:2, 618:14
**nonverbal** [1] - 694:4
**normally** [4] - 583:10, 583:12, 583:13, 583:17
**notation** [2] - 635:11, 660:18
**note** [42] - 624:10, 631:9, 631:14, 631:22, 632:9, 632:18, 634:12, 634:25, 635:20, 636:8, 636:13, 636:17, 638:14, 642:23, 643:25, 662:24, 664:17, 665:10, 665:22, 669:15, 670:15, 670:18, 670:23, 671:17, 671:23, 672:19, 672:22, 673:1, 673:9, 673:13, 673:22, 674:4, 674:7, 674:15, 675:7, 683:19, 696:5, 696:7, 696:8, 700:1, 700:16
**notebook** [3] - 588:24, 589:5, 589:10
**notebooks** [1] - 662:25
**notes** [9] - 593:7, 632:3, 632:13, 635:14, 664:10, 675:20, 675:22, 676:2, 676:4
**nothing** [4] - 588:4, 659:13, 665:23, 698:17
**notice** [4] - 689:3, 696:20, 697:15, 697:19
**notified** [1] - 588:22
**notify** [1] - 694:13
**Novis** [35] - 593:24, 593:25, 594:12, 594:13, 601:16, 602:10, 602:11, 602:15, 602:17, 602:21, 602:23, 602:25, 619:2, 619:9, 623:13, 628:12, 629:2, 629:3, 629:23, 630:3, 634:17, 634:20, 652:3, 668:2, 668:5, 668:8, 668:9, 668:14, 677:19, 682:21, 683:5, 685:5, 685:9, 687:15, 691:18
**Novis's** [4] - 594:16, 595:8, 629:8, 629:17
**NPF** [26] - 633:12, 638:21, 638:25, 639:1, 645:9, 645:13, 646:3, 646:5, 646:8, 648:8, 648:11, 648:14, 651:4, 651:6, 651:17, 652:8, 652:14, 654:7, 654:10, 654:15, 654:18, 658:9, 667:25, 671:24, 674:9, 674:15
**NRS** [1] - 665:7
**Number** [3] - 700:2, 700:3, 700:11
**number** [15] - 589:8, 612:25, 618:12, 618:15, 637:1, 637:11, 638:9, 661:13, 661:15, 671:14, 672:1, 675:19, 679:14, 680:7, 686:15
**numbers** [5] - 584:15, 586:15, 588:25, 589:6, 661:8
**NUSRAT** [1] - 582:10

## O

**oath** [3] - 583:22, 693:4, 698:24
**objection** [7] - 587:2, 587:13, 587:14, 589:14, 606:23, 628:16, 630:12
**objections** [1] - 626:2
**obligated** [1] - 700:17
**obvious** [2] - 614:13, 684:6
**obviously** [2] - 615:9, 697:16
**occasion** [1] - 697:13
**occasions** [1] - 686:15
**October** [4] - 667:20, 686:19, 692:3, 692:12
**OF** [3] - 582:1, 582:2, 582:9
**offer** [6] - 586:23, 656:13, 656:23, 697:8, 697:23, 698:7
**office** [24] - 595:9, 602:17, 602:19, 631:24, 632:4, 632:10, 632:15, 633:21, 644:17, 644:18, 645:4, 647:2, 648:21, 649:6, 651:1, 669:8, 672:5, 672:8, 680:5, 682:11, 682:16, 682:22, 684:11, 684:14
**offices** [4] - 597:13, 597:15, 597:17, 664:21
**official** [1] - 671:18
**officials** [1] - 635:25
**often** [7] - 595:3, 602:11, 602:12, 612:1, 617:7, 617:14, 624:6
**Ohio** [1] - 636:2
**old** [4] - 649:23, 651:2, 659:24, 673:14
**Old** [4] - 596:25, 597:2, 597:14, 683:20
**older** [1] - 650:3
**once** [2] - 669:9, 671:20
**one** [62] - 585:11, 585:25, 586:2, 588:16, 588:23, 594:14, 594:18, 595:15, 596:5, 597:19, 604:22, 605:3, 605:5, 607:6, 610:24, 613:24, 616:22, 625:5, 626:5, 627:2, 629:9, 629:16, 634:6, 634:14, 635:14, 641:21, 644:5, 646:2, 649:19, 651:24, 652:3, 657:8, 658:1, 658:13, 664:22, 666:20, 670:6, 670:22, 671:1, 671:3, 671:20, 672:2, 672:4, 673:2, 673:8, 673:14, 673:19, 678:16, 679:12, 679:22, 681:7, 682:12, 682:16, 684:15, 685:22, 686:6, 688:10, 690:5, 690:25, 692:1, 695:2, 699:17
**one-time** [1] - 666:20
**ones** [2] - 681:8, 691:1
**open** [15] - 598:12, 600:5, 605:12, 606:14, 606:15, 608:7, 608:9, 610:1, 610:7, 628:1, 631:1, 679:21, 680:15, 680:21, 693:17
**opening** [1] - 606:17
**operation** [2] - 593:25, 681:3
**opposition** [1] - 584:23
**order** [11] - 634:2, 638:21, 639:4, 639:12, 643:14, 646:9, 647:16, 647:18, 658:23, 659:3
**orders** [2] - 612:17, 615:8
**organization** [2] - 652:20, 661:19
**original** [1] - 656:5
**otherwise** [1] - 652:17
**outer** [4] - 624:11, 631:9, 632:13, 682:3
**outside** [1] - 587:7
**outstanding** [1] - 698:12
**overall** [2] - 622:9, 681:2
**overlook** [1] - 670:24
**overrule** [1] - 630:12
**overwhelmed** [1] - 666:19
**overwhelming** [1] - 666:17
**Owen** [3] - 602:18, 602:25, 644:17
**own** [5] - 623:2, 623:7, 641:16, 651:23, 677:2
**owners** [1] - 679:25

## P

**p.m** [1] - 700:6
**PacNet** [8] - 598:4, 598:23, 599:25, 600:12, 613:21, 615:7, 615:9, 616:10
**PAGE** [1] - 702:3
**page** [122] - 591:24, 592:1, 593:9, 606:25, 609:7, 610:17, 611:24, 614:5, 616:2, 616:4, 616:22, 617:16, 617:18, 620:21, 621:6, 624:2, 624:11, 625:17, 627:7, 628:7, 628:20, 630:14, 631:7, 631:12, 631:20, 631:25, 632:11, 632:16, 633:19, 634:23, 635:7, 635:8, 635:9, 635:18, 636:6, 636:12, 636:20, 637:6, 637:22, 638:12, 638:18, 638:20, 638:22, 639:16, 641:21, 641:24, 642:17, 642:20, 643:10, 643:16, 643:23, 645:15, 647:4, 647:6, 647:11, 647:14, 647:21, 648:3, 648:24, 649:2, 649:8, 649:20, 650:8, 650:22, 651:9, 651:15, 651:17, 652:4,

652:9, 653:3, 654:3, 654:12, 655:18, 656:3, 656:17, 656:21, 657:18, 658:6, 658:17, 659:6, 659:17, 660:5, 660:15, 661:4, 661:20, 662:2, 662:7, 664:7, 664:15, 664:25, 665:8, 665:20, 666:10, 667:14, 667:15, 667:18, 668:19, 669:16, 669:22, 670:1, 670:3, 670:8, 670:20, 671:9, 671:15, 671:21, 672:11, 672:18, 673:6, 673:11, 673:18, 673:20, 674:2, 674:13, 675:5, 675:12, 676:14, 678:8, 681:20
**pages** [2] - 662:1, 688:8
**paid** [10] - 600:20, 618:17, 655:12, 657:4, 657:5, 658:11, 661:23, 662:5, 664:13, 666:15
**paper** [3] - 584:13, 585:16, 591:8
**papers** [1] - 636:25
**paragraph** [5] - 645:6, 647:13, 648:5, 654:5, 654:14
**paragraphs** [1] - 650:24
**paralegal** [1] - 585:21
**parameters** [1] - 697:18
**PARISI** [1] - 582:23
**parkside** [1] - 619:6
**part** [2] - 629:24, 684:24
**participated** [1] - 647:15
**participation** [1] - 646:11
**particular** [4] - 652:24, 684:14, 689:23, 689:25
**parties** [9] - 583:17, 583:21, 589:11, 662:22, 693:21, 694:8, 697:3, 697:20, 699:13
**parties'** [3] - 583:7, 583:12, 584:9
**partners** [1] - 691:25
**party** [1] - 698:13
**pass** [2] - 585:22, 694:2
**past** [2] - 599:8, 674:8
**Paul** [2] - 700:4, 700:11
**pause** [6] - 588:17, 595:16, 604:12, 617:20, 686:8, 695:14
**Pause** [5] - 684:20, 686:5, 688:11, 690:12, 692:5
**pay** [11] - 593:15, 600:19, 601:3, 601:7, 601:15, 635:22, 658:9, 671:6, 673:14, 674:10, 680:24
**payable** [2] - 675:10, 675:18
**payer** [1] - 601:10
**paying** [3] - 593:2, 618:12, 636:19
**payment** [7] - 625:1, 654:8, 655:15, 659:22, 666:20, 670:16, 670:17
**payments** [4] - 600:9, 616:11, 622:12, 655:20
**PDA** [1] - 665:6
**pending** [2] - 675:15, 675:16
**people** [20] - 592:16, 594:5, 612:7, 612:9, 615:18, 617:7, 618:10, 620:10, 620:18, 620:19, 639:10, 650:3, 652:22, 656:15, 658:25, 664:20, 665:24, 671:7, 678:21, 694:9
**percent** [1] - 638:4
**percentage** [3] - 618:17, 618:18
**perfect** [1] - 588:1
**performed** [1] - 620:4
**period** [1] - 661:24
**permission** [23] - 591:2, 595:18, 610:2, 610:16, 611:11, 616:13, 621:20, 623:22, 632:21, 640:11, 641:3, 641:12, 644:6, 654:21, 666:6, 667:5, 668:25, 672:14, 677:12, 679:3, 681:10, 682:5, 683:8
**person** [2] - 613:25, 635:5
**person's** [1] - 625:1
**personal** [6] - 589:10, 607:12, 607:14, 607:25, 608:1, 608:2
**personnel** [2] - 662:22, 693:23
**perspective** [1] - 679:24
**pertained** [1] - 656:10
**Peters** [6] - 623:11, 633:15, 646:19, 646:22, 647:25, 651:21
**Phil** [58] - 591:17, 591:22, 592:7, 594:23, 595:25, 597:1, 597:5, 597:8, 598:3, 598:9, 598:10, 599:11, 599:15, 599:16, 599:25, 600:18, 600:22, 601:6, 601:8, 601:10, 601:21, 601:22, 602:1, 602:13, 603:9, 604:7, 604:10, 604:19, 604:20, 604:24, 606:11, 606:13, 613:10, 619:8, 619:11, 622:3, 624:9, 629:7, 630:2, 633:13, 634:20, 640:21, 641:9, 643:9, 648:17, 648:19, 667:20, 668:17, 668:22, 676:19, 677:7, 677:9, 677:18, 679:9, 679:14, 683:14, 697:17
**PHILIP** [1] - 582:7
**Philip** [2] - 667:4, 692:15
**Phillips** [4] - 594:20, 619:4, 619:6, 634:18
**phone** [2] - 671:13, 680:7
**phones** [1] - 596:5
**physical** [3] - 626:18, 627:1, 683:24
**physically** [1] - 626:10
**pick** [6] - 594:13, 594:14, 599:22, 602:11, 603:25, 683:25
**picked** [10] - 594:19, 594:22, 594:25, 595:10, 597:12, 598:15, 603:12, 624:8, 648:18, 649:5
**picking** [1] - 602:15
**picture** [2] - 600:11, 600:12
**piece** [4] - 667:25, 669:24, 670:5, 670:6
**pieces** [3] - 598:19, 611:6, 668:10
**PIN** [1] - 589:6
**Pinellas** [3] - 641:23, 642:5, 642:16
**place** [1] - 673:19
**placed** [1] - 669:13
**places** [1] - 694:8
**Plainview** [8] - 597:5, 597:7, 597:21, 597:22, 599:11, 603:14, 643:6, 652:15
**plan** [3] - 584:18, 585:4, 699:14
**planning** [2] - 584:19, 584:21
**platform** [1] - 585:10
**play** [2] - 584:19, 585:5
**playing** [1] - 649:14
**Plaza** [1] - 582:15
**plead** [1] - 642:2
**pleasure** [1] - 638:8
**plus** [2] - 628:11, 681:18
**PO** [8] - 594:14, 643:6, 648:16, 679:12, 680:15, 680:21, 681:1, 683:20
**point** [9] - 586:12, 605:17, 614:13, 618:3, 677:2, 685:14, 692:18, 700:12, 700:18
**points** [1] - 583:10
**police** [1] - 632:20
**poor** [1] - 656:18
**Port** [1] - 582:20
**portion** [2] - 642:18, 688:16
**position** [2] - 642:6, 642:8
**positive** [2] - 612:25, 651:11
**possibility** [1] - 678:20
**possible** [5] - 588:13, 620:4, 652:17, 699:11, 700:10
**post** [14] - 597:12, 597:15, 597:17, 631:15, 631:24, 632:4, 632:10, 632:15, 649:5, 682:11, 682:16, 682:22, 684:10, 684:14
**postage** [2] - 605:18, 605:23
**postal** [3] - 624:15, 635:25, 684:1
**postmaster** [1] - 631:16
**potential** [1] - 697:5
**potentially** [2] - 683:3, 699:7
**power** [1] - 588:12
**practice** [1] - 660:13
**praying** [1] - 644:5
**prefer** [1] - 630:4
**prejudicial** [2] - 629:20, 629:21
**preprinted** [1] - 681:24
**presence** [1] - 587:7
**present** [6] - 583:20, 583:22, 583:23, 584:1, 584:3, 584:7
**presented** [2] - 583:14, 583:19
**pretty** [2] - 617:2, 633:7
**previous** [5] - 635:7, 670:24, 671:1, 682:12, 698:14
**previously** [3] - 586:14, 616:14, 688:7
**price** [3] - 618:2, 677:22, 678:6
**prices** [1] - 678:23
**pricing** [1] - 605:10
**print** [1] - 638:6
**printed** [3] - 584:13, 618:5, 678:5
**Priolo** [82] - 591:17, 591:20, 591:22, 592:7, 593:13, 594:3, 594:22, 594:23, 594:24, 595:10, 596:1, 596:6, 596:9, 596:24, 597:1, 597:5, 597:8, 598:3, 598:9, 598:10, 599:11, 599:15, 599:16, 599:25, 600:18, 600:22, 601:6, 601:8, 601:10, 601:21, 601:22, 602:1, 603:9, 604:7, 604:10, 604:19, 604:20, 604:24, 606:11, 606:13, 607:21, 608:4, 610:23, 613:10, 614:2, 617:12, 619:8, 619:11, 622:3, 624:9, 630:3, 630:9, 633:13, 634:20, 640:21,

641:1, 641:9, 643:9, 645:2, 648:17, 648:19, 649:5, 650:16, 667:4, 667:11, 667:12, 668:22, 676:20, 677:18, 679:9, 679:11, 680:2, 683:14, 684:13, 685:11, 687:14, 687:24, 689:3, 690:17, 691:16, 691:21
**PRIOLO** [1] - 582:7
**Priolo's** [12] - 598:19, 605:22, 606:2, 608:15, 613:4, 615:12, 623:9, 629:7, 629:19, 665:4, 676:1, 686:12
**priority** [3] - 598:17, 598:20, 598:21
**Pritchett** [3] - 661:24, 662:6, 664:10
**prize** [10] - 634:7, 645:11, 648:10, 651:5, 654:18, 657:23, 657:25, 659:22, 673:23, 675:9
**prizes** [4] - 634:3, 646:5, 646:12, 654:9
**problem** [5] - 585:9, 587:7, 600:21, 626:15, 638:2
**problems** [1] - 675:3
**procedure** [2] - 644:19, 654:9
**proceed** [1] - 696:10
**Proceedings** [1] - 582:24
**proceedings** [3] - 588:18, 595:17, 617:21
**process** [7] - 607:3, 608:16, 623:17, 655:5, 670:17, 677:5, 696:5
**processed** [2] - 614:19, 673:4
**processing** [1] - 657:24
**produced** [1] - 582:25
**productivity** [1] - 614:8
**proffer** [3] - 690:22, 690:23, 690:24
**proffers** [1] - 690:5
**profitable** [1] - 681:4
**program** [2] - 635:22, 656:11
**progress** [1] - 646:1
**projector** [1] - 591:8
**promise** [1] - 673:24
**promised** [2] - 634:10, 666:1
**promo** [2] - 612:10, 613:4
**promotion** [21] - 594:6, 604:21, 605:3, 611:23, 612:11, 618:2, 620:3, 620:9, 622:20, 629:17, 629:19, 633:8, 633:11, 635:17, 640:2, 643:5, 657:8, 658:10, 658:14, 665:3, 684:9
**promotions** [16] - 605:22, 612:13, 613:5, 620:11, 620:13, 620:15, 620:17, 620:20, 620:25, 646:7, 646:12, 659:11, 673:2, 680:25, 681:6, 685:3
**prompt** [1] - 646:10
**prompted** [1] - 633:22
**promptly** [1] - 694:14
**proof** [1] - 640:7
**proper** [1] - 678:6
**properly** [4] - 615:24, 642:13, 677:22, 678:5
**protect** [1] - 649:25
**Protection** [3] - 641:23, 642:5, 642:16
**prove** [1] - 639:12
**provide** [2] - 642:7, 655:20
**provided** [3] - 584:14, 589:5, 697:12
**providing** [1] - 622:21
**public** [1] - 693:22
**publish** [23] - 591:2, 595:18, 610:17, 611:11, 616:13, 621:20, 623:22, 632:21, 640:11, 641:3, 644:6, 654:21, 666:6, 667:5, 668:25, 672:14, 677:12, 679:3, 681:10, 682:5, 683:8, 689:9, 689:10
**published** [25] - 591:6, 595:22, 610:21, 611:15, 616:18, 621:24, 624:1, 632:25, 640:15, 641:6, 644:10, 646:10, 654:24, 666:9, 667:8, 669:3, 672:17, 676:11, 676:12, 677:15, 679:6, 681:13, 682:8, 683:11, 689:11
**pull** [1] - 626:25
**pulled** [1] - 591:12
**purchase** [1] - 640:7
**purpose** [1] - 677:20
**put** [12] - 612:25, 618:21, 623:5, 636:2, 659:13, 660:11, 671:2, 673:3, 681:23, 689:6, 696:8, 696:19
**putting** [2] - 629:22, 677:5

## Q

**quantity** [6] - 618:8, 618:9, 618:12, 618:14, 618:16, 620:5
**Quantum** [1] - 619:1
**quarters** [1] - 601:23
**questioned** [1] - 583:21
**questioning** [2] - 589:7, 626:11
**questions** [10] - 583:16, 584:5, 584:11, 585:1, 589:1, 589:4, 589:7, 596:19, 597:9, 685:17
**quick** [1] - 662:16
**quickly** [1] - 587:18
**quit** [1] - 649:16
**quite** [3] - 637:14, 672:7, 699:11

## R

**raise** [3] - 584:18, 585:16, 590:15
**raised** [1] - 698:14
**raising** [1] - 678:19
**Randolph** [1] - 654:7
**read** [88] - 583:11, 583:12, 585:2, 587:23, 596:18, 596:19, 597:25, 601:25, 603:6, 604:6, 607:5, 607:8, 607:9, 624:10, 625:7, 625:9, 625:11, 628:6, 631:5, 631:9, 631:14, 631:22, 632:3, 632:9, 632:13, 632:18, 633:24, 634:25, 635:20, 636:8, 636:24, 637:8, 637:24, 638:14, 638:24, 640:4, 642:2, 643:12, 643:18, 644:2, 645:6, 645:20, 647:13, 648:5, 649:10, 649:22, 650:10, 650:24, 651:13, 652:11, 654:5, 654:14, 656:7, 657:20, 658:19, 659:19, 661:7, 661:22, 662:4, 664:17, 665:10, 665:22, 666:12, 667:22, 669:15, 670:10, 670:22, 670:23, 671:11, 671:17, 671:23, 672:21, 673:8, 673:9, 673:13, 673:22, 674:7, 674:12, 674:15, 675:7, 675:14, 675:24, 676:17, 679:11, 688:15, 696:5, 700:2, 700:16
**reading** [8] - 599:10, 599:24, 600:17, 601:5, 601:20, 604:18, 606:10, 694:6
**ready** [4] - 585:24, 585:25, 588:10, 663:1
**realize** [2] - 649:17, 674:6
**really** [8] - 607:2, 622:19, 643:15, 650:2, 661:15, 668:15, 671:18, 700:13
**reason** [3] - 635:3, 672:1, 700:19
**recalled** [1] - 687:14
**receipt** [2] - 638:21, 639:12
**receipts** [1] - 658:23
**receive** [14] - 634:6, 638:4, 645:11, 645:25, 646:2, 646:10, 648:9, 654:17, 657:25, 661:10, 661:14, 665:19, 665:25, 675:1
**received** [25] - 583:7, 587:19, 589:1, 635:2, 637:3, 637:13, 638:3, 642:5, 645:8, 648:7, 651:4, 652:13, 654:7, 654:15, 657:22, 661:12, 664:22, 665:23, 666:17, 671:20, 671:24, 680:25, 699:25, 703:4, 703:6
**receiver** [2] - 634:1, 675:15
**receiving** [4] - 634:7, 643:1, 661:11, 678:22
**recent** [1] - 661:15
**recently** [1] - 690:23
**Recess** [3] - 588:21, 589:24, 663:12
**recognize** [1] - 643:6
**recollection** [8] - 615:24, 687:7, 688:17, 688:20, 690:7, 690:14, 691:20, 692:11
**record** [5] - 584:21, 585:4, 590:20, 696:9, 697:22
**Record** [4] - 607:9, 625:11, 628:6, 631:5
**recorded** [4] - 582:24, 583:16, 584:4, 652:25
**recording** [1] - 584:21
**recross** [1] - 699:4
**redirect** [1] - 699:4
**refer** [6] - 593:25, 594:3, 614:20, 615:12, 617:4, 643:4
**referring** [2] - 605:1, 652:24
**refers** [1] - 618:6
**reflected** [4] - 616:22, 620:13, 655:18, 655:23
**reflecting** [1] - 599:3
**reflection** [1] - 596:4
**reflects** [1] - 589:16
**refresh** [3] - 687:7, 690:7, 690:14
**refreshes** [4] - 688:16, 688:19, 691:20, 692:10
**refund** [26] - 622:19, 625:3, 634:13, 640:6, 655:2, 655:5, 655:6, 655:7, 655:10, 656:13, 656:25, 658:2, 659:9, 659:25, 660:23, 661:9, 661:23, 662:5, 664:12, 665:19, 665:24, 666:23, 667:13, 668:13, 668:23, 675:21

Denise Parisi, RPR, CRR
Official Court Reporter

**refunded** [9] - 657:3, 657:5, 657:9, 657:17, 658:12, 659:10, 660:8, 660:12, 666:15
**refunds** [2] - 667:21, 667:23
**refused** [3] - 624:5, 624:12, 631:19
**regard** [1] - 585:16
**regarding** [4] - 640:22, 646:11, 692:2, 697:11
**registered** [2] - 637:10, 672:1
**registration** [4] - 634:4, 637:1, 661:13, 675:19
**regular** [1] - 636:10
**relating** [1] - 588:25
**relayed** [1] - 677:9
**release** [2] - 671:25, 675:16
**relevance** [1] - 626:5
**relevant** [1] - 629:5
**remain** [1] - 693:3
**remainder** [1] - 699:3
**remains** [1] - 698:24
**remember** [2] - 597:14, 691:1
**remit** [3] - 645:10, 648:9, 654:17
**remotely** [3] - 613:25, 614:1, 697:7
**removal** [1] - 669:12
**removals** [2] - 592:16, 622:15
**remove** [11] - 624:12, 645:14, 645:22, 648:11, 651:7, 654:10, 654:19, 655:13, 660:23, 666:21, 675:2
**removed** [2] - 624:25, 657:3
**rented** [1] - 680:5
**repeat** [4] - 628:3, 631:3, 631:4, 692:8
**rephrase** [1] - 610:3
**reply** [3] - 634:6, 642:10, 675:15
**replying** [1] - 634:8
**report** [26] - 594:6, 598:19, 614:8, 632:20, 634:2, 638:7, 645:10, 646:3, 646:10, 646:12, 647:17, 648:9, 654:17, 661:10, 661:14, 673:2, 673:25, 675:8, 675:17, 681:3, 685:2, 687:15, 687:18, 687:24, 688:24, 689:25
**reporter** [11] - 583:22, 583:23, 584:1, 584:3, 584:22, 585:2, 608:22, 625:7, 625:9, 628:3, 631:2
**Reporter** [2] - 582:23, 607:8
**Reports** [11] - 638:25, 639:1, 645:9, 645:13, 648:8, 648:11, 651:4, 651:7, 652:8, 654:16, 654:19
**reports** [4] - 646:7, 648:14, 668:16, 694:6
**representing** [1] - 583:21
**republicans** [1] - 674:20
**request** [10] - 583:7, 642:7, 643:14, 652:20, 653:1, 655:7, 655:10, 656:15, 659:9, 675:2
**requested** [1] - 640:1
**requesting** [6] - 644:21, 652:15, 654:8, 661:9, 665:11, 666:18
**requests** [1] - 668:13
**require** [1] - 605:22
**required** [3] - 598:20, 647:17, 675:17
**requires** [1] - 626:4
**research** [3] - 662:18, 694:6, 694:8
**resolution** [1] - 698:10
**respond** [3] - 620:19, 623:2, 641:15
**responded** [7] - 589:1, 589:9, 612:7, 612:9, 618:10, 672:3, 672:5
**respondents** [3] - 593:3, 598:19, 646:6
**responders** [7] - 592:14, 614:21, 614:23, 618:13, 618:15, 618:17, 618:18
**responding** [3] - 594:5, 644:20, 647:1
**response** [23] - 592:12, 592:18, 618:10, 618:12, 618:14, 618:19, 622:22, 633:3, 633:5, 635:16, 636:18, 637:13, 637:17, 639:19, 640:8, 642:11, 642:13, 645:18, 645:20, 647:23, 669:11, 673:2, 682:4
**responses** [2] - 593:6, 617:3
**responsibility** [1] - 646:13
**responsive** [1] - 608:6
**Ressler** [3] - 697:6, 698:3, 699:4
**Ressler's** [2] - 698:1, 699:8
**results** [1] - 665:14
**resumes** [1] - 583:1
**ret** [1] - 618:15
**retain** [2] - 645:4, 675:22
**retired** [1] - 674:23
**return** [13] - 624:19, 624:22, 631:16, 637:4, 647:17, 648:21, 656:19, 661:14, 665:11, 665:15, 681:23, 682:2, 698:4
**returnable** [2] - 665:16, 665:17
**returned** [3] - 598:20, 618:18, 664:19
**reverse** [1] - 675:16
**review** [7] - 597:25, 642:14, 644:15, 690:11, 691:11, 691:15, 691:19
**reviewed** [2] - 596:2, 688:22
**reviewing** [1] - 692:10
**Rhonda** [1] - 670:14
**rise** [3] - 590:7, 664:2, 694:24
**role** [1] - 681:2
**rolling** [1] - 585:20
**room** [6] - 662:25, 693:13, 693:19, 694:23, 695:12, 696:7
**Roslyn** [1] - 682:17
**rotate** [8] - 624:2, 638:18, 659:6, 660:5, 677:24, 679:16, 683:16, 684:3
**row** [2] - 585:22, 600:4
**RPR** [1] - 582:23
**RTS** [2] - 624:12, 624:20
**rule** [3] - 634:15, 657:10, 694:19
**rules** [8] - 622:20, 633:22, 635:5, 635:12, 635:14, 635:16, 636:14, 636:17
**running** [2] - 644:24, 671:2

## S

**Sanders** [2] - 670:11, 670:14
**Saturdays** [1] - 603:13
**save** [1] - 661:8
**saw** [1] - 589:8
**scam** [9] - 624:14, 631:11, 649:17, 649:24, 652:17, 652:21, 656:13, 656:23, 658:24
**scammers** [1] - 664:19
**scamming** [1] - 658:25
**scan** [1] - 671:4
**scanned** [3] - 612:24, 613:2, 613:18
**schedule** [1] - 621:4
**scheduled** [1] - 671:25
**schedules** [1] - 605:6
**screen** [1] - 689:7
**screwed** [1] - 664:20
**scroll** [14] - 597:4, 598:2, 598:8, 599:8, 601:18, 619:20, 639:22, 643:10, 662:1, 664:24, 676:13, 681:19, 682:14, 683:16
**Sean** [26] - 593:24, 594:12, 594:13, 594:16, 594:20, 595:8, 601:16, 619:2, 619:4, 619:6, 623:13, 628:12, 629:2, 629:3, 629:8, 629:17, 629:23, 630:3, 634:17, 652:3, 668:5, 682:21, 683:5, 685:5, 687:15
**search** [2] - 614:11, 693:25
**seat** [4] - 590:1, 590:20, 663:25, 695:15
**seated** [1] - 664:4
**second** [9] - 637:11, 640:4, 645:6, 648:5, 654:5, 654:14, 674:12, 681:20, 688:10
**sections** [1] - 596:18
**see** [40] - 583:5, 585:13, 589:3, 589:22, 590:4, 591:19, 598:17, 600:1, 604:24, 605:17, 607:18, 611:1, 619:24, 620:3, 620:16, 620:19, 621:8, 624:10, 626:9, 626:12, 629:6, 629:20, 640:22, 642:22, 643:3, 643:22, 655:12, 655:25, 656:18, 662:23, 683:17, 687:7, 688:16, 688:19, 691:15, 691:20, 691:24, 694:22, 699:21, 701:1
**seeds** [2] - 676:24, 676:25
**seek** [2] - 641:16, 641:18
**self** [1] - 658:25
**sell** [1] - 593:1
**send** [41] - 592:14, 598:4, 598:20, 600:20, 614:21, 616:1, 617:7, 617:12, 631:24, 632:5, 632:10, 632:15, 634:8, 637:3, 639:3, 639:11, 639:13, 640:7, 641:1, 643:14, 643:20, 652:23, 655:11, 655:15, 657:24, 658:3, 658:21, 658:22, 658:23, 659:2, 659:4, 660:1, 660:2, 665:17, 668:13, 673:10, 673:23, 673:24, 679:21
**sender** [5] - 624:19, 624:22, 631:11, 632:5, 632:15
**senders** [2] - 631:24, 632:10
**sending** [13] - 616:24, 632:20, 639:7, 646:9, 649:12, 649:19, 650:11, 650:12, 650:14, 652:22, 668:15, 670:12, 675:1
**sends** [1] - 682:3

**senior** [1] - 636:1
**Senior** [1] - 614:16
**sent** [32] - 592:12, 592:19, 594:6, 598:10, 599:16, 599:18, 600:4, 602:1, 604:20, 612:17, 614:23, 615:18, 616:10, 617:11, 618:11, 618:20, 622:20, 633:25, 635:16, 636:18, 636:25, 639:4, 646:1, 650:5, 651:14, 656:9, 659:21, 661:12, 667:18, 672:2, 672:5, 675:20
**separate** [2] - 618:9, 681:6
**September** [2] - 614:10, 656:9
**seriously** [1] - 694:18
**serve** [1] - 681:2
**serves** [1] - 615:24
**service** [23] - 592:18, 601:11, 614:25, 622:15, 622:16, 622:18, 622:21, 622:25, 623:8, 623:10, 633:3, 633:5, 639:19, 646:3, 652:2, 669:6, 683:15, 683:22, 683:23, 684:7, 684:10, 684:14, 684:23
**serving** [1] - 638:8
**set** [11] - 585:17, 591:15, 611:17, 620:7, 624:4, 633:2, 644:12, 655:1, 667:10, 669:5, 686:7
**seven** [3] - 597:16, 642:8, 643:23
**several** [4] - 618:24, 657:21, 672:2, 674:24
**shame** [1] - 632:6
**shape** [1] - 629:10
**sharing** [1] - 585:10
**Shawna** [1] - 664:23
**sheet** [5] - 611:18, 611:19, 611:21, 611:22, 616:5
**sheets** [1] - 606:12
**shelf** [2] - 611:3, 611:4
**shop** [3] - 618:5, 678:4
**short** [1] - 588:11
**shortly** [1] - 663:13
**show** [5] - 583:11, 677:24, 688:7, 690:6, 691:4
**showed** [2] - 689:4, 689:23
**showing** [3] - 583:8, 600:8, 689:13
**shown** [2] - 584:5, 584:13
**shut** [1] - 685:15
**sic** [1] - 635:25
**sick** [1] - 639:10
**side** [4] - 605:7, 620:23, 631:18, 664:25
**sidebar** [3] - 606:24, 625:14, 626:6
**Sidebar** [6] - 607:1, 609:6, 626:1, 627:6, 629:1, 630:13
**sign** [3] - 585:2, 614:20, 647:16
**signature** [6] - 628:9, 633:14, 640:5, 640:19, 646:16, 675:1
**signed** [4] - 634:1, 636:25, 646:18, 651:19
**significant** [1] - 616:25
**similar** [1] - 649:2
**Sims** [3] - 658:4, 658:5, 658:9
**sincerely** [6] - 637:20, 639:14, 642:16, 664:23, 666:22, 672:10
**singer** [1] - 593:21
**single** [1] - 684:9
**sirs** [1] - 656:8
**situation** [1] - 672:4
**six** [5] - 597:16, 631:7, 643:16, 643:24, 647:11
**size** [1] - 603:22
**skip** [2] - 661:7, 661:17
**slash** [1] - 659:3
**slow** [1] - 603:9
**small** [1] - 672:22
**smiley** [2] - 601:7, 601:9
**smoother** [1] - 587:8
**social** [1] - 662:19
**sole** [1] - 646:12
**solicited** [1] - 608:4
**someone** [4] - 629:15, 644:21, 652:21, 672:7
**sometimes** [3] - 583:19, 613:22, 645:1
**somewhat** [1] - 614:13
**soon** [5] - 584:25, 661:19, 663:1, 669:17, 672:9
**sorry** [15] - 591:16, 592:4, 595:19, 602:21, 618:11, 621:13, 624:14, 632:1, 635:8, 635:9, 641:22, 650:11, 668:6, 673:18, 696:22
**sort** [3] - 585:3, 605:22, 700:18
**sounds** [1] - 643:20
**speaking** [3] - 626:2, 698:20, 698:23
**speaks** [1] - 584:20
**specific** [2] - 655:10, 691:19
**specifically** [3] - 599:1, 655:7, 681:5
**speculate** [2] - 607:16, 609:4
**speculative** [1] - 607:18
**spell** [1] - 590:19
**split** [2] - 593:2, 615:15
**spoken** [1] - 698:24
**sponsor** [1] - 646:13
**spreadsheet** [6] - 600:14, 606:6, 619:22, 620:21, 621:9, 678:7
**spreadsheets** [6] - 616:24, 616:25, 617:4, 617:16, 622:4, 622:6
**SS** [2] - 672:23, 674:20
**stack** [2] - 585:22, 586:5
**staff** [1] - 585:21
**stamp** [1] - 598:21
**stand** [5] - 584:8, 590:13, 662:17, 663:21, 664:1
**stands** [1] - 593:6
**start** [10] - 584:21, 594:12, 600:17, 601:20, 603:12, 604:3, 606:10, 663:13, 685:24, 693:13
**started** [9] - 590:11, 603:19, 604:14, 649:12, 649:14, 649:17, 651:22, 680:2, 690:24
**starting** [9] - 585:17, 592:10, 593:12, 597:25, 603:7, 638:24, 649:8, 652:11, 680:18
**starts** [1] - 603:16
**State** [1] - 652:7
**state** [6] - 590:19, 596:23, 639:25, 645:8, 647:2, 660:18
**statement** [3] - 599:3, 599:13, 642:8
**states** [4] - 648:7, 654:7, 654:15, 665:15
**STATES** [3] - 582:1, 582:2, 582:10
**States** [3] - 582:4, 582:14, 582:18
**stating** [1] - 671:25
**status** [1] - 675:15
**stay** [1] - 604:2
**stenography** [1] - 582:24
**steps** [1] - 663:11
**Sterling** [2] - 651:19, 652:2
**still** [7] - 592:21, 593:1, 605:9, 649:16, 650:14, 671:1, 678:8
**stipulated** [2] - 583:13, 584:9
**stop** [12] - 596:18, 596:21, 632:19, 645:12, 648:10, 650:15, 651:6, 654:10, 654:18, 666:20, 674:11, 692:23
**stopped** [1] - 649:18
**stopping** [1] - 650:2
**store** [1] - 633:21
**straightened** [1] - 666:4
**strange** [1] - 643:20
**Street** [3] - 602:18, 603:1, 644:17
**structure** [2] - 621:3, 680:1
**stuff** [1] - 624:6
**subject** [3] - 640:22, 676:23, 684:2
**subscriptions** [1] - 666:14
**subtotal** [1] - 619:21
**sufficient** [1] - 638:11
**suggest** [1] - 682:20
**suggested** [2] - 689:3, 689:15
**Suite** [3] - 582:15, 582:19, 582:21
**summary** [2] - 611:23, 617:2
**sums** [1] - 643:1
**Sunday** [2] - 638:1, 700:6
**super** [1] - 673:8
**support** [1] - 585:21
**supposed** [1] - 639:3
**surprise** [1] - 671:3
**swears** [2] - 584:2, 584:22
**sweeps** [9] - 594:6, 598:19, 673:2, 681:2, 685:2, 687:15, 687:18, 687:24, 688:24
**Sweepstakes** [6] - 689:16, 689:18, 690:18, 691:17, 691:21, 692:13
**sweepstakes** [11] - 646:4, 646:5, 646:6, 646:7, 647:15, 649:11, 666:14, 674:17, 687:19, 689:1, 689:25
**swing** [1] - 603:13
**switch** [1] - 606:7
**sworn** [2] - 583:15, 590:17

**T**

**team** [1] - 698:25
**ten** [4] - 597:20, 662:14, 680:25
**ten-minute** [1] - 662:14
**Terill** [1] - 666:22

**terms** [1] - 700:14
**Teshale** [1] - 584:22
**Teshale's** [1] - 586:4
**test** [3] - 619:25, 620:2, 620:15
**testified** [5] - 584:8, 588:23, 590:18, 630:9, 687:13
**testify** [1] - 609:3
**testifying** [2] - 686:14, 697:6
**testimony** [15] - 583:9, 583:14, 583:18, 583:19, 584:4, 584:6, 586:4, 586:5, 588:13, 590:5, 590:10, 663:2, 684:22, 694:9, 697:9
**testing** [1] - 620:3
**text** [40] - 595:25, 596:5, 596:9, 596:23, 608:6, 610:23, 633:24, 634:25, 635:20, 636:8, 636:21, 636:24, 637:8, 637:24, 638:24, 640:4, 642:2, 642:18, 643:12, 643:18, 645:20, 649:22, 650:10, 652:11, 656:7, 657:20, 658:19, 659:19, 661:5, 662:4, 666:12, 670:10, 671:11, 671:17, 671:23, 672:21, 673:13, 673:22, 676:17, 679:11
**THE** [143] - 582:10, 583:2, 583:5, 584:3, 585:24, 586:3, 586:11, 586:16, 586:21, 587:1, 587:4, 587:13, 587:15, 587:21, 588:2, 588:5, 588:7, 588:16, 588:19, 588:22, 589:18, 589:21, 589:25, 590:4, 590:7, 590:9, 590:15, 590:19, 590:21, 591:4, 591:9, 591:12, 595:20, 606:24, 607:4, 607:7, 607:10, 607:12, 607:18, 607:22, 607:25, 608:8, 608:12, 608:17, 608:23, 609:3, 610:4, 610:19, 611:13, 616:16, 621:22, 623:24, 625:7, 625:14, 626:2, 626:8, 626:13, 626:16, 626:18, 626:21, 626:25, 627:4, 628:2, 628:16, 628:19, 629:4, 629:13, 629:20, 630:4, 630:12, 631:2, 632:23, 640:13, 641:4, 641:13, 644:8, 654:23, 662:8, 662:13, 663:6, 663:13, 663:16, 663:18, 663:22, 664:2, 664:4, 664:5, 666:8, 667:7, 669:2, 672:16, 676:11, 677:14, 679:5, 681:12, 682:7, 683:10, 684:19, 685:18, 685:22, 685:25, 686:3, 688:5, 688:13, 689:8, 689:9, 689:10, 690:8, 691:6, 691:9, 692:23, 693:3, 694:24, 695:2, 695:4, 695:5, 695:6, 695:8, 695:10, 695:15, 695:18, 695:21, 695:25, 696:3, 696:13, 696:15, 696:18, 696:22, 696:25, 697:3, 697:20, 698:9, 698:22, 699:2, 699:10, 699:13, 699:19, 699:21, 699:22, 699:23, 700:1, 700:22, 700:24
**therefore** [1] - 642:7
**thinking** [2] - 603:11, 649:14
**Thomas** [1] - 664:23
**thousands** [1] - 652:22
**three** [8] - 601:23, 612:12, 614:5, 614:12, 641:24, 665:24, 673:16, 681:7
**three-quarters** [1] - 601:23
**throughout** [1] - 694:16
**thumb's** [1] - 602:1
**Thursday** [1] - 675:11
**TMO** [1] - 615:1
**today** [14] - 584:6, 596:2, 596:25, 603:9, 604:22, 606:11, 634:5, 644:15, 655:3, 675:1, 686:14, 694:3, 696:6, 696:8
**together** [1] - 693:19
**tomorrow** [3] - 603:12, 603:14, 604:25
**took** [1] - 650:7
**tool** [2] - 589:5, 589:10
**top** [19] - 602:2, 604:2, 611:3, 615:11, 617:17, 620:23, 624:16, 624:21, 631:9, 633:9, 642:20, 648:14, 649:2, 651:9, 651:17, 658:7, 664:17, 679:18, 683:19
**topic** [1] - 622:8
**topics** [1] - 596:8
**toss** [1] - 670:18
**tossed** [2] - 652:17, 669:12
**total** [6] - 612:16, 614:19, 615:9, 618:11, 618:19, 664:22
**totally** [5] - 617:18, 629:5, 629:10, 674:16, 697:2
**touch** [1] - 583:10
**towards** [2] - 666:14, 684:22
**track** [1] - 698:16
**TRANSCRIPT** [1] - 582:9
**transcript** [1] - 589:16
**Transcript** [1] - 582:24
**Transcription** [1] - 582:25
**trash** [4] - 669:13, 673:3, 675:25, 676:7
**tray** [6] - 601:24, 606:3, 610:24, 611:1, 611:5, 611:7
**TRIAL** [1] - 582:9
**Trial** [1] - 583:1
**trial** [10] - 583:6, 583:17, 583:21, 610:15, 629:3, 693:6, 694:17, 698:14, 700:8, 700:12
**trigger** [1] - 655:5
**trivia** [1] - 624:15
**trouble** [2] - 585:11, 592:5
**true** [3] - 595:5, 604:16, 634:20
**trust** [1] - 661:18
**truthful** [1] - 687:2
**try** [1] - 588:12
**trying** [3] - 629:14, 672:3, 694:1
**Tuesday** [1] - 699:14
**twice** [1] - 658:11
**two** [23] - 586:13, 591:24, 592:1, 597:12, 600:4, 606:18, 610:17, 622:17, 628:7, 633:19, 638:3, 645:15, 650:24, 665:6, 667:22, 671:13, 673:14, 674:24, 678:23, 681:6, 693:9, 699:9
**type** [3] - 637:13, 641:15, 678:15
**typical** [2] - 615:15, 621:3
**typically** [10] - 615:16, 617:10, 623:9, 641:15, 641:17, 644:24, 652:1, 652:2, 681:8, 683:23
**typing** [1] - 605:10

## U

**U.S** [2] - 675:8, 675:10
**undeliverable** [6] - 592:19, 618:16, 618:18, 622:15, 624:5, 624:18
**under** [9] - 583:22, 611:4, 612:22, 613:4, 647:23, 658:9, 693:3, 693:4, 698:24
**underneath** [1] - 660:24
**understood** [2] - 587:1, 687:10
**unfairly** [1] - 629:21
**unhappy** [1] - 640:6
**UNITED** [3] - 582:1, 582:2, 582:10
**United** [3] - 582:4, 582:14, 582:18
**universe** [1] - 683:6
**unless** [1] - 608:2
**unsure** [1] - 700:8
**up** [44] - 589:22, 591:12, 593:23, 594:13, 594:14, 594:19, 594:22, 594:25, 595:10, 597:12, 598:15, 599:22, 602:1, 602:2, 602:11, 602:15, 603:12, 603:25, 605:10, 609:1, 623:7, 623:20, 624:8, 625:1, 635:21, 635:22, 646:22, 648:18, 649:5, 655:12, 657:3, 660:22, 670:25, 675:23, 676:14, 677:21, 683:25, 685:5, 686:7, 691:1, 694:9, 697:2, 700:5
**update** [1] - 617:10
**updated** [1] - 617:15
**upload** [1] - 585:10
**upper** [2] - 642:18, 672:19
**US** [1] - 635:25
**useful** [6] - 606:22, 607:10, 607:17, 607:24, 608:21, 610:8
**uses** [1] - 586:13
**usual** [2] - 660:13, 662:17
**utility** [1] - 608:13

## V

**vacation** [2] - 700:5, 700:6
**validity** [1] - 642:7
**Vandeventer** [1] - 582:19
**various** [1] - 646:4
**Vegas** [1] - 698:1
**verbal** [1] - 694:4
**verbally** [2] - 589:4, 589:9
**vets** [1] - 674:18
**via** [2] - 591:8, 598:20
**video** [9] - 583:9, 583:11, 583:15, 583:23, 584:2, 584:6, 584:18, 584:22, 587:23
**videographer** [3] - 583:25, 584:4, 584:20
**view** [4] - 607:25, 608:1, 608:3, 608:13
**Virginia** [1] - 665:10
**voice** [1] - 661:8
**voices** [1] - 584:10
**volume** [6] - 603:23, 603:24, 604:2, 676:3, 683:24, 684:8

## W


**wait** [6] - 592:3, 635:3, 671:6, 693:11, 695:3, 695:10
**waiting** [3] - 634:10, 638:15, 672:6
**walked** [1] - 695:9
**walking** [1] - 696:7
**wants** [8] - 585:2, 608:10, 608:14, 648:10, 651:6, 654:9, 654:18, 656:25
**warrant** [1] - 614:11
**wash** [1] - 629:25
**Washington** [2] - 582:20, 647:7
**watch** [1] - 585:11
**website** [2] - 600:12, 600:13
**week** [11] - 595:4, 612:2, 613:12, 613:13, 676:1, 676:3, 676:5, 690:3, 693:6, 694:22, 700:9
**weekend** [5] - 603:10, 604:4, 693:4, 700:10, 700:25
**weeks** [2] - 657:21, 671:13
**westbrook** [2] - 648:7, 648:10
**Westbury** [1] - 676:21
**Westwood** [1] - 676:21
**whatsoever** [1] - 629:17
**whoever's** [1] - 667:1
**whole** [2] - 693:6, 697:12
**widow** [3] - 656:14, 661:15, 672:22
**Williams** [3] - 655:25, 656:19, 656:22
**win** [5] - 659:1, 659:23, 673:15, 673:16
**WINC** [2] - 676:20, 676:24
**wind** [1] - 675:22
**winner** [3] - 639:5, 647:15, 647:16
**winners** [1] - 606:3
**Winners** [35] - 592:7, 596:12, 600:20, 602:16, 606:19, 610:11, 613:8, 616:23, 617:5, 619:8, 621:16, 622:4, 633:4, 633:13, 633:15, 641:20, 643:5, 643:9, 644:13, 648:2, 648:17, 648:18, 649:4, 667:2, 667:25, 668:2, 668:4, 668:9, 668:10, 670:6, 676:25, 677:18, 679:10, 679:24, 680:12
**winning** [2] - 635:21, 636:9
**winnings** [4] - 593:8, 638:15, 659:2, 665:25
**witness** [24] - 583:17, 583:18, 583:20, 583:22, 584:7, 584:8, 584:13, 585:20, 590:12, 608:12, 616:20, 662:10, 663:11, 663:20, 664:1, 664:5, 685:19, 695:16, 695:20, 698:21, 698:23, 699:6, 699:12
**Witness** [1] - 695:24
**WITNESS** [2] - 590:21, 702:3
**witness's** [1] - 583:18
**witnesses** [5] - 584:11, 588:23, 662:22, 693:21, 694:8
**woman** [1] - 660:11
**won** [13] - 622:24, 639:6, 640:3, 643:1, 643:15, 645:9, 648:8, 651:5, 654:16, 657:23, 669:19, 670:13, 673:15
**wonderful** [1] - 586:11
**word** [3] - 626:5, 658:1, 672:24
**words** [1] - 638:6
**Woska** [4] - 594:14, 594:15, 594:18, 594:21
**write** [6] - 588:25, 589:5, 593:7, 635:14, 659:4, 662:24
**writing** [8] - 637:12, 638:1, 639:2, 658:21, 661:11, 666:13, 672:2, 696:5
**written** [6] - 605:7, 640:25, 642:8, 647:23, 676:4, 679:18
**wrote** [6] - 593:14, 633:17, 640:24, 644:4, 646:20, 686:24


## Y


**y'all** [3] - 658:22, 658:24
**year** [4] - 651:2, 687:23, 690:24
**years** [10] - 628:11, 629:3, 629:18, 629:23, 629:24, 649:23, 659:24, 673:14, 674:23, 674:24
**yellow** [3] - 624:16, 624:17, 643:13
**yesterday** [6] - 583:7, 588:24, 590:11, 598:6, 599:13, 684:22
**YORK** [1] - 582:1
**York** [14] - 582:4, 582:14, 582:15, 582:20, 582:22, 649:11, 650:14, 650:18, 652:15, 676:21, 679:13, 682:17, 683:20
**yourself** [5] - 600:19, 601:3, 612:3, 666:23, 688:19
**Yum** [1] - 603:13


## Z


**zero** [1] - 618:14
**zip** [1] - 681:18
**Zoe** [2] - 665:22, 666:5
**zoom** [10] - 617:17, 619:12, 619:21, 636:5, 637:5, 637:21, 638:17, 648:24, 658:7, 675:4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA, : 21-CR-00566(NJC)

: United States Courthouse
-against- : Central Islip, New York

: March 17, 2025
: 9:30 a.m.

PHILIP PRIOLO,

Defendant.

- - - - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE NUSRAT J. CHOUDHURY
UNITED STATES DISTRICT COURT JUDGE

A P P E A R A N C E S:

For the Government: JOHN J. DURHAM, ESQ.
United States Attorney
Eastern District of New York
100 Federal Plaza, Suite 570
Central Islip, New York 11722
BY: ANN F. ENTWISTLE, ESQ.
CHARLES B. DUNN, ESQ.
JASON FELDMAN, ESQ.
Assistant United States Attorneys

For the Defendant: JAMES FROCCARO, ESQ.
20 Vanderventer Avenue, Suite 103W
Port Washington, New York 11050

JONATHAN I. EDELSTEIN, ESQ.
501 5th Avenue, Suite 514
New York, New York 10017

Court Reporter: Lisa Schmid, CCR, RDR
E-mail: LisaSchmidCCR.RMR@gmail.com

Proceedings recorded by computerized stenography. Transcript produced by Computer-aided Transcription.

(Trial continues.)

THE COURT: Good morning, counsel and parties. Have a seat, please.

Good morning, everyone. I hope you all had a good weekend and got some rest. I know it's been very busy for everyone. There are a few things I'd like to address.

COURTROOM DEPUTY: 21-CR-566, U.S.A. v. Philip Priolo.

Counsel, please state your appearances for the record.

MS. ENTWISTLE: Good morning, your Honor. Ann Entwistle for the United States. With me at counsel table are Charles Dunn, paralegal Elmira Ibragimova, and United States Postal Inspector Christine Reins-Jarin.

MR. FROCCARO: Good morning, your Honor. James Froccaro for Mr. Priolo who's present, and Mr. Edelstein as well, your Honor.

THE COURT: Good morning to all of you.

A couple of things that I wanted to address on the record this morning. As you recall, I believe it was on Friday, possibly Thursday, that I polled the jury about the letter that was inadvertently dropped on the courthouse parking lot floor and was retrieved by, I believe, Mr. Feldman. None of the jurors indicated that





they had seen it. None of the jurors indicated that they had read it.

I am filing that document as Court Exhibit 4 under seal. We can determine -- actually, I'm not going to file it as a court exhibit. It will be filed under seal on the docket, and we will determine at the end of the trial what, if anything, to do with that.

Any concerns from the Government?

MS. ENTWISTLE: No concerns, your Honor.

THE COURT: Mr. Froccaro?

MR. FROCCARO: No, Judge.

THE COURT: Thank you.

I did receive that note from the juror. That will become Court Exhibit 3, and I will read the note to the jury this morning because it's public information and it has to be part of the court record.

In terms of --

MS. ENTWISTLE: Your Honor, very briefly.

The parties have discussed and we are fine with you addressing the substance of that note with that juror individually. We don't believe that note needs to be read to the whole jury. We're fine with it being a court exhibit and however your Honor wants to handle, but with regard to that specific scheduling order, we don't believe that needs to be addressed with the full jury.





THE COURT: Okay.

And so, what do you suggest? That I dismiss the jury, but have that sole juror come here for me to address this directly with her in front of counsel?

Mr. Froccaro?

MR. FROCCARO: That's fine by me.

MS. ENTWISTLE: That's fine, your Honor.

THE COURT: Okay. So, we will then do that.

And, Mr. Morabito, you're going to have to remind me before lunch, and we'll have her remain here while the other jurors are excused.

(Pause.)

THE COURT: So, instead, we'll bring her in before we bring the entire jury in, and we'll just take care of it that way.

MS. ENTWISTLE: Perfect, your Honor.

THE COURT: Okay, great.

The parties received an order from me electronically last night. I've been working on the jury charge, and there were two statements that were jointly proposed by the parties which I identified in the order that I'd like the parties to provide legal authority for. We have not found legal authority in the mail and wire fraud context for either of those two instructions, and I'd like to see legal authority before including either of





those. And I would like that sooner rather than later.

My next question is going to be timing estimates for the witnesses that we have that remain so that we can pinpoint with a little more certainty when the charge conference is going to be.

Where we left it on Friday was that if the Government closed today and the defense chose not to put on an affirmative defense, that we may have the charge conference as early as tomorrow morning. I want to make sure that that's, kind of, where we're headed.

I did ask for legal authority by noon today. I understand that each side has multiple, as Mr. Froccaro calls it, legal beagles.

MR. FROCCARO: My man Friday.

THE COURT: Exactly.

So, I understand, I'm mindful the fact that we're going forward with testimony and examination of witnesses, but that there are other individuals on each team who might be able to pull up any legal authority, and specifically I'm looking for legal authority in the mail or wire fraud contexts.

MS. ENTWISTLE: Your Honor, for the Government, we worked on that this morning. Mr. Feldman has just filed something to that effect. Given the timing, we have not yet discussed it with defense counsel, but it was

filed at 9:29 and has been e-mailed to Mr. Morabito and chambers. So I have not read it, but the Government has submitted something in response to that request.

THE COURT: Okay. And the parties should discuss, you know, any further --

MR. EDELSTEIN: Judge, I've actually just seen the Government's letter. They found the same case on puffery that I found.

I also have caselaw that I will be citing to the Court regarding the good faith issue, and I will be filing a letter on behalf of the defendants, I'm not going to say momentarily, but certainly by noon. I want to give Mr. Froccaro a chance to read and approve that.

THE COURT: Of course. If you need a little bit more time than that, I will give that time to you as well.

My concern is that if we're having a charge conference today, I need to have that authority ASAP. If you need to work through lunch on it, I obviously understand that you may need a little more time.

MR. FELDMAN: I don't anticipate that that will be necessary, Judge, but I appreciate the Court's indulgence.

THE COURT: Can me move to the estimated time for the remaining witnesses today?

MS. ENTWISTLE: Yes, your Honor.





THE COURT: So, are we starting with Ms. Johnson's cross-examination?

MR. FROCCARO: It's not going to be long, Judge.

THE COURT: Do you have a guesstimate?

MR. FROCCARO: 15, 20.

THE COURT: Okay. And then assuming the Government may have some redirect on that.

MR. DUNN: Fairly short, your Honor, depending on what is elicited on cross. My redirects are generally very short.

THE COURT: Okay. So maybe 30 minutes for Ms. Johnson.

And then are we going to the remote witness directly after Ms. Johnson?

MS. ENTWISTLE: We wanted to discuss that to make sure Mr. Morabito is comfortable with timing. We did a test with the remote witness, all the tech was working. He's ready to go. We could go directly to the remote witness. Alternatively, we could play the deposition video which is, I believe, 15 to 20 minutes, then take the brief morning break early so we could get the tech started and then begin with the remote witness.

THE COURT: I think that's a better idea.

Mr. Froccaro?

MR. FROCCARO: I'd rather start with Ressler,





but that's my preference, Judge.

THE COURT: I think just for the tech issue, it would be better to do the video deposition, get it out of the way, and then move on to Mr. Ressler.

MR. FROCCARO: Judge, just one question about the remote witness. Depending on what he says, I have a number of different versions of my cross-examinations that may come into effect. So I may need a few minutes in between his direct being completed and his cross. So if your Honor could just give me that time, not a lot, ten minutes, but just to know where I need to go.

THE COURT: We will do it. We will give that to you.

MR. FROCCARO: Thank you.

THE COURT: Do we have an estimate for the time for Mr. Ressler?

MR. DUNN: I would estimate, your Honor, he will be my witness, his direct would take between, give or take, 60 and 90 minutes, and then whatever for cross obviously I don't have a say in that, and then redirect would also be very short. As I said, my redirects are short.

THE COURT: I would estimate, given where we are, around two hours minimum, possibly up to three.

Does that sound right to you, Mr. Froccaro?





MR. FROCCARO: I apologize, Judge. I had leaned over. What was that?

THE COURT: No, that's okay. We were just talking about an estimated time frame for Mr. Ressler's testimony.

MR. FROCCARO: If he does what I'm expecting, my cross is going to be five minutes, ten minutes, that's it.

THE COURT: Okay. So it could be rather short. So we may be finishing --

MR. FROCCARO: But if he doesn't, Judge, it may be an hour-and-a-half, two hours.

THE COURT: Okay. So Mr. Ressler could be anywhere from 75 minutes to three hours, there we go. So we don't know for sure.

MS. ENTWISTLE: Yes.

And, your Honor, if we need to take a lunch break, we've spoken with the witness, they will be available to come back. He's available all day. You know, depending on how things go, if we have to break for lunch, he can get back on for cross after lunch. We don't anticipate it will go that long, but he's prepared to appear remotely that way, if necessary.

THE COURT: Understood.

And if, let's say, he finishes even after lunch at around 2, are there any further witnesses for the

Government?

MS. ENTWISTLE: Our final witness is Postal Inspector Christine Reins-Jarin.

THE COURT: And do you have a time frame for her examination?

MR. DUNN: Yes, your Honor. Her direct should be between approximately two and three hours. Going through a lot of documents. It is possible we would finish her direct with enough time for cross-examination by the end of the day, and then obviously, you know, we would rest at that point, and then, you know, the defense may have motions. The Court, you know, would need to advise Mr. Priolo about certain rights. So it would be my suggestion we would dismiss the jury at that point and then handle those matters outside their presence, but certainly up to the Court and counsel.

THE COURT: Okay. That's helpful. I had not been anticipating as lengthy an examination as what you let me know about.

Based on this, it sounds unlikely that we would wrap up all witnesses by 5 p.m. and handle any motions and things of that nature such that a charging conference would be this afternoon.

Does that sound right to the Government?

MS. ENTWISTLE: I believe that's right, your





Honor.

MR. DUNN: Realistic.

THE COURT: Mr. Froccaro?

MR. FROCCARO: Yes, Judge.

THE COURT: So we're going to plan for the charge conference in the morning, absent an extraordinary circumstance.

Moving to Ms. Johnson. Have the parties met and conferred on any issues that may arise? I would like to minimize sidebars if we can. Sometimes they're necessary, but sometimes we can anticipate things.

Are there any issues that the parties anticipate coming up today?

MR. FROCCARO: No. My cross is, I don't remember us even having a sidebar.

MR. DUNN: I don't anticipate issues, your Honor.

THE COURT: Okay.

With Mr. Ressler's testimony do we anticipate issues?

MR. FROCCARO: You never know, that's the problem. It depends on what he says, Judge.

MR. DUNN: We've certainly, you know, already discussed all of the issues we anticipate. So I cannot speak to what else might come up, but I'm not expecting





additional issues, your Honor.

THE COURT: I mean, the main issue, which I know the parties were discussing, was whether Mr. Ressler would testify that Mr. Priolo was in the meeting in Mr. Ressler's residence back in, what year was that? It was 2000?

MR. FROCCARO: It's either before or after 9/11. There's no definite time frame.

MR. DUNN: Yes, your Honor. And I've discussed that with defense counsel last week and briefly again this morning. We intend to steer Mr. Ressler around that issue with potentially some leading questions. We intend to steer him around, you know, the use of lawyers so that he does not bring that up. And obviously we've instructed him numerous times not to mention that his testimony in 2022 was at a trial, much less of Sean Novis and Gary Denkberg.

MR. FROCCARO: Judge, we had a discussion also regarding when their relationship ended, his relationship with Sean Novis and Gary Denkberg, and I don't have a problem with him leading on that, which I believe the year is 2009.

THE COURT: Understood.

Any other issues to discuss?

MR. DUNN: Nothing from the Government.





MS. ENTWISTLE: Very briefly, your Honor.

We e-mailed updated copies of Government demonstratives last night. We have paper copies here. There's one additional edit we just discussed with the defense. We will, you know, during lunch, we don't anticipate these coming up until this afternoon, send electronic copies to the Court and have paper copies at lunch as well.

THE COURT: And are these demonstratives for summations or for some other time?

MS. ENTWISTLE: They're for the summary agent, so summarizing other evidence that is in evidence. So that's why we provided them before her testimony today.

We have, I think, three of the four that we updated paper copies here now. One additional edit we're going to make this morning potentially before 10 that we discussed with defense counsel this morning.

THE COURT: Okay. And these are not the updates to the payment charts; those were already made, correct?

MS. ENTWISTLE: The payment chart, it's nothing that affects the substance. There was one date range. It said September 9th, we updated it to September 16th. But the total amount of payments, any numbers, amount of payments, amount of money, is the same, and we discussed that with the defense. It's just one typo with regard to

the date.

THE COURT: And there are no objections from the defense with regard to the demonstratives?

MR. FROCCARO: No, Judge. There was one minor one, but we agreed she's going to take it out.

THE COURT: Great. So those are going to be used in the examination of the final witness.

MS. ENTWISTLE: Correct, Judge.

THE COURT: Great.

Anything else to address?

MS. ENTWISTLE: Nothing from the Government, your Honor.

THE COURT: Mr. Froccaro.

MR. FROCCARO: Judge, if we charge tomorrow morning, when did we plan on having us sum up?

THE COURT: I will give you to the following morning.

MR. FROCCARO: Okay. Hopefully we're done early.

THE COURT: If we charge tomorrow morning, I will give you til, tomorrow's Tuesday, I will give you til Wednesday.

MR. FROCCARO: No offense, Judge, but that's not much time because we're just getting the charge and that would just -- if you gave me until Tuesday afternoon, I





would have no time to do it.

THE COURT: Well, how much time are you planning for this charge conference to take?

MR. FROCCARO: It could take some time. I don't think we're going to be done today to be honest. If their summary agent is going to be two to three hours, I don't think we're getting done today.

THE COURT: My experience, a charge conference doesn't take longer than a couple of hours.

MR. FROCCARO: I'm talking about the summary agent, if she's going to take two to three hours, then I may want a little cross and it may go into tomorrow morning. That's all I'm saying.

THE COURT: It may. There's a universe also in which some of these witnesses take a little less time and we're done even earlier today.

But I will not have the charge conference today. I think it's better for us to start with that in the morning, but I understand your request. But we do need to keep the case moving, and I don't want to instruct the jury too late in the process such that we're looking into next week. Although if we're looking into next week, we're looking into next week.

We'll see. We'll see how things go with the witness examinations today.





MR. FROCCARO: Okay.

THE COURT: Thank you all so much. We'll reconvene in about 15 minutes.

MS. ENTWISTLE: Thank you, your Honor.

(Recess taken.)

COURTROOM DEPUTY: All rise for the juror.

(Juror Number 13 enters.)

THE COURT: Have a seat.

Good morning. Good to see you. I have received a note from you which has been handed to Mr. Morabito on Friday. When we're on trial, any juror note that comes to the judge I discuss with counsel and then I address with the appropriate members of the jury, and here counsel agreed that it was appropriate to address this note only with you rather than in the presence of the full jury pool.

Your note has been marked Exhibit 3, and I'll read it again just so that everyone has a concept of the note: Dear Honorable Judge. This is Juror Number 13 Kristy Paul. I wanted to disclose that I do have a vacation coming up on Friday, March 21st, 2005. The vacation is from Friday to Sunday. My flight is 4 p.m. at JFK. I did not disclose earlier since I didn't think it was a hardship. I am unsure if the trial will continue through next week Friday. Please advise on what should I





do if possible. Thank you and have a great weekend. Kristy Paul, Juror Number 13.

So, thank you for providing this note.

At this point, there is nothing to do. The case is proceeding, and as I indicated, this case may end earlier than Friday. It may not end earlier than Friday.

You will not miss your trip. You will be able to go on your trip. So rest assured that you don't need to change your plans in any way. But at this point, I'm not going to excuse you because it is, in fact, possible that the trial will end earlier.

I also note that you are Alternate Number 1 of our alternate jurors, and at this point, I have not excused any jurors for any other reasons, so you're not in the twelve members of the jury pool, but you could be and we are not going to close out that possibility at this time. But I want you to rest assured that you will not need to change your travel plans.

JUROR NUMBER 13: Okay. Thank you.

THE COURT: Thank you so much.

(Juror Number 13 exits.)

(Pause.)

THE COURT: Mr. Dunn, the Government can bring in the witness.

(Witness enters the courtroom and takes the witness stand.)

(Pause.)

COURTROOM DEPUTY: All rise for the jury.

(Continued on the following page.)





(Jury enters the courtroom.)

COURTROOM DEPUTY: Please be seated.

THE COURT: Good morning and welcome back to our jurors.

Good morning, Ms. Johnson. You remain under oath and Mr. Froccaro will continue with his cross-examination.

MR. FROCCARO: Thank you, your Honor.

CATHY JOHNSON,
called as a witness, having been previously duly sworn, was examined and testified as follows:

CROSS-EXAMINATION
BY MR. FROCCARO:

Q. Ms. Johnson, just so you're aware before we start, I have a copy of the transcript of all of your testimony thus far. If there's anything you need to refresh your recollection, just ask me and I'll bring it up.
A. Okay.
Q. Ms. Johnson, I'm going to start this morning taking you back 25 years to when you began working for Sean Novis, okay?
A. Mm-hm.
Q. I'm just going to be asking you a few questions on





this subject matter. Is that okay?
A. Yep.
Q. During your direct examination by Mr. Dunn last Thursday, you testified that the name of Sean Novis's company when you started working for him in January of 2000 was Justin Grant, yes?
A. That's the name that I recall, yes.
Q. And you explained that the kind of business that Justin Grant was conducting when you started working there was that they were doing sweepstakes through direct mailings. That's what you said, right, madam?
A. Yes.
Q. And you said that Justin Grant offered the actual sweepstakes themselves and they were selling a coupon book through direct mailings, correct?
A. Yes.
Q. And that was different than doing sweeps reports through direct mailing which you described as selling a booklet that contained multiple sweepstakes that somebody could enter, correct?
A. Yes.
Q. Mr. Priolo's with us now when you worked for him?
A. Yes.
Q. You worked for him on caging, right?
A. I didn't work for him directly.





Q. No, caging, when you did the caging for his business, that's what he was doing?
A. Yes, sweeps reports.
Q. Now, when we were last here, Ms. Johnson, I asked you if you recall telling Mr. Dunn during an interview with him last March that Mr. Priolo was not involved in the sweeps report business in the early 2000s.

Do you remember that question, Ms. Johnson?
A. I remember that question, yes.
Q. And your answer to my question was ultimately, and I'm quoting you, madam, is: I don't recall saying that. I recall saying he was not involved in sweepstakes mailing.

That's what you said about Mr. Priolo, right?
A. Yes.

MR. FROCCARO: I'm going to be placing an exhibit on the screen, Judge.

Can I have Government Exhibit 188, please?
Q. Now, Ms. Johnson, this is a letter --

THE COURT: Mr. Froccaro, would you like to publish to the jury?

MR. FROCCARO: I was not published, Judge? I'm sorry.

THE COURT: Granted. You may publish it.

MR. FROCCARO: Thank you.

(The above-referred to exhibit was published.)
Q. Ms. Johnson, this is a letter you described as the sweepstakes mailing company Justin Grant written in February of 2000 and signed by Sean Novis which Mr. Dunn introduced during your direct examination before the jury.
You recall that, yes?
A. Yes.
Q. Mr. Dunn asked you to read the text of the letter for the jury. Do you recall that as well?
A. Yes.
Q. Well, I'm going to ask you to do the same thing.
Would you please read the text of the letter starting with "To whom it may concern" for the jury, please.
And again, this is for Justin Grant, the sweepstakes mailing company, correct?
A. Yes.
Q. That you said he was not involved in, correct?
A. Yes.
Q. If you could read it?
A. (Reading) To whom it may concern. This is to inform you that the following Sportime members are currently employed by Justin Grant, Limited: Keara Albert, Robert Kossin, Philip Priolo.
Q. You can stop right there. Thank you.





Moving on, Ms. Johnson. During your direct examination by Mr. Dunn, you testified that Sean Novis hired you to oversee the caging room where the mail was processed?
A. Yes.
Q. Sorting the mail, slicing it open, opening the envelopes, and marking down if the responders had paid or not, correct?
A. That is part of caging, yes.
Q. I'm sorry, ma'am, what did you say?
A. I said that was part of the caging.
Q. Okay. Well, what else was involved? You can go into it if you'd like. What else?
A. That was mostly the caging. I was overseeing that process.
Q. Right, okay.
And how old were you at the time that he hired you in January of 2000?
A. 17.
Q. Now, you started working for Sean, you said, over I guess it is more than a quarter of a century ago, right, in January of 2000?
A. Yes.
Q. When asked by Mr. Dunn how long Mr. Priolo was involved with Sean Novis after you started working there





in January of 2000, you said at least a year, correct?
A. I believe so, yes.
Q. Okay. Well, do you think it maybe could have even been less than a year?
A. I don't think it was less than a year.
Q. Could it have been less than a year, madam?
A. It's possible, but I don't think so.
Q. Well, Sean Novis and Mr. Priolo had a falling out back then, correct?
A. Yes.
Q. And by falling out I mean they had an argument, that was it, broke ties altogether?
A. As far as I know, yes.
Q. Ms. Johnson, shortly after you started working for Sean Novis in January of 2000, you also began working part-time as a cashier for Mr. Priolo at the carwash that he had recently opened and operated in Bohemia, correct?
A. Yes. That was some time in 2000.
Q. And that was shortly after you began working for Sean Novis, correct?
A. I don't remember exactly when it was. It could have been shortly after, but it was some time in 2000.
Q. And at that time, Mr. Priolo had already left; they had their falling out when he opened the carwash, correct?
A. I don't remember.





Q. Well, Mr. Priolo was operating the carwash, you remember that --
A. I remember that, yes.
Q. He was there every day wiping the cars down and doing whatever needed to be done along with you as the cashier?
A. The two days a week that I was there he was present, yes.
Q. Thank you.
Now, to your knowledge, I believe you testified about this, Mr. Priolo didn't reconcile or come back into the Sean Novis universe, is the way I think Mr. Dunn described it, until about 15 years later, some time in the year 2015, correct?
A. As far as I knew, yes.
Q. Listen, I'm going to focus your attention now on the time frame of the actual and only charges in this case, Mr. Priolo's case, between March of 2015 and December of 2016, okay?
A. Yes.
Q. Now, during your direct examination by Mr. Dunn, he asked you a series of questions about whether Mr. Priolo had an office and employees. You recall that, correct?
A. Yes.
Q. You're aware that Mr. Priolo had an office in his carwash that he still owned and operated during the years

2015 and 2016, correct?
A. I don't know if he had an office in the carwash or not.
Q. You don't recall whether he had an office --
A. No.
Q. -- in his carwash?
A. No.
Q. Okay.
When Mr. Priolo started his own sweeps report business in the year 2015, you knew that he used Cheryl Jacquard as his product manager, Mary I believe you pronounce it Lilienkamp as his data processor, and you for his caging, correct?
A. Yes.
Q. You were his employees? When I say employees, none of you worked for him, you worked separately, but you were the people, you were his support staff is the way I put it, correct?
A. I wouldn't consider us his staff or employees.
Q. No, when I say support -- I agree with you a hundred percent. You were not his employees, but you provided support to him in order to run his direct --
A. Services, yes.
Q. Correct, thank you.
And you all, each of you, had extensive





experience in the direct mailing industry and all understood the sweeps report business and knew what you were doing, right?
A. We understood what the product was, yes.
Q. Sure. You had all been in it for a number of years, I believe you for, at that point, 15 years, right?
A. Correct.
Q. Now, Mr. Dunn asked you yesterday what part of the job you liked the least working for Sean Novis. Now, you recall that line of questioning, correct?
A. Yes.
Q. And you said doing the customer service letters. You recall that as well?
A. Yes.
Q. Now, Ms. Johnson, during the prior interview that you had with Mr. Dunn and Ms. Entwistle on October 21, 2024, didn't you tell them that while you were tasked with doing customer service between the years 2003 and 2016, that you did not send many customer service letters? Do you recall telling that to them during an interview with them back then, madam?
A. I don't recall if I said that or not.
Q. If I may approach, I'm going to show you a document provided to me by the Court. It's 3500-CJohn-4 at page 6.
MR. FROCCARO: If I may approach, your Honor?





THE COURT: Yes.
Q. Ms. Johnson, I'm going to ask you to review this document and see if it refreshes your recollection that you told Ms. Entwistle and Mr. Dunn back then that while you were tasked with customer service from 2002 or 2003 to 2016, you told them that you would not send many customer service letters.
A. (Reading document.)
Q. Does that refresh your recollection that that's what you told them?
A. Yes.
Q. Thank you.
You were of course being truthful with them when you told them that, correct?
A. Yes.
Q. Ms. Johnson, during your direct examination by Mr. Dunn, he had you read out loud a number of notes and letters from consumers responding to mailings.
You recall that, yes?
A. Yes.
Q. Ms. Johnson, and I'm going to try to take this slow so I may be clear, if Mr. Priolo's front-end mailings on his sweepstakes promotions were directly mailed to between 50,000 to a hundred thousand consumers nationwide each month, the number of front-end mailings to consumers





nationwide would then be in the 600,000 to 1.2 million range a year.
Do you agree?
A. If those are the numbers, yes.
Q. And if the number of back-end mailings to consumers was approximately 5,000 per back-end and there are normally 10 to 12 back-ends per month, that's another at least 50,000 direct mailings per month, or 600,000 per year to consumers.
Would you agree with that as well?
A. Sure, if that's the math.
Q. That's an enormous amount of direct mailings to consumers all over the country, correct?
A. Correct.
Q. In the millions range, right?
A. Mm-hm.
Q. And you read you talked about hundreds, you know, little notes. He put out millions of mailings, and you got back a few notes every month, correct?
A. I wouldn't say a few notes. There were multiple notes on the forms that came back of the percentage that came back.
Q. But not many. Hundreds, correct?
A. There would be -- if it was a heavy volume week, there could be hundreds of little, you know, people

writing notes on the forms that they sent back.
Q. And again, I'm not going to go into the notes because we've had witnesses who testified about their notes. Just a lot of the mail that you showed us, it wasn't even opened, correct?
A. Of which mail that I showed you?
Q. Well, what Mr. Dunn went through with you during your direct examination. There were notes on letters that hadn't even been opened, correct?
A. On undeliverable or returned mail, yes.
Q. On a lot of them, correct?
A. There were notes on the outside of them, yes.
MR. FROCCARO: Let me see if I have anything further, Judge.
(Pause.)
Q. Just a few more questions, madam.
When a buyer mistakenly sent in a hundred dollars too much in cash, and again Mr. Dunn referred to it continually as Johnny Cash 'cause I guess that's what the guys did over at the office, when he mistakenly sent in a hundred in cash too much in response a sweepstakes report promotion by Mr. Priolo, you notified Mr. Priolo that to issue the fellow a refund in that amount, correct? Do you recall that?
A. It would have been -- yeah, it would either be a





refund or they would be looked up and put in to other promotions also that they hadn't responded to.
Q. Well, to your knowledge, did Mr. Priolo immediately issue a refund check to that fellow for the extra cash 'cause you didn't want to take advantage of him?
A. To my knowledge, yes.
MR. FROCCARO: Judge, if I may, these have been approved by the Government. I'll move for their admission.
Could I publish them?
THE COURT: Which exhibit is this?
MR. FROCCARO: This will be, I got it right, Judge, I wrote it down, F as in Froccaro.
THE COURT: This will be Defense Exhibit F, and there's no objection from the Government?
MR. DUNN: No objection, your Honor.
THE COURT: It is admitted.
(Whereupon, Defense Exhibit F was received in evidence.)
(The above-referred to exhibit was published.)
BY MR. FROCCARO:
Q. Do you recognize that document, madam?
A. It looks like it's from me, yes.
Q. And that's, if you could just read it out loud for the jury, what your email was to Mr. Priolo?





A. I wrote: This person sent in too much cash. They overpaid by $100. Please issue a refund for $100 to Charles Goertler, 6311 Rockeet Lane, Pasco, Washington 99301. Memo: Overpayment NRS.
MR. FROCCARO: Judge, I have another document the Government has no objection to I'm introducing. It's Defense Exhibit G, and if I could put it on and your Honor tell me when I can publish.
THE COURT: It is admitted.
Is there an objection?
MR. DUNN: No objection, Judge.
THE COURT: It is admitted.
(Whereupon, Defense Exhibit G was received in evidence.)
(The above-referred to exhibit was published.)
BY MR. FROCCARO:
Q. Ms. Johnson, I don't know if it's your bottom right-hand, but on my screen it's the bottom right-hand corner --
A. I don't -- sorry, it wasn't on my screen yet. It's there now.
Q. Can you see it?
A. Yes.
Q. There's a check for a hundred dollars.
Who is it written out to?





A. Charles Goertler.
Q. Thank you.
Finally, Ms. Johnson, you never, ever raised a concern with Mr. Priolo about his mailings? Never, right?
A. No.
Q. Not once, right?
A. No.
MR. FROCCARO: I have nothing further, Judge.
Wait, Judge. I do have a couple more. Just a couple more.
Q. You know what it means to be paid under the table, correct?
A. Yes.
Q. It's illegal, correct?
A. Yes.
Q. It's underreporting your taxes, correct?
A. Correct.
Q. It's a crime, right?
A. Yeah.
Q. Were you paid under the table by Sean Novis and Gary Denkberg while you worked for them, yes or no, ma'am?
A. Partially, yes.
Q. Does Mr. Dunn know that?
A. Yes.
MR. DUNN: Objection.

THE COURT: Sustained.
MR. FROCCARO: There's an objection to that?
THE COURT: Sustained.
MR. FROCCARO: May we approach, Judge?
(Sidebar; continued on next page.)





(The following occurred at the sidebar.)
MR. FROCCARO: Sustained? That's -- if he knows if she committed a crime and it wasn't disclosed?
THE COURT: How was that not disclosed? It's in the 3500.
MR. FROCCARO: So what? I'm asking if it was disclosed to Mr. Dunn. That's all I asked. Why would he have a problem with that?
MR. DUNN: That's totally irrelevant.
THE COURT: I don't see how his knowledge is relevant.
MR. FROCCARO: They said they have no agreement. She never got charged with it. I can't argue that? That goes to the absolute core of her testimony.
MR. DUNN: It isn't germane for the witness to testify about my knowledge.
MR. FROCCARO: I don't agree with that, but if that's what your Honor's ruling is, I understand.
THE COURT: It's sustained.
(Sidebar end.)
(Continued on following page.)





(In open court.)
BY MR. FROCCARO:
**Q.** Ms. Johnson, before testifying here today, you disclosed to the Government that you were doing that, correct?
**A.** Yes.
MR. FROCCARO: Okay. No further questions, your Honor.
THE COURT: Okay.
And to be clear, I sustained that objection that the Government had made earlier to the earlier question and answer, and those will be stricken from the record.
Go ahead, Mr. Dunn.
MR. DUNN: Thank you, your Honor.
(Continued on following page.)





(Continuing.)
MR. DUNN: If I may publish to the witness only a document via the camera?
(Publishes exhibit to the jury.)
THE COURT: Is this for purposes of refreshing recollection?
MR. DUNN: Yes, Your Honor.
THE COURT: Yes. Go ahead for the witness only, publish for the witness only.
MR. DUNN: For the record, this is 3500 C John 4, at page 8.
BY MR. DUNN:
**Q.** Ms. Johnson, do you see that document in front of you?
**A.** Yes.
**Q.** Would you please review to yourself the paragraph that I'm pointing out to you with the tip of my pen? Just read that quietly to yourself.
**A.** Okay.
**Q.** Do you recall stating in this interview that Mr. Priolo ran the company called Sweepstakes Advisory Network?
**A.** Yes.
**Q.** On your cross-examination with Mr. Froccaro, he asked you about Government Exhibit 88 or 188. That's the Justin

Grant letter listing names, including Mr. Priolo. Do you recall that document?
A. Yes.
Q. You didn't write that document?
A. No.
Q. That document just says what it says, right?
A. Correct.
Q. Okay. Do you recall when Mr. Froccaro was showing you another document, and he asked you if you stated in that interview that Mr. Priolo was not involved in sweeps reports? Do you remember that?
A. Yes.
Q. Did you write that document?
A. No.
MR. DUNN: No further questions.
THE COURT: Mr. Froccaro?
MR. FROCCARO: No recross, Judge.
THE COURT: Okay.
Thank you, Ms. Johnson. We appreciate your participation.
The Government may present its next witness.
MS. ENTWISTLE: Your Honor, the Government calls Alemitu Teshale via prior recorded deposition.
THE COURT: Okay.
Ladies and gentlemen, the testimony of the next





witness was prerecorded, and so I'm going to give you an instruction relating to this.
This testimony will be presented through a video deposition. A deposition contains the sworn recorded answers to questions that counsel for both parties ask a witness before trial.
Normally, you would hear live witness testimony as you have been throughout the course of this trial; however, a witness's testimony may sometimes be presented in the form of a deposition in video if the witness is not present in court.
Before this trial, attorneys representing the parties questioned the witness under oath. A court reporter was present and recorded the testimony along with a videographer. The questions and answers will be shown to you today by video.
You will hear the voices of the attorney for the Government and the attorney for the defendant, asking the witness questions just as they do here in court.
Copies of the exhibits that will be shown to the witness have been printed in paper and have been provided to you.
Have that been done yet? It will be done shortly.
They are labeled with the exhibit numbers that





you will hear.
You must give this video deposition testimony the same consideration as if the witness had been present and testified from the witness stand here in court.
Counsel for the Government may hand the exhibits to the jury.
MS. ENTWISTLE: Mr. Morabito?
THE COURT: Mr. Morabito, go ahead.
MR. FROCCARO: Judge, I have --
Are my exhibits in there, Ann?
MS. ENTWISTLE: Yes.
MR. FROCCARO: They are? Thank you.
(Pause in proceedings.)
MS. ENTWISTLE: Permission to play the video for the jury, Your Honor.
THE COURT: Granted.
(Video deposition of Alemitu Teshale was played in open court.)
THE COURT: Thank you. That concludes the testimony of this witness.
Now, counsel, I'm going to ask you to approach.
(Sidebar.)





(Sidebar.)
THE COURT: I remember there were a number of objections made in the course of the deposition, which I addressed in my ruling on the motion in limine, for which the jury may or may not be aware of.
So I'm asking you counsel whether they believe I should indicate on the record that the hearsay objection, Mr. Froccaro, you made on the record was overruled.
MR. FROCCARO: Just so you know, Judge, that's one of the rules that I had to interpose --
THE COURT: Absolutely. You did.
MR. FROCCARO: I thought it would be redacted. I didn't even think about that.
THE COURT: I didn't either, and you absolutely have it redacted in realtime, that's your right, and that's totally fine.
I'm just asking counsel for their position on whether there's a problem with me clarifying that the hearsay objection was overruled.
MR. DUNN: None at all.
MR. FROCCARO: No.
THE COURT: There was one objection that Mr. Feldman made as well to a question Mr. Froccaro asked, and the witness didn't really answer the question that you asked. That was at the end of testimony, so I don't --

MR. FROCCARO: Yeah. That didn't matter.
THE COURT: I'm not going to rule on that one. Okay. Thank you.
MR. DUNN: Thank you, Your Honor.
(Sidebar concluded.)





(In open court.)
THE COURT: Mr. Morabito, you can now collect the folders.
(Pause in proceedings.)
THE COURT: Members of the jury, testimony and exhibits may be admitted into evidence during trial only if they meet certain criteria and standards. It is a lawyer's duty to object when the other side offers testimony or an exhibit that the lawyer believes is not properly admissible under the rules of law.
Only by offering an objection can a lawyer request and obtain a ruling from me on the admissibility of the evidence being offered by the other side.
You should not be influenced against any lawyer or the lawyer's client because the lawyer has made objections. And do not attempt to interpret my rulings on objections as somehow indicating how I think you should decide this case. When I rule on the objections, I'm simply making a ruling on a legal question.
So you heard during that video deposition that a number of objections were made. Some of them, I did not need to rule on. One of the objections was a defense objection that certain testimony was hearsay. I ruled on that question prior to this video being shown to you, and I overruled that objection.





Again, do not hold anything against any lawyer for making an objection. This is what they do to advocate for their clients.
And do not attempt to interpret my ruling, overruled or sustaining an objection, as somehow indicating how I think you should decide this case and what the fact issues are.
Again, when I rule on an objection, I'm simply making a ruling on a legal question.
With that, we're now going to take our morning break which will last about ten minutes, and then we will proceed with further examination of witnesses.
And I remind the members of jury again, all the same reminders apply: You leave your notebooks in the jury room. You will not talk to each other. You will not communicate with anyone you know about this case or anything having to do with it. You will not communicate with counsel or the parties, members of the public or witnesses or any personnel of the court other than Mr. Morabito.
Do not let anyone talk to you about this case or anything having to do with it, and do not read any news articles or listen to any podcasts or do any research about this case or having anything to do with it. And if you observe another juror not following my instructions in





any way, please provide a note to Mr. Morabito. Thank you so much.
COURTROOM DEPUTY: All rise for the jury.
(Jury exits.)
THE COURT: Thank you, counsel. Have a seat.
Are there any issues that we need to address at this time from the Government?
MR. DUNN: Nothing from the Government, Your Honor.
THE COURT: Mr. Froccaro?
MR. FROCCARO: No, Your Honor.
THE COURT: Okay. Thank you, all. See you back here in ten minutes.
(Recess.)
(In open court, outside the presence of the jury.)
THE COURT: Thank you, everyone. Please have a seat.
There are two issues I would like to talk to about with counsel.
Mr. Froccaro, I am concerned that we may have exhibited two different Defense Exhibits F. Do you have all your exhibits here. We have previously admitted Exhibits A, B, C, D, E and F last week.
MR. FROCCARO: Right.

THE COURT: And we admitted Defense Exhibit F earlier today. I want to make sure that we don't have duplicate Exhibit F's.

MR. FROCCARO: If you'd give me a minute, I can search --

THE COURT: Why don't you look at that during lunch and then we'll fix any issues that need to be fixed.

MR. FROCCARO: Of course. I'm sorry. They have -- they keep track of them. I had five of them, law school.

THE COURT: Understood. Understood. We will sort it out.

And then I wanted to give you any further time that you wanted, Mr. Froccaro, to develop your objection to -- which I sustained. Sorry. I sustained Mr. Dunn's objection to the question that you posed about the Government's knowledge or Mr. Dunn's knowledge of whether Ms. Johnson had disclosed her underreporting of income for receipt of cash payments and potential tax liability for that.

I believe -- in thinking about this, I believe you got what you needed, but the question that you posed to her --

MR. FROCCARO: I did. In other words, Your Honor's problem was when I asked for what their knowledge,





I should have just said, did you disclose to.

THE COURT: That was exactly --

MR. FROCCARO: I didn't really --

THE COURT: I just wanted to make sure that you didn't have any further concerns. That was what I thought you were trying to get at, but the question was just posed to what she thought Mr. Dunn knew rather than did you tell them.

MR. FROCCARO: I learn something every day, Judge. I got it.

THE COURT: So do I. Thank you so much. So nothing further on that issue.

With that, we will bring in the jury.

MR. FROCCARO: Judge, we're breaking for lunch at what, 12:30?

THE COURT: We will break at around 12:30.

MR. FROCCARO: Thank you.

(Pause in proceedings.)

COURTROOM DEPUTY: Everyone rise for the jury, please.

(Jury enters.)

COURTROOM DEPUTY: Please be seated.

THE COURT: The Government may call its next witness.

MR. DUNN: Thank you, Your Honor.





The Government calls Thomas Ressler.

COURTROOM DEPUTY: If the witness could please stand and raise your right hand?

(Witness sworn.)

COURTROOM DEPUTY: Please take a seat and state your name and spell your name for the record.

THE WITNESS: Thomas Ressler, T-H-O-M-A-S, R-E-S-S-L-E-R.

THOMAS RESSLER, having been duly sworn, testified on his oath as follows:

DIRECT EXAMINATION

BY MR. DUNN:

**Q.** Good morning, Mr. Ressler.
**A.** Good morning.
**Q.** Where do you reside?
**A.** Whitehall, Montana.
**Q.** And what do you do for a living?
**A.** I'm a writer and artist.
**Q.** What sorts of products do you write about or create art about?
**A.** Historical items such as ingots, coins, pens, comparable goods.
**Q.** Who is your employer at the moment?
**A.** I'm sorry. Could you repeat that?
**Q.** Who do you work for?





**A.** Oh. The Lincoln Treasury and affiliate companies as a group.
**Q.** Are these types of products sold through direct mail?
**A.** Yes.
**Q.** How long have you worked in the direct mail industry?
**A.** About 35 years.
**Q.** Do you have a family?
**A.** Yes.
**Q.** Do you have children?
**A.** Yes.
**Q.** How old are your children?
**A.** My oldest is 52, second to the oldest 44, third is 31, fourth is 16, and fifth is 12.
**Q.** Mr. Ressler, where did you grow up?
**A.** In Warren, Pennsylvania.
**Q.** Did you go to school in Pennsylvania?
**A.** Yes, I did.
**Q.** Did you graduate from high school in Warren, Pennsylvania?
**A.** Yes.
**Q.** Did you do any schooling after high school?
**A.** Yes. Two-year art instruction school.
**Q.** Did you complete that art school training?
**A.** Yes.
**Q.** And did you receive a credential from the art school?

A. A certification.
Q. What was your first job after art school?
A. I worked for a direct mail company in Pennsylvania.
Q. What was the name of that company?
A. New Process Company.
Q. Approximately what year was it when you began working for New Process?
A. 1971, '72, somewhere around in there.
Q. What did that company sell?
A. Fashions, and some home furnishings.
Q. And what were your responsibilities with this company called New Process? What did you actually do there?
A. I designed their direct mail pieces.
Q. And how old were you when you started that job?
A. Nineteen, 20, somewhere around in there.
Q. How long did you work for New Process?
A. I think nine years.
Q. Where did you go after that nine-year period for work?
A. I'm trying to recall. I went to work for an advertising agency in Virginia.
Q. Okay. How long did you work there?
A. Just a year. It was just a year.
Q. What were you doing for the advertising agency?
A. Various ad design for just different types of





clients, different types of products.
Q. Where did you work after that advertising agency?
A. I went to work for the Franklin Mint as a contracted designer.
Q. And what sorts of products did you work on for the Franklin Mint?
A. Some historical, some just general interest, general themes.
Q. And after the Franklin Mint, where did you work?
A. To the Historic Providence Mint.
Q. Was that similar to the Franklin Mint?
A. Yes, very similar.
Q. Did you start working on direct mail pieces that involve sweepstakes at some point in your career?
A. Yes, I did.
Q. Approximately when was that.
A. About 1986, '87, around in there.
Q. Who did you work for when you first started doing any sweepstakes pieces in direct mail?
A. Friedland Marketing.
Q. For how long did you work for that company?
A. About two years.
Q. And what did you actually do for Friedland Marketing?
A. I designed their direct mail sweepstakes.
Q. And you left Friedland at some point, correct?





A. I'm sorry. Could you repeat that?
Q. You left Friedland after about two years, correct?
A. Yes.
Q. So --
A. Yes. Correct.
Q. So around 1990, you found other work, is that right?
A. Yes.
Q. Who did you work for?
A. I went to work for Charm City Promotions.
Q. What sort of --
A. I'm sorry.
Q. You said Charm City Promotions, correct?
A. Yes, but that was after a company I had went to right from Friedland, and that was Results Marketing. I'm sorry. I had forgotten that, sir.
Q. Okay. What did Results Marketing do?
A. Sweepstakes.
Q. And what about Charm City, what did they do?
A. They did sweepstakes club entry.
Q. When did you first encounter sweeps report-type pieces?
A. About 1992, '93, maybe, somewhere around in there.
Q. Who were you working for when you first encountered those?
A. BAJ Marketing.





Q. Where was BAJ Marketing located?
A. In Canada and in Barbados.
Q. Were you physically in Canada or in Barbados working for BAJ Marketing?
A. No, I worked out of Las Vegas.
Q. And this was the first time that you worked on sweeps report pieces?
A. Yes.
Q. And what specifically did you do with BAJ Marketing?
A. I created sweepstakes reports and puzzles.
Q. Okay. So what is a sweepstakes report direct mail piece?
A. It is a solicitation that asks people to pay a subscription fee or purchase fee to get what the offerer is providing.
Q. And what is the offer providing?
A. The offer tells them that they've won money, and therefore, they're sending in -- they're filling out the order form to get the money.
Q. That's the sweeps report piece that tells them they won money, correct?
A. Yeah.
Q. Okay.
A. Right. Yes.
Q. Did you create the language of the sweeps report

pieces?
A. Yes.
Q. And did you create all of the visual elements of the sweeps report pieces?
A. Yes.
Q. How did your pieces for BAJ marketing perform?
A. Successfully.
Q. How do you know that?
A. They would let me know. They would inform me.
Q. Were you making good money doing this with BAJ Marketing?
A. Yes. Yes.
Q. Were you paid a salary or per piece that you created?
A. I was under contract. I was paid by contract monthly.
Q. How much were you paid a month?
A. Forty thousand.
Q. And this is in the mid-1990s, is that correct?
A. Yes.
Q. How many pieces would you create in a month back then?
A. Four or more if there was time, but four, usually four.
Q. Did you need to make money at that level back then?
A. Yes.





Q. Why so?
A. My youngest son was born with cerebral Palsy that required several surgeries, hospital time, and home health.
Q. And so you worked for BAJ Marketing for four or five years, is that right?
A. Yes.
Q. And so is it accurate to say that you left BAJ Marketing maybe around 1998?
A. Yes.
Q. Mr. Ressler, if I may ask, did you ever get in trouble for your work in direct mail?
A. Yes.
Q. Was that in 2017?
A. Yes.
Q. Were you charged criminally?
A. Yes.
Q. What were you charged with?
A. Conspiracy to commit mail fraud.
Q. And what happened with that charge?
A. I pled guilty.
Q. Now, let me be clear. That charge, that conspiracy you pled guilty to, that did not involve any of the following names: Jeffrey Novis, Philip Priolo, Sean Novis or Gary Denkberg, is that right?





A. That's correct.
Q. Okay. But you know Sean Novis, is that right?
A. Yes.
Q. How did you first get in touch with Sean Novis?
A. His father called and introduced himself, and we became acquainted that way, and then he said I -- my son would like to talk to you about doing some work.
Q. And do you recall Sean Novis's father's name?
A. Jeff.
Q. Was this soon after you left BAJ Marketing?
A. Yes.
Q. So can we say that was sometime in the late nineties?
A. Yes.
Q. How many times have you met Sean Novis in person?
A. Three.
Q. Did you ever meet Jeff Novis in person?
A. No.
Q. Okay. So after Jeff Novis reached out to you, did you agree to work with Sean Novis?
A. Yes.
Q. And what sort of work did you do with him?
A. Sweepstakes reports and some merchandise incentive offers.
Q. Okay. And is it accurate to state that you worked with Sean Novis through or approximately 2008? Does that





sound right?
A. Yes.
MR. DUNN: Permission to publish -- and I apologize, Your Honor, I should have started it --
The Government requests to move in Government Exhibit 401, 401-OE, 406, 408, 410, and 413.
MR. FROCCARO: Judge, could we just approach briefly?
THE COURT: Yes.
MR. FROCCARO: Thank you.

(Sidebar.)

MR. FROCCARO: Judge, I just wanted to be clear that we have a standing objection, you know, per se to all -- even his testimony. That's our objection.

THE COURT: Okay.

MR. FROCCARO: Just clear on that. I have no problem with the exhibit coming in with my objection.

THE COURT: And tell me again, your standing objection is for the reason that you briefed in your motion in limine?

MR. FROCCARO: That's correct, Judge.

THE COURT: Okay.

MR. FROCCARO: Yeah.

THE COURT: And does that translate to the exhibits?

MR. FROCCARO: Yeah. Because these are going to relate to stuff that is his testimony on the early 2000 subject matter. Of course.

MR. DUNN: Yes, Your Honor. These are the items we briefed in the January 10th motion in limine, and all the things prior to it.

THE COURT: Okay.

MR. FROCCARO: Just so I'm not getting with up like a jack-in-the-box.

THE COURT: Understood.





So the objection is on the record.

MR. DUNN: I think it's adequately preserved on the record.

THE COURT: I overruled it, but you know why, but we'll go forward. Thank you.

(Sidebar concluded.)





(In open court.)

THE COURT: Those exhibits will be admitted into evidence.

(Government Exhibits 401, 401-OE, 406, 408, 410, and 413 were received in evidence.)

MR. DUNN: Permission to publish Government Exhibit 401-OE via the document camera.

THE COURT: Granted.

(Publishes exhibit to the jury.)

BY MR. DUNN:

**Q.** Now, Mr. Ressler, you have had an opportunity to previously look at Government Exhibit 401, is that correct?

**A.** Yes.

**Q.** The first document is a note on a yellow piece of paper. Do you recognize the handwriting on this document?

**A.** Yes. It's mine.

**Q.** Okay. And the note is addressed to Sean? Do you recall which Sean that is?

**A.** Sean Novis.

**Q.** I want to show you a document corresponding to pages 19 and 20 of the digital Exhibit 401. Do you recognize the handwriting on the yellow sticky note?

**A.** Yes. That's mine.

**Q.** Can you read the note?





**A.** Yes. Sean, attached is a new SANI piece. I'll be sending new pieces through the next few days as well as my remain edits. Thanks, Tom.

**Q.** I'm going to remove this sticky note, so we can look at the underlying document. I'm going to zoom out.

Mr. Ressler, what is this document?

**A.** It is a sweeps report offer.

**Q.** How do you identify it as a sweeps report offer?

**A.** Well, I recognize my work, and the language.

**Q.** Okay. So you created this piece?

**A.** Yes.

**Q.** How do you recognize your work after so long?

**A.** Well, I used various methods when creating documents then, and those are the elements that -- that's my work.

**Q.** Okay. Do you recognize in the upper left where it says, office record for -- do you recognize that address in Smithville, Pennsylvania?

**A.** Yes.

**Q.** What is that address?

**A.** I used that address on all the pieces that I wrote to identify them as mine. I could then edit them knowing they were my own pieces, so that was why I used that.

(Continued on the next page.)

DIRECT EXAMINATION
BY MR. DUNN: (Continuing)
Q. So did you create all of the graphic elements and the language on this sweeps report piece?
A. Yeah. Yes.
Q. Do you have a goal in mind when creating a piece like this?
A. I did.
Q. What was that --
A. It was to -- well, I was designing them in a method where I used disciplines in art referred to as scripophily and guilloche and heraldic design to gain attention to the piece so that the customer would realize or feel it was real and they would have faith in it and believe in it.
Q. What do you mean by "feel that it was real"?
A. That -- that the use of those graphic elements exuded a sense and feel that it was an official document and what would appear on it was the truth and real and not just a multiple repeated advertisement.
Q. What goal is served by making the reader think this is real, as you have described?
A. The goal was to get them to believe in it so that they would respond with -- with an order.
Q. Okay. To believe what, though?
A. To believe that they had won the money that was





showing on the face of the document.
Q. You mentioned some of the artistic techniques you used and you mention scripophily. What is scripophily?
A. It is the field of official designs and arts and discipline that creates very ornate certificates used by -- used for stock certificates and other official documents.
Q. Is that also used on things like money?
A. Exactly.
Q. And you also mentioned the term "guilloche."
A. Yes.
Q. What is guilloche?
A. It is a discipline in art and design using fine lines and squirls and squashes that make the eye read gently over it, relaxing -- it relaxes the mind and it gives the sense of realness because of its ornateness. It's very ornate.
Q. Do you see any of these techniques employed on the first page of this document?
A. Yes.
Q. What do you see?
And I will zoom the document camera in.
A. Well, at the top of the page, the logo.
Q. Can you describe for the jury what you see there?
A. Yes. The logo is the engagement of scripophily and





heraldic design.
Q. What does that convoy?
A. Value, worth, real.
Q. I want to show you the text in the upper right below where there's what looks like a stamp called receiver of notice and then the check mark.
Are those also your work?
A. Yes.
Q. How do you make a stamp like this?
A. It's -- it's a process of setting the type to read the way it reads, but then enlarging it greatly to as much as 500 percent bigger than what it appears on the page so that all of the work can be done to make it look like a real rubber stamp by fading and stippling, as you will seen on this with the notice, using airbrush techniques to fade it out, to blur it, to make it look real, that it looks like a real rubber stamp, not a preprinted rubber stamp.
Q. How does that contribute to the overall effect that you are intending?
A. That it's a personalized -- it's -- the letter has been, you know, drafted by a person and that it's, again, real.
Q. Okay. And how about the check mark that you see? Is that also something you created?





A. Yes.
Q. How do you recognize a check mark from 25 years ago?
A. Well, I recognize my own work, and that was done in the same method that I did the receiver of notice stamp. I enlarged those 500 percent and then would go in and blur them and I'll stipple the ends, twist and turn to make it -- give it curvature to make it look like a real check mark.
Q. Did the pieces that you created for Sean Novis, did they have language on the back of, you know, a page like this?
A. Yes.
Q. Now, this doesn't have language on the back because this is a sample you created; correct?
A. Yes.
Q. So would you apply artistic techniques to the language on the back?
A. Yes.
Q. What do you call the language on the back of the piece like this?
A. Disclosure.
Q. Okay. And what -- what artistic techniques do you apply to a disclosure? Do you use heraldic art and scripophily and guilloche, or is it something different?
A. Something different in that the -- the -- the

disclosure on the back was made to look -- to be difficult to read by using a type font or fonts that would be squeezed and thinned down. The letters between words themselves would be squeezed. The spaces between each sentence would be squeezed and tightened to make it difficult to read and boring to read and too much to read.
Q. I want to look at some of the language here. And can you read this paragraph, this second one from the bottom?
A. Yes.
Thank you. Our office reports on public access sweepstakes amounts and prizes to be paid by the individual sponsors and we are an independent reporting firm. All such matters as reported are based on rules and entry regulations stated by the individual sponsors. We carefully attend all details and acquiring participation entry instructions and are included in the report. We do not sponsor sweepstakes nor pay prizes. SANI reporting includes such statement that this is not a sweepstakes or prize notification to ensure and inform that the monies and prizes are paid directly to winner by the reported sponsors.
Q. Mr. Ressler, is your placement of this language at that specific point in the letter, is that purposeful?
A. Yes.
Q. Why do you place that language there in the letter?





A. It was intended to make a statement on what the offer is, but it's put there after the -- the customer has been told that they won and therefore with their excitement in knowing that they won, they would not want to take the time to read that -- that line and busy paragraph.
Q. I want to zoom out again and ask.
Do you see the lines vertically up and down the page on this?
A. Yes.
Q. What --
A. Yes.
Q. What does that do with respect to this piece?
A. That's part of the use of scripophily design that get -- it gives an official look and, once again, the real look.
Q. Okay. I want to invite your attention, then, above where it says Sweepstakes Advisory Network to this element here. What's this?
I will zoom in on it.
A. That, again, is the engagement of scripophily, heraldic design, and guilloche, the combination of the three.
Q. I want to show you the next page and this would correspond to page 20 of Government's Exhibit 401.
(Exhibit published.)





BY MR. DUNN:
Q. What do you see on this page that contributes to the intended effect that you've talked about about making someone think they've already won?
A. Well, the entire page is the -- is the order page, the response page, and that also contains the disciplines of scripophily and guilloche and medallic and heraldry design to give a look of a -- an official document to claim their money.
Q. I want to show you the signatures at the bottom.
Who created these signatures?
A. I did.
Q. And how did you go about creating those signatures?
A. In the same method as on the front with the check mark. I would write it out, write the name out, blow it up, enlarge it 500 percent and then go in, hand tool it, fade it, blur it, twist and turn to give character to the letters so it -- so that when it reduces back down to actual size, it looks like a real ink handwritten signature.
Q. Okay.
MR. DUNN: If we could switch to the computer at this point for displaying documents.
And permission to publish Government's Exhibit 406, Your Honor.





THE COURT: Granted.
(Exhibit published.)
BY MR. DUNN:
Q. Do we still have Mr. Ressler on the screen?
A. Yes.
Q. Mr. Ressler, do you see Government's Exhibit 406 in front of you?
A. Yes.
Q. Did you create this piece?
A. Yes.
MR. DUNN: Ms. Ibragimova, if you could zoom in at the crest at the very top of the page where it says certified receiver document.
BY MR. DUNN:
Q. Mr. Ressler, what is this part of the document in Government's Exhibit 406?
A. This is part of the two-page presentation, so this is the -- I just need to see the -- this is the -- this is the order page.
Q. Do you see the language in the ribbon below the statutes in the center of the page?
A. Yeah. Yes, uh-huh.
Q. Can you read the text in that ribbon?
A. Yes. Justin Grant, Inc.
Q. What is office of the registrar at the top of the

page intended to convey?
**A.** That it came from an official office, an official person was sending the document, you know, from, you know --
**Q.** From, like, a government office?
**A.** Yes.
**Q.** Does this piece have the same intent behind it to make somebody think they've already won money?
**A.** Yes.
MR. DUNN: Permission to publish Government's Exhibit 408, Your Honor.
THE COURT: Granted.
(Exhibit published.)
MR. DUNN: If we can go to page 3, please.
BY MR. DUNN:
**Q.** Mr. Ressler, do you recognize this document?
**A.** Yes, I do.
**Q.** Is this a piece you created?
**A.** Yes.
**Q.** What kind of piece is this?
**A.** A sweeps report.
**Q.** How do you recognize it immediately as a sweeps report piece?
**A.** The -- again, the general layout and content. The copy and the verbiage and design.





**Q.** Okay.
MR. DUNN: So if you could zoom in on the top of the page where it says candidate documents.
BY MR. DUNN:
**Q.** Mr. Ressler, where it says sandy records office and then below that, proceedings office for issuance of report, how were --
**A.** Yes.
**Q.** -- how were you using the term "report" here?
**A.** It was used to make it sound as though this is being -- this win is being reported to the customer.
**Q.** So the report is of a win, not a problem of available sweepstakes; is that how you're using it?
**A.** That was the intention.
MR. DUNN: Can we zoom out and look at the text? And then highlight the fourth paragraph down that says SAN Sweepstakes Advisory Network.
BY MR. DUNN:
**Q.** Can you read just the first sentence of this paragraph?
**A.** Yes.
SAN Sweepstakes Advisory Network reports on opportunities to enter for prizes and awards to be paid to.
**Q.** Read the rest of the sentence, please.





**A.** Who would be paid to winning candidates and carefully provide entrant directors for patrons who desire to participate.
**Q.** I want to ask you about the two-word phrase "entrant directives."
Is that your original language?
**A.** Yes.
**Q.** Approximately when did you start using that phrase "entrant directives"?
**A.** It would have been 1998 '99, 2000, somewhere around in there.
**Q.** Okay. What does entrant directives mean?
**A.** Directions. It's entrant directions to follow. The directions to follow to enter.
**Q.** So sweepstakes -- does that mean sweepstakes rules?
**A.** Yes.
**Q.** Well, why not just say we provide sweepstakes rules?
**A.** That would have been too clear. The customers would have -- would have said, well, I don't -- they don't want to follow rules. They don't want to read that. They -- they feel they won, so that doesn't apply to them. Otherwise if they thought it did, they would not -- they would not proceed with ordering.
**Q.** Okay.
MR. DUNN: Permission to publish Government's





Exhibit 413.
THE COURT: Granted.
(Exhibit published.)
BY MR. DUNN:
**Q.** Mr. Ressler, do you recognize this document?
**A.** Yes.
**Q.** How do you recognize this document?
**A.** I created it.
**Q.** The border around this is an illustration of what techniques that you employ in sweeps report pieces?
**A.** Again, scripophily, medallic design, heraldry and guilloche.
**Q.** And does this piece also convey the impression that somebody has won money?
**A.** Yes.
**Q.** How do you bring that about with this document?
**A.** By the language and the supporting -- the supportive look of it.
MR. DUNN: One moment, Your Honor.
(Pause.)
MR. DUNN: Tend to the witness, Your Honor. No further questions.
THE COURT: Thank you.
Mr. Froccaro, your witness.
MR. FROCCARO: You're done? Wow.

I will be ready, Judge, in one second. Could you give me one minute?

THE COURT: Okay.

MR. FROCCARO: Thank you so much.

CROSS-EXAMINATION

BY MR. FROCCARO:

**Q.** Mr. Ressler, my name is James Froccaro. It's nice to meet you.

**A.** It's nice to meet you, too, sir.

**Q.** Just to start off, you were asked the question by Mr. Dunn about when you started working with -- where did he go?

MR. FROCCARO: He didn't like me, Judge?

THE COURT: It looks like there's a technical issue.

MR. FROCCARO: Okay.

(Pause.)

THE COURT: Thank you.

BY MR. FROCCARO:

**Q.** Can you hear me, Mr. Ressler?

**A.** Yes, I can.

**Q.** Okay.

You were asked a question by Mr. Dunn about when you had started working with Sean Novis.

Do you recall that?





**A.** Yes.

**Q.** Can you recall whether it had been before or after 9/11, sir?

**A.** I'm sorry, I wouldn't -- I -- I -- I haven't ever related the two together, so I --

**Q.** Well, have you --

**A.** I'm sorry, I --

**Q.** Have you ever been asked a question under oath whether you could determine whether it had been before or after 9/11, sir?

**A.** I don't remember.

**Q.** Okay. I'm going to refer you -- and you have documents by you over there, sir. If you could go to -- and I believe -- one second --

MR. FROCCARO: Judge, I'm going to need one second.

(Pause.)

BY MR. FROCCARO:

**Q.** There should be a document next to you provided by the Government. It's identified as 3500 TR13. If you could pull out that document and I'm going to ask you to refresh your recollection on something.

(Pause.)

**Q.** Tell me when you have it, sir.

**A.** Okay.





**Q.** Go to page 772 and just read to yourself, lines 5 through 18, and see after reading that if it refreshes your recollection that you could not recall, at least previously under oath, whether you met -- you began working --

MR. FROCCARO: I lost him again, Judge?

THE COURT: Yes, we just lost him. I think he can hear you, but hold on.

(Pause.)

THE WITNESS: I can hear.

THE COURT: Go ahead, Mr. Froccaro.

BY MR. FROCCARO:

**Q.** Please review to yourself lines 5 through 18, sir. Just review it for yourself.

**A.** Yes.

**Q.** Okay. Does that --

**A.** We're just trying to find it. We haven't found it yet.

**Q.** Okay. Just tell me when you're ready.

(Pause.)

**A.** Okay. Thank you.

**Q.** You've read it, sir? Or --

**A.** No. We have not found it yet.

**Q.** Oh, I thought you said okay.

**A.** Is it something you can put up on the screen?





THE COURT: I don't believe we're able to publish something just for the witness.

Is that right, Mr. Morabito?

THE COURTROOM DEPUTY: That is correct, Judge.

THE COURT: Not on a remote witness.

Who is there with Mr. Ressler?

MS. ENTWISTLE: He's a United States postal inspector. If they can't find the right document, we can break for lunch and get it to them, Your Honor, but I believe they're looking and should have that document.

THE COURT: Okay. Thank you.

MR. FROCCARO: Judge, I can make it simple. I can make it direct.

BY MR. FROCCARO:

**Q.** Mr. Ressler, do you recall being asked this question and giving this answer under oath at a prior proceeding? Starting at line 14, sometimes it's --

QUESTION: Sometimes it's easier to remember in relation to big events like 9/11.

Do you recall if it was before that or after that.

ANSWER: I don't, I'm sorry, no.

So on a prior occasion, you couldn't recall whether it was before or after 9/11.

Were you being truthful when you gave that

answer back then?
A. Yes, sir.
Q. Okay. Mr. Ressler, just so it's clear for the jury, all of the testimony you provided during your direct examination by Mr. Dunn here today relates to events around the year 2000; correct?
A. I believe so.
Q. And around 25 years or a quarter of a century ago; correct?
A. Yes.
Q. Okay. And just, again, so this is crystal clear for the jury, you had absolutely nothing whatsoever to do with any of the direct mailing promotions at issue in this case; correct?
A. Correct.
Q. You had no involvement whatsoever; right?
A. Correct.
Q. Sir, if you could just take out and so it may help you along so we move it along a document provided to me, Government -- it's 3500 TR14, sir. If whoever is assisting you there can pull it out so you can look at it if you need to refresh your recollection.
A. Okay. Yes, I have 3500 TR14 in front of me.
Q. If you can go to the second page where it says tab 4 and review that to yourself and, like I said, I think it





will move things along, and tell me when you're done.
(Pause.)
A. Okay. I'm done.
Q. The Government recently asked you to review eight of the promotions sent to the consumers nationwide in the mail in connection with this case now 25 years later.
Do you recall that, sir?
A. Yes.
Q. You were asked by the postal inspector to review the following eight sweepstakes report promotions or solicitations in this case. And I'm going to go through them, sir, if you look at the document.
The PAB promotion.
And I'm sorry if I'm talking too loud. I don't know if you can hear me. Can you hear me, because I won't talk as loud.
A. Oh, I can hear you.
Q. The PAB promotion?
A. Yes.
Q. The BNL promotion? Yes? That's the second one.
A. Did you say --
Q. The second one hasn't been identified but I'm sure the Government will correct me on redirect. It's the BNO promotion, sir.
The next one is the CBS promotion. The next one





is the CPR promotion. The next one is the DON promotion. The next one is the MMP promotion. The next one is the CBA promotion. And the last one is the MPF promotion.
Do you recall that, sir?
A. Mm-hmm.
Q. Okay. And after reviewing all of these promotions, you advised the Government that none of the eight were your creative or work; correct? Yes or no.
A. I don't remember. If -- if that's what's entered, then that's what I said.
Q. Well, if it said Ressler advised that none of the eight --
MR. DUNN: Objection.
MR. FROCCARO: I said, if it says.
THE COURT: We're going to take a sidebar. Come on in.
(Sidebar.)
(Continued on next page.)





(Sidebar conference held on the record out of the hearing of the jury.)
THE COURT: So, Mr. Froccaro, I'm giving you some leeway. You haven't laid the foundation that he doesn't recall --
MR. FROCCARO: I know, Judge. You want me to ask him?
THE COURT: I understand.
MR. DUNN: And it's improper to read the MOI.
THE COURT: Exactly.
MR. FROCCARO: Listen, I'm just pushing him along. You know I know how to do it.
THE COURT: I know, but you can't read that into the record.
MR. FROCCARO: Okay. You got it.
(Sidebar ends.)
(Continued on next page.)

(In open court.)
BY MR. FROCCARO:
Q. Mr. Ressler, I'm going to ask you to review the document provided to me by the Government, 3500 TR14, at page 2, tab 4, and if you could review a portion and see whether or not it states: Ressler advised that none of the eight were his creative.
After reviewing it, if that refreshes your recollection that's what you said.
A. I'm trying to find it to review it. Did you say 3500 TR14?
Q. Yes, sir.
A. Okay.
Q. It's page --
A. I have page 6, 7 --
Q. No. Page 2, sir.
THE WITNESS: Yeah, we already read through this one. He's asking about this -- he's asking about this, I believe, from -- but we have those in a separate file up here.
A. Okay. So I have that in front of me.
Q. I would ask you to review it and see if it refreshes your recollection that you told the postal inspector after reviewing the eight promotions you advised that none of the eight were your creative.





A. What I have in front of me is mine, and --
Q. Sir, the Government --
THE COURT: Mr. Froccaro, sidebar.
(Sidebar.)
(Continued on next page.)





(Sidebar conference held on the record out of the hearing of the jury.)
MR. FROCCARO: What did I do now?
THE COURT: You read what was in the MMOR, I think at this point, two or three times and you're not supposed to read that into the record in asking your question.
MR. FROCCARO: I didn't say that I was reading. I just remember what he said in there so it refreshes his recollection.
THE COURT: You're getting really close to the line there. I'm just cautioning you.
MR. FROCCARO: Judge, they gave him a remote. All I had to do was walk up and show the guy. You know, it's not easy for me.
THE COURT: I understand. What we can could, I just want to know, how many more of these --
MR. FROCCARO: I'm almost done. I have two more questions.
THE COURT: If it continues to be an issue, we can break for lunch and have him refresh during lunch and then come back.
MR. DUNN: Is it easier if you show him the mailings?
MR. FROCCARO: I would show him in a second.





But he's seen the mailings. He didn't say he didn't see the mailings. He said he can't find the document.
MR. DUNN: You're showing him the text and he doesn't know what that's referencing, but it's your cross.
THE COURT: It's yours. I'm saying, if you want to lay the foundation that he doesn't remember this, we can break for lunch, he can review whatever you want him to review, and then you can reask him the question.
MR. FROCCARO: You got it.
(Sidebar ends.)
(Continued on next page.)

(In open court.)

BY MR. FROCCARO:

Q. Mr. Ressler, do you recall being interviewed on January 6th, 2025, by Agent Barry Bouche, who is a United States postal inspector?

You remember that; correct?

A. Yes.

Q. Okay. During that interview, we went over that he showed you eight different promotions for you -- or solicitations for you to review; right?

A. Yes.

Q. And I went over the specific promotions with you a few moments ago and you said you remembered that; correct?

A. I'm sorry, could you ask me that again?

Q. I went through a number of promotions for you, three-letter promotions, or solicitations with you.

A. Oh, yes.

Q. Right.

A. Yes, yes.

Q. The Government asked you to review those and provide an opinion.

You remember that; right?

A. Yes.

Q. Okay. Did you tell them that none of the eight were your creative?





A. Some of them were, but most of them were not, and I don't have them in front of me, so I can't remember exactly how many --

Q. Sir, you're saying that during that interview you told them that some were, not all?

A. That -- it seemed -- as I recall, there was one or two -- maybe one for sure, but maybe two that was mine, and the rest were not.

Q. Sir, I would ask you to review 3500 TR14. Please take a look at page 2 and see if that --

A. 3500 --

Q. -- TR14 at page 2.

A. I have -- yes, I have the 3500 TR. They're just -- the enumeration isn't one and two, but it's the front -- it's --

Q. At the bottom it says -- at the bottom it says page 2 of 102, sir.

A. Okay, yes. That's in front of me.

Q. Okay. Please review it and see if it refreshes your recollection that you told the agent after reviewing the eight that none of them were your -- none of the eight were your creatives.

A. Oh, okay, yes.

Q. You agree; right?

A. (No verbal response.)





Q. Thank you.

You also mentioned, sir, that you knew the styles of other creators in the industry because you had been in the industry for years and years. Other people who --

A. Yes.

Q. -- like you said were led to believe that, you know, create these very fancy creative creations; correct? Right?

A. Yes.

Q. And you told the agent at the time that the eight promotions you were asked to review, you had no clue who had created them; correct?

A. Correct.

MR. FROCCARO: I have no further questions, Judge.

THE COURT: Thank you, Mr. Froccaro.

Mr. Dunn?

MR. DUNN: I have no redirect, Your Honor.

THE COURT: Okay.

Thank you.

Thank you, Mr. Ressler.

(Witness excused.)

THE COURT: We will now disconnect from Mr. Ressler and we will take our lunch break for one hour.





So all of my previous instructions apply. Please leave your notebooks in the jury room. Please do not speak with each other. Please do not speak with anyone who is a counsel, party, witness, member of the public, or anyone at all in your lives about this case. Please do not respond if people approach you to ask you questions about anything having to do with this case, and please do not read any news in any format or do any research or do any posting about this, your jury service or this case at all on social media or through any other form of communication.

We will take a one-hour break, so you will be back in the jury room by 1:30, and then we will come back to continue with further examination of Government witnesses.

Thank you so much.

THE COURTROOM DEPUTY: Please rise for the jury.

(Jury exits.)

THE COURT: Thank you, everyone. Have a seat.

Okay. Any applications from the Government?

MR. DUNN: No, Your Honor.

THE COURT: Mr. Froccaro?

MR. FROCCARO: No, Judge.

THE COURT: Okay. Given where we are now, it seems that we're moving a little faster than we had

anticipated. We will come back at 1:30.

Mr. Froccaro, I recall that there was something that you might need some time to inform me about.

Was it the response?

MR. FROCCARO: It was great. To his credit, he really kept his word, so I really didn't have a long cross.

THE COURT: Okay.

In terms of Mr. Edelstein, did you prepare the defense submission in response to my questions about the jury instructions?

MR. EDELSTEIN: I did, Your Honor, and I filed it and emailed a copy to chambers.

THE COURT: Thank you so much. I appreciate that.

Exhibit F. So you were going to --

MR. FROCCARO: Judge, I have my exhibits, so you're right. I think I stopped at F yesterday and this should be G and H.

THE COURT: Okay. So Exhibit F that was marked today is Exhibit G.

MR. FROCCARO: G.

THE COURT: And Exhibit G is Exhibit H.

MR. FROCCARO: Thanks, Judge.

THE COURT: So when you're reviewing the





transcript, if you could make those corrections in the transcript.

MR. FROCCARO: You got it. Thanks, Judge.

THE COURT: Thank you.

Anything further?

MR. FROCCARO: No, Your Honor.

MR. DUNN: No, Your Honor.

THE COURT: Thank you, all. See you in an hour.

(Lunch recess taken.)





A F T E R N O O N S E S S I O N

(In open court, outside the presence of the jury.)

THE COURT: Good afternoon, everyone. Please have a seat.

COURTROOM DEPUTY: All rise for the jury.

(Jury enters.)

COURTROOM DEPUTY: Please be seated.

THE COURT: We will proceed with the Government's next witness.

MR. DUNN: The United States calls Postal Inspector Christine Reins-Jarin.

(Witness sworn.)

COURTROOM DEPUTY: Please state and spell your name for the record, and have a seat.

THE WITNESS: Christine Reins-Jarin; C-H-R-I-S-T-I-N-E, R-E-I-N-S, hypen, J-A-R-I-N.

MR. DUNN: Your Honor, with the Court's permission, I have a series of exhibits I would like to move into evidence prior to beginning my questioning of the witness.

THE COURT: Yes.

MR. DUNN: Government Exhibit 1-OE, Government Exhibit 3-OE, Government Exhibit 4 and 4-OE, Government Exhibit 5 and 5-OE, Government Exhibit 8-OE, Government





Exhibit 15 and 15-OE, Government Exhibit 22 and 22-OE, Government Exhibit 23 and 23-OE, Government 24 and 24-OE, Government Exhibit 25 and 25-OE, Government Exhibit 26 and 26-OE, Government Exhibit 27 and 27-OE, Government Exhibit 28 Government Exhibit 29, Government Exhibit 30.

Government Exhibit 351 through 351-DD, Government Exhibit 352 through 352-G, Government Exhibit 353, Government Exhibit 355, Government Exhibit 356, 356-A, 356-B, Government Exhibit 357, Government Exhibit 358, Government Exhibit 359, Government Exhibit 360, Government Exhibit 361, Government Exhibit 362 and 362-OE.

Government Exhibit 362-A, 362-B, and 362-C, Government Exhibit 364, Government Exhibit 365, Government Exhibit 365-A and 365-B, Government Exhibit 366, Government Exhibit 367 and 367-A, Government Exhibit 368-A and 368-A-OE, Government Exhibit 368-B and 368-B-OE, Government Exhibit 368-C, Government Exhibit 368-D, Government Exhibit 368-E and 368-E-OE.

Government Exhibit 369, Government Exhibit 370, Government Exhibit 371, Government Exhibit 372, Government Exhibit 373, Government Exhibit 374, Government Exhibit 375, Government Exhibit 376, Government Exhibit 380, Government Exhibit 382, Government Exhibit 383, Government Exhibit 384, Government Exhibit 385, Government Exhibit 386, Government Exhibit 387 and 387-A, Government Exhibit

388, Government Exhibit 389, 390.

Government Exhibit 391, Government Exhibit 392, Government Exhibit 393, Government Exhibit 395, Government Exhibit 398, Government Exhibit 399 and finally, Government Exhibit 400.

THE COURT: Any objection from the defense?

MR. FROCCARO: No, Judge.

MR. DUNN: Judge, subject to our standing objections to various categories of documents, but no other objection.

THE COURT: Understood. These documents are admitted.

(Government Exhibits 1-OE, Government Exhibit 3-OE, Government Exhibit 4 and 4-OE, Government Exhibit 5 and 5-OE, Government Exhibit 8-OE, Government Exhibit 15 and 15-OE, Government Exhibit 22 and 22-OE, Government Exhibit 23 and 23-OE, Government 24 and 24-OE, Government Exhibit 25 and 25-OE, Government Exhibit 26 and 26-OE, Government Exhibit 27 and 27-OE, Government Exhibit 28 Government Exhibit 29, Government Exhibit 30; Government Exhibit 351 through 351-DD, Government Exhibit 352 through 352-G, Government Exhibit 353, Government Exhibit 355, Government Exhibit 356, 356-A, 356-B, Government Exhibit 357, Government Exhibit 358, Government Exhibit 359, Government Exhibit 360, Government Exhibit 361, Government





Exhibit 362 and 362-OE; Government Exhibit 362-A, 362-B, and 362-C, Government Exhibit 364, Government Exhibit 365, Government Exhibit 365-A and 365-B, Government Exhibit 366, Government Exhibit 367 and 367-A, Government Exhibit 368-A and 368-A-OE, Government Exhibit 368-B and 368-B-OE, Government Exhibit 368-C, Government Exhibit 368-D, Government Exhibit 368-E and 368-E-OE; Government Exhibit 369, Government Exhibit 370, Government Exhibit 371, Government Exhibit 372, Government Exhibit 373, Government Exhibit 374, Government Exhibit 375, Government Exhibit 376, Government Exhibit 380, Government Exhibit 382, Government Exhibit 383, Government Exhibit 384, Government Exhibit 385, Government Exhibit 386, Government Exhibit 387 and 387-A, Government Exhibit 388, Government Exhibit 389, 390; Government Exhibit 391, Government Exhibit 392, Government Exhibit 393, Government Exhibit 395, Government Exhibit 398, Government Exhibit 399, Government Exhibit 400 were received in evidence.)

CHRISTINE REINS-JARIN, having been duly sworn, testified on her oath as follows:

DIRECT EXAMINATION

BY MR. DUNN:

**Q.** Good afternoon, Inspector.

**A.** Good afternoon.

**Q.** Where are you from?





**A.** I'm from Orange County, California.

**Q.** And is that where you live?

**A.** Yes.

**Q.** And how long have you lived in Orange County, California?

**A.** Most of my life except for a couple years for college, and a few years for work.

**Q.** Did you go to school there?

**A.** Yes.

**Q.** Where did you go to school?

**A.** University --

**Q.** College.

**A.** College? The University of California, Santa Barbara.

**Q.** What was your field of study?

**A.** It was Chinese language and Asian studies.

**Q.** And did you obtain a degree?

**A.** Yes.

**Q.** What degree?

**A.** A bachelors and a masters.

**Q.** When did you obtain your masters degree?

**A.** It was in 2002.

**Q.** And what specifically was your masters in?

**A.** That was in Asian studies.

**Q.** What did you do when you completed your masters





degree?

**A.** After that, I went to work for the United States Postal Service for a period of time.

**Q.** And what did you do for the postal service?

**A.** I was a letter carrier. I was a window clerk and a distribution clerk.

**Q.** When did you first get into law enforcement?

**A.** That was in 2007.

**Q.** What agency was that?

**A.** That was with Customs and Border Protection with the Department of Homeland Security.

**Q.** How long were you with Customs?

**A.** It was about four and-a-half years.

**Q.** And what was your position with Customs and Border Protection?

**A.** I was a Customs and Border Protection officer.

**Q.** In uniform?

**A.** Uniformed, yes.

**Q.** What sort of training did you receive prior to entering duty as a CBP officer?

**A.** I attended training at the Federal Law Enforcement Training Center in Brunswick, Georgia.

**Q.** And what sort of training were you provided there?

**A.** Basic law enforcement training, which includes firearms, tactics, as well as classroom study on

immigration and customs law.
Q. What were your duties as a unformed officer with Customs and Border Protection?
A. I was assigned to the Long Beach seaport in Long Beach, California.
So the port that I was assigned to was primarily cargo ships and cruise ships. So we looked at cargo coming in as well as crew members and passengers coming in through cargo ships and cruise ships. I would say that was the bulk of our focus.
Q. And when did you become a postal inspector?
A. In April of 2012, I was hired by the Inspection Service.
Q. Did you receive any additional training when you entered on the duty with the Inspection Service?
A. Yes.
Q. What was that training?
A. The Inspection Service has an academy in Potomac, Maryland and I attended that training.
Q. And what sorts of topics and other matters are you trained on with the Inspection Services Academy?
A. Again, law enforcement training to include firearms, tactics, as well as classroom study on various legal matters including statutes related to the United States mail.





Q. And how long was the academy course with the Inspection Service?
A. It was approximately 12 weeks.
Q. So if you would explain to the jury what the Postal Inspection Service is?
A. Yes. The Postal Inspection Service is the law enforcement arm of the U. S. Postal Service. So we investigate crimes related to the postal service, the United States mail, to include employees and postal customers.
Q. When was the Inspection Service founded?
A. It was in 1775.
Q. Who founded it?
A. Well, Benjamin Franklin was the first postmaster general, and he created a position called a surveyor, and the surveyors became postal inspectors. We're now postal inspectors.
Q. What document authorizes the formation of the postal service?
A. That's the Constitution.
Q. Okay.
What was your first assignment as a postal inspector?
A. I was assigned to a mail theft team in Los Angeles, California.





Q. And how long were you on that assignment?
A. Approximately a year and-a-half to two years. I transferred to a mail theft team in Long Beach, California, and was on that team for at least a year, probably a little more than that.
Q. How about after that period of time?
A. After that, I moved to a team that focused on mail theft prevention due to the high volume of mail theft in the Southern California area. So we worked on -- with the postal service and with the public on mail theft prevention and education.
Q. When did you start working on mail fraud cases?
A. That would have been October of 2018.
Q. What is your current assignment with the Inspection Service?
A. I'm assigned to the Inspection Service team with the Department of Justice. We're called the International Mail Fraud Team.
Q. What types of cases does that team work on?
A. We investigate a lot of different fraud schemes, transnational schemes, and a lot of our cases involve fraud targeting the elderly or older Americans.
Q. Were you part of the team that began working on this case before search warrants, back in 2016?
A. No.





Q. When did you first start working on this matter?
A. That would have -- the first time I did something, I believe, would have been in early February of 2025.
Q. Okay.
And what sorts of tasks did you perform in preparation for testimony today?
A. I reviewed evidence collected, to include documents, located physical copies of documents for this trial. I obtained a certified copy of a record in Los Angeles as well, Los Angeles County.
Q. And did you assist with verifying and preparing summary exhibits as well?
A. Yes. I assisted with verifying, yes.
Q. Okay.
So you didn't do things like conduct interviews and so forth in this matter, correct?
A. No.
Q. Were you supposed to be the person testifying this afternoon originally?
A. No.
Q. Why isn't the inspector who was originally supposed to be here in your place today?
A. He had an emergency family matter.
Q. Okay. So let's talking about some of these records?
MR. DUNN: And with the Court's permission, we'd

like to publish Government Exhibit 351 at page one.
THE COURT: It may be published.
(Publishes exhibit to the jury.)
BY MR. DUNN:
Q. So, Inspector Reins-Jarin, what is this document?
A. That is part of account information from Empire National Bank.
Q. For what company?
A. Winners Circle International, Inc.
Q. And if you could scroll down to the signatures, whose signatures do you see on the bottom of this page?
A. Jeffrey Novis and Philip Priolo.
Q. And what is the date of those signatures?
A. Those are both 11-13 of 2014.
Q. And what is the title of these persons as reflected below the signatures?
A. For Jeffrey Novis, it's -- what would be corporate secretary or authorized signer, and for Philip Priolo, it's president and authorized signer.
Q. Page 11 of this document.
At the top, Inspector, it says, Certificate of Assumed Name. What is an assumed name?
A. An assumed name is like a DBA or doing business as name for a company.
Q. Like an alternative name for a business?





A. Yes.
Q. Okay. So what is the name referred to -- it's -- what you can see at the bottom of screen there?
MR. DUNN: No, please scroll back up. There you go.
BY MR. DUNN:
Q. Right in the middle of page, but at the bottom of the screen.
A. Yes. It's POA.
Q. And below at the bottom of the page, please, what is the name below this signature there?
A. Phil P. Preollo.
Q. How is Priolo spelled on this document?
A. On this document, it's P-R-E-O-L-L-O.
Q. Page 12.
What is the assumed name on this document?
A. It is NRA.
Q. Okay. And the signature at the bottom of page 12?
A. Yes.
Q. What is the name there?
A. The signature, I believe, is Phil Preollo.
Q. Spelled the same way as in the prior document?
A. Yes.
Q. Page 13.
What is the assumed name here for Winners Circle





International?
A. NPB.
Q. And again, at the bottom page, how is the signature -- the name spelled below the signature, the last time?
A. P-R-E-O-L-L-O.
MR. DUNN: Zoom back out, page 15.
BY MR. DUNN:
Q. What is the assumed name on this document?
A. CPC.
Q. And again, what is the typed name at the bottom below the signature?
A. The last name, P-R-E-O-L-L-O.
Q. Okay. Page 31 of this document, please.
Whose driver's license do you see on this document?
A. Philip Priolo.
Q. And page 38, whose license?
A. Jeffrey Novis.
MR. DUNN: Permission to publish Government Exhibit 352.
THE COURT: Granted.
MR. DUNN: At page, two.
(Publishes exhibit to the jury.)
MR. DUNN: And if you would rotate?





BY MR. DUNN:
Q. And what is this document?
A. This is a document from People's United Bank regarding an account.
Q. For what entity?
A. Winners Circle International, Inc.
Q. And in the box, the second box there, what names do you see?
A. Winners Circle International, Inc., Philip Priolo, Jeffrey Novis.
MR. DUNN: With the Court's permission, please publish Government Exhibit 400.
THE COURT: Granted.
MR. DUNN: At page one, please.
(Publishes exhibit to the jury.)
BY MR. DUNN:
Q. What is this document?
THE COURT: Counsel, one moment.
400 has not been admitted. Maybe it was inadvertently left off your list. I have 398 and then 401.
MR. DUNN: Move to admit 400 then, Your Honor.
MR. FROCCARO: No objection.
THE COURT: It is admitted.
(Government Exhibit 400 was received in

evidence.)
BY MR. DUNN:
Q. Okay. So what entity is this in Empire National Bank related to?
A. Feel Lucky Group, Inc.
Q. And on the left side of the screen, what's the name of the contact person listed there?
A. Philip Priolo.
Q. Okay.
MR. DUNN: Permission to publish Government Exhibit 353.
THE COURT: Granted.
(Publishes exhibit to the jury.)
BY MR. DUNN:
Q. Inspector, what is this document?
A. This is a check from -- obtained through People's United Bank.
Q. And is there a series of checks in this document over the course of 27 pages?
A. Yes, to my recollection, there is.
Q. And how was this document created?
A. This was specifically was created by the investigative team.
Q. Okay. For what purpose?
A. To show this specific check and to provide clarity, I





believe.
Q. Okay.
Do you see in the memo line on this check in the lower left of the check image that there's a notation?
A. Yes.
Q. What does that notation state, best you can read it?
A. I believe that says prize winnings or about prize winning.
Q. Okay. We're not going to look at every page of this, but we'll sample it.
MR. DUNN: Page three of this exhibit, please. And please rotate.
BY MR. DUNN:
Q. Do you see the memo line in this check to -- I think it's NPF?
A. Yes.
Q. What does the memo line say?
A. Send money soon.
Q. Page five.
And do you see the memo line in this check?
A. Yes.
Q. What does that say?
A. I believe that says, receive $1,250,000.
Q. Page seven.
Can you see the memo line and can you read it?





A. Yes, I believe that says won.
Q. Page nine, please.
What does that state on the memo line of that check?
A. Cash prize.
Q. Okay. Page ten?
And what does the memo line of that check state?
A. Release of $1,731,000. I'm not quite sure what that part just above the number says.
Q. Okay. So let's talk about refunds. Did you review the bank account records that have been admitted for evidence of refund checks?
A. Yes.
Q. And that included the Empire Bank account and the other Empire Bank account for Feel Lucky Group and then the People's United Bank account, is that correct?
A. Yes.
Q. How did you go about doing that?
A. I reviewed actual bank documents as well as financial analysis.
Q. Were there check images provided by the bank for all of these accounts?
A. No, not all of the accounts.
Q. Okay. When there were no check images available to review, how did you assess records for what are





potentially refund checks?
A. For that one account, we looked at the dollar amount of the checks and took anything below approximately $500, and included that as a refund.
Q. Okay.
A. Or counted that as a refund.
Q. So you weren't able to see the payee or the check image, but you just said we'll count that as a refund?
A. Yes.
Q. Okay.
Across those three accounts, how many checks did you identify as refund checks?
A. Across all of the accounts, I believe there were approximately 30.
Q. And did you calculate the total value of those checks?
A. Yes.
Q. And what was the approximate value of those checks?
A. It was between $2800 and $2900.
MR. DUNN: Permission to publish Government Exhibit 355, Your Honor.
THE COURT: Granted.
(Publishes exhibit to the jury.)
MR. DUNN: Page five of the document, please?
BY MR. DUNN:

Q. What is this document, Inspector?
A. This is a document from PacNet Services Limited, and it says that it's an account information questionnaire.
Q. And do you recall from -- well, you were present for testimony during the entire trial so far, correct?
A. Yes.
Q. Do you recall what PacNet is from that testimony?
A. PacNet was a third-party payment processor.
Q. Where are they located?
A. They're in Vancouver British Columbia, in Canada.
Q. So what is this document?
A. This is an account information questionnaire from PacNet.
MR. DUNN: Okay. Can you zoom out just a little bit?
BY MR. DUNN:
Q. In the middle of the page where it says, main contact details, who is listed as the main contact?
A. Philip Priolo.
Q. What is the position listed there?
A. I believe that was prez for president.
Q. Okay. And then at the top of the page, the company and organization for this account is what?
A. Winners Circle.
Q. Page seven of this document, please.





Whose signature is at the bottom?
A. It appears to be Philip Priolo.
Q. Is that a notarized signature?
A. Yes.
Q. Page 16, please.
Whose signature is at the bottom?
A. Philip Priolo.
Q. Again, a notarized signature?
A. Yes.
Q. Page 27?
Whose driver's license is contained within these documents?
A. Philip Priolo.
MR. DUNN: Government Exhibit 367, with the Court's permission.
THE COURT: Granted.
(Publishes exhibit to the jury.)
BY MR. DUNN:
Q. What is this document?
A. This is an agreement for payment processing between PacNet Services and Winners Circle International.
Q. Page 25.
Whose signature appears on this page?
A. Philip Priolo.
Q. Okay.





MR. DUNN: Permission to publish Government Exhibit 365-A.
THE COURT: Granted.
(Publishes exhibit to the jury.)
MR. DUNN: Okay. Can you zoom in on the top?
BY MR. DUNN:
Q. What is this document?
A. This is an email from Priya Chundunsing to Phil Priolo, with a carbon copy to Renee Frappier and PacNet Services.
Q. What is the subject line?
A. Regarding new account with PacNet Services.
Q. Okay. And what is the attachment title according to the header here?
A. PacNet account info questionnaire, 2015, 11-20.
Q. Okay. Page two, please.
And Mr. Priolo says what in this email, dated March 15th, 2016?
A. I will get the application filled out and get it back to you. The creative will be sent to you so you can get it approved. Thanks, Phil Priolo, Feel Lucky Group.
MR. DUNN: Permission to publish Government Exhibit 365?
THE COURT: Granted.
(Publishes exhibit to the jury.)





BY MR. DUNN:
Q. What is this document?
A. There is an email from the Winners Circle email, wincirint at Gmail.com to Phil Priolo.
Q. And what is the name of the attachment?
A. Contract 2016-03-31.
Q. What is the subject matter of this email, the subject line?
A. It's a forward Feel Lucky DON mailing piece.
Q. Page three of this document?
What is the attachment?
A. This appears to be a -- if I can see the -- yeah.
It's an agreement -- agreement for payment processing between PacNet Services and Feel Lucky Group.
Q. Okay.
MR. DUNN: Permission to publish Government Exhibit 366?
THE COURT: Granted.
(Publishes exhibit to the jury.)
BY MR. DUNN:
Q. On page one of this document, what is this?
A. This is an email from Winners Circle to Philip Priolo.
Q. And would you read the text of the forwarded email, just what you can see on the screen?

A. Yes. It says, hi, Phil. A quick note to let you know that I received the fax of the signed contract. Thank you.

MR. DUNN: Permission to publish Government Exhibit 362-B.

THE COURT: Granted.

(Continued on the next page.)





BY MR. DUNN:

Q. Inspector, did you review any evidence concerning correspondence between Mr. Priolo and PacNet's Risk Department?

A. Yes.

Q. Is this an example of that?

A. Yes.

Q. Could you read the text just above the exhibit sticker towards the bottom of the page?

A. Yes. It says: Please revise "You are guaranteed access to cash payments totaling $1,731,000" to "You are guaranteed access to Cash Payments Opportunities totaling $1,731,000."

So, the recipient doesn't think he has already won.

Q. And then do you see the text above the graphic on this same email where it says "Please revise"?

A. Yes.

Q. Would you please read that?

A. It says: Please revise "service fee" to report "fee."

MR. DUNN: Permission to publish Government Exhibit 367A.

THE COURT: Granted.

(The above-referred to exhibit was published.)





BY MR. DUNN:

Q. Inspector, are you familiar with how Mr. Priolo would receive money back from PacNet?

A. I believe PacNet wired funds to one of the company accounts.

Q. Okay. And is this a email where he's requesting such a wire?

A. Yes.

Q. What is the amount of money he's requesting to be wired here?

A. $30,000.

Q. Page 2 of this document. How much is he requesting to be wired here?

A. $20,000.

Q. Page 5, please. What is the request here?

A. $17,000.

Q. Page 6.

A. $50,000.

Q. Page 7.

A. $50,000.

Q. And page 9?

A. $65,000.

MR. DUNN: Permission to publish Government Exhibit 358.

THE COURT: Granted.





(The above-referred to exhibit was published.)

BY MR. DUNN:

Q. Inspector, do you recall Ms. Cathy Johnson's testimony about EC Logistics?

A. Yes.

Q. And what did she say EC Logistics was?

A. A company that she was asked to start, or open.

Q. And what did she testify about the control of the company? Who controlled that company?

MR. FROCCARO: Objection.

THE COURT: Sidebar.

(Sidebar; continued on next page.)

(The following occurred at the sidebar.)
MR. FROCCARO: He can't repeat her testimony on the record.
THE COURT: I agree.
MR. DUNN: It's not hearsay. They're in-court statements.
THE COURT: No, you can't recite what was said through another witness when the witness is here. It's already in evidence.
You can ask her something of her personal knowledge.
MR. DUNN: Okay.
THE COURT: Thank you.
MR. DUNN: Understood. Thank you, your Honor.
(Sidebar end.)
(Continued on following page.)





(In open court.)
BY MR. DUNN:
Q. What is this document?
A. This is an email from Ellen McDevitt to Jeff Novis, Phil Priolo with a carbon copy to Sean Novis.
Q. And what is in the attachment?
A. There appear to be three pdfs.
Q. Page 2, please. This is a bill from EC Logistics to who?
A. To Winners Circle.
Q. And do you see the first column of lines there, what are the services provided on this invoice?
A. One says Process Paid Orders (4/2/15), Separate and Count Non Buyers (4/2/15), Separate and Count Do Not Mails (4/2/15).
Q. Okay. Page 3, please.
What are the services provided on this page?
A. Separate & Count Non Buyers (4/17/15), Separate & Count Do Not Mails (4/17/15).
Q. And page 3.
What is the service provided to Winners Circle on this page?
A. Research & Create Fulfilment Book.
MR. DUNN: Permission to publish Government Exhibit 360.





THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. What is this document, Inspector?
A. This is an email from Phil Priolo to Ellen McDevitt.
Q. And is this a signature page.
MR. DUNN: If you could rotate the exhibit?
Q. Whose signature is on this document?
A. Phil Priolo.
Q. And what is the company in the upper portion of this document?
A. EC Logistics.
MR. DUNN: Permission to publish Government Exhibit 361.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. What is this document, Inspector?
A. This is a cover letter from Google in response to a grand jury subpoena. It says that it was dated July 5th, 2017.
Q. Page 4 of this document, what is this?
A. This is Google subscriber information regarding a Google account.
Q. What is the name associated with this Google account?





A. Jeffrey Novis.
Q. And what is the email address?
A. Jeffnovis@gmail.com.
Q. And the third line up in the first paragraph where it says SMS, what is that?
A. That's a phone number.
Q. Have you seen that phone number elsewhere in the evidence?
A. Yes.
Q. Whose phone number is that?
A. Jeff Novis.
Q. Page 5, please. What is on page 5?
A. This is also Google subscriber information for a Google account.
Q. What is the name associated with that Google account?
A. Winners Circle.
Q. And what is the email?
A. WinCirInt@gmail.com.
Q. What is the recovery -- well, what is a recovery email?
A. That's an email address that if you -- if you for whatever reason are locked out of an account, in order to reset an account, a message would go to a secondary email so that you're able to reset your password.
Q. And what is the recovery email listed here?

A. Jeffnovis@gmail.com.
Q. And do you see three lines below that there's an SMS phone number?
A. Yes.
Q. Is that the same phone number for Jeffrey Novis?
A. Yes.
Q. So, let's talk about seed mailings and, with the Court's permission, publish Government Exhibit 362.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. What is a seed mailing?
A. A seed mailing is a name and an address placed within a list, a mailing list, that will receive a copy of a mailing that goes to that list.
Q. Whose address is reflected on most of the documents, and we'll look at one that isn't, but most of the documents in this exhibit?
A. It's an address associated to Phil Priolo.
Q. Were you able to verify that most of the documents in this exhibit actually went into the United States mail?
A. Yes.
Q. Page 9 of this exhibit.
Is this a document that probably did not go through the U.S. Mail?





A. Yes.
Q. And why do you say that?
A. Because there's no street address or a ZIP code or city.
Q. So barring that, the other documents, how are you able to verify that they went through the United States mail?
A. There was a document obtained during the search warrant, an electronic document from the company that listed mailings, and we compared that to that list.
Q. Do you recall how many lines of data were on that document?
A. I believe it was over 600,000.
MR. DUNN: Permission to publish Government Exhibit 387.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Inspector, what is this document?
A. This is a document created by the investigative team to reflect the seed mailings associated to the address associated with Mr. Priolo.
Q. Is this a portion of the document that we were just discussing that had more than 600,000 lines?
A. Yes.





Q. Obviously this is only two pages.
How is this document narrowed down from that broader set of more than 600,000 lines?
A. So, the -- the address associated was filtered out and those addresses were included here, those names and addresses were included here.
Q. Did the investigative team look at the original metadata associated with this document in its original form?
A. Yes.
MR. DUNN: Permission to publish Government Exhibit 387A.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Okay. So, what is this document, Inspector?
A. This is the metadata you were referring to.
Q. And according to this metadata, who is the author of this document in the lower right?
A. Jeff Novis.
Q. And last modified by?
A. Also Jeff Novis.
Q. And what is the last modified date just above that?
A. March 30th, 2015.
MR. DUNN: Permission to publish 387A, just





going back to the prior exhibit.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Page 37 of that document.
THE COURT: The prior exhibit was 387.
MR. DUNN: 387.
(Pause.)
MR. DUNN: I'm sorry. 362, I apologize, with the Court's permission.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Okay. So, this broader set of documents is the seed mailings, correct?
A. I'm sorry, could you repeat the question?
Q. Government Exhibit 362 we looked at a few minutes ago, that's the seed mailings, correct?
A. Yes.
Q. But this document is within that; is that correct?
A. Oh, I see. Yes.
Q. Why is this, you know, email mixed in with those seed mailings?
A. Those seed mailings were physical copies, and so when the inspection service team that collected the evidence at

the other location collected the documents, this would have been included with those documents.
Q. So it's just stored that way?
A. It's just what, I'm sorry?
Q. It was just stored that way?
A. Yes.
Q. So what is this email on page 37?
A. This is a -- an email, a forward from Phil Priolo to the email address threeolo@aol.com.
Q. And the actual email that is forwarded is what?
A. That's from Monica Estrada, PacNet Services to Phil Priolo.
Q. Could you read the text of the email from PacNet?
A. Yes. It says: Dear Phil, Our risk department reviewed CBS and the following amendments are required: Please revise language that may mislead the customer into believe he/she has won a prize. Kindly remove "no one else notified. If you wish to keep any money won secret from your spouse or family, please consult your lawyer" since this promotional material will be sent to multiple people.
Please remove the word "legal" so the recipient doesn't believe that the company operates within any legal, government or official capacity.
Please revise the Text "Multi-Million" as there





is only $1,392,892.45 that will be distributed.
Please revise "payment" to "report fee" to ensure that the purchase of the compilation is worded clearly.
Kindly find attached pdf that contains these comments. Feel free to contact me should you have any questions.
With kind regards, Monica Estrada, Account Manager of PacNet.
MR. DUNN: Permission to publish Government Exhibit 3, which has been previously admitted, at page 1.
THE COURT: Granted.
MR. DUNN: And if you could put that directly next to this page on double display.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Inspector, have you reviewed Government Exhibit 3 previously?
A. Yes.
Q. This is a piece that actually went through the mail; is that correct?
A. Yes.
Q. Okay. And do you recall when that piece went through the mail?
A. It would have been -- it's dated -- the letter is





dated approximately September 8th, 2016, but I don't remember the exact date right now.
Q. Okay. Close enough.
What is the date of the email on the left side of the screen?
A. It was forwarded on March 11th, 2015.
Q. Okay. So, the first required change is that they remove the language that states "No one else notified. If you wish to keep any money secret," et cetera.
A year-and-a-half later, is that language in the piece that went through the mail?
A. That is in this piece, yes.
Q. And where do you see that?
A. That is in the middle where the -- the middle containing bullet points, the third bullet point down contains that line.
Q. Okay, the third bullet point in the highlighted section?
A. The third bullet point.
MR. DUNN: Page 3 of Government Exhibit 3, and keep the other exhibit next to it.
(The above-referred to exhibit was published.)
Q. What is the second bullet point in the email, what did they recommend be removed?
A. That says: Please remove the word "legal."





Q. Okay. Is that language still reflected on the piece at page 3 of Government Exhibit 3?
A. Yes.
Q. Is that language still present?
A. Yes.
Q. And where do you see that?
A. That would be below the bold where in the line that says: Be advised, Dawn Smith, this is a legal urgent attempt to notify you about this multi-million dollar aggregate awards program.
Q. And I believe the third bullet point was about multi-million dollar; is that correct?
A. Yes.
Q. And is that language still present right below where we just saw "legal" at the top of the page?
A. Yes.
Q. Where is that in the highlighted portion?
A. "Multi-million" would be the, I guess, the fourth line down in the second section, the second line of the, I guess, the second section, we could say.
Q. And what was the last required change in the March 2015 email?
A. I'd have to --
MR. DUNN: If you could close that out and...
A. Revising "payment" to "report fee."

Q. Okay. So let's look at Government Exhibit 3 then and highlight the payment portion at the bottom next to where the stamp is and it says "Return this section within 10 days."
MR. DUNN: Can you highlight the bottom portion of the page, please?
Q. Is that change made?
A. No.
MR. DUNN: If you could highlight by the second checkbox there.
Q. So, it says "payment" not "report fee"?
A. Correct.
MR. DUNN: With the Court's permission, Government Exhibit 368A.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Did the team pull samples of notes that people wrote in responding to Mr. Priolo's sweepstakes report mailings?
A. Yes.
Q. Were all of them pulled by the team, or is what is in the Exhibit 368A series just a sample?
A. Just a sample.
Q. So let's look at a sample of the samples.
Can you read the note on page 1 that's in





handwriting above where it says: Make Checks Payable?
A. Yes. I believe that says: $20 get off my prize.
Q. Page 2, what is the handwritten note below the scribbled star?
A. Deduct from my winnings.
Q. Page 14 what is the handwritten note there?
A. I do not wish to purchase the report. Any fees may be deducted from my winnings.
Q. Page 18, can you read that note?
A. It says: I have given you $20 2 or 3 time I can't do it anymore.
Q. Page 55.
A. It says: I am sending this back without the twenty dollars 'cause the times are hard and I do not have the money. But if I am the winner of that money y'al say that I won please give me a call or email that is if my light bill gets cut off. Thank y'al and May God Bless y'al. Thank you, Mario Salazar, I believe it says.
MR. DUNN: Permission to publish Government Exhibit 368B.
THE COURT: Granted.
MR. DUNN: At page 10, please.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Again more samples pulled from the evidence, correct?





A. Yes.
Q. Do you see the handwritten note above the red stamp?
A. Yes.
Q. And what does that say?
A. Deduct from my $2,484,90 -- excuse me. $2,484,991.
Q. Page 13 can you read the note at the bottom there?
A. Can't afford $20 so please deduct it from my monies I have coming.
Q. Page 16.
MR. DUNN: Can you highlight the note there?
A. I believe it says: Please take the $20 out of my winning. Thanks.
Q. Page 27.
A. P.S. Please take the $20 fee from my winning. Thanks you.
Q. Page 39, and can you read the sticker that's appended to this document?
A. I am on a fixed income, totally dependent on my monthly Social Security payments. I presently have $24.34 to last me for the next two weeks. I thought you deserved to know these facts. Steven D. Orr.
MR. DUNN: Permission to publish Government Exhibit 368C.
THE COURT: Granted.
(The above-referred to exhibit was published.)





BY MR. DUNN:
Q. Let's just do one in this series. Page 2, please.
Can you read the note written across the top of the page?
A. I believe it says: Better Business Bureau never heard of you. Don't scam me.
MR. DUNN: Permission to publish Government Exhibit 368D.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Again let's just do one in here. Page 15, please.
Can you read the notes in three different places? There's one at the top, in the middle, and at the bottom.
A. I'm getting very annoyed with this. I have sent over $100 and still nothing you guys -- and still nothing you guys was suppose to send a check a long time ago.
Q. And then the next note?
A. P.S. Please stop trying to trick me out of my money. I'm a single mom of 4.
Q. And at the bottom, please?
A. In closing if I won anything take $20 out of that because I will not send another dim - which I believe means dime - so whatever.

MR. DUNN: Permission to publish Government Exhibit 368E.
THE COURT: Granted.
(The above-referred to exhibit was published.)
MR. DUNN: Page 1, please.
BY MR. DUNN:
Q. And can you read the handwritten note there?
A. I keep sending money all of the time with no response like to hear from you (soon).
MR. DUNN: Permission to publish Government Exhibit 364.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. What is this document?
A. This is an email from Sean Novis to Jeff Novis and Phil Priolo.
Q. And what is the subject of this email at the top of the page?
A. AG letter.
Q. And what does the text of the email say?
A. It says: This letter was in your PO Box today.
MR. DUNN: Page 2, please.
BY MR. DUNN:
Q. Can you read the first two paragraphs of the attached letter?





A. Yes. It says: Dear sir or madam: This Office was contacted by Ms. Susan Landwehr on behalf of her mother, Ms. Janet Atwater, whose address is - which is redacted - Wyoming, Minnesota, 55092-8059.
Ms. Landwehr states that her mother received two solicitations from PDA offering a purported "report of entrant directives." Ms. Landwehr states that her mother has dementia. Ms. Landwehr asks PDA to remove her mother's contact information from its mailing list, refund any payments it has received from her, and never contact her mother again.
Q. Okay. Let's move on to a different topic.
Did you review correspondence in this matter concerning Mr. Priolo and a gentleman named John Greany?
A. Yes.
Q. Who is John Greany?
A. He is a list broker with a company I believe is called Media Direction.
MR. DUNN: Permission to publish Government Exhibit 371.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. What is this document, Inspector?





A. It's an email forward from Phil Priolo to the email address threeolo@aol.com.
Q. Okay.
And the email chain below that is between what parties?
A. That would be from John Greany to Phil Priolo and Jeff Novis.
Q. Can you read the text of the email?
A. It says: Hi Phil, I hope you had a nice holiday. Attached is the half prepayment figure for January. Jeff ordered a lot of lists so the amount is for $7,500. If that is too much you can send me half this week and the other half next week. Best regards, John.
Q. Page 3 of this document. Is this the attachment to the prior email?
A. Yes.
Q. What is this document?
A. It's an invoice from Media Directions, Inc.
Q. To what company?
A. Winners Circle International, Inc.
Q. And what is the description of the invoiced matter?
A. Media-List Rental Prepayments - January 2015 orders.
MR. DUNN: Permission to publish Government Exhibit 372.
THE COURT: Granted.





(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. What is this document, Inspector?
A. This is an email from the Winners Circle email to Phil Priolo and Jeff Novis, along with the email address summate1@aol.com.
Q. What is the subject?
A. Updated lists figures.
Q. Would you read the text of the email, but not the chart?
A. Based on today's numbers, here is how the recently rented lists performing. This is combining NPF-ARC09, NPF-ARC10, and WCS-RA10. Lines in red should be re-considered...either very low response or very small quantity. There are a few small files that pulled well, they should be looked at as well.
MR. DUNN: Permission to publish Government Exhibit 373.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Inspector, what is this document?
A. This is an email from Phil Priolo to the email address jean16phil@aol.com.
Q. Can you read the text of the forwarded message from

John Greany to Phil Priolo dated September 1st?
A. Yes. It says: Hi Phil, Attached is your invoice for August list orders along with the open item report. If you look at both reports the total amount due is $12,725.25 but you had $2,873.36 in list rental giving you -- sorry, excuse me. In list rental giving you a new balance due of $9,851.90. Let me know if you have any questions. John.
MR. DUNN: Permission to publish Government Exhibit 375.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Okay. So, starting with the bottom email where it says "Wednesday, February 24th, 2016, Phil Priolo wrote:" would you please read the text of that email?
A. Yes. It says: Yes I still have that plan on my mind. I will send Sean a text today on my thoughts and see if I get his blessing if that goes well I will have this conversation with Jeff explaining the plans and letting him know I will be employing him to do the functions he's doing for winners. See if we can bet up the guy for the creative. How about your company can I get a reduced rate while we lift this new project? Thanks. Phil Priolo.





Q. Okay. And then immediately above that where it says "Hi Phil, Good morning," would you please read the text of that email?
A. Hi Phil, Good morning. Let me know how your conversation goes with Sean and Jeff. I will certainly do my best to get you the lowest pricing on creative. John.
Q. And please read the email at the top of the page if you scroll?
A. Will do. Sean is the important part.
Q. And what is the subject of this email?
A. It's regarding "New company."
Q. And what is the date?
A. February 24th, 2016.
MR. DUNN: Permission to publish Government Exhibit 374.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. What is the date of this email, Inspector?
A. The top email it's February 24th, 2016.
Q. What is the time?
A. 2:09 p.m.
Q. Is this later in the day of the same day of the email we just read?
A. I don't recall the time exactly, but...





Q. Sure.
MR. DUNN: Can you go back to 375, please?
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. What was the time of this email?
A. It's 8:34 a.m.
Q. Okay. So please back to 374 then.
(The above-referred to exhibit was published.)
Q. And this is later the same day, correct?
A. Yes.
Q. Okay. So would you please read the email at the very bottom of the page?
A. I got the go ahead from Sean and I spoke to Jeff on the new company. He's fine I think he was taken back but what could he say. I explained to him what any person who goes into business it's better not to have to divide up the pie. I'll let you know the name as soon as it's approved Thanks Phil Priolo.
Q. Okay. And immediately above that what you can see on the screen John Greany responds, would you please read that?
A. Hi Phil, That is great news. When you are ready let me know how many pieces you want for the new company. John.





Q. And then please read Mr. Priolo's response to that email?
A. The new company name as far as it looks will be Lucky Group on the creative what did we speak about when we spoke last week about this? Wasn't it 10 pieces.
Q. And Mr. Greany says?
A. Great, I will set the new company name up in my order entry system. I feel you need 10 pieces to get started so let me work up a final number so that you can see what the initial investment is going to cost you.
Q. And Mr. Priolo's response is?
A. Great.
Q. New topic.
You and other members of the team located evidence showing the nature of the Justin Grant and Sweepstakes Advisory Network operation in the early 2000s?
A. Yes.
Q. And that was how many years before the search warrants at Sean Novis's Underhill Boulevard office?
A. I believe it was approximately 16.
Q. Okay.
MR. DUNN: Permission to publish Government Exhibit 395 at page 2.
THE COURT: Granted.
(The above-referred to exhibit was published.)

BY MR. DUNN:
Q. What is this document?
A. This is a letter from Sweepstakes Advisory Network Customer Service Department addressed to Sherril Potter, State of Colorado, Attorney -- Office of the Attorney General.
Q. And what is the date of this?
A. December 11th, 2000.
Q. And can you read just the very first paragraph of this letter?
A. Dear Ms. Potter, We have received your letter of complaint dated November 22nd, 2000. Although we believe that we comply with all applicable laws, rather than have a dissatisfied customer, we are happy to remove Ms. Bren from our mailing list and refund any money she may have sent us.
Q. Page 5 of this document.
This is from what company?
A. From Sweepstakes Advisory Network.
Q. What is the date of the letter?
A. February 27th, 2001.
Q. And to whom is the letter addressed?
A. Robert Freilich, Office of the Attorney General, and that's in Mineola, New York.
Q. Page 6 of this document.





What company is that letter from?
A. It says Justin Grant, Limited.
Q. And what is the date of the letter?
A. April 18th, 2000.
Q. And to whom is the letter addressed?
A. Ms. JoAnn Soltan, Attorney General Eliot Spitzer, State of New York, Office of the Attorney General.
Q. And what is the subject of the letter?
A. Complaint by: Sharetta Lee.
Q. Okay.
MR. DUNN: Permission to publish Government Exhibit 383.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Inspector, what is this document?
A. This is a New York Department of State filing regarding a business entity.
Q. What is the business entity reflected on this page?
A. Sweepstakes Advisory Network, Inc.
Q. Page 6 of the document, please.
When were the Certificate of Incorporation for Sweepstakes Advisory Network filed with the State of New York?
A. It says November 10th, 1999.





Q. Page 8 of the document, please.
What is this document?
A. This is a Certificate of Dissolution from the Department of State in New York.
Q. For what company?
A. Sweepstakes Advisory Network, Inc.
Q. And who are the persons listed here as the name and address of each officer and director of the corporation?
A. Sean Novis and Phil Priolo.
Q. And for Mr. Priolo, what is the listed position here?
A. It says "director."
Q. Page 10. When was this document filed?
A. January 11th, 2002.
MR. DUNN: Permission to publish Government Exhibit 388, please.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Inspector, what is this document?
A. This is a death certificate from the State of Florida.
Q. For whom?
A. I'm sorry?
Q. For whom?
A. Margaret Alice Tousignant.





Q. Who is she?
A. She is a victim that we've identified in this investigation.
Q. Is she one of the victims noted in the indictment of this matter?
A. Yes.
Q. How old was she when she passed?
A. 89 years old.
Q. Page 3 of this document.
What is this document?
A. This is a death certificate from the State of Kentucky.
Q. For whom?
A. Audrey Jean Gibson.
Q. And how old was she when she passed?
A. 80 years old.
Q. Is she also a victim noted in the indictment in this matter?
A. Yes.
Q. Page 5 of this document.
What is this?
A. This is a death certificate from the State of California.
Q. For whom?
A. Nuby Thurman Greene.

Q. And where did he live?
A. He lived in Los Angeles, California.
Q. Is he also an indictment victim?
A. Yes.
Q. And how old was Mr. Greene when he passed?
A. 83.
MR. DUNN: Permission to publish Government Exhibit 390.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Inspector, what is this document?
A. This is a document created by the investigative team. It includes information on specific victims in this investigation.
Q. What specific information does it contain?
A. So, it contains payment information related to Winners Circle and Feel Lucky Group.
Q. How is this document created?
A. This was created using electronic data files that were recovered into evidence during the search warrants at the office location on Underhill and the residence of Cathy Johnson on Owen Street.
MR. DUNN: Permission to publish Government Exhibit 391.





THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Perfect, thank you. Page 1.
So, Inspector, what is this on page 1 of 391?
A. This is a visual representation of the payments made by John Single to the various promotions and payments to Winners Circle.
Q. So, let's take a moment to unpack this.
Is this generated from the information we just discussed in Government Exhibit 390?
A. Yes.
Q. Okay. What is represented in the green boxes?
A. These are the payments, the payment amount, the approximate payment date, and the promotion code in which those -- that money was paid to.
Q. Okay.
So for example, let's look at the GDM box in the lower right. What does this mean?
A. So, this means that Mr. Single sent these dollar amounts on the respective dates listed, with those dollar amounts.
Q. In response to what promotion?
A. In response to GDM.
Q. So this green box means he paid six times on the GDM





Winners Circle promotion?
A. Yes.
Q. And with respect to this trial, who is John Single?
A. He is the father of Sharon Soltis.
Q. And who is Sharon Soltis?
A. She is one of the witnesses that testified here.
Q. Okay. Page 3, please.
I'm sorry, page 2. What's the difference between this and the prior page?
A. This would be I believe there are different promotions listed here, and this one is to -- these are payments to the Feel Lucky Group.
Q. Okay. Again John Single, Sharon Soltis's father?
A. Yes.
Q. Okay.
Page 3, thank you. .what is on this page?
A. This is the visual representation, similar to the previous one, of payments made by Art Montilla to Winners Circle in response to the listed promotions.
Q. And who is Art Montilla with respect to this trial?
A. He is the husband of Arlene Montilla who testified remotely.
Q. Page 5. What is on page 5 of Exhibit 391?
A. This is also a visual representation of payments made by Wendell Brooks to Feel Lucky Group and Winners Circle





by -- for the listed promotions.
Q. And with respect to this trial, who is Wendell Brooks?
A. Wen Brooks is the grandfather of Ashley Seip who testified here.
Q. In person?
A. In person, yes.
Q. Page 6 of this document.
What is on this document?
A. This is also a visual representation of a payment made by Audrey Gibson in response to CBA promotion to Feel Lucky Group.
Q. Audrey Gibson is one of the people reflected in one of the death certificates we just looked at. Is that correct?
A. Yes.
Q. Okay.
Can you explain the note here next to the green box?
A. Yes. So, this was a -- information was obtained from a check that was deposited into the Winners Circle account that ends in 0411.
Q. And this date of the check is after the search warrant at Cathy Johnson's home, correct?
A. Yes.

Q. So would this information be reflected in the big chart in Government Exhibit 390?
That's just caging data, correct?
A. That's, yes, I'm sorry, that's just caging data. That was obtained during the search warrant.
Q. So that would not be reflected in that data, correct?
A. No.
Q. Okay.
Page 7, please. What is on this page of Exhibit 391?
A. Also a visual representation related to Marge Tousignant, who also -- her name is also Margaret Tousignant, in response to the listed promotion letters to Winners Circle and Feel Lucky Group.
Q. Is she also one of the person's whose death certificates we looked at?
A. Yes, I believe so.
Q. And the note below the BNO box on the left, what does that indicate?
A. That's the -- that the check was -- information from her was from a check deposited directly into the Winners Circle account.
Q. Okay.
Page 8. What is on this document?
A. Also visual representation of payments made by Alemu





Kore to the listed promotions that went to Winners Circle.
Q. And what does the note indicate on the far left below the MMP green box?
A. Again that's a check that was -- information that was from a check that was deposited directly to the Winners Circle account.
Q. And Mr. Kore, he is also one of the victims named in the indictment, correct?
A. Yes.
Q. Page 9, what is on this document?
A. The visual representation of a payment made by Nuby Green to the NPF promotion which went to Winners Circle.
Q. And not to belabor the point, but the note next to the NPF box indicates what?
A. That information was obtained from a check that was deposited directly to the Winners Circle account.
Q. Okay. And Nuby Green is one of the person's whose death certificates we looked at, correct?
A. Yes.
Q. And also an indictment victim?
A. Yes.
Q. Page 10, what is this?
A. This is the visual representation of payments made by Marilyn Burks to the two promotions listed that went to Winners Circle.





Q. And who is Marilyn Burks with respect to this trial?
A. She was a witness who testified here in court.
Q. Page 12 of this document.
MR. DUNN: And with the Court's permission, I would like to publish side-by-side with this Government Exhibit 363 at 1.
THE COURT: One moment.
I don't believe that has been admitted yet. Would you like to move for admission?
MR. DUNN: We move to admit Government Exhibit 363.
THE COURT: Any objection?
MR. FROCCARO: No, Judge.
THE COURT: Granted.
(Government's Exhibit 363 was received in evidence.)
THE COURT: And you may publish it.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Can you read the first paragraph of 363 at 1?
A. Yes. It says: To whom it may concern: The purpose of this letter is to tell you to remove Richard Nelson, other named persons and the following addresses from your mailing list. This removal shall be immediate and permanent. Mr. Nelson and other named persons have the





right to remain free from your company/organization's solicitations and as the co-conservators/guardians of Mr. Nelson, we will pursue any legal remedies available to us against you if your company/organization continues to contact Mr. Nelson or other named persons in any way. These remedies include, but are not limited to: contacting the South Dakota Attorney General's Office to obtain sanction against your company/organization, and suing your company/organization civilly for damages that Mr. Nelson and/or other named persons incur as a result of your company/organization's continued actions. The named parties and applicable addresses are as follows.
Q. You can skip the rest of that.
And this is this individual's payment made to Winners Circle; is that correct?
A. Yes.
Q. Page 13 of 391.
MR. DUNN: And please take down 363.
THE COURT: Granted.
MR. DUNN: And with the Court's permission, I would like to publish next to 13 of 391 Government Exhibit 151 at 20. 151 was admitted during Ms. Johnson's testimony.
THE COURT: Granted.
(The above-referred to exhibit was published.)

BY MR. DUNN:
Q. Okay.
Do you recall what this document is, Inspector, on the right of the screen?
A. Yes, that is I believe an image from the video during the search warrant at the home of Cathy Johnson on Owen Street.
Q. And can you read the name of the individual whose note is on the top of this box?
A. It says Azda White.
Q. Okay.
MR. DUNN: Permission to publish Government Exhibit 368D.
THE COURT: Granted.
MR. DUNN: At page 7 next to 391 at 13.
THE COURT: Granted.
(The above-referred to exhibit was published.)
BY MR. DUNN:
Q. Okay. Was the team able to locate the original document that was on top of that box before the search warrant was executed?
A. I'm sorry, could you repeat the question?
Q. The investigative team was able to find Ms. White's document that was in the image we just looked at from the video, correct?





A. Yes.
Q. And this is that document?
A. Yes.
Q. Can you read the note that she wrote on this document?
A. It says: At this time I am on Social Security check 9/28/2016. I don't have money right now. Sorry.
Q. And then Government Exhibit 391 at page 13 is what?
A. This is a visual representation of payments made by Azda White to the listed promotions to Winners Circle and Feel Lucky Group.
Q. Okay.
MR. DUNN: Permission to publish Government Exhibit 392.
THE COURT: Yes, but I'm going to ask you if think is a good time for an afternoon break.
MR. DUNN: Of course.
THE COURT: Okay. Let's do that, and then we'll resume with 392.
Jury, you have my instructions. I know you have heard them every single time, but I will say them again.
Your notebooks will remain in the jury room.
You are not to speak to each other or anyone who's involved in this case, whether counsel, parties, witnesses, members of the public who are watching, or





members of court personnel other than Mr. Morabito, and you are not to talk to anyone at all about the content of this case.
Please do not do any research or listen to any news about this case.
And please inform me immediately through Mr. Morabito if you become aware of any juror who is not following my instructions.
This is going to be about a ten-minute break, and we will be back here to resume this examination.
Thank you.
(Jury exits the courtroom.)
(Continued on following page.)





THE COURT: Thank you, everyone. Please have a seat.
You can step down, ma'am.
Around how much more, I have a question as to the estimated amount of time that we have left with this witness.
MR. DUNN: Your Honor, this witness maybe 15 minutes, give or take.
THE COURT: All right.
MR. DUNN: I will definitely finish today.
THE COURT: Okay.
MR. DUNN: Assuming we're not breaking early.
THE COURT: Okay. That's all I need to know.
Thank you all. We'll take ten minutes. You all get a break too.
(Recess taken.)

(continuing)

(In open court; jury not present.)

THE COURT: Thank you, everyone. Have a seat. Mr. Morabito, please get the jury.

MR. FELDMAN: Your Honor, would you like us to go get the witness?

THE COURT: Yes, please.

(Witness resumes the stand.)

THE COURTROOM DEPUTY: All rise for the jury.

(Jury enters.)

THE COURTROOM DEPUTY: Please be seated.

THE COURT: Thank you, Mr. Dunn. You may continue your examination.

MR. DUNN: Thank you, Your Honor. Permission to publish Government's Exhibit 392.

THE COURT: Granted.

MR. DUNN: Can you please publish Exhibit 392.

(Exhibit published.)

BY MR. DUNN:

Q. Inspector, what is this document?

A. This is a visual representation of the lifeline, I guess, of victim payments through the cycle into Winners Circle and Feel Lucky Group accounts.

Q. Okay. So is movement of money represented by the blue arrows on this chart?





A. Yes.

Q. So the first blue arrow, what does that indicate?

A. That would be victim payments going to one of the PO boxes.

Q. And this may be obvious, but how does the payment get from the victim to the PO box?

A. Through the United States mail.

Q. Okay. And then the second blue arrow coming from the mailbox icon, what does that indicate?

A. That's the -- that's the payments going from the PO boxes to Cathy Johnson to be caged.

Q. And how did the victim payments typically get from the PO boxes to Ms. Johnson?

A. I believe that was from Mr. Priolo picking them up and taking them to Cathy Johnson.

Q. And then after the -- after that, there's two arrows indicating two different directions.

How does the money go from there?

A. So the one arrow indicating payment to PacNet, meaning Ms. Johnson, would send that payment to -- information to PacNet to be processed and the second arrow to the accounts would be money deposited directly into the Winners Circle and Feel Lucky Group accounts.

Q. Okay. And then the final arrow indicates what?

A. That would be PacNet sending money to the bank





account -- one of the bank accounts.

Q. Okay. And where is PacNet located?

A. Canada.

MR. DUNN: Permission to publish Government's Exhibit 351V, as in "Victor."

THE COURT: Granted.

(Exhibit published.)

BY MR. DUNN:

Q. Inspector Jarin, what is this?

A. This is a FedWire information. This is FedWire information.

Q. And this is from Empire Bank; is that correct?

A. I believe it is, yes.

Q. Okay. Are there other documents like this in the bank records?

A. Yes.

Q. According to this document, what is the sending bank?

A. BMO Harris Bank in Chicago, Illinois.

Q. And what is the receiving bank?

A. Empire National Bank in Islandia, New York.

Q. And what is listed here as the originator of this particular bank wire?

A. PacNet Services Limited.

Q. And what does this say their location is?

A. Vancouver, British Colombia.





Q. And the beneficiary of this particular bank wire is where?

A. Winners Circle International in Westbury.

MR. DUNN: Permission to publish Government's Exhibit 393.

THE COURT: Granted.

(Exhibit published.)

BY MR. DUNN:

Q. Inspector, what is this document?

A. So this is a representation made by the investigative team of transaction and payment records for Winners Circle and Feel Lucky Group.

MR. DUNN: Okay. So let's look at the first two lines of this information, the Winners Circle below that as well. Not the headers, the two lines of information. The whole line.

BY MR. DUNN:

Q. Where does this information come from?

A. So this is -- this information is from the bank accounts for People's United Bank and Empire National Bank both for Winners Circle.

MR. DUNN: Okay. And then the second two rows. The -- where it says Winners Circle and Feel Lucky Group. The second two rows. There.

Thank you.

BY MR. DUNN:
Q. Where does this information come from?
A. So this information was gathered during the search warrants at the office on Underhill Street and Ms. Johnson's residence on Owen Street. These were -- this information is compiled from electronic data that was obtained as evidence during the search warrants. Those data sets were -- are listed here.
Q. Okay. Why are there two databases listed there for Winners Circle? It says Winners Circle MDB and WINC, dot, MDE.
A. So those were two data sets that were recovered, and so those were the names of the data set of the files when they were recovered.
Q. Was one of those data sets from Underhill and one from Owens?
A. Yes. The Winners Circle, dot, MDB was from Underhill, and the WINC, dot, MDE was from Owen Street.
Q. Do you recall Cathy Johnson's testimony about when she moved out of the Underhill office?
A. Yes.
Q. And when was that?
A. In or about August of 2015.
MR. DUNN: Okay. If you can highlight the footnote below the chart, please.





BY MR. DUNN:
Q. Does this course -- do the dates reflected here correspond to that approximate date?
A. Yes.
Q. And then the last two lines on this chart, where does that information come from?
A. That information is from bank records for Winners Circle and Feel Lucky Group, both accounts at Empire National Bank.
Q. And then the figure at the very bottom of the chart on the far left, what does that represent?
A. So that's the total payments that went into -- sorry. The total payments reflected between the bank accounts and the company records.
MR. DUNN: Permission to publish Government's Exhibit 398.
THE COURT: Granted.
(Exhibit published.)
BY MR. DUNN:
Q. Inspector, what is this document?
A. So this is a chart that represents the Counts Two through Five of the indictment for mail fraud.
Q. Okay. And did you assist in creating and verifying the information -- creating the document and verifying the information contained in it?





A. Verifying, yes.
MR. DUNN: Okay. So if we could put next to this Government's Exhibit 351AA, which is already in evidence.
THE COURT: Granted.
(Exhibit published.)
BY MR. DUNN:
Q. Inspector, what is the document here on the right, 351AA?
A. This is a document that contains copies of checks from -- from Empire Bank.
Q. Okay. Is this document 351AA reflected in the summary of evidence for each count?
A. Yes.
Q. So let's look at the information for Count Two.
MR. DUNN: And let's go to page 2 of Government's Exhibit 351AA. And if you could highlight or call out on the bottom right check, please.
BY MR. DUNN:
Q. Okay. Who is this check from?
A. Audrey Gibson.
Q. And who is the payee?
A. CBA.
MR. DUNN: Can you move that highlight over so we're not covering the chart?





Thank you.
BY MR. DUNN:
Q. Is that the same person who'S named in the summary of the description of Count Two?
A. Yes.
Q. Can you read the memo line on that check?
A. Payable to CBA for monies and prizes.
Q. What is the date of this check?
A. November 21, 2016.
Q. And what is the approximate date listed on the chart for Count Two?
A. November 21st, 2016.
Q. Okay.
MR. DUNN: Can you pull up page 1 of Government's Exhibit 351AA and leave the chart as is? And would you call out the check on the bottom left.
BY MR. DUNN:
Q. Who is this check from?
A. Margaret Tousignant.
Q. Is that the same individual noted in the summary for Count Three?
A. Yes.
Q. Who is the payee on this check?
A. BNO.
Q. Is that reflected on the summary for Count Three?

A. Yes.
Q. And what is the date of this check?
A. December 11, 2016.
Q. And is that also what's on the summary for Count Two?
A. Yes.
MR. DUNN: Also on page 351AA, would you call out the check on the right side in the middle -- the middle one. Perfect.
BY MR. DUNN:
Q. Who is this check from?
A. Alemu Kore.
Q. Who is the payee?
A. MMP.
Q. And is that what is reflected in the summary for Count Four?
A. Yes.
Q. And what is the date of that check?
A. December 15, 2016.
Q. And is that what is reflected in the approximate date column for Count Four?
A. Yes.
MR. DUNN: Page 4 of this document, please call out the check on the bottom right.
BY MR. DUNN:
Q. Who is this check from?





A. Nuby Greene.
Q. Who is the payee?
A. NPF.
Q. And what is the date of this check?
A. December 21, 2016.
Q. Is that the information reflected in the approximate date and description of Count Five?
A. Yes.
Q. So that's the checks.
Were you in the courtroom during Mary Lilienkamp's testimony?
A. Yes.
Q. Do you recall her discussing mailing lists and schedules?
A. Yes.
Q. And did she discuss the other documents reflected in the description of each count?
A. Yes.
MR. DUNN: No further questions.
THE COURT: Thank you, Mr. Dunn.
Mr. Froccaro.
MR. FROCCARO: Yeah, just one sec, Judge.
CROSS-EXAMINATION
BY MR. FROCCARO:
Q. Hello, Agent.





A. Hello.
Q. We've met here in the courtroom. I'm James Froccaro. I just have a few questions for you -- a number of questions, ma'am.
For starters, during your direct examination by Mr. Dunn, he made you read -- and they were up on the screen -- I believe it was Exhibits 368A through E, which contained notes which Mr. Dunn asked you to read.
Do you recall that?
A. Yes. I believe those were the exhibit numbers.
Q. And they were notes from consumers who were responding to mailings; correct?
A. Yes.
Q. Who did you actually interview regarding each of those notes? Did you actually interview each of the persons that provided those notes?
A. I have not interviewed anyone in relation to this case.
Q. Not even one; right?
A. Not even one.
Q. Okay.
Were you involved in the interviews of any of the witnesses the Government chose to call in this case, including Mrs. Montilla?
A. I was not.





Q. Okay. During your direct examination, you talked about refunds with Mr. Dunn as well; correct?
A. Yes.
Q. Just so it's clear for the jury, if a person wanted more than one refund, they got more than one refund, and that's reflected in your review of the list, the refunds; correct?
A. I believe I recall one individual who had -- that I recall more than one check written to them.
Q. Okay. Well, according to -- and, again, I have your 3500 material.
There's payments -- refund of $380. That's clearly more than one promotion; correct?
A. If that check -- that check, I don't recall the specific name, if there was a name associated to that, but if that was one of the checks that was listed where we estimated anything under $500, I wouldn't know the name or anything --
Q. So the reality is people could have gotten more. All they had to do is ask, that's possible; correct?
A. That's possible.
Q. Right.
Because right here you have one for 380, there's one for 335, there's one for 285, there's one for 174. The list goes on. So it's possible that whoever asked got

what they asked for; correct?
A. It's possible.
Q. Sure.
You talked about -- and there was a chart, and I'm going to put it up on the screen so everybody can see it.
MR. FROCCARO: Judge, can I publish?
THE COURT: Which chart is this?
MR. FROCCARO: It's Government's Exhibit 393.
THE COURT: Yes, granted. Go ahead.
(Exhibit published.)
MR. FROCCARO: Does it actually fit this way? Let me give it a shot.
BY MR. FROCCARO:
Q. Okay. This is a list of the -- all the transactions that were done, correct, of the bank accounts?
A. From the ones we obtained in evidence, yes.
Q. Well, you don't know of any other ones; right?
A. I only know of these that were obtained in evidence.
Q. Right, right. Okay.
Have you done an examination of the expenses? Did you do any kind of amortization of that in looking through these bank accounts?
A. To my knowledge, there were -- I mean, in the financial analysis, there is information related to debits





from the account.
Q. Where is that in the -- in your exhibit, Government's Exhibit 393? Where is that reflected?
A. This is only a chart reflecting money going into those accounts.
Q. Okay. So was any work done to determine whether Mr. Priolo made a profit, if any, from the chart based on the chart?
A. So this would reflect all of the money going into those accounts, so that would be money coming in.
Q. So the answer is no, there was no analysis done of whether he made a profit, if any, from these transactions; correct?
A. There was financial analysis completed on debits from the account. There's no chart specifically here for --
Q. Well, the chart with the debits, what did that, then, reveal? No profit; correct?
A. I couldn't say today.
Q. So you don't know what that showed, hah?
A. Sitting here right now, I don't.
Q. Did you find even a single check in the entire -- and I have it right here --
MR. FROCCARO: Did she get a copy of all these?
BY MR. FROCCARO:
Q. All the checks are here, every check that was written





out of this account is here during the relevant time frame.
Did you find one check written out to Mr. Priolo to show that he made a profit? Do you know?
A. I believe -- I believe there was -- I would have to re-review. I've been on this case for a short period of time, but I believe there was one bank account that did have money going to Mr. Priolo, but I couldn't --
Q. How much?
A. I don't know offhand.
Q. Okay. Well, I'm just going to go through one statement with you, if you don't mind.
Just give me one second.
(Pause.)
MR. FROCCARO: It's Exhibit 351 through 400. Thank you so much.
BY MR. FROCCARO:
Q. I'm going to hand this up to you.
MR. FROCCARO: Judge, I can approach?
THE COURT: Yes.
This is Exhibit 351?
MR. FROCCARO: That's the one she's going to be focussing on, yes.
THE COURT: Okay. Thank you.
BY MR. FROCCARO:





Q. Ma'am, I bring your attention to, if you could go to -- and the jury is not going to see this, but we'll just go over it together if that's okay.
If you go to 351B. In fact, excuse me, go to 351C. We'll start there, Agent.
If you look at it, if you can just tell us what the balance is, the opening balance.
A. The previous statement -- the previous statement balance on this specific statement says $16,443.68.
Q. In that month, there were 20,000 in deposits and 20,000 in checks and other debits; correct?
A. Approximately.
Q. If you turn to page -- I will ask you to go to Government's Exhibit 351C, which is 505. That has -- I need my reading glasses, I'm sorry -- that has a list of all the checks that were written out; correct?
It's page 505.
Do you have it?
A. I see that here, yes.
Q. We will start with the top, the one to the U.S. Postal Service, there's a check for them; right?
A. Yes.
Q. For Game Plan Advertising and Marketing, that's an expense; correct?
A. Yes -- well, I would assume so.

Q. Okay. Another one under it for Game Plan Advertising and Marketing; right?
A. Yes.
Q. In fact, there's a whole series of them down the whole page; correct?
A. There are several.
Q. In the thousands and thousands of dollars; correct?
A. They all appear to be for over a thousand dollars, yes.
Q. Okay. Let's go to another statement, if we can. If you give me one second, please.
(Pause.)
Q. So I'm not going to take you through every one.
If -- I will take you to 351U. I will move you back.
Are you there?
A. Yes.
Q. What's the balance as of September 30, 2016?
A. As of September 30th, 2016, $65,113.38.
Q. Again, that month there was how much in deposits and other credits?
A. It says $55,370.
Q. And how much in checks and other debits?
A. $61,591.65.
Q. What he had to write out exceeded what came in;





correct? According to this.
A. According to this, the math is done here on the statement.
Q. Again, if you read through this, and if you go to the next page, page 3 of 4, on the exhibit.
A. Yes.
Q. This is the first page with a check to Mr. Priolo, so you know. I will point it out for you.
It's a check for how much money?
A. It says $750.
Q. Okay. If you look at it, there's another check in the top right-hand corner that says Feel Lucky Group; correct?
A. Yes.
Q. And that's for how much?
A. $1,500.
Q. Now, did you take that $1,500 and add it to the Feel Lucky Group numbers? I'm just curious if that's how it worked.
Did you consider that a deposit? Whatever he put in from his Winners Circle account, did you then double count him -- when it went to Feel Lucky, you counted that as a deposit there as well?
A. I would have to go back and double-check that.
Q. DidIt.com is another expense in here. That's another





business expense; correct?
A. For the scheme, yes.
Q. Listen, I'm not going to take you through each of these. You understood what I was saying; correct? Regarding a profit, you guys don't know if he made even a dollar on this whole thing; right?
A. Based on the money coming in -- and, again, based on that visual representation -- over $2 million came into those accounts.
Q. You didn't understand my question, ma'am? I asked you based -- if you did an analysis of the expenses, you don't know whether he even made a profit, a dollar; correct?
A. Sitting here today, I couldn't tell you exactly what all of the expenses were.
Q. But you've had these records for how long? How many years? Three? Four?
A. Personally I've only been a part of this team for a short period of time, so sitting here today, I couldn't tell you.
Q. But you're the person they chose to call as a summary agent and explain all the summaries to the jury; correct?
A. That's correct.
Q. Okay.
MR. FROCCARO: One second, Your Honor. I





apologize.
(Pause.)
BY MR. FROCCARO:
Q. You showed us a PacNet, I believe some emails with PacNet where they were talking about certain changes that they wanted; correct?
A. Yes.
Q. A Canadian company; correct?
A. Yes.
Q. Correct.
You don't know whether, first of all, they spoke on the telephone after that email, do you?
A. I don't know.
Q. You don't know what was said, if PacNet said, hey, you really don't need to do that, you have no clue; right?
A. I don't know about any phone conversations at this point.
MR. DUNN: Nothing further, Judge. I'm done.
THE COURT: Thank you, Mr. Froccaro.
Mr. Dunn, do you have any redirect?
MR. DUNN: Very briefly, Your Honor.
REDIRECT EXAMINATION
BY MR. DUNN:
MR. DUNN: Permission to publish Government's Exhibit 153, which I believe is already in evidence.

THE COURT: Yes. Granted.
(Exhibit published.)
BY MR. DUNN:
Q. Do you recall this document from Ms. Johnson's testimony, Inspector?
A. If it was in evidence, I believe I saw it. I don't recall it at this very moment.
Q. Okay. Do you recall her testimony about JC, Johnny Cash?
A. Yes.
Q. Here there's -- for September 19th, 2016, there's slightly over $5,000 in cash and slightly over $12,000 in checks.
Do you recall her testimony about her handing cash to Mr. Priolo every day?
MR. FROCCARO: Objection.
MR. DUNN: I'm asking if she recalls.
THE COURT: Sustained. Sustained.
BY MR. DUNN:
Q. Were you able to determine in preparation for your testimony today what Mr. Priolo did with cash generated by his operation?
A. What he did with the cash?
Q. Yes.
A. No.





MR. DUNN: Thank you. No further questions.
THE COURT: Thank you.
Thank you, ma'am. You may step down.
(Witness excused.)
THE COURT: Any further witnesses for the Government?
MS. ENTWISTLE: Your Honor, at this time the Government rests.
THE COURT: Thank you very much.
Jurors, the Government has rested. That means it has put forth its case in chief.
Before we proceed, I need a few minutes to confer with counsel, so you will get a bonus break so you are not sitting here while I do that conference. We will call you back in before you are released for the day. My conference could take anywhere from ten minutes to half an hour. We shall see.
With that, thank you for your attention. Please follow Mr. Morabito --
MR. FROCCARO: Judge, I have an extremely short defense case, if you let me do it.
THE COURT: Oh, you want to go forward with that?
MR. FROCCARO: Yes. It's a short stip I can read right into the record, Judge.





THE COURT: Okay. Great.
MR. FROCCARO: Stipulation between the Government and the defense.
During a March 11, 2024, interview with Cathy Johnson, a postal inspector reported that Cathy Johnson said that Philip Priolo was not involved in sweep reports in 2000.
That's it. Thank you, Judge.
THE COURT: Thank you very much.
MR. FROCCARO: We rest.
THE COURT: I still need to meet and confer with counsel so I'm going to send the jury back. You remember all my instructions about not speaking with anyone about the case, including each other, and not speaking with any members of the court or counsel, parties, members of the public, and not communicating about this case in any way with anyone you know in any way, shape, or form.
Please enjoy your break and we will see you back here shortly.
(Jury exits.)
THE COURT: Thank you, Counsel. Please have a seat.
Thank you, Mr. Froccaro.
MR. FROCCARO: Thanks, Judge.
THE COURT: So my question was whether the





defense wanted to put on a case, which you know you don't have to. There's no obligation on the defense to do that, so I didn't want you to feel rushed in making that decision.
MR. FROCCARO: I'm sorry, I figured, like, let's get it done.
THE COURT: You don't have to apologize.
Is there a motion that you want to make at this time?
MR. FROCCARO: I make a motion to acquit under Rule 29. That's my motion.
THE COURT: So it's my practice to reserve decision on such motions and to give the benefit of briefing from both parties before ruling on that kind of a motion.
So you made the motion. Do you want to put the grounds on the record? You don't have to because I'm going to reserve decision anyway.
MR. FROCCARO: Do we have to do a briefing if I ask Your Honor is it required, because I just make my motion orally. That's what I normally do. If Your Honor requires it, of course, we'll comply.
THE COURT: Well, you have to state the grounds for the motion.
MR. FROCCARO: I don't think they made a *prima*

*facie* case out, Judge. No way. They've called witnesses, first of all, who have never reviewed the documents. Every victim witness they called, not one of them had reviewed the documents. Every one during cross-examination admitted that they hadn't reviewed the documents. Nobody even bothered to show them to them in the case. They haven't had one witness who could stand up and give actually even an articulable reason why they were defrauded.

Again, none of them saw the consumer information. None of them saw anything. I was actually shocked at the witnesses that came in on the stand.

That's it. So I don't know how they make out a *prima facie* case that way, Judge.

THE COURT: Anything further you would like to say?

MR. FROCCARO: No, because nobody else had personal knowledge, so there really is nothing else I would like to say. That's their witnesses.

THE COURT: Mr. Dunn? Ms. Entwistle? Mr. Feldman?

MS. ENTWISTLE: Yes, Your Honor.

As you know, on a motion under Rule 29, when reviewing the sufficiency of the evidence, the Court must view the evidence in the light most favorable to the





Government drawing all inferences in the Government's favor and, of course, the jury will make any rulings on witness credibility.

In this case, the text of the mailings themselves we submit, Your Honor, presents *prima facie* evidence for which the jury could compare the statements on the front of those mailings with the statements Mr. Froccaro has highlighted on the back of those mailings, and a reasonable trier of fact could determine that they were deceptive and he had the intent to defraud.

In addition to that evidence, we have, of course, presented the evidence of two witnesses who, themselves, testified they were deceived by the mailings -- Ms. Pamela Pence and Ms. Marilyn Burks -- who, themselves, testified that they were deceived by the mailings.

In addition, as Your Honor heard, we had testimony from multiple victim family members regarding similar types of mailings that their family members received and the stated beliefs of their family members regarding what those mailings communicated.

In addition to that, we have put in numerous complaint letters received by Mr. Priolo from state attorneys general as well as other complaints evincing that the recipients of Mr. Priolo's mailings believed they





had won money. That information is in evidence.

There is the testimony of Ms. Johnson who worked caging for Mr. Priolo that, on their face, the mailings were deceptive and that non-buyers frequently sent in $20 payment -- or sent in -- I'm sorry, payment coupons with no money and we have seen multiple examples of recipients of those mailings asking that those payments be taken out of their winnings.

So on the question of whether there was intent to defraud, the Government has submitted substantial evidence by which a rational jury could find the defendant guilty.

THE COURT: So as I indicated, it's my practice to reserve rulings on these motions. So I've heard Mr. Froccaro's arguments and I've heard the Government's arguments. At this time I'm not going to rule on the motion, but I believe both sides have gotten a chance to make their record.

MR. FROCCARO: Judge, would you be willing to do the charging conference now so maybe tomorrow I can have a whole day? You've been wonderful to me, including when I was sick, you gave me the adjournment that I needed, but I think both sides would be in agreement if we can do the conference now, that would be great, and then have tomorrow off and close the next day.





THE COURT: Before we get to the charging conference, I need to talk to Mr. Priolo.

So it is always my practice to ensure that before the defense rests, that the defendant in a criminal case -- Mr. Priolo, here, that's you -- is fully aware of their right to testify in their own defense but also their right not to testify in their own defense. And my understanding from Mr. Froccaro -- and Mr. Froccaro, please confirm this is correct -- is that Mr. Froccaro put on a defense in the form of the stipulation that he read into the record, but it does not intend put on any further evidence.

Is that right, Mr. Froccaro?

MR. FROCCARO: That's correct, Your Honor.

THE COURT: That implies that, Mr. Priolo, you do not wish to testify in your own defense; is that correct?

THE DEFENDANT: That's correct.

THE COURT: And I assume that you've discussed this with your attorney before today; is that right?

THE DEFENDANT: I did.

THE COURT: And that is your wish. You are entitled to exercise that right. I just want to make sure that you understand that lawyers can make recommendations but the choice is always yours and yours alone.

Are you exercising your choice to not testify in your own defense?

THE DEFENDANT: I am, Your Honor.

THE COURT: Okay. Thank you so much. I just wanted to make sure that that was the case.

So, Mr. Froccaro, you would like to have a charging conference today. It's 4:00, and our time together ends at 4:30, so I'm not going to have the charging conference right now. I'm going to have it in the morning.

I would anticipate that -- I don't know, it depends on how many edits and concerns and suggestions that counsel for both sides have with the charge that I prepared.

I've looked closely at your request to charge and have some additions and some changes, as all judges do when they're putting together their own charge. My practice is why don't we start earlier tomorrow. I'm happy to get you in and out earlier if that would be helpful. You always are reporting at 9:15. I'm happy to start at 9:00, if that would be helpful, meet with the parties, have a charging conference. I will give you the charge in written form to review. You can take as much time as you need to go through it. Let's assume that takes half an hour, 40 minutes, I will come to the bench,





we'll discuss any issues that counsel want to raise.

I assume we would be able to get done by 10:30, 11:00, or thereabouts, which would give you, Mr. Froccaro, the rest of the day to prepare your summations for Wednesday morning.

MR. FROCCARO: I know, but I will be honest, last night I slept about an hour. I had a terrible stomach virus. I didn't sleep even 15 minutes. Would it be possible to do it by telephone tomorrow morning maybe so I get a little more time? We don't have to travel.

THE COURT: I see. Well, that's a little unorthodox.

Is Mr. Priolo not planning on being here for the charging conference?

MR. FROCCARO: He's waiving his appearance, yes, Judge.

THE COURT: I would be fine with a telephone charging conference if there's no concerns from the Government.

MR. FELDMAN: Would Your Honor email us your -- in that case, if we did a telephone conference, Your Honor would just email us the proposed charge.

THE COURT: Exactly. I would email counsel the proposed charge and then we would get on a call.

If we were here in person, I could ask you, let





me know me you're ready and Mr. Morabito would bring me in once the parties have had enough time to digest the information.

MR. FELDMAN: We defer to the Court on how it wants to handle the charge conference in light of defense counsel's request.

MR. FROCCARO: Judge, you are not going to have a problem if he handles it alone; right? Because I would rather work on my summation. Like I said --

THE COURT: Well, Mr. Froccaro, I think you need to be there because I do think if issues arise in the charging conference, they may impact what the parties address in their summations.

MR. FROCCARO: Okay. I will be on.

THE COURT: Let's do it by phone. I'm happy to grant that accommodation. Let's start at 9:00 a.m. We will make sure that the parties have an emailed copy of the charge by 9:00 a.m. The parties will alert Mr. Morabito when you are ready to hop on the line. I obviously don't have anything else on my calendar since I was planning on being here for trial.

Once the parties are ready, Mr. Morabito will circulate the telephone conference line and we'll all get on the telephone conference line with the court reporter.

Does this make sense?





MR. FROCCARO: Great. Thank you.

MR. FELDMAN: It does from the Government's perspective. Thank you, Your Honor.

THE COURT: The other thing that the parties need to do is have their exhibits totally ready to go into the jury room. I don't think that you are ready to go right now.

MR. FROCCARO: I am. I don't have many, and you corrected me today. I'm in the right order now.

THE COURT: Good. I want to let folks know, if you were here in person, you could actually go through, or a member of the teams can go through and organize exhibits, but that will need to be arranged so that on Wednesday morning, the exhibits are ready to go in with the jury. The Court is not responsible for the exhibits. The parties need to make sure -- your job is easier, Mr. Froccaro, but the Government needs to make sure you have only admitted exhibits.

Mr. Morabito will have a list that my law clerk and I will provide him and you will be checking just to make sure that those are there, but you need to have them ready to go.

Is that understood?

MR. FELDMAN: Yes, Your Honor, that's understood. We would also, because we have more exhibits,

we will prepare those binders, but we would like to arrange a time where counsel for the defense can also -- we'll obviously double triple check the binders, but we would like to arrange a time for counsel to also have the option to inspect our binders to make sure they're satisfied.

THE COURT: I think you can do that on Wednesday morning at 9:15.

Mr. Froccaro, if you are getting ready for your summations, Mr. Edelstein can do that and make sure there's no issue with the Government's Exhibits.

On summations, is the Government planning to exercise its right for rebuttal?

MR. FELDMAN: Yes, Your Honor.

THE COURT: Around how much time are we looking at for summations?

MR. DUNN: For the main summation, Your Honor, if I'm talking for more than 90 minutes, I'm doing it wrong, so I will keep it at that length or shorter.

THE COURT: I think you are doing it wrong for 90 minutes. You're an experienced trial lawyer so you know juries and attention spans.

MR. DUNN: I do. That was about the length of the closing in 2022. I'm expecting to cover a lot of the same ground.





THE COURT: Thank you.

Mr. Froccaro, do you have a guesstimate?

MR. FROCCARO: Judge, I promised I would get to my point directly from the start, and I think I have, with my crosses. Same thing with my summation. I don't think it will be more than an hour. Maybe 45 minutes.

THE COURT: Okay. Great. And then the Government's rebuttal?

MR. FELDMAN: At most the Government's rebuttal would be 15 minutes, but I would expect it to be less than that.

THE COURT: Okay. I'm just trying to plan out our day on Wednesday. Counsel, you come here at 9:15, members of each team get the exhibits in a row, at 10:00 a.m. we start with summations. Government first, 90 minutes; defense next. Let's assume you take the full our -- and, obviously, if you need more time, you get as much time as they do, but, again, we all know about attention spans. That's all I have to say.

So that takes us to 12:30 and then we would do the Government rebuttal, we would end at 12:45-ish and then we would call -- the jury would return to deliberate. No, actually, they wouldn't.

(Continued on the following page.)





(Continuing.)

THE COURT: So what would happen is, we would break for lunch, then I would give instructions and then they would retire to deliberate. So that's where looking at. We're looking at a lunch first. Okay?

MR. FELDMAN: So Your Honor instructs after summations?

THE COURT: Yes, I always instruct after, but you will see the charge before. You will know exactly what I'm going to charge them.

MR. FROCCARO: May I ask you questions, Your Honor? Some judges don't like you to refer to their charge in their summation. Is it okay if we make at least reference to Your Honor's charge?

THE COURT: Yes. You can references to the law. I understand that it's hard to give a summation without referring to the law at all, but I will instruct the jury that if something in your arguments contradicts with what I say, then my instructions on the law control. So you want to keep it to a minimum. But I understand it's really hard to not refer to the law at all.

Any further questions from the Government?

MR. FELDMAN: No further questions from the Government, Your Honor.

THE COURT: Mr. Froccaro?





MR. FROCCARO: No, Judge.

THE COURT: Okay. Thank you.

We'll bring the jury back in, and we'll discuss this schedule with them.

COURTROOM DEPUTY: All rise for the jury.

(Jury enters.)

COURTROOM DEPUTY: Please be seated.

THE COURT: Members of the jury, I'm going to walk you through what to expect in the coming days with the next stages of trial.

So as I indicated before the break, the Government has rested. They have put on the evidence and witnesses that they sought to offer.

And right before we broke, Mr. Froccaro read into the record a stipulation that the defense reached with the Government, which is part of the defense's case.

Mr. Froccaro has informed me that Mr. Priolo does not intend to call any additional witnesses or offer any additional evidence.

Under our Constitution and laws, a defendant is not required to call any additional witnesses or to offer any additional evidence in a criminal case. And that is because at all times in a criminal case, the Government bears the burden to prove beyond a reasonable doubt that the defendant is guilty of the crimes charged.

So Mr. Froccaro has informed me that the defense has rested as well.

We have two more stages of the case before you retire to the jury deliberations room and discuss together as a jury. We're not quite there yet.

First come the parties' summations. These are their closing arguments to you. And I will tell you more about summations and give you some instructions on them right before the parties give those summations.

After the parties' closing arguments, then I will instruct you on the law that you are to apply as you're deliberating on the all of the factual questions in the case.

I don't want you -- before we go to the summations and then my instructions to you, I need to meet with the lawyers to ensure that we are on all fours with my instructions to you. I don't want you waiting here in the jury deliberation room for hours while that process takes place.

So here's how we're going to proceed. I'm going to meet with the lawyers concerning my charge, which is called my instructions to you, tomorrow morning. We're going to work out all of those issues. You will have the day off. While you have the day off, we will be working, so that Wednesday goes as smoothly as possible.





You will come back on Wednesday, like normal. You will be in the jury deliberations room by 9:45. We will bring you in at 10:00 a.m., and will you hear each side's summation.

Then I will instruct you -- then we will probably get to lunch because it make take some time for each side to sum up.

We'll take a lunch break and then we -- I will give you my instructions. That will take some time as well, and then you will take my instructions. You will have a paper copy of my instructions to refer to if that's a helpful for you, along with evidence and other things that have been admitted into the record in this case, and you will retire to the jury deliberations room to deliberate.

Now, hold on one moment.

(Pause in proceedings.)

THE COURT: So your lunch on Wednesday will be provided. Juries are provided lunch while they're deliberating. You will have lunch on Wednesday, so do not worry about bringing food from home. Mr. Morabito will give you a menu. You guys can chose some food.

So this is how we are going to proceed, and I want to assure you that your day off tomorrow is not because folks here are having a fun time. We're going to





be working so that your time on Wednesday is used most efficiently.

With that, you have all of my prior instructions. You will leave your notebooks in the jury deliberations room. Mr. Morabito will ensure that no one has access to them.

You will not speak to each other. You still have to wait until summations and my instructions in order to speak to each other in your deliberations.

You will not speak to any friends or family. You will not do any research or read the news or do any kind of research of any kind into the facts, people, places, things you've heard about in the course of this trial, including counsel, the defendant, and personnel of the court.

And do not let anyone speak to you. If you happen to run into someone tomorrow, don't speak to them about this case. If you run into anyone on your way out of the courthouse, someone who's a party to this action or even a member of the public sitting in the courtroom, you will not speak to them about this case either, and you will inform me immediately through Mr. Morabito if you become aware of another juror's violation of these instructions.

With that, thank you so much for your attention





and focus so far during this trial, and I hope you enjoy your day off tomorrow. Thank you.

COURTROOM DEPUTY: Please rise for the jury.

(Jury exits.)

THE COURT: Okay. Everyone have a seat.

Any applications from the Government?

MS. ENTWISTLE: Nothing from the Government, Your Honor.

THE COURT: Anything from you Mr. Froccaro?

MR. FROCCARO: No thank you.

THE COURT: Okay. Thank you, all. Have a good afternoon, and we will speak by telephone tomorrow. Thank you.

MR. FROCCARO: Thanks, Judge.

MR. FELDMAN: Thank you, Your Honor.

(Trial adjourned to March 18, 2025, at 9:00 a.m.)

I N D E X


| WITNESS | PAGE |
| --- | --- |
| CATHY JOHNSON | |
| CROSS-EXAMINATION BY MR. FROCCARO | 722 |
| Video deposition of Alemitu Teshale | 743 |
| THOMAS RESSLER | 751 |
| DIRECT EXAMINATION BY MR. DUNN | 751 |
| CROSS-EXAMINATION BY MR. FROCCARO | 777 |
| CHRISTINE REINS-JARIN | 798 |
| DIRECT EXAMINATION BY MR. DUNN | 798 |
| CROSS-EXAMINATION BY MR. FROCCARO | 870 |
| REDIRECT EXAMINATION BY MR. DUNN | 880 |






E X H I B I T S


| | |
| --- | --- |
| Defense Exhibit F | 734 |
| Defense Exhibit G | 735 |
| Government Exhibits 401, 401-OE, 406, 408, 410, and 413 | 763 |
| Government Exhibits 1-OE, Government Exhibit 3-OE, Government Exhibit 4 and 4-OE, Government Exhibit 5 and 5-OE, Government Exhibit 8-OE, Government Exhibit 15 and 15-OE, Government Exhibit 22 and 22-OE, Government Exhibit 23 and 23-OE, Government 24 and 24-OE, Government Exhibit 25 and 25-OE, Government Exhibit 26 and 26-OE, Government Exhibit 27 and 27-OE, Government Exhibit 28 Government Exhibit 29, Government Exhibit 30 | 797 |







| | |
| --- | --- |
| Government Exhibit 351 through 351-DD, Government Exhibit 352 through 352-G, Government Exhibit 353, Government Exhibit 355, Government Exhibit 356, 356-A, 356-B, Government Exhibit 357, Government Exhibit 358, Government Exhibit 359, Government Exhibit 360, Government Exhibit 361, Government Exhibit 362 and 362-OE | 797 |
| Government Exhibit 362-A, 362-B, and 362-C, Government Exhibit 364, Government Exhibit 365, Government Exhibit 365-A and 365-B, Government Exhibit 366, Government Exhibit 367 and 367-A, Government Exhibit 368-A and 368-A-OE, Government Exhibit 368-B and 368-B-OE, Government Exhibit 368-C, Government Exhibit 368-D, Government Exhibit 368-E and 368-E-OE | 798 |







| | |
| --- | --- |
| Government Exhibit 369, Government Exhibit 370, Government Exhibit 371, Government Exhibit 372, Government Exhibit 373, Government Exhibit 374, Government Exhibit 375, Government Exhibit 376, Government Exhibit 380, Government Exhibit 382, Government Exhibit 383, Government Exhibit 384, Government Exhibit 385, Government Exhibit 386, Government Exhibit 387 and 387-A, Government Exhibit 388, Government Exhibit 389, 390; Government Exhibit 391, Government Exhibit 392, Government Exhibit 393, Government Exhibit 395, Government Exhibit 398, Government Exhibit 399 | 798 |
| Government Exhibit 400 | 798 |
| Government Exhibit 400 | 808 |
| Government's Exhibit 363 | 855 |

## $

**$1,250,000** [1] - 810:23
**$1,392,892.45** [1] - 830:1
**$1,500** [2] - 878:16, 878:17
**$1,731,000** [3] - 811:8, 818:11, 818:13
**$100** [3] - 735:2, 836:17
**$12,000** [1] - 881:12
**$12,725.25** [1] - 841:5
**$16,443.68** [1] - 876:9
**$17,000** [1] - 819:16
**$2,484,90** [1] - 835:5
**$2,484,991** [1] - 835:5
**$2,873.36** [1] - 841:5
**$20** [7] - 834:2, 834:10, 835:7, 835:11, 835:14, 836:23, 887:4
**$20,000** [1] - 819:14
**$24.34** [1] - 835:19
**$2800** [1] - 812:19
**$2900** [1] - 812:19
**$30,000** [1] - 819:11
**$380** [1] - 872:12
**$5,000** [1] - 881:12
**$50,000** [2] - 819:18, 819:20
**$500** [2] - 812:3, 872:17
**$55,370** [1] - 877:22
**$61,591.65** [1] - 877:24
**$65,000** [1] - 819:22
**$65,113.38** [1] - 877:19
**$7,500** [1] - 839:11
**$750** [1] - 878:10
**$9,851.90** [1] - 841:7

## '

**'72** [1] - 753:8
**'87** [1] - 754:17
**'93** [1] - 755:22
**'99** [1] - 775:10

## 0

**0411** [1] - 852:22

## 1

**1** [9] - 720:12, 830:11, 833:25, 837:5, 850:4, 850:5, 855:6, 855:20, 868:14
**1-OE** [3] - 795:23, 797:13, 902:11
**1.2** [1] - 732:1
**10** [8] - 716:16, 732:7, 833:3, 834:22, 844:5, 844:8, 847:12, 854:22
**100** [1] - 704:15
**10017** [1] - 704:21
**102** [1] - 790:17
**103W** [1] - 704:19
**10:00** [3] - 704:6, 894:15, 898:3
**10:30** [1] - 890:2
**10th** [2] - 761:20, 846:25
**11** [3] - 805:20, 869:3, 883:4
**11-13** [1] - 805:14
**11-20** [1] - 815:15
**11050** [1] - 704:19
**11722** [1] - 704:15
**11:00** [1] - 890:3
**11th** [3] - 831:6, 845:8, 847:13
**12** [6] - 732:7, 752:13, 802:3, 806:15, 806:18, 855:3
**12:30** [3] - 750:15, 750:16, 894:20
**12:45-ish** [1] - 894:21
**13** [11] - 719:7, 719:19, 720:2, 720:19, 720:21, 806:24, 835:6, 856:17, 856:21, 857:15, 858:8
**14** [2] - 780:17, 834:6
**15** [14] - 710:5, 710:20, 719:3, 728:12, 730:6, 796:1, 797:15, 807:7, 836:12, 860:7, 869:18, 890:8, 894:10, 902:15
**15-OE** [3] - 796:1, 797:16, 902:15
**151** [2] - 856:22
**153** [1] - 880:25
**15th** [1] - 815:18
**16** [4] - 752:13, 814:5, 835:9, 844:20
**16th** [1] - 716:22
**17** [2] - 704:6, 726:19
**174** [1] - 872:24
**1775** [1] - 802:12
**18** [4] - 779:2, 779:13, 834:9, 900:16
**188** [2] - 724:18, 740:25
**18th** [1] - 846:4
**19** [1] - 763:22
**1971** [1] - 753:8
**1986** [1] - 754:17
**1990** [1] - 755:6
**1992** [1] - 755:22
**1998** [2] - 758:9, 775:10
**1999** [1] - 846:25
**19th** [1] - 881:11
**1:30** [2] - 792:13, 793:1
**1st** [1] - 841:1

## 2

**2** [16] - 712:25, 785:5, 785:16, 790:10, 790:12, 790:16, 819:12, 822:8, 834:3, 834:10, 836:2, 837:23, 844:23, 851:8, 867:16, 879:8
**20** [7] - 704:19, 710:5, 710:20, 753:15, 763:22, 770:24, 856:22
**20,000** [2] - 876:10, 876:11
**2000** [16] - 715:6, 723:6, 725:4, 726:18, 726:22, 727:1, 727:15, 727:18, 727:22, 761:17, 775:10, 781:6, 845:8, 845:12, 846:4, 883:7
**2000s** [2] - 724:7, 844:16
**2001** [1] - 845:21
**2002** [3] - 731:5, 799:22, 847:13
**2003** [2] - 730:18, 731:5
**2005** [1] - 719:21
**2007** [1] - 800:8
**2008** [1] - 759:25
**2009** [1] - 715:22
**2012** [1] - 801:12
**2014** [1] - 805:14
**2015** [10] - 728:13, 728:17, 729:1, 729:10, 815:15, 827:24, 831:6, 832:22, 839:22, 865:23
**2016** [18] - 728:18, 729:1, 730:18, 731:6, 803:24, 815:18, 831:1, 841:15, 842:13, 842:20, 868:9, 868:12, 869:3, 869:18, 870:5, 877:18, 877:19, 881:11
**2016-03-31** [1] - 816:6
**2017** [2] - 758:14, 823:21
**2018** [1] - 803:13
**2022** [2] - 715:16, 893:24
**2024** [2] - 730:16, 883:4
**2025** [4] - 704:6, 789:4, 804:3, 900:16
**21** [3] - 730:16, 868:9, 870:5
**21-CR-00566(NJC** [1] - 704:2
**21-CR-566** [1] - 705:8
**21st** [2] - 719:21, 868:12
**22** [3] - 796:1, 797:16, 902:15
**22-OE** [3] - 796:1, 797:16, 902:16
**22nd** [1] - 845:12
**23** [3] - 796:2, 797:17, 902:16
**23-OE** [3] - 796:2, 797:17, 902:16
**24** [3] - 796:2, 797:17, 902:17
**24-OE** [3] - 796:2, 797:17, 902:17
**24th** [3] - 841:15, 842:13, 842:20
**25** [8] - 722:22, 768:2, 781:8, 782:6, 796:3, 797:18, 814:22, 902:18
**25-OE** [3] - 796:3, 797:18, 902:18
**26** [3] - 796:3, 797:18, 902:18
**26-OE** [3] - 796:4, 797:18, 902:19
**27** [6] - 796:4, 797:19, 809:19, 814:10, 835:13, 902:19
**27-OE** [3] - 796:4, 797:19, 902:19
**27th** [1] - 845:21
**28** [3] - 796:5, 797:19, 902:20
**285** [1] - 872:24
**29** [5] - 796:5, 797:20, 884:11, 885:23, 902:21
**2:09** [1] - 842:22

## 3

**3** [18] - 706:14, 719:17, 773:14, 822:16, 822:20, 830:11, 830:17, 831:20, 832:2, 833:1, 834:10, 839:14, 848:9, 851:7, 851:16, 878:5
**3-OE** [3] - 795:24, 797:14, 902:12
**30** [6] - 710:11, 796:5, 797:20, 812:14, 877:18, 902:21
**30th** [2] - 827:24, 877:19
**31** [2] - 752:13, 807:14
**335** [1] - 872:24
**35** [1] - 752:6
**3500** [11] - 738:5, 740:10, 778:20, 781:20, 781:23, 785:4, 785:10, 790:9, 790:11, 790:13, 872:11
**3500-CJohn-4** [1] - 730:24
**351** [6] - 796:6, 797:21, 805:1, 875:15, 875:21, 903:2
**351-DD** [3] - 796:6, 797:21, 903:2
**351AA** [6] - 867:3, 867:9, 867:12, 867:17, 868:15, 869:6
**351B** [1] - 876:4
**351C** [2] - 876:5, 876:14
**351U** [1] - 877:14
**351V** [1] - 863:5
**352** [4] - 796:7, 797:21, 807:21, 903:3
**352-G** [3] - 796:7, 797:22, 903:3
**353** [4] - 796:8, 797:22, 809:11, 903:4
**355** [4] - 796:8, 797:22, 812:21, 903:5
**356** [3] - 796:8, 797:23, 903:5

**356-A** [3] - 796:9, 797:23, 903:5
**356-B** [3] - 796:9, 797:23, 903:5
**357** [3] - 796:9, 797:24, 903:6
**358** [4] - 796:10, 797:24, 819:24, 903:7
**359** [3] - 796:10, 797:24, 903:7
**360** [4] - 796:10, 797:25, 822:25, 903:8
**361** [4] - 796:11, 797:25, 823:14, 903:8
**362** [6] - 796:11, 798:1, 825:8, 828:9, 828:17, 903:9
**362-A** [3] - 796:12, 798:1, 903:11
**362-B** [4] - 796:12, 798:1, 817:5, 903:11
**362-C** [3] - 796:12, 798:2, 903:11
**362-OE** [3] - 796:11, 798:1, 903:9
**363** [6] - 855:6, 855:11, 855:15, 855:20, 856:18, 904:21
**364** [4] - 796:13, 798:2, 837:11, 903:12
**365** [4] - 796:13, 798:2, 815:23, 903:13
**365-A** [4] - 796:14, 798:3, 815:2, 903:13
**365-B** [3] - 796:14, 798:3, 903:13
**366** [4] - 796:14, 798:4, 816:17, 903:14
**367** [4] - 796:15, 798:4, 814:14, 903:15
**367-A** [3] - 796:15, 798:4, 903:15
**367A** [1] - 818:23
**368-A** [3] - 796:15, 798:5, 903:15
**368-A-OE** [3] - 796:16, 798:5, 903:16
**368-B** [3] - 796:16, 798:5, 903:16
**368-B-OE** [3] - 796:16, 798:5, 903:17
**368-C** [3] - 796:17, 798:6, 903:17
**368-D** [3] - 796:17, 798:6, 903:18
**368-E** [3] - 796:18, 798:7, 903:19
**368-E-OE** [3] - 796:18, 798:7, 903:19
**368A** [3] - 833:14, 833:22, 871:7
**368B** [1] - 834:20
**368C** [1] - 835:23
**368D** [2] - 836:8, 857:13
**368E** [1] - 837:2
**369** [3] - 796:19, 798:8, 904:2
**37** [2] - 828:5, 829:7
**370** [3] - 796:19, 798:8, 904:3
**371** [4] - 796:20, 798:8, 838:21, 904:3
**372** [4] - 796:20, 798:9, 839:24, 904:4
**373** [4] - 796:21, 798:9, 840:18, 904:4
**374** [5] - 796:21, 798:10, 842:15, 843:8, 904:5
**375** [5] - 796:22, 798:10, 841:10, 843:2, 904:6
**376** [3] - 796:22, 798:11, 904:6
**38** [1] - 807:18
**380** [4] - 796:22, 798:11, 872:23, 904:7
**382** [3] - 796:23, 798:11, 904:7
**383** [4] - 796:23, 798:12, 846:12, 904:8
**384** [3] - 796:24, 798:12, 904:9
**385** [3] - 796:24, 798:13, 904:9
**386** [3] - 796:25, 798:13, 904:10
**387** [6] - 796:25, 798:14, 826:15, 828:6, 828:7, 904:10
**387-A** [3] - 796:25, 798:14, 904:11
**387A** [2] - 827:12, 827:25
**388** [4] - 797:1, 798:14, 847:15, 904:11
**389** [3] - 797:1, 798:15, 904:12
**39** [1] - 835:16
**390** [6] - 797:1, 798:15, 849:8, 850:11, 853:2, 904:12
**391** [11] - 797:2, 798:15, 849:25, 850:5, 851:23, 853:10, 856:17, 856:21, 857:15, 858:8, 904:12
**392** [7] - 797:2, 798:15, 858:14, 858:19, 861:15, 861:17, 904:13
**393** [6] - 797:3, 798:16, 864:5, 873:9, 874:3, 904:14
**395** [4] - 797:3, 798:16, 844:23, 904:14
**398** [5] - 797:4, 798:17, 808:20, 866:16, 904:15
**399** [3] - 797:4, 798:17, 904:15

**4**

**4** [12] - 706:3, 719:22, 740:11, 781:24, 785:5, 795:24, 797:14, 823:22, 836:21, 869:22, 878:5, 902:12
**4-OE** [3] - 795:24, 797:14, 902:13
**4/17/15** [1] - 822:18
**4/17/15)** [1] - 822:19
**4/2/15** [2] - 822:13, 822:14
**4/2/15)** [1] - 822:15
**40** [1] - 889:25
**400** [9] - 797:5, 798:18, 808:12, 808:19, 808:22, 808:25, 875:15, 904:17, 904:19
**401** [7] - 760:6, 763:4, 763:12, 763:22, 770:24, 808:21, 902:8
**401-OE** [4] - 760:6, 763:4, 763:7, 902:8
**406** [6] - 760:6, 763:4, 771:25, 772:6, 772:16, 902:8
**408** [4] - 760:6, 763:4, 773:11, 902:8
**410** [3] - 760:6, 763:4, 902:9
**413** [4] - 760:6, 763:5, 776:1, 902:9
**44** [1] - 752:12
**45** [1] - 894:6
**4:00** [1] - 889:7
**4:30** [1] - 889:8

**5**

**5** [13] - 713:21, 779:1, 779:13, 795:25, 797:14, 819:15, 824:12, 845:17, 848:20, 851:23, 902:13
**5,000** [1] - 732:6
**5-OE** [3] - 795:25, 797:15, 902:13
**50,000** [2] - 731:24, 732:8
**500** [3] - 767:12, 768:5, 771:16
**501** [1] - 704:21
**505** [2] - 876:14, 876:17
**514** [1] - 704:21
**52** [1] - 752:12
**55** [1] - 834:12
**55092-8059** [1] - 838:5
**570** [1] - 704:15
**5th** [2] - 704:21, 823:20

**6**

**6** [6] - 730:24, 785:15, 819:17, 845:25, 846:21, 852:8
**60** [1] - 711:19
**600,000** [5] - 732:1, 732:8, 826:13, 826:24, 827:3
**6311** [1] - 735:3
**6th** [1] - 789:4

**7**

**7** [4] - 785:15, 819:19, 853:9, 857:15
**722** [1] - 901:4
**734** [1] - 902:4
**735** [1] - 902:6
**743** [1] - 901:5
**75** [1] - 712:13
**751** [2] - 901:6, 901:7
**763** [1] - 902:9
**772** [1] - 779:1
**777** [1] - 901:8
**797** [2] - 902:21, 903:9
**798** [5] - 901:9, 901:10, 903:19, 904:15, 904:17

**8**

**8** [3] - 740:11, 847:1, 853:24
**8-OE** [3] - 795:25, 797:15, 902:14
**80** [1] - 848:16
**808** [1] - 904:19
**83** [1] - 849:6
**855** [1] - 904:21
**870** [1] - 901:11
**88** [1] - 740:25
**880** [1] - 901:12
**89** [1] - 848:8
**8:34** [1] - 843:7
**8th** [1] - 831:1

**9**

**9** [3] - 819:21, 825:23, 854:10
**9/11** [5] - 715:7, 778:3, 778:10, 780:19, 780:24
**9/28/2016** [1] - 858:7
**90** [4] - 711:19, 893:18, 893:21, 894:16
**99301** [1] - 735:4
**9:00** [4] - 889:21, 891:16, 891:18, 900:16
**9:15** [3] - 889:20, 893:8, 894:13
**9:29** [1] - 709:1
**9:45** [1] - 898:2
**9th** [1] - 716:22

**A**

**a.m** [7] - 704:6, 843:7, 891:16, 891:18, 894:15, 898:3, 900:16
**able** [11] - 708:19, 720:7, 780:1, 812:7, 824:24, 825:20, 826:6, 857:19, 857:23, 881:20, 890:2
**above-referred** [35] - 725:1, 734:20, 735:15, 818:25, 820:1, 823:2, 823:16, 825:10, 826:17, 827:14,

828:3, 828:12, 830:15, 831:22, 833:16, 834:23, 835:25, 836:10, 837:4, 837:13, 838:23, 840:1, 840:20, 841:12, 842:17, 843:4, 843:9, 844:25, 846:14, 847:17, 849:10, 850:2, 855:18, 856:25, 857:17
**absent** [1] - 714:6
**absolute** [1] - 738:14
**Absolutely** [1] - 744:11
**absolutely** [2] - 744:14, 781:12
**academy** [2] - 801:18, 802:1
**Academy** [1] - 801:21
**access** [4] - 769:10, 818:11, 818:12, 899:6
**accommodation** [1] - 891:16
**according** [6] - 815:13, 827:18, 863:17, 872:10, 878:1, 878:2
**Account** [1] - 830:8
**account** [28] - 805:6, 808:4, 811:11, 811:14, 811:15, 811:16, 812:2, 813:3, 813:12, 813:23, 815:12, 815:15, 823:24, 823:25, 824:14, 824:15, 824:22, 824:23, 852:21, 853:22, 854:6, 854:16, 863:1, 874:1, 874:15, 875:1, 875:7, 878:21
**accounts** [17] - 811:22, 811:23, 812:11, 812:13, 819:5, 861:23, 862:22, 862:23, 863:1, 864:20, 866:8, 866:13, 873:16, 873:23, 874:5, 874:10, 879:9
**accurate** [2] - 758:8, 759:24
**acquainted** [1] - 759:6
**acquiring** [1] - 769:15
**acquit** [1] - 884:10
**action** [1] - 899:19
**actions** [1] - 856:11
**actual** [5] - 723:13, 728:16, 771:19, 811:19, 829:10
**ad** [1] - 753:25
**add** [1] - 878:17
**addition** [3] - 886:11, 886:17, 886:22
**additional** [8] - 715:1, 716:4, 716:15, 801:14, 896:18, 896:19, 896:21, 896:22
**additions** [1] - 889:16
**address** [25] - 705:7, 705:20, 707:3, 717:10, 719:12, 719:14, 748:6, 764:16, 764:19, 764:20, 824:2, 824:21, 825:13, 825:16, 825:19, 826:3, 826:21, 827:4, 829:9, 838:4, 839:2, 840:5, 840:24, 847:8, 891:13
**addressed** [6] - 706:25, 744:4, 763:18, 845:4, 845:22, 846:5
**addresses** [4] - 827:5, 827:6, 855:23, 856:12
**addressing** [1] - 706:20
**adequately** [1] - 762:2
**adjourned** [1] - 900:16
**adjournment** [1] - 887:22
**admissibility** [1] - 746:12
**admissible** [1] - 746:10
**admission** [2] - 734:9, 855:9
**admit** [2] - 808:22, 855:10
**admitted** [17] - 734:17, 735:9, 735:12, 746:6, 748:23, 749:1, 763:2, 797:12, 808:19, 808:24, 811:11, 830:11, 855:8, 856:22, 885:5, 892:18, 898:13
**advantage** [1] - 734:5
**advertisement** [1] - 765:19
**Advertising** [2] - 876:23, 877:1
**advertising** [3] - 753:21, 753:24, 754:2
**advise** [2] - 713:13, 719:25
**advised** [5] - 783:7, 783:11, 785:6, 785:24, 832:8
**Advisory** [10] - 740:21, 770:17, 774:17, 774:22, 844:16, 845:3, 845:19, 846:20, 846:23, 847:6
**advocate** [1] - 747:2
**affects** [1] - 716:21
**affiliate** [1] - 752:1
**afford** [1] - 835:7
**afternoon** [9] - 713:23, 716:6, 717:25, 795:4, 798:23, 798:24, 804:19, 858:16, 900:12
**AG** [1] - 837:20
**agency** [4] - 753:21, 753:24, 754:2, 800:9
**agent** [6] - 716:11, 718:6, 718:11, 790:20, 791:11, 879:22
**Agent** [3] - 789:4, 870:25, 876:5
**aggregate** [1] - 832:10
**ago** [6] - 726:21, 768:2, 781:8, 789:13, 828:18, 836:18
**agree** [7] - 729:20, 732:3, 732:10, 738:17, 759:19, 790:24, 821:4
**agreed** [2] - 717:5, 719:14
**agreement** [5] - 738:12, 814:20, 816:13, 887:23
**ahead** [6] - 739:13, 740:8, 743:8, 779:11, 843:14, 873:10
**aided** [1] - 704:25
**airbrush** [1] - 767:15
**Albert** [1] - 725:23
**Alemitu** [3] - 741:23, 743:17, 901:5
**Alemu** [2] - 853:25, 869:11
**alert** [1] - 891:18
**Alice** [1] - 847:25
**almost** [1] - 787:18
**alone** [2] - 888:25, 891:8
**Alternate** [1] - 720:12
**alternate** [1] - 720:13
**alternative** [1] - 805:25
**alternatively** [1] - 710:19
**altogether** [1] - 727:12
**amendments** [1] - 829:15
**AMERICA** [1] - 704:2
**Americans** [1] - 803:22
**amortization** [1] - 873:22
**amount** [11] - 716:23, 716:24, 732:12, 733:23, 812:2, 819:9, 839:11, 841:4, 850:14, 860:5
**amounts** [3] - 769:11, 850:21, 850:22
**analysis** [5] - 811:20, 873:25, 874:11, 874:14, 879:11
**and-a-half** [2] - 800:13, 803:2
**and..** [1] - 832:24
**Angeles** [4] - 802:24, 804:9, 804:10, 849:2
**Ann** [2] - 705:12, 743:10
**ANN** [1] - 704:16
**annoyed** [1] - 836:16
**ANSWER** [1] - 780:22
**answer** [6] - 724:10, 739:12, 744:24, 780:16, 781:1, 874:11
**answers** [2] - 742:5, 742:15
**anticipate** [9] - 709:20, 712:21, 714:11, 714:12, 714:16, 714:19, 714:24, 716:6, 889:11
**anticipated** [1] - 793:1
**anticipating** [1] - 713:18
**anyway** [1] - 884:18
**apologize** [5] - 712:1, 760:4, 828:9, 880:1, 884:7
**appear** [4] - 712:22, 765:18, 822:7, 877:8 3
**appearance** [1] - 890:15
**appearances** [1] - 705:10
**appended** [1] - 835:16
**applicable** [2] - 845:13, 856:12
**application** [1] - 815:19
**applications** [2] - 792:20, 900:6
**apply** [6] - 747:14, 768:16, 768:23, 775:21, 792:1, 897:11
**appreciate** [3] - 709:21, 741:19, 793:14
**approach** [7] - 730:23, 730:25, 737:4, 743:21, 760:7, 792:6, 875:19
**appropriate** [2] - 719:13, 719:14
**approve** [1] - 709:13
**approved** [3] - 734:8, 815:21, 843:19
**approximate** [6] - 812:18, 850:15, 866:3, 868:10, 869:19, 870:6
**April** [2] - 801:12, 846:4
**ARC09** [1] - 840:12
**ARC10** [1] - 840:13
**area** [1] - 803:9
**argue** [1] - 738:13
**argument** [1] - 727:11
**arguments** [5] - 887:15, 887:16, 895:18, 897:7, 897:10
**arise** [2] - 714:9, 891:11
**Arlene** [1] - 851:21
**arm** [1] - 802:7
**arrange** [2] - 893:2, 893:4
**arranged** [1] - 892:13
**arrow** [5] - 862:2, 862:8, 862:19, 862:21, 862:24
**arrows** [2] - 861:25, 862:16
**art** [8] - 751:20, 752:22, 752:23, 752:25, 753:2, 765:11, 766:13, 768:23

**Art** [2] - 851:18, 851:20
**articles** [1] - 747:23
**articulable** [1] - 885:8
**artist** [1] - 751:18
**artistic** [3] - 766:2, 768:16, 768:22
**arts** [1] - 766:4
**ASAP** [1] - 709:17
**Ashley** [1] - 852:4
**Asian** [2] - 799:16, 799:24
**assess** [1] - 811:25
**assigned** [4] - 801:4, 801:6, 802:24, 803:16
**assignment** [3] - 802:22, 803:1, 803:14
**assist** [2] - 804:11, 866:23
**Assistant** [1] - 704:17
**assisted** [1] - 804:13
**assisting** [1] - 781:21
**associated** [8] - 823:25, 824:15, 825:19, 826:21, 826:22, 827:4, 827:8, 872:15
**assume** [5] - 876:25, 888:19, 889:24, 890:2, 894:16
**Assumed** [1] - 805:22
**assumed** [5] - 805:22, 805:23, 806:16, 806:25, 807:9
**assuming** [2] - 710:6, 860:12
**assure** [1] - 898:24
**assured** [2] - 720:8, 720:17
**Attached** [1] - 841:2
**attached** [4] - 764:1, 830:5, 837:25, 839:10
**attachment** [5] - 815:13, 816:5, 816:11, 822:6, 839:14
**attempt** [3] - 746:16, 747:4, 832:9
**attend** [1] - 769:15
**attended** [2] - 800:21, 801:19
**attention** [8] - 728:15, 765:12, 770:16, 876:1, 882:18, 893:22, 894:19, 899:25
**Attorney** [7] - 704:14, 845:5, 845:23, 846:6, 846:7, 856:7
**attorney** [3] - 742:17, 742:18, 888:20
**Attorneys** [1] - 704:17
**attorneys** [2] - 742:12, 886:24
**Atwater** [1] - 838:4
**Audrey** [4] - 848:14, 852:11, 852:13, 867:21
**August** [2] - 841:3, 865:23
**author** [1] - 827:18
**authority** [7] - 707:22, 707:23, 707:25, 708:11, 708:19, 708:20, 709:17
**authorized** [2] - 805:18, 805:19
**authorizes** [1] - 802:18
**available** [5] - 712:18, 774:12, 811:24, 856:3
**Avenue** [2] - 704:19, 704:21
**awards** [2] - 774:23, 832:10
**aware** [6] - 722:16, 728:24, 744:5, 859:7, 888:5, 899:23
**Azda** [2] - 857:10, 858:10

## B

**bachelors** [1] - 799:20
**back-end** [2] - 732:5, 732:6
**back-ends** [1] - 732:7
**BAJ** [9] - 755:25, 756:1, 756:4, 756:9, 757:6, 757:10, 758:5, 758:8, 759:10
**balance** [5] - 841:7, 876:7, 876:9, 877:18
**Bank** [14] - 805:7, 808:3, 809:3, 809:17, 811:14, 811:15, 811:16, 863:12, 863:18, 863:20, 864:20, 866:9, 867:11
**bank** [16] - 811:11, 811:19, 811:21, 862:25, 863:1, 863:15, 863:17, 863:19, 863:22, 864:1, 864:19, 866:7, 866:13, 873:16, 873:23, 875:7
**Barbados** [2] - 756:2, 756:3
**Barbara** [1] - 799:14
**barring** [1] - 826:5
**Barry** [1] - 789:4
**based** [7] - 713:20, 769:13, 840:11, 874:7, 879:7, 879:11
**Basic** [1] - 800:24
**Beach** [3] - 801:4, 801:5, 803:3
**beagles** [1] - 708:13
**bears** [1] - 896:24
**became** [2] - 759:6, 802:16
**become** [4] - 706:14, 801:11, 859:7, 899:23
**BEFORE** [1] - 704:10
**began** [6] - 722:22, 727:15, 727:19, 753:6, 779:4, 803:23
**begin** [1] - 710:22
**beginning** [1] - 795:20
**behalf** [2] - 709:11, 838:3
**behind** [1] - 773:7
**belabor** [1] - 854:13
**beliefs** [1] - 886:20
**believes** [1] - 746:9
**below** [18] - 767:4, 772:20, 774:6, 805:16, 806:10, 806:11, 807:4, 807:11, 812:3, 825:2, 832:7, 832:14, 834:3, 839:4, 853:18, 854:2, 864:14, 865:25
**bench** [1] - 889:25
**beneficiary** [1] - 864:1
**benefit** [1] - 884:13
**Benjamin** [1] - 802:14
**best** [3] - 810:6, 839:13, 842:6
**bet** [1] - 841:22
**Better** [1] - 836:5
**better** [4] - 710:23, 711:3, 718:18, 843:17
**between** [16] - 711:9, 711:18, 713:7, 728:17, 730:18, 731:23, 769:3, 769:4, 812:19, 814:20, 816:14, 818:3, 839:4, 851:9, 866:13, 883:2
**beyond** [1] - 896:24
**big** [2] - 780:19, 853:1
**bigger** [1] - 767:12
**bill** [2] - 822:8, 834:17
**binders** [3] - 893:1, 893:3, 893:5
**bit** [2] - 709:14, 813:15
**Bless** [1] - 834:17
**blessing** [1] - 841:19
**blow** [1] - 771:15
**blue** [3] - 861:25, 862:2, 862:8
**blur** [3] - 767:16, 768:5, 771:17
**BMO** [1] - 863:18
**BNL** [1] - 782:20
**BNO** [3] - 782:23, 853:18, 868:24
**Bohemia** [1] - 727:17
**bold** [1] - 832:7
**bonus** [1] - 882:13
**book** [1] - 723:14
**Book** [1] - 822:23
**booklet** [1] - 723:19
**Border** [4] - 800:10, 800:14, 800:16, 801:3
**border** [1] - 776:9
**boring** [1] - 769:6
**born** [1] - 758:2
**bothered** [1] - 885:6
**bottom** [27] - 735:17, 735:18, 769:8, 771:10, 790:16, 805:11, 806:3, 806:7, 806:10, 806:18, 807:3, 807:11, 814:1, 814:6, 818:9, 833:2, 833:5, 835:6, 836:15, 836:22, 841:14, 843:13, 866:10, 867:18, 868:16, 869:23
**Bouche** [1] - 789:4
**Boulevard** [1] - 844:19
**box** [12] - 761:24, 808:7, 850:18, 850:25, 852:19, 853:18, 854:3, 854:14, 857:9, 857:20, 862:6
**Box** [1] - 837:22
**boxes** [4] - 850:13, 862:4, 862:11, 862:13
**break** [18] - 710:21, 712:17, 712:19, 747:11, 750:16, 780:9, 787:21, 788:7, 791:25, 792:12, 858:16, 859:9, 860:15, 882:13, 883:18, 895:3, 896:11, 898:8
**breaking** [2] - 750:14, 860:12
**Bren** [1] - 845:14
**brief** [1] - 710:21
**briefed** [2] - 761:9, 761:20
**briefing** [2] - 884:14, 884:19
**briefly** [5] - 706:18, 715:10, 716:1, 760:8, 880:21
**bring** [11] - 707:13, 707:14, 715:14, 721:1, 722:19, 750:13, 776:16, 876:1, 891:1, 896:3, 898:3
**bringing** [1] - 898:21
**British** [2] - 813:10, 863:25
**broader** [2] - 827:3, 828:14
**broke** [2] - 727:12, 896:14
**broker** [1] - 838:18
**Brooks** [3] - 851:25, 852:3, 852:4
**Brunswick** [1] - 800:22
**bulk** [1] - 801:10
**bullet** [6] - 831:15, 831:17, 831:19, 831:23, 832:11
**burden** [1] - 896:24
**Bureau** [1] - 836:5
**Burks** [3] - 854:24, 855:1, 886:14
**business** [11] - 723:8, 724:1, 724:7, 729:10, 730:2, 805:23, 805:25, 843:17, 846:18, 846:19, 879:1
**Business** [1] - 836:5
**busy** [2] - 705:6, 770:5
**but..** [1] - 842:25
**buyer** [1] - 733:17
**Buyers** [2] - 822:14, 822:18
**buyers** [1] - 887:4
**BY** [99] - 704:16, 722:15, 734:21, 735:16, 739:2,

740:12, 751:12, 763:10, 765:2, 771:1, 772:3, 772:14, 773:15, 774:4, 774:18, 776:4, 777:6, 777:19, 778:18, 779:12, 780:14, 785:2, 789:2, 798:22, 805:4, 806:6, 807:8, 808:1, 808:16, 809:2, 809:14, 810:13, 812:25, 813:16, 814:18, 815:6, 816:1, 816:20, 818:1, 819:1, 820:2, 822:2, 823:3, 823:17, 825:11, 826:18, 827:15, 828:4, 828:13, 830:16, 833:17, 834:24, 836:1, 836:11, 837:6, 837:14, 837:24, 838:24, 840:2, 840:21, 841:13, 842:18, 843:5, 845:1, 846:15, 847:18, 849:11, 850:3, 855:19, 857:1, 857:18, 861:19, 863:8, 864:8, 864:17, 865:1, 866:1, 866:19, 867:7, 867:19, 868:2, 868:17, 869:9, 869:24, 870:24, 873:14, 874:24, 875:17, 875:25, 880:3, 880:23, 881:3, 881:19, 901:4, 901:7, 901:8, 901:10, 901:11, 901:12

## C

**caged** [1] - 862:11
**caging** [11] - 723:24, 724:1, 726:3, 726:9, 726:11, 726:14, 729:13, 853:3, 853:4, 887:3
**calculate** [1] - 812:15
**calendar** [1] - 891:20
**California** [9] - 799:1, 799:5, 799:13, 801:5, 802:25, 803:4, 803:9, 848:23, 849:2
**camera** [3] - 740:3, 763:7, 766:22
**Canada** [4] - 756:2, 756:3, 813:10, 863:3
**Canadian** [1] - 880:8
**candidate** [1] - 774:3
**candidates** [1] - 775:1
**cannot** [1] - 714:24
**capacity** [1] - 829:24
**carbon** [2] - 815:9, 822:5
**care** [1] - 707:15
**career** [1] - 754:14
**carefully** [2] - 769:15, 775:1
**cargo** [3] - 801:7, 801:9
**carrier** [1] - 800:5
**cars** [1] - 728:4
**carwash** [6] - 727:16, 727:24, 728:1, 728:25, 729:2, 729:6
**case** [44] - 709:7, 718:20, 720:4, 720:5, 728:16, 728:17, 746:18, 747:6, 747:16, 747:21, 747:24, 781:14, 782:6, 782:11, 792:5, 792:7, 792:10, 803:24, 858:24, 859:3, 859:5, 871:18, 871:23, 875:6, 882:11, 882:21, 883:14, 883:16, 884:1, 885:1, 885:7, 885:14, 886:4, 888:5, 889:5, 890:21, 896:16, 896:22, 896:23, 897:3, 897:13, 898:13, 899:18, 899:21
**caselaw** [1] - 709:9
**cases** [3] - 803:12, 803:19, 803:21
**cash** [10] - 733:18, 733:21, 734:4, 735:1, 749:19, 818:11, 881:12, 881:15, 881:21, 881:23
**Cash** [4] - 733:19, 811:5, 818:12, 881:9
**cashier** [2] - 727:16, 728:5
**categories** [1] - 797:9
**CATHY** [2] - 722:10, 901:3
**Cathy** [9] - 820:3, 849:23, 852:24, 857:6, 862:11, 862:15, 865:19, 883:4, 883:5
**CAUSE** [1] - 704:9
**cautioning** [1] - 787:12
**CBA** [4] - 783:3, 852:11, 867:23, 868:7
**CBP** [1] - 800:20
**CBS** [2] - 782:25, 829:15
**CCR** [1] - 704:23
**center** [1] - 772:21
**Center** [1] - 800:22
**Central** [2] - 704:4, 704:15
**century** [2] - 726:21, 781:8
**cerebral** [1] - 758:2
**certain** [4] - 713:13, 746:7, 746:23, 880:5
**certainly** [4] - 709:12, 713:16, 714:23, 842:5
**certainty** [1] - 708:4
**certificate** [3] - 847:20, 848:11, 848:22
**Certificate** [3] - 805:21, 846:22, 847:3
**certificates** [5] - 766:5, 766:6, 852:14, 853:16, 854:18
**certification** [1] - 753:1
**certified** [2] - 772:13, 804:9
**cetera** [1] - 831:9
**chain** [1] - 839:4
**chambers** [2] - 709:2, 793:13
**chance** [2] - 709:13, 887:17
**change** [5] - 720:9, 720:18, 831:7, 832:21, 833:7
**changes** [2] - 880:5, 889:16
**character** [1] - 771:17
**charge** [26] - 707:20, 708:4, 708:8, 709:16, 714:6, 717:14, 717:20, 717:24, 718:3, 718:8, 718:17, 758:20, 758:22, 889:13, 889:15, 889:17, 889:23, 890:22, 890:24, 891:5, 891:18, 895:9, 895:10, 895:13, 895:14, 897:21
**charged** [4] - 738:13, 758:16, 758:18, 896:25
**charges** [1] - 728:16
**charging** [9] - 713:22, 887:20, 888:1, 889:7, 889:9, 889:22, 890:14, 890:18, 891:12
**Charles** [3] - 705:14, 735:3, 736:1
**CHARLES** [1] - 704:16
**Charm** [3] - 755:9, 755:12, 755:18
**chart** [18] - 716:20, 840:10, 853:2, 861:25, 865:25, 866:5, 866:10, 866:21, 867:25, 868:10, 868:15, 873:4, 873:8, 874:4, 874:7, 874:8, 874:15, 874:16
**charts** [1] - 716:19
**check** [53] - 734:4, 735:24, 767:6, 767:24, 768:2, 768:7, 771:14, 809:16, 809:25, 810:3, 810:4, 810:14, 810:20, 811:4, 811:7, 811:21, 811:24, 812:7, 836:18, 852:21, 852:23, 853:20, 853:21, 854:4, 854:5, 854:15, 858:6, 867:18, 867:20, 868:6, 868:8, 868:16, 868:18, 868:23, 869:2, 869:7, 869:10, 869:17, 869:23, 869:25, 870:4, 872:9, 872:14, 874:21, 874:25, 875:3, 876:21, 878:7, 878:9, 878:11, 878:24, 893:3
**checkbox** [1] - 833:10
**checking** [1] - 892:20
**checks** [16] - 809:18, 811:12, 812:1, 812:3, 812:11, 812:12, 812:16, 812:18, 867:10, 870:9, 872:16, 874:25, 876:11, 876:16, 877:23, 881:13
**Checks** [1] - 834:1
**Cheryl** [1] - 729:10
**Chicago** [1] - 863:18
**chief** [1] - 882:11
**children** [2] - 752:9, 752:11
**Chinese** [1] - 799:16
**choice** [2] - 888:25, 889:1
**chose** [4] - 708:7, 871:23, 879:21, 898:22
**CHOUDHURY** [1] - 704:10
**CHRISTINE** [3] - 795:17, 798:19, 901:9
**Christine** [4] - 705:15, 713:3, 795:12, 795:16
**Chundunsing** [1] - 815:8
**Circle** [40] - 805:9, 806:25, 808:6, 808:9, 813:24, 814:21, 816:3, 816:22, 822:10, 822:21, 824:16, 839:20, 840:4, 849:18, 850:8, 851:1, 851:19, 851:25, 852:21, 853:14, 853:22, 854:1, 854:6, 854:12, 854:16, 854:25, 856:15, 858:10, 861:23, 862:23, 864:3, 864:11, 864:14, 864:21, 864:23, 865:10, 865:17, 866:8, 878:21
**circulate** [1] - 891:23
**circumstance** [1] - 714:7
**citing** [1] - 709:9
**City** [3] - 755:9, 755:12, 755:18

**city** [1] - 826:4
**civilly** [1] - 856:9
**claim** [1] - 771:9
**clarifying** [1] - 744:18
**clarity** [1] - 809:25
**classroom** [2] - 800:25, 801:23
**clear** [9] - 731:22, 739:10, 758:22, 761:2, 761:6, 775:18, 781:3, 781:11, 872:4
**clearly** [2] - 830:4, 872:13
**clerk** [3] - 800:5, 800:6, 892:19
**client** [1] - 746:15
**clients** [2] - 747:3, 754:1
**close** [5] - 720:16, 787:11, 831:3, 832:24, 887:25
**closed** [1] - 708:7
**closely** [1] - 889:15
**closing** [4] - 836:23, 893:24, 897:7, 897:10
**club** [1] - 755:19
**clue** [2] - 791:12, 880:15
**co** [1] - 856:2
**co-conservators / guardians** [1] - 856:2
**code** [2] - 826:3, 850:15
**coins** [1] - 751:21
**collect** [1] - 746:2
**collected** [3] - 804:7, 828:25, 829:1
**college** [1] - 799:7
**College** [2] - 799:12, 799:13
**Colombia** [1] - 863:25
**Colorado** [1] - 845:5
**Columbia** [1] - 813:10
**column** [2] - 822:11, 869:20
**combination** [1] - 770:21
**combining** [1] - 840:12
**comfortable** [1] - 710:16
**coming** [11] - 714:13, 716:6, 719:21, 761:7, 801:8, 835:8, 862:8, 874:10, 879:7, 896:9
**comments** [1] - 830:6
**commit** [1] - 758:19
**committed** [1] - 738:3
**communicate** [2] - 747:16, 747:17
**communicated** [1] - 886:21
**communicating** [1] - 883:16
**communication** [1] - 792:11
**companies** [1] - 752:1
**company** [33] - 723:5, 725:3, 725:16, 740:21, 753:3, 753:4, 753:9, 753:11, 754:21, 755:13, 805:8, 805:24, 813:22, 819:4, 820:7, 820:9, 823:10, 826:9, 829:23, 838:18, 839:19, 841:23, 842:11, 843:15, 843:24, 844:3, 844:7, 845:18, 846:1, 847:5, 866:14, 880:8
**Company** [1] - 753:5
**company / organization** [3] - 856:4, 856:8, 856:9
**company / organization 's** [2] - 856:1, 856:11
**comparable** [1] - 751:22
**compare** [1] - 886:6
**compared** [1] - 826:10
**compilation** [1] - 830:3
**compiled** [1] - 865:6
**complaint** [3] - 845:12, 846:9, 886:23
**complaints** [1] - 886:24
**complete** [1] - 752:23
**completed** [3] - 711:9, 799:25, 874:14
**comply** [2] - 845:13, 884:22
**computer** [1] - 771:22
**Computer** [1] - 704:25
**Computer -aided** [1] - 704:25
**computerized** [1] - 704:25
**concept** [1] - 719:18
**concern** [5] - 709:16, 725:13, 725:21, 736:4, 855:21
**concerned** [1] - 748:21
**concerning** [3] - 818:2, 838:15, 897:21
**concerns** [5] - 706:8, 706:9, 750:5, 889:12, 890:18
**concluded** [2] - 745:5, 762:6
**concludes** [1] - 743:19
**conduct** [1] - 804:15
**conducting** [1] - 723:9
**confer** [2] - 882:13, 883:11
**conference** [25] - 708:5, 708:9, 709:17, 713:22, 714:6, 718:3, 718:8, 718:17, 784:1, 787:1, 882:14, 882:16, 887:20, 887:24, 888:2, 889:7, 889:9, 889:22, 890:14, 890:18, 890:21, 891:5, 891:12, 891:23, 891:24
**conferred** [1] - 714:9
**confirm** [1] - 888:9
**connection** [1] - 782:6
**conservators / guardians** [1] - 856:2
**consider** [2] - 729:19, 878:20
**consideration** [1] - 743:3
**considered ...either** [1] - 840:14
**Conspiracy** [1] - 758:19
**conspiracy** [1] - 758:22
**Constitution** [2] - 802:20, 896:20
**consult** [1] - 829:19
**consumer** [1] - 885:10
**consumers** [8] - 731:18, 731:24, 731:25, 732:5, 732:9, 732:13, 782:5, 871:11
**contact** [7] - 809:7, 813:17, 813:18, 830:6, 838:10, 838:11, 856:5
**contacted** [1] - 838:3
**contacting** [1] - 856:7
**contain** [1] - 849:16
**contained** [4] - 723:19, 814:11, 866:25, 871:8
**containing** [1] - 831:15
**contains** [6] - 742:4, 771:6, 830:5, 831:16, 849:17, 867:10
**content** [2] - 773:24, 859:2
**context** [1] - 707:24
**contexts** [1] - 708:21
**continually** [1] - 733:19
**continue** [4] - 719:24, 722:6, 792:14, 861:13
**Continued** [11] - 738:21, 739:15, 764:23, 783:18, 784:17, 786:5, 788:11, 817:7, 821:16, 859:13, 894:24
**continued** [4] - 721:7, 737:5, 820:12, 856:11
**continues** [3] - 705:1, 787:20, 856:4
**Continuing** [2] - 740:1, 895:1
**continuing** [2] - 765:2, 861:1
**contract** [3] - 757:14, 817:2
**Contract** [1] - 816:6
**contracted** [1] - 754:3
**contradicts** [1] - 895:18
**contribute** [1] - 767:19
**contributes** [1] - 771:2
**control** [2] - 820:8, 895:19
**controlled** [1] - 820:9
**conversation** [2] - 841:20, 842:5
**conversations** [1] - 880:16
**convey** [2] - 773:1, 776:13
**convoy** [1] - 767:2
**Copies** [1] - 742:20
**copies** [8] - 716:2, 716:3, 716:7, 716:15, 804:8, 828:24, 867:10
**copy** [10] - 722:17, 773:25, 793:13, 804:9, 815:9, 822:5, 825:14, 874:23, 891:17, 898:11
**core** [1] - 738:14
**corner** [2] - 735:19, 878:12
**corporate** [1] - 805:17
**corporation** [1] - 847:8
**Correct** [2] - 741:7, 755:5
**correct** [104] - 716:19, 717:8, 723:15, 723:20, 725:16, 725:18, 726:8, 727:1, 727:9, 727:17, 727:20, 727:24, 728:13, 728:22, 729:1, 729:13, 729:18, 729:24, 730:7, 730:10, 731:14, 732:13, 732:14, 732:19, 732:23, 733:5, 733:9, 733:11, 733:23, 736:12, 736:14, 736:16, 736:17, 739:5, 754:25, 755:2, 755:12, 756:21, 757:18, 759:1, 761:11, 763:13, 768:14, 780:4, 781:6, 781:9, 781:14, 781:15, 781:17, 782:23, 783:8, 789:6, 789:13, 791:8, 791:13, 791:14, 804:16, 811:16, 813:5, 828:15, 828:18, 828:20, 830:21, 832:12, 833:12, 834:25, 843:10, 852:15, 852:24, 853:3, 853:6, 854:8, 854:18, 856:15, 857:25, 863:12, 871:12, 872:2, 872:7, 872:13, 872:20, 873:1, 873:16, 874:13, 874:17, 876:11, 876:16, 876:24, 877:5, 877:7, 878:1, 878:13, 879:1, 879:4, 879:13, 879:22, 879:23,

880:6, 880:8, 880:10, 888:9, 888:14, 888:17, 888:18
**corrected** [1] - 892:9
**corrections** [1] - 794:1
**correspond** [2] - 770:24, 866:3
**correspondence** [2] - 818:3, 838:14
**corresponding** [1] - 763:21
**cost** [1] - 844:10
**counsel** [29] - 705:2, 705:10, 705:13, 707:4, 708:25, 713:16, 715:10, 716:17, 719:12, 719:13, 742:5, 743:21, 744:6, 744:17, 747:18, 748:5, 748:20, 792:4, 858:24, 882:13, 883:12, 883:15, 889:13, 890:1, 890:23, 893:2, 893:4, 894:13, 899:14
**Counsel** [3] - 743:5, 808:18, 883:21
**counsel's** [1] - 891:6
**count** [4] - 812:8, 867:13, 870:17, 878:22
**Count** [13] - 822:14, 822:18, 822:19, 867:15, 868:4, 868:11, 868:21, 868:25, 869:4, 869:15, 869:20, 870:7
**counted** [2] - 812:6, 878:23
**country** [1] - 732:13
**Counts** [1] - 866:21
**County** [3] - 799:1, 799:4, 804:10
**couple** [5] - 705:20, 718:9, 736:9, 736:10, 799:6
**coupon** [1] - 723:14
**coupons** [1] - 887:5
**course** [14] - 709:14, 731:13, 742:8, 744:3, 749:8, 761:18, 802:1, 809:19, 858:17, 866:2, 884:22, 886:2, 886:12, 899:13
**COURT** [259] - 704:1, 704:10, 705:2, 705:19, 706:10, 706:12, 707:1, 707:8, 707:13, 707:17, 708:15, 709:4, 709:14, 709:23, 710:1, 710:4, 710:6, 710:11, 710:23, 711:2, 711:12, 711:15, 711:23, 712:3, 712:8, 712:12, 712:23, 713:4, 713:17, 714:3, 714:5, 714:18, 715:2, 715:23, 716:9, 716:18, 717:2, 717:6, 717:9, 717:13, 717:16, 717:20, 718:2, 718:8, 718:14, 719:2, 719:8, 720:20, 721:1, 722:3, 724:20, 724:24, 731:1, 734:11, 734:14, 734:17, 735:9, 735:12, 737:1, 737:3, 738:4, 738:10, 738:19, 739:9, 740:5, 740:8, 741:16, 741:18, 741:24, 743:8, 743:16, 743:19, 744:2, 744:11, 744:14, 744:22, 745:2, 746:2, 746:5, 748:5, 748:10, 748:12, 748:17, 749:1, 749:6, 749:11, 750:2, 750:4, 750:11, 750:16, 750:23, 760:9, 761:5, 761:8, 761:12, 761:14, 761:22, 761:25, 762:4, 763:2, 763:8, 772:1, 773:12, 776:2, 776:23, 777:3, 777:14, 777:18, 779:7, 779:11, 780:1, 780:5, 780:11, 783:15, 784:3, 784:8, 784:10, 784:13, 786:3, 787:4, 787:11, 787:16, 787:20, 788:5, 791:17, 791:20, 791:24, 792:19, 792:22, 792:24, 793:8, 793:14, 793:20, 793:23, 793:25, 794:4, 794:8, 795:4, 795:9, 795:22, 797:6, 797:11, 805:2, 807:22, 808:13, 808:18, 808:24, 809:12, 812:22, 814:16, 815:3, 815:24, 816:18, 817:6, 818:24, 819:25, 820:11, 821:4, 821:7, 821:13, 823:1, 823:15, 825:9, 826:16, 827:13, 828:2, 828:6, 828:11, 830:12, 833:15, 834:21, 835:24, 836:9, 837:3, 837:12, 838:22, 839:25, 840:19, 841:11, 842:16, 843:3, 844:24, 846:13, 847:16, 849:9, 850:1, 855:7, 855:12, 855:14, 855:17, 856:19, 856:24, 857:14, 857:16, 858:15, 858:18, 860:1, 860:9, 860:11, 860:13, 861:3, 861:7, 861:12, 861:16, 863:6, 864:6, 866:17, 867:5, 870:20, 873:8, 873:10, 875:20, 875:24, 880:19, 881:1, 881:18, 882:2, 882:5, 882:9, 882:22, 883:1, 883:9, 883:11, 883:21, 883:25, 884:7, 884:12, 884:23, 885:15, 885:20, 887:13, 888:1, 888:15, 888:19, 888:22, 889:4, 890:11, 890:17, 890:23, 891:10, 891:15, 892:4, 892:10, 893:7, 893:15, 893:20, 894:1, 894:7, 894:12, 895:2, 895:8, 895:15, 895:25, 896:2, 896:8, 898:18, 900:5, 900:9, 900:11
**Court** [11] - 704:23, 706:3, 706:14, 709:10, 713:12, 713:16, 716:7, 730:24, 885:24, 891:4, 892:15
**court** [24] - 706:5, 706:16, 706:22, 739:1, 742:11, 742:13, 742:19, 743:4, 743:18, 746:1, 747:19, 748:15, 763:1, 785:1, 789:1, 795:2, 821:5, 822:1, 855:2, 859:1, 861:2, 883:15, 891:24, 899:15
**Court's** [10] - 709:21, 795:18, 804:25, 808:11, 814:15, 825:8, 828:10, 833:13, 855:4, 856:20
**courthouse** [2] - 705:24, 899:19
**Courthouse** [1] - 704:4
**courtroom** [6] - 721:3, 722:1, 859:12, 870:10, 871:2, 899:20
**COURTROOM** [19] - 705:8, 719:6, 721:6, 722:2, 748:3, 750:19, 750:22, 751:2, 751:5, 780:4, 792:17, 795:6, 795:8, 795:14, 861:9, 861:11, 896:5, 896:7, 900:3
**cover** [2] - 823:19, 893:24
**covering** [1] - 867:25
**CPC** [1] - 807:10
**CPR** [1] - 783:1
**Create** [1] - 822:23
**create** [7] - 751:19, 756:25, 757:3, 757:20, 765:3, 772:9, 791:8
**created** [17] - 756:10, 757:13, 764:10, 767:25, 768:9, 768:14, 771:11, 773:18, 776:8, 791:13, 802:15, 809:21, 809:22, 826:20, 849:13, 849:19, 849:20
**creates** [1] - 766:5
**creating** [5] - 764:13, 765:6, 771:13, 866:23, 866:24
**creations** [1] - 791:8
**creative** [9] - 783:8, 785:7, 785:25, 789:25, 791:8, 815:20, 841:23, 842:6, 844:4
**creatives** [1] - 790:22
**creators** [1] - 791:3
**credential** [1] - 752:25
**credibility** [1] - 886:3
**credit** [1] - 793:5
**credits** [1] - 877:21
**crest** [1] - 772:12
**crew** [1] - 801:8
**crime** [2] - 736:18, 738:3
**crimes** [2] - 802:8, 896:25
**criminal** [3] - 888:4, 896:22, 896:23
**CRIMINAL** [1] - 704:9
**criminally** [1] - 758:16
**criteria** [1] - 746:7
**cross** [15] - 710:2, 710:9, 711:7, 711:9, 711:19, 712:7, 712:20, 713:9, 714:14, 718:12, 722:7, 740:24, 788:4, 793:7, 885:5
**CROSS** [6] - 722:14, 777:5, 870:23, 901:4, 901:8, 901:11
**cross-examination** [5] - 710:2, 713:9, 722:7, 740:24, 885:5
**CROSS-EXAMINATION** [6] - 722:14, 777:5, 870:23, 901:4, 901:8, 901:11
**cross-examinations** [1] - 711:7
**crosses** [1] - 894:5
**cruise** [2] - 801:7, 801:9
**crystal** [1] - 781:11
**curious** [1] - 878:18
**current** [1] - 803:14
**curvature** [1] - 768:7
**Customer** [1] - 845:4

**customer** [10] - 730:12, 730:18, 730:19, 731:5, 731:6, 765:13, 770:2, 774:11, 829:16, 845:14
**customers** [2] - 775:18, 802:10
**Customs** [5] - 800:10, 800:12, 800:14, 800:16, 801:3
**customs** [1] - 801:1
**cut** [1] - 834:17
**cycle** [1] - 861:22

## D

**Dakota** [1] - 856:7
**damages** [1] - 856:9
**data** [11] - 729:12, 826:11, 849:20, 853:3, 853:4, 853:6, 865:6, 865:8, 865:12, 865:13, 865:15
**databases** [1] - 865:9
**date** [21] - 716:21, 717:1, 805:13, 827:23, 831:2, 831:4, 842:12, 842:19, 845:7, 845:20, 846:3, 850:15, 852:23, 866:3, 868:8, 868:10, 869:2, 869:17, 869:19, 870:4, 870:7
**dated** [6] - 815:17, 823:20, 830:25, 831:1, 841:1, 845:12
**dates** [2] - 850:21, 866:2
**Dawn** [1] - 832:8
**days** [4] - 728:6, 764:2, 833:4, 896:9
**DBA** [1] - 805:23
**dear** [4] - 719:19, 829:14, 838:2, 845:11
**death** [6] - 847:20, 848:11, 848:22, 852:14, 853:15, 854:18
**debits** [5] - 873:25, 874:14, 874:16, 876:11, 877:23
**deceived** [2] - 886:13, 886:15
**December** [5] - 728:17, 845:8, 869:3, 869:18, 870:5
**deceptive** [2] - 886:10, 887:4
**decide** [2] - 746:18, 747:6
**decision** [3] - 884:4, 884:13, 884:18
**deduct** [3] - 834:5, 835:5, 835:7
**deducted** [1] - 834:8
**DEFENDANT** [3] - 888:18, 888:21, 889:3
**defendant** [7] - 704:8, 742:18, 887:11, 888:4, 896:20, 896:25, 899:14
**Defendant** [1] - 704:18
**defendants** [1] - 709:11
**Defense** [8] - 734:14, 734:18, 735:7, 735:13, 748:22, 749:1, 902:4, 902:6
**defense** [27] - 708:7, 708:8, 708:25, 713:11, 715:10, 716:5, 716:17, 716:25, 717:3, 746:22, 793:10, 797:6, 882:21, 883:3, 884:1, 884:2, 888:4, 888:6, 888:7, 888:10, 888:16, 889:2, 891:5, 893:2, 894:16, 896:15, 897:1
**defense's** [1] - 896:16
**defer** [1] - 891:4
**definite** [1] - 715:8
**definitely** [1] - 860:10
**defraud** [2] - 886:10, 887:10
**defrauded** [1] - 885:9
**degree** [4] - 799:17, 799:19, 799:21, 800:1
**deliberate** [3] - 894:22, 895:4, 898:15
**deliberating** [2] - 897:12, 898:20
**deliberation** [1] - 897:18
**deliberations** [5] - 897:4, 898:2, 898:14, 899:5, 899:9
**dementia** [1] - 838:9
**demonstratives** [3] - 716:3, 716:9, 717:3
**Denkberg** [4] - 715:17, 715:20, 736:21, 758:25
**department** [1] - 829:14
**Department** [6] - 800:11, 803:17, 818:4, 845:4, 846:17, 847:4
**dependent** [1] - 835:18
**deposit** [2] - 878:20, 878:23
**deposited** [5] - 852:21, 853:21, 854:5, 854:16, 862:22
**deposition** [11] - 710:19, 711:3, 741:23, 742:4, 742:10, 743:2, 743:17, 744:3, 746:20, 901:5
**deposits** [2] - 876:10, 877:20
**DEPUTY** [19] - 705:8, 719:6, 721:6, 722:2, 748:3, 750:19, 750:22, 751:2, 751:5, 780:4, 792:17, 795:6, 795:8, 795:14, 861:9, 861:11, 896:5, 896:7, 900:3
**describe** [1] - 766:24
**described** [4] - 723:18, 725:2, 728:12, 765:21
**description** [4] - 839:21, 868:4, 870:7, 870:17
**deserved** [1] - 835:20
**design** [9] - 753:25, 765:12, 766:13, 767:1, 770:13, 770:21, 771:8, 773:25, 776:11
**designed** [2] - 753:13, 754:24
**designer** [1] - 754:4
**designing** [1] - 765:10
**designs** [1] - 766:4
**desire** [1] - 775:2
**details** [2] - 769:15, 813:18
**determine** [6] - 706:4, 706:6, 778:9, 874:6, 881:20, 886:9
**develop** [1] - 749:14
**didIt.com** [1] - 878:25
**difference** [1] - 851:8
**different** [13] - 711:7, 723:17, 748:22, 753:25, 754:1, 768:24, 768:25, 789:9, 803:20, 836:13, 838:13, 851:10, 862:17
**difficult** [2] - 769:1, 769:6
**digest** [1] - 891:2
**digital** [1] - 763:22
**dim** [1] - 836:24
**dime** [1] - 836:25
**DIRECT** [5] - 751:11, 765:1, 798:21, 901:7, 901:10
**direct** [31] - 711:9, 711:18, 713:6, 713:9, 723:3, 723:10, 723:15, 723:18, 725:5, 726:1, 728:20, 729:22, 730:1, 731:16, 732:8, 732:12, 733:8, 752:3, 752:5, 753:3, 753:13, 754:13, 754:19, 754:24, 756:11, 758:12, 780:13, 781:4, 781:13, 871:5, 872:1
**Direction** [1] - 838:19
**directions** [4] - 775:13, 775:14, 862:17
**Directions** [1] - 839:18
**directives** [4] - 775:5, 775:9, 775:12, 838:8
**directly** [12] - 707:4, 710:14, 710:18, 723:25, 731:23, 769:20, 830:13, 853:21, 854:5, 854:16, 862:22, 894:4
**director** [2] - 847:8, 847:11
**directors** [1] - 775:2
**discipline** [2] - 766:5, 766:13
**disciplines** [2] - 765:11, 771:6
**disclose** [3] - 719:20, 719:23, 750:1
**disclosed** [5] - 738:3, 738:4, 738:7, 739:4, 749:18
**disclosure** [3] - 768:21, 768:23, 769:1
**disconnect** [1] - 791:24
**discuss** [8] - 709:5, 710:15, 715:24, 719:12, 870:16, 890:1, 896:3, 897:4
**discussed** [9] - 706:19, 708:25, 714:24, 715:9, 716:4, 716:17, 716:24, 850:11, 888:19
**discussing** [3] - 715:3, 826:24, 870:13
**discussion** [1] - 715:18
**dismiss** [2] - 707:2, 713:14
**display** [1] - 830:14
**displaying** [1] - 771:23
**dissatisfied** [1] - 845:14
**Dissolution** [1] - 847:3
**distributed** [1] - 830:1
**distribution** [1] - 800:6
**DISTRICT** [3] - 704:1, 704:1, 704:10
**District** [1] - 704:14
**divide** [1] - 843:17
**docket** [1] - 706:6
**document** [127] - 706:3, 730:23, 731:3, 731:8, 734:22, 735:5, 740:3, 740:13, 741:2, 741:4, 741:6, 741:9, 741:13, 763:7, 763:15, 763:16, 763:21, 764:5, 764:6, 765:17, 766:1, 766:19, 766:22, 771:8, 772:13, 772:15, 773:3, 773:16, 776:5, 776:7, 776:16, 778:19, 778:21, 780:8, 780:10, 781:19, 782:12, 785:4, 788:2, 802:18, 805:5, 805:20, 806:13, 806:14, 806:16,

806:22, 807:9, 807:14, 807:16, 808:2, 808:3, 808:17, 809:15, 809:18, 809:21, 812:24, 813:1, 813:2, 813:11, 813:25, 814:19, 815:7, 816:2, 816:10, 816:21, 819:12, 822:3, 823:4, 823:8, 823:11, 823:18, 823:22, 825:24, 826:8, 826:9, 826:12, 826:19, 826:20, 826:23, 827:2, 827:8, 827:16, 827:19, 828:5, 828:20, 835:17, 837:15, 838:25, 839:14, 839:17, 840:3, 840:22, 845:2, 845:17, 845:25, 846:16, 846:21, 847:1, 847:2, 847:12, 847:19, 848:9, 848:10, 848:20, 849:12, 849:13, 849:19, 852:8, 852:9, 853:24, 854:10, 855:3, 857:3, 857:20, 857:24, 858:2, 858:5, 861:20, 863:17, 864:9, 866:20, 866:24, 867:8, 867:10, 867:12, 869:22, 881:4

**documents** [24] - 713:8, 764:13, 766:7, 771:23, 774:3, 778:13, 797:9, 797:11, 804:7, 804:8, 811:19, 814:12, 825:16, 825:18, 825:20, 826:5, 828:14, 829:1, 829:2, 863:14, 870:16, 885:2, 885:4, 885:6

**dollar** [7] - 812:2, 832:9, 832:12, 850:20, 850:21, 879:6, 879:12

**dollars** [5] - 733:18, 735:24, 834:14, 877:7, 877:8

**DON** [2] - 783:1, 816:9

**done** [21] - 717:18, 718:5, 718:7, 718:16, 728:5, 742:23, 767:13, 768:3, 776:25, 782:1, 782:3, 787:18, 873:16, 873:21, 874:6, 874:11, 878:2, 880:18, 884:6, 890:2

**dot** [3] - 865:10, 865:17, 865:18

**double** [4] - 830:14, 878:22, 878:24, 893:3

**double-check** [1] - 878:24

**doubt** [1] - 896:24

**down** [15] - 726:7, 728:4, 734:13, 769:3, 770:7, 771:18, 774:16, 805:10, 827:2, 831:15, 832:19, 856:18, 860:3, 877:4, 882:3

**drafted** [1] - 767:22

**drawing** [1] - 886:1

**driver's** [2] - 807:15, 814:11

**dropped** [1] - 705:23

**due** [3] - 803:8, 841:4, 841:7

**duly** [3] - 722:11, 751:9, 798:19

**Dunn** [31] - 705:14, 721:1, 723:3, 724:5, 725:4, 725:8, 726:2, 726:24, 728:11, 728:20, 730:8, 730:16, 731:4, 731:17, 733:7, 733:18, 736:23, 738:7, 739:13, 750:7, 777:11, 777:23, 781:5, 791:18, 861:12, 870:20, 871:6, 871:8, 872:2, 880:20, 885:20

**DUNN** [218] - 704:16, 710:8, 711:17, 713:6, 714:2, 714:16, 714:23, 715:9, 715:25, 734:16, 735:11, 736:25, 738:9, 738:15, 739:14, 740:2, 740:7, 740:10, 740:12, 741:15, 744:20, 745:4, 748:8, 750:25, 751:12, 760:3, 761:19, 762:2, 763:6, 763:10, 765:2, 771:1, 771:22, 772:3, 772:11, 772:14, 773:10, 773:14, 773:15, 774:2, 774:4, 774:15, 774:18, 775:25, 776:4, 776:19, 776:21, 783:13, 784:9, 787:23, 788:3, 791:19, 792:21, 794:7, 795:11, 795:18, 795:23, 797:8, 798:22, 804:25, 805:4, 806:4, 806:6, 807:7, 807:8, 807:20, 807:23, 807:25, 808:1, 808:11, 808:14, 808:16, 808:22, 809:2, 809:10, 809:14, 810:11, 810:13, 812:20, 812:24, 812:25, 813:14, 813:16, 814:14, 814:18, 815:1, 815:5, 815:6, 815:22, 816:1, 816:16, 816:20, 817:4, 818:1, 818:22, 819:1, 819:23, 820:2, 821:5, 821:12, 821:14, 822:2, 822:24, 823:3, 823:7, 823:13, 823:17, 825:11, 826:14, 826:18, 827:11, 827:15, 827:25, 828:4, 828:7, 828:9, 828:13, 830:10, 830:13, 830:16, 831:20, 832:24, 833:5, 833:9, 833:13, 833:17, 834:19, 834:22, 834:24, 835:10, 835:22, 836:1, 836:7, 836:11, 837:1, 837:5, 837:6, 837:10, 837:14, 837:23, 837:24, 838:20, 838:24, 839:23, 840:2, 840:17, 840:21, 841:9, 841:13, 842:14, 842:18, 843:2, 843:5, 844:22, 845:1, 846:11, 846:15, 847:14, 847:18, 849:7, 849:11, 849:24, 850:3, 855:4, 855:10, 855:19, 856:18, 856:20, 857:1, 857:12, 857:15, 857:18, 858:13, 858:17, 860:7, 860:10, 860:12, 861:14, 861:17, 861:19, 863:4, 863:8, 864:4, 864:8, 864:13, 864:17, 864:22, 865:1, 865:24, 866:1, 866:15, 866:19, 867:2, 867:7, 867:16, 867:19, 867:24, 868:2, 868:14, 868:17, 869:6, 869:9, 869:22, 869:24, 870:19, 880:18, 880:21, 880:23, 880:24, 881:3, 881:17, 881:19, 882:1, 893:17, 893:23, 901:7, 901:10, 901:12

**Dunn's** [2] - 749:15, 749:17

**duplicate** [1] - 749:3

**DURHAM** [1] - 704:13

**during** [33] - 716:5, 723:3, 724:5, 725:5, 726:1, 728:20, 728:25, 730:15, 730:20, 731:16, 733:7, 746:6, 746:20, 749:6, 781:4, 787:21, 789:8, 790:4, 813:5, 826:8, 849:21, 853:5, 856:22, 857:5, 865:3, 865:7, 870:10, 871:5, 872:1, 875:1, 883:4, 885:4, 900:1

**duties** [1] - 801:2

**duty** [3] - 746:8, 800:20, 801:15

## E

9

**E-mail** [1] - 704:24

**e-mailed** [2] - 709:1, 716:2

**early** [8] - 708:9, 710:21, 717:19, 724:7, 761:17, 804:3, 844:16, 860:12

**easier** [3] - 780:18, 787:23, 892:16

**EASTERN** [1] - 704:1

**Eastern** [1] - 704:14

**easy** [1] - 787:15

**EC** [4] - 820:4, 820:6, 822:8, 823:12

**Edelstein** [3] - 705:17, 793:9, 893:10

**EDELSTEIN** [3] - 704:20, 709:6, 793:12

**edit** [3] - 716:4, 716:15, 764:21

**edits** [2] - 764:3, 889:12

**education** [1] - 803:11

**effect** [4] - 708:24, 711:8, 767:19, 771:3

**efficiently** [1] - 899:2

**eight** [12] - 782:4, 782:10, 783:7, 783:12, 785:7, 785:24, 785:25, 789:9, 789:24, 790:21, 791:11

**either** [6] - 707:24, 707:25, 715:7, 733:25, 744:14, 899:21

**elderly** [1] - 803:22

**electronic** [4] - 716:7, 826:9, 849:20, 865:6

**electronically** [1] - 707:19

**element** [1] - 770:17

**elements** [4] - 757:3, 764:14, 765:3, 765:16

**elicited** [1] - 710:9

**Eliot** [1] - 846:6

**Ellen** [2] - 822:4, 823:5

**Elmira** [1] - 705:14

**elsewhere** [1] - 824:7

**email** [57] - 734:25, 815:8, 815:17, 816:3, 816:7, 816:22, 816:24, 818:17, 819:6,

822:4, 823:5, 824:2, 824:17, 824:20, 824:21, 824:23, 824:25, 828:22, 829:7, 829:8, 829:9, 829:10, 829:13, 831:4, 831:23, 832:22, 834:16, 837:16, 837:18, 837:21, 839:1, 839:4, 839:8, 839:15, 840:4, 840:5, 840:9, 840:23, 841:14, 841:16, 842:3, 842:7, 842:10, 842:19, 842:20, 842:23, 843:6, 843:12, 844:2, 880:12, 890:20, 890:22, 890:23
**emailed** [2] - 793:13, 891:17
**emails** [1] - 880:4
**emergency** [1] - 804:23
**Empire** [9] - 805:6, 809:3, 811:14, 811:15, 863:12, 863:20, 864:20, 866:8, 867:11
**employ** [1] - 776:10
**employed** [2] - 725:23, 766:18
**employees** [6] - 728:22, 729:15, 729:19, 729:21, 802:9
**employer** [1] - 751:23
**employing** [1] - 841:21
**encounter** [1] - 755:20
**encountered** [1] - 755:23
**end** [13] - 706:6, 713:10, 720:5, 720:6, 720:11, 731:22, 731:25, 732:5, 732:6, 738:20, 744:25, 821:15, 894:21
**ended** [1] - 715:19
**ends** [6] - 732:7, 768:6, 784:16, 788:10, 852:22, 889:8
**Enforcement** [1] - 800:21
**enforcement** [4] - 800:7, 800:24, 801:22, 802:7
**engagement** [2] - 766:25, 770:20
**enjoy** [2] - 883:18, 900:1
**enlarge** [1] - 771:16
**enlarged** [1] - 768:5
**enlarging** [1] - 767:11
**enormous** [1] - 732:12
**ensure** [5] - 769:19, 830:3, 888:3, 897:16, 899:5
**enter** [3] - 723:20, 774:23, 775:14
**entered** [2] - 783:9, 801:15
**entering** [1] - 800:20
**enters** [7] - 719:7, 721:3, 722:1, 750:21, 795:7, 861:10, 896:6
**entire** [4] - 707:14, 771:5, 813:5, 874:21
**entitled** [1] - 888:23
**entity** [4] - 808:5, 809:3, 846:18, 846:19
**entrant** [6] - 775:2, 775:4, 775:9, 775:12, 775:13, 838:8
**entry** [4] - 755:19, 769:14, 769:16, 844:8
**ENTWISTLE** [26] - 704:16, 705:12, 706:9, 706:18, 707:7, 707:16, 708:22, 709:25, 710:15, 712:15, 713:2, 713:25, 716:1, 716:11, 716:20, 717:8, 717:11, 719:4, 741:22, 743:7, 743:11, 743:14, 780:7, 882:7, 885:22, 900:7
**Entwistle** [4] - 705:13, 730:16, 731:4, 885:20
**enumeration** [1] - 790:14
**envelopes** [1] - 726:7
**ESQ** [6] - 704:13, 704:16, 704:16, 704:17, 704:18, 704:20
**estimate** [3] - 711:15, 711:17, 711:23
**estimated** [4] - 709:23, 712:4, 860:5, 872:17
**estimates** [1] - 708:2
**Estrada** [2] - 829:11, 830:8
**et** [1] - 831:9
**events** [2] - 780:19, 781:5
**evidence** [40] - 716:12, 734:19, 735:14, 746:6, 746:13, 763:3, 763:5, 795:20, 798:18, 804:7, 809:1, 811:12, 818:2, 821:9, 824:8, 828:25, 834:25, 844:15, 849:21, 855:16, 865:7, 867:4, 867:13, 873:17, 873:19, 880:25, 881:6, 885:24, 885:25, 886:6, 886:11, 886:12, 887:1, 887:11, 888:12, 896:12, 896:19, 896:22, 898:12
**evincing** [1] - 886:24
**exact** [1] - 831:2
**exactly** [10] - 708:15, 727:21, 750:2, 766:9, 784:10, 790:3, 842:25, 879:14, 890:23, 895:9
**EXAMINATION** [13] - 722:14, 751:11, 765:1, 777:5, 798:21, 870:23, 880:22, 901:4, 901:7, 901:8, 901:10, 901:11, 901:12
**examination** [23] - 708:17, 710:2, 713:5, 713:9, 713:18, 717:7, 722:7, 723:3, 725:5, 726:2, 728:20, 731:16, 733:8, 740:24, 747:12, 781:5, 792:14, 859:10, 861:13, 871:5, 872:1, 873:21, 885:5
**examinations** [2] - 711:7, 718:25
**examined** [1] - 722:12
**example** [2] - 818:6, 850:18
**examples** [1] - 887:6
**exceeded** [1] - 877:25
**except** [1] - 799:6
**excitement** [1] - 770:3
**excuse** [4] - 720:10, 835:5, 841:6, 876:4
**excused** [4] - 707:11, 720:14, 791:23, 882:4
**executed** [1] - 857:21
**exercise** [2] - 888:23, 893:13
**exercising** [1] - 889:1
**Exhibit** [285] - 706:3, 706:14, 719:17, 724:18, 734:14, 734:18, 735:7, 735:13, 740:25, 749:1, 749:3, 760:6, 763:7, 763:12, 763:22, 770:24, 770:25, 771:25, 772:2, 772:6, 772:16, 773:11, 773:13, 776:1, 776:3, 793:16, 793:20, 793:21, 793:23, 795:23, 795:24, 795:25, 796:1, 796:2, 796:3, 796:4, 796:5, 796:6, 796:7, 796:8, 796:9, 796:10, 796:11, 796:12, 796:13, 796:14, 796:15, 796:16, 796:17, 796:18, 796:19, 796:20, 796:21, 796:22, 796:23, 796:24, 796:25, 797:1, 797:2, 797:3, 797:4, 797:5, 797:13, 797:14, 797:15, 797:16, 797:17, 797:18, 797:19, 797:20, 797:21, 797:22, 797:23, 797:24, 797:25, 798:1, 798:2, 798:3, 798:4, 798:5, 798:6, 798:7, 798:8, 798:9, 798:10, 798:11, 798:12, 798:13, 798:14, 798:15, 798:16, 798:17, 805:1, 807:21, 808:12, 808:25, 809:11, 812:21, 814:14, 815:2, 815:23, 816:17, 817:5, 818:23, 819:24, 822:25, 823:14, 825:8, 826:15, 827:12, 828:17, 830:11, 830:17, 831:20, 832:2, 833:1, 833:14, 833:22, 834:20, 835:23, 836:8, 837:2, 837:11, 838:21, 839:24, 840:18, 841:10, 842:15, 844:23, 846:12, 847:15, 849:8, 849:25, 850:11, 851:23, 853:2, 853:10, 855:6, 855:11, 855:15, 856:22, 857:13, 858:8, 858:14, 861:15, 861:17, 861:18, 863:5, 863:7, 864:5, 864:7, 866:16, 866:18, 867:3, 867:6, 867:17, 868:15, 873:9, 873:11, 874:3, 875:15, 875:21, 876:14, 880:25, 881:2, 902:4, 902:6, 902:12, 902:13, 902:14, 902:15, 902:16, 902:17, 902:18, 902:19, 902:20, 902:21, 903:2, 903:3, 903:4, 903:5, 903:6, 903:7, 903:8, 903:9, 903:11, 903:12, 903:13, 903:14, 903:15, 903:16, 903:17, 903:18, 903:19, 904:2, 904:3, 904:4, 904:5, 904:6, 904:7, 904:8, 904:9, 904:10, 904:11, 904:12, 904:13, 904:14, 904:15, 904:17, 904:19, 904:21
**exhibit** [65] - 706:5, 706:23, 724:17, 725:1, 734:11, 734:20, 735:15, 740:4, 742:25, 746:9, 761:7, 763:9,

805:3, 807:24, 808:15, 809:13, 810:11, 812:23, 814:17, 815:4, 815:25, 816:19, 818:8, 818:25, 820:1, 823:2, 823:7, 823:16, 825:10, 825:18, 825:21, 825:23, 826:17, 827:14, 828:1, 828:3, 828:6, 828:12, 830:15, 831:21, 831:22, 833:16, 834:23, 835:25, 836:10, 837:4, 837:13, 838:23, 840:1, 840:20, 841:12, 842:17, 843:4, 843:9, 844:25, 846:14, 847:17, 849:10, 850:2, 855:18, 856:25, 857:17, 871:10, 874:2, 878:5
**exhibited** [1] - 748:22
**exhibits** [17] - 742:20, 743:5, 743:10, 746:6, 748:23, 761:15, 763:2, 793:17, 795:19, 804:12, 892:5, 892:13, 892:14, 892:15, 892:18, 892:25, 894:14
**Exhibits** [8] - 748:22, 748:24, 763:4, 797:13, 871:7, 893:11, 902:8, 902:11
**exits** [6] - 720:21, 748:4, 792:18, 859:12, 883:20, 900:4
**expect** [2] - 894:10, 896:9
**expecting** [3] - 712:6, 714:25, 893:24
**expense** [3] - 876:24, 878:25, 879:1
**expenses** [3] - 873:21, 879:11, 879:15
**experience** [2] - 718:8, 730:1
**experienced** [1] - 893:21
**explain** [3] - 802:4, 852:18, 879:22
**explained** [2] - 723:8, 843:16
**explaining** [1] - 841:20
**extensive** [1] - 729:25
**extra** [1] - 734:4
**extraordinary** [1] - 714:6
**extremely** [1] - 882:20
**exuded** [1] - 765:16
**eye** [1] - 766:14

**F**

**F's** [1] - 749:3
**face** [2] - 766:1, 887:3
**facie** [3] - 885:1, 885:14, 886:5
**fact** [6] - 708:16, 720:10, 747:7, 876:4, 877:4, 886:9
**facts** [2] - 835:21, 899:12
**factual** [1] - 897:12
**fade** [2] - 767:16, 771:17
**fading** [1] - 767:14
**fairly** [1] - 710:8
**faith** [2] - 709:10, 765:14
**falling** [3] - 727:8, 727:11, 727:24
**familiar** [1] - 819:2
**family** [7] - 752:7, 804:23, 829:19, 886:18, 886:19, 886:20, 899:10
**fancy** [1] - 791:8
**far** [8] - 722:18, 727:13, 728:14, 813:5, 844:3, 854:2, 866:11, 900:1
**Fashions** [1] - 753:10
**faster** [1] - 792:25
**father** [3] - 759:5, 851:4, 851:13
**father's** [1] - 759:8
**favor** [1] - 886:2
**favorable** [1] - 885:25
**fax** [1] - 817:2
**February** [6] - 725:4, 804:3, 841:15, 842:13, 842:20, 845:21
**Federal** [2] - 704:15, 800:21
**FedWire** [2] - 863:10
**fee** [8] - 756:14, 818:20, 818:21, 830:2, 832:25, 833:11, 835:14
**fees** [1] - 834:7
**Feldman** [4] - 705:25, 708:23, 744:23, 885:21
**FELDMAN** [12] - 704:17, 709:20, 861:5, 890:20, 891:4, 892:2, 892:24, 893:14, 894:9, 895:6, 895:23, 900:15
**fellow** [2] - 733:23, 734:4
**few** [13] - 705:6, 711:8, 722:25, 732:19, 732:20, 733:16, 764:2, 789:13, 799:7, 828:17, 840:15, 871:3, 882:12
**field** [2] - 766:4, 799:15
**fifth** [1] - 752:13
**figure** [2] - 839:10, 866:10
**figured** [1] - 884:5
**figures** [1] - 840:8
**file** [2] - 706:5, 785:19
**filed** [6] - 706:5, 708:24, 709:1, 793:12, 846:23, 847:12
**files** [3] - 840:15, 849:20, 865:13
**filing** [3] - 706:3, 709:10, 846:17
**filled** [1] - 815:19
**filling** [1] - 756:18
**filtered** [1] - 827:4
**final** [4] - 713:2, 717:7, 844:9, 862:24
**finally** [2] - 736:3, 797:4
**financial** [3] - 811:19, 873:25, 874:14
**fine** [8] - 706:19, 706:22, 707:6, 707:7, 744:16, 766:13, 843:15, 890:17
**finish** [2] - 713:9, 860:10
**finishes** [1] - 712:24
**finishing** [1] - 712:9
**firearms** [2] - 800:25, 801:22
**firm** [1] - 769:13
**first** [27] - 753:2, 754:18, 755:20, 755:23, 756:6, 759:4, 763:15, 766:19, 774:19, 800:7, 802:14, 802:22, 804:1, 804:2, 822:11, 824:4, 831:7, 837:25, 845:9, 855:20, 862:2, 864:13, 878:7, 880:11, 885:2, 894:15, 895:5
**First** [1] - 897:6
**fit** [1] - 873:12
**five** [5] - 712:7, 749:9, 758:5, 810:19, 812:24
**Five** [2] - 866:22, 870:7
**fix** [1] - 749:7
**fixed** [2] - 749:7, 835:18
**flight** [1] - 719:22
**floor** [1] - 705:24
**Florida** [1] - 847:21
**focus** [3] - 728:15, 801:10, 900:1
**focused** [1] - 803:7
**focussing** [1] - 875:23
**folders** [1] - 746:3
**folks** [2] - 892:10, 898:25
**follow** [4] - 775:13, 775:14, 775:20, 882:19
**following** [16] - 717:16, 721:7, 725:22, 738:1, 738:21, 739:15, 747:25, 758:24, 782:10, 821:1, 821:16, 829:15, 855:23, 859:8, 859:13, 894:24
**follows** [4] - 722:12, 751:10, 798:20, 856:12
**font** [1] - 769:2
**fonts** [1] - 769:2
**food** [2] - 898:21, 898:22
**footnote** [1] - 865:25
**FOR** [1] - 704:9
**forgotten** [1] - 755:15
**form** [7] - 742:10, 756:19, 792:11, 827:9, 883:17, 888:10, 889:23
**format** [1] - 792:8
**formation** [1] - 802:18
**forms** [2] - 732:21, 733:1
**forth** [2] - 804:16, 882:11
**Forty** [1] - 757:17
**forward** [6] - 708:17, 762:5, 816:9, 829:8, 839:1, 882:22
**forwarded** [4] - 816:24, 829:10, 831:6, 840:25
**foundation** [2] - 784:4, 788:6
**founded** [2] - 802:11, 802:13
**four** [6] - 716:14, 757:22, 757:23, 758:5, 800:13, 879:17
**Four** [3] - 757:22, 869:15, 869:20
**fours** [1] - 897:16
**fourth** [3] - 752:13, 774:16, 832:18
**frame** [5] - 712:4, 713:4, 715:8, 728:16, 875:2
**Franklin** [5] - 754:3, 754:6, 754:9, 754:11, 802:14
**Frappier** [1] - 815:9
**fraud** [7] - 707:24, 708:21, 758:19, 803:12, 803:20, 803:22, 866:22
**Fraud** [1] - 803:18
**free** [2] - 830:6, 856:1
**Freilich** [1] - 845:23
**frequently** [1] - 887:4
**Friday** [9] - 705:22, 708:6, 708:14, 719:11, 719:21, 719:22, 719:25, 720:6
**Friedland** [5] - 754:20, 754:23, 754:25, 755:2, 755:14
**friends** [1] - 899:10
**FROCCARO** [149] - 704:18, 705:16, 706:11, 707:6, 708:14, 710:3, 710:5, 710:25, 711:5, 711:14, 712:1, 712:6, 712:10, 714:4, 714:14, 714:21, 715:7, 715:18, 717:4, 717:14, 717:18, 717:23, 718:4, 718:10,

719:1, 722:8, 722:15, 724:16, 724:22, 724:25, 730:25, 733:13, 734:7, 734:12, 734:21, 735:5, 735:16, 736:8, 737:2, 737:4, 738:2, 738:6, 738:12, 738:17, 739:2, 739:7, 741:17, 743:9, 743:12, 744:9, 744:12, 744:21, 745:1, 748:11, 748:25, 749:4, 749:8, 749:24, 750:3, 750:9, 750:14, 750:17, 760:7, 760:10, 761:2, 761:6, 761:11, 761:13, 761:16, 761:23, 776:25, 777:4, 777:6, 777:13, 777:16, 777:19, 778:15, 778:18, 779:6, 779:12, 780:12, 780:14, 783:14, 784:6, 784:11, 784:15, 785:2, 787:3, 787:8, 787:13, 787:18, 787:25, 788:9, 789:2, 791:15, 792:23, 793:5, 793:17, 793:22, 793:24, 794:3, 794:6, 797:7, 808:23, 820:10, 821:2, 855:13, 870:22, 870:24, 873:7, 873:9, 873:12, 873:14, 874:23, 874:24, 875:15, 875:17, 875:19, 875:22, 875:25, 879:25, 880:3, 881:16, 882:20, 882:24, 883:2, 883:10, 883:24, 884:5, 884:10, 884:19, 884:25, 885:17, 887:19, 888:14, 890:6, 890:15, 891:7, 891:14, 892:1, 892:8, 894:3, 895:11, 896:1, 900:10, 900:14, 901:4, 901:8, 901:11

**Froccaro** [48] - 705:17, 706:10, 707:5, 708:12, 709:13, 710:24, 711:25, 714:3, 717:13, 722:6, 724:20, 734:13, 740:24, 741:8, 741:16, 744:8, 744:23, 748:10, 748:21, 749:14, 776:24, 777:7, 779:11, 784:3, 786:3, 791:17, 792:22, 793:2, 870:21, 871:2, 880:19, 883:23, 886:8, 888:8, 888:9, 888:13, 889:6, 890:3, 891:10, 892:17, 893:9, 894:2, 895:25, 896:14, 896:17, 897:1, 900:9

**Froccaro 's** [1] - 887:15

**front** [13] - 707:4, 731:22, 731:25, 740:13, 771:14, 772:7, 781:23, 785:21, 786:1, 790:2, 790:14, 790:18, 886:7

**front-end** [2] - 731:22, 731:25

**Fulfilment** [1] - 822:23

**full** [3] - 706:25, 719:15, 894:16

**fully** [1] - 888:5

**fun** [1] - 898:25

**functions** [1] - 841:22

**funds** [1] - 819:4

**furnishings** [1] - 753:10

## G

**gain** [1] - 765:12

**Game** [2] - 876:23, 877:1

**Gary** [4] - 715:16, 715:20, 736:20, 758:25

**gathered** [1] - 865:3

**GDM** [3] - 850:18, 850:24, 850:25

**general** [5] - 754:7, 773:24, 802:15, 886:24

**General** [4] - 845:6, 845:23, 846:6, 846:7

**General 's** [1] - 856:7

**generally** [1] - 710:9

**generated** [2] - 850:10, 881:21

**gentleman** [1] - 838:15

**gentlemen** [1] - 741:25

**gently** [1] - 766:14

**Georgia** [1] - 800:22

**germane** [1] - 738:15

**Gibson** [4] - 848:14, 852:11, 852:13, 867:21

**given** [4] - 708:24, 711:23, 792:24, 834:10

**glasses** [1] - 876:15

**Gmail.com** [1] - 816:4

**goal** [3] - 765:6, 765:20, 765:22

**God** [1] - 834:17

**Goertler** [2] - 735:3, 736:1

**goods** [1] - 751:22

**Google** [7] - 823:19, 823:23, 823:24, 823:25, 824:13, 824:14, 824:15

**Government** [294] - 704:13, 706:8, 708:7, 708:22, 709:2, 710:7, 713:1, 713:24, 715:25, 716:2, 717:11, 721:1, 724:18, 734:8, 734:15, 735:6, 739:4, 739:11, 740:25, 741:21, 741:22, 742:18, 743:5, 748:7, 748:8, 750:23, 751:1, 760:5, 763:4, 763:6, 763:12, 778:20, 781:20, 782:4, 782:23, 783:7, 785:4, 786:2, 789:20, 792:14, 792:20, 795:23, 795:24, 795:25, 796:1, 796:2, 796:3, 796:4, 796:5, 796:6, 796:7, 796:8, 796:9, 796:10, 796:11, 796:12, 796:13, 796:14, 796:15, 796:16, 796:17, 796:18, 796:19, 796:20, 796:21, 796:22, 796:23, 796:24, 796:25, 797:1, 797:2, 797:3, 797:4, 797:5, 797:13, 797:14, 797:15, 797:16, 797:17, 797:18, 797:19, 797:20, 797:21, 797:22, 797:23, 797:24, 797:25, 798:1, 798:2, 798:3, 798:4, 798:5, 798:6, 798:7, 798:8, 798:9, 798:10, 798:11, 798:12, 798:13, 798:14, 798:15, 798:16, 798:17, 805:1, 807:20, 808:12, 808:25, 809:10, 812:20, 814:14, 815:1, 815:22, 816:16, 817:4, 818:22, 819:23, 822:24, 823:13, 825:8, 826:14, 827:11, 828:17, 830:10, 830:17, 831:20, 832:2, 833:1, 833:14, 834:19, 835:22, 836:7, 837:1, 837:10, 838:20, 839:23, 840:17, 841:9, 842:14, 844:22, 846:11, 847:14, 849:7, 849:24, 850:11, 853:2, 855:5, 855:10, 856:21, 857:12, 858:8, 858:13, 871:23, 882:6, 882:8, 882:10, 883:3, 886:1, 887:10, 890:19, 892:17, 893:12, 894:15, 894:21, 895:22, 895:24, 896:12, 896:16, 896:23, 900:6, 900:7, 902:8, 902:11, 902:12, 902:13, 902:14, 902:15, 902:16, 902:17, 902:18, 902:19, 902:20, 902:21, 903:2, 903:3, 903:4, 903:5, 903:6, 903:7, 903:8, 903:9, 903:11, 903:12, 903:13, 903:14, 903:15, 903:16, 903:17, 903:18, 904:2, 904:3, 904:4, 904:5, 904:6, 904:7, 904:8, 904:9, 904:10, 904:11, 904:12, 904:13, 904:14, 904:15, 904:17, 904:19

**government** [2] - 773:5, 829:24

**Government 's** [28] - 709:7, 749:17, 770:24, 771:24, 772:6, 772:16, 773:10, 775:25, 795:10, 855:15, 861:15, 863:4, 864:4, 866:15, 867:3, 867:17, 868:15, 873:9, 874:2, 876:14, 880:24, 886:1, 887:15, 892:2, 893:11, 894:8, 894:9, 904:21

**graduate** [1] - 752:18

**grand** [1] - 823:20

**grandfather** [1] - 852:4

**grant** [1] - 891:16

**Grant** [10] - 723:6, 723:9, 723:13, 725:3, 725:15, 725:23, 741:1, 772:24, 844:15, 846:2

**Granted** [11] - 743:16, 763:8, 807:22, 808:13, 809:12, 812:22, 814:16, 815:3, 815:24, 816:18, 817:6

**granted** [43] - 724:24, 772:1, 773:12, 776:2, 818:24, 819:25, 823:1, 823:15, 825:9, 826:16, 827:13, 828:2, 828:11, 830:12, 833:15, 834:21, 835:24, 836:9, 837:3, 837:12, 838:22, 839:25, 840:19, 841:11, 842:16, 843:3, 844:24,

846:13, 847:16, 849:9, 850:1, 855:14, 856:19, 856:24, 857:14, 857:16, 861:16, 863:6, 864:6, 866:17, 867:5, 873:10, 881:1
**graphic** [3] - 765:3, 765:16, 818:16
**Greany** [6] - 838:15, 838:17, 839:6, 841:1, 843:21, 844:6
**great** [12] - 707:17, 717:6, 717:9, 720:1, 793:5, 843:23, 844:7, 844:12, 883:1, 887:24, 892:1, 894:7
**greatly** [1] - 767:11
**green** [4] - 850:13, 850:25, 852:18, 854:3
**Green** [2] - 854:12, 854:17
**Greene** [2] - 848:25, 870:1
**greene** [1] - 849:5
**ground** [1] - 893:25
**grounds** [2] - 884:17, 884:23
**Group** [18] - 809:5, 811:15, 815:21, 816:14, 844:4, 849:18, 851:12, 851:25, 852:12, 853:14, 858:11, 861:23, 862:23, 864:12, 864:23, 866:8, 878:12, 878:18
**group** [1] - 752:2
**grow** [1] - 752:14
**guaranteed** [2] - 818:10, 818:12
**guess** [5] - 726:21, 733:19, 832:18, 832:20, 861:22
**guesstimate** [2] - 710:4, 894:2
**guilloche** [7] - 765:12, 766:10, 766:12, 768:24, 770:21, 771:7, 776:12
**guilty** [4] - 758:21, 758:23, 887:12, 896:25
**guy** [2] - 787:14, 841:23
**guys** [5] - 733:20, 836:17, 836:18, 879:5, 898:22

## H

**hah** [1] - 874:19
**half** [9] - 712:11, 800:13, 803:2, 831:10, 839:10, 839:12, 839:13, 882:16, 889:25
**hand** [7] - 735:18, 743:5, 751:3, 771:16, 875:18, 878:12
**handed** [1] - 719:10
**handing** [1] - 881:14
**handle** [4] - 706:23, 713:15, 713:21, 891:5
**handles** [1] - 891:8
**handwriting** [3] - 763:16, 763:23, 834:1
**handwritten** [5] - 771:19, 834:3, 834:6, 835:2, 837:7
**happy** [4] - 845:14, 889:19, 889:20, 891:15
**hard** [3] - 834:14, 895:16, 895:21
**hardship** [1] - 719:24
**Harris** [1] - 863:18
**he/she** [1] - 829:17
**headed** [1] - 708:10
**header** [1] - 815:14
**headers** [1] - 864:15
**health** [1] - 758:4
**hear** [11] - 742:7, 742:17, 743:1, 777:20, 779:8, 779:10, 782:15, 782:17, 837:9, 898:3
**heard** [7] - 746:20, 836:6, 858:21, 886:17, 887:14, 887:15, 899:13
**hearing** [2] - 784:2, 787:2
**hearsay** [4] - 744:7, 744:19, 746:23, 821:5
**heavy** [1] - 732:24
**held** [2] - 784:1, 787:1
**Hello** [1] - 870:25
**hello** [1] - 871:1
**help** [1] - 781:18
**helpful** [4] - 713:17, 889:20, 889:21, 898:12
**heraldic** [4] - 765:12, 767:1, 768:23, 770:21
**heraldry** [2] - 771:7, 776:11
**Hi** [1] - 842:2
**hi** [5] - 817:1, 839:9, 841:2, 842:4, 843:23
**high** [3] - 752:18, 752:21, 803:8
**highlight** [8] - 774:16, 833:2, 833:5, 833:9, 835:10, 865:24, 867:17, 867:24
**highlighted** [3] - 831:17, 832:17, 886:8
**himself** [1] - 759:5
**hired** [3] - 726:3, 726:17, 801:12
**Historic** [1] - 754:10
**Historical** [1] - 751:21
**historical** [1] - 754:7
**hm** [2] - 722:24, 732:16
**hmm** [1] - 783:5
**hold** [3] - 747:1, 779:8, 898:16
**holiday** [1] - 839:9
**home** [5] - 753:10, 758:3, 852:24, 857:6, 898:21
**Homeland** [1] - 800:11
**honest** [2] - 718:5, 890:6
**Honor** [75] - 705:12, 705:16, 705:18, 706:9, 706:18, 706:23, 707:7, 707:16, 708:22, 709:25, 710:8, 711:10, 711:17, 712:16, 713:6, 714:1, 714:17, 715:1, 715:9, 716:1, 717:12, 719:4, 722:8, 730:25, 734:16, 735:7, 739:8, 739:14, 740:7, 741:22, 743:15, 745:4, 748:9, 748:11, 750:25, 760:4, 761:19, 771:25, 773:11, 776:19, 776:21, 780:9, 791:19, 792:21, 793:12, 794:6, 794:7, 795:18, 808:22, 812:21, 821:14, 860:7, 861:5, 861:14, 879:25, 880:21, 882:7, 884:20, 884:21, 885:22, 886:5, 886:17, 888:14, 889:3, 890:20, 890:21, 892:3, 892:24, 893:14, 893:17, 895:6, 895:12, 895:24, 900:8, 900:15
**Honor's** [3] - 738:18, 749:25, 895:14
**Honorable** [1] - 719:19
**HONORABLE** [1] - 704:10
**hop** [1] - 891:19
**hope** [3] - 705:4, 839:9, 900:1
**hopefully** [1] - 717:18
**hospital** [1] - 758:3
**hour** [8] - 712:11, 791:25, 792:12, 794:8, 882:17, 889:25, 890:7, 894:6
**hour-and-a-half** [1] - 712:11
**hours** [8] - 711:24, 712:11, 712:13, 713:7, 718:6, 718:9, 718:11, 897:18
**hundred** [5] - 729:20, 731:24, 733:17, 733:21, 735:24
**hundreds** [3] - 732:17, 732:23, 732:25
**husband** [1] - 851:21
**hypen** [1] - 795:17

## I

**Ibragimova** [2] - 705:14, 772:11
**icon** [1] - 862:9
**idea** [1] - 710:23
**identified** [4] - 707:21, 778:20, 782:22, 848:2
**identify** [3] - 764:8, 764:21, 812:12
**illegal** [1] - 736:14
**Illinois** [1] - 863:18
**illustration** [1] - 776:9
**image** [4] - 810:4, 812:8, 857:5, 857:24
**images** [2] - 811:21, 811:24
**immediate** [1] - 855:24
**immediately** [6] - 734:3, 773:22, 842:1, 843:20, 859:6, 899:22
**immigration** [1] - 801:1
**impact** [1] - 891:12
**implies** [1] - 888:15
**important** [1] - 842:9
**impression** [1] - 776:13
**improper** [1] - 784:9
**in-court** [1] - 821:5
**inadvertently** [2] - 705:23, 808:20
**Inc** [9] - 772:24, 805:9, 808:6, 808:9, 809:5, 839:18, 839:20, 846:20, 847:6
**incentive** [1] - 759:22
**include** [4] - 801:22, 802:9, 804:7, 856:6
**included** [6] - 769:16, 811:14, 812:4, 827:5, 827:6, 829:2
**includes** [3] - 769:18, 800:24, 849:14
**including** [7] - 707:25, 741:1, 801:24, 871:24, 883:14, 887:21, 899:14
**income** [2] - 749:18, 835:18
**Incorporation** [1] - 846:22
**incur** [1] - 856:10
**independent** [1] - 769:12
**indicate** [5] - 744:7, 853:19, 854:2, 862:2, 862:9
**indicated** [5] - 705:25, 706:1, 720:5, 887:13, 896:11
**indicates** [2] - 854:14, 862:24
**indicating** [4] - 746:17, 747:6, 862:17, 862:19
**indictment** [6] - 848:4, 848:17, 849:3, 854:8, 854:20, 866:22
**individual** [5] - 769:12, 769:14, 857:8, 868:20, 872:8
**individual's** [1] -

856:14
**individually** [1] - 706:21
**individuals** [1] - 708:18
**indulgence** [1] - 709:22
**industry** [4] - 730:1, 752:5, 791:3, 791:4
**inferences** [1] - 886:1
**influenced** [1] - 746:14
**info** [1] - 815:15
**inform** [6] - 725:21, 757:9, 769:19, 793:3, 859:6, 899:22
**information** [36] - 706:15, 805:6, 813:3, 813:12, 823:23, 824:13, 838:10, 849:14, 849:16, 849:17, 850:10, 852:20, 853:1, 853:20, 854:4, 854:15, 862:21, 863:10, 863:11, 864:14, 864:15, 864:18, 864:19, 865:2, 865:3, 865:6, 866:6, 866:7, 866:24, 866:25, 867:15, 870:6, 873:25, 885:11, 887:1, 891:3
**informed** [2] - 896:17, 897:1
**ingots** [1] - 751:21
**initial** [1] - 844:10
**ink** [1] - 771:19
**inspect** [1] - 893:5
**inspection** [1] - 828:25
**Inspection** [10] - 801:12, 801:15, 801:18, 801:21, 802:2, 802:5, 802:6, 802:11, 803:14, 803:16
**Inspector** [17] - 705:15, 713:3, 795:12, 798:23, 805:5, 805:21, 809:15, 813:1, 823:4, 823:18, 827:16, 838:25, 840:3, 842:19, 850:5, 857:3, 881:5
**inspector** [22] - 780:8, 782:9, 785:23, 789:5, 801:11, 802:23, 804:21, 818:2, 819:2, 820:3, 826:19, 830:17, 840:22, 846:16, 847:19, 849:12, 861:20, 863:9, 864:9, 866:20, 867:8, 883:5
**inspectors** [2] - 802:16, 802:17
**instead** [1] - 707:13
**instruct** [5] - 718:20, 895:8, 895:17, 897:11, 898:5
**instructed** [1] - 715:14
**instruction** [2] - 742:2, 752:22
**instructions** [20] - 707:24, 747:25, 769:16, 792:1, 793:11, 858:20, 859:8, 883:13, 895:3, 895:19, 897:8, 897:15, 897:17, 897:22, 898:9, 898:10, 898:11, 899:4, 899:8, 899:24
**instructs** [1] - 895:6
**intend** [4] - 715:11, 715:12, 888:11, 896:18
**intended** [3] - 770:1, 771:3, 773:1
**intending** [1] - 767:20
**intent** [3] - 773:7, 886:10, 887:9
**intention** [1] - 774:14
**interest** [1] - 754:7
**International** [8] - 803:17, 805:9, 807:1, 808:6, 808:9, 814:21, 839:20, 864:3
**interpose** [1] - 744:10
**interpret** [2] - 746:16, 747:4
**interview** [10] - 724:5, 730:15, 730:20, 740:20, 741:10, 789:8, 790:4, 871:14, 871:15, 883:4
**interviewed** [2] - 789:3, 871:17
**interviews** [2] - 804:15, 871:22
**introduced** [2] - 725:5, 759:5
**introducing** [1] - 735:6
**investigate** [2] - 802:8, 803:20
**investigation** [2] - 848:3, 849:15
**investigative** [6] - 809:23, 826:20, 827:7, 849:13, 857:23, 864:10
**investment** [1] - 844:10
**invite** [1] - 770:16
**invoice** [3] - 822:12, 839:18, 841:2
**invoiced** [1] - 839:21
**involve** [3] - 754:14, 758:23, 803:21
**involved** [9] - 724:6, 724:12, 725:18, 726:12, 726:25, 741:10, 858:24, 871:22, 883:6
**involvement** [1] - 781:16
**irrelevant** [1] - 738:9
**Islandia** [1] - 863:20
**Islip** [2] - 704:4, 704:15
**issuance** [1] - 774:6
**issue** [12] - 709:10, 711:2, 715:2, 715:11, 733:23, 734:4, 735:2, 750:12, 777:15, 781:13, 787:20, 893:11
**issues** [14] - 714:9, 714:12, 714:16, 714:20, 714:24, 715:1, 715:24, 747:7, 748:6, 748:19, 749:7, 890:1, 891:11, 897:23
**item** [1] - 841:3
**items** [2] - 751:21, 761:19

## J

**J-A-R-I-N** [1] - 795:17
**jack** [1] - 761:24
**jack-in-the-box** [1] - 761:24
**Jacquard** [1] - 729:11
**James** [3] - 705:16, 777:7, 871:2
**JAMES** [1] - 704:18
**Janet** [1] - 838:4
**January** [10] - 723:5, 726:18, 726:22, 727:1, 727:15, 761:20, 789:4, 839:10, 839:22, 847:13
**JARIN** [2] - 798:19, 901:9
**Jarin** [6] - 705:15, 713:3, 795:12, 795:16, 805:5, 863:9
**JASON** [1] - 704:17
**JC** [1] - 881:8
**Jean** [1] - 848:14
**jean16phil@aol.com** [1] - 840:24
**Jeff** [14] - 759:9, 759:16, 759:18, 822:4, 824:11, 827:20, 827:22, 837:16, 839:7, 839:10, 840:5, 841:20, 842:5, 843:14
**jeffnovis@gmail.com** [2] - 824:3, 825:1
**Jeffrey** [7] - 758:24, 805:12, 805:17, 807:19, 808:10, 824:1, 825:5
**JFK** [1] - 719:23
**JoAnn** [1] - 846:6
**job** [4] - 730:9, 753:2, 753:14, 892:16
**John** [13] - 740:10, 838:15, 838:17, 839:6, 839:13, 841:1, 841:8, 842:6, 843:21, 843:25, 850:7, 851:3, 851:13
**JOHN** [1] - 704:13
**Johnny** [2] - 733:19, 881:8
**Johnson** [31] - 710:12, 710:14, 714:8, 722:5, 722:16, 722:21, 724:4, 724:8, 724:19, 725:2, 726:1, 727:14, 730:15, 731:2, 731:16, 731:21, 735:17, 736:3, 739:3, 740:13, 741:19, 749:18, 849:23, 857:6, 862:11, 862:13, 862:15, 862:20, 883:5, 887:2
**JOHNSON** [2] - 722:10, 901:3
**Johnson's** [7] - 710:2, 820:3, 852:24, 856:22, 865:5, 865:19, 881:4
**jointly** [1] - 707:20
**JONATHAN** [1] - 704:20
**Judge** [62] - 706:11, 709:6, 709:21, 710:3, 711:1, 711:5, 712:1, 712:10, 714:4, 714:22, 715:18, 717:4, 717:8, 717:14, 717:23, 719:19, 724:17, 724:22, 733:14, 734:7, 734:13, 735:5, 735:11, 736:8, 736:9, 737:4, 741:17, 743:9, 744:9, 750:10, 750:14, 760:7, 761:2, 761:11, 777:1, 777:13, 778:15, 779:6, 780:4, 780:12, 784:6, 791:16, 792:23, 793:17, 793:24, 794:3, 797:7, 797:8, 855:13, 870:22, 873:7, 880:18, 882:25, 883:8, 883:24, 885:1, 885:14, 887:19, 890:16, 891:7, 896:1, 900:14
**JUDGE** [1] - 704:10
**judge** [5] - 719:12, 787:13, 875:19, 882:20, 894:3
**judges** [2] - 889:16, 895:12
**July** [1] - 823:20
**juries** [1] - 893:22
**Juries** [1] - 898:19
**Juror** [2] - 719:19, 720:2
**juror** [9] - 706:13, 706:20, 707:3, 719:6, 719:7, 719:11, 720:21, 747:25, 859:7
**JUROR** [1] - 720:19
**juror's** [1] - 899:23
**jurors** [7] - 705:25, 706:1, 707:11, 720:13, 720:14, 722:4, 882:10

**Jury** [10] - 722:1, 748:4, 750:21, 792:18, 795:7, 859:12, 861:10, 883:20, 896:6, 900:4
**jury** [79] - 705:22, 706:15, 706:22, 706:25, 707:3, 707:14, 707:19, 713:14, 718:21, 719:13, 719:15, 720:15, 721:6, 724:21, 725:5, 725:9, 725:13, 734:25, 740:4, 743:6, 743:15, 744:5, 746:5, 747:13, 747:15, 748:3, 748:16, 750:13, 750:19, 763:9, 766:24, 781:3, 781:12, 784:2, 787:2, 792:2, 792:9, 792:13, 792:17, 793:11, 795:3, 795:6, 802:4, 805:3, 807:24, 808:15, 809:13, 812:23, 814:17, 815:4, 815:25, 816:19, 823:20, 858:20, 858:22, 861:2, 861:4, 861:9, 872:4, 876:2, 879:22, 883:12, 886:2, 886:6, 887:11, 892:6, 892:15, 894:22, 895:17, 896:3, 896:5, 896:8, 897:4, 897:5, 897:18, 898:2, 898:14, 899:4, 900:3
**JURY** [1] - 704:9
**Justice** [1] - 803:17
**Justin** [10] - 723:6, 723:9, 723:13, 725:3, 725:15, 725:23, 740:25, 772:24, 844:15, 846:2

## K

**Keara** [1] - 725:23
**keep** [8] - 718:20, 749:9, 829:18, 831:9, 831:21, 837:8, 893:19, 895:20
**Kentucky** [1] - 848:12
**kept** [1] - 793:6
**kind** [8] - 708:10, 723:8, 773:20, 830:8, 873:22, 884:14, 899:12
**kindly** [2] - 829:17, 830:5
**knowing** [2] - 764:21, 770:4
**knowledge** [11] - 728:9, 734:3, 734:6, 738:10, 738:16, 749:17, 749:25, 821:11, 873:24, 885:18
**knows** [1] - 738:2
**Kore** [2] - 854:1, 869:11
**kore** [1] - 854:7
**Kossin** [1] - 725:24
**Kristy** [2] - 719:20, 720:2

## L

**labeled** [1] - 742:25
**Ladies** [1] - 741:25
**laid** [1] - 784:4
**Landwehr** [4] - 838:3, 838:6, 838:8, 838:9
**Lane** [1] - 735:3
**language** [20] - 756:25, 764:9, 765:4, 768:10, 768:13, 768:17, 768:19, 769:7, 769:22, 769:25, 772:20, 775:6, 776:17, 799:16, 829:16, 831:8, 831:10, 832:1, 832:4, 832:14
**Las** [1] - 756:5
**last** [18] - 707:19, 715:10, 716:3, 723:3, 724:4, 724:6, 747:11, 748:24, 783:3, 807:5, 807:13, 827:21, 827:23, 832:21, 835:20, 844:5, 866:5, 890:7
**late** [2] - 718:21, 759:12
**law** [13] - 746:10, 749:9, 800:7, 800:24, 801:1, 801:22, 802:6, 892:19, 895:15, 895:17, 895:19, 895:21, 897:11
**Law** [1] - 800:21
**laws** [2] - 845:13, 896:20
**lawyer** [7] - 746:9, 746:11, 746:14, 746:15, 747:1, 829:19, 893:21
**lawyer's** [2] - 746:8, 746:15
**lawyers** [4] - 715:13, 888:24, 897:16, 897:21
**lay** [1] - 788:6
**layout** [1] - 773:24
**leading** [2] - 715:12, 715:21
**leaned** [1] - 712:1
**learn** [1] - 750:9
**least** [6] - 727:1, 730:9, 732:8, 779:3, 803:4, 895:13
**leave** [4] - 747:14, 792:2, 868:15, 899:4
**led** [1] - 791:7
**Lee** [1] - 846:9
**leeway** [1] - 784:4
**left** [16] - 708:6, 727:23, 754:25, 755:2, 758:8, 759:10, 764:15, 808:20, 809:6, 810:4, 831:4, 853:18, 854:2, 860:5, 866:11, 868:16
**legal** [16] - 707:22, 707:23, 707:25, 708:11, 708:13, 708:19, 708:20, 746:19, 747:9, 801:23, 829:22, 829:24, 831:25, 832:8, 832:15, 856:3
**length** [2] - 893:19, 893:23
**lengthy** [1] - 713:18
**less** [6] - 715:16, 718:15, 727:4, 727:5, 727:6, 894:10
**letter** [28] - 705:23, 709:7, 709:11, 724:19, 725:2, 725:8, 725:12, 741:1, 767:21, 769:23, 769:25, 789:16, 800:5, 823:19, 830:25, 837:20, 837:22, 838:1, 845:3, 845:10, 845:11, 845:20, 845:22, 846:1, 846:3, 846:5, 846:8, 855:22
**letters** [9] - 730:12, 730:19, 731:7, 731:18, 733:8, 769:3, 771:18, 853:13, 886:23
**letting** [1] - 841:21
**level** [1] - 757:24
**liability** [1] - 749:19
**license** [3] - 807:15, 807:18, 814:11
**life** [1] - 799:6
**lifeline** [1] - 861:21
**lift** [1] - 841:24
**light** [3] - 834:16, 885:25, 891:5
**Lilienkamp** [1] - 729:12
**Lilienkamp's** [1] - 870:11
**limine** [3] - 744:4, 761:10, 761:20
**Limited** [4] - 725:23, 813:2, 846:2, 863:23
**limited** [1] - 856:6
**Lincoln** [1] - 752:1
**line** [23] - 730:10, 770:5, 780:17, 787:12, 810:3, 810:14, 810:17, 810:20, 810:25, 811:3, 811:7, 815:11, 816:8, 824:4, 831:16, 832:7, 832:19, 864:16, 868:6, 891:19, 891:23, 891:24
**lines** [13] - 766:13, 770:7, 779:1, 779:13, 822:11, 825:2, 826:11, 826:24, 827:3, 840:13, 864:14, 864:15, 866:5
**Lisa** [1] - 704:23
**LisaSchmidCCR.RMR@gmail.com** [1] - 704:24
**List** [1] - 839:22
**list** [17] - 808:20, 825:14, 825:15, 826:10, 838:10, 838:18, 841:3, 841:5, 841:6, 845:15, 855:24, 872:6, 872:25, 873:15, 876:15, 892:19
**listed** [20] - 809:7, 813:18, 813:20, 824:25, 826:10, 847:7, 847:10, 850:21, 851:11, 851:19, 852:1, 853:13, 854:1, 854:24, 858:10, 863:21, 865:8, 865:9, 868:10, 872:16
**listen** [5] - 728:15, 747:23, 784:11, 859:4, 879:3
**listing** [1] - 741:1
**lists** [4] - 839:11, 840:8, 840:12, 870:13
**live** [3] - 742:7, 799:2, 849:1
**lived** [2] - 799:4, 849:2
**lives** [1] - 792:5
**living** [1] - 751:17
**locate** [1] - 857:19
**located** [5] - 756:1, 804:8, 813:9, 844:14, 863:2
**location** [3] - 829:1, 849:22, 863:24
**locked** [1] - 824:22
**Logistics** [4] - 820:4, 820:6, 822:8, 823:12
**logo** [2] - 766:23, 766:25
**look** [27] - 749:6, 763:12, 764:4, 767:13, 767:16, 768:7, 769:1, 769:7, 770:14, 770:15, 771:8, 774:15, 776:18, 781:21, 782:12, 790:10, 810:9, 825:17, 827:7, 833:1, 833:24, 841:4, 850:18, 864:13, 867:15, 876:6, 878:11
**looked** [10] - 734:1, 801:7, 812:2, 828:17, 840:16, 852:14, 853:16, 854:18, 857:24, 889:15
**looking** [9] - 708:20, 718:21, 718:22, 718:23, 780:10, 873:22, 893:15,

895:4, 895:5
**looks** [6] - 734:23, 767:5, 767:17, 771:19, 777:14, 844:3
**Los** [4] - 802:24, 804:9, 804:10, 849:2
**lost** [2] - 779:6, 779:7
**loud** [4] - 731:17, 734:24, 782:14, 782:16
**low** [1] - 840:14
**lower** [3] - 810:4, 827:19, 850:19
**lowest** [1] - 842:6
**Lucky** [20] - 809:5, 811:15, 815:21, 816:9, 816:14, 844:3, 849:18, 851:12, 851:25, 852:12, 853:14, 858:11, 861:23, 862:23, 864:12, 864:23, 866:8, 878:12, 878:18, 878:22
**lunch** [22] - 707:10, 709:18, 712:16, 712:20, 712:24, 716:5, 716:8, 749:7, 750:14, 780:9, 787:21, 788:7, 791:25, 895:3, 895:5, 898:6, 898:8, 898:18, 898:19, 898:20
**Lunch** [1] - 794:9

## M

**ma'am** [7] - 726:10, 736:21, 860:3, 871:4, 876:1, 879:10, 882:3
**madam** [7] - 723:11, 724:11, 727:6, 730:21, 733:16, 734:22, 838:2
**mail** [34] - 704:24, 707:23, 708:20, 726:3, 726:6, 733:4, 733:6, 733:10, 752:3, 752:5, 753:3, 753:13, 754:13, 754:19, 754:24, 756:11, 758:12, 758:19, 782:6, 801:25, 802:9, 802:24, 803:3, 803:7, 803:8, 803:10, 803:12, 825:21, 826:7, 830:20, 830:24, 831:11, 862:7, 866:22
**Mail** [2] - 803:18, 825:25
**mailbox** [1] - 862:9
**mailed** [3] - 709:1, 716:2, 731:23
**mailing** [15] - 723:18, 724:13, 725:3, 725:16, 730:1, 781:13, 816:9, 825:12, 825:13, 825:14, 825:15, 838:10, 845:15, 855:24, 870:13
**mailings** [32] - 723:11, 723:15, 731:18, 731:22, 731:25, 732:5, 732:8, 732:12, 732:18, 736:4, 787:24, 788:1, 788:2, 825:7, 826:10, 826:21, 828:15, 828:18, 828:23, 828:24, 833:19, 871:12, 886:4, 886:7, 886:9, 886:14, 886:16, 886:19, 886:21, 886:25, 887:3, 887:7
**Mails** [2] - 822:14, 822:19
**main** [4] - 715:2, 813:17, 813:18, 893:17
**man** [1] - 708:14
**Manager** [1] - 830:9
**manager** [1] - 729:11
**March** [10] - 704:6, 719:21, 724:6, 728:17, 815:18, 827:24, 831:6, 832:21, 883:4, 900:16
**Margaret** [3] - 847:25, 853:12, 868:19
**Marge** [1] - 853:11
**Marilyn** [3] - 854:24, 855:1, 886:14
**Mario** [1] - 834:18
**mark** [5] - 767:6, 767:24, 768:2, 768:8, 771:15
**marked** [2] - 719:17, 793:20
**Marketing** [14] - 754:20, 754:23, 755:14, 755:16, 755:25, 756:1, 756:4, 756:9, 757:11, 758:5, 758:9, 759:10, 876:23, 877:2
**marketing** [1] - 757:6
**marking** [1] - 726:7
**Mary** [2] - 729:11, 870:10
**Maryland** [1] - 801:19
**masters** [4] - 799:20, 799:21, 799:23, 799:25
**material** [2] - 829:20, 872:11
**math** [2] - 732:11, 878:2
**matter** [11] - 723:1, 745:1, 761:18, 804:1, 804:16, 804:23, 816:7, 838:14, 839:21, 848:5, 848:18
**matters** [4] - 713:15, 769:13, 801:20, 801:24
**McDevitt** [2] - 822:4, 823:5
**MDB** [2] - 865:10, 865:17
**MDE** [2] - 865:11, 865:18
**mean** [7] - 715:2, 727:11, 765:15, 775:12, 775:15, 850:19, 873:24
**meaning** [1] - 862:20
**means** [5] - 736:11, 836:25, 850:20, 850:25, 882:10
**medallic** [2] - 771:7, 776:11
**media** [1] - 792:10
**Media** [3] - 838:19, 839:18, 839:22
**Media-List** [1] - 839:22
**meet** [8] - 746:7, 759:16, 777:8, 777:9, 883:11, 889:21, 897:15, 897:21
**meeting** [1] - 715:4
**member** [3] - 792:4, 892:12, 899:20
**members** [15] - 719:13, 720:15, 725:22, 747:13, 747:18, 801:8, 844:14, 858:25, 859:1, 883:15, 886:18, 886:19, 886:20, 894:14
**Members** [2] - 746:5, 896:8
**memo** [9] - 735:4, 810:3, 810:14, 810:17, 810:20, 810:25, 811:3, 811:7, 868:6
**mention** [2] - 715:15, 766:3
**mentioned** [3] - 766:2, 766:10, 791:2
**menu** [1] - 898:22
**merchandise** [1] - 759:22
**message** [2] - 824:23, 840:25
**met** [4] - 714:8, 759:14, 779:4, 871:2
**metadata** [3] - 827:8, 827:17, 827:18
**method** [3] - 765:10, 768:4, 771:14
**methods** [1] - 764:13
**mid-1990s** [1] - 757:18
**middle** [7] - 806:7, 813:17, 831:14, 836:14, 869:7, 869:8
**might** [3] - 708:19, 714:25, 793:3
**Million** [1] - 829:25
**million** [5] - 732:1, 832:9, 832:12, 832:18, 879:8
**millions** [2] - 732:15, 732:18
**mind** [4] - 765:6, 766:15, 841:18, 875:12
**mindful** [1] - 708:16
**mine** [5] - 763:17, 763:24, 764:21, 786:1, 790:7
**Mineola** [1] - 845:24
**minimize** [1] - 714:10
**minimum** [2] - 711:24, 895:20
**Minnesota** [1] - 838:5
**minor** [1] - 717:4
**Mint** [5] - 754:3, 754:6, 754:9, 754:10, 754:11
**minute** [3] - 749:4, 777:2, 859:9
**minutes** [23] - 710:11, 710:20, 711:8, 711:11, 711:19, 712:7, 712:13, 719:3, 747:11, 748:13, 828:17, 860:8, 860:14, 882:12, 882:16, 889:25, 890:8, 893:18, 893:21, 894:6, 894:10, 894:16
**mislead** [1] - 829:16
**miss** [1] - 720:7
**mistakenly** [2] - 733:17, 733:20
**mixed** [1] - 828:22
**mm-hm** [2] - 722:24, 732:16
**MMOR** [1] - 787:4
**MMP** [3] - 783:2, 854:3, 869:13
**modified** [2] - 827:21, 827:23
**MOI** [1] - 784:9
**mom** [1] - 836:21
**moment** [7] - 751:23, 776:19, 808:18, 850:9, 855:7, 881:7, 898:16
**momentarily** [1] - 709:12
**moments** [1] - 789:13
**money** [35] - 716:24, 756:17, 756:19, 756:21, 757:10, 757:24, 765:25, 766:8, 771:9, 773:8, 776:14, 810:18, 819:3, 819:9, 829:18, 831:9, 834:15, 836:20, 837:8, 845:15, 850:16, 858:7, 861:24, 862:18, 862:22, 862:25, 874:4, 874:9, 874:10, 875:8, 878:9, 879:7, 887:1, 887:6
**Monica** [2] - 829:11, 830:8
**monies** [3] - 769:19, 835:7, 868:7
**Montana** [1] - 751:16
**month** [8] - 731:25, 732:7, 732:8, 732:19, 757:16, 757:20, 876:10, 877:20
**monthly** [2] - 757:15, 835:19
**Montilla** [4] - 851:18,

851:20, 851:21, 871:24
**Morabito** [21] - 707:9, 709:1, 710:16, 719:10, 743:7, 743:8, 746:2, 747:20, 748:1, 780:3, 859:1, 859:7, 861:4, 882:19, 891:1, 891:19, 891:22, 892:19, 898:21, 899:5, 899:22
**morning** [34] - 705:2, 705:4, 705:12, 705:16, 705:19, 705:21, 706:15, 708:9, 708:23, 710:21, 714:6, 715:11, 716:16, 716:17, 717:15, 717:17, 717:20, 718:13, 718:19, 719:9, 722:3, 722:5, 722:21, 747:10, 751:13, 751:14, 842:2, 842:4, 889:10, 890:5, 890:9, 892:14, 893:8, 897:22
**most** [7] - 790:1, 825:16, 825:17, 825:20, 885:25, 894:9, 899:1
**Most** [1] - 799:6
**mostly** [1] - 726:14
**mother** [4] - 838:3, 838:6, 838:8, 838:12
**mother's** [1] - 838:10
**motion** [12] - 744:4, 761:10, 761:20, 884:8, 884:10, 884:11, 884:15, 884:16, 884:21, 884:24, 885:23, 887:17
**motions** [4] - 713:12, 713:21, 884:13, 887:14
**Move** [1] - 808:22
**move** [12] - 709:23, 711:4, 734:8, 760:5, 781:19, 782:1, 795:20, 838:13, 855:9, 855:10, 867:24, 877:14
**moved** [2] - 803:7, 865:20
**movement** [1] - 861:24
**moving** [4] - 714:8, 718:20, 726:1, 792:25
**MPF** [1] - 783:3
**MR** [378] - 705:16, 706:11, 707:6, 708:14, 709:6, 709:20, 710:3, 710:5, 710:8, 710:25, 711:5, 711:14, 711:17, 712:1, 712:6, 712:10, 713:6, 714:2, 714:4, 714:14, 714:16, 714:21, 714:23, 715:7, 715:9, 715:18, 715:25, 717:4, 717:14, 717:18, 717:23, 718:4, 718:10, 719:1, 722:8, 722:15, 724:16, 724:22, 724:25, 730:25, 733:13, 734:7, 734:12, 734:16, 734:21, 735:5, 735:11, 735:16, 736:8, 736:25, 737:2, 737:4, 738:2, 738:6, 738:9, 738:12, 738:15, 738:17, 739:2, 739:7, 739:14, 740:2, 740:7, 740:10, 740:12, 741:15, 741:17, 743:9, 743:12, 744:9, 744:12, 744:20, 744:21, 745:1, 745:4, 748:8, 748:11, 748:25, 749:4, 749:8, 749:24, 750:3, 750:9, 750:14, 750:17, 750:25, 751:12, 760:3, 760:7, 760:10, 761:2, 761:6, 761:11, 761:13, 761:16, 761:19, 761:23, 762:2, 763:6, 763:10, 765:2, 771:1, 771:22, 772:3, 772:11, 772:14, 773:10, 773:14, 773:15, 774:2, 774:4, 774:15, 774:18, 775:25, 776:4, 776:19, 776:21, 776:25, 777:4, 777:6, 777:13, 777:16, 777:19, 778:15, 778:18, 779:6, 779:12, 780:12, 780:14, 783:13, 783:14, 784:6, 784:9, 784:11, 784:15, 785:2, 787:3, 787:8, 787:13, 787:18, 787:23, 787:25, 788:3, 788:9, 789:2, 791:15, 791:19, 792:21, 792:23, 793:5, 793:12, 793:17, 793:22, 793:24, 794:3, 794:6, 794:7, 795:11, 795:18, 795:23, 797:7, 797:8, 798:22, 804:25, 805:4, 806:4, 806:6, 807:7, 807:8, 807:20, 807:23, 807:25, 808:1, 808:11, 808:14, 808:16, 808:22, 808:23, 809:2, 809:10, 809:14, 810:11, 810:13, 812:20, 812:24, 812:25, 813:14, 813:16, 814:14, 814:18, 815:1, 815:5, 815:6, 815:22, 816:1, 816:16, 816:20, 817:4, 818:1, 818:22, 819:1, 819:23, 820:2, 820:10, 821:2, 821:5, 821:12, 821:14, 822:2, 822:24, 823:3, 823:7, 823:13, 823:17, 825:11, 826:14, 826:18, 827:11, 827:15, 827:25, 828:4, 828:7, 828:9, 828:13, 830:10, 830:13, 830:16, 831:20, 832:24, 833:5, 833:9, 833:13, 833:17, 834:19, 834:22, 834:24, 835:10, 835:22, 836:1, 836:7, 836:11, 837:1, 837:5, 837:6, 837:10, 837:14, 837:23, 837:24, 838:20, 838:24, 839:23, 840:2, 840:17, 840:21, 841:9, 841:13, 842:14, 842:18, 843:2, 843:5, 844:22, 845:1, 846:11, 846:15, 847:14, 847:18, 849:7, 849:11, 849:24, 850:3, 855:4, 855:10, 855:13, 855:19, 856:18, 856:20, 857:1, 857:12, 857:15, 857:18, 858:13, 858:17, 860:7, 860:10, 860:12, 861:5, 861:14, 861:17, 861:19, 863:4, 863:8, 864:4, 864:8, 864:13, 864:17, 864:22, 865:1, 865:24, 866:1, 866:15, 866:19, 867:2, 867:7, 867:16, 867:19, 867:24, 868:2, 868:14, 868:17, 869:6, 869:9, 869:22, 869:24, 870:19, 870:22, 870:24, 873:7, 873:9, 873:12, 873:14, 874:23, 874:24, 875:15, 875:17, 875:19, 875:22, 875:25, 879:25, 880:3, 880:18, 880:21, 880:23, 880:24, 881:3, 881:16, 881:17, 881:19, 882:1, 882:20, 882:24, 883:2, 883:10, 883:24, 884:5, 884:10, 884:19, 884:25, 885:17, 887:19, 888:14, 890:6, 890:15, 890:20, 891:4, 891:7, 891:14, 892:1, 892:2, 892:8, 892:24, 893:14, 893:17, 893:23, 894:3, 894:9, 895:6, 895:11, 895:23, 896:1, 900:10, 900:14, 900:15, 901:4, 901:7, 901:8, 901:10, 901:11, 901:12
**MS** [25] - 705:12, 706:9, 706:18, 707:7, 707:16, 708:22, 709:25, 710:15, 712:15, 713:2, 713:25, 716:1, 716:11, 716:20, 717:8, 717:11, 719:4, 741:22, 743:7, 743:11, 743:14, 780:7, 882:7, 885:22, 900:7
**Multi** [1] - 829:25
**multi** [3] - 832:9, 832:12, 832:18
**Multi-Million** [1] - 829:25
**multi-million** [3] - 832:9, 832:12, 832:18
**multiple** [7] - 708:12, 723:19, 732:20, 765:19, 829:20, 886:18, 887:6
**must** [2] - 743:2, 885:24

## N

**Name** [1] - 805:22
**name** [36] - 723:4, 723:7, 751:6, 753:4, 759:8, 771:15, 777:7, 795:15, 805:22, 805:23, 805:24, 805:25, 806:2, 806:11, 806:16, 806:20, 806:25, 807:4, 807:9, 807:11, 807:13, 809:6, 816:5, 823:25, 824:15, 825:13, 843:18, 844:3, 844:7, 847:7, 853:12, 857:8, 872:15, 872:17
**named** [8] - 838:15, 854:7, 855:23, 855:25, 856:5, 856:10, 856:11, 868:3

**names** [5] - 741:1, 758:24, 808:7, 827:5, 865:13
**narrowed** [1] - 827:2
**National** [5] - 805:7, 809:3, 863:20, 864:20, 866:9
**nationwide** [3] - 731:24, 732:1, 782:5
**nature** [2] - 713:22, 844:15
**necessary** [3] - 709:21, 712:22, 714:10
**need** [35] - 709:14, 709:17, 709:18, 709:19, 711:8, 711:11, 712:16, 713:12, 718:19, 720:8, 720:18, 722:18, 746:22, 748:6, 749:7, 757:24, 772:18, 778:15, 781:22, 793:3, 844:8, 860:13, 876:15, 880:15, 882:12, 883:11, 888:2, 889:24, 891:10, 892:5, 892:13, 892:16, 892:21, 894:17, 897:15
**needed** [3] - 728:5, 749:22, 887:22
**needs** [3] - 706:21, 706:25, 892:17
**Nelson** [5] - 855:22, 855:25, 856:3, 856:5, 856:10
**Network** [10] - 740:22, 770:17, 774:17, 774:22, 844:16, 845:3, 845:19, 846:20, 846:23, 847:6
**never** [7] - 714:21, 736:3, 736:4, 738:13, 836:5, 838:11, 885:2
**NEW** [1] - 704:1
**new** [10] - 764:1, 764:2, 815:12, 841:6, 841:24, 843:15, 843:24, 844:3, 844:7, 844:13
**New** [17] - 704:4, 704:14, 704:15, 704:19, 704:21, 753:5, 753:7, 753:12, 753:16, 842:11, 845:24, 846:7, 846:17, 846:23, 847:4, 863:20
**news** [5] - 747:22, 792:8, 843:23, 859:5, 899:11
**next** [40] - 708:2, 718:22, 718:23, 719:25, 737:5, 741:21, 741:25, 750:23, 764:2, 764:23, 770:23, 778:19, 782:25, 783:1, 783:2, 783:18, 784:17, 786:5, 788:11, 795:10, 817:7, 820:12, 830:14, 831:21, 833:2, 835:20, 836:19, 839:13, 852:18, 854:13, 856:21, 857:15, 867:2, 878:5, 887:25, 894:16, 896:10
**nice** [3] - 777:7, 777:9, 839:9
**night** [3] - 707:19, 716:3, 890:7
**nine** [3] - 753:17, 753:18, 811:2
**nine-year** [1] - 753:18
**Nineteen** [1] - 753:15
**nineties** [1] - 759:12
**nobody** [2] - 885:6, 885:17
**Non** [2] - 822:14, 822:18
**non** [1] - 887:4
**non-buyers** [1] - 887:4
**None** [1] - 744:20
**none** [12] - 705:25, 706:1, 729:15, 783:7, 783:11, 785:6, 785:24, 789:24, 790:21, 885:10, 885:11
**noon** [2] - 708:11, 709:12
**normal** [1] - 898:1
**normally** [2] - 732:7, 884:21
**Normally** [1] - 742:7
**notarized** [2] - 814:3, 814:8
**notation** [2] - 810:4, 810:6
**note** [34] - 706:13, 706:14, 706:20, 706:21, 719:10, 719:11, 719:14, 719:17, 719:19, 720:3, 720:12, 748:1, 763:15, 763:18, 763:23, 763:25, 764:4, 817:1, 833:25, 834:3, 834:6, 834:9, 835:2, 835:6, 835:10, 836:3, 836:19, 837:7, 852:18, 853:18, 854:2, 854:13, 857:9, 858:4
**notebooks** [4] - 747:14, 792:2, 858:22, 899:4
**noted** [3] - 848:4, 848:17, 868:20
**notes** [16] - 731:17, 732:18, 732:19, 732:20, 732:21, 733:1, 733:2, 733:3, 733:8, 733:12, 833:18, 836:13, 871:8, 871:11, 871:15, 871:16
**nothing** [11] - 715:25, 716:20, 717:11, 720:4, 736:8, 750:12, 781:12, 836:17, 880:18, 885:18
**Nothing** [2] - 748:8, 900:7
**notice** [3] - 767:6, 767:15, 768:4
**notification** [1] - 769:19
**notified** [3] - 733:22, 829:18, 831:8
**notify** [1] - 832:9
**November** [4] - 845:12, 846:25, 868:9, 868:12
**Novis** [40] - 715:16, 715:20, 722:23, 725:4, 726:2, 726:25, 727:8, 727:15, 727:20, 728:11, 730:9, 736:20, 758:24, 759:2, 759:4, 759:14, 759:16, 759:18, 759:19, 759:25, 763:20, 768:9, 777:24, 805:12, 805:17, 807:19, 808:10, 822:4, 822:5, 824:1, 824:11, 825:5, 827:20, 827:22, 837:16, 839:7, 840:5, 847:9
**Novis's** [3] - 723:4, 759:8, 844:19
**NPB** [1] - 807:2
**NPF** [6] - 810:15, 840:12, 840:13, 854:12, 854:14, 870:3
**NPF-ARC09** [1] - 840:12
**NPF-ARC10** [1] - 840:13
**NRA** [1] - 806:17
**NRS** [1] - 735:4
**nuby** [1] - 848:25
**Nuby** [3] - 854:11, 854:17, 870:1
**number** [16] - 711:7, 730:5, 731:17, 731:25, 732:5, 744:2, 746:21, 789:15, 811:9, 824:6, 824:7, 824:10, 825:3, 825:5, 844:9, 871:3
**Number** [5] - 719:7, 719:19, 720:2, 720:12, 720:21
**NUMBER** [1] - 720:19
**numbers** [6] - 716:23, 732:4, 742:25, 840:11, 871:10, 878:18
**numerous** [2] - 715:15, 886:22
**NUSRAT** [1] - 704:10


## O


**oath** [7] - 722:6, 742:13, 751:10, 778:8, 779:4, 780:16, 798:20
**object** [1] - 746:8
**objection** [31] - 734:15, 734:16, 735:6, 735:10, 735:11, 736:25, 737:2, 739:10, 744:7, 744:19, 744:22, 746:11, 746:23, 746:25, 747:2, 747:5, 747:8, 749:14, 749:16, 761:3, 761:4, 761:7, 761:9, 762:1, 783:13, 797:6, 797:10, 808:23, 820:10, 855:12, 881:16
**objections** [8] - 717:2, 744:3, 746:16, 746:17, 746:18, 746:21, 746:22, 797:9
**obligation** [1] - 884:2
**observe** [1] - 747:25
**obtain** [4] - 746:12, 799:17, 799:21, 856:8
**obtained** [9] - 804:9, 809:16, 826:8, 852:20, 853:5, 854:15, 865:7, 873:17, 873:19
**obvious** [1] - 862:5
**obviously** [8] - 709:18, 711:20, 713:10, 715:14, 827:1, 891:20, 893:3, 894:17
**occasion** [1] - 780:23
**occurred** [2] - 738:1, 821:1
**October** [2] - 730:16, 803:13
**OF** [3] - 704:1, 704:2, 704:9
**offense** [1] - 717:23
**offer** [8] - 756:16, 756:17, 764:7, 764:8, 770:1, 896:13, 896:18, 896:21
**offered** [2] - 723:13, 746:13
**offerer** [1] - 756:14
**offering** [2] - 746:11, 838:7
**offers** [2] - 746:8, 759:23
**offhand** [1] - 875:10
**Office** [5] - 838:2, 845:5, 845:23, 846:7, 856:7
**office** [16] - 728:22, 728:24, 729:2, 729:4, 733:20, 764:16, 769:10, 772:25, 773:2, 773:5, 774:5, 774:6, 844:19, 849:22, 865:4, 865:20
**officer** [4] - 800:16, 800:20, 801:2, 847:8
**official** [8] - 765:17,

766:4, 766:6, 770:14, 771:8, 773:2, 829:24
**old** [8] - 726:17, 752:11, 753:14, 848:7, 848:8, 848:15, 848:16, 849:5
**older** [1] - 803:22
**oldest** [2] - 752:12
**once** [4] - 736:6, 770:14, 891:2, 891:22
**One** [1] - 746:22
**one** [87] - 711:5, 716:4, 716:15, 716:21, 716:25, 717:4, 717:5, 744:10, 744:22, 745:2, 769:8, 776:19, 777:1, 777:2, 778:14, 778:15, 782:20, 782:22, 782:25, 783:1, 783:2, 783:3, 785:18, 790:6, 790:7, 790:14, 791:25, 792:12, 805:1, 808:14, 808:18, 812:2, 816:21, 819:4, 822:13, 825:17, 829:17, 831:8, 836:2, 836:12, 836:14, 848:4, 851:6, 851:11, 851:18, 852:13, 853:15, 854:7, 854:17, 855:7, 862:3, 862:19, 863:1, 865:15, 869:8, 870:22, 871:19, 871:20, 872:5, 872:8, 872:9, 872:13, 872:16, 872:23, 872:24, 875:3, 875:7, 875:11, 875:13, 875:22, 876:20, 877:1, 877:11, 877:13, 879:25, 885:3, 885:4, 885:7, 898:16, 899:5
**one-hour** [1] - 792:12
**ones** [2] - 873:17, 873:18
**open** [13] - 726:6, 739:1, 743:18, 746:1, 748:15, 763:1, 785:1, 789:1, 795:2, 820:7, 822:1, 841:3, 861:2
**opened** [4] - 727:17, 727:24, 733:5, 733:9
**opening** [2] - 726:6, 876:7
**operated** [2] - 727:17, 728:25
**operates** [1] - 829:23
**operating** [1] - 728:1
**operation** [2] - 844:16, 881:22
**opinion** [1] - 789:21
**opportunities** [1] - 774:23
**Opportunities** [1] - 818:12
**opportunity** [1] - 763:11
**option** [1] - 893:5
**orally** [1] - 884:21
**Orange** [2] - 799:1, 799:4
**order** [12] - 706:24, 707:18, 707:21, 729:22, 756:19, 765:23, 771:5, 772:19, 824:22, 844:7, 892:9, 899:8
**ordered** [1] - 839:11
**ordering** [1] - 775:23
**Orders** [1] - 822:13
**orders** [2] - 839:22, 841:3
**organization** [1] - 813:23
**organize** [1] - 892:12
**original** [4] - 775:6, 827:7, 827:8, 857:19
**originally** [2] - 804:19, 804:21
**originator** [1] - 863:21
**ornate** [2] - 766:5, 766:17
**ornateness** [1] - 766:16
**orr** [1] - 835:21
**otherwise** [1] - 775:22
**outside** [4] - 713:15, 733:12, 748:15, 795:2
**overall** [1] - 767:19
**overpaid** [1] - 735:2
**overpayment** [1] - 735:4
**overruled** [5] - 744:8, 744:19, 746:25, 747:5, 762:4
**oversee** [1] - 726:3
**overseeing** [1] - 726:14
**Owen** [4] - 849:23, 857:6, 865:5, 865:18
**Owens** [1] - 865:16
**own** [8] - 729:9, 764:22, 768:3, 888:6, 888:7, 888:16, 889:2, 889:17
**owned** [1] - 728:25

## P

**P-R-E-O-L-L-O** [3] - 806:14, 807:6, 807:13
**p.m** [3] - 713:21, 719:22, 842:22
**P.S** [2] - 835:14, 836:20
**PAB** [2] - 782:13, 782:18
**PacNet** [22] - 813:2, 813:7, 813:8, 813:13, 814:21, 815:9, 815:12, 815:15, 816:14, 819:3, 819:4, 829:11, 829:13, 830:9, 862:19, 862:21, 862:25, 863:2, 863:23, 880:4, 880:5, 880:14
**PacNet's** [1] - 818:3
**PAGE** [1] - 901:2
**Page** [16] - 805:20, 806:15, 806:24, 807:14, 810:11, 810:19, 810:24, 811:2, 811:6, 812:24, 813:25, 814:5, 814:10, 814:22, 815:16, 816:10
**page** [139] - 721:7, 730:24, 737:5, 738:21, 739:15, 740:11, 764:23, 766:19, 766:23, 767:12, 768:10, 770:8, 770:23, 770:24, 771:2, 771:5, 771:6, 772:12, 772:17, 772:19, 772:21, 773:1, 773:14, 774:3, 779:1, 781:24, 783:18, 784:17, 785:5, 785:14, 785:15, 785:16, 786:5, 788:11, 790:10, 790:12, 790:16, 805:1, 805:11, 806:7, 806:10, 806:18, 807:3, 807:7, 807:18, 807:23, 808:14, 810:9, 813:17, 813:22, 814:23, 816:21, 817:7, 818:9, 819:12, 819:15, 819:17, 819:19, 819:21, 820:12, 821:16, 822:8, 822:16, 822:17, 822:20, 822:22, 823:6, 823:22, 824:12, 825:23, 828:5, 829:7, 830:11, 830:14, 831:20, 832:2, 832:15, 833:6, 833:25, 834:3, 834:6, 834:9, 834:12, 834:22, 835:6, 835:9, 835:13, 835:16, 836:2, 836:4, 836:12, 837:5, 837:19, 837:23, 839:14, 842:7, 843:13, 844:23, 845:17, 845:25, 846:19, 846:21, 847:1, 847:12, 848:9, 848:20, 850:4, 850:5, 851:7, 851:8, 851:9, 851:16, 851:23, 852:8, 853:9, 853:24, 854:10, 854:22, 855:3, 856:17, 857:15, 858:8, 859:13, 867:16, 868:14, 869:6, 869:22, 876:13, 876:17, 877:5, 878:5, 878:7, 894:24
**pages** [3] - 763:21, 809:19, 827:1
**paid** [12] - 726:7, 736:11, 736:20, 757:13, 757:14, 757:16, 769:11, 769:20, 774:23, 775:1, 850:16, 850:25
**Paid** [1] - 822:13
**Palsy** [1] - 758:2
**Pamela** [1] - 886:14
**paper** [6] - 716:3, 716:7, 716:15, 742:21, 763:16, 898:11
**paragraph** [8] - 740:16, 769:8, 770:5, 774:16, 774:20, 824:4, 845:9, 855:20
**paragraphs** [1] - 837:25
**paralegal** [1] - 705:14
**parking** [1] - 705:24
**part** [14] - 706:16, 726:9, 726:11, 727:16, 730:8, 770:13, 772:15, 772:17, 803:23, 805:6, 811:9, 842:9, 879:18, 896:16
**part-time** [1] - 727:16
**partially** [1] - 736:22
**participate** [1] - 775:3
**participation** [2] - 741:20, 769:15
**particular** [2] - 863:22, 864:1
**parties** [26] - 705:2, 706:19, 707:18, 707:21, 707:22, 709:4, 714:8, 714:12, 715:3, 742:5, 742:13, 747:18, 839:5, 856:12, 858:24, 883:15, 884:14, 889:22, 891:2, 891:12, 891:17, 891:18, 891:22, 892:4, 892:16, 897:9
**parties'** [2] - 897:6, 897:10
**party** [3] - 792:4, 813:8, 899:19
**Pasco** [1] - 735:3
**passed** [3] - 848:7, 848:15, 849:5
**passengers** [1] - 801:8
**password** [1] - 824:24
**patrons** [1] - 775:2
**Paul** [2] - 719:20, 720:2
**pause** [2] - 779:9, 779:20
**Pause** [17] - 707:12, 720:22, 721:5, 733:15, 743:13, 746:4, 750:18,

776:20, 777:17, 778:17, 778:23, 782:2, 828:8, 875:14, 877:12, 880:2, 898:17
**pay** [2] - 756:13, 769:17
**Payable** [1] - 834:1
**payable** [1] - 868:7
**payee** [5] - 812:7, 867:22, 868:23, 869:12, 870:2
**payment** [21] - 716:19, 716:20, 813:8, 814:20, 816:13, 830:2, 832:25, 833:2, 833:11, 849:17, 850:14, 850:15, 852:10, 854:11, 856:14, 862:5, 862:19, 862:20, 864:11, 887:5
**Payments** [1] - 818:12
**payments** [23] - 716:23, 716:24, 749:19, 818:11, 835:19, 838:11, 850:6, 850:7, 850:14, 851:12, 851:18, 851:24, 853:25, 854:23, 858:9, 861:22, 862:3, 862:10, 862:12, 866:12, 866:13, 872:12, 887:7
**PDA** [2] - 838:7, 838:9
**pdf** [1] - 830:5
**pdfs** [1] - 822:7
**pen** [1] - 740:17
**Pence** [1] - 886:14
**Pennsylvania** [5] - 752:15, 752:16, 752:19, 753:3, 764:17
**pens** [1] - 751:21
**people** [10] - 729:17, 732:25, 756:13, 791:4, 792:6, 829:21, 833:18, 852:13, 872:19, 899:12
**People's** [4] - 808:3, 809:16, 811:16, 864:20
**per** [6] - 732:6, 732:7, 732:8, 757:13, 761:3
**percent** [4] - 729:21, 767:12, 768:5, 771:16
**percentage** [1] - 732:21
**perfect** [3] - 707:16, 850:4, 869:8
**perform** [2] - 757:6, 804:5
**performing** [1] - 840:12
**period** [5] - 753:18, 800:3, 803:6, 875:6, 879:19
**permanent** [1] - 855:25
**Permission** [10] - 743:14, 760:3, 763:6, 807:20, 809:10, 812:20, 815:1, 815:22, 816:16, 817:4
**permission** [42] - 771:24, 773:10, 775:25, 795:19, 804:25, 808:11, 814:15, 818:22, 819:23, 822:24, 823:13, 825:8, 826:14, 827:11, 827:25, 828:10, 830:10, 833:13, 834:19, 835:22, 836:7, 837:1, 837:10, 838:20, 839:23, 840:17, 841:9, 842:14, 844:22, 846:11, 847:14, 849:7, 849:24, 855:4, 856:20, 857:12, 858:13, 861:15, 863:4, 864:4, 866:15, 880:24
**person** [15] - 735:1, 759:14, 759:16, 767:22, 773:3, 804:18, 809:7, 843:16, 852:6, 852:7, 868:3, 872:4, 879:21, 890:25, 892:11
**person's** [2] - 853:15, 854:17
**personal** [2] - 821:10, 885:18
**personalized** [1] - 767:21
**personally** [1] - 879:18
**personnel** [3] - 747:19, 859:1, 899:14
**persons** [7] - 805:15, 847:7, 855:23, 855:25, 856:5, 856:10, 871:16
**perspective** [1] - 892:3
**Phil** [28] - 806:12, 806:21, 815:8, 815:21, 816:4, 817:1, 822:5, 823:5, 823:9, 825:19, 829:8, 829:11, 829:14, 837:17, 839:1, 839:6, 839:9, 840:5, 840:23, 841:1, 841:2, 841:15, 841:25, 842:2, 842:4, 843:19, 843:23, 847:9
**Philip** [15] - 705:8, 725:24, 758:24, 805:12, 805:18, 807:17, 808:9, 809:8, 813:19, 814:2, 814:7, 814:13, 814:24, 816:22, 883:6
**PHILIP** [1] - 704:7
**phone** [7] - 824:6, 824:7, 824:10, 825:3, 825:5, 880:16, 891:15
**phrase** [2] - 775:4, 775:8
**physical** [2] - 804:8, 828:24
**physically** [1] - 756:3
**picking** [1] - 862:14
**pie** [1] - 843:18
**piece** [23] - 756:12, 756:20, 757:13, 763:15, 764:1, 764:10, 765:4, 765:6, 765:13, 768:20, 770:12, 772:9, 773:7, 773:18, 773:20, 773:23, 776:13, 816:9, 830:20, 830:23, 831:11, 831:12, 832:1
**pieces** [17] - 753:13, 754:13, 754:19, 755:21, 756:7, 757:1, 757:4, 757:6, 757:20, 764:2, 764:20, 764:22, 768:9, 776:10, 843:24, 844:5, 844:8
**pinpoint** [1] - 708:4
**place** [3] - 769:25, 804:22, 897:19
**placed** [1] - 825:13
**placement** [1] - 769:22
**places** [2] - 836:14, 899:13
**placing** [1] - 724:16
**plan** [4] - 714:5, 717:15, 841:17, 894:12
**Plan** [2] - 876:23, 877:1
**planning** [4] - 718:2, 890:13, 891:21, 893:12
**plans** [3] - 720:9, 720:18, 841:20
**play** [2] - 710:19, 743:14
**played** [1] - 743:17
**Plaza** [1] - 704:15
**pled** [2] - 758:21, 758:23
**PO** [5] - 837:22, 862:3, 862:6, 862:10, 862:13
**POA** [1] - 806:9
**podcasts** [1] - 747:23
**point** [20] - 713:11, 713:14, 720:4, 720:9, 720:13, 730:6, 754:14, 754:25, 769:23, 771:23, 787:5, 831:15, 831:17, 831:19, 831:23, 832:11, 854:13, 878:8, 880:17, 894:4
**pointing** [1] - 740:17
**points** [1] - 831:15
**polled** [1] - 705:22
**pool** [2] - 719:16, 720:15
**port** [1] - 801:6
**Port** [1] - 704:19
**portion** [6] - 785:5, 823:10, 826:23, 832:17, 833:2, 833:5
**posed** [3] - 749:16, 749:22, 750:6
**position** [5] - 744:17, 800:14, 802:15, 813:20, 847:10
**possibility** [1] - 720:16
**possible** [10] - 713:8, 720:1, 720:10, 727:7, 872:20, 872:21, 872:25, 873:2, 890:9, 897:25
**possibly** [2] - 705:22, 711:24
**postal** [14] - 780:7, 782:9, 785:23, 789:5, 800:4, 801:11, 802:8, 802:9, 802:16, 802:18, 802:22, 803:10, 883:5
**Postal** [8] - 705:15, 713:2, 795:11, 800:3, 802:4, 802:6, 802:7, 876:21
**posting** [1] - 792:9
**postmaster** [1] - 802:14
**potential** [1] - 749:19
**potentially** [3] - 715:12, 716:16, 812:1
**Potomac** [1] - 801:18
**Potter** [2] - 845:4, 845:11
**practice** [4] - 884:12, 887:13, 888:3, 889:18
**preference** [1] - 711:1
**Preollo** [2] - 806:12, 806:21
**preparation** [2] - 804:6, 881:20
**prepare** [3] - 793:9, 890:4, 893:1
**prepared** [2] - 712:21, 889:14
**preparing** [1] - 804:11
**prepayment** [1] - 839:10
**Prepayments** [1] - 839:22
**preprinted** [1] - 767:17
**prerecorded** [1] - 742:1
**presence** [4] - 713:15, 719:15, 748:15, 795:2
**present** [10] - 705:17, 728:6, 741:21, 742:11, 742:14, 743:3, 813:4, 832:4, 832:14, 861:2
**presentation** [1] - 772:17
**presented** [3] - 742:3, 742:9, 886:12
**presently** [1] - 835:19

**presents** [1] - 886:5
**preserved** [1] - 762:2
**president** [2] - 805:19, 813:21
**prevention** [2] - 803:8, 803:11
**previous** [4] - 792:1, 851:18, 876:8
**previously** [6] - 722:11, 748:23, 763:12, 779:4, 830:11, 830:18
**prez** [1] - 813:21
**pricing** [1] - 842:6
**prima** [3] - 884:25, 885:14, 886:5
**primarily** [1] - 801:6
**printed** [1] - 742:21
**PRIOLO** [1] - 704:7
**Priolo** [77] - 705:9, 705:17, 713:13, 715:4, 724:6, 724:14, 725:24, 726:24, 727:8, 727:16, 727:23, 728:1, 728:10, 728:21, 728:24, 729:9, 733:22, 734:3, 734:25, 736:4, 740:21, 741:1, 741:10, 758:24, 805:12, 805:18, 806:13, 807:17, 808:9, 809:8, 813:19, 814:2, 814:7, 814:13, 814:24, 815:9, 815:17, 815:21, 816:4, 816:23, 818:3, 819:2, 822:5, 823:5, 823:9, 825:19, 826:22, 829:8, 829:12, 837:17, 838:15, 839:1, 839:6, 840:5, 840:23, 841:1, 841:15, 841:25, 843:19, 847:9, 847:10, 862:14, 874:7, 875:3, 875:8, 878:7, 881:15, 881:21, 883:6, 886:23, 887:3, 888:2, 888:5, 888:15, 890:13, 896:17
**Priolo's** [7] - 723:22, 728:17, 731:22, 833:19, 844:1, 844:11, 886:25
**Priya** [1] - 815:8
**prize** [6] - 769:19, 810:7, 811:5, 829:17, 834:2
**prizes** [5] - 769:11, 769:17, 769:20, 774:23, 868:7
**problem** [8] - 714:22, 715:21, 738:8, 744:18, 749:25, 761:7, 774:12, 891:8
**proceed** [6] - 747:12, 775:23, 795:9, 882:12, 897:20, 898:23
**proceeding** [2] - 720:5, 780:16
**proceedings** [5] - 743:13, 746:4, 750:18, 774:6, 898:17
**Proceedings** [1] - 704:25
**Process** [5] - 753:5, 753:7, 753:12, 753:16, 822:13
**process** [4] - 718:21, 726:15, 767:10, 897:18
**processed** [2] - 726:4, 862:21
**processing** [2] - 814:20, 816:14
**processor** [2] - 729:12, 813:8
**produced** [1] - 704:25
**product** [2] - 729:11, 730:4
**products** [4] - 751:19, 752:3, 754:1, 754:5
**profit** [6] - 874:7, 874:12, 874:17, 875:4, 879:5, 879:12
**program** [1] - 832:10
**project** [1] - 841:24
**promised** [1] - 894:3
**promotion** [18] - 733:22, 782:13, 782:18, 782:20, 782:24, 782:25, 783:1, 783:2, 783:3, 850:15, 850:23, 851:1, 852:11, 853:13, 854:12, 872:13
**promotional** [1] - 829:20
**promotions** [19] - 731:23, 734:2, 781:13, 782:5, 782:10, 783:6, 785:24, 789:9, 789:12, 789:15, 789:16, 791:12, 850:7, 851:11, 851:19, 852:1, 854:1, 854:24, 858:10
**Promotions** [2] - 755:9, 755:12
**pronounce** [1] - 729:12
**properly** [1] - 746:10
**proposed** [3] - 707:21, 890:22, 890:24
**Protection** [4] - 800:10, 800:15, 800:16, 801:3
**prove** [1] - 896:24
**provide** [7] - 707:22, 748:1, 775:2, 775:17, 789:20, 809:25, 892:20
**provided** [16] - 716:13, 729:21, 730:24, 742:21, 778:19, 781:4, 781:19, 785:4, 800:23, 811:21, 822:12, 822:17, 822:21, 871:16, 898:19
**Providence** [1] - 754:10
**providing** [3] - 720:3, 756:15, 756:16
**public** [8] - 706:15, 747:18, 769:10, 792:5, 803:10, 858:25, 883:16, 899:20
**publish** [57] - 724:21, 724:24, 734:10, 735:8, 740:2, 740:9, 760:3, 763:6, 771:24, 773:10, 775:25, 780:2, 805:1, 807:20, 808:12, 809:10, 812:20, 815:1, 815:22, 816:16, 817:4, 818:22, 819:23, 822:24, 823:13, 825:8, 826:14, 827:11, 827:25, 830:10, 834:19, 835:22, 836:7, 837:1, 837:10, 838:20, 839:23, 840:17, 841:9, 842:14, 844:22, 846:11, 847:14, 849:7, 849:24, 855:5, 855:17, 856:21, 857:12, 858:13, 861:15, 861:17, 863:4, 864:4, 866:15, 873:7, 880:24
**published** [48] - 724:22, 725:1, 734:20, 735:15, 770:25, 772:2, 773:13, 776:3, 805:2, 818:25, 820:1, 823:2, 823:16, 825:10, 826:17, 827:14, 828:3, 828:12, 830:15, 831:22, 833:16, 834:23, 835:25, 836:10, 837:4, 837:13, 838:23, 840:1, 840:20, 841:12, 842:17, 843:4, 843:9, 844:25, 846:14, 847:17, 849:10, 850:2, 855:18, 856:25, 857:17, 861:18, 863:7, 864:7, 866:18, 867:6, 873:11, 881:2
**Publishes** [11] - 740:4, 763:9, 805:3, 807:24, 808:15, 809:13, 812:23, 814:17, 815:4, 815:25, 816:19
**puffery** [1] - 709:8
**pull** [5] - 708:19, 778:21, 781:21, 833:18, 868:14
**pulled** [3] - 833:21, 834:25, 840:15
**purchase** [3] - 756:14, 830:3, 834:7
**purported** [1] - 838:7
**purpose** [2] - 809:24, 855:21
**purposeful** [1] - 769:23
**purposes** [1] - 740:5
**pursue** [1] - 856:3
**pushing** [1] - 784:11
**put** [18] - 708:7, 729:17, 732:18, 734:1, 735:7, 770:2, 779:25, 830:13, 867:2, 873:5, 878:21, 882:11, 884:1, 884:16, 886:22, 888:9, 888:11, 896:12
**putting** [1] - 889:17
**puzzles** [1] - 756:10

## Q

**quantity** [1] - 840:15
**quarter** [2] - 726:21, 781:8
**QUESTION** [1] - 780:18
**questioned** [1] - 742:13
**questioning** [2] - 730:10, 795:20
**questionnaire** [3] - 813:3, 813:12, 815:15
**questions** [24] - 715:12, 722:25, 728:21, 733:16, 739:7, 741:15, 742:5, 742:15, 742:19, 776:22, 787:19, 791:15, 792:7, 793:10, 830:7, 841:8, 870:19, 871:3, 871:4, 882:1, 895:11, 895:22, 895:23, 897:12
**quick** [1] - 817:1
**quietly** [1] - 740:18
**quite** [2] - 811:8, 897:5
**quoting** [1] - 724:11

## R

**R-E-S-S-L-E-R** [1] - 751:8
**RA10** [1] - 840:13
**raise** [2] - 751:3, 890:1
**raised** [1] - 736:3
**ran** [1] - 740:21
**range** [3] - 716:21, 732:2, 732:15
**rate** [1] - 841:24
**rather** [7] - 708:1, 710:25, 712:8, 719:15, 750:7, 845:13, 891:9
**rational** [1] - 887:11
**RDR** [1] - 704:23

**re** [2] - 840:14, 875:6
**re-considered ... either** [1] - 840:14
**re-review** [1] - 875:6
**reached** [2] - 759:18, 896:15
**read** [71] - 706:2, 706:14, 706:21, 709:2, 709:13, 719:18, 725:8, 725:12, 725:20, 731:17, 732:17, 734:24, 740:18, 747:22, 763:25, 766:14, 767:10, 769:2, 769:6, 769:8, 770:5, 772:23, 774:19, 774:25, 775:20, 779:1, 779:22, 784:9, 784:13, 785:17, 787:4, 787:6, 792:8, 810:6, 810:25, 816:24, 818:8, 818:19, 829:13, 833:25, 834:9, 835:6, 835:16, 836:3, 836:13, 837:7, 837:25, 839:8, 840:9, 840:25, 841:16, 842:2, 842:7, 842:24, 843:12, 843:21, 844:1, 845:9, 855:20, 857:8, 858:4, 868:6, 871:6, 871:8, 878:4, 882:25, 888:10, 896:14, 899:11
**reader** [1] - 765:20
**reading** [5] - 725:21, 731:8, 779:2, 787:8, 876:15
**reads** [1] - 767:11
**ready** [12] - 710:18, 777:1, 779:19, 843:23, 891:1, 891:19, 891:22, 892:5, 892:6, 892:14, 892:22, 893:9
**real** [12] - 765:14, 765:15, 765:18, 765:21, 767:3, 767:14, 767:16, 767:17, 767:23, 768:7, 770:14, 771:19
**realistic** [1] - 714:2
**reality** [1] - 872:19
**realize** [1] - 765:13
**really** [8] - 744:24, 750:3, 787:11, 793:6, 880:15, 885:18, 895:21
**realness** [1] - 766:16
**realtime** [1] - 744:15
**reask** [1] - 788:8
**reason** [3] - 761:9, 824:22, 885:8
**reasonable** [2] - 886:9, 896:24
**reasons** [1] - 720:14
**rebuttal** [4] - 893:13, 894:8, 894:9, 894:21
**receipt** [1] - 749:19
**receive** [7] - 706:13, 752:25, 800:19, 801:14, 810:23, 819:3, 825:14
**received** [14] - 707:18, 719:9, 734:18, 735:13, 763:5, 798:18, 808:25, 817:2, 838:6, 838:11, 845:11, 855:15, 886:20, 886:23
**receiver** [3] - 767:5, 768:4, 772:13
**receiving** [1] - 863:19
**recently** [3] - 727:17, 782:4, 840:11
**recess** [3] - 719:5, 794:9, 860:16
**Recess** [1] - 748:14
**recipient** [2] - 818:14, 829:22
**recipients** [2] - 886:25, 887:6
**recite** [1] - 821:7
**recognize** [13] - 734:22, 763:16, 763:22, 764:9, 764:12, 764:15, 764:16, 768:2, 768:3, 773:16, 773:22, 776:5, 776:7
**recollection** [12] - 722:19, 731:3, 731:9, 740:6, 778:22, 779:3, 781:22, 785:9, 785:23, 787:10, 790:20, 809:20
**recommend** [1] - 831:24
**recommendations** [1] - 888:24
**reconcile** [1] - 728:10
**reconvene** [1] - 719:3
**record** [24] - 705:11, 705:21, 706:16, 739:12, 740:10, 744:7, 744:8, 751:6, 762:1, 762:3, 764:16, 784:1, 784:14, 787:1, 787:6, 795:15, 804:9, 821:3, 882:25, 884:17, 887:18, 888:11, 896:15, 898:13
**recorded** [4] - 704:25, 741:23, 742:4, 742:14
**records** [9] - 774:5, 804:24, 811:11, 811:25, 863:15, 864:11, 866:7, 866:14, 879:16
**recovered** [3] - 849:21, 865:12, 865:14
**recovery** [3] - 824:19, 824:25
**recross** [1] - 741:17
**red** [2] - 835:2, 840:13
**redacted** [3] - 744:12, 744:15, 838:4
**REDIRECT** [2] - 880:22, 901:12
**redirect** [5] - 710:7, 711:20, 782:23, 791:19, 880:20
**redirects** [2] - 710:9, 711:21
**reduced** [1] - 841:24
**reduces** [1] - 771:18
**refer** [4] - 778:12, 895:12, 895:21, 898:11
**reference** [1] - 895:14
**references** [1] - 895:15
**referencing** [1] - 788:4
**referred** [38] - 725:1, 733:18, 734:20, 735:15, 765:11, 806:2, 818:25, 820:1, 823:2, 823:16, 825:10, 826:17, 827:14, 828:3, 828:12, 830:15, 831:22, 833:16, 834:23, 835:25, 836:10, 837:4, 837:13, 838:23, 840:1, 840:20, 841:12, 842:17, 843:4, 843:9, 844:25, 846:14, 847:17, 849:10, 850:2, 855:18, 856:25, 857:17
**referring** [2] - 827:17, 895:17
**reflect** [2] - 826:21, 874:9
**reflected** [17] - 805:15, 825:16, 832:1, 846:19, 852:13, 853:1, 853:6, 866:2, 866:13, 867:12, 868:25, 869:14, 869:19, 870:6, 870:16, 872:6, 874:3
**reflecting** [1] - 874:4
**refresh** [5] - 722:18, 731:9, 778:22, 781:22, 787:21
**refreshes** [6] - 731:3, 779:2, 785:8, 785:22, 787:9, 790:19
**refreshing** [1] - 740:5
**refund** [15] - 733:23, 734:1, 734:4, 735:2, 811:12, 812:1, 812:4, 812:6, 812:8, 812:12, 838:10, 845:15, 872:5, 872:12
**refunds** [3] - 811:10, 872:2, 872:6
**regard** [3] - 706:24, 716:25, 717:3
**regarding** [10] - 709:10, 715:19, 808:4, 823:23, 842:11, 846:18, 871:14, 879:5, 886:18, 886:21
**Regarding** [1] - 815:12
**regards** [2] - 830:8, 839:13
**registrar** [1] - 772:25
**regulations** [1] - 769:14
**Reins** [5] - 705:15, 713:3, 795:12, 795:16, 805:5
**REINS** [3] - 795:17, 798:19, 901:9
**REINS-JARIN** [2] - 798:19, 901:9
**Reins-Jarin** [5] - 705:15, 713:3, 795:12, 795:16, 805:5
**relate** [1] - 761:17
**related** [7] - 778:5, 801:24, 802:8, 809:4, 849:17, 853:11, 873:25
**relates** [1] - 781:5
**relating** [1] - 742:2
**relation** [2] - 780:19, 871:17
**relationship** [2] - 715:19
**relaxes** [1] - 766:15
**relaxing** [1] - 766:15
**Release** [1] - 811:8
**released** [1] - 882:15
**relevant** [2] - 738:11, 875:1
**remain** [6] - 707:10, 708:3, 722:5, 764:3, 856:1, 858:22
**remaining** [1] - 709:24
**remedies** [2] - 856:3, 856:6
**remember** [19] - 714:15, 724:8, 724:9, 727:21, 727:25, 728:2, 728:3, 741:11, 744:2, 778:11, 780:18, 783:9, 787:9, 788:6, 789:6, 789:22, 790:2, 831:2, 883:12
**remembered** [1] - 789:13
**remind** [2] - 707:10, 747:13
**reminders** [1] - 747:14
**remote** [7] - 710:13, 710:17, 710:18, 710:22, 711:6, 780:5, 787:13
**remotely** [2] - 712:22, 851:22
**removal** [1] - 855:24
**remove** [8] - 764:4, 829:17, 829:22, 831:8, 831:25, 838:9, 845:14, 855:22
**removed** [1] - 831:24
**Renee** [1] - 815:9
**Rental** [1] - 839:22
**rental** [2] - 841:5, 841:6
**rented** [1] - 840:12
**repeat** [5] - 751:24, 755:1, 821:2,

828:16, 857:22
**repeated** [1] - 765:19
**report** [29] - 724:7, 729:9, 730:2, 733:22, 755:20, 756:7, 756:11, 756:20, 756:25, 757:4, 764:7, 764:8, 765:4, 769:16, 773:21, 773:23, 774:7, 774:9, 774:12, 776:10, 782:10, 818:20, 830:2, 832:25, 833:11, 833:19, 834:7, 838:7, 841:3
**report-type** [1] - 755:20
**reported** [4] - 769:13, 769:20, 774:11, 883:5
**reporter** [2] - 742:14, 891:24
**Reporter** [1] - 704:23
**reporting** [3] - 769:12, 769:17, 889:20
**reports** [9] - 723:17, 724:3, 741:11, 756:10, 759:22, 769:10, 774:22, 841:4, 883:6
**represent** [1] - 866:11
**representation** [12] - 850:6, 851:17, 851:24, 852:10, 853:11, 853:25, 854:11, 854:23, 858:9, 861:21, 864:10, 879:8
**represented** [2] - 850:13, 861:24
**representing** [1] - 742:12
**represents** [1] - 866:21
**request** [6] - 709:3, 718:19, 746:12, 819:15, 889:15, 891:6
**requesting** [3] - 819:6, 819:9, 819:12
**requests** [1] - 760:5
**required** [6] - 758:3, 829:15, 831:7, 832:21, 884:20, 896:21
**requires** [1] - 884:22
**research** [6] - 747:23, 792:9, 822:23, 859:4, 899:11, 899:12
**reserve** [3] - 884:12, 884:18, 887:14
**reset** [2] - 824:23, 824:24
**reside** [1] - 751:15
**residence** [3] - 715:5, 849:22, 865:5
**respect** [5] - 770:12, 851:3, 851:20, 852:2, 855:1
**respective** [1] - 850:21
**respond** [2] - 765:23, 792:6
**responded** [1] - 734:2
**responders** [1] - 726:7
**responding** [3] - 731:18, 833:19, 871:12
**responds** [1] - 843:21
**response** [16] - 709:3, 733:21, 771:6, 790:25, 793:4, 793:10, 823:19, 837:8, 840:14, 844:1, 844:11, 850:23, 850:24, 851:19, 852:11, 853:13
**responsibilities** [1] - 753:11
**responsible** [1] - 892:15
**Ressler** [31] - 710:25, 711:4, 711:16, 712:12, 715:3, 715:11, 751:1, 751:7, 751:13, 752:14, 758:11, 763:11, 764:6, 769:22, 772:4, 772:6, 772:15, 773:16, 774:5, 776:5, 777:7, 777:20, 780:6, 780:15, 781:3, 783:11, 785:3, 785:6, 789:3, 791:22, 791:25
**RESSLER** [2] - 751:9, 901:6
**Ressler's** [3] - 712:4, 714:19, 715:5
**rest** [9] - 705:5, 713:11, 720:8, 720:17, 774:25, 790:8, 856:13, 883:10, 890:4
**rested** [3] - 882:10, 896:12, 897:2
**rests** [2] - 882:8, 888:4
**result** [1] - 856:10
**Results** [2] - 755:14, 755:16
**resume** [2] - 858:19, 859:10
**resumes** [1] - 861:8
**retire** [3] - 895:4, 897:4, 898:14
**retrieved** [1] - 705:24
**return** [1] - 894:22
**Return** [1] - 833:3
**returned** [1] - 733:10
**reveal** [1] - 874:17
**review** [25] - 731:2, 740:16, 779:13, 779:14, 781:25, 782:4, 782:9, 785:3, 785:5, 785:10, 785:22, 788:7, 788:8, 789:10, 789:20, 790:9, 790:19, 791:12, 811:10, 811:25, 818:2, 838:14, 872:6, 875:6, 889:23
**reviewed** [7] - 804:7, 811:19, 829:15, 830:17, 885:2, 885:4, 885:5
**reviewing** [6] - 783:6, 785:8, 785:24, 790:20, 793:25, 885:24
**revise** [6] - 818:10, 818:17, 818:20, 829:16, 829:25, 830:2
**revising** [1] - 832:25
**ribbon** [2] - 772:20, 772:23
**Richard** [1] - 855:22
**right-hand** [3] - 735:18, 878:12
**rights** [1] - 713:13
**rise** [9] - 719:6, 721:6, 748:3, 750:19, 792:17, 795:6, 861:9, 896:5, 900:3
**Risk** [1] - 818:3
**risk** [1] - 829:14
**Robert** [2] - 725:23, 845:23
**Rockeet** [1] - 735:3
**room** [11] - 726:3, 747:15, 792:2, 792:13, 858:22, 892:6, 897:4, 897:18, 898:2, 898:14, 899:5
**rotate** [3] - 807:25, 810:12, 823:7
**row** [1] - 894:14
**rows** [2] - 864:22, 864:24
**rubber** [3] - 767:14, 767:17
**Rule** [2] - 884:11, 885:23
**rule** [5] - 745:2, 746:18, 746:22, 747:8, 887:16
**ruled** [1] - 746:23
**rules** [6] - 744:10, 746:10, 769:13, 775:15, 775:17, 775:20
**ruling** [7] - 738:18, 744:4, 746:12, 746:19, 747:4, 747:9, 884:14
**rulings** [3] - 746:16, 886:2, 887:14
**run** [3] - 729:22, 899:17, 899:18
**rushed** [1] - 884:3

## S

**salary** [1] - 757:13
**Salazar** [1] - 834:18
**sample** [5] - 768:14, 810:10, 833:22, 833:23, 833:24
**samples** [3] - 833:18, 833:24, 834:25
**SAN** [2] - 774:16, 774:22
**sanction** [1] - 856:8
**sandy** [1] - 774:5
**SANI** [2] - 764:1, 769:17
**Santa** [1] - 799:13
**satisfied** [1] - 893:6
**saw** [4] - 832:15, 881:6, 885:10, 885:11
**scam** [1] - 836:6
**schedule** [1] - 896:4
**schedules** [1] - 870:14
**scheduling** [1] - 706:24
**scheme** [1] - 879:2
**schemes** [2] - 803:20, 803:21
**Schmid** [1] - 704:23
**school** [10] - 749:10, 752:16, 752:18, 752:21, 752:22, 752:23, 752:25, 753:2, 799:8, 799:10
**schooling** [1] - 752:21
**screen** [14] - 724:17, 735:18, 735:20, 772:4, 779:25, 806:3, 806:8, 809:6, 816:25, 831:5, 843:21, 857:4, 871:7, 873:5
**scribbled** [1] - 834:4
**scripophily** [9] - 765:11, 766:3, 766:25, 768:24, 770:13, 770:20, 771:7, 776:11
**scroll** [3] - 805:10, 806:4, 842:8
**se** [1] - 761:3
**seal** [2] - 706:4, 706:6
**Sean** [35] - 715:16, 715:20, 722:22, 723:4, 725:4, 726:2, 726:20, 726:25, 727:8, 727:15, 727:19, 728:11, 730:9, 736:20, 758:24, 759:2, 759:4, 759:8, 759:14, 759:19, 759:25, 763:18, 763:19, 763:20, 764:1, 768:9, 777:24, 822:5, 837:16, 841:18, 842:5, 842:9, 843:14, 844:19, 847:9
**seaport** [1] - 801:4
**search** [11] - 749:5, 803:24, 826:8, 844:18, 849:21, 852:23, 853:5, 857:6, 857:20, 865:3, 865:7
**seat** [12] - 705:3, 719:8, 748:5, 748:18, 751:5, 792:19, 795:5, 795:15, 860:2, 861:3, 883:22, 900:5
**seated** [5] - 722:2, 750:22, 795:8, 861:11, 896:7
**sec** [1] - 870:22
**second** [22] - 752:12, 769:8, 777:1, 778:14, 778:16, 781:24, 782:20,

782:22, 787:25, 808:7, 831:23, 832:19, 832:20, 833:9, 862:8, 862:21, 864:22, 864:24, 875:13, 877:11, 879:25
**secondary** [1] - 824:23
**secret** [2] - 829:18, 831:9
**secretary** [1] - 805:18
**section** [4] - 831:18, 832:19, 832:20, 833:3
**Security** [3] - 800:11, 835:19, 858:6
**see** [54] - 707:25, 718:24, 719:9, 731:3, 733:13, 735:22, 738:10, 740:13, 766:18, 766:21, 766:24, 767:24, 770:7, 771:2, 772:6, 772:18, 772:20, 779:2, 785:5, 785:22, 788:1, 790:10, 790:19, 794:8, 805:11, 806:3, 807:15, 808:8, 810:3, 810:14, 810:20, 810:25, 812:7, 816:12, 816:25, 818:16, 822:11, 825:2, 828:21, 831:13, 832:6, 835:2, 841:19, 841:22, 843:20, 844:9, 873:5, 876:2, 876:19, 882:17, 883:18, 890:11, 895:9
**See** [1] - 748:12
**seed** [8] - 825:7, 825:12, 825:13, 826:21, 828:14, 828:18, 828:22, 828:24
**Seip** [1] - 852:4
**sell** [1] - 753:9
**selling** [2] - 723:14, 723:18
**send** [9] - 716:6, 730:19, 731:6, 836:18, 836:24, 839:12, 841:18, 862:20, 883:12
**Send** [1] - 810:18
**sending** [7] - 756:18, 764:2, 773:3, 834:13, 837:8, 862:25, 863:17
**sense** [3] - 765:17, 766:16, 891:25
**sent** [12] - 733:1, 733:17, 733:20, 735:1, 782:5, 815:20, 829:20, 836:16, 845:16, 850:20, 887:4, 887:5
**sentence** [3] - 769:5, 774:19, 774:25
**Separate** [3] - 822:13, 822:14, 822:19
**separate** [2] - 785:19, 822:18
**separately** [1] - 729:16
**September** [7] - 716:22, 831:1, 841:1, 877:18, 877:19, 881:11
**series** [6] - 728:21, 795:19, 809:18, 833:22, 836:2, 877:4
**served** [1] - 765:20
**service** [13] - 730:12, 730:18, 730:19, 731:5, 731:7, 792:9, 800:4, 802:8, 802:19, 803:10, 818:20, 822:21, 828:25
**Service** [13] - 800:3, 801:13, 801:15, 801:18, 802:2, 802:5, 802:6, 802:7, 802:11, 803:15, 803:16, 845:4, 876:21
**Services** [8] - 801:21, 813:2, 814:21, 815:10, 815:12, 816:14, 829:11, 863:23
**services** [3] - 729:23, 822:12, 822:17
**set** [4] - 827:3, 828:14, 844:7, 865:13
**sets** [3] - 865:8, 865:12, 865:15
**setting** [1] - 767:10
**seven** [2] - 810:24, 813:25
**several** [2] - 758:3, 877:6
**shall** [2] - 855:24, 882:17
**shape** [1] - 883:17
**sharetta** [1] - 846:9
**Sharon** [3] - 851:4, 851:5, 851:13
**Sherril** [1] - 845:4
**ships** [4] - 801:7, 801:9
**shocked** [1] - 885:12
**short** [9] - 710:8, 710:10, 711:21, 711:22, 712:8, 875:6, 879:19, 882:20, 882:24
**shorter** [1] - 893:19
**shortly** [5] - 727:14, 727:19, 727:22, 742:24, 883:19
**shot** [1] - 873:13
**show** [11] - 730:23, 763:21, 767:4, 770:23, 771:10, 787:14, 787:23, 787:25, 809:25, 875:4, 885:6
**showed** [5] - 733:4, 733:6, 789:9, 874:19, 880:4
**showing** [4] - 741:8, 766:1, 788:3, 844:15
**shown** [3] - 742:15, 742:20, 746:24
**sick** [1] - 887:22
**side** [9] - 708:12, 746:8, 746:13, 809:6, 831:4, 855:5, 869:7, 898:7
**side's** [1] - 898:4
**side-by-side** [1] - 855:5
**sidebar** [6] - 714:15, 738:1, 783:15, 786:3, 820:11, 821:1
**Sidebar** [15] - 737:5, 738:20, 743:22, 744:1, 745:5, 761:1, 762:6, 783:17, 784:1, 784:16, 786:4, 787:1, 788:10, 820:12, 821:15
**sidebars** [1] - 714:10
**sides** [3] - 887:17, 887:23, 889:13
**signature** [14] - 771:20, 806:11, 806:18, 806:21, 807:4, 807:12, 814:1, 814:3, 814:6, 814:8, 814:23, 823:6, 823:8
**signatures** [7] - 771:10, 771:11, 771:13, 805:10, 805:11, 805:13, 805:16
**signed** [2] - 725:4, 817:2
**signer** [2] - 805:18, 805:19
**similar** [4] - 754:11, 754:12, 851:17, 886:19
**simple** [1] - 780:12
**simply** [2] - 746:19, 747:8
**Single** [3] - 850:7, 851:3, 851:13
**single** [4] - 836:21, 850:20, 858:21, 874:21
**sitting** [5] - 874:20, 879:14, 879:19, 882:14, 899:20
**six** [1] - 850:25
**size** [1] - 771:19
**skip** [1] - 856:13
**sleep** [1] - 890:8
**slept** [1] - 890:7
**slicing** [1] - 726:6
**slightly** [2] - 881:12
**slow** [1] - 731:21
**small** [2] - 840:14, 840:15
**Smith** [1] - 832:8
**Smithville** [1] - 764:17
**smoothly** [1] - 897:25
**SMS** [2] - 824:5, 825:2
**social** [1] - 792:10
**Social** [2] - 835:19, 858:6
**sold** [1] - 752:3
**sole** [1] - 707:3
**solicitation** [1] - 756:13
**solicitations** [5] - 782:11, 789:10, 789:16, 838:7, 856:2
**Soltan** [1] - 846:6
**Soltis** [2] - 851:4, 851:5
**Soltis's** [1] - 851:13
**someone** [3] - 771:4, 899:17, 899:19
**sometime** [1] - 759:12
**sometimes** [5] - 714:10, 714:11, 742:9, 780:17, 780:18
**somewhere** [4] - 753:8, 753:15, 755:22, 775:10
**son** [2] - 758:2, 759:6
**soon** [3] - 759:10, 810:18, 843:18
**soon)** [1] - 837:9
**sooner** [1] - 708:1
**sorry** [26] - 724:23, 726:10, 735:20, 749:8, 751:24, 755:1, 755:11, 755:15, 778:4, 778:7, 780:22, 782:14, 789:14, 828:9, 828:16, 829:4, 841:6, 847:23, 851:8, 853:4, 857:22, 858:7, 866:12, 876:15, 884:5, 887:5
**Sorry** [1] - 749:15
**sort** [5] - 749:12, 755:10, 759:21, 800:19, 800:23
**sorting** [1] - 726:6
**sorts** [4] - 751:19, 754:5, 801:20, 804:5
**sought** [1] - 896:13
**sound** [4] - 711:25, 713:24, 760:1, 774:10
**sounds** [1] - 713:20
**South** [1] - 856:7
**Southern** [1] - 803:9
**spaces** [1] - 769:4
**spans** [2] - 893:22, 894:19
**speaking** [2] - 883:13, 883:14
**specific** [8] - 706:24, 769:23, 789:12, 809:25, 849:14, 849:16, 872:15, 876:9
**specifically** [5] - 708:20, 756:9, 799:23, 809:22, 874:15
**spell** [2] - 751:6, 795:14
**spelled** [2] - 806:13, 807:4
**Spelled** [1] - 806:22
**Spitzer** [1] - 846:6
**spoken** [1] - 712:17
**sponsor** [1] - 769:17
**sponsors** [3] - 769:12, 769:14, 769:21
**Sportime** [1] - 725:22
**spouse** [1] - 829:19
**squashes** [1] - 766:14

**squeezed** [3] - 769:3, 769:4, 769:5
**squirls** [1] - 766:14
**staff** [2] - 729:17, 729:19
**stages** [2] - 896:10, 897:3
**stamp** [8] - 767:5, 767:9, 767:14, 767:17, 767:18, 768:4, 833:3, 835:2
**stand** [6] - 721:4, 743:4, 751:3, 861:8, 885:7, 885:12
**standards** [1] - 746:7
**standing** [3] - 761:3, 761:8, 797:8
**star** [1] - 834:4
**start** [17] - 710:25, 718:18, 722:16, 722:21, 754:13, 775:8, 777:10, 803:12, 804:1, 820:7, 876:5, 876:20, 889:18, 889:21, 891:16, 894:4, 894:15
**started** [13] - 710:21, 723:5, 723:9, 726:20, 726:25, 727:14, 729:9, 753:14, 754:18, 760:4, 777:11, 777:24, 844:8
**starters** [1] - 871:5
**starting** [4] - 710:1, 725:13, 780:17, 841:14
**state** [9] - 705:10, 751:5, 759:24, 795:14, 810:6, 811:3, 811:7, 884:23, 886:23
**State** [8] - 845:5, 846:7, 846:17, 846:23, 847:4, 847:20, 848:11, 848:22
**statement** [8] - 769:18, 770:1, 875:12, 876:8, 876:9, 877:10, 878:3
**statements** [4] - 707:20, 821:6, 886:6, 886:7
**states** [4] - 785:6, 831:8, 838:6, 838:8
**STATES** [3] - 704:1, 704:2, 704:10
**States** [14] - 704:4, 704:14, 704:17, 705:13, 705:15, 780:7, 789:5, 795:11, 800:2, 801:24, 802:9, 825:21, 826:6, 862:7
**stating** [1] - 740:20
**statutes** [2] - 772:21, 801:24
**steer** [2] - 715:11, 715:13
**stenography** [1] - 704:25
**step** [2] - 860:3, 882:3
**Steven** [1] - 835:21
**sticker** [2] - 818:9, 835:16
**sticky** [2] - 763:23, 764:4
**still** [10] - 728:25, 772:4, 832:1, 832:4, 832:14, 836:17, 841:17, 883:11, 899:7
**stip** [1] - 882:24
**stipple** [1] - 768:6
**stippling** [1] - 767:14
**stipulation** [3] - 883:2, 888:10, 896:15
**stock** [1] - 766:6
**stomach** [1] - 890:8
**stop** [2] - 725:25, 836:20
**stopped** [1] - 793:18
**stored** [2] - 829:3, 829:5
**Street** [5] - 849:23, 857:7, 865:4, 865:5, 865:18
**street** [1] - 826:3
**stricken** [1] - 739:12
**studies** [2] - 799:16, 799:24
**study** [3] - 799:15, 800:25, 801:23
**stuff** [1] - 761:17
**styles** [1] - 791:3
**subject** [10] - 723:1, 761:18, 797:8, 815:11, 816:7, 837:18, 840:7, 842:10, 846:8
**submission** [1] - 793:10
**submit** [1] - 886:5
**submitted** [2] - 709:3, 887:10
**subpoena** [1] - 823:20
**subscriber** [2] - 823:23, 824:13
**subscription** [1] - 756:14
**substance** [2] - 706:20, 716:21
**substantial** [1] - 887:10
**Successfully** [1] - 757:7
**sufficiency** [1] - 885:24
**suggest** [1] - 707:2
**suggestion** [1] - 713:14
**suggestions** [1] - 889:12
**suing** [1] - 856:9
**Suite** [3] - 704:15, 704:19, 704:21
**sum** [2] - 717:15, 898:7
**summaries** [1] - 879:22
**summarizing** [1] - 716:12
**summary** [11] - 716:11, 718:6, 718:10, 804:12, 867:13, 868:3, 868:20, 868:25, 869:4, 869:14, 879:21
**summate 1@aol.com** [1] - 840:6
**summation** [6] - 891:9, 893:17, 894:5, 895:13, 895:16, 898:4
**summations** [13] - 716:10, 890:4, 891:13, 893:10, 893:12, 893:16, 894:15, 895:7, 897:6, 897:8, 897:9, 897:15, 899:8
**Sunday** [1] - 719:22
**support** [3] - 729:17, 729:20, 729:22
**supporting** [1] - 776:17
**supportive** [1] - 776:17
**suppose** [1] - 836:18
**supposed** [3] - 787:6, 804:18, 804:21
**surgeries** [1] - 758:3
**surveyor** [1] - 802:15
**surveyors** [1] - 802:16
**Susan** [1] - 838:3
**Sustained** [3] - 737:1, 737:3, 881:18
**sustained** [6] - 738:2, 738:19, 739:10, 749:15, 881:18
**sustaining** [1] - 747:5
**sweep** [1] - 883:6
**sweeps** [17] - 723:17, 724:3, 724:7, 729:9, 730:2, 741:10, 755:20, 756:6, 756:20, 756:25, 757:4, 764:7, 764:8, 765:4, 773:21, 773:22, 776:10
**Sweepstakes** [12] - 740:21, 755:17, 759:22, 770:17, 774:17, 774:22, 844:16, 845:3, 845:19, 846:20, 846:23, 847:6
**sweepstakes** [23] - 723:10, 723:14, 723:19, 724:12, 725:3, 725:16, 731:23, 733:21, 754:14, 754:19, 754:24, 755:19, 756:10, 756:11, 769:11, 769:17, 769:18, 774:13, 775:15, 775:17, 782:10, 833:19
**switch** [1] - 771:22
**sworn** [6] - 722:12, 742:4, 751:4, 751:9, 795:13, 798:19
**system** [1] - 844:8

## T

**tab** [2] - 781:24, 785:5
**table** [3] - 705:13, 736:11, 736:20
**tactics** [2] - 800:25, 801:23
**targeting** [1] - 803:22
**tasked** [2] - 730:17, 731:5
**tasks** [1] - 804:5
**tax** [1] - 749:19
**taxes** [1] - 736:16
**team** [21] - 708:19, 802:24, 803:3, 803:4, 803:7, 803:16, 803:19, 803:23, 809:23, 826:20, 827:7, 828:25, 833:18, 833:21, 844:14, 849:13, 857:19, 857:23, 864:11, 879:18, 894:14
**Team** [1] - 803:18
**teams** [1] - 892:12
**tech** [3] - 710:17, 710:21, 711:2
**technical** [1] - 777:14
**techniques** [6] - 766:2, 766:18, 767:15, 768:16, 768:22, 776:10
**telephone** [7] - 880:12, 890:9, 890:17, 890:21, 891:23, 891:24, 900:12
**ten** [8] - 711:10, 712:7, 747:11, 748:13, 811:6, 859:9, 860:14, 882:16
**ten-minute** [1] - 859:9
**tend** [1] - 776:21
**term** [2] - 766:10, 774:9
**terms** [2] - 706:17, 793:9
**terrible** [1] - 890:7
**Teshale** [3] - 741:23, 743:17, 901:5
**test** [1] - 710:17
**testified** [14] - 722:12, 723:4, 726:2, 728:9, 733:3, 743:4, 751:10, 798:20, 851:6, 851:21, 852:5, 855:2, 886:13, 886:15
**testify** [7] - 715:4, 738:16, 820:8, 888:6, 888:7, 888:16, 889:1
**testifying** [2] - 739:3, 804:18
**testimony** [35] - 708:17, 712:5, 714:19, 715:15, 716:13, 722:17, 738:14, 741:25, 742:3, 742:7, 742:9, 742:14, 743:2, 743:20, 744:25, 746:5, 746:9, 746:23, 761:4, 761:17, 781:4, 804:6, 813:5, 813:7, 820:4, 821:2, 856:23, 865:19, 870:11, 881:5, 881:8, 881:14, 881:21, 886:18,

887:2
**Text** [1] - 829:25
**text** [18] - 725:8, 725:12, 767:4, 772:23, 774:15, 788:3, 816:24, 818:8, 818:16, 829:13, 837:21, 839:8, 840:9, 840:25, 841:16, 841:18, 842:2, 886:4
**THE** [269] - 704:10, 705:2, 705:19, 706:10, 706:12, 707:1, 707:8, 707:13, 707:17, 708:15, 709:4, 709:14, 709:23, 710:1, 710:4, 710:6, 710:11, 710:23, 711:2, 711:12, 711:15, 711:23, 712:3, 712:8, 712:12, 712:23, 713:4, 713:17, 714:3, 714:5, 714:18, 715:2, 715:23, 716:9, 716:18, 717:2, 717:6, 717:9, 717:13, 717:16, 717:20, 718:2, 718:8, 718:14, 719:2, 719:8, 720:20, 721:1, 722:3, 724:20, 724:24, 731:1, 734:11, 734:14, 734:17, 735:9, 735:12, 737:1, 737:3, 738:4, 738:10, 738:19, 739:9, 740:5, 740:8, 741:16, 741:18, 741:24, 743:8, 743:16, 743:19, 744:2, 744:11, 744:14, 744:22, 745:2, 746:2, 746:5, 748:5, 748:10, 748:12, 748:17, 749:1, 749:6, 749:11, 750:2, 750:4, 750:11, 750:16, 750:23, 751:7, 760:9, 761:5, 761:8, 761:12, 761:14, 761:22, 761:25, 762:4, 763:2, 763:8, 772:1, 773:12, 776:2, 776:23, 777:3, 777:14, 777:18, 779:7, 779:10, 779:11, 780:1, 780:4, 780:5, 780:11, 783:15, 784:3, 784:8, 784:10, 784:13, 785:17, 786:3, 787:4, 787:11, 787:16, 787:20, 788:5, 791:17, 791:20, 791:24, 792:17, 792:19, 792:22, 792:24, 793:8, 793:14, 793:20, 793:23, 793:25, 794:4, 794:8, 795:4, 795:9, 795:16, 795:22, 797:6, 797:11, 805:2, 807:22, 808:13, 808:18, 808:24, 809:12, 812:22, 814:16, 815:3, 815:24, 816:18, 817:6, 818:24, 819:25, 820:11, 821:4, 821:7, 821:13, 823:1, 823:15, 825:9, 826:16, 827:13, 828:2, 828:6, 828:11, 830:12, 833:15, 834:21, 835:24, 836:9, 837:3, 837:12, 838:22, 839:25, 840:19, 841:11, 842:16, 843:3, 844:24, 846:13, 847:16, 849:9, 850:1, 855:7, 855:12, 855:14, 855:17, 856:19, 856:24, 857:14, 857:16, 858:15, 858:18, 860:1, 860:9, 860:11, 860:13, 861:3, 861:7, 861:9, 861:11, 861:12, 861:16, 863:6, 864:6, 866:17, 867:5, 870:20, 873:8, 873:10, 875:20, 875:24, 880:19, 881:1, 881:18, 882:2, 882:5, 882:9, 882:22, 883:1, 883:9, 883:11, 883:21, 883:25, 884:7, 884:12, 884:23, 885:15, 885:20, 887:13, 888:1, 888:15, 888:18, 888:19, 888:21, 888:22, 889:3, 889:4, 890:11, 890:17, 890:23, 891:10, 891:15, 892:4, 892:10, 893:7, 893:15, 893:20, 894:1, 894:7, 894:12, 895:2, 895:8, 895:15, 895:25, 896:2, 896:8, 898:18, 900:5, 900:9, 900:11
**theft** [5] - 802:24, 803:3, 803:8, 803:10
**themes** [1] - 754:8
**themselves** [5] - 723:14, 769:4, 886:5, 886:13, 886:15
**thereabouts** [1] - 890:3
**therefore** [2] - 756:18, 770:3
**they've** [4] - 756:17, 771:4, 773:8, 885:1
**thinking** [1] - 749:21
**thinned** [1] - 769:3
**third** [7] - 752:12, 813:8, 824:4, 831:15, 831:17, 831:19, 832:11
**third-party** [1] - 813:8
**Thomas** [2] - 751:1, 751:7
**THOMAS** [3] - 751:7, 751:9, 901:6
**thoughts** [1] - 841:18
**thousand** [3] - 731:24, 757:17, 877:8
**thousands** [2] - 877:7
**Three** [3] - 759:15, 868:21, 868:25
**three** [16] - 711:24, 712:13, 713:7, 716:14, 718:6, 718:11, 770:22, 787:5, 789:16, 810:11, 812:11, 816:10, 822:7, 825:2, 836:13, 879:17
**three-letter** [1] - 789:16
**threeolo@aol.com** [2] - 829:9, 839:2
**throughout** [1] - 742:8
**Thurman** [1] - 848:25
**Thursday** [2] - 705:22, 723:4
**ties** [1] - 727:12
**tightened** [1] - 769:5
**til** [2] - 717:21
**timing** [3] - 708:2, 708:24, 710:16
**tip** [1] - 740:17
**title** [2] - 805:15, 815:13
**today** [28] - 708:7, 708:11, 709:17, 709:24, 714:13, 716:13, 718:5, 718:7, 718:16, 718:17, 718:25, 739:3, 742:16, 749:2, 781:5, 793:21, 804:6, 804:22, 837:22, 841:18, 860:10, 874:18, 879:14, 879:19, 881:21, 888:20, 889:7, 892:9
**today's** [1] - 840:11
**together** [5] - 778:5, 876:3, 889:8, 889:17, 897:4
**Tom** [1] - 764:3
**tomorrow** [13] - 708:9, 717:14, 717:20, 718:12, 887:20, 887:25, 889:18, 890:9, 897:22, 898:24, 899:17, 900:2, 900:12
**tomorrow's** [1] - 717:21
**took** [1] - 812:3
**tool** [1] - 771:16
**top** [17] - 766:23, 772:12, 772:25, 774:2, 805:21, 813:22, 815:5, 832:15, 836:3, 836:14, 837:18, 842:7, 842:20, 857:9, 857:20, 876:20, 878:12
**topic** [2] - 838:13, 844:13
**topics** [1] - 801:20
**total** [5] - 716:23, 812:15, 841:4, 866:12, 866:13
**totaling** [2] - 818:11, 818:12
**totally** [4] - 738:9, 744:16, 835:18, 892:5
**touch** [1] - 759:4
**Tousignant** [4] - 847:25, 853:12, 853:13, 868:19
**towards** [1] - 818:9
**TR** [1] - 790:13
**TR13** [1] - 778:20
**TR14** [6] - 781:20, 781:23, 785:4, 785:11, 790:9, 790:12
**track** [1] - 749:9
**trained** [1] - 801:21
**training** [9] - 752:23, 800:19, 800:21, 800:23, 800:24, 801:14, 801:17, 801:19, 801:22
**Training** [1] - 800:22
**transaction** [1] - 864:11
**transactions** [2] - 873:15, 874:12
**transcript** [3] - 722:17, 794:1, 794:2
**Transcript** [1] - 704:25
**TRANSCRIPT** [1] - 704:9
**Transcription** [1] - 704:25
**transferred** [1] - 803:3
**translate** [1] - 761:14
**transnational** [1] - 803:21
**travel** [2] - 720:18, 890:10
**Treasury** [1] - 752:1
**trial** [20] - 706:7, 715:16, 719:11, 719:24, 720:11, 742:6, 742:8, 742:12, 746:6, 804:8, 813:5, 851:3, 851:20, 852:2, 855:1, 891:21, 893:21, 896:10, 899:14, 900:1
**TRIAL** [1] - 704:9
**Trial** [2] - 705:1, 900:16
**trick** [1] - 836:20
**trier** [1] - 886:9
**trip** [2] - 720:7, 720:8
**triple** [1] - 893:3
**trouble** [1] - 758:12

**truth** [1] - 765:18
**truthful** [2] - 731:13, 780:25
**try** [1] - 731:21
**trying** [6] - 750:6, 753:20, 779:17, 785:10, 836:20, 894:12
**Tuesday** [2] - 717:21, 717:25
**turn** [3] - 768:6, 771:17, 876:13
**twelve** [1] - 720:15
**twenty** [1] - 834:13
**twist** [2] - 768:6, 771:17
**two** [39] - 707:20, 707:24, 711:24, 712:11, 713:7, 718:6, 718:11, 728:6, 748:19, 748:22, 754:22, 755:2, 772:17, 775:4, 778:5, 787:5, 787:18, 790:7, 790:14, 803:2, 807:23, 815:16, 827:1, 835:20, 837:25, 838:6, 854:24, 862:16, 862:17, 864:13, 864:15, 864:22, 864:24, 865:9, 865:12, 866:5, 886:12, 897:3
**Two** [6] - 752:22, 866:21, 867:15, 868:4, 868:11, 869:4
**two-page** [1] - 772:17
**two-word** [1] - 775:4
**Two-year** [1] - 752:22
**type** [3] - 755:20, 767:10, 769:2
**typed** [1] - 807:11
**types** [5] - 752:3, 753:25, 754:1, 803:19, 886:19
**typically** [1] - 862:12
**typo** [1] - 716:25

## U

**U.S** [2] - 825:25, 876:20
**U.S.A** [1] - 705:8
**ultimately** [1] - 724:10
**undeliverable** [1] - 733:10
**Under** [1] - 896:20
**under** [15] - 706:4, 706:5, 722:5, 736:11, 736:20, 742:13, 746:10, 757:14, 778:8, 779:4, 780:16, 872:17, 877:1, 884:10, 885:23
**Underhill** [6] - 844:19, 849:22, 865:4, 865:15, 865:18, 865:20
**underlying** [1] - 764:5
**underreporting** [2] - 736:16, 749:18
**understood** [8] - 712:23, 715:23, 730:2, 730:4, 821:14, 879:4, 892:23, 892:25
**Understood** [4] - 749:11, 761:25, 797:11
**unformed** [1] - 801:2
**uniform** [1] - 800:17
**Uniformed** [1] - 800:18
**UNITED** [3] - 704:1, 704:2, 704:10
**United** [18] - 704:4, 704:14, 704:17, 705:13, 705:14, 780:7, 789:4, 795:11, 800:2, 801:24, 802:9, 808:3, 809:17, 811:16, 825:21, 826:6, 862:7, 864:20
**universe** [2] - 718:14, 728:11
**University** [2] - 799:11, 799:13
**unlikely** [1] - 713:20
**unorthodox** [1] - 890:12
**unpack** [1] - 850:9
**unsure** [1] - 719:24
**up** [32] - 708:19, 711:24, 713:16, 713:21, 714:13, 714:25, 715:14, 716:6, 717:15, 719:21, 722:19, 734:1, 752:14, 761:23, 770:7, 771:16, 779:25, 785:19, 787:14, 806:4, 824:4, 841:22, 843:17, 844:7, 844:9, 862:14, 868:14, 871:6, 873:5, 875:18, 885:7, 898:7
**updated** [4] - 716:2, 716:15, 716:22, 840:8
**updates** [1] - 716:18
**upper** [3] - 764:15, 767:4, 823:10
**urgent** [1] - 832:8

## V

**vacation** [2] - 719:21, 719:22
**value** [3] - 767:3, 812:15, 812:18
**Vancouver** [2] - 813:10, 863:25
**Vanderventer** [1] - 704:19
**various** [4] - 764:13, 797:9, 801:23, 850:7
**Various** [1] - 753:25
**Vegas** [1] - 756:5
**verbal** [1] - 790:25
**verbiage** [1] - 773:25
**verify** [2] - 825:20, 826:6
**verifying** [5] - 804:11, 804:13, 866:23, 866:24, 867:1
**versions** [1] - 711:7
**vertically** [1] - 770:7
**via** [3] - 740:3, 741:23, 763:7
**victim** [10] - 848:2, 848:17, 849:3, 854:20, 861:22, 862:3, 862:6, 862:12, 885:3, 886:18
**victims** [3] - 848:4, 849:14, 854:7
**Victor** [1] - 863:5
**video** [11] - 710:20, 711:3, 742:3, 742:10, 742:16, 743:2, 743:14, 746:20, 746:24, 857:5, 857:25
**Video** [2] - 743:17, 901:5
**videographer** [1] - 742:15
**view** [1] - 885:25
**violation** [1] - 899:23
**Virginia** [1] - 753:21
**virus** [1] - 890:8
**visual** [12] - 757:3, 850:6, 851:17, 851:24, 852:10, 853:11, 853:25, 854:11, 854:23, 858:9, 861:21, 879:8
**voices** [1] - 742:17
**volume** [2] - 732:24, 803:8

## W

**wait** [2] - 736:9, 899:8
**waiting** [1] - 897:17
**waiving** [1] - 890:15
**walk** [2] - 787:14, 896:9
**wants** [2] - 706:23, 891:5
**warrant** [5] - 826:9, 852:24, 853:5, 857:6, 857:21
**warrants** [5] - 803:24, 844:19, 849:21, 865:4, 865:7
**Warren** [2] - 752:15, 752:18
**Washington** [2] - 704:19, 735:3
**watching** [1] - 858:25
**WCS** [1] - 840:13
**WCS-RA10** [1] - 840:13
**Wednesday** [11] - 717:22, 841:15, 890:5, 892:14, 893:7, 894:13, 897:25, 898:1, 898:18, 898:20, 899:1
**week** [11] - 715:10, 718:22, 718:23, 719:25, 728:6, 732:24, 748:24, 839:12, 839:13, 844:5
**weekend** [2] - 705:5, 720:1
**weeks** [2] - 802:3, 835:20
**welcome** [1] - 722:3
**Wen** [1] - 852:4
**Wendell** [2] - 851:25, 852:2
**Westbury** [1] - 864:3
**whatsoever** [2] - 781:12, 781:16
**White** [2] - 857:10, 858:10
**white's** [1] - 857:23
**Whitehall** [1] - 751:16
**whole** [6] - 706:22, 864:16, 877:4, 877:5, 879:6, 887:21
**willing** [1] - 887:19
**win** [2] - 774:11, 774:12
**WINC** [2] - 865:10, 865:18
**wincirint** [1] - 816:4
**winCirInt@gmail.com** [1] - 824:18
**window** [1] - 800:5
**winner** [2] - 769:20, 834:15
**Winners** [40] - 805:9, 806:25, 808:6, 808:9, 813:24, 814:21, 816:3, 816:22, 822:10, 822:21, 824:16, 839:20, 840:4, 849:18, 850:8, 851:1, 851:18, 851:25, 852:21, 853:14, 853:21, 854:1, 854:5, 854:12, 854:16, 854:25, 856:15, 858:10, 861:22, 862:23, 864:3, 864:11, 864:14, 864:21, 864:23, 865:10, 865:17, 866:7, 878:21
**winners** [1] - 841:22
**winning** [4] - 775:1, 810:8, 835:12, 835:14
**winnings** [4] - 810:7, 834:5, 834:8, 887:8
**wiping** [1] - 728:4
**wire** [5] - 707:23, 708:21, 819:7, 863:22, 864:1
**wired** [3] - 819:4, 819:10, 819:13
**wish** [5] - 829:18, 831:9, 834:7, 888:16, 888:22
**witness** [50] - 710:13, 710:17, 710:19, 710:22, 711:6, 711:18, 712:17, 713:2, 717:7, 718:25, 721:2, 721:3, 721:4, 722:11, 738:15, 740:2, 740:8, 740:9, 741:21, 742:1, 742:6, 742:7, 742:10, 742:13,

742:19, 742:21, 743:3, 743:4, 743:20, 744:24, 750:24, 751:2, 776:21, 776:24, 780:2, 780:5, 791:23, 792:4, 795:10, 795:21, 821:8, 855:2, 860:6, 860:7, 861:6, 861:8, 885:3, 885:7, 886:3
**Witness** [3] - 751:4, 795:13, 882:4
**WITNESS** [5] - 751:7, 779:10, 785:17, 795:16, 901:2
**witness's** [1] - 742:9
**witnesses** [21] - 708:3, 708:18, 709:24, 712:25, 713:21, 718:15, 733:3, 747:12, 747:19, 792:15, 851:6, 858:25, 871:23, 882:5, 885:1, 885:12, 885:19, 886:12, 896:13, 896:18, 896:21
**won** [16] - 756:17, 756:21, 765:25, 770:3, 770:4, 771:4, 773:8, 775:21, 776:14, 811:1, 818:15, 829:17, 829:18, 834:16, 836:23, 887:1
**wonderful** [1] - 887:21
**word** [4] - 775:4, 793:6, 829:22, 831:25
**worded** [1] - 830:3
**words** [2] - 749:24, 769:3
**worry** [1] - 898:21
**worth** [1] - 767:3
**wow** [1] - 776:25
**wrap** [1] - 713:21
**write** [6] - 741:4, 741:13, 751:19, 771:15, 877:25
**writer** [1] - 751:18
**writing** [1] - 733:1
**written** [8] - 725:3, 735:25, 836:3, 872:9, 874:25, 875:3, 876:16, 889:23
**wrote** [6] - 734:13, 735:1, 764:20, 833:18, 841:15, 858:4
**Wyoming** [1] - 838:5

## Y

**y'al** [3] - 834:15, 834:17
**year** [19] - 715:5, 715:21, 727:1, 727:4, 727:5, 727:6, 728:13, 729:10, 732:2, 732:9, 752:22, 753:6, 753:18, 753:23, 781:6, 803:2, 803:4, 831:10
**year-and-a-half** [1] - 831:10
**years** [24] - 722:22, 728:12, 728:25, 730:5, 730:6, 730:18, 752:6, 753:17, 754:22, 755:2, 758:6, 768:2, 781:8, 782:6, 791:4, 799:6, 799:7, 800:13, 803:2, 844:18, 848:8, 848:16, 879:17
**yellow** [2] - 763:15, 763:23
**yesterday** [2] - 730:8, 793:18
**YORK** [1] - 704:1
**York** [12] - 704:4, 704:14, 704:15, 704:19, 704:21, 845:24, 846:7, 846:17, 846:24, 847:4, 863:20
**youngest** [1] - 758:2
**yourself** [6] - 740:16, 740:18, 779:1, 779:13, 779:14, 781:25

## Z

**ZIP** [1] - 826:3
**zoom** [9] - 764:5, 766:22, 770:6, 770:19, 772:11, 774:2, 774:15, 813:14, 815:5
**Zoom** [1] - 807:7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\+ + + + +

| | |
|---|---|
| IN THE MATTER OF: | |
| UNITED STATES OF AMERICA | |
| v. | No. 21-cr-00566 (NJC) |
| PHILIP PRIOLO, | |
| Defendant | |

Wednesday,
February 26, 2024

Washington, DC

DEPOSITION OF:

ALEMITU TESHALE

called for examination by Counsel for the United States of America, pursuant to Notice of Deposition, in the offices of the United States Department of Justice, Civil Division, located at 450 Fifth ST NW, Suite 6300, Washington, DC, 20001, when were present on behalf of the respective parties:

Job No. CS7190840

APPEARANCES:

On Behalf of the United States of America:

ANN F. ENTWISTLE, ESQ.
JASON FELDMAN, ESQ.
CHARLES DUNN, ESQ.
Trial Attorney
Consumer Protection Branch
Civil Division
United States Department of Justice
P.O. Box 386
Washington, DC 20044
(202) 305-3630

On Behalf of Philip Priolo:

JAMES FROCCARO, JR., ESQ.
20 Vanderventer Avenue
Suite 103W
Port Washington, New York, 11050
516-944-5062
jrfesq61@aol.com
JONATHAN EDELSTEIN, ESQ.
Edelstein & Grossman
501 Fifth Avenue, Suite 514
New York, NY, 10017
212-871-0571
jonathan.edelstein.2@gmail.com

ALSO PRESENT:

NICOLE RODRIGUEZ, U.S. Postal Service

CONTENTS

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
| --- | --- | --- | --- | --- |
| Alemitu Teshale | 5 | 18 | -- | -- |

GOVERNMENT
EXHIBIT NO. PAGE
9 Prize notices received by Alemu Kore . . . .14
57 Check by Alemu Kore. . . . . . . . . . . . . .16

DEFENDANT
EXHIBIT NO. PAGE
A Chart of payments made by Alemu Kore . . . .20
B Check by Alemu Kore. . . . . . . . . . . . . .24

P-R-O-C-E-E-D-I-N-G-S

11:18 a.m.

THE VIDEOGRAPHER: Good morning. We're going on the record at 11:18 a.m. on February 26th, 2025. This is Media Unit 1 in the video recorded deposition of Alemitu Teshale taken by Counsel for the Plaintiff in the matter of United States of America v. Philip Priolo filed in the United States District Court, Eastern District of New York. Case Number 21-CR-00566. Location of this deposition is at the Department of Justice, 450 5th Street, Washington, D.C.

My name is Warren Gray representing VERITEXT Legal Solutions. I'm the videographer. The court reporter is Mike Morris from the firm of VERITEXT's Legal Solutions. Counsel, please introduce yourselves for the record.

MR. FELDMAN: Good morning, everyone. My name is Jason Feldman. I'll be taking this deposition for the United States. Along with me in the room are Ann Entwistle, Charles Dunn. Both who also are Counsel for the Government. As well as our case agent, Nichole Rodriguez from the U.S. Postal Service.

THE VIDEOGRAPHER: Counsel online?

MR. FROCCARO: Good morning, everyone. My name is James Froccaro and I represent Defendant Philip Priolo who's appearance has been waived for today's purposes. And I'm accompanied by another Attorney who will be assisting me at trial. His name is Jonathan Edelstein.

THE VIDEOGRAPHER: Court reporter, please swear the witness.

COURT REPORTER: Ma'am, please raise your right hand for me.

WHEREUPON,

ALEMITU TESHALE

was called as a witness by Counsel for the Government and, having been first duly sworn, assumed the witness stand, was examined and testified as follows:

THE WITNESS: I do.

COURT REPORTER: We are good to go. Thank you.

MR. FELDMAN: Okay, thank you.

DIRECT EXAMINATION

BY MR. FELDMAN:

Q Good morning.
A Good morning.

Q Can you please introduce yourself?
A My name is Alemitu Teshale.
Q And Ms. Teshale, what town and state do you live in?
A I live in Springfield, Virginia, Fairfax County.
Q How long have you lived there?
A Twenty years. Over 20 years.
Q How old are you?
A I'm 76.
Q What did you, what do you currently do for a living?
A I'm just a retired person.
Q Okay. And before you retired what was your job?
MR. FROCCARO: Jason, I apologize but I can't hear what she is saying.
MR. FELDMAN: Okay.
MR. FROCCARO: It's not coming in clear.
MR. FELDMAN: So let me move the microphone --
MR. FROCCARO: I apologize, but it's just not --
MR. FELDMAN: No.

MR. FROCCARO: -- coming through.

MS. ENTWISTLE: Just keep your voice up.

MR. FELDMAN: Okay.

THE WITNESS: Okay.

COURT REPORTER: It's the laptop's microphone.

MR. FELDMAN: I'm sorry. You can tell how tech savvy I are.

BY MR. FELDMAN:

Q So just talk right, louder into the laptop, okay?

A Oh, okay.

Q Before you retired what was your job?

A I was an instrumental nurse in the OR. In Virginia. In Arlington, Virginia Tech Center.

Q How long were you a instrument nurse for?

A Twenty-four years.

Q What hospital did you work at?

A First one was DC General before it was closed. Then I went to Providence. Then I went to Kaiser Permanente. And then the last one was the Virginia Tech Center.

Q And what does a surgery technician do?

A We prepare the room for the surgery. We put the instruments together. The sutures. Everything for the surgeon. Gauze. And make everything for before the patient comes in the room.

Q You mentioned a moment ago that you're now retired. When did you retire?

A Three years ago I retired.

Q Okay. And was there any particular reason you retired?

A Yes. My husband is sick. He has dementia so I have to take care of him.

Q What's your husband's name?

A Alemu Kore.

Q How long have you been married to your husband?

A (No response.)

Q Let me ask it a different way. When did you get married to your husband?

A In my calendar, I'm from Ethiopia so my calendar is different. 1963 I was married to him. I'm sorry, I don't know, I didn't prepare for the year.

Q It's okay.

A To convert it.

Q How old is your husband today?
A He's 84.
Q Now you mentioned that your husband suffers from dementia. When did you first notice symptoms of dementia with your husband?
A Like six years. Maybe six years ago.
Q Okay. So right around the time of COVID?
A Yes.
Q And what did that look like for your husband in terms of the symptoms that you started observing?
A He forgets things. He would put things on the stove and he would go out, forgets that. And he doesn't call me, the way he speaks to us. And he gives out things. Or he brings trash to the house. Different things.
Q Okay.
MR. FELDMAN: I just want to pause the deposition. I see that the Zoom link went down and it's connecting again. So I just want to pause the deposition for a moment.
THE VIDEOGRAPHER: We're now off the record at 11:24 a.m.
(Whereupon, the above-entitled matter

went off the record at 11:24 a.m. and resumed at 11:25:19 a.m.)

THE VIDEOGRAPHER: We're now back on the record at 11:25 a.m. You may proceed.

MR. FELDMAN: Thank you.

BY MR. FELDMAN:

Q So, Ms. Teshale, over the last six years has your husband's disease progressed?

A Yes. Yes. It's getting worse.

Q Can you describe how?

A Now he's not really, doesn't understand where he is. You have to get him out from bed. You have to take care of him, he doesn't go to the bathroom by himself, he doesn't take shower. I have to do everything for him. Capable of doing as his personal hygiene.

Q When did your husband stop working?

A Over ten, 12 years ago.

Q Okay. And before he stopped working what was his job?

A He was driving minibuses, like small buses in the airport. Inside the airport. And then he was also driving some company buses. Small buses to take people from one place to another. He was a driver.

Q How long did he work as a driver before he retired?

A Maybe ten years.

Q Now you mentioned that he retired, I think you said about ten or 12 years ago.

A Yes.

Q Why did he retire?

A Well, it was not because he, I think he doesn't want to work anymore so he is retired by his own.

Q I want to focus your attention on the 2015 to 2016 time period. Was your husband still working around that time?

A Yes, he was working.

Q Okay. At that point had you noticed any symptoms of the dementia manifesting in your husband?

A No, I didn't.

Q And during that time period how did you and your husband handle your finances?

A Was part way working. He was working and I'm working. We have the same joint account. We are doing that. After a while he wants to have his banking self to our account so he opened account in Bank of America. And he was taking

care of the mortgage for me, for us, and I was doing the rest.

Q So you guys split bills?

A Yes.

Q And you had each your own bank accounts, is that right?

A Yes. Yes, because he insisted to have his own bank account so we did.

Q Now this Bank of America account, that belonged to your husband, correct?

A Yes.

Q And are you, do you know if he was able to write checks from that account?

A Yes.

Q And how do you know that he was able to write checks from the account?

A Because he was paying mortgage and he was paying to, some of these people were, you know, sending him letters.

Q Are you familiar with your husband's handwriting?

A Yes.

Q And would you recognize his signature if you saw it?

A Yes, I do.

Q Okay. You mentioned a moment ago that your husband was writing checks in response to certain letters he was receiving, is that right?
A Yes.
Q So I want to ask you some questions about that. And I still want to focus on this 2015, 2016 time period.
A Okay.
Q Can you describe for the jury the types of letters that your husband was receiving around that time?
A Okay. It might be like a normal, medium-sized letter which would say, you are going to win this amount of money, you are the next person to win, and his name. And it will be with, the figure would be with a big letter, number, and some writings on it. And then he would bring that from the post, and then he will send money. That's how I was looking at it.
Q Were you getting these letters or just your husband?
A My husband. My husband is responsible for the, to get the letters from the post. From the box.
Q So your husband opens the mail?

A Yes.

Q Okay. And at the beginning when he started receiving these letters were you able to see them?

A Yes. Because we would be in the kitchen, he would be writing checks, I would be there around cooking and I would watch it. And I would see that.

MR. FELDMAN: I want to make sure we're talking about the same thing and so I have Government's Exhibit 9 here.

(Whereupon, the above-referred to document was marked as Government Exhibit No. 9 for identification.)

MR. FELDMAN: And I just want to show this to you. Is this an example of the letters that you were talking about a moment ago?

THE WITNESS: Yes.

MR. FROCCARO: When, I just apologize. I object to the form. Same.

BY MR. FELDMAN:

Q When your husband would receive these letters at the beginning, okay, how often would they be coming in the mail?

A It might be three times a week or two

times a week they will send.

Q And over the course of what time period? Like how long was he receiving these letters for?

A I think until he was out of his, out of money on his, from his account. He was getting it. After that he wouldn't pay them. That's how it stopped.

Q When he would get these letters would, at the beginning, would you talk to him about the letters?

A Yes. I talked to himself, and then my daughter, my son-in-law, we talked to him because that check, you don't have to do money for these people. But he thought he might win the lottery and he might get money. That's what his thinking was. He was paying.

Q Now you said he thought he might win. How did you I know that he thought he might win?

A That's what he say when you ask him, why are you paying them, why are you, this false, why are you giving money out of your account, why are you doing that. He would say, I'm going to win. It was ridiculous.

MR. FROCCARO: Jason, I apologize,

this is an ongoing objection to hearsay, all right?

THE WITNESS: Hm?

MR. FELDMAN: Understood. You mentioned that he would write checks in response to these, to these letters, is that right?

THE WITNESS: Um-huh.

MR. FELDMAN: I want to show you a document. And this is marked as Government's Exhibit 57.

(Whereupon, the above-referred to document was marked as Government Exhibit No. 57 for identification.)

BY MR. FELDMAN:

Q Do you recognize that?

A Yes. It is my husband's signature and his handwriting. I know it.

Q Okay. And so, is this an example of one of the checks that your husband would write in response to these letters?

A Yes.

Q Okay. And this particular check in Government's Exhibit 57, do you see that it's made out to MMP?

A Yes.

Q And it's from your husband's Bank of America account --
A Yes.
Q -- correct?
A Yes.
Q And the check is in the amount of $28, is that correct?
A Yes.
Q When your husband would receive these letters, what would he do with them after he wrote the check?
A He would just throw them in the house. Like in a post. Like a letter. And then we'd throw them to the trash.
Q Okay. Was there a time when there --
MR. FROCCARO: I apologize, I didn't hear what she -- want to read it back, it's coming and going.
THE WITNESS: Oh. He would --
MR. FROCCARO: I apologize.
THE WITNESS: I said, he gets, after he writes the check for them he would just trash it. And they was all over the house.
MR. FROCCARO: Okay.
BY MR. FELDMAN:

Q So the letters would be all over your house --

A Yes.

Q -- correct?

A Yes. Because there are always maybe two times or three times a week we'll have the letters.

Q To your knowledge, did your husband ever win money as a result of one of these letters?

A No.

MR. FELDMAN: I have no more questions.

MR. FROCCARO: Great. I'm ready to go, Jason.

CROSS EXAMINATION

BY MR. FROCCARO:

Q Ms. Teshale, is that how you pronounce your last name, Teshale?

A T-E-S-H-A-L-E.

Q Now, I know how to spell it, I just want to make sure I pronounce it right. Is it --

A Teshale.

Q -- Teshale?

A Yes. Yes, you did.

Q Okay, ma'am. My name is James Froccaro and I represent Defendant Philip Priolo. I have a few questions for you. If there is any question you don't understand just tell me and I'll try to rephrase it, okay?
A Okay.
Q Okay. You testified during your direct examination by the Prosecutor that in the year 2016 you observed numerous prize notices received by your husband, yes?
A Yes.
Q And that when you discussed them with your husband he told you that he might win lots of money if he paid whatever the required fee was, correct?
A Yes.
Q Okay. And did there ever come a point in time where you and your family tried to dissuade your husband and try to explain to him that, you know, there was no guarantee he was going to win any money here?
A We did. We tried. But he doesn't understand it. We did.
Q Okay. Now finally, you testified also that your, I believe you said your husband never

won any prize, is that correct?

A Yes. Never.

Q Okay. Do you know if you father -- your husband ever entered any kind of sweepstakes, to your knowledge?

A What is sweepstakes? I don't know what you call this one, what they are sending him. I thought it was sweepstakes, no? I'm not sure.

Q No, I'm just asking you a question, madam. Do you know what a sweepstakes is?

A I don't know. I don't know, I'm sorry.

Q You don't know, okay. You don't know. I understand now.

MR. FROCCARO: John, if I can just ask my associate, John, if you can place Defendant's Exhibit A on the screen please?

(Whereupon, the above-referred to document was marked as Defendant Exhibit No. A for identification.)

MR. FROCCARO: We're going to place a document on the screen for you to look at Ms. Teshale.

THE WITNESS: Okay.

MR. FROCCARO: And the Government.

MR. EDELSTEIN: Actually, I believe this is --

MR. FROCCARO: No, that's not A.

MR. EDELSTEIN: Yes, this is A.

MR. FROCCARO: No. No, that's not. That's A. Yes, perfect.

MR. EDELSTEIN: Yes. You will observe there is a redaction in the lower right. Just for the record, the redaction is the Government exhibit tag that was formally on that document. That's the only thing that has been redacted. And Defendant Exhibit A has been inserted below that.

BY MR. FROCCARO:

Q Ms. Teshale, placed on the screen is what we've described as Defendant's Exhibit A. It's basically a chart from the Government of the payments that your husband made to my Client's business. If you could just take a look at it, and I may ask you just a few questions about it, Madam. If there is anything you don't understand about it, if you'd like me to go over with you, I'm more than happy to do that if you let me know.

A I'm reading it. I don't know.
Q Okay. Essentially what it says, Madam, is that over a nine month period in the year 2016 your husband (technical difficulties) five checks to my Client, which ultimately went to my Client's business. And the five checks totaled in the amount of $124. The question I have to you is, the Government, during your direct examination, asked you about one single check. Did they go over any of these other checks with you, Madam?
A Can you repeat it again, I didn't understand you?
Q Okay. You see on the chart it lists whatever checks your husband sent over the course of a nine year period. Do you see --
A Yes.
Q -- where it says NPF?
A Yes.
Q It says 3111620?
A Yes.
Q It goes through a timeline over a nine month period where he sent a total of $124 in checks.
A Okay.

Q I know the Government showed you the one check for $28, did they ask you to identify any of the other checks on this chart?

A No.

Q To your recollection?

A No.

Q Okay. Now you've been talking to the Government, and when I say the Government, Madam, I mean to the Prosecutors and I mean to the Postal Agents, or anyone involved in law enforcement in connection with this investigation since I believe the Year 2021. Would you agree, ma'am?

A Yes. I don't remember the years but there were people were talking to me one time. And then they will stop it and then they will come back and talk to me. Yes. Yes, I did.

Q So would you say it's been about four or five years you've been talking with them --

A Yes. Yes.

Q -- back and forth?

A Yes.

Q Okay. Before testifying here today has anyone, and when I say anyone I mean any prosecutor or law enforcement personnel involved

in the case, ever asked you to review or identify the purported prize notices that your husband responded to with these checks that totaled $124?

A No.

Q The answer is no, right?

A Yes.

Q No one prior to today.

A No.

Q And today meaning, I guess this morning, he just asked you to glance at that one exhibit and see if it was similar to the ones that you thought you saw, correct?

A Yes.

Q Okay.

MR. FROCCARO: Just, I'm going to ask you, if we could, John, if you don't mind, if you could go to Exhibit B, please?

(Whereupon, the above-referred to document was marked as Defendant Exhibit No. B for identification.)

MR. FROCCARO: I'm going to ask you to look at some other documents, ma'am.

MR. EDELSTEIN: Okay. Is this the correct exhibit, Mr. Froccaro?

MR. FROCCARO: It is. That's perfect.

MR. EDELSTEIN: And again, for the record, there is a redaction in the upper right corner. That redaction is only the Government Exhibit tab that was there before. And Defendant's Exhibit B has been inserted above that.

MR. FROCCARO: Thank you.

Madam, I'm not going to make you read the whole thing. This is the, and the Government can correct me if I'm wrong of course, this is what your husband sent the first $20 check for back in March of 2016. If you could just read in the top left-hand corner, and I don't know if you can see me point to that, ma'am, but it says in re. And then it says, available cash and awards winning opportunity. Do you see that, Madam? And in re, of course, means regarding. It's an abbreviation for regarding.

Is there any way, John, to point out at so that it makes it easier? Like easier for her.

THE WITNESS: I don't know.

BY MR. FROCCARO:

Q Yes, right there, ma'am.

A Available cash and awards --

Q Do you agree that it says that?
A (No response.)
Q I'm right. Did you say I'm right, I apologize?
A (No response.)
Q Madam, if you read through the whole document, in at least four places it says that it's a cash and awards winning opportunity. Again, you can read through the whole thing if you disagree with me. Feel free to read through the whole thing.
A At that time I didn't --
Q Did you --
A Can I speak? At that time I didn't read all these things.
Q Hello?
A What I see on the envelope --
Q (Inaudible.)
A -- is the amount of money he is going to win and his name. That's what I do. I don't read all the --
Q Okay, ma'am, but --
A -- papers because I get mad at him.
Q I apologize. I understand that. But if you read, if we can scroll down the whole

document it says, available cash and awards wins opportunity is $1,200,000. It then says lower down --

MR. FROCCARO: -- and if we go to John, hold on one second. The paragraph that starts with, it is our pleasure. It's --

MR. EDELSTEIN: Okay. I'm putting that paragraph at the top of the page right now.

MR. FROCCARO: Yes, well, it goes to the next one where it says, $1,200,000 in cash awards prize opportunity deal, right? Do you agree, Madam?

THE WITNESS: As I told you, I just see the number and the, I always disagree with my husband so I don't go detail to read the letters. That I didn't do.

MR. FROCCARO: You got it, ma'am. And I'll move -- I'll get a move on. If we can move on to the next page, please, John?

BY MR. FROCCARO:

Q Madam, this is the second page of the mailing that your husband received in connection with that first check that he sent out for $20 back in March. And in fact, this second page was included in any promotion that he received from

my Client where he sent in a check. And you've never seen this before, this part that says consumer information, have you?

A I don't read all this.

Q At the top?

A No. I didn't read it. I don't read it.

Q Well, Madam, if I can -- if I can ask you to please read it out loud, if you wouldn't mind, the entire provision?

A I don't think we, not me, himself he does. We don't read that. The only thing we see, I see, is the number what he's going to win and his name. That's what I see. And then because I'm not agreeing with that I don't --

Q Okay, ma'am.

A -- to read details.

MR. FELDMAN: So, can we go off the record again, the Zoom link just failed again.

THE VIDEOGRAPHER: We're now off the record at 11:45 a.m.

(Whereupon, the above-entitled matter went off the record at 11:45 a.m. and resumed at 11:49 a.m.)

THE VIDEOGRAPHER: We're now back on

the record at 11:49 a.m. You may proceed.

BY MR. FROCCARO:

Q Ms. Teshale, I'm just going to go over my questions again just briefly. This consumer information form was provided by the mailer, meaning my Client, to everyone who received any kind of promotion. Like for example, anything that you have husband may have responded to with a check contained this information for him as a consumer.

What I'm asking you to do, because I know you haven't seen it before, is please read it out loud so you understand what it says, Madam.

A Now? Now I have to read this?

Q Please.

A Oh.

Q I'm not going to make you read the whole thing. It will probably be about half, Madam, but it's important that if you could please read it for me.

A NPF --

Q If you have any kind of problem, I'm not --

A Yes, I'll read it.

Q -- trying to embarrass you. If you need me to read it, I'll read it.

A Okay. NPF is research and reporting service. We specialize in researching sweepstakes sponsored and conducted by corporate organizations with which NPF is completely uninterred. We complete these sweepstakes opportunity in a report which sets forth all nolle purchase entry require, requirements based on existing federal, state and local regulation. You have not won any money or prize. NPF --

Q Okay, if you could just -- if you could just hold right there for a second.

A Yes.

Q You see, Madam, it explains very explicitly, would you agree, that they provide whoever pays the fee with a list of sweepstake opportunities that they can enter and that the person who sends in this small fee, in your husband's case $20, will get that, but he has not won a prize or anything. So if you read this, Madam, when your husband got these notices you would have been able to tell him that he hadn't won a thing, right?

MR. FELDMAN: Objection. You can

answer.

THE WITNESS: I think I mentioned it to him before. First of all, I don't agree with this thing. And I told him strong. He doesn't take it from me. So I don't, I didn't read the letters. I just see the paper and he was writing the check --

BY MR. FROCCARO:

Q Okay.

A -- so I was mad at him. I didn't do that. I didn't read this.

Q So without reading anything that's what you told him? Okay.

A Yes.

Q Can I just ask you something? The Government has never shown you this in the years that you've been dealing with them as well, they never showed you this consumer information form, did they?

A No.

Q Okay.

MR. FROCCARO: I have nothing further. Thank you. Thank you so much, Madam. And all I say, and I say this genuinely, my mom had dementia, God bless you, you're a good person,

you take care of a lot of people. It's not easy.

THE WITNESS: Thank you. Thank you.

MR. FELDMAN: Okay, I actually don't have any more questions either, so we will go ahead and end the deposition now. Thank you very much, Teshale.

COURT REPORTER: Before we go off --

MR. FELDMAN: Okay.

COURT REPORTER: -- I have a question. Ms. Teshale, you have the right to do what is known as a read and sign where, essentially what that is, is you have the right to look over a copy of the transcript and make sure everything was transcribed correctly. And if there is anything you think wasn't transcribed correctly you can submit what's called an errata sheet and we will make corrections as necessary. If you like to do that you can, or you can waive that right?

THE WITNESS: No, I don't want.

COURT REPORTER: You'd like to waive?

THE WITNESS: Yes.

COURT REPORTER: Okay. And, Mr. Froccaro, would you like to purchase a copy of the transcript?

MR. FROCCARO: Yes. I want it tonight.

COURT REPORTER: Okay.

MR. FROCCARO: Please.

COURT REPORTER: Thank you.

MR. FROCCARO: I have good credit, don't worry, I'm okay.

(Laughter.)

MR. FROCCARO: Thanks. Take care everybody, all right.

MR. FELDMAN: Take care.

THE VIDEOGRAPHER: This now ends the deposition of Alemitu Teshale. We're off the record at 11:54 a.m.

(Whereupon, the above-entitled matter went off the record at 11:54 a.m., signature having been waived.)

C E R T I F I C A T E

This is to certify that the foregoing transcript

Deposition of□ Alemitu Teshale

□n the matter of□ United States of America V. Philip Prioloo

Date: □e□ruar□ 26th, 2□2□

Place: Washington, DC

was duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings.

Court Reporter

**&**

**&** 2:14

**0**

**00566** 1:7 4:11
**02-26-25** 34:6

**1**

**1** 4:5
**1,200,000** 27:2 27:10
**10017** 2:15
**103w** 2:11
**11050** 2:12
**11:18** 4:2,4
**11:24** 9:24 10:1
**11:25** 10:4
**11:25:19** 10:2
**11:45** 28:21,23
**11:49** 28:24 29:1
**11:54** 33:14,16
**12** 10:18 11:5
**124** 22:7,23 24:3
**14** 3:6
**16** 3:6
**18** 3:3
**1963** 8:21

**2**

**20** 2:11 3:10 6:8 25:11 27:23 30:20
**20001** 1:19
**20044** 2:7
**2015** 11:12 13:7
**2016** 11:12 13:7 19:9 22:4 25:12
**202** 2:8
**2021** 23:12
**2024** 1:12
**2025** 4:5
**21** 1:7 4:10
**212-871-0571** 2:16
**24** 3:10
**26** 1:12
**26th** 4:5
**28** 17:6 23:2

**3**

**305-3630** 2:8
**3111620** 22:20
**386** 2:7

**4**

**450** 1:19 4:12

**5**

**5** 3:3
**501** 2:15
**514** 2:15
**516-944-5062** 2:12
**57** 3:6 16:10,13 16:23
**5th** 4:12

**6**

**6300** 1:19

**7**

**76** 6:10

**8**

**84** 9:2

**9**

**9** 3:6 14:11,14

**a**

**a.m.** 4:2,4 9:24 10:1,2,4 28:21 28:23,24 29:1 33:14,16
**abbreviation** 25:18
**able** 12:13,15 14:3 30:23
**above** 9:25 14:12 16:11 20:19 24:18 25:5 28:22 33:15
**accompanied** 5:5
**account** 11:22 11:24,25 12:8 12:9,13,16 15:6,22 17:2
**accounts** 12:6
**accurate** 34:10
**accurately** 34:8
**action** 34:12,17
**actually** 21:2 32:3
**agent** 4:24
**agents** 23:10
**ago** 8:6,8 9:6 10:18 11:5 13:1 14:17
**agree** 23:12 26:1 27:12 30:16 31:3
**agreeing** 28:15
**ahead** 32:5
**airport** 10:22 10:22
**alemitu** 1:16 3:3 4:6 5:13 6:2 33:13 34:3
**alemu** 3:6,6,10 3:10 8:14
**america** 1:6,17 2:2 4:8 11:25 12:9 17:2
**amount** 13:14 17:6 22:7 26:19
**ann** 2:3 4:22
**answer** 24:5 31:1
**anymore** 11:9
**aol.com** 2:13
**apologize** 6:16 6:23 14:19 15:25 17:16,20 26:4,24
**appearance** 5:4
**appearances** 2:1
**arlington** 7:16
**asked** 22:9 24:1 24:10
**asking** 20:10 29:11
**assisting** 5:6
**associate** 20:17

**assumed** 5:16
**attention** 11:11
**attorney** 2:5 5:6
**available** 25:15 25:25 27:1
**avenue** 2:11,15
**awards** 25:15 25:25 26:8 27:1,11

**b**

**b** 3:10 24:17,20 25:5
**back** 10:3 17:17 23:17,21 25:12 27:24 28:25
**bank** 11:25 12:5,8,9 17:1
**banking** 11:24
**based** 30:9
**basically** 21:18
**bathroom** 10:14
**bed** 10:13
**beginning** 14:2 14:23 15:10
**behalf** 1:19 2:2 2:9
**believe** 19:25 21:2 23:12
**belonged** 12:10
**big** 13:16
**bills** 12:3
**bless** 31:25
**box** 2:7 13:24
**branch** 2:5
**briefly** 29:4
**bring** 13:18
**brings** 9:16
**buses** 10:22,23 10:24
**business** 21:20 22:6

**c**

**c** 4:1 34:1,1
**calendar** 8:20 8:21
**call** 9:15 20:7
**called** 1:17 5:14 32:16
**capable** 10:16
**care** 8:12 10:13 12:1 32:1 33:9 33:11
**case** 4:10,24 24:1 30:20
**cash** 25:15,25 26:8 27:1,10
**center** 7:16,24
**certain** 13:3
**certify** 34:2
**charles** 2:4 4:22
**chart** 3:10 21:18 22:14 23:3
**check** 3:6,10 15:14 16:22 17:6,11,22 22:10 23:2 25:11 27:23 28:1 29:9 31:7
**checks** 12:13 12:16 13:2 14:6 16:5,19 22:5,6,11,15 22:24 23:3 24:3
**civil** 1:18 2:6
**clear** 6:20
**client** 22:5 28:1 29:6
**client's** 21:19 22:6
**closed** 7:22
**come** 19:17 23:17
**comes** 8:4
**coming** 6:19 7:1 14:24 17:18
**company** 10:23
**complete** 30:7
**completely** 30:6
**conducted** 30:5
**connecting** 9:21
**connection** 23:11 27:22
**consumer** 2:5 28:3 29:4,10 31:18
**contained** 29:9
**contents** 3:1
**convert** 8:25
**cooking** 14:7
**copy** 32:13,24
**corner** 25:3,13
**corporate** 30:5
**correct** 12:10 17:4,7 18:4 19:15 20:1 24:12,24 25:10
**corrections** 32:17
**correctly** 32:14 32:15
**counsel** 1:17 4:7,17,23 5:1 5:14 34:11,15
**county** 6:6
**course** 15:2 22:15 25:10,17
**court** 1:1 4:9 4:16 5:8,10,19 7:6 32:7,9,21 32:23 33:3,5 34:5,20
**covid** 9:8
**cr** 1:7 4:10
**credit** 33:6
**cross** 3:2 18:16
**cs7190840** 1:25
**currently** 6:11

**d**

**d** 4:1
**d.c.** 4:13
**date** 34:6
**daughter** 15:13
**dc** 1:13,19 2:7 7:21 34:7
**deal** 27:11
**dealing** 31:17
**defendant** 1:10 3:8 5:4 19:2

20:20 21:13 24:19
**defendant's** 20:17 21:17 25:5
**dementia** 8:12 9:4,5 11:16 31:25
**department** 1:18 2:6 4:12
**deposition** 1:15 1:18 4:6,11,21 9:20,22 32:5 33:13 34:3,13
**describe** 10:10 13:9
**described** 21:17
**detail** 27:15
**details** 28:17
**different** 8:18 8:21 9:17
**difficulties** 22:4
**direct** 3:2 5:22 19:8 22:9
**direction** 34:9
**disagree** 26:10 27:14
**discussed** 19:12
**disease** 10:8
**dissuade** 19:19
**district** 1:1,1 4:9,10 34:5
**division** 1:18 2:6
**document** 14:13 16:9,12 20:20,23 21:11 24:19 26:7 27:1
**documents** 24:22
**doing** 10:16 11:23 12:2 15:23
**driver** 10:25 11:1
**driving** 10:21 10:23
**duly** 5:15 34:8
**dunn** 2:4 4:22

**e**

**e** 4:1,1 18:20 18:20 34:1,1
**easier** 25:20,20
**eastern** 1:1 4:10
**easy** 32:1
**edelstein** 2:14 2:14 5:7 21:2,5 21:8 24:23 25:1 27:7
**either** 32:4
**embarrass** 30:1
**employed** 34:12,15
**employee** 34:14
**ends** 33:12
**enforcement** 23:11,25
**enter** 30:18
**entered** 20:4
**entire** 28:10
**entitled** 9:25 28:22 33:15
**entry** 30:9
**entwistle** 2:3 4:22 7:2
**envelope** 26:17
**errata** 32:16
**esq** 2:3,4,4,10 2:14
**essentially** 22:2 32:11
**ethiopia** 8:20
**everybody** 33:10
**examination** 1:17 5:22 18:16 19:8 22:9
**examined** 5:16
**example** 14:16 16:18 29:7
**exhibit** 3:5,9 14:11,14 16:10 16:13,23 20:18 20:21 21:11,13 21:17 24:11,17 24:20,24 25:4 25:5
**existing** 30:10
**explain** 19:19
**explains** 30:15
**explicitly** 30:16

**f**

**f** 2:3 34:1
**fact** 27:24
**failed** 28:19
**fairfax** 6:6
**false** 15:21
**familiar** 12:20
**family** 19:18
**father** 20:3
**february** 1:12 4:5
**federal** 30:10
**fee** 19:14 30:17 30:19
**feel** 26:10
**feldman** 2:4 4:19,20 5:21 5:23 6:18,21 6:25 7:4,8,10 9:19 10:5,6 14:9,15,21 16:4,8,14 17:25 18:12 28:18 30:25 32:3,8 33:11
**fifth** 1:19 2:15
**figure** 13:16
**filed** 4:9
**finally** 19:24
**finances** 11:20
**financially** 34:16
**firm** 4:16
**first** 5:15 7:21 9:4 25:11 27:23 31:3

**five** 22:5,6 23:19
**focus** 11:11 13:6
**follows** 5:17
**foregoing** 34:2
**forgets** 9:13,14
**form** 14:20 29:5 31:18
**formally** 21:11
**forth** 23:21 30:8
**four** 7:19 23:18 26:7
**free** 26:10
**froccaro** 2:10 5:2,3 6:16,19 6:23 7:1 14:19 15:25 17:16,20 17:24 18:14,17 19:2 20:16,22 21:1,4,6,15 24:15,21,24,25 25:7,23 27:4,9 27:17,20 29:2 31:8,22 32:24 33:1,4,6,9
**further** 31:22 34:9,13

**g**

**g** 4:1
**gauze** 8:3
**general** 7:21
**genuinely** 31:24
**getting** 10:9 13:20 15:7
**gives** 9:16
**giving** 15:22
**glance** 24:10
**gmail.com** 2:16
**go** 5:19 9:14 10:14 18:15 21:23 22:10 24:17 27:4,15 28:18 29:3 32:4,7
**god** 31:25
**goes** 22:22 27:9
**going** 4:4 13:14 15:23 17:18 19:21 20:22 24:15,21 25:8 26:19 28:13 29:3,18
**good** 4:3,19 5:2 5:19,24,25 31:25 33:6
**government** 3:4 4:23 5:15 14:13 16:12 21:1,10,18 22:8 23:1,8,8 25:3,9 31:16
**government's** 14:11 16:9,23
**gray** 4:14
**great** 18:14
**grossman** 2:14
**guarantee** 19:20
**guess** 24:9
**guys** 12:3

**h**

**h** 18:20
**half** 29:19
**hand** 5:11 25:13
**handle** 11:20
**handwriting** 12:21 16:17
**happy** 21:24
**hear** 6:17 17:17
**hearsay** 16:1
**hello** 26:16
**hm** 16:3
**hold** 27:5 30:13
**hospital** 7:20
**house** 9:17 17:12,23 18:2
**huh** 16:7
**husband** 8:11 8:16,19 9:1,3,5 9:11 10:17 11:12,17,20 12:10 13:2,10 13:21,22,22,25 14:22 16:19 17:9 18:8 19:10,13,19,25 20:4 21:19 22:4,15 24:2 25:11 27:15,22 29:8 30:22
**husband's** 8:13 10:8 12:20 16:16 17:1 30:20
**hygiene** 10:16

**i**

**identification** 14:14 16:13 20:21 24:20
**identify** 23:2 24:1
**important** 29:20
**inaudible** 26:18
**included** 27:25
**information** 28:3 29:5,9 31:18
**inserted** 21:13 25:5
**inside** 10:22
**insisted** 12:7
**instrument** 7:17
**instrumental** 7:15
**instruments** 8:2
**interested** 34:17
**introduce** 4:18 6:1
**investigation** 23:11
**involved** 23:10 23:25

**j**

**james** 2:10 5:3 19:1

**jason** 2:4 4:20 6:16 15:25 18:15
**job** 1:25 6:15 7:14 10:20
**john** 20:16,17 24:16 25:19 27:5,19
**joint** 11:22
**jonathan** 2:14 5:7
**jonathan.edel...** 2:16
**jr** 2:10
**jrfesq61** 2:13
**jury** 13:9
**justice** 1:18 2:6 4:12

**k**

**kaiser** 7:23
**keep** 7:2
**kind** 20:4 29:7 29:23
**kitchen** 14:6
**know** 8:22 12:12,15,19 15:19 16:17 18:21 19:20 20:3,6,11,12 20:12,14,14 21:25 22:1 23:1 25:13,22 29:12
**knowledge** 18:8 20:5
**known** 32:11
**kore** 3:6,6,10 3:10 8:14

**l**

**l** 18:20
**laptop** 7:12
**laptop's** 7:6
**laughter** 33:8
**law** 15:13 23:10,25
**left** 25:13
**legal** 4:15,17
**letter** 13:13,16 17:13
**letters** 12:19 13:3,10,20,23 14:3,16,23 15:4,9,11 16:6 16:20 17:10 18:1,7,10 27:15 31:6
**link** 9:20 28:19
**list** 30:17
**lists** 22:14
**live** 6:4,5
**lived** 6:7
**living** 6:12
**local** 30:10
**located** 1:18
**location** 4:11
**long** 6:7 7:17 8:15 11:1 15:3
**look** 9:10 20:23 21:20 24:22 32:12
**looking** 13:19
**lot** 32:1
**lots** 19:13
**lottery** 15:15
**loud** 28:9 29:13
**louder** 7:11
**lower** 21:9 27:2

**m**

**ma'am** 5:10 19:1 23:13 24:22 25:14,24 26:22 27:17 28:16
**mad** 26:23 31:10
**madam** 20:11 21:22 22:3,11 23:8 25:8,16 26:6 27:12,21 28:8 29:14,20 30:15,22 31:23
**made** 3:10 16:24 21:19
**mail** 13:25 14:24
**mailer** 29:5
**mailing** 27:22
**make** 8:3 14:9 18:22 25:8 29:18 32:13,17
**makes** 25:20
**manifesting** 11:16
**march** 25:12 27:24
**marked** 14:13 16:9,12 20:20 24:19
**married** 8:15 8:19,21
**matter** 1:5 4:7 9:25 28:22 33:15 34:4
**mean** 23:9,9,24
**meaning** 24:9 29:6
**means** 25:17
**media** 4:5
**medium** 13:13
**mentioned** 8:6 9:3 11:4 13:1 16:5 31:2
**microphone** 6:22 7:7
**mike** 4:16
**mind** 24:16 28:10
**minibuses** 10:21
**mmp** 16:24
**mom** 31:24
**moment** 8:6 9:22 13:1 14:17
**money** 13:14 13:19 15:6,14 15:16,22 18:9 19:14,21 26:19 30:11
**month** 22:3,23
**morning** 4:3,19 5:2,24,25 24:10
**morris** 4:16
**mortgage** 12:1 12:17

**move** 6:21 27:18,18,18

**n**

**n** 4:1
**name** 4:14,20 5:3,7 6:2 8:13 13:15 18:19 19:1 26:20 28:14
**necessary** 32:17
**need** 30:2
**neither** 34:11
**never** 19:25 20:2 28:2 31:16,18
**new** 1:1 2:12 2:15 4:10
**nichole** 4:24
**nicole** 2:18
**nine** 22:3,16,22
**njc** 1:8
**nolle** 30:9
**normal** 13:12
**notice** 1:17 9:4
**noticed** 11:15
**notices** 3:6 19:9 24:2 30:22
**npf** 22:18 29:22 30:3,6 30:11
**number** 4:10 13:17 27:14 28:13
**numerous** 19:9
**nurse** 7:15,17
**nw** 1:19
**ny** 2:15

**o**

**o** 4:1
**object** 14:20
**objection** 16:1 30:25
**observe** 21:8
**observed** 19:9
**observing** 9:12
**offices** 1:18
**oh** 7:13 17:19 29:17
**okay** 5:21 6:14 6:18 7:4,5,12 7:13 8:9,24 9:7 9:18 10:19 11:15 13:1,8 13:12 14:2,23 16:18,22 17:15 17:24 19:1,5,6 19:7,17,24 20:3,14,25 22:2,14,25 23:7,23 24:14 24:23 26:22 27:7 28:16 30:3,12 31:9 31:13,21 32:3 32:8,23 33:3,7
**old** 6:9 9:1
**ones** 24:11
**ongoing** 16:1
**online** 5:1
**opened** 11:24
**opens** 13:25
**opportunities** 30:18
**opportunity** 25:16 26:8 27:2,11 30:8
**organizations** 30:6
**outcome** 34:17
**own** 11:10 12:5 12:8

**p**

**p** 4:1
**p.o.** 2:7
**page** 3:5,9 27:8 27:19,21,24
**paid** 19:14
**paper** 31:6
**papers** 26:23
**paragraph** 27:5,8
**part** 11:21 28:2
**particular** 8:9 16:22
**parties** 1:20 34:12,15,16
**patient** 8:4
**pause** 9:19,22
**pay** 15:7
**paying** 12:17 12:18 15:17,21
**payments** 3:10 21:19
**pays** 30:17
**people** 10:24 12:18 15:15 23:15 32:1
**perfect** 21:7 24:25
**period** 11:12 11:19 13:7 15:3 22:3,16 22:23
**permanente** 7:23
**person** 6:13 13:15 30:19 31:25
**personal** 10:16
**personnel** 23:25
**philip** 1:9 2:9 4:8 5:4 19:2 34:4
**place** 10:24 20:17,22 34:7
**placed** 21:16
**places** 26:7
**plaintiff** 4:7
**please** 4:17 5:9 5:10 6:1 20:18 24:17 27:19 28:9 29:12,16 29:21 33:4
**pleasure** 27:6
**point** 11:15 19:17 25:14,19
**port** 2:12
**post** 13:18,23 17:13
**postal** 2:18 4:25 23:10
**prepare** 8:1,22
**present** 1:19 2:17

**priolo** 1:9 2:9 4:8 5:4 19:2 34:4
**prior** 24:7
**prize** 3:6 19:9 20:1 24:2 27:11 30:11,21
**probably** 29:19
**problem** 29:23
**proceed** 10:4 29:1
**proceedings** 34:10
**progressed** 10:8
**promotion** 27:25 29:7
**pronounce** 18:18,22
**prosecutor** 19:8 23:25
**prosecutors** 23:9
**protection** 2:5
**provide** 30:16
**provided** 29:5
**providence** 7:22
**provision** 28:10
**purchase** 30:9 32:24
**purported** 24:2
**purposes** 5:5
**pursuant** 1:17
**put** 8:2 9:13
**putting** 27:7

**q**

**question** 19:4 20:10 22:7 32:9
**questions** 13:5 18:13 19:3 21:21 29:4 32:4

**r**

**r** 4:1 34:1
**raise** 5:10
**read** 17:17 25:8,12 26:6,9 26:10,15,21,25 27:15 28:4,6,6 28:9,12,17 29:12,15,18,21 29:25 30:2,2 30:21 31:5,11 32:11
**reading** 22:1 31:12
**ready** 18:14
**really** 10:11
**reason** 8:10
**receive** 14:22 17:9
**received** 3:6 19:10 27:22,25 29:6
**receiving** 13:3 13:10 14:3 15:3
**recognize** 12:23 16:15
**recollection** 23:5
**record** 4:4,18 9:24 10:1,4 21:10 25:2 28:19,21,23 29:1 33:14,16 34:10
**recorded** 4:6 34:8
**recross** 3:2
**redacted** 21:12
**redaction** 21:9 21:10 25:2,3
**redirect** 3:2
**referred** 14:12 16:11 20:19 24:18
**regarding** 25:17,18
**regulation** 30:10
**related** 34:11
**relative** 34:14
**remember** 23:14
**repeat** 22:12
**rephrase** 19:5
**report** 30:8
**reporter** 4:16 5:8,10,19 7:6 32:7,9,21,23 33:3,5 34:20
**reporting** 30:3
**represent** 5:3 19:2
**representing** 4:14
**require** 30:9
**required** 19:14
**requirements** 30:9
**research** 30:3
**researching** 30:4
**respective** 1:20
**responded** 24:3 29:8
**response** 8:17 13:2 16:5,20 26:2,5
**responsible** 13:22
**rest** 12:2
**result** 18:9
**resumed** 10:1 28:23
**retire** 8:7 11:7
**retired** 6:13,14 7:14 8:7,8,10 11:2,4,9
**review** 24:1
**ridiculous** 15:24
**right** 5:11 7:11 9:7 12:6 13:3 16:2,6 18:22 21:9 24:5 25:2 25:24 26:3,3 27:8,11 30:13 30:24 32:10,12 32:19 33:10
**rodriguez** 2:18 4:24
**room** 4:22 8:1 8:5

**s**

**s** 4:1 18:20
**savvy** 7:9
**saw** 12:24 24:12
**saying** 6:17
**says** 22:2,18,20 25:14,15 26:1 26:7 27:1,2,10 28:2 29:13
**screen** 20:18,23 21:16
**scroll** 26:25
**second** 27:5,21 27:24 30:13
**see** 9:20 14:4,8 16:23 22:14,16 24:11 25:14,16 26:17 27:14 28:13,13,14 30:15 31:6
**seen** 28:2 29:12
**self** 11:24
**send** 13:19 15:1
**sending** 12:19 20:7
**sends** 30:19
**sent** 22:15,23 25:11 27:23 28:1
**service** 2:18 4:25 30:4
**sets** 30:8
**sheet** 32:16
**show** 14:15 16:8
**showed** 23:1 31:18
**shower** 10:15
**shown** 31:16
**sick** 8:11
**sign** 32:11
**signature** 12:23 16:16 33:16
**similar** 24:11
**single** 22:9
**six** 9:6,6 10:7
**sized** 13:13
**small** 10:21,24 30:19
**solutions** 4:15 4:17
**son** 15:13
**sorry** 7:8 8:22 20:13
**speak** 26:14
**speaks** 9:15
**specialize** 30:4
**spell** 18:21
**split** 12:3
**sponsored** 30:5
**springfield** 6:5
**st** 1:19
**stand** 5:16
**started** 9:11 14:3
**starts** 27:6
**state** 6:3 30:10
**states** 1:1,6,17 1:18 2:2,6 4:8 4:9,21
**stop** 10:17 23:16
**stopped** 10:19 15:8
**stove** 9:14
**street** 4:12
**strong** 31:4
**submit** 32:16
**suffers** 9:4
**suite** 1:19 2:11 2:15
**sure** 14:9 18:22 20:9 32:13
**surgeon** 8:3
**surgery** 7:25 8:1
**sutures** 8:2
**swear** 5:9
**sweepstake** 30:17
**sweepstakes** 20:5,6,8,11 30:5,7
**sworn** 5:15
**symptoms** 9:5 9:11 11:16

**t**

**t** 18:20 34:1,1
**tab** 25:4
**tag** 21:11
**take** 8:12 10:13 10:15,24 21:20 31:5 32:1 33:9 33:11
**taken** 4:7 34:13
**talk** 7:11 15:10 23:17
**talked** 15:12,13
**talking** 14:10 14:17 23:7,15 23:19
**tech** 7:9,16,24
**technical** 22:4
**technician** 7:25
**tell** 7:8 19:4 30:23
**ten** 10:18 11:3 11:5
**terms** 9:11
**teshale** 1:16 3:3 4:6 5:13 6:2,3 10:7 18:18,19,23,24 20:24 21:16 29:3 32:6,10 33:13 34:3
**testified** 5:17 19:7,24
**testifying** 23:23
**thank** 5:20,21 10:5 25:7 31:23,23 32:2 32:2,5 33:5
**thanks** 33:9
**thing** 14:10 21:12 25:9 26:9,11 28:12 29:19 30:24 31:4
**things** 9:13,14 9:16,17 26:15
**think** 11:5,8 15:5 28:11 31:2 32:15
**thinking** 15:16

**thought** 15:15 15:18,19 20:8 24:12
**three** 8:8 14:25 18:6
**throw** 17:12,14
**time** 9:7 11:12 11:13,19 13:7 13:11 15:2 17:15 19:18 23:15 26:12,14
**timeline** 22:22
**times** 14:25 15:1 18:6,6
**today** 9:1 23:23 24:7,9
**today's** 5:5
**together** 8:2
**told** 19:13 27:13 31:4,13
**tonight** 33:2
**top** 25:13 27:8 28:5
**total** 22:23
**totaled** 22:7 24:3
**town** 6:3
**transcribed** 32:14,15 34:8
**transcript** 32:13,25 34:2 34:9
**trash** 9:17 17:14,22
**trial** 2:5 5:7
**tried** 19:18,22
**true** 34:10
**try** 19:5,19
**trying** 30:1
**twenty** 6:8 7:19
**two** 14:25 18:6
**types** 13:10

**u**

**u.s.** 2:18 4:25
**ultimately** 22:5
**um** 16:7
**under** 34:9
**understand** 10:12 19:4,23 20:15 21:22 22:13 26:24 29:13
**understood** 16:4
**uninterred** 30:7
**unit** 4:5
**united** 1:1,6,17 1:18 2:2,6 4:8 4:9,21
**upper** 25:2
**usa** 34:4

**v**

**v** 1:7 4:8 34:4
**vanderventer** 2:11
**veritext** 4:15
**veritext's** 4:17
**video** 4:6
**videographer** 4:3,15 5:1,8 9:23 10:3 28:20,25 33:12
**virginia** 6:5 7:16,16,24
**voice** 7:2

**w**

**waive** 32:18,21
**waived** 5:5 33:17
**want** 9:19,21 11:9,11 13:5,6 14:9,15 16:8 17:17 18:22 32:20 33:1
**wants** 11:23
**warren** 4:14
**washington** 1:13,19 2:7,12 4:13 34:7
**watch** 14:7
**way** 8:18 9:15 11:21 25:19
**we've** 21:17
**wednesday** 1:12
**week** 14:25 15:1 18:6
**went** 7:22,22 9:20 10:1 22:5 28:23 33:16
**win** 13:14,15 15:15,18,19,24 18:9 19:13,21 26:20 28:13
**winning** 25:16 26:8
**wins** 27:1
**witness** 3:2 5:9 5:14,16,18 7:5 14:18 16:3,7 17:19,21 20:25 25:22 27:13 31:2 32:2,20 32:22
**won** 20:1 30:11 30:21,24
**work** 7:20 11:1 11:9
**working** 10:17 10:19 11:13,14 11:21,21,22
**worry** 33:7
**worse** 10:9
**write** 12:13,16 16:5,19
**writes** 17:22
**writing** 13:2 14:6 31:6
**writings** 13:17
**wrong** 25:10
**wrote** 17:11

**y**

**year** 8:23 19:9 22:4,16 23:12
**years** 6:8,8 7:19 8:8 9:6,6 10:8,18 11:3,5 23:14,19 31:16
**york** 1:1 2:12 2:15 4:10

**z**

**zoom** 9:20 28:19

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

GOVERNMENT EXHIBIT 1
2:21-CR-00566

# CHECKS SCHEDULED FOR RELEASE

NPF REPORTS DIVISION, MAIN OFFICES P.O. BOX 27, Plainview, NY 11803-0027

**Re:** Available Cash and Awards Win-Opportunity Totaling
**For Release to:**

**$1,200,000.00**

162/1 37282****SINGLE-PIECE 11801
Andrew Kluczinsky
[redacted]
Tooele, UT 84074

**Dated:** 9/9/16

*3036927410*

RECORDED

*6805*

We are very excited in issuing this formal letter announcement to you directly, **Andrew**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 3036927410**.

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement , **Andrew**, and request your direct attention to this matter in order that we may release the entire ***** $1,200,000.00 *** IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES.** FOR THE ENTIRE ***** $1,200,000.00 *** ONE MILLION TWO HUNDRED THOUSAND DOLLARS ***, ANDREW**, and return it along with the required $20.00 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by third-party contest officials and not NPF. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **ANDREW**, or this once-in-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **ANDREW**, This is not a sweepstakes entry form . **YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.2 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES.** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely,

Dave Barrett

SPECIAL MATTER,
THIS TAG IS OFFICIALLY AFFIXED
TO SERVE AS RECORD OF IDENTIFICATION
FOR THE INDIVIDUAL NAMED AND FILED
ON RECORD.

REGISTRATION : 3036927410

Gov't Ex. 1
Page 1 of 8

HZN-SWM-00001514

CONSUMER INFORMATION

NPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 1**
**Page 2 of 8**

HZN-SWM-00001515

AUTHORIZED RECEIVER

# CERTIFICATE

ISSUED:
9/9/2016

FORMAL CANDIDATE DOCUMENT

REGISTERED:
|3036927410|
SIGNATURED REPLY REQUESTED

FILED MATTER

## FOR RELEASE

READY FOR DELIVERY.
10 DAY REPLY REQUESTED

**TO:** ANDREW KLUCZINSKY

**AMOUNT REPORTED:** *** $1,200,000.00 ***

**ADDRESS:** [redacted] TOOELE, UT, 84074

**STATUS:** PENDING 10 DAY RECEIVER REPLY

AUTHORIZING SIGNATURE: [signature]
Director, NPF

COMPLETE & RETURN
ENTIRE PAGE

PROCESSING SECTION

## COMPLETION

[ ] YES, I, **ANDREW KLUCZINSKY**, AM CORRECTLY IDENTIFIED. I AM DEFINITELY THE INDIVIDUAL NAMED AND IDENTIFED HEREIN AS THE ELIGIBLE RECEIVER OF THE AVAILABLE SWEEPSTAKES *CASH/PRIZE* OPPORTUNITY AS REPORTED TO ME IN LEDGER OF ENTRANT DIRECTIVES NOW PENDING RELEASE AND ISSUANCE TO ME IN THE $AMOUNT OF * * * $1,200,000.00 -- $ONE MILLION TWO HUNDRED THOUSAND DOLLARS! * * *.

[ ] BY MY HAND BELOW I VERIFY THAT I AM THE **ANDREW KLUCZINSKY** AS IDENTIFIED HEREIN THUS FULLY.

[ ] I HAVE ENCLOSED THE REQUIRED $20.00 REPORT FEE FOR ALL OF THE MONIES AN PRIZE DIRECTIVES TO ME BY:
[ ] CHECK [ ] CASH [ ] MONEY ORDER **PAYABLE TO NPF.**

PLEASE SIGN: ______________________________

NPF

*3036927410*

*6805*

NPF-ARC-FM01 Please neatly print your Email Address ______________________________

TIME SENSITIVE MATTER.
PROMPT ATTENTION & URGENT REPLY REQUESTED.

Gov't Ex. 1
Page 3 of 8

HZN-SWM-00001516

PLEASE PLACE STAMP HERE

NPF-ARC-RE01

PRIORITY DOCUMENTS
EXPECTED PAPERS ENCLOSED

NPF PROCESSING DEPARTMENT
P.O. BOX 27
PLAINVIEW, NY 11803-0027

Gov't Ex. 1
Page 5 of 8

H2N-SWM-00001518

Gov't Ex. 1
Page 6 of 8

HZN-SWM-00001519

NPF
P.O. Box 27
Plainview, NY 11803-0027

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

POSTAGE PAID

**SECURED MAIL**
> > > > > > > > > > > > > > > > > LASERED & SEALED PAPERS

NPF-ARC-OE01

NIXIE 841 FE 1100 0009/17/16

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK

**Gov't Ex. 1**
**Page 7 of 8**

H2N-SWM-00001520

Amount $________ CASH ________
Date 7/22/12 | MO ________
Initials [illegible] OTHER________ IS0001517233-183

**Gov't Ex. 1**
**Page 8 of 8**

H2N-SWM-00001521

GOVERNMENT EXHIBIT
2
2:21-CR-00566

8/12/16

NRS

# DETAILS OF AWARDABLE STIPULATIONS

THE SUM TOTALS OF AWARDABLE MONIES IS
CERTIFIED—ELIGIBLE—AWARDABLE—$1,429,899.00

13/4 3365*********MIXED AADC 117
Oliver Conrad
[redacted]
Tacoma, WA 98458-1824

*3034935514*

*6751*

**OLIVER CONRAD,** YOU REALLY ARE AN ELIGIBLE RECIPIENT OF DESIGNATED DOSSIERS CONCERNING CERTAIN MONIES TO BE AWARDED.

We have double-checked. This is a binding and definitive engagement pending your favorable response. Your confirmation entitlement to the **EXPRESS DOSSIER** CLAIM must be received at our office by **August 26, 2016.**

You must remit this certificate of authority at once to receive your full transfer contact our office**AGGREGATE FUNDS AWARDABLE TO WINNERS $1,429,899.00** from independent entities.

**IRREVOCABLE–WARRANTED PAYOUTS**

**OLIVER CONRAD**

**CERTIFIED ELIGIBLE100% Certified and Warranted as True**

Please note that all stipulations written on this official corporate seal are irrevocable. vital information: stage of procedure - finished - ready to forward.

**THE AGGREGATE AWARDABLE AMOUNT IS $1,429,899.00.**

This is definitive. This document is official. The designated recipient can be absolutely certain of receiving full directives for the net amount of **$1,429,899.00** at once upon favorable contact. Full folder detailing **$1,429,899.00** directives will be sent directly to the home of **OLIVER CONRAD.**

**—IMMEDIATE ACTION REQUIRED—**

These funds will be paid out to other claimants and be disbursed to others unless above named claimant returns entry documents as fully described in compendium and is verified as actual winner.

GO DIRECTLY TO NEXT PAGE

NRS-OLV-FM01

Gov't Ex. 2
Page 1 of 8

HZN-SWM-00000269

**CONSUMER INFORMATION**

NRS IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NRS IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NRS IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NRS USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NRS IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NRS, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NRS, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 2**
**Page 2 of 8**

H2N-SWM-00000270

NRS

Irrevocable Certificate No.: 8019265

# CERTIFICATE OF AUTHORITY

RETURN THIS ENTIRE PAGE WITH SIGNATURE & RELEASE FEE.

**VERIFICATION OF IDENTITY** In order to be confirmed for release of materials intended to introduce you to unredeemed funds and monies, we must verify that you are the correct person who is in our files. Can you verify that you are one of the three triple confirmed recipients below

| Charles Goertler | Oliver Conrad | Myrna Mckinley |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| Pasco, WA 99301-9821 | Tacoma, WA 98498-1824 | Juneau, AK 99802-1713 |
| ❑**Yes, I am this confirmed verified funds nominee ($1,429,899.00).** | ❑**Yes, I am this confirmed verified funds nominee ($1,429,899.00).** | ❑**Yes, I am this confirmed verified funds nominee ($1,429,899.00).** |

**CONFIRMATION OF RESULTS** **Oliver**, you now have been upgraded to **FINAL RELEASE CANDIDATE!** Since our delivery has declared value and issuing costs for endorsed and verified candidates, in order to continue to send elective fiduciary material to recipient(s) of intention, we must name match address with documents of value.

**MONEY MANDATE REQUEST** ❑**Yes, release the hold on my account and send me the FUNDS DIRECTIVE DOSSIER!**

Your address for immediate delivery is in our records and will be precisely mandated, please immediately CHECK and SIGN OFF on your address accuracy below.

**I hereby certify this is a accurate address: ❑Yes. ❑No (I have corrected it above).**

*67513*

*3034935514*

**Sign here:** X ______________________

**SIGNATURE & RELEASE** **Oliver,** as soon as we receive your response, our office **GUARANTEES FULLY** that you will be promptly notified and served as to the **MONIES AND PRIZES** as in report and **GUARANTEED PAID** to winners by the named sponsors.

❑**Yes, I have enclosed the required release fee of $28 for the Express Dossier Delivery as required for winning document report issuance by ❑Cash ❑Check ❑Money Order made payable to NRS.**

❑**Yes, everything is correct. I agree and understand.**

**Sign here:** X ______________________

RETURN THIS ENTIRE PAGE

NRS P.O. Box 211, Old Bethpage, NY 11804-0211

$1,429,899.00

Gov't Ex. 2
Page 3 of 8

HZN-SWM-00000271

Gov't Ex. 2
Page 4 of 8

HZN-SWM-00000272

NRS-OLV-RED1

Irrevocable
Certificate No.:
8019265

FOR
IMMEDIATE
ATTENTION

PLEASE
PLACE
STAMP
HERE

NRS PROCESSING DEPARTMENT
PO BOX 211
OLD BETHPAGE, NY 11804-0211

Gov't Ex. 2
Page 5 of 8

H2N-SWM-00000273

Gov't Ex. 2
Page 6 of 8

HZN-SWM-00000274

NRS
P.O. Box 211
Old Bethpage, NY 11804

NRS-OLV-OE01

TACOMA
WA 983
07 SEP '16
PM 3 L

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

REF

Return to Sender

Denied

CERTIFICATE OF
AUTHORITY
ENCLOSED

NIXIE 980 DE 1260 0009/12/16
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 11804021111 *0702-00071-12-47

11804>0211

Gov't Ex. 2
Page 7 of 8

H2N-SWM-00000275

IS0001517233-052

Amount $ ______ CASH ______
Date 7/22/21 MO ______
Initials [illegible] OTHER ______



Gov't Ex. 2
Page 8 of 8

H2N-SWM-00000276

CBS • P.O. Box 27, Plainview, NY 11803-0027

OFFICIAL DOCUMENT

# CORPORATE LEGAL NOTIFICATION

PERSONAL INFORMATION

TOTAL AMOUNT IN U.S. DOLLARS:

PRIVATE & CONFIDENTIAL

FILE DATE: September 8, 2016

**$1,392,892.45**

*3036046948*

RE: DETERMINATION OF FULL PAYMENTS PENDING

*67683*

TO: 14/1 2675********MIXED AADC 117
Dawn Smith
[redacted]
Highland, UT 84003-5514

FILED
IN THE OFFICE OF THE DIRECTOR
T. Lorenz

GOVERNMENT EXHIBIT 3
2:21-CR-00566

# URGENT ATTEMPT TO INFORM

THIS IS A URGENT ATTEMPT TO INFORM YOU OF YOUR DECLARED STATUS WITH REGARD TO THE OVER $1,392,892.45 U.S. DOLLAR FIGURE. SO FAR, YOUR LUCK IS HOLDING.

OUR FIRM HAS DECIDED TO NOTIFY YOU IN WRITING THAT YOU HAVE RECEIVED THIS **OFFICIAL LETTER OF ADVISEMENT** WITH INSTRUCTIONS FOR CLAIMING OF SAID MONIES THAT MAY BE AVAILABLE TO YOU. **(AMOUNT $1,392,892.45 ABOUT TO BE AWARDED.)**

WITHIN 2-4 WEEKS OF YOUR MAKING CONTACT WITH MY OFFICE **YOU'LL BE NOTIFIED AS TO THE EXACT AMOUNT IN U.S. DOLLARS OF A DAWN SMITH OPPORTUNITY ASSESSMENT/REALIZABLE. THE DETERMINATION OF SAME IS IMMEDIATE.**

- **NO TAXES WITHHELD ON ANY MONIES AWARDED.**
- **NO FEES EXTRACTED FROM ANY WINNINGS BY OUR FIRM.**
- **NO ONE ELSE NOTIFIED. IF YOU WISH TO KEEP ANY MONEY WON SECRET FROM YOUR SPOUSE OR FAMILY, PLEASE CONSULT YOUR LAWYER.**
- **$1,392,892.45 ABOUT TO BE AWARDED**

**I REPEAT: IMMEDIATE.** EXPECT A PERSONAL FINANCIAL OPP-COMPENDIUM WITH A VERIFIED AGGREGATE VALUE OF $1,392,892.45 RUSHED TO THIS ADDRESS:

[redacted] **HIGHLAND, UT 84003-5514**

**DECISION FINAL ON ELIGIBILITY FOR $1,392,892.45 IN AWARDABLE FUNDS, ALL PROJECTED SETTLEMENTS DEEMED ELIGIBLE AND AWARDABLE, CLIENT ELIGIBILITY POSITIVE 100%.**

PLEASE ADVISE IF OK FOR IMMEDIATE OPP-DISCLOSURE DELIVERY, WE HAVE BEEN ENGAGED TO OVERSEE IMMEDIATE TRANSFER THEREOF. TRANSFER WILL INCLUDE FULL DISCLOSURE OF VIABLE INDEPENDENT OFFERS FOR **$1,392,892.45 AS CONFIRMED** IN ENCLOSED CORRESPONDENCE.

WITH SINCERE SALUTATIONS AND REGARDS,

T. Lorenz

CBS EXECUTIVE DIRECTOR

// DO NOT GET THROWN OUT! //
// YOU HAVE NOT BEEN STRICKEN FROM THE //
// LIST YET, BUT THE CLOCK IS TICKING! //

CBS-RB-FM01

Gov't Ex. 3
Page 1 of 8

HZN-SWM-00000381

CONSUMER INFORMATION

CBS IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH CBS IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CBS IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. CBS USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. CBS IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CBS, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO CBS, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

CBS • P.O. Box 27, Plainview, NY 11803-0027 OFFICIAL DOCUMENT

# SPECIAL INFORMATIONAL NOTIFICATION

**DAWN SMITH EMINENT CANDIDATE!**
**DETERMINATION HAS ALREADY BEEN MADE!**

BE ADVISED, **DAWN SMITH**, THIS IS A LEGAL URGENT ATTEMPT TO NOTIFY YOU ABOUT THIS MULTI-MILLION DOLLAR AGGREGATE AWARDS PROGRAM!

**DAWN SMITH - DON'T FORFEIT! $1,392,892.45 WILL BE DISTRIBUTED.** YOU ARE ON THE ELIGIBILITY LIST! DO NOT BE REMOVED FROM OUR NOTIFICATION LIST BECAUSE OF INACTION!

# OFFICIAL CLIENT ELIGIBILITY CHART

OFFICIAL CLIENT ELIGIBILITY CHART

**DAWN, YOU ARE ALMOST OUT OF TIME!**
**ONLY 10 DAYS LEFT BEFORE YOU FORFEIT!**




DETACH HERE AND RETURN BOTTOM SECTION IN THE ENVELOPE PROVIDED.

# * * * * * * $1,392,892.45 REPLY FORM * * * * * *

**HEREIN NAMED** ___DAWN SMITH___

**RECORDED** _10AM September 8, 2016_ **FOR FULL REPORTED FINANCIAL**

**REWARD AMOUNT OF** _$1,392,892.45_ **PAID IN U.S. DOLLARS CURRENCY.**

❑ Yes, I _DAWN SMITH_ state that I am the person verified above for all monies on offer reported. By returning this document, I am guaranteed verification for information to receive _$1,392,892.45_ in sponsor funds and immediately all win directives will be sent to me at once!

❑ Enclosed is my _$30_ payment to CBS by:
❑ **CHECK** ❑ **CASH** ❑ **MONEY ORDER** **made payable to CBS.**

**RETURN THIS SECTION WITHIN 10 DAYS!**

❑ I fully state herein and confirm that I am signing-off to receive the full package on _$1,392,892.45_ in receivable funds. I state under my **PLEDGE OF SINCERITY** that I am the person affixing the signature below and am the named nominee hereto for the _$1,392,892.45_ **WINNABLE MONEY AND PRIZES!**

*3036046948*

*6783*

Signature: ______________________ ID: 3036046948

CBS-RB-FM01

**Gov't Ex. 3**
**Page 3 of 8**

HZN-SWM-00000383

Gov't Ex. 3
Page 4 of 8

HZN-SWM-00000384

CBS-RB-RE01

PLEASE PLACE STAMP HERE

PRIORITY PROCESSING!
I AM RESPONDING WITHIN 10 DAYS!

CBS PROCESSING DEPARTMENT
P.O. BOX 27
PLAINVIEW, NY 11803-0027

Gov't Ex. 3
Page 5 of 8

HZN-SWM-00000385

Gov't Ex. 3
Page 6 of 8

HZN-SWM-00000386

CBS • P.O. Box 27, Plainview, NY 11803-0027

PRE...
FIRST CLA...
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

# OFFICIAL DOCUMENT

**PERSONAL & CONFIDENTIAL**
IF THIS IS NOT ADDRESSED TO YOU,
**DO NOT OPEN.**

CBS-XX-OE01

FILED
IN THE OFFICE OF THE DIRECTOR

NIXIE 841 DE 1270 0000/12/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 11803002727 *0402-02584-08-37

ANK
11803>0027

Gov't Ex. 3
Page 7 of 8

H2N-SWM-00000387

IS0001517233-012

Amount $ N/A
Date 3/13/21
Initials [illegible]

CASH ____
MO ____
OTHER ____

Gov't Ex. 3
Page 8 of 8

HZN-SWM-00000388

**OFFICIAL PAPERWORK** OK

FROM THE DESK OF L.G. GOLDFARB, PRESIDENT

FORM 1090

CANDIDATE'S POTENTIAL ROUTING AND RELEASE FORM

LETTER SERIES AS FULL NOTICE OF INTENT

# IN THE MATTER OF $1,000,000.00

DESIGNATED POTENTIAL RELEASEE:

**PHILIP FLUNORY**

READ THIS

FINAL NOTICE

GOVERNMENT EXHIBIT 4 2:21-CR-00566

Dear Philip Flunory,

This is now confirmed fact: **Recipient is Confirmed Candidate as of 8/10/16.** The winnable aggregate sponsored prizes, if fully redeemed by Philip Flunory and other participants as issued by qualifying sponsors and meeting all conditions for winning therein, has a value of over $1,000,000.00 qualified and enumerated U.S. dollars.

Congratulations will be in order because **ONE MILLION DOLLARS, when carefully invested, can buy the winner** a house, a car, and/or **PAY YOUR RENT FOR LIFE. GOURMET FOOD, TRAVEL, PRESENTS FOR YOUR PARTNERS OR CHILDREN** as well. **ONE MILLION DOLLARS** is a lot of money no matter which way you look at it.

Philip....is deemed 100% qualified and ready for obtaining our **FINANCIAL ENTRY DIRECTIVES** disclosures **IMMEDIATELY!** There is nothing left for you to do except to answer this letter.

*You must sign on the next page to qualify for offer!*

**PLEASE COMPLETE THE ROUND OF SIGNATORIES AND PASS IT ON BACK TO US!**

*Please fill out the form and return it to us soon!*

Philip, as you know, in a corporation a memorandum must be passed along and "signed off" as notification of acceptance by all parties concerned.

Since you potentially qualify for **AWARDABLE CASH** which could be in **EXCESS OF ONE MILLION DOLLARS**, all the "higher ups" at "Candidates Potential Routing Corp." (HEREINAFTER) have signed so that all that remains for YOU to do is add your signature.

Stated signature will document your **ACCEPTANCE of the $1,000,000.00 ENTRY DIRECTIVES** (100% verified) reports and will comprise your full **SIGN OFF** pending **ISSUANCE AND DELIVERY** should participation conditions be successfully met by Philip Flunory.

**YOUR RESPONSE** is eagerly awaited in this situation, so we have made it simple as possible, and even provided a pre-addressed envelope awaiting your dispatch.

**EVERYONE IS NOW "ONBOARD"**, Philip, from the CEO to the Corporate Bursar, so just sign on the dotted line and **JOIN THE VERIFIED CORPORATE SIGNATORIES REGARDING THE RELEASE OF ENTRY DIRECTIVES** with potential **CASH ASSIGNATION OF OVER $1,000,000,000.00!!**

**GET IT BACK AT ONCE, OK?** Your printed cash directives will be immediately sent to you at the address herein.

*6750* *30346735568*

15/1 3438****SINGLE-PIECE 11801
Philip Flunory
[redacted]
Va Beach, VA 23464

FINAL NOTIFICATION
NO FURTHER EXTENSION PAST THIS DATE
...

CPR-OF

Gov't Ex. 4
Page 1 of 8

HZN-SWM-00001091

CONSUMER INFORMATION:

CPR IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATION WITH WHICH THE CPR IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER THAT SETS FORTH ALL KNOWN PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CPR IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE CPR USERS ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY OF DETAILS OF EACH SWEEPSTAKES. CPR IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM THE CPR, JUST RETURN THE ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO INTERNATIONAL WITH THE LETTERS "DNM" NEXT TO YOUR NAME ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WILL ALSO COLLECT A RETURN CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS OF CONDITION IN CONNECTION WITH A SWEEPSTAKE, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Gov't Ex. 4
Page 2 of 8

HZN-SWM-00001092

Philip Flunory has already been confirmed with qualificant redemption terms. We need everyone's sign-off and hopefully we'll be able to quickly report a MILLION DOLLAR WINNER from independent sponsors.

When your signature is received in our office, we guarantee you will be promptly dispatched the Monies/ Prizes procedurals as in report, and **GUARANTEED** paid to winners by the named sponsors in such document as delivered.

The amount of monies and prizes are 100% confirmed and Philip Flunory is the eligible recipient of such reportage, as such, Philip Flunory is only required to pay his one-time report fee of $30.00, and **CONFIRMED SWIFT DELIVERY** will be in effect.

Our office documents concern public access monies and prizes.

Again, Philip Flunory, let me say we await anxiously to receive your **SIGNATURE** so that all signatories **CAN BE COMPLETED** and **ALL YOUR CONFIDENTIAL FINANCIAL DISCLOSURE DOCUMENTS CAN BE RUSHED TO YOU AT ONCE!** As our signatures attest, we await only your immediate and positive response.

The best of all to you from now on,

LG Goldfarb

L. G. Goldfarb
PRESIDENT

APPROVED FULLY VERIFIED

ALL SUCH AMOUNTS AND PRIZES WILL BE PAID BY INDIVIDUAL SPONSORS TO WINNERS AND WE HAVE IDENTIFIED SUCH SPONSORS AS AN INDEPENDENT REPORTING FIRM. CPR INCLUDES SUCH STATEMENT THAT WE DO NOT DIRECTLY SPONSOR SUCH OFFERS AND THIS IS NOT A PRIZE NOTIFICATION BUT VERIFIED THAT SUCH PRIZES AND MONIES WILL BE AWARDED BY REPORTED INDEPENDENT SPONSORS AND OVER $1,000,000.00 WILL BE AWARDED AS PREVIOUSLY PUBLISHED BY SUCH SPONSORS AS REQUIRED BY LAW.

DETACH AND RETURN FORM BELOW

# ISSUANCE ACCEPTANCE FORM

SIGN HERE

YOUR SIGNATURE IS REQUIRED • SIGN HERE

*PHILIP FLUNORY SIGN HERE*

By affixing his signature hereon, Philip Flunory **ACCEPTS ISSUANCE of $1,000,000.00 OPPORTUNITY REPORT by IMMEDIATE USPS DISPATCH!**

**SIGNATURES FOR DIRECTIVES $1,000,000.00 IDENTIFICANT DISCLOSURE (NOTE: ALL SIGNATURES ARE REQUIRED)**

LG Goldfarb — L. G. Goldfarb CEO ☑ Accept

RT Morgan — R.T. Morgan Treasurer ☑ Accept

Cordwell Hull — Cerdman Hull - Prize coordinator ☑ Accept

Justin Pope — Justin Pope Security ☑ Accept

TW Stoneking — T.W. Stoneking Recorder of Record ☑ Accept

YES, I wish to receive my articles regarding issuance of one million dollars.

I enclose my payment of $30.00 in ☐CASH, ☐CHECK, or ☐MONEY ORDER. (Checks MUST be payable to "CPR")

6750 3034873558
Philip Flunory
[redacted]
Va Beach, VA 23464

*6750*

*3034873558*

If the address at left has any errors, please write your proper address on the lines below:

Gov't Ex. 4
Page 3 of 8

HZN-SWM-00001093

PLEASE
ATTACH
CORRECT
POSTAGE

CPR
PO BOX 639
BETHPAGE, NY 11714





H2N-SMM-00001095

CPR
PO Box 639
Bethpage, NY 11714

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

**PLEASE OPEN AT ONCE**

NIXIE 231 DE 1 00 0009/15/16

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 11714063939 *0402-07431-10-47

.9314109861406643

UJTFF

CPR-UR-OE

Gov't Ex. 4
Page 7 of 8

H2N-SMM-00001097

1S0001517233-111

Amount $ ______ CASH ______
Date 7/22/21 MO ______
Initials MCR OTHER ______

Gov't Ex. 4
Page 8 of 8

HZN-SWM-00001098

# FULL ENTRANT AUTHORIZATION PAPERS -- FOR OFFICIAL USE ONLY

CONFIRMED ✓

READY TO RELEASE -- CORPORATE BURSAR IS AWAITING YOUR AUTHORIZATION

AUTHORIZED: At the end of this letter you will be asked to just say YES or NO to authorize FULL RELEASE of designated report

AUTHORIZED: Reportage amount $1,217,534.00 CONFIRMED AND DULY AUTHORIZED (one million, two hundred seventeen thousand five hundred thirty four dollars in U.S. Dollars)

AUTHORIZED: Awaiting immediate notification to: NKECHI BOWDEN UPON SIGNATURE RELEASE

G.D.M. NOTIFICATION NO.: T-200875803129

SUBJECT OF RELEASE: 08/31/16

12/3 2747*******MIXED AADC 117
Nkechi Bowden
[redacted]
Las Vegas, NV 89101-5418

CONFIRMED AMOUNT: $1,217,534.00

TOTAL AGGREGATE AMOUNT USD

NOTIFICATION DIRECTOR

▼ COMPLETE FULL AUTHORIZATION SWEEPSPAK RELEASE BELOW ▼

Dear Nkechi Bowden,

The compilation of the **SWEEPSPAK REPORTAGE DOSSIER IS COMPLETE AND READY TO BE RELEASED TO YOU WITHOUT FURTHER DELAY!** (Total awardable value if fully redeemed from participating sponsors.)

We have checked this out exhaustively and are pleased to tell you that there is no mistake.

**Nkechi Bowden IS 100% QUALIFIED TO VIE FOR $1,217,534.00 IN TOTAL WINNABLE MONIES, AND ENTER INTO THE PROCESS IMMEDIATELY!**

The Board has all approved and fully signed-off, as you can see below.

Please verify your name and address as printed below and on the accompanying page; you are being contacted by the executive offices of **G.D.M. Awards Section** regarding your entry right for Multiple Awards totaling *****$1,217,534.00*****. Verified in report of sweepstakes entry procedures pending dispatch and sealed mail delivery to YOU.

(continue reading on reverse)

*L7594*

Nkechi Bowden
[redacted]
Las Vegas, NV 89101-5418

▼ RELEASE AUTHORIZATION NUMBER ▼

*30352035446*

G.D.M. SIGNATORIES: (AGREED AND SIGNED OFF)

| | |
|---|---|
| Mr. Marshall N. Ayres | Mr. Reginald P. Fisk |
| Mr. Benjamin Ewing | Mrs. Maxine Von Houten |

## CONFIRMED STATEMENT OF WINNABLE AWARDS

### TOTAL REPORTAGE OF WINNABLE MONIES (CONFIRMED)

| | |
|---|---|
| TOTAL AGGREGATE AMOUNT: ***$1,217,534.00*** USD — CONFIRMED ✓ | REASON FOR CONTACT: COMPENDIUM COMPLETE — CONFIRMED ✓ |
| TIMEFRAME OF RELEASE: READY TO TRANSFER-NOW — CONFIRMED ✓ | REPORT OF RELEASE: SWEEPSPAK REPORTAGE DOSSIER — CONFIRMED ✓ |

COMPLETE SWEEPSTAKES RELEASE FORM ON NEXT PAGE AND MAIL WITH FEE.

GOVERNMENT EXHIBIT 5 2:21-CR-00566

Gov't Ex. 5
Page 1 of 8

HZN-SWM-00001444

GDM IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH GDM IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. GDM IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. GDM USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. GDM IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM GDM, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO GDM, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 5**
**Page 2 of 8**

H2N-SWM-00001445

(continued from page-1)

Accordingly, whereas we now Print your 100% Eligible Candidate designation to you as Specified Individual herein, please make sure that the accuracy of your address is correct as listed here.

**PLEASE READ REGARDING THE INITIATION OF PROCEEDINGS OF DELIVERY:**

We await your return mail -- you must complete the separate **Authorization SWEEPSPAK Release Form** (on reverse) fully as requested and mail it to the **G.D.M. Administration** center in the data-coded Presentation envelope provided.

Upon receipt of your correspondence, our offices will execute all necessary arrangements of report delivery regarding entry directives as specified and Known for the actual sweepstakes eligible Awards.

*****DOCUMENTED AND VALIDATED*** FOR YOUR FULL WIN OPPORTUNITY OF ***$1,217,534.00 IN MONEY AND PRIZES!*****

This is Verified and was corroborated by our management of operations and in keeping with our independent status not being a sweepstakes operator or prize award company, we now declare as a Matter Of Record that prestigious individual sweepstakes sponsors will make direct **WINNERS** dispensation in the Total $1,217,534.00 Amount reported upon final determination/clearance provided specific deadlines are not breached.

**AS SUCH, PLEASE DO NOT DELAY. (THERE IS NO GRACE PERIOD) THIS IS A TIME-SENSITIVE MATTER.**

We look forward to proceeding your paperwork/direct order securement and will do so upon receipt at our registry office. Again, the amount as documented in sweepstakes valuation and fully accounted for by **G.D.M. Selection Services** is Verified and substantiated in report for your entire Win opportunity of ***$1,217,534.00*** in *****MONEY AND PRIZES*****. *****THIS IS CONFIRMED!*****

Wishing to expedite this Matter in a swift and confidential manner, we ask that you complete and return your Release Form below within the requested (10-day) time-line Thank you for your earliest attention!

**DO:** return this document immediately. **DO NOT**. ignore or lose this notice. We cannot repeat it. Not only that, but the sponsors whose awards we have notified you of have given notice that they, themselves, will not make attempt to contact individuals.

Sincerely,

Notification Director

**COMPLETE! AND RETURN THIS DOCUMENT WITHIN 10 DAYS**

COMPLETE COUPON BLEOW, DETACH AND RETURN IN ENVELOPE PROVIDED

## FULL AUTHORIZATION SWEEPSPAK RELEASE

TOTAL AGGRGATE AMOUNT (CONFIRMED):

USD FUNDS **$1,217,534.00** FULL REPORT

☐ Please send me Guaranteed Entrant Dossier in the amount of over ONE MILLION DOLLARS.

☐ Enclosed is my $22 In: ☐ Cash or ☐ Check or ☐ Money Order, Payable to: G.D.M.

☐ I authorize RELEASE immediately of the Dossier Report Documentation to me: ☐ YES ☐ NO

RELEASE SWEEPSPAK AUTHORIZATION NO:

*L7159*

AUTHORIZED RELEASE TO:

Nkechi Bowden
[redacted]
Las Vegas, NV 89101-5418

BY AFFIXING MY REAL SIGNATURE HERE, I AM AUTHORIZING FULL AND IMMEDIATE RELEASE OF THE GUARANTEED ENTRANT DOSSIER REPORT.

SIGN HERE:

*303520599L*

COMPLETE, SIGN AND RETURN THIS PORTION IN ENVELOPE PROVIDED

Gov't Ex. 5
Page 3 of 8

HZN-SWM-00001446

Gov't Ex. 5
Page 4 of 8

HZN-SWM-00001447




Gov't Ex. 5
Page 5 of 8

H2N-SWM-00001448

Gov't Ex. 5
Page 6 of 8

HZN-SWM-00001449

G.D.M. - Notification Division
GDM
P.O. BOX 27
PLAINVIEW, NY 11803-0027

RELEASE DOCUMENT ENCLOSED

PRESORTED FIRST CLASS U.S. POSTAGE PAID HICKSVILLE, N.Y. PERMIT [illegible]

G.D.M. FULL ENTRANT AUTHORIZATION PAPERS ENCLOSED -- FOR OFFICIAL USE ONLY

TIME-DATED MATERIAL

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

11803>0027

GDM-01 DE

Gov't Ex. 5
Page 7 of 8

H2N-SWM-00001450




Gov't Ex. 5
Page 8 of 8

H2N-SWM-00001451

As of: 8/17/16
RE :

# $1,775,000.00

Minimum Mandated Payments

Recipients: PENDING

From the Offices of :
**MMP**

A FINAL DETERMINATION HAS YET TO BE MADE REGARDING THE DISBURSEMENT OF THESE FREE FUNDS. IF YOU WISH TO PARTICIPATE, PLEASE READ ENTIRE NOTICE AND RESPOND IN TIME AS INSTRUCTED. **THIS MAY BE YOUR ONLY NOTICE REGARDING THIS AMOUNT.**

12/3 2747********MIXED AADC 117
Nkechi Bowden
[redacted]
Las Vegas, NV 89101-5418

**You may become eligible for a Mandatory Payment.**

The amounts referred to in this notice are required to be paid out by pre-determined dates. All funds have been secured by their sponsors and regulations require their disbursement.

Nkechi : ACCOUNT ASSIGNED :3034998389

Dear Nkechi:

As of this date, a minimum of $1,775,000.00 (ONE MILLION, SEVEN HUNDRED SEVENTY-FIVE THOUSAND DOLLARS) is scheduled to be paid out from a variety of third-party sponsor promotions. Our office has gathered all the appropriate information and is ready to pass along to you what steps to take to insure that you are equally likely to receive part, and possibly all, of these amounts.

In the interest of full disclosure, we must inform you that there are deadlines you must act in time for to qualify and establish your eligible position for these payments.

In order to make sure that you safely meet all deadlines, PLEASE RESOND TO THIS NOTICE BY AUGUST 29, 2016. That way, there will be no question that you will be able to activate all payment qualification procedures in time.

Nkechi, this is a tremendous opportunity for you! If you have never experienced the excitement of participating in these cash give-aways, this is your chance to do so. Rest assured, they are very real. Qualified people, just like yourself, receive thousands, hundreds-of-thousands, and even millions of dollars every year. It's all out there if you know where, when, and how to get in on it.

As a reminder, please note that by simply returning the part indicated on the bottom of Page 2 - as instructed and by AUGUST 29, 2016 - you will be able to qualify for up to $1,775,000.00 (possibly more) in payments by taking the actions indicated.

As stated at the top of this letter, the amounts we are reporting ($1,775,000.00) MUST be paid out per regulation and corporate policy. You can receive any or all of this money, starting with simply following all instructions and responding in time per the mandatory payment schedules.

Nkechi, this notice is NOT being sent to the general public. Using the best data processing technology, it is sent out in limited number to specific individuals. It is up to you to take advantage of this information.

Upon activation your eligibility and being selected for payment, you may receive the amounts due to you through

*6753* *3034998389*

GOVERNMENT EXHIBIT 6 2:21-CR-00566

Page 1

Gov't Ex. 6
Page 1 of 8

HZN-SWM-00001468

**CONSUMER INFORMATION**

MMP IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGAINZATIONS WITH WHICH MMP IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. MMP IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. MMP IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE MADE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WITH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM MMP, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO MMP, WITH THE LETTERS "DNM" NEXT TO YOUR NAME AND ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THE YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 6**
**Page 2 of 8**

HZN-SWM-00001469

Several means of delivery, including overnight check of direct deposit. Upon activating your eligibility and being selected for payment, you may receive the amounts due to you through several means of delivery, including overnight check or direct deposit. Upon your success, you will be notified in advance regarding these details.

Below you will find instructions for accessing your payment eligibility. Please note there is a required minimum $28 research reporting and processing fee. There is no charge for shipping. Complete and return the portion indicated below, along with the required fee. Use the enclosed pre-addressed return envelope to insure prompt and accurate delivery to our distribution offices. We will begin delivery procedures to you immediately upon receipt of your completed form.

As a final note, please check the accuracy of your name and address and make any necessary changes.

Nkechi, we wish you the best in succeeding, and look forward to you receiving good fortune from the actions you take.

Sincerely,

[signature]

Payment Research

KEEP FOR YOUR RECORDS

| | |
|---|---|
| RECEIVER: | Nkechi Bowden |
| NOTIFIED: | 8/17/16 |
| REPLY DATE: | 8/29/16 |
| QUALIFICATION | APPROVED |

Match for Mandatory Payment Schedule:
MMP1775-LTR
APPROVAL #: (N B) 37342244

DETACH HERE — — — — — — — — — — — — — — — — — — — — DETACH HERE

↓ COMPLETE & RETURN THIS PART ↓

☐ I am over 18 years of age.

☐ I understand that I am responsible for taxes on all prize amounts I receive.

☐ I have not won over $25,000.00 in the past year .

REQUIRED

ENCLOSE $28 REPORTING & PROCEESING FEE IN CASH, CHECK OR MONEY ORDER PAYABLE TO: MMP. USE ENCLOSED COURTESY ENVELOPE FOR FASTER PROCESSING.

CONTACT INFORMATION ON RECORD:
(PLEASE MAKE ANY NECESSARY CORRECTIONS HERE )

Nkechi Bowden
[redacted]
Las Vegas, NV 89101-5418

*L753*

*3034998389*

DO NOT WRITE IN THIS AREA

Match for Mandatory Payment Schedule:
MMP1775-LTR
APPROVAL #: (N B) 37342244

3034998389

Page 2

Gov't Ex. 6
Page 3 of 8

HZN-SWM-00001470

**COMPLETE & RETURN OTHER SIDE**

PLACE

STAMP

HERE

REVIEW FOR
APPROVAL
IMMEDIATELY

MMP Co.
Attn: Payment Schedule Processing
PO Box 211
OLD BETHPAGE, NY 11804

Gov't Ex. 6
Page 5 of 8

H2N-SMM-00001472

Case: 25-3078, 08/14/2026, DktEntry: 29.1, (221 of 300)

MMP
PO BOX 211, OLD BETHPAGE, NY 11804

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

RE: Payment Schedule Information

OPEN IMMEDIATELY

NIXIE 891 FE 1260 0006/30/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 11804021111 *0202-10926-17-45

100 11804>0211 ANK

Gov't Ex. 6
Page 7 of 8

H2N-SMM-00001474

Case: 25-3078, 08/14/2026, DktEntry: 29.1, (223 of 300)

Amount $ ________ CASH ________
Date 7/22/21 MO ________
Initials [illegible] OTHER ________

IS0001517233-177

Gov't Ex. 6
Page 8 of 8

HZN-SMM-00001475

Fund Identification Administrators

P.O Box 211, Old Bethpage, NY 11804

Notice #: 3069
Recipient ID: 3035115314
Status: Approved
Date of Notification: August 26, 2016
Recipient Identified: Hazel Stidham

PES

Amount Verified Being Held for Payment:

**$1,731,000.00**
**GUARANTEED**

## NOTICE OF
# CASH FUNDS HELD IN TRUST

Dear Hazel Stidham,

We are meticulous in our search and identification of eligible recipients. You have been so identified and selected to receive further entitlement designation and access details for cash payments opportunity totaling $1,731,000.00. Our service is to provide you with the identity of the sponsors holding these funds in trust and the steps to obtain them, which they are bound by regulation to pay.

The Cash Payment opportunity form below has been prepared in your name to allow you to claim the payment directives currently being held for you. ALL CLAIMS ACCESS PROCEDURES ARE SUBJECT TO DEADLINES -- PLEASE RESPOND IMMEDIATELY TO MAINTAIN YOUR APPROVED STATUS.

Our claim access response center has been notified to process the Cash Payment opportunity form upon receipt from you, to begin the access detail procedures for the $1,731,000.00 in CASH PAYMENTS opportunity provided you complete the form below as instructed with the required report fee.

APPROVED

7/4 1295*********MIXED AADC 117
Hazel Stidham
[redacted]
Clintwood, VA 24228-2209

*3035115314*

*L757*

COMPLETE, DETACH AND RETURN BOTTOM SECTION. PES-XXX-FRM1

---

Fund Identification Administrators

P.O Box 211, Old Bethpage, NY 11804

Notice #: 3069
Recipient ID: 3035115314
Status: Approved
Date of Notification: August 26, 2016
Recipient Identified: Hazel Stidham

PES

Amount Verified Being Held for Payment:

**$1,731,000.00**
**GUARANTEED**

## PARTICIPATION
# FOR CASH PAYMENT RELEASE

***You Are Guaranteed Access To Cash Payments Opportunity Totaling $1,731,000.00 Per The Directives You Will Be Sent Upon Completing This Form.***

***Check All That Apply:***

- ☐ I am over 18 years of age, and have no restrictions on receiving up to $1,731,000.00.
- ☐ I understand and agree that I am responsible for taxes on all amounts over $600.00.
- ☐ I have not won or been awarded over $10,000.00 in prize money in the last twelve months.
- ☐ I am willing to accept any payments by either check (overnight) or bank transfer.
- ☐ I understand the full directives report of $1,731,000.00 will detail all access procedures
- ☐ I request the access process to begin immediately upon receipt of this form.
- ☐ I verify that the address below is correct. (make any changes needed.)
- ☐ I am enclosing $24.00 in Cash, Check or Money Order payable to: "PES" for immediate release of my $1,731,000.00 access report.

Hazel Stidham
[redacted]
Clintwood, VA 24228-2209

APPROVED

*3035115314*

*L757*

PES-XXX-FRM1

GOVERNMENT EXHIBIT 7 2:21-CR-00566

Gov't Ex. 7
Page 1 of 6

HZN-SWM-00001546

**CONSUMER INFORMATION**

PES IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH PES IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. PES IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. PES USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. PES IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM PES, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO PES, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**CONSUMER INFORMATION**

PES IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH PES IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. PES IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. PES USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. PES IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM PES, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO PES, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

PES-BO-RE1

PLEASE PLACE STAMP HERE

PES PROCESSING DEPARTMENT
PO BOX 211
OLD BETHPAGE, NY 11804-0211

Case: 25-3078, 08/14/2026, DktEntry: 29.1, (227 of 300)

Gov't Ex. 7
Page 3 of 6

H2N-SWM-00001548

Gov't Ex. 7
Page 4 of 6

HZN-SWM-00001549

PES

Fund Identification Administrators
P.O Box 211, Old Bethpage, NY 11804

PES-BO-OE

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

**Current Funds Held In Trust**
**Document Release Authorized**

TIME-SENSITIVE

NNR
11804>0211

NIXIE 372 DE 1260 0009/01/16
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
BC: 11804021111 *0702-07745-26-39

Gov't Ex. 7
Page 5 of 6

H2N-SWM-00001550

Amount $ ___ CASH ___
Date 7/22/12 MO ___
Initials [illegible] OTHER ___

IS0001517233-187

Case: 25-3078, 08/14/2026, DktEntry: 29.1, (230 of 300)

Gov't Ex. 7
Page 6 of 6

H2N-SWM-00001551

**IMPORTANT RECEIVER DOCUMENTS**

A GUARANTEED PRIZE NOTIFICATION
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER
ATTENTION TO INDIVIDUAL

**CASH & PRIZE ADVISEMENT**

REPORTS DIVISION
MAIN OFFICES
P.O. BOX 639
BETHPAGE, NY 11714

CPC CASH & PRIZE ADVISEMENT

*3035947179*

*6780*

FILED MATTER

**FOR RELEASE TO:**
8/8 1949*********MIXED AADC 117
Makeba Armstrong
[redacted]
Sacramento, CA 95823-6620

DATED: 8/10/16

**RE:** AVAILABLE CASH AND AWARDS WIN-OPPORTUNITY TOTALING

**$1,200,000.00**

We are very excited in issuing this formal letter announcement to you directly, **MAKEBA**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 3035947179**.

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement, **MAKEBA**, and request your direct attention to this matter in order that we may release the entire ***** $1,200,000.00 *** IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **-AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES-** FOR THE ENTIRE ***** $1,200,000.00 *** ONE MILLION TWO HUNDRED THOUSAND DOLLARS ***, MAKEBA**, and return it along with the required $22 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by thirdparty contest officials and not CPC. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **MAKEBA**, or this once-in-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **MAKEBA**. This is not a sweepstakes entry form **-YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.2 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES-** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely

Fred Mehan

Director, CPC

CPC-CPA-FM01

**CHECKS SCHEDULED FOR RELEASE**

THIS TAG IS OFFICIALLY AFFIXED TO SERVE AS RECORD OF IDENTIFICATION FOR THE INDIVIDUAL NAMED AND FILED ON RECORD.

REGISTRATION#: 3035947179

GOVERNMENT EXHIBIT
8
2:21-CR-00566

**Gov't Ex. 8**
**Page 1 of 4**

HZN-SWM-00001664

**CONSUMER INFORMATION**

CPC IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH CPC IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CPC IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. CPC USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. CPC IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CPC, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO CPC, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 8**
**Page 2 of 4**

HZN-SWM-00001665

ISSUED: 8/10/16

REGISTERED: 3035947179

FORMAL CANDIDATE DOCUMENT
COMPLETE & RETURN ENTIRE PAGE

CPC
CASH & PRIZE ADVISEMENT

SIGNATURED REPLY REQUESTED
10 DAY REPLY REQUESTED

READY FOR DELIVERY

# AUTHORIZED RECEIVER CERTIFICATE

FOR RELEASE TO: .................................. MAKEBA ARMSTRONG

AMOUNT REPORTED: .................. * * * * * * * * * * $1,200,000.00 * * * * * * * * * *

**$ONE MILLION TWO HUNDRED THOUSAND DOLLARS!**

ADDRESS: .................................. [redacted]
SACRAMENTO, CA 95823-6620

STATUS: ................................................ PENDING 10 DAY RECEIVER REPLY

❑ Yes, I, **Makeba Armstrong**, am correctly identified. I am definitely the individual named and identified herein as the eligible receiver of the available sweepstakes cash/prize opportunity as reported to me in ledger of entrant directives now pending release and issuance to me in the **$AMOUNT OF * * * $1,200,000.00 - $ONE MILLION TWO HUNDRED THOUSAND DOLLARS! * * *.**

❑ By my hand below I verify that I am the **Makeba Armstrong** as identified herein thus fully. I have enclosed the required $22.00 report fee for all of the monies and prize directives to me by:

*6780*

❑ **CHECK** ❑ **CASH** ❑ **MONEY ORDER** **payable to CPC.**

*3035947179*

PLEASE SIGN: ______________________

AUTHORIZED SIGNATURE: Fred Mehan

CPC-CPA-FM01

**CONSUMER INFORMATION**

CPC IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH CPC IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CPC IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. CPC USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. CPC IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CPC, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO CPC, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

CASH & PRIZE ADVISEMENT BNO

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# CHECKS SCHEDULED FOR RELEASE

BNO • REPORTS DIVISION, MAIN OFFICES • PO BOX 211, OLD BETHPAGE, NY 11804

GOVERNMENT EXHIBIT 9
2:21-CR-00566

RE: Available Cash and Awards Win-Opportunity Totaling:

DATE: 8/1/2016

FOR RELEASE TO:

13/10 3227********MIXED AADC 147
Makeba Armstrong
[redacted]
Sacramento, CA 95823-6620

AVAILABLE CASH AND AWARDS WIN-OPPORTUNITY TOTALING:

**$1,250,000.00**

We are very excited in issuing this formal letter announcement to you directly, **MAKEBA**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 3034761621.**

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL SAMOUNT OF *** $1,250,000.00 *** $1.25 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement, **MAKEBA**, and request your direct attention to this matter in order that we may release the entire ***** $1,250,000.00 *** IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **-AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES-FOR THE ENTIRE *** $1,250,000.00 *** ONE MILLION TWO HUNDRED FIFTY THOUSAND DOLLARS *****, **MAKEBA,** and return it along with the required $34 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by thirdparty contest officials and not BNO. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **MAKEBA**, or this oncein-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **MAKEBA.** This is not a sweepstakes entry form **-YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.25 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES-** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely,

Sany Kapoor

READY FOR DELIVERY. 10 DAY REPLY REQUESTED.

*L74L*

*3034761621*

BNO-PNK-FM01

Gov't Ex. 9
Page 1 of 8

HZN-SWM-00000247

**CONSUMER INFORMATION**

BNO IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH BNO IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. BNO IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. BNO USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. BNO IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM BNO, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO BNO, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

CASH & PRIZE BNO ADVISEMENT

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# AUTHORIZED RECEIVER CERTIFICATE

BNO • REPORTS DIVISION; MAIN OFFICES • PO BOX 211, OLD BETHPAGE, NY 11804

FORMAL CANDIDATE DOCUMENT

ISSUED: 8/1/2016

REGISTERED: 3034761621

Makeba Armstrong
[redacted]
Sacramento, CA 95823-6620

SIGNATURED REPLY REQUESTED

**AVAILABLE CASH AND AWARDS WIN-OPPORTUNITY TOTALING:**

**$1,250,000.00**

TIME SENSITIVE MATTER:
PROMPT ATTENTION &
URGENT REPLY REQUESTED

FILED MATTER

## FOR RELEASE

TO: **MAKEBA ARMSTRONG**

ADDRESS: [redacted] **SACRAMENTO CA 95823-6620**

STATUS: **PENDING 10 DAY RECEIVER REPLY**

AMOUNT REPORTED: ***** $1,250,000.00 *****

PROCESSING SECTION

COMPLETE & RETURN
ENTIRE PAGE

## COMPLETION

❏ YES, I, **MAKEBA ARMSTRONG** , AM CORRECTLY IDENTIFIED. I AM DEFINITELY THE INDIVIDUAL NAMED AND IDENTIFED HEREIN AS THE ELIGIBLE RECEIVER OF THE AVAILABLE SWEEPSTAKES CASH/PRIZE OPPORTUNITY AS REPORTED TO ME IN LEDGER OF ENTRANT DIRECTIVES NOW PENDING RELEASE AND ISSUANCE TO ME IN **THE $AMOUNT OF * * * $1,250,000.00 - $ONE MILLION TWO HUNDRED FIFTY THOUSAND DOLLARS! * * *.**

❏ BY MY HAND BELOW I VERIFY THAT I AM THE **MAKEBA ARMSTRONG** AS IDENTIFIED HEREIN THUS FULLY.

❏ I HAVE ENCLOSED THE **REQUIRED $34 REPORT FEE** FOR ALL OF THE MONIES AND PRIZE DIRECTIVES TO ME BY:
❏**CASH** ❏**CHECK** ❏**MONEY ORDER** **PAYABLE TO BNO.**

PLEASE SIGN: ______________________________

AUTHORIZING SIGNATURE:

Sanjay Kapoor

DIRECTOR, BNO

BNO-PNK-RM01

READY FOR DELIVERY.
10 DAY REPLY REQUESTED

*303476 1621*

*6746*

Gov't Ex. 9
Page 3 of 8

HZN-SWM-00000249

PLEASE
PLACE
STAMP
HERE

BNO-PNK-RE01

TIME SENSITIVE!
PLEASE RUSH!

BNO PROCESSING DEPARTMENT
PO BOX 211
OLD BETHPAGE, NY 11804-0211

Gov't Ex. 9
Page 5 of 8

H2N-SWM-00000251

Gov't Ex. 9
Page 6 of 8

HZN-SWM-00000252

Case: 25-3078, 08/14/2026, DktEntry: 29.1, (241 of 300)

BNO • NOTICES DIVISION, MAIN OFFICES
PO BOX 211, OLD BETHPAGE, NY 11804

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

TIME SENSITIVE MATTER.
PROMPT ATTENTION &
URGENT REPLY REQUESTED.

BNO-PNK-OE01

95823 06620
UTF
11804>0211

ARM5260 957 DE 1260N C0208/26/16
NIXIE 957 DE 1260 0009/01/16
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 11804021111 *0702-05735-01-32

Gov't Ex. 9
Page 7 of 8

H2N-SWM-00000253

Amount $ ______ CASH ______
Date 7/22/21 MO ______
Initials [handwritten initials] OTHER ______

IS0001517233-049

Gov't Ex. 9
Page 8 of 8

HZN-SWM-00000254

[redacted]
PO BOX 639
BETHPAGE, NY 11714

DEC
DK 08/13/16

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 688

QUICK ACCESS FORM INSIDE

PRIORITY 1

45 420********MIXED AADC 117
Geri Lemmon
[redacted]
Clifton Heights, PA 19018-1312

NIXIE 190184019-1N 260 08/17/16
RETURN TO SENDER
DECEASED
UNABLE TO FORWARD
RETURN TO SENDER

PVS-OE-01

HZN-SWO3-00021712

GOVERNMENT
EXHIBIT
10
2:21-CR-00566

Gov't Ex. 10
Page 1 of 5

You must read entire notice and follow all instructions before access documentation can be received.

PVS
Prize Verification Service

**Official PVS Notification**

**FORM 7357**

**AS OF 8/8/16 IT IS DOCUMENTED, VERIFIED AND REPORTED AS A MATTER OF RECORD THAT $1.4 MILLION INDICATED (BELOW) IS UNCLAIMED AND PENDING PAYMENT TO QUALIFIED ELIGIBLE INDIVIDUALS WHO ACT IN TIME PER INSTRUCTIONS AND ARE SELECTED.**

PRIORITY 1

4/5 420*********MIXED AADC 117
Geri Lemmon
[redacted]
Clifton Heights, PA 19018-1312

**THIS AMOUNT HAS BEEN VERIFIED AND IS GUARANTEED TO BE PAID PER POLICIES ON FILE.**

**$1,400,000.00**

**Lemmon Claim ID Number: 3034836852**

8/8/16

Dear Geri Lemmon,

We have recently verified the amount disclosed in this notice and have some good news for you regarding this matter. It has been confirmed that you are entitled to receive 100% of all access procedures for $1,400,000.00. The $1.4 Million is an unclaimed cash obligation which is guaranteed and must legally be paid out by a pre-determined date.

THERE ARE STRICT DEADLINES - DO NOT DELAY IN RESPONDING TO THIS NOTICE.

Prize Verification Service has assigned a unique Claim ID Number to your personal file. (You will find this Claim ID Number indicated on this document). This number is non-transferable and is solely for the use of you, Geri Lemmon in initiating information for claim access procedures. Should you fail to respond you will not be notified again with this Claim ID Number linking your file with the necessary $1.4 Million documentation and you will forfeit all claim to this money.

Details regarding final payout of the $1,400,000.00 are on file at our office awaiting your response. To help expedite your receipt please refer to the PVS Quick Access Form at the bottom of page 2. This form - also bearing your Claim ID Number - has been specially designed for an easy and quick response from you. All you need to do is simply check the boxes indicated, sign and return with the required report fee to our offices by 8/20/16. A pre-addressed return envelope has also been included for your convenience.

Access to the verified $1,400,000.00 is made possible through sponsors who have made the total amount available, and per the rules they set forth, must be disbursed. Funds will be paid with a certified check delivered via courier. Please note that should you win you are responsible for taxes on any amount you may receive.

The sponsors have committed to a legal guarantee of the full amount of $1.4 Million. Our office has determined that you, Geri Lemmon, are entitled if declared the winner to participate in all actions related to the resolution and disbursement of the final payment.

Please proceed now with completion of the Quick Access Form to maintain your claim status. We are very pleased to give you this news and await with pleasure your response.

*3034836852* *L749*

**Gov't Ex. 10**
**Page 2 of 5**
HZN-SWO3-00021713

**CONSUMER INFORMATION**

PVS IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGAINZATIONS WITH WHICH PPR IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. PVS IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, PVS USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE DETAILS OF EACH SWEEPSTAKES. PVS IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE MADE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WITH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM PVS, JUST RETURN THE ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO INTERNATIONAL, WITH THE LETTERS "DNM" NEXT TO YOUR NAME AND ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

# Prize Verification Service

OFFICE USE ONLY - DO NOT WRITE IN THIS AREA

Current Verified Amount: **$1,400,000.00**

VERIFICATION STATUS **COMPLETE**

FILE
- [x] Query
- [x] On File
- [x] Notified
- [x] Approved

Director Authorization

**GUARANTEE: EFFECTIVE 8/8/16**

Lemmon Claim ID #: 3034836852

Personal Message from the Director:

Hello Geri Lemmon, One of the best parts of this job is getting to deliver news to individuals such as you about the wonderful opportunities that await them. We take great pride in this at Prize Verification Service. The same way we take pride in doing the diligence and extensive research to find and confirm the millions of dollars in unclaimed cash obligations that are available.

We would like to offer or sincere best wishes for this and your continued success. We look forward to your response and following up with you regarding dispatch of the $1.4 Million formal documentation.

Sincerely,

Roger Simpson
Director

DETACH AND RETURN

## Prize Verification Service *Quick Access Form*

PROCESS: PRIORITY 1

COMPLETE SECTIONS 1 & 2 AND RETURN IN ENVELOPE PROVIDED.

Claim ID Number: 3034836852

[redacted]

CHECK ALL THAT APPLY

- [ ] I am over 18 years of age.
- [ ] I understand I am responsible for all taxes on any amounts I may win.
- [ ] My address (below) to receive all certified checks if I win, is correct. (MAKE ANY NECESSARY CORRECTIONS)

Geri Lemmon
[redacted]
Clifton Heights, PA 19018-1312

[redacted]

To rush process your verified cash documentation please sign where indicated.

X ______________________
Signature

Enclose **$30** report fee by cash , check or money order payable to **PVS**.
A return envelope has been provided for your convenience. Enclose form, payment and send at once.

*3034836852* *6749*

Gov't Ex. 10
Page 4 of 5

HZN-SWO3-00021715

PROCESS: PRIORITY 1

**Prize Verification Service**
Processing Department
PO BOX 639
BETHPAGE, NY 11714

PVS-RE-01

Gov't Ex. 10
Page 5 of 5
HZN-SWO3-00021716

P.O. Box 211, Old Bethpage, NY 11804-0211

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

deceased

6/3 1040**********MIXED AADC 117
Anthony Crusco
[redacted]
Fort Lauderdale, FL 33308-6917

11804@0211

APRROVAL CERTIFICATE
- ENCLOSED -

NIXIE 333 FE 1260 0008/27/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 11804021111 *0702-04316-16-28

GOVERNMENT EXHIBIT
11
2:21-CR-00566

HZN-SWO3-00021885

Gov't Ex. 11
Page 1 of 5

PAB PRIZE

# SELECTIVE COMMUNICATON

FROM

## PRIZE ADVISORY BOARD

SPECIALIST AGENTS FOR UNCLAIMED CASH OBLIGATION PRIZE REPORTING

**- SINGLE ISSUE NOTICE -**

IDENTIFIED RECIPIENT:

6/3 1040*********MIXED AADC 117
Anthony Crusco
[redacted] 6752
Fort Lauderdale, FL 33308-6917

RE: [X] ANTHONY CRUSCO
RE: [X] 8/15/16 SEARCH AND OPINON
RE: [X] UNANIMOUS APPROVAL DETERMINATION
RE: [X] DISPOSITION PENDINS RESPONSE

P.A.B.
FINAL DISTRIBUTION APPROVAL
Authorized by: SW

**PLEASE BE ADVISED THAT IF YOU ARE THE IDENTIFIED RECIPIENT NAMED IN THIS COMMUNICATION YOU ARE BEING SO NOTIFIED OF YOUR QUALIFICATION TO RECEIVE A MINIMUM OF $1,450,500.00.**

The office of P.A.B. is contacting you today as required by our internal regulations to advise that Unclaimed Cash Obligations in the amount of $1,450,500.00 (minimum) remains unawarded and available for claim as of today, 8/15/16. In order to proceed effectively in expediting claim procedures further, your response is requested at our processing center by 8/27/16.

If you are Anthony Crusco at [redacted], Fort Lauderdale, FL, 33308-6917, you are entitled to any and all accrued client benefits pertaining to the resolution of this transaction, including, but not limited to, the opportunity to collect the $1,450,500.00 on report as filed.

P.A.B. has issued a unique Claim Number 3034946255 to you as the identified claimant Anthony Crusco. This will be your only notice with regards to this number. Failure to respond will result in termination of all P.A.B. claimant rights.

Sponsors of the funds in waiting are required by law to pay them in accordance with established rules and deadlines - no exceptions. These funds, guaranteed in the amount of $1,450,500.00, have no restrictions on their use once received by the verified claimant.

The approval of your status to receive this notice has been unanimous. We have prepared documentation of this decision and an official acceptance form in anticipation of your response. Please complete it right away and use our envelope to return it to the attention of the P.A.B. Directors Office.

We look forward to your response and continued success.

Sean Williams
Director, P.A.B.

*6752* *3034946255*

Gov't Ex. 11
Page 2 of 5

HZN-SWO3-00021886

**CONSUMER INFORMATION**

PAB IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGAINZATIONS WITH WHICH PAB IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. PAB IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, PAB USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE DETAILS OF EACH SWEEPSTAKES. PAB IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE MADE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WITH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM PAB, JUST RETURN THE ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO INTERNATIONAL, WITH THE LETTERS "DNM" NEXT TO YOUR NAME AND ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

# By Approval of the Board

THIS IS TO CERTIFY THAT DOCUMENTED NOTICE AND RIGHTS TO RECEIVE HAVE BEEN CONFERRED UPON Anthony Crusco

AS NOMINATED ELIGIBLE FOR THE VALUE TOTALING **$1,450,500.00**

AS DETERMINED BY THE SPECIFICATIONS AND PROCEDURES OF THIRD PARTY SPONSORS. DISTRIBUTION OF SUCH AMOUNT IN TOTAL SHALL BE SUBJECT TO COMPLETION OF ALL ELIGIBILITY PROCEDURES AS SPECIFIED AND REQUIRED BY REGULATION AND ACCEPTANCE OF THIS APPROVAL.

Upon receipt of the acceptance form below, P.A.B. will begin procedures to expedite processing and dispatch to the holder of this certificate as named.

**CERTIFICATE NO.** 3034946255 **ISSUE DATE:** 8/15/16

**REGISTERED TO:** Anthony Crusco **APPROVED:** [signature]

**P.A.B. FINAL DISTRIBUTION APPROVAL**
Authorized by: SW

PAB

DETACH AND RETURN - - - - - - - - - - - - - - - - - - - - DETACH AND RETURN

## ACCEPTANCE FORM

Complete All Information, Check and Sign Where Indicated, Include Processing Fee, Detach and Mail without delay.
Important - please note the name and address of record as of this date, and correct if not accurate.

Name / Address of Record:
Anthony Crusco
[redacted]
Fort Lauderdale, FL 33308-6917

☐ I am submitting this form to claim my entitlement to any and all accrued client benefits pertaining to the resolution of this transaction including, but not limited to, the opportunity to collect the $1,450,500.00 on report as filed.

☐ I am enclosing the required $28.00 Processing Fee by Cash, Check or Money Order payable to P.A.B .

*3034946255*

*6752*

Signature ______________________

RETURN FORM AND FEE TO P.A.B. DIRECTOR USING ENCLOSED ENVELOPE

**Gov't Ex. 11**
**Page 4 of 5**

**HZN-SWO3-00021888**

Gov't Ex. 11
Page 5 of 5

MARK AS:

**HIGH PRIORITY**

P.A.B. DIRECTORS
P.O. BOX 211
OLD BETHPAGE, NY 11804-0211

PAB/US/OE

HZN-SWO3-00021889

PRIZE PAYMENT RESOURCES
P.O. Box 639, Bethpage, NY 11714

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

REFUSED REFUSED

REGISTRATION ENCLOSED

14/6 3412*********MIXED AADC 117
Margaret Wenk
[redacted]
Spokane, WA 99203-1131

PRIORITY DISPATCH

NIXIE 992 DE 1260 0005/29/16
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 11714063939 *0702-02373-22-30

11714@0639

HZN-SWO3-00022105

GOVERNMENT EXHIBIT
12
2:21-CR-00566

Gov't Ex. 12
Page 1 of 5

NOTICE: THIS FORM IS TO BE USED ONLY FOR OFFICIAL ACCESS TO FUNDS IN THE AMOUNT SPECIFIED HEREIN.

# NOTIFICATION FORM 1773

PRIZE PAYMENT RESOURCES

OFFICIAL USE ONLY

REGISTRATION FOR DISCLOSURE OF REPORT IN THE AMOUNT OF: *** $1,180,350.00 ***

IMPORTANT: Any alterations to the information contained herein, or other use of this form other than indicated will render form VOID.

Recipient must respond within 12 days of receipt in order to guarantee delivery of portfolio in a timely manner.

ALL FUNDS ARE REQUIRED BY LAW TO BE PAID OUT BY DEADLINES INDICATED.

$26 processing fee required for dispatch.

1463412*********MIXED AADC 117
Margaret Wenk
[redacted]
Spokane, WA 99203-1131

6755

TIME SENSITIVE MATERIAL • RESPONSE REQUIRED TO PROCEED

PRIZE PAYMENT RESOURCES FORM 1773

Our records department at Prize Payment Resources has completed full verification procedures from the independent sponsors guaranteeing full payment of $1,180,350.00. Determination has been reached that you are legally qualified to receive eligibility for all cash amounts. This participation right is guaranteed upon receiving your response - following all instructions - to this notice.

In the interest of full-disclosure, please note that FAILURE TO RESPOND WILL RESULT IN FORFEITURE OF DOCUMENTED RIGHTS OF ENTRY WITH REGARD TO THE ENTIRE $1,180,350.00 AMOUNT.

Based on our findings, you must only remit the required $26 processing fee for access to the $1,180,350.00 verified unclaimed cash obligation.

Upon receipt of fee and completed Registration Form (Page 2, Section C), we will immediately complete your $1,180,350.00 resource portfolio and send to your [redacted] Spokane address via uniformed courier.

To maintain security of your account we have issued Personal Identification Number 3035074057 to you. This number will not be issued again.

Upon following all necessary procedure and being declared the rightful recipient you will be free to do with all amounts as you wish. PLEASE BE PREPARED WITH PROPER IDENTIFICATION. (This form cannot be used for identification purposes.) Your only obligation will be for taxes on the amounts won.

Prize Payment Resources is pleased to give you this good news. We look forward to your response and continued success.

Sincerely,

John Richie
Director, PPR

*3035074057*

1773201A
NOTICE APPROVED FOR RECIPIENT

PRIZE PAYMENT RESOURCES FORM 1773

Gov't Ex. 12
Page 2 of 5

HZN-SWO3-00022106

**CONSUMER INFORMATION**

NPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

FOLLOW ALL INSTRUCTION (SECTION B) AND COMPLETE AND RETURN REGISTRATION FORM (SECTION C) BY 9/3/16 TO INSURE REGISTRATION AND PROMPT DELIVERY.

SECTION A

## AWARDS DETAILS

**TOTAL AMOUNT (ALL FUNDS ):**

*** $1,180,350.00 ***

**SOURCE :**
Compiled Sponsor Funds -
PAYMENT GUARANTEED

**STATUS :**
The amount designated on this form - $1,180,350.00 - is an Unclaimed Cash Obligation as of 8/22/16. This amount MUST BE PAID in accordance with regulations.

**- DO NOT WRITE IN THIS AREA - OFFICIAL USE ONLY**

- ☑ Subject to Deadline
- ☑ PIN 3035074057 holder Identified.
- ☑ PIN 3035074057 holder Notified.
- ☑ Dispatch Approved upon response from Margaret Wenk.

SECTION B

## INSTRUCTIONS

- Complete Items 1, 2 & 3 on the Registration Form (below).
- Answer the Optional Publicity question - you are not required to answer "yes" to remain eligible.
- Make sure your name and address information is correct. (Simply write in any changes if necessary)
- Enclose the required $26 processing fee by cash, check or money order, payable to PPR.
- Sign form where indicated.
- Return form and fee using reply envelope provided for faster processing.

DETACH AND RETURN SECTION C (REQUIRED)

SECTION C

## REGISTRATION

ELIGIBILITY: PRE-APPROVED

CHECK ALL THAT APPLY

1. ☐ I Margaret Wenk am over 18 years of age, and legally qualified to receive any and all amounts.
2. ☐ I Margaret Wenk as the holder of PIN 3035074057 accept the registration documentation being held in my name.
3. ☐ I Margaret Wenk have enclosed the required $26 processing and delivery fee by Cash, Check or Money Order - payable to PPR. I have signed belqw indicating my acceptance.

X ______________________
SIGN AND RETURN IN ENCLOSED ENVELOPE

OPTIONAL PUBLICITY RELEASE

Would you be willing to let us use your name and likeness for publicity purposes? (You are NOT required to - this is optional).

☐ YES ☐ NO

RECIPIENT OF RECORD

Margaret Wenk
[redacted]
Spokane, WA 99203-1131

*L755*

*3035074057*

Gov't Ex. 12
Page 4 of 5

HZN-SWO3-00022108

Gov't Ex. 12
Page 5 of 5

**P.P.R.**
Office of the Director
P.O. Box 639
Bethpage, NY 11714

IN REFERENCE TO: **PPR 1773**

**PRIORITY DISPATCH**

PPR-US-OE

HZN-SWO3-00022109

**PPF**
**P.O. BOX 27, PLAINVIEW, NY 11803-0027**

PRESORTED
FIRST CLASS
US POSTAGE
**PAID**
HICKSVILLE NY
PERMIT 888

**PPF EDITION 2015**
Single Notice Enclosed
Office of the Directors

Refused

- PLEASE OPEN IMMEDIATELY -

GOVERNMENT EXHIBIT
**13**
2:21-CR-00566

NIXIE 482 DE 1260 0008/21/16
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 11803002727 *0702-05246-23-29

11803@0027

**Gov't Ex. 13**
**Page 1 of 6**

# NOTIFICATION

of

## 2016 Public Prize Funds Report

IMPORTANT: THIS MAY BE THE ONLY NOTIFICATION YOU RECEIVE. IF YOU ARE ABLE TO PARTICIPATE AND IN NEED OF FREE CASH PRIZES, PLEASE ACT IMMEDIATELY.

LTR PPF 2015-131317

8/1 1521*********MIXED AADC 117
Gerald Hyvonen
[redacted]
South Branch, MI 48761-9603

RESERVED FOR ACCOUNT:
3033935630

**2016 Edition**

Easy-to-use and complete information for identifying and accessing eligibility for amounts totaling over

**$1,850,000.00**

PPFCo.

*** KEEP IN A SAFE PLACE - DO NOT LOSE THIS NOTICE ***

Attention: Gerald Hyvonen

As the named receiver of this notice, the 2016 Public Prize Funds report, with an access valuation of over $1,850,000.00 in mandated give-aways, is reserved pending your response. In order to receive any or all of the cash prize amounts, you must first obtain your copy of this 2016 Edition, then file your eligibility to receive. You will be given all the information you need to do this when you respond to this notice as instructed.

On page 2, you fill find the necessary form (Form PPF-2016) that must be completed and returned to access the procedures for the $1,850,000.00 in payouts. Please follow all instructions carefully.

Please note, there is an elective portion on Form PPF-2016 (Section 2). This section helps us to improve our prize access procedures and disclosures. Your help in completing it is appreciated but not requried (it is marked 'optional').

All payment amounts disclosed in the 2016 Edition are required by regulation to be made in a timely manner - there are deadlines. If you wish to participate in qualifying for cash payment amounts, PROCEED NOW TO FORM PPF-2016 (page 2).

The funds are ready to be disbursed by third-parties, pending the participation of informed individuals, such as yourself, who have been notified and take the appropriate action. As a reminder, it is possible for you to qualify for more than one prize, up to the full $1,850,000 (or more).

This notice has been extended to you following due diligence and screen processing procedures by our office. Not everyone in the general public will receive this notice or know how to access the information regarding these giveaways. It is to your advantage to act in obtaining the 2016 PPF Edition now .

*6717*

| | |
|---|---|
| NAMED INDIVIDUAL: | Gerald Hyvonen |
| DESIGNATED AS: | QUALIFIED to RECEIVE |

Date: 7/22/16

Signed : ______________________
Office of the Director

*3033935630*

Page 1

Gov't Ex. 13
Page 2 of 6

## CONSUMER INFORMATION

PPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGAINZATIONS WITH WHICH PPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. PPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. PPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE MADE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WITH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM PPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO PPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME AND ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THE YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.



**Gov't Ex. 13**
**Page 3 of 6**

# FORM PPF-2015

PLEASE READ ALL SECTIONS CAREFULLY AND COMPLETE AS INDICATED. RETURN IN PRE-ADDRESSED ENVELOPE PROVIDED FOR YOUR CONVENIENCE.

**SECTION 1** (Required )

Check all that you agree to:

- ☐ I am over 18 years of age.
- ☐ I am fully eligible (no restrictions) to receive any amounts totalling up to $1,850,000.00.
- ☐ I understand and agree that I am responsible for taxes on any amount I receive.
- ☐ My name and address are correct as they appear on this form. (Make any necessary corrections below ).

Gerald Hyvonen
[redacted]
South Branch, MI 48761-9603

*6717*

*3033935630*

**SECTION 2** (Optional)

Upon receiving a cash prize, I would use it to (check up to 3):

☐ Pay Bills ☐ Vacation ☐ Save ☐ Help Family/Friends ☐ Start a business

If I could have a new model of any of these makes of vehicles, I would choose:

☐ Toyota ☐ Mercedes ☐ BMW ☐ Ford Truck ☐ Audi ☐ Chevy SUV ☐ Porsche

The place I would most like to visit is: ☐ Australia ☐ Brazil ☐ France ☐ Japan

I believe that attitude can help determine sucess.

☐ Strongly Agree ☐ Agree ☐ Disagree ☐ Strongly Disagree

**SECTION 3** (Required )

- ☐ I want to begin the process of eligible accesss to over $1,850,000.00.
- ☐ I am willing to accept any prize payments by either Certified Check (overnight) or direct bank transfer.
- ☐ I am requesting full prize access through the 2016 Edition Public Prize Funds report.

**DIRECTIONS:** TO EXPEDITE SHIPMENT AND RECEIVE OF YOUR FULL PRIZE ACCESS PROCEDURES PLEASE ENCLOSE $26 IN CASH, CHECK OR MONEY ORDER PAYABLE TO: PPF. SEND USING ENCLOSED ENVELOPE. (Price includes shipping ).

FRM PPF 2015-131317



Gov't Ex. 13
Page 4 of 6

COMPLETE OTHER SIDE
&
RETURN IN ENCLOSED ENVELOPE

Case: 25-3078, 08/14/2026, DktEntry: 29.1, (262 of 300)

FRM PPF 2015-131317
Gov't Ex. 13
Page 5 of 6

Gov't Ex. 13
Page 6 of 6

PLACE

STAMP

HERE

Office of the Director
**PPF**
PO Box 27
Plainview, NY 11803-0027

OFFICIAL SEAL • OFFICIAL SEAL • OFFICIAL SEAL • AAA

P.O. BOX 27, PLAINVIEW, NY 11803-0027

AAA-BA-OE01

PRESORTED
FIRST CLASS
US POSTAGE
**PAID**
HICKSVILLE NY
PERMIT 888

RTS
Refused
8031

NOTICE IS HEREBY
**FINAL**

NIXIE 482 DE 1260 0008/14/16

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

130 43680@0078

**GOVERNMENT EXHIBIT**
**14**
**2:21-CR-00566**

**Gov't Ex. 14**
**Page 1 of 5**

# AGGREGATE
# $1,675,000.00
# MAJOR MONEY AWARDS

NOTICE IS HEREBY
FINAL

**Eligible Awardee:**
7/1 1520********MIXED AADC 117
Gerald Hyvonen
[redacted]
South Branch, MI 48761-9603

*3033997853*

Claim Number:
3033997853
*6719*

**GERALD HYVONEN**
**ELIGIBLE AWARDEE IS 100% PROOF POSITIVE NOMINATED AS 100% GUARANTEED FEASIBLE CANDIDATE!**

**BE IT KNOWN TO ALL: Gerald Hyvonen Is in AAA's 100% eligibility class!**

This is now filed and irrevocable. This document has been prepared for your eyes only, **Gerald Hyvonen**, and we are now anxiously awaiting the return of verification form attached. **100% proof positive verified to be awarded total sum of $1,675,000.00 guaranteed and confirmed to be awarded** by independent sponsors to successful entrants.

**There is no mistake, vie for $1,675,000.00 in United States dollars which are guaranteed to be awarded to abeyant candidates!**

**Gerald Hyvonen, the clock is running out. If any reason you do not wish to have the $1,675,000.00 material sent to you, your name will be stricken from the list and one or more of the following people receive the eligibility letter in your place according to entering list;**

E. Macy .............................. **Potential Alternate Winner**
J. Allen .............................. **Potential Alternate Winner**
T. Buford .............................. **Potential Alternate Winner**
H. Negron .............................. **Potential Alternate Winner**
D. Chan .............................. **Potential Alternate Winner**

**LEGAL DISCLOSURE FOR RECIPIENTS:**

These rules are governed by the laws pertaining to cash funds competitions. Just follow each step to receive your documents stipulating **awardable cash monies to be 100% proof positive awarded** by independent sponsors to successful vying candidates.

**Please take note:** there is no question whatsoever that **Gerald Hyvonen has been researched and is 100% eligible to win!** We hope that you are justifiably excited that you are eligible to receive the directives that can be issued in your name.

**Gov't Ex. 14**
**Page 2 of 5**

AAA-BA-FM01

**CONSUMER INFORMATION**

AAA IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH AAA IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. AAA IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. AAA USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. AAA IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM AAA, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO AAA, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 14**
**Page 3 of 5**

**Do not forget to enclose the mandatory Report Fee of $24 and return it within the next 14 days so that entrant registration deadlines will not be missed! This is critically important!**

As soon as we receive your response, our office guarantees fully that you will be promptly notified and served as to the monies and prizes identified in report and guaranteed paid to winners by the named sponsors.

# $1,675,000.00

## Aggregate Payouts Guaranteed!

AAA-BA-FM01

OFFICIAL SEAL • OFFICIAL SEAL • AAA

The seal is officially affixed hereto serve as positive record of individual named herein who is **guaranteed to receive full directives concerning $1,675,000.00 in funding and monies** to be positively awarded to successful candidates. If you respond immediately, we will rush your material to you as fast as humanly possible.

# Official Response Form

## Yes, Send Me the $1,675,000.00 Funds Directives!

**You must fill out this last section of this Form for Acceptance of Report Delivery, and all the corporate blocks and holds on your delivery will be immediately released!**

**1.] Your address for immediate delivery** is in our records and will be precisely mandated, please immediately check and sign off on your address accuracy below:

**Gerald Hyvonen**
[redacted]
**South Branch, MI 48761-9603**

**I hereby certify by my signature that this is an accurate address:**

X ______________________________

**2.] Check claim match carefully:** Does this number match the one on the first page of the letter?

**3033997853**

❑ YES ❑ NO

**3.] Payment method:** I have enclosed the **$24 report fee** for the delivery directives as required for prize document report issuance.

**I have enclosed:** ❑CASH ❑CHECK ❑MONEY ORDER **MADE PAYABLE TO AAA.**

FOR OFFICIAL USE ONLY - DO NOT WRITE OR MARK IN THIS BOX.

*3033997853*

*6719*

**Signature and release:**

X ______________________________

**AAA P.O. BOX 27, PLAINVIEW, NY 11803-0027**

**Gov't Ex. 14**
**Page 4 of 5**

AAA-BA-FM01

PLEASE PLACE STAMP HERE

AAA-BA-RE01

RUSH

AAA PROCESSING DEPARTMENT
P.O. BOX 27
PLAINVIEW, NY 11803-0027

Gov't Ex. 14
Page 5 of 5

FORMAL NEXT-DAY DISPATCH TO RECIPIENT ON FILE

SECURE THIS MAIL ON ARRIVAL

RE: MONETARY REPORT

METHOD OF DELIVERY:
[X] USPS
[ ] PHONE
[ ] TELEGRAM
[ ] FACSIMILE

DIRECT LETTER OF COMMUNICATION AS DATED AND RECORDED BY THE CASH PRIZE AND AWARD COMMUNIQUE

DO NOT DELAY

RESPONSE REQUESTED

DIRECT LETTER OF COMMUNICATION AS DATED AND RECORDED BY THE CASH PRIZE AND AWARD COMMUNIQUE

ADDRESSEE SPECIFIED DOCUMENTS SENT FOR PROMPT REPLY REQUESTED WITH 12 DAYS

THESE PAPERS CONTAIN REAL MONETARY OPPORTUNITIES

PAPERS OF DESIGNATION AND CONTACT TO INDIVIDUAL RECEIVER IDENTIFIED BY NAME

PLEASE DO NOT LOSE OR MISPLACE THIS MAIL

AWAITING TO BE PROCESSED AND FILED ON-RECORD PENDING ORDER PROCEEDINGS AND RESOLUTION

CORRESPONDENT REFERENCE-CODED DELIVERY NO.:

///NO. #Z28506999254 P16951

**ISSUED REFERENCE TO //: Att'n /// Donald Chapman**

19 5 4852********MIXED AADC 117
Donald Chapman
[redacted]
Mill Creek, WA 98082-1450

*You are holding Papers of Actual Advisement Sent Directly To-You for the Total Win Opportunity Amount of*

/// **$2,895,000.00 IN MONEY AND PRIZES**

*- - CONFIRMED - - via important financial disclosure documents (CPM)* (√) #7715

PROMPT ATTENTION REQUESTED OF INDIVIDUAL IDENTIFIED BY THE

# CASH PRIZE AND AWARD COMMUNIQUE

CPM INTERNATIONAL HEADQUARTERS FOR REPORTING AND DECISIONS

PO BOX 9218 OLD BETHPAGE, NY 11804

[ RECOGNITION KNOWN-ON-FILE AS DATED ]

**///*** 06/07/2016**

THIS PAGE MAY BE RETAINED FOR PERSONAL RECORD AND FILE

ISSUED DOCUMENT

Dear DONALD CHAPMAN

We hope that this is your current address, because we don't have anything more recent on record in our database. Our internal monetary prize research documents verify **You have 100% eligibility to receive Entrant Directives for the full $2,895,000.00 in cash and prizes. IF YOU HAVE INTEREST IN THIS HUGE SUM OF MONEY**, please read the balance of this personal notification.

This documentation is Real in every way and is Being-Delivered as result of your **Affirmed & Referenced Credentials** and Acquirement from lists which we have purposefully acquired in the matter of cash directives and we now have the pleasure of contacting you For-The-Record. Please note, all data and information of corporate record In-These-Papers was carefully reviewed and confirmed by the ***CPM Prize and Award verification*** executive of CPM prior to delivery of this dispatch and as such we are thrilled to --- **VALIDATE AND CONFIRM** --- The Grand Total $ Win Opportunity - as stated to you in the ***Cash and Prize Entrant Directives***, is 100% accurate for the complete and **FULL-AMOUNT OF ** $2,895,00.00 **** as Reported and Filed.

Furthermore, all **MONEY AND PRIZES** eligible as referenced and Totaled by this disclosure are **GUARANTEED** to be Paid and allocated upon entered winning participation so please do not delay in returning your hard copy /// ***** **COMPLETION REQUISITION FORM NO. 2715** ***** printed in your name on the separate Certificate enclosed and awaiting your Completion.

As an independent reporting and resource organization, the CPM Prize and Award verification is delighted in making this contact and in providing actual details and stated facts for the Guaranteed --- **MONEY AND PRIZE** --- opportunities in disclosure now -- **VERIFIED FULLY TO YOU** -- in the Grand Total. Please do not delay in answering this mail - not being a direct prize award company, we cannot arbitrate or intervene if you fail to meet deadline-sensitive specifications which are monitored strictly by participating national sponsors who individually will make the **Total Prize Distributions** fully and ALL///*** **CASH PAYMENTS***** directly upon the Winners determination process being Formalized for the record.

Accordingly, we are ready to execute processing procedures at once and in closing we wish to re- state as * Confirmed * in that all eligible Monetary Awards are accounted for in the $ Grand Total and accorded in printout Documentation which designates that Your Entrant Directive Dossier on receipt is guaranteed to enter Cash and Prize opportunities for ****$2,895,000.00 --- $ TWO MILLION, EIGHT HUNDRED NINETY FIVE THOUSAND DOLLARS --- IN MONEY AND PRIZES. ****

We look forward to your earliest reply within the next 12 days requested. Best wishes To-You on this announcement!

*3032942470*  *6705*

**THIS MAIL IS CONFIRMED AND VERIFIED!**

CPM Prize Director

**Gov't Ex. 15**
**Page 1 of 8**

GOVERNMENT EXHIBIT 15 2:21-CR-00566

CONSUMER INFORMATION

CPM IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGAINZATIONS WITH WHICH CPM IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CPM IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, CPM USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE DETAILS OF EACH SWEEPSTAKES. CPM IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE MADE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WITH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CPM, JUST RETURN THE ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO INTERNATIONAL, WITH THE LETTERS "DNM" NEXT TO YOUR NAME AND ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESS- ING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEP- STAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.



**Gov't Ex. 15**
**Page 2 of 8**

AWARD TREASURY

PAPERS OF CERTIFICATION
AND INDIVIDUAL PROCEEDING

DOCUMENTATION ON FILE

IDENTIFIED RECEIVER PROCESSING
AND AUTHORIZATION CERTIFICATE

DATED AND NUMBERED

# COMPLETION REQUISITION FORM NO. 2715

ISSUED TO SPECIFIED CONTACT INDIVIDUALS FOR REQUESTED RESOLUTION WITHIN 12 DAYS

PLEASE DO NOT DELAY IN REPLY • THIS CORRESPONDENCE HAS BEEN SENT BY PRE-PAID NEXT DAY DISPATCH
ADMINISTRATION OF REPORT DELIVERY IS PENDING COMMENCEMENT IN THE FULL AND ENTIRE PARCEL

**MATTER OF FINANCIAL CONCERN**

ACTUAL MONETARY VALUE AS IDENTIFIED
IN FINANCIAL DISCLOSURE DOCUMENTS
* * * AFFIRMED IN-FULL-REPORTED-AMOUNT. * * *

_ _ _ *****$2,895,000.00***** _ _ _

**ISSUED BY EXECUTIVE OFFICERS**

THIS CONVEYANCE HAS BEEN SECURITY-CODED
TO MATCH I.D. NUMBER CONFIRMED ON PAGE ONE

/// **Personal Prize No:**
**Z2850699254 P16951**

## CASH PRIZE AND AWARD COMMUNIQUE

CPM INTERNATIONAL HEADQUARTERS FOR REPORTING AND DECISIONS
PO BOX 9218 OLD BETHPAGE, NY 11804

*3032942470*

IMPORTANT: RECIPIENT I.D. RECORD AREA

*6705*

NAME **Donald Chapman**
ADDRESS [redacted]
**Mill Creek, WA 98082-1450**

PREFERENTIAL SERIAL MARKED MAIL
EXPEDITED FOR TRANSPORT

PLEASE COMPLETE THIS SECTION BY PLACING A CHECK-MARK IN BRACKETED AREAS:

[ ] YES, I understand that the Grand Total $ Win Opportunity Entrant Directives Dossier - - - validated --- is // **CONFIRMED** // to me in FULL and Verified At * * * * * **$2,895,000.00 - - - $ TWO MILLION, EIGHT HUNDRED NINETY FIVE THOUSAND DOLLARS - - IN MONEY AND PRIZES!! * * * * ***

[ ] YES, I am over the age of 21 and act as my own legal guardian regarding Financials.

[ ] NO, I am NOT an employee of CPM, nor do I have any employment affiliation or employment history with the organization.

**PLEASE COMPLETE FULLY: DONALD CHAPMAN**

☐ YES, as Individual Identified through these * * * Valid Transmittal Papers * * * I hereby authorize that release be made directly To-Me regarding to which the **Prize and Award Communique** fully guarantees that I will receive a Report detailing Win Opportunities on receipt for the full *** **$2,895,000.00 - - - TWO MILLION EIGHT HUNDRED NINETY FIVE THOUSAND DOLLARS - - - IN MONEY AND PRIZES. * * ***

*Mandated on this date of* **6/7/16** *by* [signature]

☐ **YES, I have enclosed the Mandatory Report Fee by** [ ] **Cash** [ ] **Check** [ ] **Money Order** payable in U.S. funds for **$20** to "CPM" to finalize the transmittal of the Report.

NOTE: Fee assessed is REQUIRED to administrate processing and delivery of the Report. Failure to enclose fee will result in nullification and non-action by the Cash Prize And Award Communique. Cash and Prizes opportunities would then go to others.

PLEASE SIGN HERE AS AN ATTESTMENT OF YOUR IDENTITY

*MAIL TODAY!* 3032942470 6705

CPM

Gov't Ex. 15
Page 3 of 8

Case: 25-3078, 08/14/2026, DktEntry: 29.1, (272 of 300)

Gov't Ex. 15
Page 4 of 8

SEALED DOCUMENTS NO. 2715

VERIFICATION FOR DELIVERY OF THIS MAIL WAS PROVIDED BY THE OFFICE OF MANAGEMENT UNDER DIRECTIVE OF THE CHIEF EXECUTIVE OFFICER

CPM
PO BOX 639 BETHPAGE, NY 11714

PRESORTED
FIRST CLASS
US POSTAGE
**PAID**
HICKSVILLE NY
PERMIT 888

**DO NOT DELAY OPENING**

PAPERS INSIDE DRAFTED TO RECIPIENT BEING-CONTACTED
NON-TRANSFERABLE MAIL DO NOT FORWARD REPLY REQUESTED WITHIN 12 DAYS

**URGENT**

ADDRESSEE HAS BEEN IDENTIFIED THIS MAIL IS INTENDED FOR DELIVERY ONLY TO THE PERSON SHOWN THROUGH WINDOW CORRESPONDENCE INSIDE FILED BY ASSIGNED SECURITY NUMBER.

NIXIE 980 FE 1260 0009/03/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 11714063939 *0502-04690-08-44

ANK
11714>0639

CPM-OE

Gov't Ex. 15
Page 5 of 8

Amount $ ______ CASH ______
Date 7/22/21 MO ______
Initials DCR OTHER ______

IS0001517233-055

Case: 25-3078, 08/14/2026, DktEntry: 29.1, (274 of 300)

Gov't Ex. 15
Page 6 of 8

RETURN ADDRESS HERE

PLACE
PROPER
POSTAGE
HERE

CPM
PO BOX 639
BETHPAGE, NY 11714

Gov't Ex. 15
Page 7 of 8

CPM-RE

Case: 25-3078, 08/14/2026, DktEntry: 29.1, (276 of 300)

Gov't Ex. 15
Page 8 of 8

AWARDS EXPIRATION NOTICE!

**ATTENTION TO WILBUR BEAN**
**ENTRANT DIRECTIVES NOTIFICATION**

*5011305322*

CBA

STATUTORY COMMUNICATION

9/9/16

**CASH AND PRIZE ADVISEMENT IDENTIFICATION PAPERS**

*2239*

# CBA - $2,484,991.00

Compilations to Be Addressed

***AVAILABLE CASH AND PRIZE OPPORTUNITIES FOR FOR:***

13/2 1993******ALL FOR AADC 303
Wilbur Bean
[redacted]
Jonesboro, GA 30238-6018

URGENT: YOUR DEMAND FOR DELIVERY OF AWARDS DIRECTIVES MUST ARRIVE IN OUR OFFICE TO ACTIVATE DELIVERY.

CONFIRMED

**URGENT NOTICE - DATE ENDING 09/22/2016- DELIVERY DEADLINE**

We have concluded our **MONEY AWARDS** verification procedures from the published documents of the independent sponsors and have determined that WILBUR BEAN is a rightful proposed entrant **(POSITIVE VERIFIED DIRECTIVES OF $2,484,991.00 FROM VERIFIED (100%) MONEY AWARD). CASH AND PRIZE GIVEAWAY AWARDS CATEGORY.**

Cash Directives will be sent to you immediately upon receipt of the nominal report fee of $20, being cost for processing of **DIRECTIVE DOSSIER**. This is a **TOP LEVEL CORPORATE SPONSOR AWARDS NOTICE.** We want to rush you your cash directives **($2,484,991.00+)** to be sent to you via post. This is not a false alarm, this is the actual delivery letter.

You are advised to pay this fee **WITHIN 10 DAYS** which will give an ample time window of postal delivery to you. **DO NOT FAIL TO RESPOND TO THIS OFFICIAL NOTICE**, or you will risk **FORFEITURE OF ALL RIGHTS WITH RESPECT TO $2,484,991.00 CASH DIRECTIVES MAILING AND RETRIEVAL RIGHTS** within our **CORPORATE DELIVERY STRUCTURE.**

APPROVED **$2,484,991.00** APPROVED
PROCESSED AND CONFIRMED

For real!

Upon receipt of report fee, we will by legal obligation complete our process by submitting your **DIRECTIVES** in our records with your **100% CONFIRMED ACCEPTANCE** to our **DELIVERY PERSONNEL** who will affect **TRANSFER** of your **$2,484,991.00 DIRECTIVES** to your designated domicile (verified) within a designated time frame.

**BE PREPARED FOR TRANSFER OF CASH DIRECTIVES PERTAINING TO YOUR CONFIRMED OPPORTUNITIES OF SPONSORED AWARDS: $2,484,991.00. DELIVERY WILL BE GUARANTEED. THIS IS THE REAL THING.**

| | |
|---|---|
| Best regards,<br>Aaron Bendel<br>$2,484,991 -OK<br>Mr. Aaron Bendel | On behalf of:<br>Werner Ferenque<br>$2484,991 - Okay<br>Mr. Werner Ferenque,<br>DIRECTOR OF DISPATCHES |

GOVERNMENT EXHIBIT 21 2:21-CR-00566

Gov't Ex. 21
Page 1 of 8

HZN-SWM-00001476

CONSUMER INFORMATION

CBA IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH CBA IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CBA IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. CBA USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. CBA IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CBA, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO CBA, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 21**
**Page 2 of 8**

HZN-SWM-00001477

COMPETITION NOTICE
ATTENTION TO INDIVIDUAL
DIRECT NOTIFICATION

FORM
7715

CBA

STATUTORY COMMUNICATION
CASH AND PRIZE ADVISEMENT
IDENTIFICATION PAPERS

R1 7 F9
119

5033 OCO-TRANS

# YES! PROCESS CASH DIRECTIVES TO ME. THIS IS MY FORMAL ACCEPTANCE.

**Your address for immediate delivery is in our records. Cash/Prize Directives guaranteed to be delivered. Cash guaranteed to be delivered to winners. Please immediately check and SIGN OFF on your delivery request:**

APPROVED

Wilbur Bean
[redacted]
Jonesboro, GA 30238-6018

OK

I hereby certify this is an accurate address: ☐ SIGN HERE - SIGN HERE -SIGN HERE

As soon as we receive your response, our office **GUARANTEES FULLY** that you will be promptly notified and served as to the **ENTRANT DIRECTIVES for the MONIES AND PRIZES GUARANTEED PAID** to winners by the named sponsors.

And remember, this is **YOUR FINAL ACCEPTANCE DOCUMENT! NO LONGER ANY HOLDS TO BE PLACED ON DELIVERY - YES-DELIVERY TO PROCEED.**

☐ YES, I have enclosed the report fee for the Directives Delivery as **REQUIRED FOR ISSUANCE PERTAINING TO THIS LETTER OF NOTICE.**

Required report fee $20.00. Enclosed is ☐ Cash ☐ Check ☐ Money Order

DO NOT DELAY
RESPONSE REQUESTED

**MAKE CHECKS PAYABLE TO CBA**

SIGNATURE AND RELEASE

SIGN HERE - SIGN HERE -SIGN HERE -SIGN HERE -SIGN HERE

INCLUDE YOUR EMAIL ADDRESS FOR UPDATES

WRITE EMAIL ADDRESS HERE -WRITE EMAIL ADDRESS HERE

1
959

*5011305322*

*2239*

Gov't Ex. 21
Page 3 of 8

HZN-SWM-00001478

Gov't Ex. 21
Page 4 of 8

HZN-SWM-00001479

RETURN ADDRESS HERE:

PLACE
PROPER
POSTAGE
HERE

CBA
P O BOX 9218
OLD BETHPAGE, NY 11804-9018

CBA-RE

Case: 25-3078, 08/14/2026, DktEntry: 29.1, (281 of 300)

Gov't Ex. 21
Page 5 of 8

H2N-SWM-00001480

Gov't Ex. 21
Page 6 of 8

HZN-SWM-00001481

CBA
PO BOX 9218
OLD BETHPAGE, NY 11804

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

CLIENT NOTIFICATION DOCUMENTS

APPROVED

NIXIE 300 FE 1270 0009/14/16
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 11804901818 *2191-08741-14-21

CBA-OE

11804>9018

Gov't Ex. 21
Page 7 of 8

H2N-SMM-00001482

Case: 25-3078, 08/14/2026, DktEntry: 29.1, (284 of 300)

IS0001517233-178

Amount $
Date [illegible]
Initials [illegible]

CASH
MO
OTHER

Gov't Ex. 21
Page 8 of 8

H2N-SWM-00001483

$ MILLION DOLLAR PRIZE EXCHANGE $

This notice has been issued in accordance with the procedures and directives of the Million Dollar Prize Exchange. Actionable Payment information has been pre-approved.

Notification No:323717
Dated: 9/8/16
Recipient: IDENTIFIED
Match No: ASSIGNED
Value: CONFIRMED
Status: UNRESOLVED
PENDING RESPONSE

RECIPIENT:

7/7 1221**********MIXED AADC 117
Dawn Smith
[redacted]
Highland, UT 84003-3514

*5011201448*  *2229*

Match Number Assigned to Smith File.

Assignment is: APPROVED  31175

Dear Dawn Smith:

It is with pleasure that we are contacting you regarding one of several large cash and prize amounts that remains unpaid at this time. You have been assigned a Match number, indicated at the top of this notice. Your Match number corresponds to a specific opportunity value for which you are entitled to receive all access procedures and documentation for.

The Million Dollar Prize Exchange is an extensive network of research and tracking services which locates unpaid cash obligations set aside by third-party sponsors who are under legal requirement to pay them out by specified dates. The Exchange assigns and disseminates notice of amounts of various values in anticipation of these upcoming payments.

Be aware that this Exchange Notice is time sensitive. You must act immediately in order to initiate the activation of your Match Number and its assigned opportunity value.

To find the opportunity value amount assigned to you, Dawn Smith, refer to the Match Number Schedule on page 2. Locate the Match Number you have been assigned and find the corresponding payment opportunity we are contacting you about. Please note that great care is taken to ensure that these are the MINIMUM cash and prize amounts available.

After reviewing the schedule at the top of page 2, please turn your attention to the Million Dollar Prize Exchange Acceptance Form at the bottom of the page. This form has been designed to help you complete and expedite the Exchange shipment directly to your address of record. Be sure to include the required $30 reporting fee to secure your Match number opportunity value and entry directives confirmation.

There are currently tens of millions of dollars in prizes that are required to be paid. Million Dollar Prize Exchange identifies qualified recipients regarding access to payment opportunity directives and does the work of helping facilitate the opportunities for amounts of various values. All amounts are subject to strict deadlines and are required to be paid out on specific dates. It is important to respond immediately to this notice in order to keep eligibility status active.

Best wishes on this news!

Sincerely,

Steve Wagner
Director

Pg.1 MDPE-FORM

GOVERNMENT EXHIBIT
22
2:21-CR-00566

Gov't Ex. 22
Page 1 of 8

HZN-SWM-00001436

**CONSUMER INFORMATION**

MDPE IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGAINZATIONS WITH WHICH MDPE IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. MDPE IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, MDPE USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE DETAILS OF EACH SWEEPSTAKES. MDPE IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE MADE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WITH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM MDPE, JUST RETURN THE ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO INTERNATIONAL, WITH THE LETTERS "DNM" NEXT TO YOUR NAME AND ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 22**
**Page 2 of 8**

HZN-SWM-00001437

MILLION DOLLAR PRIZE EXCHANGE

## MDPE MATCH NUMBER SCHEDULE

| If your Match Number is: | | The Unclaimed Cash Obligation Report Value reserved in your name is: |
|---|---|---|
| 17930 | >>>>>>>>>>> | $1,204,300.00 |
| 84752 | >>>>>>>>>>> | $2,055,600.00 |
| 31175 | >>>>>>>>>>> | $1,821,000.00 |
| 96438 | >>>>>>>>>>> | $1,490,000.00 |
| 21219 | >>>>>>>>>>> | $1,758,000.00 |
| 47362 | >>>>>>>>>>> | $1,050,850.00 |

Find the Match Number that corresponds with your Assigned Match Number (top of Pg 1) to find the Valuation of your Report file.

All amounts remain unawarded and available for claim

In order to accept your position and Match Number valuation in the Exchange Network of prize payment opportunities and directives, please complete and return the Exchange Acceptance Form below. This is your FINAL notice regarding the Match Number you have been assigned. You will not be given this Match Number again. Failure to respond will result in expiration of the Match Number assigned to Dawn Smith and forfeiture of all rights to claim the report value amount per this notice.

Respond by: 9/20/16

Note: You must be over 18 years of age in order to participate in the Million Dollar Prize Exchange. Also, in a winning situation, you will be responsible for any taxes on amounts you receive.

Detach Here — — — — Detach Here

## EXCHANGE ACCEPTANCE FORM

Pre-Approved

This form is for the exclusive use of the named recipient and is non-transferable.

Reference: Notification N°: 323717

Dispatch will be sent to the address of record for Dawn Smith - please indicate any corrections if necessary.

Dawn Smith
[redacted]
Highland, UT 84003-5514

*10112014484* *22297*

Match Number for Dawn Smith: 31175

1. From the schedule above, please write in the your folio cash opportunity value ____________

2. Return form with $30 reporting fee by cash, check or money order, payable to MDPE. Use return envelope enclosed for your convenience and to expedite your acceptance.

3. Email address for updates: ____________

4. Sign to indicate your acceptance to receive dispatch.

X____________

Pg 2

Gov't Ex. 22
Page 3 of 8

HZN-SWM-00001438

Gov't Ex. 22
Page 4 of 8

HZN-SWM-00001439

ATTN:
ACTIVE MATCH NUMBER
- ENCLOSED -

M.D.P.E.
EXCHANGE PROCESSING
P.O. BOX 401
ROSLYN, NY 11576-0401

Gov't Ex. 22
Page 5 of 8

H2N-SMM-00001440

Gov't Ex. 22
Page 6 of 8

HZN-SWM-00001441

MDPE
P.O BOX 401
ROSLYN, NY 11576

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 808

Match Number Enclosed
- VALUE ASSIGNED -

NIXIE 841 FE 1278 0005/17/16

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 11576840181 *0582-00019-07-37

ANK
11576>8401

MDPE_09-4

Gov't Ex. 22
Page 7 of 8

HZN-SWM-00001442

Amount $ ______ CASH ______
Date 7/22/12 MO ______
Initials [illegible] OTHER ______

IS0001517233-173

Gov't Ex. 22
Page 8 of 8

H2N-SWM-00001443

LIBERTY AWARD AUTHORITY - DEPARTMENT OF NOTIFICATION - P.O. BOX 9218 OLD BETHPAGE, NY 11804-9018

OFFICIAL DIRECTIVE

# Department of Notification

FOR IMMEDIATE RELEASE
8/9/16

FUNDS COMMITTED
PAYMENTS PENDING

36/2 9208********MIXED AADC 117
Rudolfo Valverde
[redacted]
Anaheim, CA 92825-5531

5011148805

2210A

**RE: $2.1 MILLION DOLLAR AWARD DOCUMENT TRANSFER NOTIFICATION**

Dear Rudolfo,

This transfer notice is formal declaration and notification to you that funds in the total amount of $2,100,000.00 DOLLARS [all funds in US currency] are held in escrow for final completion. All documentation required to formalize and action your full eligibility to receive all cash and prize opportunity directives is in our office, standing by for Direct Transmittal To You!

Account details are below:

| | |
|---|---|
| RECIPIENT: | Rudolfo Valverde |
| OPPORTUNITY AMOUNT: | $2,100,000.00 DOLLARS [All funds in US currency] |
| ACTING AGENT: | Multi-sponsor payout per Liberty Award Authority |
| ACCOUNT No: | 5011148805 |
| ROUTING SEQUENCE: | 2210A |

FUNDS CONFIRMED AMOUNT

We do hereby require your confirmation of the above account status in order that we may immediately fulfill complete formal transfer to you --directly-- of all Prize Monies documents in the entire sum of $2,100,000.00 DOLLARS [all funds in US currency] via our proprietary opportunity document transfer system. Your receivership of these funds documents pertains to all entry data regarding the complete and full $2,100,000.00 DOLLARS [all funds in US currency]. The entire aggregate sum is set for disbursement now, according to strictly monitored international regulations. These international regulations are legally binding and strict deadlines will be enforced: This notice to you here must therefore be our Final Notice to you, and to complete the directives transmittal we require your immediate action.

You are thus advised to utilize the transfer authorization document enclosed and forward it to our offices, signed, and with your report fee of $20 so that we may conclude this matter and effect final transfer to you of the entire document package for the full opportunity amount: $2,100,000.00 DOLLARS [all funds in US currency].

Please review and return the enclosed document within 12 days to ensure you retain your FULL ELIGIBILITY acquisition. As of today, 8/9/16, your case file remains open and pursuant to account no 5011148805 your status remains active to receive cash and prize entrant directives for The Total Amount.

Therefore, stand advised that copies of this document along with the original and true directive paperwork for ALL FUNDS are secure in our vault and await your full activation. We stand ready to complete processing and disburse final opportunity document transfer in the Full Amount to you.

GOVERNMENT EXHIBIT
23
2:21-CR-00566

LIBERTY AWARD AUTHORITY SEAL 2016

REGISTRY REPORT: FILED
Chief Bursar's Clerk
BY:
SIGNATURE

Lawrence Holcomb, Transfer Agent
Department of Notification

John Bartholomew, President
Liberty Award Authority

GO TO ENCLOSURE>>>

Gov't Ex. 23
Page 1 of 8

HZN-SWM-00001452

CONSUMER INFORMATION AND QUALITY ASSURANCE

DON IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH DON IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. DON IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. DON USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. DON IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM DON, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO DON, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSA COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

# Transfer Authorization

THIS DOCUMENT IS TO BE COMPLETED BY

TRANSFER DETAILS:

1. DECLARATION: This document hereby notifies Rudolfo Valverde that $2,100,000.00 in U.S. dollar funds stands ready to be disbursed to select winner(s). This opportunity document Transfer is for the named recipient only and pursuant to account # 5011148805 can only be claimed and received by said individual.

2. ALL FUNDS are lodged and confirmed by third party sponsors and the total amount has been verified for accuracy and stands ready for claim.

3. FULL TRANSFER of the documents thereof is the last step in this arbitration process and this document, once received in our offices, will authorize The Liberty Award Department of Notifications to send you all entrant opportunity documents for the stated total of $2,100,000.00 [all funds in US dollar currency].

TRANSFER IMPRINT: $2,100,000.00 – TWO MILLION ONE HUNDRED THOUSAND AND
--- IMPRINTED AMOUNT OF SUM ---
005945 320 045846684 AMOUNT IN US DOLLARS AND 00 CENTS

FUNDS CONFIRMED AMOUNT TO BE PAID ... TRANSFER

THE AMOUNT ABOVE IS PRESENTED HERE FOR THE FORMAL DOCUMENT HOLDER. THESE MONIES ARE NON-TRANSFERABLE AND NON-ASSIGNABLE OPPORTUNITIES AND THE REPORT ON FUNDS OPPORTUNITIES CAN ONLY BE CLAIMED BY THE NAMED RECIPIENT. TO FORMALIZE TRANSFER OF PAPERS, THE RELEASE SECTION BELOW MUST BE COMPLETED IN ITS ENTIRETY AND RETURNED TO THESE OFFICES.

## RELEASE SECTION

634 / 8976 45940

Final Transfer

Report Amount:

Delivery Address:

Rudolfo Valverde
[redacted]
Anaheim, CA 92825-5531

Make address changes if necessary

EXPECTED MATTER

DOCUMENT HOLDER AUTHORIZATION

2210A 5011148805

___ I, Rudolfo Valverde, resident of Anaheim, in CA, acknowledge that I have been correctly identified. I have an active bank account and I am of legal age to participate in and WIN contests and sweepstakes prize promotions. I do hereby request the Liberty Award Authority - Department of Notifications to complete direct transfer to me of all documentation detailing the full $2,100,000.00 on report. With my signature below I do activate these documents and authorize this transfer.

___ I am hereby remitting my report fee of $20 to The Department of Notifications (D.O.N.).

___ Cash ___ Check ___ Money Order (Payable to "D.O.N.")

X SIGNATURE OF DOCUMENT HOLDER

Signature of Rudolfo Valverde     Date

COMPLETE AND RETURN THIS FORM

634 / 8976 45940    00005432

# Certificate ~of~ Completion

ON RECORD    REAL DOCUMENT

CERTIFICATE REPORT No. 5011148805

BE IT KNOW THAT:

*Document transfer fund ready for the principle sum of $2.1 Million Dollars in available funds currently scheduled for direct payout*

ISSUED TO
Rudolfo Valverde
[redacted]
Anaheim, CA 92825-5531

5011148805

FILED ON THIS DATE:
8/9/16

SOURCE OF DOCUMENT TRANSFER:
Multi-sponsor payout
per Liberty Award Authority

2210A

IMPORTANT:

*This Certificate confirms transfer of document spec winner payment opportunity, approved and you are satisfied to you for the entire Prize Amount. This formal document transfer process for the complete and full report amount has been reviewed and confirmed for the $2,100,000.00 All funds in US Dollar currency.*

ISSUED

REGISTRY REFERENCE
5011148805 2210A
Valverde -- $2,100,000.00

OFFICE OF THE LIBERTY AWARD REGISTRAR

HZN-SWM-00001454

Gov't Ex. 23
Page 3 of 8

Gov't Ex. 23
Page 4 of 8

HZN-SWM-00001455

FROM:

Please place correct postage here.

Department of Notification
Transfer Desk
P.O. BOX 9218
OLD BETHPAGE, NY 11804-9018

EXPECTED MAIL
RUSH TO RECEIVING CLERK

DON_RE

Gov't Ex. 23
Page 5 of 8

H2N-SWM-00001456

Gov't Ex. 23
Page 6 of 8
HZN-SWM-00001457

PRIORITY

# NATIONAL EXPRESS COURIER SERVICE

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

| Sender Information | Tracking Code | Description of Contents |
|---|---|---|
| NAME Catherine Long<br>Notification Bureau<br>ADDRESS LAS office<br>P.O. BOX 9218 OLD BETHPAGE, NY | 100%564-5670A56-5650 | Financial Papers<br>Time Sensitive |

Rec[...]

Delivery Method

Signature Required Y / (N)

1-3 Day ☐

RETURN TO SENDER

- ☐ UNDELIVERABLE AS ADDRESSED
- ☐ ATTEMPTED NOT KNOWN
- ☐ INSUFFICIENT ADDRESS
- ☐ NO MAIL RECEPTACLE
- ☐ TEMPORARILY AWAY
- ☐ NO SUCH NUMBER
- ☐ NO SUCH STREET
- ☐ IN DISPUTE
- ☐ BOX CLOSED
- ☐ MUNA - UNABLE TO FORWARD
- ☐ VACANT
- ☑ REFUSED
- ☐ DECEASED
- ☐ ILLEGIBLE
- ☐ UNCLAIMED

11804S9018 BO50

DON_OE

NIXIE 928254905-1N 260 08/29/16

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

Gov't Ex. 23
Page 7 of 8

H2N-SWM-00001458

| | |
|---|---|
| Amount $ ________ | CASH ________ |
| Date 7/22/21 | MO ________ |
| Initials [illegible] | OTHER ________ |

IS0001517233-175