# 25-3078

**IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

UNITED STATES OF AMERICA,
*Appellee*,

v.

SHAWN PHILLIPS, JEFFREY NOVIS,
*Defendants*,

PHILIP PRIOLO,
*Defendant-Appellant*.

On Appeal from the United States District Court for the Eastern District of New York, No. 2:21-cr-00566
(Hon. Nusrat J. Choudhury)

## SUPPLEMENTAL APPENDIX VOL. III, PART 1 FOR THE UNITED STATES

A. TYSEN DUVA
Assistant Attorney General

ANN F. ENTWISTLE
CHARLES B. DUNN
JASON FELDMAN
Trial Attorneys
Criminal Division, Fraud Section

SARAH E. EDWARDS
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave. NW
Washington, DC 20530
202.913.4782
sarah.edwards@usdoj.gov

# TABLE OF CONTENTS

TABLE OF CONTENTS ........ i

District Court's Opinion Denying Defendant's Rule 29 Motion ........ 1

U.S. v PRIOLO TRIAL TRANSCRIPTS ........ 28

I. March 11, 2025 Transcript ........ 28

A. Opening Statements (Tr. 16) ........ 31

B. Sharon Soltis (Tr. 46) ........ 39

1. Direct ........ 39

2. Cross ........ 45

C. Cheryl Jacquard (Tr. 74) ........ 46

1. Direct ........ 46

II. March 12, 2025 Transcript ........ 88

A. Pamela Kay Pence (Tr. 182) ........ 94

1. Direct ........ 94

2. Cross ........ 96

B. Cheryl Jacquard continued (Tr. 207) ........ 100

1. Direct ........ 100

2. Cross ........ 112

C. Ashley Seip (Tr. 289) ........ 121

1. Direct ........ 121

2. Cross ........ 125

D. Marilyn Burks (Tr. 311) ........ 126

1. Direct ..... 126

2. Cross ..... 128

3. Redirect ..... 129

E. Joseph Bizzarro (Tr. 324) ..... 129

1. Direct ..... 129

III. March 13, 2025 Transcript ..... 167

A. Marlene Montilla (Tr. 419) ..... 180

1. Direct ..... 180

2. Cross ..... 183

3. Redirect ..... 186

B. Mary Lilienkamp (Tr. 450) ..... 188

1. Direct ..... 188

2. Cross ..... 203

C. Cathy Johnson (Tr. 526) ..... 207

1. Direct ..... 207

***VOLUME II***

IV. March 14, 2025 Transcript ..... 251

A. Cathy Johnson continued (Tr. 590) ..... 253

1. Direct ..... 253

2. Cross ..... 277

V. March 17, 2025 Transcript ..... 299

A. Cathy Johnson continued (Tr. 722) ..... 304

1. Cross ........ 304

B. Deposition of Alemitu Teshale Shown (Tr. 743) ........ 309

C. Thomas Ressler (Tr. 751) ........ 311

1. Direct ........ 311

2. Cross ........ 318

D. Christine Reins-Jarin (Tr. 798) ........ 323

1. Direct ........ 323

2. Cross ........ 341

3. Redirect ........ 343

VI. Deposition of Alemitu Teshale Transcript ........ 378

GX 1 – Winners Circle NPF Notice ........ 421

GX 2 – Winners Circle NRS Notice ........ 429

GX 3 – Winners Circle CBS Notice ........ 437

GX 4 – Winners Circle CPR Notice ........ 445

GX 5 – Winners Circle GDM Notice ........ 453

GX 6 – Winners Circle MMP Notice ........ 461

GX 7 – Winners Circle PES Notice ........ 469

GX 8 – Winners Circle CPC Notice ........ 475

GX 9 – Winners Circle BNO Notice ........ 479

GX 10 – Winners Circle PVS Notice ........ 487

GX 11 – Winners Circle PAB Notice ........ 492

GX 12 – Winners Circle PPR Notice ........ 497

GX 13 – Winners Circle PPF Notice ........ 502

GX 14 – Winners Circle AAA Notice ........ 508

GX 15 – Winners Circle CPM Notice ........ 513

GX 21 – Feel Lucky Group CBA Notice ........ 521

GX 22 – Feel Lucky Group MDPE Notice ........ 529

GX 23 – Feel Lucky Group DON Notice ........ 537

*VOLUME III*

GX 24 – Feel Lucky Group MMS Notice ........ 545

GX 25 – Feel Lucky Group FDS Notice ........ 553

GX 26 – Feel Lucky Group RCD Notice ........ 559

GX 27 – Feel Lucky Group WCD Notice ........ 567

GX 28 – Feel Lucky Group CPA Notice ........ 575

GX 29 – Feel Lucky Group GPL Notice ........ 578

GX 30 – Feel Lucky Group MPG Notice – Email proof ........ 581

GX 122 – 4/1/15 Email Attaching Winners Circle April 2015 Backend Schedule .. 586

GX 158 – 9/1/16 Email Attaching Winners Circle and Feel Lucky Spreadsheets ... 589

GX 160 – Return to Sender Mailings from Owen St. Search ........ 620

GX 162 – Complaints and Responses from Owen St. Search ........ 653

GX 173 – Complaints and Refunds from Owen St. Search ........ 684

GX 188 – 2/28/00 Justin Grant, Ltd. Letter ........ 733

GX 362 – Mailings to Priolo and 3/2/15 Email re: CBS - amendments ........ 734

GX 374 – 2/24/16 Email re: new company Lucky Group ........ 796

GX 383 – Sweepstakes Advisory Network Corporate Records .................................. 797

GX 393 – Rule 1006 Summary of Transaction and Payment Records ....................... 807

GX 401 – Sweepstakes Reporting Network Mailing with Notes ................................ 808

A-10078-7098

# NOTICE OF DELIVERY

APPROVED FOR RELEASE

MEECHAM, MONTGOMERY & SINCLAIR TRUST COMPANY

CLAIMANT NAME: Vi Stermer
DETAILS: Multiple Sponsor payout
TOTAL SUM: $1,900,000.00 USD
DESCRIPTION: Mandated value of all monies will be paid by sponsors in strict accordance to legally binding contest regulations.
STATUS: ELIGIBILITY GUARANTEED

CORPORATE SEAL

REGISTERED RECEIVER:
5011575726 2255
5/7 936********MIXED AADC 117
Vi Stermer
[redacted]
Temple, TX 76504-6506

REGISTRY DOCUMENT

RECEIVER FOR
AVAILABLE DOCUMENTS RE: CASH/PRIZE
STATUS 100% CONFIRMED
Vi Stermer
-- SIGNATURE REQUIRED --
REPLY WITHIN MAILDATE SPECIFIED
9/24/16

Inspect address and make changes if required on reverse of this page

KEEP IN YOUR RECORDS

REGISTRY NO. 7098

## CLAIMANT CONFIRMATION

CONFIRMED FUNDS ***$1,900,000.00 USD***

ONE MILLION NINE HUNDRED THOUSAND DOLLARS AND 00/100 DOLLARS

DISPATCH ID: 5011575726

Designated Recipient
Vi Stermer
[redacted]
Temple, TX 76504-6506

FORMAL DECLARATION: I HAVE REVIEWED THE FUNDS NOTIFICATION AND CONFIRM ALL MONIES REPORTED ARE ACCURATE AND ELIGIBLE FOR THE NAMED CANDIDATE TO ENTER AND WIN.

COMMITTED AMOUNT OPPORTUNITY

PRINCIPLE SUM -- $1,900,000.00

0279834405-000007098

Retain this portion and keep safe with your important documents
Return this certificate immediately in this special security envelope provided

RETURN THIS CERTIFICATE

REGISTRY NO. 7098

*2255*

## CLAIM CERTIFICATE

EXPECTED

CONFIRMED FUNDS ***$1,900,000.00 USD***

REPORT VALUE OF ONE MILLION AND NINE HUNDRED THOUSAND DOLLARS IN CASH AND PRIZES

DOCUMENT RELEASE:
Vi Stermer
[redacted]
Temple, TX 76504-6506

AVAILABLE FUNDS
$1,900,000.00 Dollars
DISPATCH ID:
5011575726 2255

MEDIA RELEASE:
IMPORTANT: YOU HAVE NOT YET WON ANY PRIZES OR AWARDS. YOU MUST ENTER TO WIN ANY CONTESTS. IN ANY EVENT OF WIN, AWARD SETTLEMENT IS OFTEN ACCOMPANIED BY MEDIA RELEASES VIA TV, NEWSPAPER OR THE INTERNET. PLEASE INITIAL BELOW IF YOU ALLOW YOUR IDENTITY OR LIKENESS TO BE USED FOR ANY ANNOUNCEMENTS OF THIS KIND.

I have enclosed my one-time report fee of $21 by Cash Money Order Check payable to MMS for immediate settlement of my report for the $1,900,000.00 USD in Cash and Prizes. I hereby authorize and action this delivery with my signature.

X
SIGNATURE OF VI STERMER DATE INITIAL HERE

APPROVED FOR RELEASE

RUSH TO RECEIVING CLERK

*5011575726*

GOVERNMENT EXHIBIT 24 2:21-CR-00566

Gov't Ex. 24
Page 1 of 8

HZN-SWM-00001460

CONSUMER INFORMATION AND QUALITY ASSURANCE

MMS IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH MMS IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. MMS IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. MMS USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. MMS IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM MMS, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO MMS, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

IF REQUIRED PLEASE MAKE ANY CHANGES TO YOUR NAME AND ADDRESS BELOW SO THAT WE MAY UPDATE OUR REGISTRY INFORMATION AND ENSURE ACCURATE SETTLEMENT.

Gov't Ex. 24
Page 2 of 8

HZN-SWM-00001461

MEECHAM
MONTGOMERY
&
SINCLAIR
TRUST COMPANY

PRIVATE AND CONFIDENTIAL

REAL DOCUMENT
ON RECORD

FILED

TIME OF RECORD: 9:25 EST
Bernard Meecham, Senior Partner

BY: [signature]
SIGNATURE

*2255*

*5011575726*

By Mail Only

9/12/16
IN CONFIDENCE

Our Reference: 2255
**Re: $1,900,000.00 Prize Payment(s)**

Dear Vi,

We are pleased to submit to you the enclosed NOTICE OF DELIVERY for the seven figure cash and prize directives package - - READY FOR REPORT SETTLEMENT TO YOU - - detailing $1,900,000.00 USD per ID transfer 5011575726. The time is 09:25 EST, 9/12/16.

Vi, please review this notification closely. All award funds will be officially disbursed by third party payment to select winners and the award of all prizes WILL occur as scheduled. These monies are 100% confirmed and validated. This is our assurance to you, the entire report funds is ready for direct transmittal to you regarding cash prize opportunities of $1,900,000.00 USD that are unclaimed and ready for payment.

Our formal contact to you in this matter is now On Permanent Record, and we must be clear: delivery to you of your directives package detailing all prize funds to [redacted] is pending your response. Failure to reply could cause deadlines to lapse potentially voiding your FULL ELIGIBILITY to receive the entire cash sum opportunities of $1,900,000.00 USD.

Therefore, go immediately to the enclosed notice: Please check your name and address for correctness, and initial your approval where indicated. Return this notice to our offices, completed, signed, and with your report fee of $21 without delay. BE ADVISED: Due to the large amount of money that is presented here via our exclusive report of entry materials we must have your delivery notice signed by you: we cannot proceed without your signed document. Release dates for all prize sums are set and legally binding, and to begin any settlement of report process and address the documents that must be sent to you, we must receive your response immediately. We have enclosed a special security envelope to help expedite your reply.

This is no misprint or clerical error, Vi, all due diligence has been performed in the preparation of these documents, and our office is following through with this contact to you directly. Rest assured that upon receipt of your Signed Document we will complete direct delivery to you of the prize directives package, containing all documents pertaining to the full and total $1,900,000.00 USD.

Serving you directly,

[signature]

Bill Forsythe
Financial Underwriter
Meecham, Montgomery & Sinclair
Trust Company

Attending to case file 5011575726
-- VI STERMER --
*** $1,900,000.00 USD ***
[CORPORATE SEAL]

CORPORATE SEAL 2016

Main Office
P.O. Box 9718
Old Bethpage, NY 11804-[illegible]

CC// BM/BLT    PROPRIETARY NOTIFICATION    ENCLOSURE (1)

Gov't Ex. 24
Page 3 of 8

HZN-SWM-00001462

Gov't Ex. 24
Page 4 of 8

HZN-SWM-00001463

Please clearly print your name and address in the area below:

NAME

ADDRESS

CITY STATE ZIP

Please place correct postage here.

MEECHAM, MONTGOMERY & SINCLAIR

ISSUANCE DESK

P.O BOX 9218
OLD BETHPAGE, NY 11804-9018



Gov't Ex. 24
Page 5 of 8

H2N-SMM-00001464

Gov't Ex. 24
Page 6 of 8

HZN-SWM-00001465

MEECHAM, MONTGOMERY & SINCLAIR
P.O. BOX 9218 OLD BETHPAGE, NY 11804

US PO...
PAID
HICKSVILLE NY
PERMIT 888

VAC

OPEN IMMEDIATELY

• SETTLEMENT ACCOUNT ESTABLISHED •

PRIVATE AND CONFIDENTIAL DOCUMENTS FOR THIS RECIPIENT ONLY

NIXIE 787 DE 1270 0009/17/16
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
VAC BC: 11804901818 *3990-04021-10-00
11804>9018



H2N-SMM-00001466

Amount $________ CASH ________
Date 7/22/21 MO ________
Initials TICK OTHER ________

IS0001517233-176

Gov't Ex. 24
Page 8 of 8

H2N-SWM-00001467

F.D.S.
PO BOX 9218
OLD BETHPAGE, NY 11804-9018

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

ASSIGNED CLAIMANT

**OFFICIAL NOTIFICATION ENCLOSED**

OFFICIAL USE -- NOTIFICATION
FINAL PROCEDURAL FORM FOR CONSIGNEE(S)

ON FILE -- VERIFIED
DOCUMENT OF RECORD

F.D.S. MAIN OFFICES

FDS-616 OE 5330

TIME-SENSITIVE

421

NIXIE 231 FE 1250 0008/31/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 11804901818 *0702-02019-09-41

GOVERNMENT EXHIBIT
25
2:21-CR-00566

Gov't Ex. 25
Page 1 of 6

IS0001517233-502

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (16 of 164)

Gov't Ex. 25
Page 2 of 6

# DETERMINATION OF REPORT ELIGIBILITY

OFFICIAL NOTIFICATION

OFFICE OF NOTIFICATIONS

MAIN OFFICES TRANSFER DIV.

OFFICIAL USE ONLY --
FINAL PROCEDURAL FORM FOR CONSIGNEE(S)
ACCEPTANCE NO: **5010868981**

ELIGIBLE CLAIMANT OF RECORD

**Vickie Noggins**

I.D. Confirmed and Verified – On File

*5010868981*

*2225*

8/9/16

## FINAL DETERMINATION OF REPORT ELIGIBILITY

It is the final conclusion of this office that the determined eligible claimant named herein is fully vested with total eligibility to receive Entrant Procedures for payment of monies in the amount of$2,100,358.00 resulting from monies escrowed by participating sponsors to winners of legally structured sweepstakes and other funded eligible ventures.

## DETERMINATION OF REPORT ENTITLEMENTS

It is further the final and sanctioned conclusion of this office that said claimant, upon remittance of due consideration, will be further invested with ***Full Dossier Report of Opportunities*** gleaned from eligible sponsors of further monetary and property awards eligibility such as shall be stipulated herewith, the final aggregation of which shall meet or exceed the predetermined first aggregate sum of **$2,100,358.00** and the sum total shall be more or less in concordance with vested procedures herewith described.

## ENTRANT SANCTIONS AND DIRECTIVES

It is therefore sanctioned that, in accordance with the enclosed applicable terms and conditions, [ **Vickie Noggins** ] hereinafter to be referred to as **CLAIMANT, SHALL BE PROMPTLY RECEIVED ENTRANT PROCEDURES FOR THE SUM OF $2,100,358.00 CASH FROM ALL INDEPENDENT SPONSORS** if all independent sponsors claims are directed to said **CLAIMANT** upon notification of successful application herein described in **TERMS OF USAGE** stated herein.

## FINAL SIGN-OFF

It is further guaranteed, warranted and stated irrevocably that **CLAIMANT** shall receive Entrant Procedures for Cash/Prize Contests and may enter them without deduction, withholdings, or purchase requirement to entire endorsed competitions as described in imminent Report Dossier which shall be forwarded forthwith upon receipt of acceptance.

Dispositions and Transfer Officer
cc/bank wire division

*Authorization of Sanction*

RECORDED FILED

▼ COMPLETE AND RETURN BELOW ▼

---

# REMITTANCE/ACCEPTANCE RELEASE FORM

[ ] As executed by my signature below, I authorize release of the **$2,100,358.00** ***Full Dossier Report*** as described herein.

[ ] As due Consideration for ***Full Dossier Report of Opportunities,*** I have enclosed the sum of $20 in the form of my [ ] Cash or [ ] Check or [ ] Money Order, payable to: **F.D.S.**

**NOTICE:** The signature of the assigned **CLAIMANT** herein must correspond with the name as typewritten upon the face of this certificate, in every particular, without alteration, or any change whatsoever.

X

YOUR SIGNATURE EXACTLY AS TYPED BELOW

AGGREGATE WINNABLE OPPORTUNITIES

*****$2,100,358.00*****

AUTHORIZATION NUMBER

*2225*

*5010868981*

4 11 875********MIXED AADC 117
Vickie Noggins
[redacted]
North Dinwiddie, VA 23803-8436

Gov't Ex. 25
Page 3 of 6

***REMITTANCE OF THIS ACCEPTANCE FORM INITIATES FULL AND IMMEDIATE RELEASE OF ELIGIBLE MONIES AND AWARDS OPPORTUNITIES***

*****$2,100,358.00*****

SANCTIONED AGGREGATE SUM: ______

ENTRANT ELIGIBILITY: CONFIRMED AND VERIFIED by ______

AMOUNT STATED IS ASSIGNED AND TRANSFERRABLE TO CLAIMANT UPON WINNING.

©2016 FDS-516 LF

## CONSUMER INFORMATION

F.D.S. IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH F.D.S. IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. F.D.S. IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. F.D.S. USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. F.D.S. IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM F.D.S., JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO F.D.S., WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (18 of 164)

NAME

ADDRESS

CITY STATE ZIP

FDS-516 RE

OFFICIAL USE -- NOTIFICATION

FINAL PROCEDURAL FORM ENCLOSED

NO. 0952710053 4

AWAITED MAIL

PLACE FIRST CLASS POSTAGE HERE

F.D.S.
PO Box 9218
Old Bethpage, NY 11804-9018

Gov't Ex. 25
Page 5 of 6

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (20 of 164)

Gov't Ex. 25
Page 6 of 6

RCD
PO BOX 9218
OLD BETHPAGE, NY 11804

NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

8/11/16

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

# REQUESTED DOCUMENTS

Return

NIXIE 787 FE 1260 0009/04/16
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 11804901818 *0702-10028-08-36

11804>9018
76502>7107

RCD-OE

GOVERNMENT
EXHIBIT
26
2:21-CR-00566

Gov't Ex. 26
Page 1 of 8

Amount $ ________ CASH ________
Date 7/22/21 MO ________
Initials MCR OTHER ________

IS0001517233-168

Gov't Ex. 26
Page 2 of 8

# REPORT OF CASH DIRECTIVES

REPORT OF AWARDS AND PRIZES DIVISION - CONFIDENTIAL

PO BOX 9218 OLD BETHPAGE, NY 11804-9018

| YOUR SECURED SELECTION AWARD RECIPIENT CODE: | ELIGIBILITY CERTIFICATION: | CLAIM AUTHENTICATION CODE: |
|---|---|---|
| 5010827011 | ☐ PENDING ☑ APPROVED | 5488-6713-3132264-LBA-4691 |

**DELETION NOTIFICATION:**

**If we do not hear from you in the immediate future, WE VERIFY THAT WE MAY DELETE YOUR MONETARY DIRECTIVE DOCUMENTS AND DELETE YOUR NAME FROM OUR COMPUTER.**

**You will no longer be eligible to receive the WINNABLE DIRECTIVE DOSSIER of $2,345,233.00 through our firm, nor shall we contact you to make this offer again..**

**Your chance to receive information about vying for these prizes will be at an end. No further warning or notification will be given.**

**You must respond as soon as possible to halt your deletion from our selection process in regards to your monetary directive documents, which will be deleted if we do not receive a response from you within a reasonable amount of time.**

**Please respond as quickly as possible so that any deletion notice can be halted prior to your deletion from our official prize documentation pool.**

**YOUR OFFICIAL CLAIM AUTHENTICATION CODE NUMBER:**

Do you see **CLAIM AUTHENTICATION CODE** number in the box above? That's your control number, and it means that our firm will no longer knowingly continue to process cash directives to you on this round of awards which concerns **OVER TWO MILLION DOLLARS** in reported winnable funds from participating independent sponsors.

This is no joke. **IT COULD BE OVER FOR YOU**. There is a big list of people who **REFUSE TO ACCEPT OUR OFFER TO ASSIST THEM IN ENTERING CASH AND PRIZE PROGRAMS FOR WHICH THEY ARE 100% ELIGIBLE TO PARTICIPATE.**

**PAULINE JARMA**, are **100% nominated** to receive opportunities to enter Cash and Prize Contests for this amount of money, which will all be awarded to eligible winners **AWARDED ACCORDING TO LAW which the independent sponsors are legally bound to follow.**

**DO YOU WANT TO MISS OUT ON THESE BIG DOLLAR WINNING OPPORTUNITIES? Would you knowingly not accept opportunities to enter Cash and Prize Contests for $2,345,233.00?**

**PAULINE, please be advised that this may be your final notice regarding this matter.**

**If we DO NOT HEAR FROM YOU in writing within (12) Days our office will no longer be obliged to hold cash directives (file reference 5010827011).**

**Our company will be under no obligation to contact you again about these unawarded funds.**

DESIGNATED NOTIFICANT CONSENT FORM - FILL OUT, DETACH, AND RETURN IN PROVIDED ENVELOPE

## CONSENT FORM

***This is your Consent Form for requesting guaranteed delivery of cash directives.***

# $2,345,233.00

***Please place your signature on the other side of this form and return it to us at once.***

*2201*

*5010827011*

DESIGNATED NOTIFICANT CONSENT FORM - FILL OUT, DETACH, AND RETURN IN PROVIDED ENVELOPE

Gov't Ex. 26
Page 3 of 8

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (23 of 164)

CONSUMER INFORMATION

RCD IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH RCD IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. RCD IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. RCD USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. RCD IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM RCD, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO RCD, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (24 of 164)

EXPEDITED DOCUMENT RPK-170012

# REPORT OF CASH DIRECTIVES

REPORT OF AWARDS AND PRIZES DIVISION - CONFIDENTIAL

PO BOX 9218 OLD BETHPAGE, NY 11804-9018 8/8/16 576-02630-1-7-159

| YOUR SECURED SELECTION AWARD RECIPIENT CODE: | ELIGIBILITY CERTIFICATION: | CLAIM AUTHENTICATION CODE: |
|---|---|---|
| 5010827011 | ☐ PENDING ☑ APPROVED | 5488-6713-3132264-LBA-4691 |

**DESIGNATED NOTIFICANT:**

7/18 1691********MIXED AADC 117
Pauline Jarma
[redacted]
Temple, TX 76502-7107

CONFIRMED

**IN THE MATTER OF:**

Martin Goldwasser, Esq.
RCD Inc. #C288872, - PETITIONER and
Pauline Jarma
RESPONDENT
RECORDED DOCKET #383887383 - ELIGIBILITY STATUS: 100%

**Martin Goldwasser**, being an official employee of RCD, Inc., **swears and attests** that he has been apprised of the incontrovertible fact that **Pauline Jarma has been fully deemed an identified subject and recipient to recive Entrant Directives for awardable cash prizes** totaling over:

**$2,345,233.00**

(TWO MILLION, THREE HUNDRED FORTY FIVE THOUSAND, TWO HUNDRED THIRTY THREE DOLLARS)

This document has been drawn on corporate request and shall serve as **evidence of attempt to notify said candidate** Pauline Jarma of his eligibility to have such Entrant directives **opportunities to monies** from independent corporate sponsors. **This eligibility has been declared by sponsors and is incontrovertible.**

CASE STATUS - MUST BE VERIFIED APPROVED FOR REGISTRATION: APPROVED

STAMP HERE IF AUTHORIZED: AUTHORIZED

WARNING: THIS DOCUMENT CONTAINS SENSITIVE SELECTIONS INFORMATION FOR YOUR EYES ONLY. DO NOT DISSEMINATE OR LET THIS MATERIAL FALL INTO HANDS OF STRANGERS OR ANY OTHERS.

**INITIAL HERE:** T.B.

**CASH PRIZE FOLIO INFORMATION:**

On receipt of acceptance and report fee, this office will immediately hereafter **dispatch entire list of directives and procedural documentation.**

This dispatched documentation will contain full folio of various **cash and prize opportunities** (with in order to receive fully researched report of funds which will contain directives of such cash eligibilities leading to awarding the full amount).

**Pauline Jarma** is hereby directed to immediately respond to this notice so that immediate processing and delivery of collated report can be facilitated by this office.

Full payout value of **over $2,345, 233.00 (GUARANTEED)** from National Corporate Sponsors Package with full value details will be dispatched as soon as report fee which will be deemed consent to receive necessary directives.

**Detach consent form below** and return this executed and signed form along with payment in the envelope provided to my attention.

**Please be certain that your legal signature is legible and address is correct.**

I have thoroughly examined this document and attest to all points of it's validity and authenticity to Cash and Prize opportunities in the amount of **$2,345,233.00**

Martin Goldwasser, Esq.
Martin Goldwasser, Esq.
SIGNED

DESIGNATED NOTIFICANT CONSENT FORM - FILL OUT, DETACH, AND RETURN IN PROVIDED ENVELOPE

# CONSENT FORM

This document has been drawn on corporate request and shall serve as **evidence of attempt to notify said candidate** Pauline Jarma of his eligibility to have such reports of **awardable monies** from independent corporate sponsors. **This eligibility has been declared by our office and is incontrovertible as sponsors have no control over the Entrant Directives being sent to Consumers.**

I have enclosed the $28 report fee in ☐Cash ☐Check or ☐Money order Made Payable to RCD. I understand that **no other fees will be required**. I will not be required to pay any portion of any monies should I win any competition highlighted in exposition.

________________________ My legal signature

________________________ Optional email address

*5010827011* *2201*

Pauline Jarma
[redacted]
Temple, TX 76502-7107

DESIGNATED NOTIFICANT CONSENT FORM - FILL OUT, DETACH, AND RETURN IN PROVIDED ENVELOPE

Gov't Ex. 26
Page 5 of 8

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (26 of 164)

Gov't Ex. 26
Page 7 of 8

RETURN ADDRESS HERE:

PLACE
PROPER
POSTAGE
HERE

RCD
PO BOX 9218
OLD BETHPAGE, NY 11804-9018

RCD-RE

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (28 of 164)

OFFICIAL SEAL
RELIABILITY SAFETY SECURITY

WCD
PO Box 9218
OLD BETHPAGE, NY 11804

HIGH PRIORITY

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

VERIFICATION NUMBER:
A444XZ88B

NIXIE 957 FE 1260 0009/01/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 11804901818 *0702-04306-12-35

GOVERNMENT EXHIBIT
27
2:21-CR-00566

WCD-OE

11804@9018
11804>9018

**Gov't Ex. 27**
**Page 1 of 8**

Gov't Ex. 27
Page 2 of 8

Amount $
Date 7/22/21
Initials NCK

CASH
MO
OTHER

IS0001517233-167



Case: 25-3078, 08/14/2026, DktEntry: 30.1, (30 of 164)

# 916/LM WARRANTED CONTEST DIRECTIVE DOCUMENTS

Nº 458

FILE COPY

4815162342

AMOUNT

**DISPOSITION OPPORTUNITIES:** **ELIGIBILITY:** 100% CERTIFIED

## $2,097,272.00 USD

OFFICIAL SEAL — RELIABILITY SAFETY SECURITY

NAME

**RECIPIENT:**

17/1 4716********MIXED AADC 117
Otis Blacksher
[redacted]
Sacramento, CA 95823-4653

*Please get a pen ready to fill out this important claim form!*

CLIENT VERIFICATION

## TO BE READ BY IDENTIFIED PROSPECT ONLY

Dear Otis Blacksher,

This is a **CONFIRMED POST-DISPATCH** intended for your viewing only. If you are not the Otis Blacksher at the address above you may not be eligible to receive Entrant Directives for the ******$2,097,272.00**** in total awardable value.**

You have been personally and with valid intention, been contacted by the **Warranted Contest Directive Group. A serious directive has been issued by this group for this special dispatch regarding Entrant Procedures for $2,097,272.00 in Cash/Prize awards.**

This **POST DISPATCH** has been sent personally to you in a special envelope which should be in a **WHITE HIGH PRIORITY** envelope.

This white envelope is your **100% guarantee** that you are the recipient whos on record to receive the **INFORMATION** about the **$2,097,272.00 in CASH AND VALUATION** that is available to be **DISBURSED WITHIN A SHORT TIME FRAME**.

If you enter these contests and winning conditions are met, you may potentially win **LARGE AMOUNTS OF MONEY** and in order for the **Warranted Contest Directive-DIRECTIVE DOCUMENT TRANSFER TO IMMEDIATE LY PROCEED, YOU MUST INDICATE YOUR WILLINGNESS TO PARTICIPATE IN THIS ROUND OF THE MONIES REPORTAGE DISTRIBUTION.**

TERMS OF DISTRIBUTION

**WARRANTED CONTEST DIRECTIVE DISTRIBUTORS** is an organization that systematically research multiple entrant facts, specialized fund procedures, and track down as many **IMMEDIATE AWARD ELIGIBLE ENTRANTS** that can that can actually receive Entrant Procedures to vie for Cash/Prize awards **THAT WILL BE IN THE DISTRIBUTION, PRIZE, AWARD AND GRANT CHANNELS**.

There is at least the verified ********$2,097,272.00******** funded by multiple independent agencies and you OTIS BLACKSHER have been **DEFINITELY VERIFIED** as a potential entrant and are **QUALIFIED** for receivability of **CASH AWARDS** when you meet all disbursement winning requirements of the many heavily funded sponsoring organizations. While the **Warranted Contest Directive Organization** does not operate sweepstakes nor is a prize award organization, our world-wide research staff pinpoints and steers you directly to the potential **AWARDS SOURCES FOR THE VIABILITY OF THE LARGE CASH FUNDS.**

**IMMEDIATE ACTION IS REQUIRED! YOU MUST CHECK THE ADDRESS AND YOUR ELIGIBILITY, CHECK OFF THE QUESTIONS, FILL OUT THE COMPANY CERTIFIED DOCUMENTS ON THE NEXT PAGE, AND SEND THIS TO US AT ONCE BEFORE THE (11) DAY TIME FRAME HAS EXPIRED.** I am so pleased to make your acquaintance by mail, and to welcome you to the exclusive circles of the **Cash/Prize awards participants.**

My very best regards, and I await with much anticipation and **PLEASURE** the favor of your reply.

Respectfully,

*Nelson Nordstrom*

Nelson Nordstrom

Warranted Contest Directive Distributors

*This is truly a great opportunity for you - don't let it slip away!*

Gov't Ex. 27
Page 3 of 8

*5010548435* *7196*

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (32 of 164)

Gov't Ex. 27
Page 4 of 8

Nº 458

# 916/LM WARRANTED CONTEST DIRECTIVE DOCUMENTS

FILE COPY

4815162342

NAME

**IDENTIFIED DELIVERY SUBJECT:**

OTIS BLACKSHER

5010548435

AMOUNT

**GUARANTEED FULL ENTRANT DIRECTIVE INFORMATION:** This is the highest the numbers have been in years!

## $2,097,272.00 USD

The total communication including front and rear of this document has been examined and declared to be accurate by the full corporate committee of the **Warranted Contest Directive Distributors** .

RECORD

## MATTER OF CORPORATE RECORD

OTIS BLACKSHER has fully qualified to proceed with the next phase of imminent procedures of disclosure **ALL MONIES DESCRIBED HEREIN**, with the **$2,097,172.00 awardable Entrant Directives that will be sent by Warranted Cash Directive IMMEDIATELY ON RECEIPT OF THIS DOCUMENT.**

RETURN THE SECTION BELOW IN THE PROVIDED ENVELOPE

CLAIM FORM

## 916/LM-CF DIRECTIVE CLAIM FORM

UPON RETURN OF THIS CONTEST DIRECTIVE CLAIM FORM, OUR OFFICE FOR AWARD DISBURSEMENT WILL ISSUE YOU THE DOCUMENTS NECESSARY FOR YOU TO VIE FOR THE AFOREMENTIONED PRIZES TOTALLING $2,097,272.00 AS DESCRIBED ABOVE.

**REQUIRED REPORT FEE $20.00. Enclosed is: ☐Cash ☐Check ☐Money Order**
**MAKE PAYABLE TO "WCD"**

**RECOGNIZED CLAIMANT:**

FILL OUT HERE

**2196 5010548435**
**Otis Blacksher**
[redacted]
**Sacramento, CA 95823-4653**

☐ **YES, I am definitely the person who is triple number identified and confirmed by the Warranted Directive Entity as being CONFIRMED TO RECEIVE A WIN OPPORTUNITY PACKAGE AS RECIPIENT OF INTENT.**

☐ **YES, I want full documentation on $2,092,127.00 in CASH MONEY AND PRIZES.**

☐ **YES, I have enclosed the report fee OF $20.00 for the Report Delivery as REQUIRED FOR DOCUMENT REPORT ISSUANCE.**

FINAL VERIFICATION

**IMPORTANT: WHICH OF THE FOLLOWING ENVELOPES DID YOU RECEIVE THIS OFFER OF CONTEST DIRECTIVES IN?**







**CHECK ONE:** ☐**WHITE** - *Priority One* ☐**RED** - *Priority Two* ☐**BLUE** - *Priority Three*

**There is a code number on the envelope to verify the authenticity of this awards report mailing. The number is #A444XZ88B**

**DOES THE ABOVE NUMBER MATCH THE VERIFICATION NUMBER ON YOUR ENVELOPE? ☐YES ☐NO**

SIGNATURE

**YOUR SIGNATURE IS REQUIRED TO FINALIZE SHIPMENT OF CONTEST DIRECTIVE. PLEASE SIGN ON DOTTED LINE BELOW:**

**SIGNATURE:** ................................................................................

*5010548435*

**EMAIL (OPTIONAL):** ................................................................

**Gov't Ex. 27**
**Page 5 of 8**

CONSUMER INFORMATION

WCD IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH WCD IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. WCD IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. WCD USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. WCD IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM WCD, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO WCD, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (34 of 164)

RETURN ADDRESS HERE:

PLACE
STAMP
HERE

WCD
PO Box 9218
OLD BETHPAGE, NY 11804

Gov't Ex. 27
Page 7 of 8

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (36 of 164)

Gov't Ex. 27
Page 8 of 8

Priority Dispatch from:

0000789593-005791-A DOCUMENT CONTROL 005791A

# Lincoln Commission
## Commissioner for Prize Advisory
## Main Affairs Office

P.O. BOX 9218 OLD BETHPAGE NY, 11804

OFFICIAL ISSUANCE

**REVIEW BOARD STATEMENT**

| |
|---|
| SUM TOTAL UNDER ADVISEMENT<br>-- $1,600,000.00 dollars -- |
| RECEIVER NAME<br>Rayner Kinney |
| LOCATOR RECORD<br>Kealakekua HI |
| STATEMENT RATIFIED BY SIGNATURE<br>John Samuels<br>SIGNATURE OF JOHN SAMUELS, OVERSIGHT OFFICER |

OFFICIAL ADVISORY RELEASE • CASH AMOUNT NOTIFICATION • FILED REGISTRY DOCUMENT 2016

PRIVATE AND CONFIDENTIAL

DIRECT AND PERSONAL CONTACT TO:

X 10 1557*********MIXED AADC 117

Rayner Kinney DNM

[redacted]

Kealakekua, HI 96750-1821

Please remove me from your mailing list.

URGENT NOTICE

-- $1.6 Million Dollars --

5011168363

2228

Attention: Rayner

You are under advisement and hereby notified of **$1.6 million US dollars in Cash and Prize** opportunity documentation that we are holding for you now. We wish to finalize this matter of your formal advisement immediately and forthwith release all documents for the Full Amount in your name. It is your right to be advised of any monies that you may be eligible to enter and win. This is assured by law, but to do so, you must enter to initiate any WIN procedures, as stipulated by third party sponsors. Our record shows, as follows :

**Rayner Kinney: $1,600,000.00 USD OPPORTUNITY GUARANTEED**
**ALL CASH AND PRIZE FUNDS REMAIN UNCLAIMED -- PAYMENTS PENDING**

All paperwork has been drawn up and awaits your authorization for release. As this Cash and Prize opportunity and the document advisement thereof is non-transferable and is in your name only, your direct and immediate action is now required.

Go to the enclosed COMPLETION DOCUMENT and confirm that we have your information in our records correct for-delivery. Sign where indicated and return it with our required report fee of $32.00 in the special security envelope provided. Upon receiving your document, we shall settle to you immediately this formal advisement, to the amount of $1,600,000.00 in CASH and PRIZES. This entire sum is in full directive-validated. Please note: all cash amounts shall be awarded in accordance with strict sponsor-set deadlines, which are legally binding and beyond our control to alter, therefore we cannot maintain the eligibility of your prize paperwork beyond 9/14/16.

Rayner, you must hurry, the clock is ticking. Our advisement to you regarding the cash dividend of a lifetime stands ready for claim NOW. Return to us your completed completion document and report fee today so that we may immediately rush you the entire directives document package detailing the full $1.6 MILLION US DOLLAR prize opportunities eligible for release TO YOU.

We keenly anticipate your reply so that we may resolve this matter in your favor forthwith.

GOVERNMENT EXHIBIT
28
2:21-CR-00566

Direct contact per: Jim Largent

Underwriter: Frank Rosen

Gov't Ex. 28
Page 1 of 3

DOCUMENTS CONTAIN SECURITY WATERMARK, AND ARE DESIGNATED FOR THE NAMED RECIPIENT ONLY. THIS MATTER IS NONTRANSFERABLE OR ASSIGNABLE IN ANY WAY AND THE TIME-SENSITIVE DEADLINES ARE FULLY ENFORCED. FAILURE TO RESPOND WITHIN SPECIFIED DEADLINE WILL RESULT IN LIKELY FORFEITURE OF CASH AND AWARDS OPPORTUNITY HERE REPRESENTED AVAILABLE TO YOU.

HZN-SWO3-00000096

CONSUMER INFORMATION AND QUALITY ASSURANCE

CPA IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH CPA IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CPA IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. CPA USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. CPA IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CPA, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO CPA, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ACPA COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 28**
**Page 2 of 3**

**HZN-SWO3-00000097**

[ FILED ] 9/2/16

MAIN AFFAIRS OFFICE
DEPT. OF FILING AND RECORD

# COMPLETION DOCUMENT

-For the sum total amount of-

# $1,600,000.00

ONE MILLION SIX HUNDRED THOUSAND DOLLARS
-in cash and prize directives-

FUNDS ADVISEMENT

ATORY OFC.
tice Dispatch
nt for Release
ed APPROVED

OFFICIAL REGISTRY RELEASE · CASH AND PRIZE NOTIFICATION · FILED · REGISTRY DOCUMENT · 2016

| CONTROL NUMBER | RECEIVER ID NUMBER | STATUS | TYPES OF PRIZE(S) |
|---|---|---|---|
| 005791A | 5011188363 | *APPROVED* | CASH AND AWARDS |

| RECEIVER NAME/ADDRESS | YEAR OF ISSUANCE | DELIVERY | REPLY DEADLINE |
|---|---|---|---|
| Rayner Kinney<br>[redacted]<br>Kealakekua, HI 96750-1821 | - 2016 - | PENDING REPLY | 9/14/16 |

AMOUNT UNDER ADVISEMENT * * * $1,600,000.00 * * *
IN MONEY AND PRIZES

## CORPORATE DECLARATION

*** MATTER OF RECORD ***
STATEMENT OF FILING

**BE IT KNOWN THAT:** The Available Cash and Awards Opportunity Documents under advisement have been recorded and filed by the Lincoln Commission Main Affairs Office for the exclusive and sole use of:

**NAME:** Rayner Kinney

**IT IS HEREBY GUARANTEED:** Upon the completion and return of this COMPLETION DOCUMENT within the date-line specified, the entire set of directives as declared available in MONEY AND AWARDS opportunities now available for payment to Winner(S) pending selections will be issued in the Full Amount to the address listed above and located in:

**CITY/STATE** Kealakekua HI

**SPONSOR-SET DEADLINES IN EFFECT. IMPORTANT THAT YOU REPLY WITHIN THE NEXT 12 DAYS REQUESTED.**

TOTAL CASH/PRIZE
OPPORTUNITY UNDER ADVISEMENT:

**Rayner Kinney**
*** $1,600,000.00 ***
**CONFIRMED -- CASH AND AWARDS OPPORTUNITY**

ISSUED

FORMAL STATEMENT:
THIS DOCUMENT HAS BEEN VERIFIED FOR ACCURACY AND CERTIFIED TO BE VALID AND TRUE. I HEREBY ENDORSE THIS DOCUMENT BY HAND BELOW:

[signature]

JIM LARGENT, PRESIDENT

## RECEIVER INSTRUCTIONS

READ AND COMPLETE THE SECTIONS BELOW.
MAKE ANY CHANGES TO YOUR ADDRESS HERE:

..............................
..............................
..............................

☐ I, RAYNER KINNEY, HEREBY GRANT MY DIRECT AUTHORIZATION FOR RELEASE OF ALL DOCUMENTATION AS STATED, AND HEREBY REQUEST ALL DIRECTIVES FOR THE FULL AND TOTAL **OPPORTUNITY AMOUNT:**

*** $1,600,000.00 ***
**IN MONEY AND PRIZES**

☐ I HEREBY DO ATTEST THAT I AM OF LEGAL AGE IN THE STATE OF HI TO BOTH PARTICIPATE IN AND WIN SWEEPSTAKES CONTESTS AND AWARDS AND CONFIRM AS SUCH BY MY SIGNATURE BELOW:

X..............................
Signature of Rayner Kinney

-NON-TRANSFERABLE DOCUMENTATION -
TO BE SIGNED BY ONLY INDIVIDUAL HEREIN

REPORT FEE : $32.00 Payable to CPA

REMITTANCE BY: ☐Cash ☐Check ☐Money Order

**DEADLINES APPROACHING**
**RUSH PROCESSING PRE-APPROVED**
REGISTRY DATA **WITH FEE**

5011188363

2228

CONTROL NUMBER:
005791A
[ ORIGINAL DOCUMENT ]
00007095Y3-005791-A

COMPLETE AND RETURN THE ENTIRE DOCUMENT IN ENVELOPE PROVIDED

Gov't Ex. 28
Page 3 of 3

HZN-SWO3-00000098

ISSUE NO: L73173

* 2 2 3 0 *

AMOUNT LOCATED: **$1,580,500.00**

ISSUE DATE: 09/12/16

* 5 0 1 1 2 0 8 6 6 6 *

[On File - Pending Cash/Prize Obligation - **To Be Paid**]

Notice Intended for:

3/1 304********MIXED AADC 117
Ella Horne
[redacted]
Virginia Beach, VA 23451-2761

DOCUMENT valid only with STAMP/SIGNATURE

DO NOT WRITE IN THIS AREA

OFFICIAL APPROVED OFFICIAL

DIRECTOR

ACCUMULATED CASH FILE NO: CUST# 5011208666 NON-TRANSFERABLE

MESSAGE FOR: **Ella Horne**

Recorded: 11:21 AM

The internal records department of Global Prize Locators is sending this official documentation as record of contacting you with intent to advise of $1,580,500.00 being still unawarded and available for claim. Please note, you have been assigned unique Accumulated Cash File Number 5011208666. This number has been issued solely for your use in this matter. It is non-transferable and will not be issued to you again. Should you fail to respond to this notice, your claim to the opportunity File valued at $1,580,500.00 will expire.

**You are asked to respond by 9/24/16 to confirm your claim opportunity.**

The $1,580,500.00 value is unencumbered with no restrictions on its use or disposition once awarded. This is one of the conditions set forth by the third party sponsors who are responsible for, and will be making payments. Said sponsors also mandate strict deadlines which limit your eligibility to participate. You must take action before these deadlines in order to maintain eligibility for payment upon winning selection. Both deadlines and the payment schedule are subject to regulation and by law must be adhered to. All amounts must be paid out to selected winners - to take advantage of this prize opportunity DO NOT DELAY.

Global Prize Locators has documented this notification per the Affidavit on page 2. Please complete and return the File Acceptance Authorization at bottom of the Affidavit page as instructed. Once your Accumulated Cash File Number reaches our processing department and is entered and confirmed in our system, dispatch of the Accumulalted Cash File will be sent to your [redacted], Virginia Beach, VA 23451-2761 address via courier. Upon subsequent successful entry and winning, payment will be made by Certified Check to the same address of record.

In anticipation of receiving your response in the time requested, we have pre-approved your file. Our processing department will act immediately in sending the complete Accumulated Cash File.

We look forward to receiving your response.

Sincerely,

Sarah Wells

Director

GOVERNMENT EXHIBIT
29
2:21-CR-00566

Gov't Ex. 29
Page 1 of 3

HZN-SWO3-00000099

**CONSUMER INFORMATION**

GPL IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGAINZATIONS WITH WHICH GPL IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. GPL IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, GPL USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE DETAILS OF EACH SWEEPSTAKES. GPL IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE MADE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WITH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM GPL, JUST RETURN THE ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO INTERNATIONAL, WITH THE LETTERS "DNM" NEXT TO YOUR NAME AND ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 29**
**Page 2 of 3**

**HZN-SWO3-00000100**

# Affidavit of Authenticity

Issued and Sent Forth to
the named

## Ella Horne

Let it be known and documented that Ella Horne has officially been located and designated by Global Prize Locators as eligible to receive an Accumulated Cash File opportunity for:

**$1,580,500.00**

In unclaimed Cash/Prizes.

*In order to take full advantage of the status hereby granted to you and expedite delivery, proceed to the bottom of this page. Complete all parts per instructions, detach where indicated and return using the enclosed pre-addressed envelope. You must include the $28 file reporting and delivery fee. in order to activate your Accumulated Cash File Number.*

DO NOT WRITE IN THIS AREA

ISSUING AUTHORITY:
GLOBAL PRIZE LOCATORS

Any alterations render form VOID
- OFFICIAL USE ONLY -

ELIGIBILITY:
PRE-APPROVED

FINAL SHIPMENT APPROVAL: PENDING RESPONSE

KEEP FOR YOUR RECORDS

ORIGINAL DOCUMENT

DETACH HERE

Issue N°. L73173

## FILE ACCEPTANCE AUTHORIZATION

**PART A**

Accumulated Cash File Valued at: $1,580,500.00
Opportunity has been Approved for Release To:

Ella Horne
Located at:
[redacted]
Virginia Beach, VA 23451-2761

PLEASE MAKE ANY CORRECTIONS

ACCUMULATED CASH FILE NO: CUST # 5011208666

*5011208666*  *2230*

**PART B**

Please include your email address:

____________________________

**PART C**

By my signature I attest that I am of legal age and eligible to accept amounts valued at up to $1,580,00.00 upon winning selection.

X____________________________

**PART D**

Enclose $28 File Reporting & Delivery Fee by Cash, Check or Money Order payable to: GPL and return using enclosed pre-addressed env.

RETURN THIS PART

Gov't Ex. 29
Page 3 of 3

HZN-SWO3-00000101

**From:** John Camarinos <John.Camarinos@didit.com>
**To:** "wincirint@gmail.com" <wincirint@gmail.com>, "philpriolo8@yahoo.com" <philpriolo8@yahoo.com>, Patty Brehm <Patty.Brehm@diditdm.com>
**Subject:** 914 MPG 2232 LETTER FRONT BACK ENVELOPES
**Sent:** Tuesday, September 13, 2016 2:36:01 PM
914 MPG 2232 LETTER FRONT.pdf
914 MPG 2232 LETTER BACK.pdf
914 MPG 2232 ENVELOPES.pdf

PROMO: MPG

KEYCODE: 2232

QUANTITY: 1650

MAIL DATE: 9/16/16

GOVERNMENT EXHIBIT
30
2:21-CR-00566

Gov't Ex. 30
Page 1 of 5
SWE-WC-00169267

ADVISORY FORM; RETAIN FOR RECORDS

NOTICE TO CLIENT
FORM: 377377773

MAXIMUM AWARD AMOUNT:
**$3,796,988.00**
RELEASE DATE: September 16, 2016

MANNSTEIN, PELOSI & GRUBMAN

*"When there's sweepstakes to be awarded, call Mannstein, Pelosi & Grubman."*

ATTENTION:

1/3 14*********MIXED AADC 117
Frances Whippen
[redacted]
Saugus, MA 01906-3165

**THE MAXIMUM AWARDEE SHALL RECEIVE:**

**$3,796,988.00**

**QUALIFICATION: RECEIPT OF THE MAXIMUM AWARD OPPORTUNUTIES IS CONTINGENT UPON A VALID AND TIMELY RESPONSE TO THIS ADVISORY. FINAL SELECTION OF WINNERS IS DETERMINED BY PRIZE AWARDING SPONSORS.**

## AWARD DIRECTIVES. OPPORTUNITIES GUARANTEED.

From: Bertrand A. Mannstein
Staff Chief, Funds and Compliance

CONFIDENTIAL

Frances Whippen, you are advised to pay this fee **WITHIN 12 DAYS** which will give ample time window of **DELIVERY OF A FULLY VERIFIED ENTRY DIRECTIVE PROCEDURES, WHICH HAVE BEEN COMPILED TO PROVIDE FULL ACCESS TO $3,796,988.00 IN MONIES WHICH HAVE BEEN MANDATED FOR RELEASE BY PARTICIPATING NATIONAL SPONSORS.**

**DO NOT FAIL TO RESPOND TO THIS OFFICIAL NOTICE**, or you will risk **FORFEITURE OF ALL RIGHTS WITH RESPECT TO $3,796,988.00** DOSSIER MAILING AND ENTRY RIGHTS within our COMPANY DELIVERY STRUCTURE.

**THIS IS OFFICIALLY MANDATED BY THE CHARTER OF OUR COMPANY**, which researches and forwards a Report of Entry Directive Procedures to participants. You must send $28 report fee for the documents we provide. **BY LAW, THERE ARE NO OTHER FEES AND YOU DO NOT HAVE TO PAY TO WIN!!**

You must send fee within 12 days. Our legal obligation to transfer cash directives to you, pertaining to the sum of $3,796,988.00 will become final and we will rush your prize directives to you. We are extremely pleased that you will benefit from these directives. **You are 100% confirmed as a recipient**. You will definitely be on the delivery list.

**YOU MUST ACT IMMEDIATELY** since the time frame is very tight. This is a **CONFIRMED-LETTER-OF-NOTICE**. This is not a preliminary letter. All is in order for transfer of cash directives once report fee has been received at our corporate bursar.

This is a **REAL AND ACTUAL** notice. It has been verified at the highest level following strict company procedures and by acknowledgement you will be sent full directive of monies which will be awarded to winning entry holders.

Regards,

Bertrand A. Mannstein

Bertrand A. Mannstein,
Mannstein, Pelosi & Grubman

*5011238846*

*2232*

Gov't Ex. 30
Page 2 of 5

# Certificate of Acceptance

**RETURN THIS ENTIRE DOCUMENT IN THE REPLY ENVELOPE PROVIDED**

FRANCES WHIPPEN

YOU ARE THE PLAUSIBLE RECIPIENT OF CASH AWARD OPPORTUNITIES. PRIZE DIRECTIVES WILL.

*501123886 46*

9/28/16

*2232*

**PLEASE SIGN BELOW:**

X SIGNATURE OF IDENTIFIED RECIPIENT HERE

100% VERIFIED

TO ENSURE THE RECEIPT OF THE CASH DIRECTIVES TO FILE FOR SPONSORED AWARDS GUARANTEED TO BE AS HIGH AS POTENTIAL:

$3,796,988.00

Even though you , Frances Whippen in whose name the intended entry directives will be issued, are justifiably excited, **DO NOT FORGET TO ENCLOSE THE MANDATORY REPORT FEE OF $28.00** and return this page within the next 12 days so that **ENTRANT DEADLINES WILL NOT BE MISSED!!**

THIS IS **IMPORTANT** AND IF YOU FAIL TO RESPOND, YOU WON'T RECEIVE ANY DIRECTIVES IN REPORT FOR THE ABOVE **MENTIONED SUMS IN CASH AND PRIZE OPPORTUNITIES"**

***** IMPORTANT***** We are awaiting the return of Your attached document, and upon receiving it in our office along with the $28report fee, we will proceed send the Monies and **Prizes Directives - Full Amount Total $3,796,988.00**.

☐ **I HAVE ENCLOSED REPORT FEE OF $28 MADE PAYABLE TO "MPG"**

PLEASE INDICATE METHOD OF PAYMENT BELOW:

☐CASH ☐MONEY ORDER ☐CHECK

**PLEASE WRITE YOUR EMAIL ADDRESS BELOW TO BE INFORMED OF ANY UPDATES:**

EMAIL ADDRESS OF IDENTIFIED RECIPIENT HERE

Frances Whippen [redacted] Saugus, MA 01906-3165

Gov't Ex. 30
Page 3 of 5

CONSUMER INFORMATION

MPG IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH MPG IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. MPG IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. MPG USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. MPG IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM MPG, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO MPG, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Gov't Ex. 30
Page 4 of 5

MPG
PO BOX 9218
OLD BETHPAGE, NY 11804

MANNSTEIN, PELOSI & GRUBMAN

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

ADVISORY FORM; RETAIN FOR RECORDS

MPG-OE

RETURN ADDRESS HERE:

____________________

____________________

____________________

MANNSTEIN, PELOSI & GRUBMAN

PLACE
PROPER
POSTAGE
HERE

MPG
PO BOX 9218
OLD BETHPAGE, NY 11804-9018

MPG-RE

Gov't Ex. 30
Page 5 of 5

# RE: Winners Circle Schedule B/E Cut Off 04/01/15

| | |
|---|---|
| **From:** | **Steven Kip <skip@gameplanadvertising.com>** |
| **To:** | **Cheryl <cheryl@dmcsinc.com>** |
| **Cc:** | **JEFF NOVIS <jeffnovis@gmail.com>, PHIL PRIOLO <philpriolo8@yahoo.com>** |
| **Date:** | **Wed, 01 Apr 2015 10:05:27 -0400** |
| **Attachments:** | **04-01-15.gp.xls (27.14 kB)** |

---

Good morning, Cheryl.

FYI, in reviewing the attached **WINNER'S CIRCLE APRIL SCHEDULE**, we have not yet received data files for any of these jobs.
Also, it would be helpful if in the **DESCRIPTION FIELD** you could identify the specific job promo (I.e., **BNO_ PNK** , **PDA_ GLA** , etc.).

Let me know if you have any other questions.

Steven M. Kip
GamePlan Advertising & Marketing
"Member in good standing of the BBB of West Florida, Inc."

Web: www.gameplanadvertising.com
E-Mail: skip@gameplanadvertising.com
Direct: 813.598.0379
Fax: 813.774.7805

"Never be afraid to try something new. Remember-amateurs built the ark, professionals built the Titanic."

CONFIDENTIALITY NOTICE: This e-mail and any attachments hereto may contain legally privileged and confidential information intended solely for use by GamePlan Advertising & Marketing. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately via electronic mail and delete this message and all copies and backups thereof.

-----Original Message-----
From: Cheryl [mailto:cheryl@dmcsinc.com]
Sent: Wednesday, April 01, 2015 9:27 AM
To: skip@gameplanadvertising.com
Subject: RE: Winners Circle Schedule B/E Cut Off 04/01/15

Hi Steven

The attached schedule is for the B/E Cut Offs for 04/01/15. If you have any questions please call me.

The data will be sent to you by Mary later.

GOVERNMENT EXHIBIT
122
2:21-CR-00566

Gov't Ex. 122
Page 1 of 3

HZN-SWU-00269788

Thanks

Cheryl Jacquard
The Marketing Group
100 Patco Ct. Ste. 3
Islandia, NY 11749-1522
Tel- 631-778-6060 Ext. 121
Fax- 631-778-6061
Cheryl@dmcsinc.com

| D. Date | Description | File @ Shop | Key | Weight | Qty. | Lettershop | Reported Amount |
|---|---|---|---|---|---|---|---|
| Cut Off 4/01/15 | | | | | | | |
| | | | | | | | |
| **04/03/15** | **BNO $28** | **04/01/15** | **6015** | | | **GAME PLAN** | **BE #1** |
| | | | | | | | |
| **04/06/15** | **NRS $26** | **04/01/15** | **6016** | | | **GAME PLAN** | **BE #2** |
| | | | | | | | |
| **04/08/15** | **CBS $26** | **04/01/15** | **6017** | | | **GAME PLAN** | **BE # 3** |
| | | | | | | | |
| **04/10/15** | **PDA $25** | **04/01/15** | **6018** | | | **GAME PLAN** | **BE #4** |
| | | | | | | | |
| **04/13/15** | **NPB $25** | **04/01/15** | **6019** | | | **GAME PLAN** | **BE #5** |
| | | | | | | | |
| **04/15/15** | **WCS $24** | **04/01/15** | **6020** | | | **GAME PLAN** | **BE #6** |
| | | | | | | | |
| **04/17/15** | **CPC $24** | **04/01/15** | **6021** | | | **GAME PLAN** | **BE #7** |
| | | | | | | | |
| **04/20/15** | **PES $24** | **04/01/15** | **6022** | | | **GAME PLAN** | **BE #8** |
| | | | | | | | |
| **04/22/15** | **AAA $22** | **04/01/15** | **6023** | | | **GAME PLAN** | **BE #9** |
| | | | | | | | |
| **04/24/15** | **TRL $22** | **04/01/15** | **6024** | | | **GAME PLAN** | **BE #10** |
| | | | | | | | |
| **04/27/15** | **OTC $21** | **04/01/15** | **6025** | | | **GAME PLAN** | **BE #11** |

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (50 of 164)

**Gov't Ex. 122**
**Page 3 of 3**

**Sent:** Thursday, September 1, 2016 3:35:21 PM
**From:** Cathy Johnson <preciseservicesinc@yahoo.com>
**To:** Winners Circle <wincirint@gmail.com>
**Subject:** Re: PLEASE SEND BOTH SHEETS BEFORE YOU LEAVE
Lucky-2016-09-01-15-24-34.xls
Win-2016-09-01-15-34-49.xls

**Cathy Johnson**
***Precise Services, Inc.***
*5 Owen St Unit A*
*Westbury, NY 11590*
*TEL- 516-343-1911*
*preciseservicesinc@yahoo.com*

---

**From:** Winners Circle <wincirint@gmail.com>
**To:** Cathy Johnson <preciseservicesinc@yahoo.com>
**Sent:** Thursday, September 1, 2016 3:19 PM
**Subject:** Re: PLEASE SEND BOTH SHEETS BEFORE YOU LEAVE

Thanks

On Thu, Sep 1, 2016 at 1:18 PM, Cathy Johnson <preciseservicesinc@yahoo.com> wrote:

**Cathy Johnson**
***Precise Services, Inc.***
*5 Owen St Unit A*
*Westbury, NY 11590*
*TEL- 516-343-1911*
*preciseservicesinc@yahoo.com*

GOVERNMENT EXHIBIT
**158**
2:21-CR-00566

**Gov't Ex. 158**
**Page 1 of 31**

SWE-WC-00168003

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **06/06/16** | | | | **$1,900,000** | | | | | | | | | | |
| MMS $20 | **06/08/16** | DIDIT | **2129** | **Feel Lucky House File** | | | | | | | | | | |
| | | | **2130** | **WINNERS HL** | 276 | $180.00 | 9 | 6 | 5 | 3.26% | 2.17% | 1.81% | 5.43% | $20.00 |
| | | | **2131** | **Parkside HL** | 587 | $520.00 | 26 | 6 | 3 | 4.43% | 1.02% | 0.51% | 5.45% | $20.00 |
| | | | **2132** | **Haven HL** | 483 | $400.00 | 20 | 12 | 10 | 4.14% | 2.48% | 2.07% | 6.63% | $20.00 |
| | | | **2133** | **Quantum HL** | 120 | $60.00 | 3 | 2 | 2 | 2.50% | 1.67% | 1.67% | 4.17% | $20.00 |
| | | | **2134** | ***Whitestone** | 400 | $240.00 | 12 | 11 | 3 | 3.00% | 2.75% | 0.75% | 5.75% | $20.00 |
| | | | **2135** | ****Peninsula Contest Players.** | 79 | $80.00 | 4 | 7 | 1 | 5.06% | 8.86% | 1.27% | 13.92% | $20.00 |
| | | | **2136** | ***ABM Sweeps 5,000** | 370 | $140.00 | 7 | 8 | | 1.89% | 2.16% | 0.00% | 4.05% | $20.00 |
| | | | **2137** | ***AMS Sweeps** | 174 | $160.00 | 8 | 5 | 3 | 4.60% | 2.87% | 1.72% | 7.47% | $20.00 |
| | | | **2138** | ***Gold Rush Sweeps Buyers** | 247 | $160.00 | 8 | 13 | | 3.24% | 5.26% | 0.00% | 8.50% | $20.00 |
| | | | **2139** | ***ISM** | 187 | $160.00 | 8 | 14 | | 4.28% | 7.49% | 0.00% | 11.76% | $20.00 |
| | | | **2140** | ***National Magazine (most recent week) 5,000** | 612 | $180.00 | 9 | 32 | 10 | 1.47% | 5.23% | 1.63% | 6.70% | $20.00 |
| | | | **2141** | ***North Shore ($10 + Buyers) 5,000** | 579 | $170.00 | 9 | 8 | 1 | 1.55% | 1.38% | 0.17% | 2.94% | $18.89 |
| | | | **2142** | ***PWA** | 116 | $80.00 | 4 | 11 | 2 | 3.45% | 9.48% | 1.72% | 12.93% | $20.00 |
| | | | **2143** | ***SPRC** | 199 | $120.00 | 6 | 19 | 2 | 3.02% | 9.55% | 1.01% | 12.56% | $20.00 |
| | | | **2144** | ***National Fulfillment Advisors (fka GAM (WNP)** | 222 | $160.00 | 8 | 10 | 2 | 3.60% | 4.50% | 0.90% | 8.11% | $20.00 |
| | | | **2145** | ****Ackerman Sweeps Report Buyers*** | 60 | $20.00 | 1 | 24 | 1 | 1.67% | 40.00% | 1.67% | 41.67% | $20.00 |
| | | | **2146** | | | | | | | | | | | |
| | | | **2147** | | | | | | | | | | | |
| | | | **2148** | ***FGA SWEEPS** | 585 | $90.00 | 5 | 16 | 123 | 0.85% | 2.74% | 21.03% | 3.59% | $18.00 |
| | | | **2149** | ***S C PS** | 158 | $100.00 | 5 | 1 | 1 | 3.16% | 0.63% | 0.63% | 3.80% | $20.00 |
| | | | **2150** | ***DMG Opportunity Seekers** | | | | | | | | | | |
| | | | **2151** | ***Direct Notification Advisory (DNA)** | 183 | $40.00 | 2 | 33 | 2 | 1.09% | 18.03% | 1.09% | 19.13% | $20.00 |
| | | | | **SUBTOTAL** | **5,637** | **$3,060.00** | **154** | **238** | **171** | **2.73%** | **4.22%** | 3.03% | **5.59%** | **$19.87** |
| | | | | | | $0.54 | | | | | | | | |
| **06/06/16** | | | | $1,600,000 | | | | | | | | | | |
| CPA $20 | 06/08/16 | DIDIT | 2160 | Front End Test | 5,637 | $2,741.95 | 137 | 183 | 152 | 2.43% | 3.25% | 2.70% | 5.68% | $20.01 |
| **06/06/16** | | | | $2,100,000 | | | | | | | | | | |
| DON $20 | 06/09/16 | DIDIT | 2161 | Front End Test | 5,637 | $4,045.00 | 202 | 189 | 137 | 3.58% | 3.35% | 2.43% | 6.94% | $20.02 |
| **06/06/16** | | | | $1,821,000 | | | | | | | | | | |
| MDPE $20 | 06/09/16 | DIDIT | 2162 | Front End Test | 5,637 | $3,074.00 | 155 | 140 | 137 | 2.75% | 2.48% | 2.43% | 5.23% | $19.83 |
| **06/06/16** | | | | $1,580,500 | | | | | | | | | | |
| GPL $20 | 06/09/16 | DIDIT | 2163 | Front End Test | 5,637 | $3,024.99 | 151 | 177 | 166 | 2.68% | 3.14% | 2.94% | 5.82% | $20.03 |
| **06/06/16** | | | | $2,055,600 | | | | | | | | | | |
| CBA $20 | 06/09/16 | DIDIT | 2164 | Front End Test | 5,637 | $4,272.00 | 214 | 162 | 139 | 3.80% | 2.87% | 2.47% | 6.67% | $19.96 |
| **06/06/16** | | | | $2,345,233 | | | | | | | | | | |
| RCD $20 | 06/13/16 | DIDIT | 2165 | Front End Test | 5,637 | $2,280.00 | 114 | 153 | 126 | 2.02% | 2.71% | 2.24% | 4.74% | $20.00 |
| **06/06/16** | | | | $3,796,988 | | | | | | | | | | |
| MPG $20 | 06/13/16 | DIDIT | 2166 | Front End Test | 5,637 | $3,055.00 | 153 | 132 | 156 | 2.71% | 2.34% | 2.77% | 5.06% | $19.97 |
| ??? $22 | | DIDIT | | HF Multis 3+ $ 1,217,534 | 0 | | | | | | | | | |
| ??? $32 | | DIDIT | | BE #1 $1,250,000 | | | | | | | | | | |

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ??? $30 | | DIDIT | | BE # 2 $1,392,892.45 | | | | | | | | | | |
| ??? $28 | | DIDIT | | BE #3 $1,429,899 | | | | | | | | | | |
| ??? $28 | | DIDIT | | BE #4 $1,412,000 | | | | | | | | | | |
| ??? $28 | | DIDIT | | BE #5 $1,217,534.00 | | | | | | | | | | |
| ??? $26 | | DIDIT | | BE #6 $ 1,180,350 | | | | | | | | | | |
| ??? $26 | | DIDIT | | BE #7 $1,392,892.42 | | | | | | | | | | |
| ??? $26 | | DIDIT | | BE #8 $1,200,000 | | | | | | | | | | |
| ??? $26 | | DIDIT | | B/E # 9 $ 1,450,500 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE # 10 $1,731,000 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE #11 $1,675,000 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE #12 $1,731,000 | | | | | | | | | | |
| ??? $22 | | DIDIT | | BE #13 $1,226,612 | | | | | | | | | | |
| | | | | **SUBTOTAL** | 0 | $0.00 | 0 | 0 | 0 | | | | | |
| | | | | **TOTAL** | **22,548** | **$12,920.95** | **648** | **750** | **597** | **2.87%** | **3.33%** | | **6.20%** | **$19.94** |
| | | | | | | $0.57 | | | | | | | | |
| **07/08/16** | | | | $2,484,991 | | | | | | | | | | |
| CBA $20 | **07/11/16** | DIDIT | **2170** | **Feel Lucky House File** | | | | | | | | | | |
| | | | **2171** | **WINNERS HL** | 1,782 | $2,160.00 | 108 | 29 | 13 | 6.06% | 1.63% | | 7.69% | $20.00 |
| | | | **2172** | **Parkside HL** | 2,364 | $3,264.99 | 163 | 32 | 19 | 6.90% | 1.35% | | 8.25% | $20.03 |
| | | | **2173** | **Haven HL** | 2,022 | $2,530.00 | 126 | 32 | 20 | 6.23% | 1.58% | | 7.81% | $20.08 |
| | | | **2174** | **Quantum HL** | 697 | $1,000.00 | 50 | 23 | 2 | 7.17% | 3.30% | | 10.47% | $20.00 |
| | | | **2175** | ***Whitestone** | 298 | $280.00 | 14 | 4 | | 4.70% | 1.34% | | 6.04% | $20.00 |
| | | | **2176** | ****Peninsula Contest Players.** | 656 | $710.00 | 36 | 16 | 4 | 5.49% | 2.44% | | 7.93% | $19.72 |
| | | | **2177** | ****ABM Sweeps 5,000** | 2,078 | $2,080.00 | 104 | 24 | 19 | 5.00% | 1.15% | | 6.16% | $20.00 |
| | | | **2178** | ****AMS Sweeps** | | | | | | | | | | |
| | | | **2179** | ****Gold Rush Sweeps Buyers** | 976 | $1,120.00 | 56 | 39 | 4 | 5.74% | 4.00% | | 9.73% | $20.00 |
| | | | **2180** | ***ISM** | 1,113 | $1,060.00 | 53 | 50 | 8 | 4.76% | 4.49% | | 9.25% | $20.00 |
| | | | **2181** | | | | | | | | | | | |
| | | | **2182** | | | | | | | | | | | |
| | | | **2183** | ***PWA** | 2,318 | $1,640.00 | 82 | 149 | 10 | 3.54% | 6.43% | | 9.97% | $20.00 |
| | | | **2184** | ***SPRC** | 2,116 | $2,020.00 | 101 | 166 | 13 | 4.77% | 7.84% | | 12.62% | $20.00 |
| | | | **2185** | ****National Fulfillment Advisors (fka GAM (WNP)** | 1,340 | $1,120.40 | 56 | 54 | 7 | 4.18% | 4.03% | | 8.21% | $20.01 |
| | | | **2186** | | | | | | | | | | | |
| | | | **2187** | ****FGA SWEEPS** | | | | | | | | | | |
| | | | **2188** | ****S C PS** | 831 | $780.00 | 39 | 20 | 6 | 4.69% | 2.41% | | 7.10% | $20.00 |
| | | | **2189** | ****DMG Opportunity Seekers** | | | | | | | | | | |
| | | | **2190** | | | | | | | | | | | |
| | | | | **SUBTOTAL** | **18,591** | **$19,765.39** | **988** | **638** | **125** | **5.31%** | **3.43%** | | **0.63%** | **$20.01** |
| | | | | | | $1.06 | | | | | | | | |
| **07/08/16** | | | | $2,100,000 | | | | | | | | | | |
| DON $20 | 07/11/16 | DIDIT | 2195 | Front End Test | 5,000 | $6,346.00 | 318 | 206 | 26 | 6.36% | 4.12% | | 10.48% | $19.96 |
| **07/08/16** | | | | $2,097,272 | | | | | | | | | | |
| WCD $20 | 07/11/16 | DIDIT | 2196 | Front End Test | 5,000 | $3,380.00 | 169 | 185 | 30 | 3.38% | 3.70% | | 7.08% | $20.00 |

Gov't Ex. 158
Page 3 of 31

SWE-WC-00168004 Lucky-2016-09-01-15-24-34.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| maybe use as multi | | | | | | | | | | | | | | |
| **07/11/16** | | | | | | | | | | | | | | |
| MMS $21 | 07/13/16 | DIDIT | 2197 | HF Multis 3+ $ 1,900,000 | 0 | | | | | | | | | |
| **7/28/2016** | | | | | | | | | | | | | | |
| CPA $32 | 08/01/16 | DIDIT | 2198 | BE #1 $1,600,000 | 2,451 | $5,770.00 | 196 | 63 | 9 | 8.00% | 2.57% | | 10.57% | $29.44 |
| MDPE $30 | 08/03/16 | DIDIT | 2199 | BE # 2 $1,821,000 | 2,451 | $4,760.94 | 159 | 50 | 10 | 6.49% | 2.04% | | 8.53% | $29.94 |
| GPL $28 | 08/05/16 | DIDIT | 2200 | BE #3 $1,580,500 | 2,451 | $4,084.00 | 146 | 58 | 10 | 5.96% | 2.37% | | 8.32% | $27.97 |
| RCD $28 | 08/08/16 | DIDIT | 2201 | BE #4 $2,345,233 | 2,451 | $3,387.00 | 122 | 62 | 2 | 4.98% | 2.53% | | 7.51% | $27.76 |
| MPG $28 | 08/10/16 | DIDIT | 2202 | BE #5 $3,796,988 | 2,451 | $4,521.99 | 162 | 41 | | 6.61% | 1.67% | | 8.28% | $27.91 |
| ??? $26 | | DIDIT | | BE #6 $ 1,180,350 | | | | | | | | | | |
| ??? $26 | | DIDIT | | BE #7 $1,392,892.42 | | | | | | | | | | |
| ??? $26 | | DIDIT | | BE #8 $1,200,000 | | | | | | | | | | |
| ??? $26 | | DIDIT | | B/E # 9 $ 1,450,500 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE # 10 $1,731,000 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE #11 $1,675,000 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE #12 $1,731,000 | | | | | | | | | | |
| ??? $22 | | DIDIT | | BE #13 $1,226,612 | | | | | | | | | | |
| | | | | **SUBTOTAL** | 12,255 | $22,523.93 | 785 | 274 | 31 | **6.41%** | **2.24%** | | **8.64%** | **$28.69** |
| | | | | | | $1.84 | | | | | | | | |
| | | | | **TOTAL** | **40,846** | **$52,015.32** | **2,260** | **1,303** | **212** | **5.53%** | **3.19%** | | **8.72%** | **$23.02** |
| | | | | | | $1.27 | | | | | | | | |
| **08/05/16** | | | | $2,484,991 | | | | | | | | | | |
| CBA $20 | **08/09/16** | DIDIT | **2203** | **Feel Lucky House File** | 1,024 | $2,860.00 | 143 | 23 | 1 | 13.96% | 2.25% | | 16.21% | $20.00 |
| | | | **2204** | **WINNERS HL** | 1,038 | $840.00 | 42 | 16 | | 4.05% | 1.54% | | 5.59% | $20.00 |
| | | | **2205** | **Parkside HL** | 1,755 | $2,080.00 | 104 | 24 | | 5.93% | 1.37% | | 7.29% | $20.00 |
| | | | **2206** | **Haven HL** | 906 | $1,300.00 | 65 | 12 | | 7.17% | 1.32% | | 8.50% | $20.00 |
| | | | **2207** | **Quantum HL** | 432 | $540.00 | 27 | 4 | | 6.25% | 0.93% | | 7.18% | $20.00 |
| | | | **2208** | ****Whitestone** | 94 | $40.00 | 2 | 2 | | 2.13% | 2.13% | | 4.26% | $20.00 |
| | | | **2209** | *****Peninsula Contest Players.** | 296 | $440.00 | 22 | 3 | | 7.43% | 1.01% | | 8.45% | $20.00 |
| | | | **2210** | *****~~ABM Sweeps~~ 5,000 Superior Sweeps Report Buyers** | 1,387 | $1,000.00 | 50 | 14 | 1 | 3.60% | 1.01% | | 4.61% | $20.00 |
| | | | **2211** | *****AMS Sweeps** | | | | | | | | | | |

**Gov't Ex. 158**
**Page 4 of 31**

SWE-WC-00168004 Lucky-2016-09-01-15-24-34.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2212 | ***Gold Rush Sweeps Buyers | 633 | $700.00 | 35 | 30 | | 5.53% | 4.74% | | 10.27% | $20.00 |
| | | | 2213 | **ISM | 236 | $160.00 | 8 | 24 | | 3.39% | 10.17% | | 13.56% | $20.00 |
| | | | 2214 | **PWA | 878 | $740.00 | 37 | 50 | | 4.21% | 5.69% | | 9.91% | $20.00 |
| | | | 2215 | **SPRC | 499 | $450.00 | 23 | 31 | | 4.61% | 6.21% | | 10.82% | $19.57 |
| | | | 2216 | ***National Fulfillment Advisors (fka GAM (WNP) | 836 | $560.00 | 28 | 35 | | 3.35% | 4.19% | | 7.54% | $20.00 |
| | | | 2217 | ***FGA SWEEPS | 2,160 | $100.00 | 5 | 9 | 33 | 0.23% | 0.42% | | 0.65% | $20.00 |
| | | | 2218 | ***S C PS | 580 | $340.00 | 17 | 16 | | 2.93% | 2.76% | | 5.69% | $20.00 |
| | | | 2219 | ***DMG Opportunity Seekers | | | | | | | | | | |
| | | | | **SUBTOTAL** | **12,754** | **$12,150.00** | **608** | **293** | **35** | **4.77%** | **2.30%** | | **0.29%** | **$19.98** |
| | | | | | | $0.95 | | | | | | | | |
| **08/05/16** | | | | $2,100,000 | | | | | | | | | | |
| DON $20 | **08/09/16** | DIDIT | 2203A | Feel Lucky House File | 986 | $2,220.00 | 111 | 19 | | 11.26% | 1.93% | | 13.18% | $20.00 |
| | | | 2204A | WINNERS HL | 1,047 | $920.00 | 46 | 17 | 2 | 4.39% | 1.62% | | 6.02% | $20.00 |
| | | | 2205A | Parkside HL | 1,708 | $1,980.00 | 99 | 28 | | 5.80% | 1.64% | | 7.44% | $20.00 |
| | | | 2206A | Haven HL | 971 | $1,020.00 | 51 | 17 | | 5.25% | 1.75% | | 7.00% | $20.00 |
| | | | 2207A | Quantum HL | 428 | $260.00 | 13 | 6 | 1 | 3.04% | 1.40% | | 4.44% | $20.00 |
| | | | 2208A | **Whitestone | 113 | $40.00 | 2 | 3 | | 1.77% | 2.65% | | 4.42% | $20.00 |
| | | | 2209A | ***Peninsula Contest Players. | 289 | $280.00 | 14 | 3 | 1 | 4.84% | 1.04% | | 5.88% | $20.00 |
| | | | 2210A | ***~~ABM Sweeps~~ 5,000 Superior Sweeps Report Buyers | 1,392 | $1,200.00 | 60 | 23 | 1 | 4.31% | 1.65% | | 5.96% | $20.00 |
| | | | 2211A | ***AMS Sweeps | | | | | | | | | | |
| | | | 2212A | ***Gold Rush Sweeps Buyers | 599 | $480.00 | 24 | 27 | | 4.01% | 4.51% | | 8.51% | $20.00 |
| | | | 2213A | **ISM | 236 | $180.00 | 9 | 23 | | 3.81% | 9.75% | | 13.56% | $20.00 |
| | | | 2214A | **PWA | 842 | $620.00 | 31 | 54 | | 3.68% | 6.41% | | 10.10% | $20.00 |
| | | | 2215A | **SPRC | 496 | $450.00 | 23 | 29 | | 4.64% | 5.85% | | 10.48% | $19.57 |
| | | | 2216A | ***National Fulfillment Advisors (fka GAM (WNP) | 874 | $720.00 | 36 | 48 | | 4.12% | 5.49% | | 9.61% | $20.00 |
| | | | 2217A | ***FGA SWEEPS | 2,219 | $80.00 | 4 | 9 | 6 | 0.18% | 0.41% | | 0.59% | $20.00 |
| | | | 2218A | ***S C PS | 555 | $440.00 | 22 | 16 | | 3.96% | 2.88% | | 6.85% | $20.00 |
| | | | 2219A | ***DMG Opportunity Seekers | | | | | | | | | | |
| | | | | **SUBTOTAL** | **12,755** | **$10,890.00** | **545** | **322** | **11** | **4.27%** | **2.52%** | | **0.10%** | **$19.98** |
| | | | | | | $0.85 | | | | | | | | |
| **08/05/16** | | | | $2,100,358.00 | | | | | | | | | | |
| FDS $20 | **08/09/16** | DIDIT | 2225 | Front End Test | 5,000 | $1,951.95 | 97 | 129 | 12 | 1.94% | 2.58% | | 4.52% | $20.12 |
| **08/09/16** | | | | | | | | | | | | | | |
| MMS $21 | 08/11/16 | DIDIT | 2226 | HF Multis 3+ $ 1,900,000 | 804 | $1,914.00 | 91 | 13 | | 11.32% | 1.62% | | 12.94% | $21.03 |

Gov't Ex. 158

Page 5 of 31

SWE-WC-00168004 Lucky-2016-09-01-15-24-34.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **8/30/2016** | | | | | | | | | | | | | | |
| CPA $32 | 09/02/16 | DIDIT | 2228 | BE #1 $1,600,000 | 1,649 | | | | | 0.00% | 0.00% | | 0.00% | |
| MDPE $30 | 09/08/16 | DIDIT | 2229 | BE # 2 $1,821,000 | 1,649 | | | | | 0.00% | 0.00% | | 0.00% | |
| GPL $28 | 09/12/16 | DIDIT | 2230 | BE #3 $1,580,500 | 1,649 | | | | | 0.00% | 0.00% | | 0.00% | |
| RCD $28 | 09/14/16 | DIDIT | 2231 | BE #4 $2,345,233 | 1,649 | | | | | 0.00% | 0.00% | | 0.00% | |
| MPG $28 | 09/16/16 | DIDIT | 2232 | BE #5 $3,796,988 | 1,649 | | | | | 0.00% | 0.00% | | 0.00% | |
| WCD $26 | 09/19/16 | DIDIT | 2233 | BE #6 $2,097,272 | 1,649 | | | | | 0.00% | 0.00% | | 0.00% | |
| ??? $26 | | DIDIT | | BE #7 $2,097,272 | | | | | | | | | | |
| ??? $26 | | DIDIT | | BE #8 $1,200,000 | | | | | | | | | | |
| ??? $26 | | DIDIT | | B/E # 9 $ 1,450,500 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE # 10 $1,731,000 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE #11 $1,675,000 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE #12 $1,731,000 | | | | | | | | | | |
| ??? $22 | | DIDIT | | BE #13 $1,226,612 | | | | | | | | | | |
| | | | | **SUBTOTAL** | 9,894 | $0.00 | 0 | 0 | 0 | **0.00%** | **0.00%** | | **0.00%** | |
| | | | | | | $0.00 | | | | | | | | |
| | | | | **TOTAL** | **28,452** | **$16,015.95** | **796** | **435** | **47** | **2.80%** | **1.53%** | | **4.33%** | **$20.12** |
| | | | | | | $0.56 | | | | | | | | |
| **09/07/16** | | | | $2,484,991 | | | | | | | | | | |
| CBA $20 | **09/09/16** | DIDIT | **2235** | **Feel Lucky House File** | | | | | | | | | | |
| | | | **2236** | **WINNERS HL** | | | | | | | | | | |
| | | | **2237** | **Parkside HL** | | | | | | | | | | |
| | | | **2238** | **Haven HL** | | | | | | | | | | |
| | | | **2239** | **Quantum HL** | | | | | | | | | | |
| | | | **2240** | *****Whitestone** | | | | | | | | | | |
| | | | **2241** | **Peninsula Contest Players.** | | | | | | | | | | |
| | | | **2242** | ~~ABM Sweeps~~ **5,000 Superior Sweeps Report Buyers** | | | | | | | | | | |
| | | | **2243** | **AMS Sweeps** | | | | | | | | | | |
| | | | **2244** | **Gold Rush Sweeps Buyers** | | | | | | | | | | |
| | | | **2245** | *****ISM** | | | | | | | | | | |
| | | | **2246** | *****PWA** | | | | | | | | | | |
| | | | **2247** | *****SPRC** | | | | | | | | | | |
| | | | **2248** | **National Fulfillment Advisors (fka GAM (WNP)** | | | | | | | | | | |
| | | | **2249** | **FGA SWEEPS** | | | | | | | | | | |
| | | | **2250** | **S C PS** | | | | | | | | | | |
| | | | **2251** | **DMG Opportunity Seekers** | | | | | | | | | | |
| | | | | **SUBTOTAL** | **0** | **$0.00** | **0** | **0** | **0** | | | | | |
| **09/07/16** | | | | $2,100,000 | | | | | | | | | | |
| DON $20 | **09/09/16** | DIDIT | **2235A** | **Feel Lucky House File** | | | | | | | | | | |

**Gov't Ex. 158**
**Page 6 of 31**

SWE-WC-00168004 Lucky-2016-09-01-15-24-34.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2236A | WINNERS HL | | | | | | | | | | |
| | | | 2237A | Parkside HL | | | | | | | | | | |
| | | | 2238A | Haven HL | | | | | | | | | | |
| | | | 2239A | Quantum HL | | | | | | | | | | |
| | | | 2240A | ***Whitestone | | | | | | | | | | |
| | | | 2241A | Peninsula Contest Players. | | | | | | | | | | |
| | | | 2242A | ~~ABM Sweeps~~ 5,000 Superior Sweeps Report Buyers | | | | | | | | | | |
| | | | 2243A | AMS Sweeps | | | | | | | | | | |
| | | | 2244A | Gold Rush Sweeps Buyers | | | | | | | | | | |
| | | | 2245A | ***ISM | | | | | | | | | | |
| | | | 2246A | ***PWA | | | | | | | | | | |
| | | | 2247A | ***SPRC | | | | | | | | | | |
| | | | 2248A | National Fulfillment Advisors (fka GAM (WNP) | | | | | | | | | | |
| | | | 2249A | FGA SWEEPS | | | | | | | | | | |
| | | | 2250A | S C PS | | | | | | | | | | |
| | | | 2251A | DMG Opportunity Seekers | | | | | | | | | | |
| | | | | **SUBTOTAL** | **0** | **$0.00** | **0** | **0** | **0** | | | | | |
| **09/09/16** | | | | | | | | | | | | | | |
| MMS $21 | 09/12/16 | DIDIT | 2255 | HF Multis 3+ $ 1,900,000 | | | | | | | | | | |
| **9/30/2016** | | | | | | | | | | | | | | |
| CPA $32 | 10/03/16 | DIDIT | 2260 | BE #1 $1,600,000 | | | | | | | | | | |
| MDPE $30 | 10/05/16 | DIDIT | 2261 | BE # 2 $1,821,000 | | | | | | | | | | |
| MPG $30 | 10/13/16 | DIDIT | 2264 | BE #3 $3,796,988 | | | | | | | | | | |
| GPL $28 | 10/07/16 | DIDIT | 2262 | BE #4 $1,580,500 | | | | | | | | | | |
| RCD $28 | 10/11/16 | DIDIT | 2263 | BE #5 $2,345,233 | | | | | | | | | | |
| WCD $26 | 10/17/16 | DIDIT | 2265 | BE #6 $2,097,272 | | | | | | | | | | |
| FDS $26 | 10/19/16 | DIDIT | 2266 | BE #7 $ 2,100,358 | | | | | | | | | | |
| ??? $26 | | DIDIT | | BE #8 $1,200,000 | | | | | | | | | | |
| ??? $26 | | DIDIT | | B/E # 9 $ 1,450,500 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE # 10 $1,731,000 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE #11 $1,675,000 | | | | | | | | | | |
| ??? $24 | | DIDIT | | BE #12 $1,731,000 | | | | | | | | | | |

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ??? $22 | | DIDIT | | BE #13 $1,226,612 | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | **SUBTOTAL** | 0 | $0.00 | 0 | 0 | 0 | | | | | |
| | | | | | | | | | | | | | | |
| | | | | **TOTAL** | **0** | **$0.00** | **0** | **0** | **0** | | | | | |
| | | | | | | | | | | | | | | |
| | | | | **OFF THE MARKET** | | | | | | | | | | |
| | | | | ***MID** | | | | | | | | | | |
| | | | | ***Capital Release Bureau (formerly known as United Notification Center)** | | | | | | | | | | |
| | | | | ***Monetary Incentive Division** | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | **REMOVED NOT RESPONDING WELL CAN REVISIT LATER** | | | | | | | | | | |
| | | | | ****National Magazine (most recent week) 5,000** | | | | | | | | | | |
| | | | | ****North Shore ($10 + Buyers) 5,000** | | | | | | | | | | |
| | | | | *****Ackerman Sweeps Report Buyers*** | | | | | | | | | | |
| | | | | ****FGA SWEEPS** | | | | | | | | | | |
| | | | | ****Direct Notification Advisory (DNA)** | | | | | | | | | | |
| | | | | **New media lists testing on winners will order next month** | | | | | | | | | | |
| | | | | ***Prize Distribution Services** | | | | | | | | | | |
| | | | | ***Monetary Disbursement Associates-US Buyers** | | | | | | | | | | |
| | | | | ***PREMIER PROMOTIONS GROUP** | | | | | | | | | | |
| | | | | **NEW MEDIA LISTS test in OCT** | | | | | | | | | | |
| | | | | ***World wide promitional Services usa** | | | | | | | | | | |
| | | | | ***Direct Notification Advisory** | | | | | | | | | | |
| | | | | ***CMG Sweeps** | | | | | | | | | | |
| | | | | ***Securities Discbursement Sweeps** | | | | | | | | | | |

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (58 of 164)

**Gov't Ex. 158**
**Page 8 of 31**

SWE-WC-00168004 Lucky-2016-09-01-15-24-34.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0000 | PROMOTIONS WITHOUT KEYCODES | | $4,523.00 | 193 | 308 | 4 | | | | | |
| BNO $28 | 03/16/15 | GAME PLAN | 6000 | BE #1 | 3,384 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| NRS $26 | 03/18/15 | GAME PLAN | 6001 | BE #2 | 3,384 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| CBS $26 | 03/20/15 | GAME PLAN | 6002 | BE # 3 | 3,384 | $2,650.00 | 106 | 51 | 11 | 3.13% | 1.51% | 0.33% | 0.33% | $25.00 |
| PDA $25 | 03/23/15 | GAME PLAN | 6003 | BE #4 | 3,384 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| NPB $25 | 03/25/15 | GAME PLAN | 6004 | BE #5 Mailed 03/30 | 3,010 | $3,744.00 | 150 | 92 | 9 | 4.98% | 3.06% | 0.30% | 0.30% | $24.96 |
| WCS $24 | 03/27/15 | GAME PLAN | 6005 | BE #6 Mailed 03/24 | 3,010 | $3,250.00 | 136 | 74 | 13 | 4.52% | 2.46% | 0.43% | 0.43% | $23.90 |
| CPC $24 | 03/30/15 | GAME PLAN | 6006 | BE #7 Mailed 04/01 | 3,010 | $3,315.00 | 138 | 61 | 11 | 4.58% | 2.03% | 0.37% | 0.37% | $24.02 |
| PES $24 | 04/01/15 | GAME PLAN | 6007 | BE #8 | 3,010 | $2,751.00 | 115 | 73 | 11 | 3.82% | 2.43% | 0.37% | 0.37% | $23.92 |
| AAA $22 | 04/03/15 | GAME PLAN | 6008 | BE #9 | 2,500 | $2,726.00 | 124 | 48 | 5 | 4.96% | 1.92% | 0.20% | 0.20% | $21.98 |
| TRL $22 | 04/06/15 | GAME PLAN | 6009 | BE #10 | 3,009 | $3,921.00 | 178 | 76 | 10 | 5.92% | 2.53% | 0.33% | 0.33% | $22.03 |
| OTC $21 | 04/08/15 | GAME PLAN | 6010 | BE #11 | 3,009 | $1,678.00 | 79 | 44 | 13 | 2.63% | 1.46% | 0.43% | 0.43% | $21.24 |
| | | | | **SUBTOTAL** | **34,094** | **$24,035.00** | **1026** | **519** | **83** | **3.01%** | **1.52%** | **0.24%** | **0.24%** | **$23.43** |
| NPF $20 | 03/09/15 | **LASER** | 5180 | **American Expediaters** | 2,823 | | 83 | 38 | | 2.94% | 1.35% | | 0.00% | $0.00 |
| | | | 5181 | **American Sweeps Network** | 5,023 | | 96 | 77 | | 1.91% | 1.53% | | 0.00% | $0.00 |
| | | | 5182 | **Altlantic Direct** | | | | | | | | | | |
| | | | 5183 | **Awards Opportunity** | 1,463 | | 47 | 20 | | 3.21% | 1.37% | | 0.00% | $0.00 |
| | | | 5184 | **Cash Winners Sweeps Report Buyers** | 906 | | 24 | 18 | | 2.65% | 1.99% | | 0.00% | $0.00 |
| | | | 5185 | **CBA Sweeps** | | | | | | | | | | |
| | | | 5186 | **CMG** | 2,436 | | 54 | 17 | | 2.22% | 0.70% | | 0.00% | $0.00 |
| | | | 5187 | **Express Notice** | 1,230 | | 29 | 63 | | 2.36% | 5.12% | | 0.00% | $0.00 |
| | | | 5188 | **Fox Marketing Sweeps** | 1,904 | | 49 | 81 | | 2.57% | 4.25% | | 0.00% | $0.00 |
| | | | 5189 | **Galactic** | 1,653 | | 46 | 63 | | 2.78% | 3.81% | | 0.00% | $0.00 |
| | | | 5190 | **Giant Sweeps** | 455 | | 10 | 43 | | 2.20% | 9.45% | | 0.00% | $0.00 |
| | | | 5191 | **Gold Rush Sweeps Buyers** | 1,100 | | 42 | 37 | | 3.82% | 3.36% | | 0.00% | $0.00 |
| | | | 5192 | **Hit It Big** | 4,171 | | 120 | 68 | | 2.88% | 1.63% | | 0.00% | $0.00 |
| | | | 5193 | **ILM** | | | | | | | | | | |
| | | | 5194 | **ISB** | 5,199 | | 96 | 85 | | 1.85% | 1.63% | | 0.00% | $0.00 |
| | | | 5195 | **ISM** | 1,333 | | 32 | 24 | | 2.40% | 1.80% | | 0.00% | $0.00 |
| | | | 5196 | **National Magazine (most recent week)** | 24,223 | | 759 | 807 | | 3.13% | 3.33% | | 0.00% | $0.00 |
| | | | 5197 | **North Shore ($10 + Buyers)** | 12,194 | | 284 | 141 | | 2.33% | 1.16% | | 0.00% | $0.00 |
| | | | 5198 | **Parkside** | 3,103 | | 87 | 268 | | 2.80% | 8.64% | | 0.00% | $0.00 |
| | | | 5199 | **Psychic Center** | 3,345 | | 81 | 30 | | 2.42% | 0.90% | | 0.00% | $0.00 |
| | | | 5200 | **PWA** | 1,227 | | 24 | 72 | | 1.96% | 5.87% | | 0.00% | $0.00 |
| | | | 5201 | **SPRC** | 1,433 | | 28 | 71 | | 1.95% | 4.95% | | 0.00% | $0.00 |
| | | | 5202 | **Worldwide Notification Partners (WNP)** | 570 | | 14 | 27 | | 2.46% | 4.74% | | 0.00% | $0.00 |
| | | | 5203 | **PB Sweepstakes** | 6,723 | | 115 | 219 | | 1.71% | 3.26% | | 0.00% | $0.00 |
| | | | 5204 | **NPR Sweeps Buyers** | 953 | | 32 | 8 | | 3.36% | 0.84% | | 0.00% | $0.00 |
| | | | 5205 | **Haven** | 870 | | 15 | 13 | | 1.72% | 1.49% | | 0.00% | $0.00 |
| | | | 5206 | **Quantum** | 896 | | 26 | 46 | | 2.90% | 5.13% | | 0.00% | $0.00 |
| | | | 5207 | **SDA Sweeps** | 366 | | 4 | 50 | | 1.09% | 13.66% | | 0.00% | $0.00 |
| | | | 5208 | **Winner Key Week 1-4** | 1,989 | | 51 | 14 | | 2.56% | 0.70% | | 0.00% | $0.00 |
| | | | 5209 | **Winners Key Week 5-8** | 3,302 | | 211 | 137 | | [illegible] | [illegible] | | 0.00% | $0.00 |



Case: 25-3078, 08/14/2026, DktEntry: 30.1, (59 of 164)

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **SUBTOTAL** | **90,890** | **$0.00** | **2,459** | **2,537** | **0** | **2.71%** | **2.79%** | | **0.00%** | **$0.00** |
| Cut Off 4/01/15 | | | | | | | | | | | | | | |
| BNO $28 | 04/03/15 | GAME PLAN | 6015 | BE #1 | 3,660 | $9,740.00 | 349 | 132 | 9 | 9.54% | 3.61% | 0.25% | 0.25% | $27.91 |
| NRS $26 | 04/06/15 | GAME PLAN | 6016 | BE #2 | 3,660 | $5,475.00 | 212 | 103 | 13 | 5.79% | 2.81% | 0.36% | 0.36% | $25.83 |
| CBS $26 | 04/08/15 | GAME PLAN | 6017 | BE # 3 | 3,660 | $6,365.95 | 245 | 104 | 13 | 6.69% | 2.84% | 0.36% | 0.36% | $25.98 |
| PDA $25 | 04/10/15 | GAME PLAN | 6018 | BE #4 | 3,660 | $3,960.00 | 159 | 71 | 11 | 4.34% | 1.94% | 0.30% | 0.30% | $24.91 |
| NPB $25 | 04/13/15 | GAME PLAN | 6019 | BE #5 | 3,660 | $4,606.00 | 184 | 91 | 12 | 5.03% | 2.49% | 0.33% | 0.33% | $25.03 |
| WCS-RA $24 | 04/15/15 | GAME PLAN | 6020 | BE #6 | 3,660 | $5,056.00 | 210 | 93 | 11 | 5.74% | 2.54% | 0.30% | 0.30% | $24.08 |
| CPC $24 | 04/17/15 | GAME PLAN | 6021 | BE #7 | 3,660 | $3,961.00 | 165 | 77 | 12 | 4.51% | 2.10% | 0.33% | 0.33% | $24.01 |
| PES $24 | 04/20/15 | GAME PLAN | 6022 | BE #8 | 3,660 | $5,215.00 | 215 | 76 | 12 | 5.87% | 2.08% | 0.33% | 0.33% | $24.26 |
| AAA $22 | 04/22/15 | GAME PLAN | 6023 | BE #9 | 3,660 | $5,111.00 | 232 | 68 | 18 | 6.34% | 1.86% | 0.49% | 0.49% | $22.03 |
| TRL $22 | 04/24/15 | GAME PLAN | 6024 | BE #10 | 3,660 | $3,761.00 | 171 | 88 | 13 | 4.67% | 2.40% | 0.36% | 0.36% | $21.99 |
| OTC $21 | 04/27/15 | GAME PLAN | 6025 | BE #11 | 3,660 | $2,900.00 | 138 | 53 | 17 | 3.77% | 1.45% | 0.46% | 0.46% | $21.01 |
| | | | | **SUBTOTAL** | **40,260** | **$56,150.95** | **2,280** | **956** | **141** | **5.66%** | **2.37%** | **0.35%** | **0.35%** | **$24.63** |
| | | | | | | $1.39 | | | | | | | | |
| | | | | **TOTAL** | **131,150** | **$56,150.95** | **4,739** | **3,493** | **141** | **3.61%** | **2.66%** | **6.28%** | **0.11%** | **$11.85** |
| | | | | | | $0.43 | | | | | | | | |
| **4/6/2015** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | 04/09/15 | LASER | 6030 | **American Expediaters** | 796 | $420.00 | 20 | 11 | 13 | 2.51% | 1.38% | 3.89% | 1.63% | $21.00 |
| | | | 6031 | **American Sweeps Network** | 5,459 | $2,275.00 | 112 | 94 | 52 | 2.05% | 1.72% | 3.77% | 0.95% | $20.31 |
| | | | 6032 | | | | | | | | | | | |
| | | | 6033 | **Awards Opportunity** | 987 | $550.00 | 28 | 9 | 11 | 2.84% | 0.91% | 3.75% | 1.11% | $19.64 |
| | | | 6034 | **Cash Winners Sweeps Report Buyers** | 940 | $420.00 | 21 | 12 | 2 | 2.23% | 1.28% | 3.51% | 0.21% | $20.00 |
| | | | 6035 | **CBA Sweeps** | | | | | | | | | | |
| | | | 6036 | **CMG** | 2,198 | $985.00 | 50 | 35 | 11 | 2.27% | 1.59% | 3.87% | 0.50% | $19.70 |
| | | | 6037 | **Express Notice** | 1,041 | $500.99 | 25 | 38 | 6 | 2.40% | 3.65% | 6.05% | 0.58% | $20.04 |
| | | | 6038 | **Fox Marketing Sweeps** | 1,571 | $840.00 | 42 | 90 | 10 | 2.67% | 5.73% | 8.40% | 0.64% | $20.00 |
| | | | 6039 | **Galactic** | 1,981 | $1,080.00 | 54 | 84 | 13 | 2.73% | 4.24% | 6.97% | 0.66% | $20.00 |
| | | | 6040 | **Giant Sweeps** | | | | | | | | | | |
| | | | 6041 | **Gold Rush Sweeps Buyers** | 1,106 | $930.00 | 47 | 44 | 4 | 4.25% | 3.98% | 8.23% | 0.36% | $19.79 |
| | | | 6042 | **Hit It Big** | 4,021 | $2,474.00 | 125 | 96 | 18 | 3.11% | 2.39% | 5.50% | 0.45% | $19.79 |
| | | | 6044 | **ISB** | 5,580 | $1,585.00 | 79 | 81 | 58 | 1.42% | 1.45% | 2.87% | 1.04% | $20.06 |
| | | | 6045 | **ISM** | 1,100 | $845.00 | 42 | 22 | 5 | 3.82% | 2.00% | 5.82% | 0.45% | $20.12 |
| | | | 6046 | **National Magazine (most recent week)** | 27,332 | $16,682.89 | 835 | 1,107 | 181 | 3.06% | 4.05% | 7.11% | 0.66% | $19.98 |
| | | | 6047 | **North Shore ($10 + Buyers)** | 10,400 | $6,060.00 | 303 | 162 | 24 | 2.91% | 1.56% | 4.47% | 0.23% | $20.00 |
| | | | 6048 | **Parkside** | 3,448 | $1,996.00 | 102 | 473 | 25 | 2.96% | 13.72% | 16.68% | 0.73% | $19.57 |
| | | | 6049 | **Psychic Center** | 3,232 | $1,360.00 | 68 | 52 | 56 | 2.10% | 1.61% | 3.71% | 1.73% | $20.00 |
| | | | 6050 | **PWA** | 2,022 | $1,300.00 | 65 | 160 | 8 | 3.21% | 7.91% | 11.13% | 0.40% | $20.00 |
| | | | 6051 | **SPRC** | 2,059 | $1,020.00 | 51 | 135 | 5 | 2.48% | 6.56% | 9.03% | 0.24% | $20.00 |
| | | | 6052 | **Worldwide Notification Partners (WNP)** | 1,012 | $400.00 | 20 | 47 | 8 | 1.98% | 4.64% | 6.62% | 0.79% | $20.00 |
| | | | 6053 | **PB Sweepstakes** | 7,144 | $2,325.00 | 116 | 243 | 67 | 1.62% | 3.40% | 5.03% | 0.94% | $20.04 |
| | | | 6054 | **NPR Sweeps Buyers** | 1,258 | $760.00 | 38 | 14 | 10 | 3.02% | 1.11% | 4.13% | 0.79% | $20.00 |
| | | | 6055 | **Haven** | 910 | $420.00 | 21 | 8 | 6 | 2.31% | 0.88% | 3.19% | 0.66% | $20.00 |
| | | | 6056 | **Quantum** | 930 | $460.00 | 23 | 33 | 10 | 2.47% | 3.55% | 6.02% | 1.08% | $20.00 |
| | | | 6057 | **SDA Sweeps** | 417 | $40.00 | 2 | 75 | 5 | 0.48% | 17.99% | 18.47% | 1.20% | $20.00 |
| | | | 6058 | **Prize Distribution Solutions** | 272 | $200.00 | 10 | 3 | 2 | 3.68% | 1.10% | 4.78% | 0.74% | $20.00 |
| | | | 6059 | **SAVINGS GALORE** | 1,655 | $700.00 | 35 | 120 | 110 | 2.11% | 7.25% | 9.37% | 6.65% | $20.00 |
| | | | 6060 | **Winners House** | 5,218 | $8,107.00 | 404 | 150 | 21 | 7.74% | [illegible] | 10.62% | 0.40% | $20.07 |

Gov't Ex. 158
Page 10 of 31

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (60 of 164)

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6063 | **Was the F/E test** | 5,000 | $3,160.00 | 158 | 170 | 33 | 3.16% | 3.40% | 6.56% | 0.66% | $20.00 |
| | | | | | | | | | | | | | | |
| | | | | **SUBTOTAL** | **99,089** | **$57,895.88** | **2,896** | **3,568** | **774** | **2.92%** | **3.60%** | **6.52%** | **0.78%** | **$19.99** |
| | | | | | | $0.58 | | | | | | | | |
| GDM $20 | | LASER | | Front End Test (5000) | 0 | | | | | | | | | |
| | | | | | | | | | | | | | | |
| 4/22/2015 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| BNO $32 | 04/24/15 | GAME PLAN | 6064 | BE #1 $1,250,000 | 3,308 | $12,910.98 | 408 | 102 | 10 | 12.33% | 3.08% | 15.42% | 0.30% | $31.64 |
| NRS $30 | 04/27/15 | GAME PLAN | 6065 | BE #2 $1,429,899 | 3,308 | $10,472.00 | 340 | 113 | 6 | 10.28% | 3.42% | 13.69% | 0.18% | $30.80 |
| CBS $28 | 04/29/15 | LASER | 6066 | BE # 3 $1,392,892.45 | 3,308 | $6,788.00 | 242 | 104 | 12 | 7.32% | 3.14% | 10.46% | 0.36% | $28.05 |
| PDA $28 | 05/01/15 | GAME PLAN | 6067 | BE #4 $1,412,000 | 3,308 | $5,903.00 | 212 | 63 | 8 | 6.41% | 1.90% | 8.31% | 0.24% | $27.84 |
| NPB $28 | 05/04/15 | GAME PLAN | 6068 | BE #5 $1,731,000 | 3,308 | $4,988.00 | 179 | 90 | 6 | 5.41% | 2.72% | 8.13% | 0.18% | $27.87 |
| WCS $26 | 05/06/15 | GAME PLAN | 6069 | BE #6 $1,392,892.42 | 3,308 | $5,639.00 | 217 | 85 | 10 | 6.56% | 2.57% | 9.13% | 0.30% | $25.99 |
| CPC $26 | 05/08/15 | GAME PLAN | 6070 | BE #7 $1,200,000 | 3,308 | $5,904.99 | 228 | 57 | 8 | 6.89% | 1.72% | 8.62% | 0.24% | $25.90 |
| PES $24 | 05/11/15 | LASER | 6071 | BE #8 $1,731,000 | 3,308 | $6,032.00 | 251 | 80 | 7 | 7.59% | 2.42% | 10.01% | 0.21% | $24.03 |
| AAA $24 | 05/13/15 | LASER | 6072 | BE #9 $1,675,000 | 3,308 | $6,053.00 | 252 | 77 | 9 | 7.62% | 2.33% | 9.95% | 0.27% | $24.02 |
| TRL $22 | 05/15/15 | LASER | 6073 | BE #10 $1,731,000 | 3,308 | $4,246.00 | 193 | 89 | 7 | 5.83% | 2.69% | 8.52% | 0.21% | $22.00 |
| OTC $22 | 05/18/15 | LASER | 6074 | BE #11 $1,226,612 | 3,308 | $2,594.00 | 118 | 53 | 9 | 3.57% | 1.60% | 5.17% | 0.27% | $21.98 |
| GDM $19 | 05/20/15 | LASER | 6043 | BE #12 $1,217,534.00 | 3,308 | $3,909.00 | 203 | 78 | 9 | 6.14% | 2.36% | 8.49% | 0.27% | $19.26 |
| | | | | | | | | | | | | | | |
| | | | | **SUBTOTAL** | **39,696** | **$75,439.97** | **2,843** | **991** | **101** | **7.16%** | **2.50%** | **9.66%** | **0.25%** | **$26.54** |
| | | | | | | $1.90 | | | | | | | | |
| | | | | **TOTAL** | **138,785** | **$133,335.85** | **5,739** | **4,559** | **875** | **4.14%** | **3.28%** | **7.42%** | **0.63%** | **$23.23** |
| | | | | | | $0.96 | | | | | | | | |
| | | | | | | | | | | | | | | |
| 5/7/2015 | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | 05/11/15 | LASER | 6075 | **American Expediaters** | 2,052 | $1,120.00 | 56 | 51 | 13 | 2.73% | 2.49% | 5.21% | 0.63% | $20.00 |
| | | | 6076 | **American Sweeps Network** | 4,824 | $1,805.00 | 91 | 102 | 51 | 1.89% | 2.11% | 4.00% | 1.06% | $19.84 |
| | | | 6077 | **Awards Opportunity** | 2,120 | $820.00 | 41 | 224 | 20 | 1.93% | 10.57% | 12.50% | 0.94% | $20.00 |
| | | | 6078 | **Cash Winners Sweeps Report Buyers** | | | | | | | | | | |
| | | | 6079 | **CBA Sweeps** | | | | | | | | | | |
| | | | 6080 | **CMG** | 1,694 | $740.00 | 37 | 27 | 15 | 2.18% | 1.59% | 3.78% | 0.89% | $20.00 |
| | | | 6081 | **Express Notice** | 1,192 | $666.00 | 34 | 43 | 6 | 2.85% | 3.61% | 6.46% | 0.50% | $19.59 |
| | | | 6082 | **Fox Marketing Sweeps** | 1,606 | $880.00 | 44 | 66 | 14 | 2.74% | 4.11% | 6.85% | 0.87% | $20.00 |
| | | | 6083 | **Galactic** | 1,767 | $960.00 | 48 | 41 | 9 | 2.72% | 2.32% | 5.04% | 0.51% | $20.00 |
| | | | 6084 | **Giant Sweeps** | 587 | $320.00 | 16 | 41 | 4 | 2.73% | 6.98% | 9.71% | 0.68% | $20.00 |
| | | | 6085 | **Gold Rush Sweeps Buyers** | 1,047 | $720.00 | 36 | 43 | 5 | 3.44% | 4.11% | 7.55% | 0.48% | $20.00 |
| | | | 6086 | **Hit It Big** | 3,997 | $2,625.00 | 131 | 51 | 21 | 3.28% | 1.28% | 4.55% | 0.53% | $20.04 |
| | | | 6087 | **ILM** | | | | | | | | | | |
| | | | 6088 | **ISM** | 1,754 | $1,185.00 | 59 | 50 | 13 | 3.36% | 2.85% | 6.21% | 0.74% | $20.08 |
| | | | 6089 | **National Magazine (most recent week)** | 23,325 | $14,605.00 | 732 | 862 | 228 | 3.14% | 3.70% | 6.83% | 0.98% | $19.95 |
| | | | 6090 | **North Shore ($10 + Buyers)** | 10,923 | $6,183.00 | 309 | 155 | 34 | 2.83% | 1.42% | 4.25% | 0.31% | $20.01 |
| | | | 6091 | **Parkside HL** | 2,207 | $1,490.00 | 75 | 37 | 19 | 3.40% | 1.68% | 5.07% | 0.86% | $19.87 |
| | | | 6092 | **Psychic Center** | 2,987 | $1,400.00 | 70 | 43 | 62 | 2.34% | 1.44% | 3.78% | 2.08% | $20.00 |
| | | | 6093 | **PWA** | | | | | | | | | | |
| | | | 6094 | **SPRC** | | | | | | | | | | |
| | | | 6095 | **Worldwide Notification Partners (WNP)** | 618 | $420.00 | 21 | 35 | 3 | 3.40% | 5.66% | 9.06% | 0.49% | $20.00 |
| | | | 6096 | | | | | | | | | | | |
| | | | 6097 | **NPR Sweeps Buyers** | 1,463 | $725.00 | 36 | 26 | 18 | 2.46% | 1.78% | 4.24% | 1.23% | $20.14 |
| | | | 6098 | | | | | | | | | | | |
| | | | 6099 | | | | | | | | | | | |
| | | | 6100 | **Haven HL** | 1,352 | $940.00 | 46 | 20 | 11 | 3.40% | 1.48% | 4.88% | 0.81% | $20.43 |

Gov't Ex. 158
Page 11 of 31



Case: 25-3078, 08/14/2026, DktEntry: 30.1, (61 of 164)

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6101 | **Quantum HL** | 1,359 | $680.00 | 34 | 16 | 12 | 2.50% | 1.18% | 3.68% | 0.88% | $20.00 |
| | | | 6102 | **Winners House File Oct- Feb 0-5 Months** | 3,780 | $3,244.00 | 163 | 88 | 29 | 4.31% | 2.33% | 6.64% | 0.77% | $19.90 |
| | | | 6103 | **Winners House File Mar-Apr 6-7 Months** | 7,030 | $10,036.99 | 501 | 195 | 41 | 7.13% | 2.77% | 9.90% | 0.58% | $20.03 |
| | | | 6104 | | | | | | | | | | | |
| | | | 6110 | GDM test file used | 5,000 | $3,600.00 | 178 | 150 | 41 | 3.56% | 3.00% | 6.56% | 0.82% | $20.22 |
| | | | | **SUBTOTAL** | **82,684** | **$55,164.99** | **2,758** | **2,366** | **669** | **3.34%** | **2.86%** | **6.20%** | **0.81%** | **$20.00** |
| | | | | | | $0.67 | | | | | | | | |
| | | | | $1,217,534 | | | | | | | | | | |
| GDM $20 | 05/11/15 | LASER | | Front End Test (5000) | 0 | | | | | | | | | |
| 05/26/15 | | | | | | | | | | | | | | |
| BNO $39 | 05/28/15 | GAME PLAN | 6111 | BE #1 $1,250,000 | 4,079 | $12,446.00 | 320 | 148 | 10 | 7.85% | 3.63% | 11.47% | 0.25% | $38.89 |
| NRS $35 | 06/01/15 | GAME PLAN | 6112 | BE #2 $1,429,899 | 4,079 | $11,074.00 | 317 | 168 | 15 | 7.77% | 4.12% | 11.89% | 0.37% | $34.93 |
| CBS $31 | 06/03/15 | LASER | 6113 | BE # 3 $1,392,892.45 | 4,079 | $9,284.99 | 301 | 144 | 19 | 7.38% | 3.53% | 10.91% | 0.47% | $30.85 |
| PDA $28 | 06/05/15 | GAME PLAN | 6114 | BE #4 $1,412,000 | 4,079 | $5,523.00 | 197 | 85 | 21 | 4.83% | 2.08% | 6.91% | 0.51% | $28.04 |
| NPB $28 | 06/08/15 | GAME PLAN | 6115 | BE #5 $1,731,000 | 4,079 | $4,619.00 | 165 | 105 | 19 | 4.05% | 2.57% | 6.62% | 0.47% | $27.99 |
| WCS $26 | 06/10/15 | GAME PLAN | 6116 | BE #6 $1,392,892.42 | 4,079 | $5,456.00 | 211 | 100 | 25 | 5.17% | 2.45% | 7.62% | 0.61% | $25.86 |
| CPC $26 | 06/12/15 | GAME PLAN | 6117 | BE #7 $1,200,000 | 4,079 | $6,393.00 | 246 | 108 | 21 | 6.03% | 2.65% | 8.68% | 0.51% | $25.99 |
| PES $24 | 06/15/15 | LASER | 6118 | BE #8 $1,731,000 | 4,079 | $4,994.94 | 207 | 111 | 21 | 5.07% | 2.72% | 7.80% | 0.51% | $24.13 |
| AAA $24 | 06/17/15 | LASER | 6119 | BE #9 $1,675,000 | 4,079 | $5,514.00 | 229 | 114 | 21 | 5.61% | 2.79% | 8.41% | 0.51% | $24.08 |
| TRL $22 | 06/19/15 | LASER | 6120 | BE #10 $1,731,000 | 4,079 | $3,855.00 | 176 | 108 | 108 | 4.31% | 2.65% | 6.96% | 2.65% | $21.90 |
| OTC $22 | 06/22/15 | LASER | 6121 | BE #11 $1,226,612 | 4,079 | $2,790.00 | 127 | 60 | 30 | 3.11% | 1.47% | 4.58% | 0.74% | $21.97 |
| | | | | **SUBTOTAL** | **44,869** | **$71,949.93** | **2,496** | **1,251** | **310** | **5.56%** | **2.79%** | **8.35%** | **0.69%** | **$28.83** |
| | | | | | | $1.60 | | | | | | | | |
| | | | | **TOTAL** | **127,553** | **$127,114.92** | **5,254** | **3,617** | **979** | **4.12%** | **2.84%** | **6.95%** | **0.77%** | **$24.19** |
| | | | | | | $1.00 | | | | | | | | |
| **6/5/2015** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | 06/08/15 | LASER | 6125 | **Winners House File March-May** | 7,561 | $10,650.00 | 533 | 229 | 43 | 7.05% | 3.03% | 10.08% | 0.57% | $19.98 |
| | | | 6126 | **Winners House File Oct - Feb** | 5,060 | $3,055.00 | 153 | 125 | 38 | 3.02% | 2.47% | 5.49% | 0.75% | $19.97 |
| | | | 6127 | **Parkside HL** | 3,174 | $2,200.00 | 110 | 45 | 23 | 3.47% | 1.42% | 4.88% | 0.72% | $20.00 |
| | | | 6128 | **Haven HL** | 2,421 | $1,160.00 | 58 | 48 | 38 | 2.40% | 1.98% | 4.38% | 1.57% | $20.00 |
| | | | 6129 | **Quantum HL** | 2,445 | $1,493.95 | 75 | 46 | 26 | 3.07% | 1.88% | 4.95% | 1.06% | $19.92 |
| | | | 6130 | **American Expediaters** | 1,652 | $620.00 | 31 | 27 | 13 | 1.88% | 1.63% | 3.51% | 0.79% | $20.00 |
| | | | 6131 | **American Sweeps Network** | 4,560 | $1,687.00 | 84 | 77 | 61 | 1.84% | 1.69% | 3.53% | 1.34% | $20.08 |
| | | | 6132 | **Awards Opportunity** | 2,117 | $620.00 | 31 | 242 | 14 | 1.46% | 11.43% | 12.90% | 0.66% | $20.00 |
| | | | 6133 | **Cash Winners Sweeps Report Buyers** | | | | | | | | | | |
| | | | 6134 | **CBA Sweeps** | | | | | | | | | | |
| | | | 6135 | **CMG** | 1,549 | $460.00 | 23 | 30 | 16 | 1.48% | 1.94% | 3.42% | 1.03% | $20.00 |
| | | | 6136 | **Express Notice** | 397 | $180.00 | 9 | 17 | | 2.27% | 4.28% | 6.55% | 0.00% | $20.00 |
| | | | 6137 | **Fox Marketing Sweeps** | 1,269 | $620.00 | 31 | 62 | 13 | 2.44% | 4.89% | 7.33% | 1.02% | $20.00 |
| | | | 6138 | **Galactic** | 1,550 | $580.00 | 29 | 42 | 15 | 1.87% | 2.71% | 4.58% | 0.97% | $20.00 |
| | | | 6139 | **Giant Sweeps** | 396 | $180.00 | 9 | 40 | 5 | 2.27% | 10.10% | 12.37% | 1.26% | $20.00 |
| | | | 6140 | **Gold Rush Sweeps Buyers** | 685 | $500.00 | 25 | 32 | 3 | 3.65% | 4.67% | 8.32% | 0.44% | $20.00 |
| | | | 6141 | **Hit It Big** | 3,595 | $2,277.00 | 114 | 35 | 15 | 3.17% | 0.97% | 4.14% | 0.42% | $19.97 |
| | | | 6142 | **ILM** | | | | | | | | | | |
| | | | 6143 | **ISM** | 1,039 | $720.00 | 36 | 29 | 5 | 3.46% | 2.79% | 6.26% | 0.48% | $20.00 |
| | | | 6144 | **National Magazine (most recent week)** | 27,004 | $20,138.00 | 1005 | 1,180 | 213 | 3.72% | 4.37% | 8.09% | 0.79% | $20.04 |
| | | | 6145 | **North Shore ($10 + Buyers)** | 10,964 | $5,385.00 | 269 | 166 | 29 | 2.45% | 1.51% | 3.97% | 0.26% | $20.02 |

Gov't Ex. 158
Page 12 of 31

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (62 of 164)

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6146 | **Psychic Center** | 2,449 | $960.00 | 48 | 36 | 45 | 1.96% | 1.47% | 3.43% | 1.84% | $20.00 |
| | | | 6147 | **PWA** | 2,450 | $760.00 | 38 | 202 | 5 | 1.55% | 8.24% | 9.80% | 0.20% | $20.00 |
| | | | 6148 | **SPRC** | 3,308 | $2,180.00 | 109 | 309 | 13 | 3.30% | 9.34% | 12.64% | 0.39% | $20.00 |
| | | | 6149 | **Worldwide Notification Partners (WNP)** | 1,281 | $460.00 | 23 | 45 | 13 | 1.80% | 3.51% | 5.31% | 1.01% | $20.00 |
| | | | 6150 | **NPR Sweeps Buyers** | 1,207 | $520.00 | 26 | 24 | 13 | 2.15% | 1.99% | 4.14% | 1.08% | $20.00 |
| | | | | **SUBTOTAL** | **88,133** | **$57,405.95** | **2,869** | **3,088** | **659** | **3.26%** | **3.50%** | **6.76%** | **0.75%** | **$20.01** |
| | | | | | | $0.65 | | | | | | | | |
| | | | | $1,217,534 | | | | | | | | | | |
| GDM $20 | 06/08/15 | LASER | 6155 | Front End Test (5000) NEW ART | 5,000 | $2,269.99 | 113 | 184 | 31 | 2.26% | 3.68% | 5.94% | 0.62% | $20.09 |
| **06/22/15** | | | | | | | | | | | | | | |
| BNO $32 | 06/24/15 | **LASER** | 6160 | BE #1 $1,250,000 | 3,932 | $14,448.98 | 452 | 157 | 21 | 11.50% | 3.99% | 15.49% | 0.53% | $31.97 |
| NRS $30 | 06/26/15 | GAME PLAN | 6161 | BE #2 $1,429,899 | 3,932 | $9,660.95 | 324 | 165 | 18 | 8.24% | 4.20% | 12.44% | 0.46% | $29.82 |
| CBS $28 | 06/29/15 | LASER | 6162 | BE # 3 $1,392,892.45 | 3,932 | $12,539.00 | 449 | 161 | 13 | 11.42% | 4.09% | 15.51% | 0.33% | $27.93 |
| PDA $28 | 07/01/15 | GAME PLAN | 6163 | BE #4 $1,412,000 | 3,932 | $5,440.00 | 194 | 93 | 18 | 4.93% | 2.37% | 7.30% | 0.46% | $28.04 |
| NPB $28 | 07/06/15 | GAME PLAN | 6164 | BE #5 $1,731,000 | 3,932 | $6,594.00 | 237 | 118 | 16 | 6.03% | 3.00% | 9.03% | 0.41% | $27.82 |
| WCS $26 | 07/08/15 | GAME PLAN | 6165 | BE #6 $1,392,892.42 | 3,932 | $6,643.00 | 256 | 108 | 24 | 6.51% | 2.75% | 9.26% | 0.61% | $25.95 |
| CPC $26 | 07/10/15 | GAME PLAN | 6166 | BE #7 $1,200,000 | 3,932 | $6,335.95 | 246 | 118 | 14 | 6.26% | 3.00% | 9.26% | 0.36% | $25.76 |
| PES $24 | 07/13/15 | LASER | 6167 | BE #8 $1,731,000 | 3,932 | $6,219.00 | 259 | 123 | 18 | 6.59% | 3.13% | 9.72% | 0.46% | $24.01 |
| AAA $24 | 07/15/15 | LASER | 6168 | BE #9 $1,675,000 | 3,932 | $7,095.95 | 296 | 119 | 19 | 7.53% | 3.03% | 10.55% | 0.48% | $23.97 |
| TRL $22 | 07/17/15 | LASER | 6169 | BE #10 $1,731,000 | 3,932 | $5,503.95 | 250 | 112 | 18 | 6.36% | 2.85% | 9.21% | 0.46% | $22.02 |
| OTC $22 | 07/20/15 | LASER | 6170 | BE #11 $1,226,612 | 3,932 | $4,017.00 | 183 | 78 | 18 | 4.65% | 1.98% | 6.64% | 0.46% | $21.95 |
| | | | | **SUBTOTAL** | 43,252 | $84,497.78 | 3,146 | 1,352 | 197 | **7.27%** | **3.13%** | **10.40%** | **0.46%** | **$26.86** |
| | | | | | | $1.95 | | | | | | | | |
| | | | | **TOTAL** | **136,385** | **$144,173.72** | **6,128** | **4,624** | **887** | **4.49%** | **3.39%** | **7.88%** | **0.65%** | **$23.53** |
| | | | | | | $1.06 | | | | | | | | |
| | | | | **NOTE: LASER CLOSED JULY 6TH THRU JULY 10TH** | | | | | | | | | | |
| **7/9/2015** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | 07/14/15 | LASER | 6172 | **Winners House File March-June** | 9,001 | $11,271.00 | 563 | 227 | 54 | 6.25% | 2.52% | 8.78% | 0.60% | $20.02 |
| | | | 6173 | **Winners House File Oct-Feb** | 4,522 | $2,880.00 | 144 | 112 | 33 | 3.18% | 2.48% | 5.66% | 0.73% | $20.00 |
| | | | 6174 | **Parkside HL** | 3,207 | $3,724.95 | 186 | 67 | 24 | 5.80% | 2.09% | 7.89% | 0.75% | $20.03 |
| | | | 6175 | **Haven HL** | 1,786 | $1,524.95 | 77 | 29 | 10 | 4.31% | 1.62% | 5.94% | 0.56% | $19.80 |
| | | | 6176 | **Quantum HL** | 1,008 | $1,100.00 | 55 | 17 | 6 | 5.46% | 1.69% | 7.14% | 0.60% | $20.00 |
| | | | 6177 | **American Expediaters** | 1,982 | $880.00 | 44 | 42 | 27 | 2.22% | 2.12% | 4.34% | 1.36% | $20.00 |
| | | | 6178 | **American Sweeps Network** | 3,965 | $1,660.00 | 83 | 75 | 38 | 2.09% | 1.89% | 3.98% | 0.96% | $20.00 |
| | | | 6179 | **Awards Opportunity** | 891 | $600.00 | 30 | 16 | 12 | 3.37% | 1.80% | 5.16% | 1.35% | $20.00 |
| | | | 6180 | **Cash Winners Sweeps Report Buyers** | 612 | $320.00 | 16 | 6 | 9 | 2.61% | 0.98% | 3.59% | 1.47% | $20.00 |
| | | | 6181 | **CBA Sweeps** | 1,325 | $620.00 | 31 | 26 | 25 | 2.34% | 1.96% | 4.30% | 1.89% | $20.00 |
| | | | 6182 | **CMG** | 1,048 | $520.00 | 26 | 20 | 10 | 2.48% | 1.91% | 4.39% | 0.95% | $20.00 |
| | | | 6183 | **Express Notice** | 368 | $240.00 | 12 | 20 | 2 | 3.26% | 5.43% | 8.70% | 0.54% | $20.00 |
| | | | 6184 | **Fox Marketing Sweeps** | 751 | $680.00 | 34 | 32 | 8 | 4.53% | 4.26% | 8.79% | 1.07% | $20.00 |
| | | | 6185 | **Galactic** | 1,401 | $900.00 | 45 | 52 | 12 | 3.21% | 3.71% | 6.92% | 0.86% | $20.00 |
| | | | 6186 | **Giant Sweeps** | 470 | $450.00 | 21 | 58 | 2 | 4.47% | 12.34% | 16.81% | 0.43% | $21.43 |
| | | | 6187 | **Gold Rush Sweeps Buyers** | 844 | $560.00 | 28 | 42 | 5 | 3.32% | 4.98% | 8.29% | 0.59% | $20.00 |
| | | | 6188 | **Hit It Big** | 3,504 | $2,405.00 | 120 | 41 | 25 | 3.42% | 1.17% | 4.59% | 0.71% | $20.04 |
| | | | 6189 | | | | | | | | | | | |

Gov't Ex. 158
Page 13 of 31

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6190 | **ISM** | 768 | $500.00 | 25 | 16 | 5 | 3.26% | 2.08% | 5.34% | 0.65% | $20.00 |
| | | | 6191 | **National Magazine (most recent week)** | 22,171 | $14,003.00 | 702 | 895 | 234 | 3.17% | 4.04% | 7.20% | 1.06% | $19.95 |
| | | | 6192 | **North Shore ($10 + Buyers)** | 10,262 | $6,041.00 | 303 | 161 | 31 | 2.95% | 1.57% | 4.52% | 0.30% | $19.94 |
| | | | 6193 | **Psychic Center** | 1,478 | $820.00 | 41 | 23 | 37 | 2.77% | 1.56% | 4.33% | 2.50% | $20.00 |
| | | | 6194 | **PWA** | 791 | $580.95 | 29 | 66 | 1 | 3.67% | 8.34% | 12.01% | 0.13% | $20.03 |
| | | | 6195 | **SPRC** | 1,204 | $880.00 | 44 | 159 | 10 | 3.65% | 13.21% | 16.86% | 0.83% | $20.00 |
| | | | 6196 | **Worldwide Notification Partners (WNP)** | 1,132 | $520.00 | 26 | 81 | 7 | 2.30% | 7.16% | 9.45% | 0.62% | $20.00 |
| | | | 6197 | **NPR Sweeps Buyers** | 1,283 | $970.00 | 48 | 21 | 23 | 3.74% | 1.64% | 5.38% | 1.79% | $20.21 |
| | | | | **SUBTOTAL** | **75,774** | **$54,650.85** | **2,733** | **2,304** | **650** | **3.61%** | **3.04%** | **6.65%** | **0.86%** | **$20.00** |
| **7/9/2015** | | | | | | $0.72 | | | | | | | | |
| | | | | $1,775,000 | | | | | | | | | | |
| MMP $20 | 07/14/15 | LASER | 6200 | Front End Test (5000) | 5,000 | $2,650.00 | 133 | 116 | 43 | 2.66% | 2.32% | 4.98% | 0.86% | $19.92 |
| | | | | $1,850,000 | | | | | | | | | | |
| PPF $20 | 07/14/15 | LASER | 6201 | Front End Test (5000) | 5,000 | $1,700.00 | 85 | 224 | 39 | 1.70% | 4.48% | 6.18% | 0.78% | $20.00 |
| **07/27/15** | | | | | | | | | | | | | | |
| BNO $32 | 07/29/15 | LASER | 6205 | BE #1 $1,250,000 | 4,048 | $15,038.00 | 470 | 171 | 14 | 11.61% | 4.22% | 15.83% | 0.35% | $32.00 |
| NRS $30 | 07/31/15 | **LASER** | 6206 | BE #2 $1,429,899 | 4,048 | $11,350.00 | 379 | 148 | 11 | 9.36% | 3.66% | 13.02% | 0.27% | $29.95 |
| CBS $28 | 08/03/15 | LASER | 6207 | BE # 3 $1,392,892.45 | 4,048 | $10,514.00 | 376 | 133 | 10 | 9.29% | 3.29% | 12.57% | 0.25% | $27.96 |
| PDA $28 | 08/05/15 | **LASER** | 6208 | BE #4 $1,412,000 | 4,048 | $6,400.99 | 224 | 104 | 13 | 5.53% | 2.57% | 8.10% | 0.32% | $28.58 |
| NPB $28 | 08/07/15 | **LASER** | 6209 | BE #5 $1,731,000 | 4,048 | $3,846.00 | 138 | 94 | 46 | 3.41% | 2.32% | 5.73% | 1.14% | $27.87 |
| WCS $26 | 08/10/15 | **LASER** | 6210 | BE #6 $1,392,892.42 | 4,048 | $7,622.00 | 294 | 124 | 19 | 7.26% | 3.06% | 10.33% | 0.47% | $25.93 |
| CPC $26 | 08/12/15 | GAME PLAN | 6211 | BE #7 $1,200,000 | 4,048 | $7,811.00 | 300 | 90 | 17 | 7.41% | 2.22% | 9.63% | 0.42% | $26.04 |
| PES $24 | 08/14/15 | LASER | 6212 | BE #8 $1,731,000 | 4,048 | $5,441.00 | 226 | 103 | 21 | 5.58% | 2.54% | 8.13% | 0.52% | $24.08 |
| AAA $24 | 08/17/15 | LASER | 6213 | BE #09 $1,675,000 | 4,048 | $7,522.99 | 312 | 105 | 21 | 7.71% | 2.59% | 10.30% | 0.52% | $24.11 |
| TRL $22 | 08/19/15 | LASER | 6214 | BE #10 $1,731,000 | 4,048 | $6,518.00 | 296 | 119 | 19 | 7.31% | 2.94% | 10.25% | 0.47% | $22.02 |
| GDM $19 | 08/21/15 | LASER | 6215 | BE #11 $1,217,534.00 | 4,048 | $6,494.89 | 344 | 115 | 22 | 8.50% | 2.84% | 11.34% | 0.54% | $18.88 |
| | | | | **SUBTOTAL** | 44,528 | $88,558.87 | 3,359 | 1,306 | 213 | **7.54%** | **2.93%** | **10.48%** | **0.48%** | **$26.36** |
| | | | | | | $1.99 | | | | | | | | |
| | | | | **TOTAL** | **130,302** | **$147,559.72** | **6,310** | **3,950** | **945** | **4.84%** | **3.03%** | **7.87%** | **0.73%** | **$23.39** |
| | | | | | | $1.13 | | | | | | | | |
| **8/7/2015** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **08/10/15** | LASER | | | | | | | | | | | | |
| | | | 6217 | **Winners House File 2015 Buyers** | 14,746 | $16,706.95 | 835 | 374 | 108 | 5.66% | 2.54% | 8.20% | 0.73% | $20.01 |
| | | | 6218 | **Parkside HL** | 3,637 | $3,555.05 | 178 | 89 | 32 | 4.89% | 2.45% | 7.34% | 0.88% | $19.97 |
| | | | 6219 | **Haven HL** | 1,731 | $1,780.00 | 89 | 27 | 8 | 5.14% | 1.56% | 6.70% | 0.46% | $20.00 |
| | | | 6220 | **Quantum HL** | 1,608 | $1,020.00 | 51 | 37 | 17 | 3.17% | 2.30% | 5.47% | 1.06% | $20.00 |
| | | | 6221 | **American Expediaters** | 2,168 | $1,000.00 | 50 | 45 | 20 | 2.31% | 2.08% | 4.38% | 0.92% | $20.00 |
| | | | 6222 | **American Sweeps Network** | 4,574 | $2,060.95 | 103 | 98 | 52 | 2.25% | 2.14% | 4.39% | 1.14% | $20.01 |
| | | | 6223 | **Awards Opportunity** | | | | | | | | | | |
| | | | 6224 | **Cash Winners Sweeps Report Buyers** | 759 | $340.00 | 17 | 13 | 5 | 2.24% | 1.71% | 3.95% | 0.66% | $20.00 |
| | | | 6225 | **CBA Sweeps** | 167 | $80.00 | 4 | 2 | 2 | 2.40% | 1.20% | 3.59% | 1.20% | $20.00 |
| | | | 6226 | **CMG** | 1,597 | $1,100.00 | 55 | 30 | 14 | 3.44% | 1.88% | 5.32% | 0.88% | $20.00 |
| | | | 6227 | **Express Notice** | 683 | $320.00 | 16 | 33 | 4 | 2.34% | 4.83% | 7.17% | 0.59% | $20.00 |
| | | | 6228 | **Fox Marketing Sweeps** | 1,470 | $1,489.00 | 75 | 113 | 12 | 5.10% | 7.69% | 12.79% | 0.82% | $19.85 |
| | | | 6229 | **Galactic** | 1,967 | $1,560.00 | 78 | 70 | 12 | 3.97% | 3.56% | 7.52% | 0.61% | $20.00 |

Gov't Ex. 158
Page 14 of 31

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (65 of 164)

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6230 | **Giant Sweeps** | 843 | $580.00 | 29 | 93 | 5 | 3.44% | 11.03% | 14.47% | 0.59% | $20.00 |
| | | | 6231 | **Gold Rush Sweeps Buyers** | 987 | $882.00 | 44 | 48 | 3 | 4.46% | 4.86% | 9.32% | 0.30% | $20.05 |
| | | | 6232 | **Hit It Big** | 4,173 | $2,719.95 | 135 | 42 | 53 | 3.24% | 1.01% | 4.24% | 1.27% | $20.15 |
| | | | 6233 | **ISM** | 1,288 | $825.00 | 41 | 36 | 6 | 3.18% | 2.80% | 5.98% | 0.47% | $20.12 |
| | | | 6234 | **National Magazine (most recent week)** | 26,530 | $17,116.99 | 854 | 1,017 | 276 | 3.22% | 3.83% | 7.05% | 1.04% | $20.04 |
| | | | 6235 | **North Shore ($10 + Buyers)** | 11,125 | $7,825.00 | 389 | 192 | 37 | 3.50% | 1.73% | 5.22% | 0.33% | $20.12 |
| | | | 6236 | **Psychic Center** | 2,830 | $920.00 | 46 | 40 | 174 | 1.63% | 1.41% | 3.04% | 6.15% | $20.00 |
| | | | 6237 | **PWA** | 3,888 | $2,800.00 | 140 | 375 | 17 | 3.60% | 9.65% | 13.25% | 0.44% | $20.00 |
| | | | 6238 | **SPRC** | 1,968 | $2,080.00 | 104 | 192 | 23 | 5.28% | 9.76% | 15.04% | 1.17% | $20.00 |
| | | | 6239 | **Global Asset Management (WNP)** | 1,052 | $657.00 | 33 | 74 | 8 | 3.14% | 7.03% | 10.17% | 0.76% | $19.91 |
| | | | 6240 | **United Prize Disposition (NPR Sweeps Buyers)** | 1,394 | $720.00 | 36 | 28 | 21 | 2.58% | 2.01% | 4.59% | 1.51% | $20.00 |
| | | | 6241 | | | | | | | | | | | |
| | | | | **SUBTOTAL** | **91,185** | **$68,137.89** | **3,402** | **3,068** | **909** | **3.73%** | **3.36%** | **7.10%** | **1.00%** | **$20.03** |
| | | | | | | $0.75 | | | | | | | | |
| **08/11/15** | | | | | | | | | | | | | | |
| GDM $22 | 08/13/15 | LASER | 6245 | HF Multis 3+ $ 1,217,534 | 4,637 | $4,899.00 | 222 | 96 | 21 | 4.79% | 2.07% | 6.86% | 0.45% | $22.07 |
| **08/24/15** | | | | | | | | | | | | | | |
| BNO $32 | 08/26/15 | LASER | 6250 | BE #1 $1,250,000 | 4,514 | $16,242.00 | 508 | 178 | 8 | 11.25% | 3.94% | 15.20% | 0.18% | $31.97 |
| NRS $30 | 08/28/15 | **LASER** | 6251 | BE #2 $1,429,899 | 4,514 | $11,580.00 | 388 | 149 | 14 | 8.60% | 3.30% | 11.90% | 0.31% | $29.85 |
| CBS $28 | 08/31/15 | LASER | 6252 | BE # 3 $1,392,892.45 | 4,514 | $13,379.00 | 479 | 168 | 18 | 10.61% | 3.72% | 14.33% | 0.40% | $27.93 |
| PDA $28 | 09/02/15 | **LASER** | 6253 | BE #4 $1,412,000 | 4,514 | $6,899.00 | 248 | 103 | 17 | 5.49% | 2.28% | 7.78% | 0.38% | $27.82 |
| GDM $28 | 09/04/15 | LASER | 6254 | BE #5 $1,217,534.00 | 4,514 | $6,665.95 | 239 | 110 | 14 | 5.29% | 2.44% | 7.73% | 0.31% | $27.89 |
| NPB $26 | 09/08/15 | **LASER** | 6255 | BE #6 $1,731,000 | 4,514 | $2,969.00 | 114 | 67 | 21 | 2.53% | 1.48% | 4.01% | 0.47% | $26.04 |
| WCS $26 | 09/10/15 | **LASER** | 6256 | BE #7 $1,392,892.42 | 4,514 | $5,934.00 | 229 | 110 | 24 | 5.07% | 2.44% | 7.51% | 0.53% | $25.91 |
| CPC $26 | 09/14/15 | GAME PLAN | 6257 | BE #8 $1,200,000 | 4,514 | $7,284.00 | 281 | 136 | 25 | 6.23% | 3.01% | 9.24% | 0.55% | $25.92 |
| PES $24 | 09/16/15 | LASER | 6258 | BE #9 $1,731,000 | 4,514 | $5,664.99 | 236 | 118 | 24 | 5.23% | 2.61% | 7.84% | 0.53% | $24.00 |
| AAA $24 | 09/18/15 | LASER | 6259 | BE #10 $1,675,000 | 4,514 | $6,817.00 | 283 | 106 | 21 | 6.27% | 2.35% | 8.62% | 0.47% | $24.09 |
| TRL $22 | 09/21/15 | LASER | 6260 | BE #11 $1,731,000 | 4,514 | $6,032.00 | 276 | 136 | 28 | 6.11% | 3.01% | 9.13% | 0.62% | $21.86 |
| | | | | **SUBTOTAL** | 49,654 | $89,466.94 | 3,281 | 1,381 | 214 | **6.61%** | **2.78%** | **9.39%** | **0.43%** | **$27.27** |
| | | | | | | $1.80 | | | | | | | | |
| | | | | **TOTAL** | **145,476** | **$162,503.83** | **6,905** | **4,545** | **1,144** | **4.75%** | **3.12%** | **7.87%** | **0.79%** | **$23.53** |
| | | | | | | $1.12 | | | | | | | | |
| **09/08/15** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **09/10/15** | LASER | | | | | | | | | | | | |
| | | | 6261 | **Winners House File 2015 Buyers** | 17,196 | $14,778.95 | 738 | 366 | 147 | 4.29% | 2.13% | 6.42% | 0.85% | $20.03 |
| | | | 6262 | **Parkside HL** | 3,789 | $2,724.95 | 136 | 90 | 34 | 3.59% | 2.38% | 5.96% | 0.90% | $20.04 |
| | | | 6263 | **Haven HL** | 1,880 | $1,920.00 | 96 | 28 | 11 | 5.11% | 1.49% | 6.60% | 0.59% | $20.00 |
| | | | 6264 | **Quantum HL** | 2,078 | $1,405.00 | 70 | 49 | 18 | 3.37% | 2.36% | 5.73% | 0.87% | $20.07 |
| | | | 6265 | **Awards Opportunity** | | | | | | | | | | |
| | | | 6266 | **Cash Winners Sweeps Report Buyers** | 1,046 | $520.00 | 26 | 13 | 12 | 2.49% | 1.24% | 3.73% | 1.15% | $20.00 |

Gov't Ex. 158
Page 15 of 31

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6267 | **CBA Sweeps** | 590 | $240.00 | 12 | 8 | 3 | 2.03% | 1.36% | 3.39% | 0.51% | $20.00 |
| | | | 6268 | **CMG** | 921 | $440.00 | 22 | 11 | 7 | 2.39% | 1.19% | 3.58% | 0.76% | $20.00 |
| | | | 6269 | **Express Notice** | 1,181 | $520.00 | 26 | 34 | 9 | 2.20% | 2.88% | 5.08% | 0.76% | $20.00 |
| | | | 6270 | **Fox Marketing Sweeps** | 1,795 | $690.00 | 35 | 31 | 37 | 1.95% | 1.73% | 3.68% | 2.06% | $19.71 |
| | | | 6271 | **Galactic** | 2,247 | $700.00 | 35 | 23 | 41 | 1.56% | 1.02% | 2.58% | 1.82% | $20.00 |
| | | | 6272 | **Giant Sweeps** | 868 | $380.00 | 19 | 18 | 24 | 2.19% | 2.07% | 4.26% | 2.76% | $20.00 |
| | | | 6273 | **Gold Rush Sweeps Buyers** | 1,126 | $620.00 | 31 | 77 | 1 | 2.75% | 6.84% | 9.59% | 0.09% | $20.00 |
| | | | 6274 | **Rocket Awards (was Hit It Big)** | 1,246 | $581.00 | 29 | 11 | 8 | 2.33% | 0.88% | 3.21% | 0.64% | $20.03 |
| | | | 6275 | **ISM** | 1,320 | $391.00 | 20 | 69 | 12 | 1.52% | 5.23% | 6.74% | 0.91% | $19.55 |
| | | | 6276 | **National Magazine (most recent week)** | 28,700 | $13,675.00 | 684 | 1,071 | 288 | 2.38% | 3.73% | 6.11% | 1.00% | $19.99 |
| | | | 6277 | **North Shore ($10 + Buyers)** | 10,354 | $5,945.00 | 298 | 147 | 41 | 2.88% | 1.42% | 4.30% | 0.40% | $19.95 |
| | | | 6278 | **Psychic Center** | 2,873 | $1,684.99 | 85 | 43 | 58 | 2.96% | 1.50% | 4.46% | 2.02% | $19.82 |
| | | | 6279 | **PWA** | 2,752 | $920.00 | 46 | 244 | 19 | 1.67% | 8.87% | 10.54% | 0.69% | $20.00 |
| | | | 6280 | **SPRC** | 1,550 | $1,020.00 | 51 | 126 | 6 | 3.29% | 8.13% | 11.42% | 0.39% | $20.00 |
| | | | 6281 | **Global Asset Management (WNP)** | 1,255 | $400.00 | 20 | 75 | 17 | 1.59% | 5.98% | 7.57% | 1.35% | $20.00 |
| | | | 6282 | **United Prize Disposition (NPR Sweeps Buyers)** | 1,518 | $700.00 | 35 | 22 | 17 | 2.31% | 1.45% | 3.75% | 1.12% | $20.00 |
| | | | 6283 | | | | | | | | | | | |
| | | | 6284 | | | | | | | | | | | |
| | | | | **SUBTOTAL** | **86,285** | **$50,255.89** | **2,514** | **2,556** | **810** | **2.91%** | **2.96%** | **5.88%** | **0.94%** | **$19.99** |
| | | | | | | $0.58 | | | | | | | | |
| **09/11/15** | | | | | | | | | | | | | | |
| GDM $22 | 09/14/15 | LASER | 6288 | HF Multis 3+ $ 1,217,534 | 4,137 | $3,583.00 | 162 | 94 | 27 | 3.92% | 2.27% | 6.19% | 0.65% | $22.12 |
| **09/24/15** | | | | | | | | | | | | | | |
| BNO $32 | 09/28/15 | LASER | 6290 | BE #1 $1,250,000 | 4,051 | $13,248.99 | 412 | 156 | 11 | 10.17% | 3.85% | 14.02% | 0.27% | $32.16 |
| NRS $30 | 09/30/15 | LASER | 6291 | BE #2 $1,429,899 | 4,051 | $9,655.75 | 324 | 155 | 15 | 8.00% | 3.83% | 11.82% | 0.37% | $29.80 |
| CBS $28 | 10/02/15 | LASER | 6292 | BE # 3 $1,392,892.45 | 4,051 | $9,267.00 | 331 | 150 | 17 | 8.17% | 3.70% | 11.87% | 0.42% | $28.00 |
| MMP $28 | 10/05/15 | LASER | 6293 | BE #4 $1,412,000 | 4,051 | $6,774.00 | 242 | 105 | 11 | 5.97% | 2.59% | 8.57% | 0.27% | $27.99 |
| GDM $28 | 10/07/15 | LASER | 6294 | BE #5 $1,217,534.00 | 4,051 | $5,033.91 | 181 | 110 | 13 | 4.47% | 2.72% | 7.18% | 0.32% | $27.81 |
| NPB $26 | 10/09/15 | LASER | 6295 | BE #6 $1,731,000 | 4,051 | $3,357.85 | 130 | 76 | 13 | 3.21% | 1.88% | 5.09% | 0.32% | $25.83 |
| WCS $26 | 10/13/15 | LASER | 6296 | BE #7 $1,392,892.42 | 4,051 | $6,009.00 | 232 | 133 | 20 | 5.73% | 3.28% | 9.01% | 0.49% | $25.90 |
| CPC $26 | 10/15/15 | **LASER** | 6297 | BE #8 $1,200,000 | 4,051 | $4,493.00 | 174 | 87 | 9 | 4.30% | 2.15% | 6.44% | 0.22% | $25.82 |
| PDA $24 | 10/19/15 | LASER | 6298 | BE #9 $1,412,000 | 4,051 | $3,435.00 | 143 | 80 | 9 | 3.53% | 1.97% | 5.50% | 0.22% | $24.02 |
| PES $24 | 10/21/15 | LASER | 6299 | BE #10 $1,731,000 | 4,051 | $4,546.00 | 190 | 102 | 15 | 4.69% | 2.52% | 7.21% | 0.37% | $23.93 |
| AAA $24 | 10/23/15 | LASER | 6300 | BE #11 $1,675,000 | 4,051 | $4,655.99 | 194 | 73 | 15 | 4.79% | 1.80% | 6.59% | 0.37% | $24.00 |
| TRL $22 | 10/26/15 | LASER | 6301 | BE #12 $1,731,000 | 4,051 | $2,375.00 | 108 | 60 | 18 | 2.67% | 1.48% | 4.15% | 0.44% | $21.99 |
| PPF $22 | 10/28/15 | LASER | 6302 | BE #13 $1,850,000 | 4,051 | $1,122.00 | 51 | 39 | 16 | 1.26% | 0.96% | 2.22% | 0.39% | $22.00 |
| | | | | **SUBTOTAL** | 52,663 | $73,973.49 | 2,712 | 1,326 | 182 | **5.15%** | **2.52%** | **7.67%** | **0.35%** | **$27.28** |
| | | | | | | $1.40 | | | | | | | | |
| | | | | **TOTAL** | **143,085** | **$127,812.38** | **5,388** | **3,976** | **1,019** | **3.77%** | **2.78%** | **6.54%** | **0.71%** | **$23.72** |
| | | | | | | $0.89 | | | | | | | | |

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (67 of 164)

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **10/08/15** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **10/09/15** | LASER | | | | | | | | | | | | |
| | | | 6305 | **Winners House File 2015 Buyers** | 18,869 | $12,964.99 | 647 | 465 | 169 | 3.43% | 2.46% | 5.89% | 0.90% | $20.04 |
| | | | 6306 | **Parkside HL** | 3,190 | $2,690.00 | 136 | 74 | 23 | 4.26% | 2.32% | 6.58% | 0.72% | $19.78 |
| | | | 6307 | **Haven HL** | 1,731 | $1,160.00 | 58 | 21 | 16 | 3.35% | 1.21% | 4.56% | 0.92% | $20.00 |
| | | | 6308 | **Quantum HL** | 1,821 | $1,400.00 | 70 | 36 | 12 | 3.84% | 1.98% | 5.82% | 0.66% | $20.00 |
| | | | 6309 | **Awards Opportunity** | | | | | | | | | | |
| | | | 6310 | **Cash Winners Sweeps Report Buyers** | 477 | $80.00 | 4 | 4 | 5 | 0.84% | 0.84% | 1.68% | 1.05% | $20.00 |
| | | | 6311 | **CBA Sweeps** | 418 | $200.00 | 10 | 9 | 8 | 2.39% | 2.15% | 4.55% | 1.91% | $20.00 |
| | | | 6312 | **CMG** | 1,341 | $420.00 | 21 | 15 | 17 | 1.57% | 1.12% | 2.68% | 1.27% | $20.00 |
| | | | 6313 | **Express Notice** | 729 | $140.00 | 7 | 33 | 4 | 0.96% | 4.53% | 5.49% | 0.55% | $20.00 |
| | | | 6314 | **Fox Marketing Sweeps** | 1,744 | $540.00 | 27 | 31 | 27 | 1.55% | 1.78% | 3.33% | 1.55% | $20.00 |
| | | | 6315 | **Galactic** | 2,315 | $825.00 | 42 | 32 | 42 | 1.81% | 1.38% | 3.20% | 1.81% | $19.64 |
| | | | 6316 | **Giant Sweeps** | 1,080 | $400.00 | 20 | 27 | 29 | 1.85% | 2.50% | 4.35% | 2.69% | $20.00 |
| | | | 6317 | **Gold Rush Sweeps Buyers** | 1,899 | $900.00 | 45 | 89 | 5 | 2.37% | 4.69% | 7.06% | 0.26% | $20.00 |
| | | | 6318 | **Rocket Awards (was Hit It Big)** | 4,229 | $1,780.00 | 89 | 51 | 32 | 2.10% | 1.21% | 3.31% | 0.76% | $20.00 |
| | | | 6319 | **ISM** | 1,005 | $469.00 | 24 | 28 | 8 | 2.39% | 2.79% | 5.17% | 0.80% | $19.54 |
| | | | 6320 | **National Magazine (most recent week)** | 26,574 | $15,040.00 | 752 | 956 | 299 | 2.83% | 3.60% | 6.43% | 1.13% | $20.00 |
| | | | 6321 | **North Shore ($10 + Buyers)** | 10,425 | $5,440.00 | 272 | 146 | 24 | 2.61% | 1.40% | 4.01% | 0.23% | $20.00 |
| | | | 6322 | **Psychic Center** | 1,495 | $540.00 | 27 | 14 | 23 | 1.81% | 0.94% | 2.74% | 1.54% | $20.00 |
| | | | 6323 | **PWA** | 5,414 | $1,856.00 | 93 | 407 | 33 | 1.72% | 7.52% | 9.24% | 0.61% | $19.96 |
| | | | 6324 | **SPRC** | 2,425 | $1,120.00 | 56 | 211 | 9 | 2.31% | 8.70% | 11.01% | 0.37% | $20.00 |
| | | | 6325 | **Global Asset Management (WNP)** | 542 | $320.00 | 16 | 23 | 3 | 2.95% | 4.24% | 7.20% | 0.55% | $20.00 |
| | | | 6326 | **United Prize Disposition (NPR Sweeps Buyers)** | 1,617 | $340.00 | 17 | 24 | 17 | 1.05% | 1.48% | 2.54% | 1.05% | $20.00 |
| | | | 6327 | *** Exclusive Prospects Direct.** | 707 | $400.00 | 20 | 54 | 4 | 2.83% | 7.64% | 10.47% | 0.57% | $20.00 |
| | | | 6328 | ***TRS Buyers** | 1,107 | $260.00 | 13 | 19 | 29 | 1.17% | 1.72% | 2.89% | 2.62% | $20.00 |
| | | | | **SUBTOTAL** | **91,154** | **$49,284.99** | **2,466** | **2,769** | **838** | **2.71%** | **3.04%** | **5.74%** | **0.92%** | **$19.99** |
| | | | | | | $0.54 | | | | | | | | |
| **10/10/15** | | | | | | | | | | | | | | |
| GDM $22 | 10/13/15 | LASER | 6330 | HF Multis 3+ $ 1,217,534 | 4,643 | $3,879.50 | 176 | 80 | 25 | 3.79% | 1.72% | 5.51% | 0.54% | $22.04 |
| **10/26/15** | | | | | | | | | | | | | | |
| BNO $32 | 10/28/15 | LASER | 6331 | BE #1 $1,250,000 | 3,801 | $9,937.50 | 312 | 125 | 10 | 8.21% | 3.29% | 11.50% | 0.26% | $31.85 |
| NRS $30 | 10/30/15 | LASER | 6332 | BE #2 $1,429,899 | 3,801 | $8,796.91 | 294 | 129 | 7 | 7.73% | 3.39% | 11.13% | 0.18% | $29.92 |
| CBS $28 | 11/02/15 | LASER | 6333 | BE # 3 $1,392,892.45 | 3,801 | $9,661.00 | 347 | 125 | 8 | 9.13% | 3.29% | 12.42% | 0.21% | $27.84 |
| MMP $28 | 11/04/15 | LASER | 6334 | BE #4 $1,412,000 | 3,801 | $5,630.00 | 202 | 86 | 9 | 5.31% | 2.26% | 7.58% | 0.24% | $27.87 |
| GDM $28 | 11/06/15 | LASER | 6335 | BE #5 $1,217,534.00 | 3,801 | $5,309.00 | 190 | 92 | 14 | 5.00% | 2.42% | 7.42% | 0.37% | $27.94 |
| WCS $26 | 11/09/15 | LASER | 6336 | BE #6 $1,392,892.42 | 3,801 | $5,239.83 | 194 | 106 | 9 | 5.10% | 2.79% | 7.89% | 0.24% | $27.01 |
| CPC $26 | 11/12/15 | LASER | 6337 | BE #7 $1,200,000 | 3,801 | $4,590.00 | 169 | 69 | 15 | 4.45% | 1.82% | 6.26% | 0.39% | $27.16 |
| PDA $26 | 11/16/15 | LASER | 6338 | BE #8 $1,412,000 | 3,801 | $4,086.99 | 134 | 67 | 14 | 3.53% | 1.76% | 5.29% | 0.37% | $30.50 |
| PES $24 | 11/18/15 | LASER | 6339 | BE # 9 $1,731,000 | 3,801 | $4,224.00 | 176 | 83 | 12 | 4.63% | 2.18% | 6.81% | 0.32% | $24.00 |
| AAA $24 | 11/20/15 | LASER | 6340 | BE #10 $1,675,000 | 3,801 | $4,689.00 | 196 | 73 | 18 | 5.16% | 1.92% | 7.08% | 0.47% | $23.92 |
| TRL $24 | 11/23/15 | LASER | 6341 | BE #11 $1,731,000 | 3,801 | $3,455.00 | 145 | 79 | 12 | 3.81% | 2.08% | 5.89% | 0.32% | $23.83 |

Gov't Ex. 158
Page 17 of 31

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPF $22 | 11/25/15 | LASER | 6342 | BE #12 $1,850,000 | 3,801 | $3,232.00 | 147 | 94 | 17 | 3.87% | 2.47% | 6.34% | 0.45% | $21.99 |
| NPB $22 | 11/30/15 | LASER | 6343 | BE #13 $1,731,000 | 3,801 | $2,618.00 | 119 | 65 | 16 | 3.13% | 1.71% | 4.84% | 0.42% | $22.00 |
| | | | | **SUBTOTAL** | 49,413 | $71,469.23 | 2,625 | 1,193 | 161 | **5.31%** | **2.41%** | **7.73%** | **0.33%** | **$27.23** |
| | | | | | | $1.45 | | | | | | | | |
| | | | | **TOTAL** | **145,210** | **$124,633.72** | **5,267** | **4,042** | **1,024** | **3.63%** | **2.78%** | **6.41%** | **0.71%** | **$23.66** |
| | | | | | | $0.86 | | | | | | | | |
| **11/06/15** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **11/09/15** | LASER | | | | | | | | | | | | |
| | | | 6345 | **Winners House File 2015 Buyers July- Oct** | 10,874 | $10,871.00 | 541 | 259 | 80 | 4.98% | 2.38% | 7.36% | 0.74% | $20.09 |
| | | | 6346 | **Parkside HL** | 4,785 | $3,911.95 | 196 | 118 | 28 | 4.10% | 2.47% | 6.56% | 0.59% | $19.96 |
| | | | 6347 | **Haven HL** | 2,481 | $2,140.00 | 107 | 40 | 13 | 4.31% | 1.61% | 5.93% | 0.52% | $20.00 |
| | | | 6348 | **Quantum HL** | 1,215 | $1,020.00 | 51 | 28 | 12 | 4.20% | 2.30% | 6.50% | 0.99% | $20.00 |
| | | | 6349 | ***Priority Contest Buyers** | 3,028 | $600.00 | 30 | 39 | 86 | 0.99% | 1.29% | 2.28% | 2.84% | $20.00 |
| | | | 6350 | **Cash Winners Sweeps Report Buyers** | 244 | $60.00 | 3 | 2 | 2 | 1.23% | 0.82% | 2.05% | 0.82% | $20.00 |
| | | | 6351 | **CBA Sweeps** | | | | | | | | | | |
| | | | 6352 | **CMG** | 1,559 | $620.00 | 31 | 14 | 19 | 1.99% | 0.90% | 2.89% | 1.22% | $20.00 |
| | | | 6353 | **Express Notice** | 505 | $165.00 | 8 | 22 | 3 | 1.58% | 4.36% | 5.94% | 0.59% | $20.63 |
| | | | 6354 | **Fox Marketing Sweeps** | 2,028 | $500.00 | 25 | 34 | 57 | 1.23% | 1.68% | 2.91% | 2.81% | $20.00 |
| | | | 6355 | **Galactic** | 2,624 | $900.00 | 45 | 27 | 55 | 1.71% | 1.03% | 2.74% | 2.10% | $20.00 |
| | | | 6356 | ***Diamond Dollars Paid Contest Entrants** | 746 | $485.00 | 25 | 18 | 9 | 3.35% | 2.41% | 5.76% | 1.21% | $19.40 |
| | | | 6357 | **Gold Rush Sweeps Buyers** | 1,617 | $960.00 | 48 | 92 | 8 | 2.97% | 5.69% | 8.66% | 0.49% | $20.00 |
| | | | 6358 | **Rocket Awards (was Hit It Big)** | 5,230 | $2,740.00 | 137 | 58 | 45 | 2.62% | 1.11% | 3.73% | 0.86% | $20.00 |
| | | | 6359 | **ISM** | 1,426 | $780.00 | 39 | 60 | 6 | 2.73% | 4.21% | 6.94% | 0.42% | $20.00 |
| | | | 6360 | **National Magazine (most recent week)** | 27,674 | $14,431.00 | 722 | 927 | 364 | 2.61% | 3.35% | 5.96% | 1.32% | $19.99 |
| | | | 6361 | **North Shore ($10 + Buyers)** | 9,846 | $5,325.00 | 266 | 121 | 33 | 2.70% | 1.23% | 3.93% | 0.34% | $20.02 |
| | | | 6362 | **Psychic Center** | 1,931 | $880.00 | 44 | 25 | 30 | 2.28% | 1.29% | 3.57% | 1.55% | $20.00 |
| | | | 6363 | **PWA** | 3,896 | $2,430.00 | 122 | 291 | 17 | 3.13% | 7.47% | 10.60% | 0.44% | $19.92 |
| | | | 6364 | **SPRC** | 2,946 | $1,980.00 | 99 | 281 | 14 | 3.36% | 9.54% | 12.90% | 0.48% | $20.00 |
| | | | 6365 | **Global Asset Management (WNP)** | 1,115 | $825.00 | 41 | 54 | 14 | 3.68% | 4.84% | 8.52% | 1.26% | $20.12 |
| | | | 6366 | **United Prize Disposition (NPR Sweeps Buyers)** | 1,509 | $780.00 | 39 | 27 | 18 | 2.58% | 1.79% | 4.37% | 1.19% | $20.00 |
| | | | 6367 | **** Exclusive Prospects Direct.** | 1,074 | $335.00 | 17 | 68 | 10 | 1.58% | 6.33% | 7.91% | 0.93% | $19.71 |
| | | | 6368 | ****TRS Buyers** | 1,232 | $380.00 | 19 | 18 | 39 | 1.54% | 1.46% | 3.00% | 3.17% | $20.00 |
| | | | 6369 | ***UDA SWEEPS PLAYERS & REPORT BUYERS** | 88 | $40.00 | 2 | 1 | 2 | 2.27% | 1.14% | 3.41% | 2.27% | $20.00 |
| | | | | **SUBTOTAL** | **89,673** | **$53,158.95** | **2,657** | **2,624** | **964** | **2.96%** | **2.93%** | **5.89%** | **1.08%** | **$20.01** |
| | | | | | | $0.59 | | | | | | | | |
| **11/09/15** | | | | | | | | | | | | | | |
| GDM $22 | 11/11/15 | LASER | 6375 | HF Multis 3+ $ 1,217,534 | 3,316 | $2,846.95 | 130 | 57 | 20 | 3.92% | 1.72% | 5.64% | 0.60% | $21.90 |
| **12/02/15** | | | | | | | | | | | | | | |
| BNO $32 | 12/04/15 | LASER | 6376 | BE #1 $1,250,000 | 3,797 | $9,991.00 | 314 | 128 | 14 | 8.27% | 3.37% | 11.64% | 0.37% | $31.82 |
| NRS $30 | 12/07/15 | LASER | 6377 | BE #2 $1,429,899 | 3,797 | $8,712.00 | 290 | 103 | 11 | 7.64% | 2.71% | 10.35% | 0.29% | $30.04 |
| CBS $28 | 12/09/15 | LASER | 6378 | BE # 3 $1,392,892.45 | 3,797 | $6,610.00 | 237 | 121 | 21 | 6.24% | 3.19% | 9.43% | 0.55% | $27.89 |
| MMP $28 | 12/11/15 | LASER | 6379 | BE #4 $1,412,000 | 3,797 | $4,455.00 | 160 | 89 | 18 | 4.21% | 2.34% | 6.56% | 0.47% | $27.84 |
| GDM $28 | 12/14/15 | LASER | 6380 | BE #5 $1,217,534.00 | 3,797 | $5,824.00 | 212 | 100 | 20 | 5.58% | 2.63% | 8.22% | 0.53% | $27.47 |
| WCS $26 | 12/16/15 | LASER | 6381 | BE #6 $1,392,892.42 | 3,797 | $5,705.00 | 220 | 92 | 19 | 5.79% | 2.42% | 8.22% | 0.50% | $25.93 |
| CPC $26 | 12/18/15 | LASER | 6382 | BE #7 $1,200,000 | 3,797 | $4,463.21 | 172 | 62 | 28 | 4.53% | 1.63% | 6.16% | 0.74% | $25.95 |

Gov't Ex. 158
Page 18 of 31

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PDA $26 | 12/21/15 | LASER | 6383 | BE #8 $1,412,000 | 3,797 | $4,027.21 | 156 | 74 | 23 | 4.11% | 1.95% | 6.06% | 0.61% | $25.82 |
| PES $24 | 12/23/15 | LASER | 6384 | BE # 9 $1,731,000 | 3,797 | $4,297.99 | 178 | 77 | 24 | 4.69% | 2.03% | 6.72% | 0.63% | $24.15 |
| AAA $24 | 12/28/15 | LASER | 6385 | BE #10 $1,675,000 | 3,797 | $5,999.00 | 249 | 87 | 26 | 6.56% | 2.29% | 8.85% | 0.68% | $24.09 |
| TRL $24 | 12/30/15 | LASER | 6386 | BE #11 $1,731,000 | 3,797 | $5,209.00 | 218 | 89 | 27 | 5.74% | 2.34% | 8.09% | 0.71% | $23.89 |
| PPF $22 | 01/04/16 | LASER | 6387 | BE #12 $1,850,000 | 3,797 | $4,062.49 | 184 | 108 | 28 | 4.85% | 2.84% | 7.69% | 0.74% | $22.08 |
| NPB $22 | 01/06/16 | LASER | 6388 | BE #13 $1,731,000 | 3,797 | $3,051.00 | 139 | 56 | 21 | 3.66% | 1.47% | 5.14% | 0.55% | $21.95 |
| | | | | **SUBTOTAL** | 49,361 | $72,406.90 | 2,729 | 1,186 | 280 | **5.53%** | **2.40%** | **7.93%** | **0.57%** | **$26.53** |
| | | | | | | $1.47 | | | | | | | | |
| | | | | **TOTAL** | **142,350** | **$128,412.80** | **5,516** | **3,867** | **1,264** | **3.87%** | **2.72%** | **6.59%** | **0.89%** | **$23.28** |
| | | | | | | $0.90 | | | | | | | | |
| **12/07/15** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **12/09/15** | LASER | | | | | | | | | | | | |
| | 12/09/15 | 20,000 | 6390 | **Winners House File 2015 Buyers July- Nov** | 9,501 | $8,775.94 | 438 | 209 | 59 | 4.61% | 2.20% | 6.81% | 0.62% | $20.04 |
| | 12/10/15 | 53,547 | 6391 | **Parkside HL** | 3,647 | $1,890.95 | 95 | 73 | 26 | 2.60% | 2.00% | 4.61% | 0.71% | $19.90 |
| | | | 6392 | **Haven HL** | 1,542 | $1,040.00 | 52 | 19 | 6 | 3.37% | 1.23% | 4.60% | 0.39% | $20.00 |
| | | | 6393 | **Quantum HL** | 944 | $640.00 | 32 | 13 | 16 | 3.39% | 1.38% | 4.77% | 1.69% | $20.00 |
| | | | 6394 | ****Priority Contest Buyers** | 2,664 | $896.00 | 45 | 32 | 100 | 1.69% | 1.20% | 2.89% | 3.75% | $19.91 |
| | | | 6395 | **CBA Sweeps** | 517 | $180.00 | 9 | 3 | 5 | 1.74% | 0.58% | 2.32% | 0.97% | $20.00 |
| | | | 6396 | **CMG** | 1,154 | $320.00 | 16 | 8 | 14 | 1.39% | 0.69% | 2.08% | 1.21% | $20.00 |
| | | | 6397 | ***ABM Sweeps** | 3,245 | $1,020.00 | 51 | 51 | 24 | 1.57% | 1.57% | 3.14% | 0.74% | $20.00 |
| | | | 6398 | ***AMS Sweeps** | 1,966 | $520.00 | 26 | 35 | 20 | 1.32% | 1.78% | 3.10% | 1.02% | $20.00 |
| | | | 6399 | ****Diamond Dollars Paid Contest Entrants** | 478 | $220.00 | 11 | 10 | 2 | 2.30% | 2.09% | 4.39% | 0.42% | $20.00 |
| | | | 6400 | **Gold Rush Sweeps Buyers** | 1,566 | $1,040.00 | 52 | 74 | 8 | 3.32% | 4.73% | 8.05% | 0.51% | $20.00 |
| | | | 6401 | **Rocket Awards (was Hit It Big)** | 4,369 | $2,220.00 | 111 | 61 | 43 | 2.54% | 1.40% | 3.94% | 0.98% | $20.00 |
| | | | 6402 | **ISM** | 1,028 | $440.00 | 22 | 52 | 3 | 2.14% | 5.06% | 7.20% | 0.29% | $20.00 |
| | | | 6403 | **National Magazine (most recent week)** | 21,035 | $9,390.00 | 470 | 812 | 183 | 2.23% | 3.86% | 6.09% | 0.87% | $19.98 |
| | | | 6404 | **North Shore ($10 + Buyers)** | 7,949 | $2,871.50 | 145 | 106 | 25 | 1.82% | 1.33% | 3.16% | 0.31% | $19.80 |
| | | | 6405 | **Psychic Center** | 2,354 | $1,140.00 | 57 | 35 | 59 | 2.42% | 1.49% | 3.91% | 2.51% | $20.00 |
| | | | 6406 | **PWA** | 3,165 | $1,600.00 | 80 | 276 | 16 | 2.53% | 8.72% | 11.25% | 0.51% | $20.00 |
| | | | 6407 | **SPRC** | 652 | $260.00 | 13 | 60 | 20 | 1.99% | 9.20% | 11.20% | 3.07% | $20.00 |
| | | | 6408 | **Global Asset Management (WNP)** | 822 | $220.00 | 11 | 32 | 9 | 1.34% | 3.89% | 5.23% | 1.09% | $20.00 |
| | | | 6409 | ***** Exclusive Prospects Direct.** | 846 | $200.00 | 10 | 54 | 4 | 1.18% | 6.38% | 7.57% | 0.47% | $20.00 |
| | | | 6410 | ****UDA SWEEPS PLAYERS & REPORT BUYERS** | 256 | $120.00 | 6 | 1 | 2 | 2.34% | 0.39% | 2.73% | 0.78% | $20.00 |
| | | | 6411 | ****Ackerman Sweeps Report Buyers*** | 344 | $120.00 | 6 | 16 | 7 | 1.74% | 4.65% | 6.40% | 2.03% | $20.00 |
| | | | 6412 | ***Securities Disbursement** | 1,573 | $385.00 | 20 | 23 | 10 | 1.27% | 1.46% | 2.73% | 0.64% | $19.25 |
| | | | 6413 | ***Capital Release Bureau (formerly known as United Notification Center)** | 583 | $259.00 | 13 | 24 | 6 | 2.23% | 4.12% | 6.35% | 1.03% | $19.92 |
| | | | 6414 | ***MDA (Monetary Disbursement Associates)** | 704 | $280.00 | 14 | 25 | 11 | 1.99% | 3.55% | 5.54% | 1.56% | $20.00 |
| | | | 6415 | ***DNA (Direct Notification Advisors)** | 643 | $240.00 | 12 | 6 | 8 | 1.87% | 0.93% | 2.80% | 1.24% | $20.00 |
| | | | | **SUBTOTAL** | **73,547** | **$36,288.39** | **1,817** | **2,110** | **686** | **2.47%** | **2.87%** | **5.34%** | **0.93%** | **$19.97** |
| | | | | | | $0.49 | | | | | | | | |
| | | | | $1,450,500 | | | | | | | | | | |
| PAB $20 | 12/09/15 | LASER | 6420 | Front End Test (5000) | 5,000 | $2,489.00 | 125 | 118 | 52 | 2.50% | 2.36% | 4.86% | 1.04% | $19.91 |
| | | | | $1,180,350 | | | | | | | | | | |
| PPR $20 | 12/09/15 | LASER | 6421 | Front End Test (5000) | 5,000 | $2,690.00 | 135 | 102 | 38 | 2.70% | 2.04% | 4.74% | 0.76% | $19.93 |
| **12/09/15** | | | | | | | | | | | | | | |
| GDM $22 | 12/11/15 | LASER | 6423 | HF Multis 3+ $ 1,217,534 | 3,400 | $2,528.99 | 115 | 54 | 17 | 3.38% | 1.59% | 4.97% | 0.50% | $21.99 |
| **12/30/15** | | | | | | | | | | | | | | |

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BNO $32 | 01/04/16 | LASER | 6425 | BE #1 $1,250,000 | 2,967 | $10,063.00 | 316 | 113 | 11 | 10.65% | 3.81% | 14.46% | 0.37% | $31.84 |
| CBS $30 | 01/06/16 | LASER | 6427 | BE # 2 $1,392,892.45 | 2,967 | $6,854.99 | 229 | 101 | 15 | 7.72% | 3.40% | 11.12% | 0.51% | $29.93 |
| NRS $28 | 01/08/16 | LASER | 6426 | BE #3 $1,429,899 | 2,967 | $5,820.00 | 208 | 95 | 11 | 7.01% | 3.20% | 10.21% | 0.37% | $27.98 |
| MMP $28 | 01/11/16 | LASER | 6428 | BE #4 $1,412,000 | 2,967 | $4,969.00 | 178 | 81 | 9 | 6.00% | 2.73% | 8.73% | 0.30% | $27.92 |
| GDM $28 | 01/13/16 | LASER | 6429 | BE #5 $1,217,534.00 | 2,967 | $4,212.95 | 151 | 81 | 12 | 5.09% | 2.73% | 7.82% | 0.40% | $27.90 |
| WCS $26 | 01/15/16 | LASER | 6430 | BE #6 $1,392,892.42 | 2,967 | $3,769.00 | 145 | 86 | 14 | 4.89% | 2.90% | 7.79% | 0.47% | $25.99 |
| CPC $26 | 01/19/16 | LASER | 6431 | BE #7 $1,200,000 | 2,967 | $4,043.00 | 156 | 46 | 15 | 5.26% | 1.55% | 6.81% | 0.51% | $25.92 |
| PAB $26 | 01/21/16 | LASER | 6432 | BE #8 $ 1,450,500 | 2,967 | $4,747.00 | 176 | 73 | 15 | 5.93% | 2.46% | 8.39% | 0.51% | $26.97 |
| PES $24 | 01/25/16 | LASER | 6433 | BE # 9 $1,731,000 | 2,967 | $3,607.00 | 151 | 65 | 15 | 5.09% | 2.19% | 7.28% | 0.51% | $23.89 |
| AAA $24 | 01/28/16 | LASER | 6434 | BE #10 $1,675,000 | 2,967 | $3,690.00 | 154 | 66 | 19 | 5.19% | 2.22% | 7.41% | 0.64% | $23.96 |
| TRL $24 | 02/01/16 | LASER | 6435 | BE #11 $1,731,000 | 0 | | | | | | | | | |
| PPF $22 | 02/03/16 | LASER | 6436 | BE #12 $1,850,000 | 0 | | | | | | | | | |
| NPB $22 | 02/05/16 | LASER | 6437 | BE #13 $1,731,000 | 0 | | | | | | | | | |
| | | | | **SUBTOTAL** | 29,670 | $51,775.94 | 1,864 | 807 | 136 | **6.28%** | **2.72%** | **9.00%** | **0.46%** | **$27.78** |
| | | | | | | $1.75 | | | | | | | | |
| | | | | **TOTAL** | **116,617** | **$95,772.32** | **4,056** | **3,191** | **929** | **3.48%** | **2.74%** | **6.21%** | **0.80%** | **$23.61** |
| | | | | | | $0.82 | | | | | | | | |
| **01/06/16** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **01/08/16** | LASER | | | | | | | | | | | | |
| | | | 6440 | **Winners House File 2015 SEPT-DEC 4 MNTHS** | 8,738 | $9,960.00 | 498 | 213 | 56 | 5.70% | 2.44% | 8.14% | 0.64% | $20.00 |
| | | | 6441 | **Parkside HL** | 3,133 | $2,600.00 | 130 | 76 | 18 | 4.15% | 2.43% | 6.58% | 0.57% | $20.00 |
| | | | 6442 | **Haven HL** | 1,939 | $1,521.99 | 76 | 30 | 11 | 3.92% | 1.55% | 5.47% | 0.57% | $20.03 |
| | | | 6443 | **Quantum HL** | 1,156 | $960.00 | 48 | 29 | 8 | 4.15% | 2.51% | 6.66% | 0.69% | $20.00 |
| | | | 6444 | ***Whitestone** | 2,111 | $1,310.00 | 66 | 137 | 12 | 3.13% | 6.49% | 9.62% | 0.57% | $19.85 |
| | | | 6445 | **CBA Sweeps** | | | | | | | | | | |
| | | | 6446 | ***Syndicated Sweeps Multi Buyer (5,000 test)** | 2,857 | $1,260.00 | 63 | 74 | 79 | 2.21% | 2.59% | 4.80% | 2.77% | $20.00 |
| | | | 6447 | ****ABM Sweeps** | 2,735 | $1,340.00 | 67 | 30 | 16 | 2.45% | 1.10% | 3.55% | 0.59% | $20.00 |
| | | | 6448 | ****AMS Sweeps** | 1,715 | $1,140.00 | 57 | 35 | 27 | 3.32% | 2.04% | 5.36% | 1.57% | $20.00 |
| | | | 6449 | *****Diamond Dollars Paid Contest Entrants** | 289 | $140.00 | 7 | 3 | 3 | 2.42% | 1.04% | 3.46% | 1.04% | $20.00 |
| | | | 6450 | **Gold Rush Sweeps Buyers** | 1,862 | $1,280.00 | 64 | 92 | 8 | 3.44% | 4.94% | 8.38% | 0.43% | $20.00 |
| | | | 6451 | **Rocket Awards (was Hit It Big)** | 4,933 | $1,720.00 | 86 | 58 | 43 | 1.74% | 1.18% | 2.92% | 0.87% | $20.00 |
| | | | 6452 | **ISM** | 1,343 | $780.00 | 39 | 50 | 5 | 2.90% | 3.72% | 6.63% | 0.37% | $20.00 |
| | | | 6453 | **National Magazine (most recent week)** | 21,903 | $9,459.00 | 473 | 838 | 318 | 2.16% | 3.83% | 5.99% | 1.45% | $20.00 |
| | | | 6454 | **North Shore ($10 + Buyers)** | 8,540 | $3,885.00 | 194 | 122 | 18 | 2.27% | 1.43% | 3.70% | 0.21% | $20.03 |
| | | | 6455 | **Psychic Center** | | | | | | | | | | |
| | | | 6456 | **PWA** | 2,658 | $1,325.00 | 67 | 149 | 26 | 2.52% | 5.61% | 8.13% | 0.98% | $19.78 |
| | | | 6457 | **SPRC** | 2,698 | $2,380.00 | 119 | 277 | 20 | 4.41% | 10.27% | 14.68% | 0.74% | $20.00 |
| | | | 6458 | **National Fulfillment Advisors (fka GAM (WNP)** | 1,118 | $460.00 | 23 | 48 | 13 | 2.06% | 4.29% | 6.35% | 1.16% | $20.00 |
| | | | 6459 | | | | | | | | | | | |
| | | | 6460 | *****UDA SWEEPS PLAYERS & REPORT BUYERS** | 266 | $200.00 | 10 | 5 | 4 | 3.76% | 1.88% | 5.64% | 1.50% | $20.00 |
| | | | 6461 | ****Ackerman Sweeps Report Buyers** | 239 | $120.00 | 6 | 20 | 9 | 2.51% | 8.37% | 10.88% | 3.77% | $20.00 |
| | | | 6462 | ****Securities Disbursement** | 2,121 | $600.00 | 30 | 43 | 14 | 1.41% | 2.03% | 3.44% | 0.66% | $20.00 |
| | | | 6463 | ****Capital Release Bureau (formerly known as United Notification Center)** | 538 | $200.00 | 10 | 30 | 5 | 1.86% | 5.58% | 7.43% | 0.93% | $20.00 |
| | | | 6464 | ****MDA (Monetary Disbursement Associates)** | 714 | $260.00 | 13 | 10 | 15 | 1.82% | 1.40% | 3.22% | 2.10% | $20.00 |
| | | | 6465 | ****DNA (Direct Notification Advisors)** | 571 | $260.00 | 13 | 14 | 4 | 2.28% | 2.45% | 4.73% | 0.70% | $20.00 |
| | | | 6466 | **United Prize Disposition (NPR Sweeps Buyers)** | 1,180 | $340.00 | 17 | 19 | 13 | 1.44% | 1.61% | 3.05% | 1.10% | |
| | | | | **SUBTOTAL** | **75,357** | **$43,500.99** | **2,176** | **2,402** | **745** | **2.89%** | **3.19%** | **6.08%** | **0.99%** | **$19.99** |
| | | | | | | $0.58 | | | | | | | | |
| | | | | **$1,180,350** | | | | | | | | | | |
| PPR $20 | 01/08/16 | LASER | 6467 | Front End Test (10,000) | 10,000 | $5,165.99 | 259 | 215 | 104 | 2.59% | 2.15% | 4.74% | 1.04% | $19.95 |

Gov't Ex. 158
Page 20 of 31

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01/08/16 | 4,716 | | | | | | | | | | | | |
| | 01/12/16 | 5,284 | | | | | | | | | | | | |
| **01/08/16** | | | | | | | | | | | | | | |
| GDM $22 | 01/11/16 | LASER | 6472 | HF Multis 3+ $ 1,217,534 | 3,126 | $3,512.00 | 158 | 54 | 15 | 5.05% | 1.73% | 6.78% | 0.48% | $22.23 |
| **01/25/16** | | | | | | | | | | | | | | |
| BNO $32 | 01/27/16 | LASER | 6473 | BE #1 $1,250,000 | 3,086 | $11,696.00 | 366 | 132 | 15 | 11.86% | 4.28% | 16.14% | 0.49% | $31.96 |
| CBS $30 | 01/29/16 | LASER | 6474 | BE # 2 $1,392,892.45 | 3,086 | $8,756.00 | 294 | 135 | 8 | 9.53% | 4.37% | 13.90% | 0.26% | $29.78 |
| NRS $28 | 02/01/16 | LASER | 6475 | BE #3 $1,429,899 | 3,086 | $7,607.00 | 273 | 118 | 8 | 8.85% | 3.82% | 12.67% | 0.26% | $27.86 |
| **02/01/16** | | | | | | | | | | | | | | |
| MMP $28 | 02/03/16 | LASER | 6476 | BE #4 $1,412,000 | 3,346 | $4,447.00 | 160 | 98 | 14 | 4.78% | 2.93% | 7.71% | 0.42% | $27.79 |
| GDM $28 | 02/05/16 | LASER | 6477 | BE #5 $1,217,534.00 | 3,346 | $4,319.00 | 155 | 82 | 13 | 4.63% | 2.45% | 7.08% | 0.39% | $27.86 |
| WCS $26 | 02/08/16 | LASER | 6478 | BE #6 $1,392,892.42 | 3,346 | $4,582.00 | 176 | 74 | 14 | 5.26% | 2.21% | 7.47% | 0.42% | $26.03 |
| CPC $26 | 02/10/16 | LASER | 6479 | BE #7 $1,200,000 | 3,346 | $3,617.00 | 140 | 62 | 20 | 4.18% | 1.85% | 6.04% | 0.60% | $25.84 |
| PAB $26 | 02/12/16 | LASER | 6480 | B/E # 8 $ 1,450,500 | 3,346 | $5,436.00 | 210 | 79 | 12 | 6.28% | 2.36% | 8.64% | 0.36% | $25.89 |
| PES $24 | 02/16/16 | LASER | 6481 | BE # 9 $1,731,000 | 3,346 | $4,452.80 | 185 | 87 | 10 | 5.53% | 2.60% | 8.13% | 0.30% | $24.07 |
| AAA $24 | 02/18/16 | LASER | 6482 | BE #10 $1,675,000 | 3,346 | $4,697.80 | 196 | 83 | 12 | 5.86% | 2.48% | 8.34% | 0.36% | $23.97 |
| OTC $22 | 02/22/16 | LASER | 6483 | BE #11 $1,226,612 | 3,346 | $2,064.00 | 94 | 42 | 17 | 2.81% | 1.26% | 4.06% | 0.51% | $21.96 |
| | | | | **SUBTOTAL** | 36,026 | $61,674.60 | 2,249 | 992 | 143 | **6.24%** | **2.75%** | **9.00%** | **0.40%** | **$27.42** |
| | | | | | | $1.71 | | | | | | | | |
| | | | | **TOTAL** | **124,509** | **$113,853.58** | **4,842** | **3,663** | **1,007** | **3.89%** | **2.94%** | **6.83%** | **0.81%** | **$23.51** |
| | | | | | | $0.91 | | | | | | | | |
| **02/04/16** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **02/08/16** | LASER | 6485 | **Winners House File** | 8,348 | $8,255.00 | 413 | 180 | 63 | 4.95% | 2.16% | 0.75% | 7.86% | $19.99 |
| | | | 6486 | **Parkside HL** | 2,766 | $1,900.00 | 95 | 58 | 19 | 3.43% | 2.10% | 0.69% | 6.22% | $20.00 |
| | | | 6487 | **Haven HL** | 1,759 | $1,360.00 | 68 | 33 | 8 | 3.87% | 1.88% | 0.45% | 6.20% | $20.00 |
| | | | 6488 | **Quantum HL** | 937 | $560.00 | 28 | 24 | 4 | 2.99% | 2.56% | 0.43% | 5.98% | $20.00 |
| | | | 6489 | ****Whitestone** | 2,330 | $1,130.00 | 57 | 132 | 16 | 2.45% | 5.67% | 0.69% | 8.80% | $19.82 |
| | | | 6490 | **CBA Sweeps** | | | | | | | | | | |
| | | | 6491 | *****Syndicated Sweeps Multi Buyer (5,000 test)** | 2,956 | $1,020.00 | 51 | 55 | 77 | 1.73% | 1.86% | 2.60% | 6.19% | $20.00 |
| | | | 6492 | *****ABM Sweeps** | 3,274 | $1,040.00 | 52 | 50 | 23 | 1.59% | 1.53% | 0.70% | 3.82% | $20.00 |
| | | | 6493 | *****AMS Sweeps** | 1,239 | $680.00 | 34 | 9 | 31 | 2.74% | 0.73% | 2.50% | 5.97% | $20.00 |
| | | | 6494 | | | | | | | | | | | |
| | | | 6495 | **Gold Rush Sweeps Buyers** | 714 | $380.00 | 19 | 59 | 6 | 2.66% | 8.26% | 0.84% | 11.76% | $20.00 |
| | | | 6496 | **Rocket Awards (was Hit It Big)** | 4,416 | $1,477.91 | 73 | 39 | 37 | 1.65% | 0.88% | 0.84% | 3.37% | $20.25 |
| | | | 6497 | **ISM** | 1,548 | $440.00 | 22 | 50 | 9 | 1.42% | 3.23% | 0.58% | 5.23% | $20.00 |
| | | | 6498 | **National Magazine (most recent week)** | 22,148 | $9,593.45 | 479 | 686 | 357 | 2.16% | 3.10% | 1.61% | 6.87% | $20.03 |
| | | | 6499 | **North Shore ($10 + Buyers)** | 7,865 | $3,909.95 | 196 | 120 | 32 | 2.49% | 1.53% | 0.41% | 4.42% | $19.95 |
| | | | 6500 | **Psychic Center** | 1,596 | $680.00 | 34 | 34 | 40 | 2.13% | 2.13% | 2.51% | 6.77% | $20.00 |
| | | | 6501 | **PWA** | 1,599 | $800.00 | 40 | 140 | 10 | 2.50% | 8.76% | 0.63% | 11.88% | $20.00 |
| | | | 6502 | **SPRC** | 997 | $379.95 | 19 | 85 | 8 | 1.91% | 8.53% | 0.80% | 11.23% | $20.00 |
| | | | 6503 | **National Fulfillment Advisors (fka GAM (WNP)** | 1,127 | $700.00 | 35 | 60 | 12 | 3.11% | 5.32% | 1.06% | 9.49% | $20.00 |
| | | | 6504 | **UDA SWEEPS PLAYERS & REPORT BUYERS** | 351 | $220.00 | 11 | 4 | 4 | 3.13% | 1.14% | 1.14% | 5.41% | $20.00 |
| | | | 6505 | ******Ackerman Sweeps Report Buyers*** | 228 | $170.00 | 9 | 56 | 2 | 3.95% | 24.56% | 0.88% | 29.39% | $18.89 |
| | | | 6506 | | | | | | | | | | | |

Gov't Ex. 158
Page 21 of 31

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6507 | ***Capital Release Bureau (formerly known as United Notification Center) | 659 | $260.00 | 13 | 28 | 4 | 1.97% | 4.25% | 0.61% | 6.83% | $20.00 |
| | | | 6508 | ***MDA (Monetary Disbursement Associates) | 849 | $180.00 | 9 | 10 | 8 | 1.06% | 1.18% | 0.94% | 3.18% | $20.00 |
| | | | 6509 | ***DNA (Direct Notification Advisors) | 638 | $220.00 | 11 | 6 | 9 | 1.72% | 0.94% | 1.41% | 4.08% | $20.00 |
| | | | 6510 | | | | | | | | | | | |
| | | | 6511 | | | | | | | | | | | |
| | | | 6512 | *Capital Distribution Agency | 2,002 | $400.00 | 20 | 21 | 99 | 1.00% | 1.05% | 4.95% | 6.99% | |
| | | | | **SUBTOTAL** | **70,346** | **$35,756.26** | **1,788** | **1,939** | **878** | **2.54%** | **2.76%** | **1.25%** | **6.55%** | **$20.00** |
| | | | | | | $0.51 | | | | | | | | |
| | | | | $1,180,350 | | | | | | | | | | |
| PPR $20 | 02/08/16 | LASER | 6515 | Front End Test (10,000) | 10,000 | $4,044.00 | 201 | 212 | 112 | 2.01% | 2.12% | 1.12% | 5.25% | $20.12 |
| **02/08/16** | | | | | | | | | | | | | | |
| GDM $22 | 02/10/16 | LASER | 6520 | HF Multis 3+ $ 1,217,534 | 2,788 | $2,412.00 | 110 | 48 | 23 | 3.95% | 1.72% | 0.82% | 6.49% | $21.93 |
| **02/24/16** | | | | | | | | | | | | | | |
| BNO $32 | 02/26/16 | LASER | 6521 | BE #1 $1,250,000 | 2,728 | $8,495.00 | 266 | 95 | 6 | 9.75% | 3.48% | 0.22% | 13.45% | $31.94 |
| CBS $30 | 02/29/16 | LASER | 6522 | BE # 2 $1,392,892.45 | 2,728 | $7,430.00 | 249 | 103 | 10 | 9.13% | 3.78% | 0.37% | 13.27% | $29.84 |
| NRS $28 | 03/02/16 | LASER | 6523 | BE #3 $1,429,899 | 2,728 | $6,320.00 | 227 | 92 | 16 | 8.32% | 3.37% | 0.59% | 12.28% | $27.84 |
| **2/29/2016** | | | | | | | | | | | | | | |
| MMP $28 | 03/04/16 | LASER | 6524 | BE #4 $1,412,000 | 2,940 | $4,680.00 | 167 | 75 | 18 | 5.68% | 2.55% | 0.61% | 8.84% | $28.02 |
| GDM $28 | 03/07/16 | LASER | 6525 | BE #5 $1,217,534.00 | 2,940 | $4,114.00 | 149 | 72 | 23 | 5.07% | 2.45% | 0.78% | 8.30% | $27.61 |
| WCS $26 | 03/09/16 | LASER | 6526 | BE #6 $1,392,892.42 | 2,940 | $3,505.00 | 136 | 75 | 24 | 4.63% | 2.55% | 0.82% | 7.99% | $25.77 |
| CPC $26 | 03/11/16 | LASER | 6527 | BE #7 $1,200,000 | 2,940 | $2,306.00 | 89 | 47 | 20 | 3.03% | 1.60% | 0.68% | 5.31% | $25.91 |
| PAB $26 | 03/14/16 | LASER | 6528 | B/E # 8 $ 1,450,500 | 2,940 | $4,790.00 | 186 | 86 | 16 | 6.33% | 2.93% | 0.54% | 9.80% | $25.75 |
| PES $24 | 03/16/16 | LASER | 6529 | BE # 9 $1,731,000 | 2,940 | $2,973.00 | 124 | 54 | 16 | 4.22% | 1.84% | 0.54% | 6.60% | $23.98 |
| AAA $24 | 03/18/16 | LASER | 6530 | BE #10 $1,675,000 | 2,940 | $4,691.00 | 196 | 51 | 16 | 6.67% | 1.73% | 0.54% | 8.95% | $23.93 |
| TRL $24 | 03/21/16 | LASER | 6531 | BE #11 $1,731,000 | 2,940 | $3,586.00 | 150 | 71 | 13 | 5.10% | 2.41% | 0.44% | 7.96% | $23.91 |
| OTC $22 | 03/23/16 | LASER | 6532 | BE #12 $1,226,612 | 2,940 | $1,760.00 | 80 | 34 | 17 | 2.72% | 1.16% | 0.58% | 4.46% | $22.00 |
| | | | | SUBTOTAL | 34,644 | $54,650.00 | 2,019 | 855 | 195 | 5.83% | 2.47% | **0.56%** | **8.86%** | $27.07 |
| | | | | | | $1.58 | | | | | | | | |
| | | | | **TOTAL** | **117,778** | **$96,862.26** | **4,118** | **3,054** | **1,208** | **3.50%** | **2.59%** | **1.03%** | **7.12%** | **$23.52** |
| | | | | | | $0.82 | | | | | | | | |
| **03/03/16** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **03/07/16** | LASER | 6540 | **Winners House File** | 9,675 | $9,827.99 | 491 | 259 | 92 | 5.07% | 2.68% | 0.95% | 8.70% | $20.02 |
| | | | 6541 | **Parkside HL** | 3,269 | $2,599.00 | 130 | 83 | 30 | 3.98% | 2.54% | 0.92% | 7.43% | $19.99 |
| | | | 6542 | **Haven HL** | 1,568 | $1,190.00 | 60 | 34 | 7 | 3.83% | 2.17% | 0.45% | 6.44% | $19.83 |
| | | | 6543 | **Quantum HL** | 1,118 | $940.00 | 47 | 19 | 7 | 4.20% | 1.70% | 0.63% | 6.53% | $20.00 |
| | | | 6544 | ***Whitestone** | 2,617 | $1,440.00 | 72 | 62 | 13 | 2.75% | 2.37% | 0.50% | 5.62% | $20.00 |
| | | | 6545 | **CBA Sweeps** | | | | | | | | | | |
| | | | 6546 | **Syndicated Sweeps Multi Buyer (5,000 test)** | 2,898 | $1,140.00 | 57 | 59 | 71 | 1.97% | 2.04% | 2.45% | 6.45% | $20.00 |
| | | | 6547 | **ABM Sweeps** | 3,310 | $1,460.00 | 73 | 84 | 32 | 2.21% | 2.54% | 0.97% | 5.71% | $20.00 |
| | | | 6548 | **AMS Sweeps** | | | | | | | | | | |

**Gov't Ex. 158**
**Page 22 of 31**

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6549 | **Gold Rush Sweeps Buyers** | 1,663 | $1,420.00 | 71 | 93 | 5 | 4.27% | 5.59% | 0.30% | 10.16% | $20.00 |
| | | | 6550 | **Rocket Awards (was Hit It Big)** | 4,164 | $1,425.00 | 71 | 36 | 34 | 1.71% | 0.86% | 0.82% | 3.39% | $20.07 |
| | | | 6551 | **ISM** | 1,859 | $1,200.00 | 60 | 101 | 13 | 3.23% | 5.43% | 0.70% | 9.36% | $20.00 |
| | | | 6552 | **National Magazine (most recent week)** | 23,163 | $11,813.35 | 591 | 904 | 280 | 2.55% | 3.90% | 1.21% | 7.66% | $19.99 |
| | | | 6553 | **North Shore ($10 + Buyers)** | 8,795 | $4,409.95 | 220 | 111 | 27 | 2.50% | 1.26% | 0.31% | 4.07% | $20.05 |
| | | | 6554 | **Psychic Center** | 2,429 | $1,243.00 | 62 | 37 | 53 | 2.55% | 1.52% | 2.18% | 6.26% | $20.05 |
| | | | 6555 | **PWA** | 1,248 | $520.00 | 26 | 88 | 5 | 2.08% | 7.05% | 0.40% | 9.54% | $20.00 |
| | | | 6556 | **SPRC** | 2,030 | $1,320.00 | 66 | 188 | 12 | 3.25% | 9.26% | 0.59% | 13.10% | $20.00 |
| | | | 6557 | **National Fulfillment Advisors (fka GAM (WNP)** | 1,220 | $840.00 | 41 | 52 | 8 | 3.36% | 4.26% | 0.66% | 8.28% | $20.49 |
| | | | 6558 | **UDA SWEEPS PLAYERS & REPORT BUYERS** | 271 | $120.00 | 6 | 5 | 1 | 2.21% | 1.85% | 0.37% | 4.43% | $20.00 |
| | | | 6559 | ***Ackerman Sweeps Report Buyers*** | 218 | $60.00 | 3 | 77 | 2 | 1.38% | 35.32% | 0.92% | 37.61% | $20.00 |
| | | | 6560 | **Capital Release Bureau (formerly known as United Notification Center)** | 614 | $260.00 | 13 | 29 | 4 | 2.12% | 4.72% | 0.65% | 7.49% | $20.00 |
| | | | 6561 | **MDA (Monetary Disbursement Associates)** | 664 | $320.00 | 16 | 10 | 8 | 2.41% | 1.51% | 1.20% | 5.12% | $20.00 |
| | | | 6562 | **DNA (Direct Notification Advisors)** | 639 | $200.00 | 10 | 25 | 7 | 1.56% | 3.91% | 1.10% | 6.57% | $20.00 |
| | | | 6563 | **Capital Distribution Agency | 2,077 | $440.00 | 22 | 24 | 133 | 1.06% | 1.16% | 6.40% | 8.62% | $20.00 |
| | | | 6564 | ***Prime Sweepstakes Distributors USA** | 2,267 | $940.00 | 47 | 32 | 151 | 2.07% | 1.41% | 6.66% | 10.15% | $20.00 |
| | | | 6565 | ****Cash Disposition Sweeps Report Buyers*** | 357 | $20.00 | 1 | 133 | 8 | 0.28% | 37.25% | 2.24% | 39.78% | $20.00 |
| | | | 6566 | ***Monetary Incentive Division** | 271 | $180.00 | 9 | 8 | 2 | 3.32% | 2.95% | 0.74% | 7.01% | $20.00 |
| | | | 6567 | ***Global Asset Affiliates.** | 303 | $220.00 | 11 | 13 | 1 | 3.63% | 4.29% | 0.33% | 8.25% | $20.00 |
| | | | 6568 | | | | | | | | | | | |
| | | | | **SUBTOTAL** | **78,707** | **$45,548.29** | **2,276** | **2,566** | **1,006** | **2.89%** | **3.26%** | **1.28%** | **7.43%** | **$20.01** |
| | | | | | | $0.58 | | | | | | | | |
| | | | | **$1,000,000** | | | | | | | | | | |
| CPR $20 | 03/07/16 | LASER | 6570 | Front End Test (10,000) | 10,000 | $3,430.00 | 172 | 242 | 146 | 1.72% | 2.42% | 1.46% | 5.60% | $19.94 |
| **03/08/16** | | | | | | | | | | | | | | |
| GDM $22 | 03/10/16 | LASER | 6571 | HF Multis 3+ $ 1,217,534 | 3,319 | $1,979.00 | 90 | 57 | 33 | 2.71% | 1.72% | 0.99% | 5.42% | $21.99 |
| **03/24/16** | | | | | | | | | | | | | | |
| BNO $32 | 03/28/16 | LASER | 6572 | BE #1 $1,250,000 | 3,042 | $10,313.95 | 322 | 104 | 8 | 10.59% | 3.42% | 0.26% | 14.27% | $32.03 |
| CBS $30 | 03/30/16 | LASER | 6573 | BE # 2 $1,392,892.45 | 3,042 | $8,510.00 | 284 | 91 | 16 | 9.34% | 2.99% | 0.53% | 12.85% | $29.96 |
| NRS $28 | 04/01/16 | LASER | 6574 | BE #3 $1,429,899 | 3,042 | $6,615.00 | 237 | 108 | 11 | 7.79% | 3.55% | 0.36% | 11.70% | $27.91 |
| MMP $28 | 04/04/16 | LASER | 6575 | BE #4 $1,412,000 | 3,042 | $4,833.00 | 172 | 90 | 10 | 5.65% | 2.96% | 0.33% | 8.94% | $28.10 |
| GDM $28 | 04/06/16 | LASER | 6576 | BE #5 $1,217,534.00 | 3,042 | $4,456.00 | 159 | 76 | 12 | 5.23% | 2.50% | 0.39% | 8.12% | $28.03 |
| PPR $26 | 04/08/16 | LASER | 6577 | BE #6 $ 1,180,350 | 3,042 | $4,369.00 | 163 | 68 | 11 | 5.36% | 2.24% | 0.36% | 7.96% | $26.80 |
| WCS $26 | 04/11/16 | LASER | 6578 | BE #7 $1,392,892.42 | 3,042 | $3,073.00 | 119 | 51 | 4 | 3.91% | 1.68% | 0.13% | 5.72% | $25.82 |
| CPC $26 | 04/13/16 | LASER | 6579 | BE #8 $1,200,000 | 3,042 | $2,686.00 | 103 | 67 | 21 | 3.39% | 2.20% | 0.69% | 6.28% | $26.08 |
| PAB $26 | 04/15/16 | LASER | 6580 | B/E # 9 $ 1,450,500 | 3,042 | $3,860.00 | 149 | 80 | 14 | 4.90% | 2.63% | 0.46% | 7.99% | $25.91 |
| PES $24 | 04/18/16 | LASER | 6581 | BE # 10 $1,731,000 | 3,042 | $3,389.99 | 141 | 77 | 18 | 4.64% | 2.53% | 0.59% | 7.76% | $24.04 |
| AAA $24 | 04/20/16 | LASER | 6582 | BE #11 $1,675,000 | 3,042 | $3,706.50 | 155 | 70 | 15 | 5.10% | 2.30% | 0.49% | 7.89% | $23.91 |
| TRL $24 | 04/22/16 | LASER | 6583 | BE #12 $1,731,000 | 3,042 | $2,541.00 | 104 | 76 | 15 | 3.42% | 2.50% | 0.49% | 6.41% | $24.43 |
| OTC $22 | 04/25/16 | LASER | 6584 | BE #13 $1,226,612 | 3,042 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| | | | | **SUBTOTAL** | **39,546** | **$58,353.44** | **2,108** | **958** | **155** | **5.33%** | **2.42%** | **0.39%** | **8.14%** | **$27.68** |
| | | | | | | $1.48 | | | | | | | | |
| | | | | **TOTAL** | **131,572** | **$109,310.73** | **4,646** | **3,823** | **1,340** | [illegible] | [illegible] | **1.02%** | **7.46%** | **$23.53** |

Gov't Ex. 158
Page 23 of 31

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.83 | | | | | | | | |
| **04/07/16** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **04/11/16** | LASER | 6585 | **Winners House File** | 9,487 | $8,311.00 | 417 | 208 | 71 | 4.40% | 2.19% | 0.75% | 7.34% | $19.93 |
| | | | 6586 | **Parkside HL** | 3,245 | $2,840.00 | 142 | 73 | 29 | 4.38% | 2.25% | 0.89% | 7.52% | $20.00 |
| | | | 6587 | **Haven HL** | 1,677 | $1,180.00 | 59 | 30 | 8 | 3.52% | 1.79% | 0.48% | 5.78% | $20.00 |
| | | | 6588 | **Quantum HL** | 882 | $622.00 | 31 | 17 | 2 | 3.51% | 1.93% | 0.23% | 5.67% | $20.06 |
| | | | 6589 | **Whitestone** | 3,308 | $1,550.00 | 78 | 86 | 13 | 2.36% | 2.60% | 0.39% | 5.35% | $19.87 |
| | | | 6590 | ***Peninsula Contest Players.** | 178 | $120.00 | 6 | 15 | 1 | 3.37% | 8.43% | 0.56% | 12.36% | $20.00 |
| | | | 6591 | **Syndicated Sweeps Multi Buyer (5,000 max)** | 2,876 | $820.00 | 41 | 60 | 95 | 1.43% | 2.09% | 3.30% | 6.82% | $20.00 |
| | | | 6592 | **ABM Sweeps** | 3,249 | $1,539.95 | 77 | 75 | 27 | 2.37% | 2.31% | 0.83% | 5.51% | $20.00 |
| | | | 6593 | **AMS Sweeps** | 509 | $200.00 | 10 | 12 | 7 | 1.96% | 2.36% | 1.38% | 5.70% | $20.00 |
| | | | 6594 | **Gold Rush Sweeps Buyers** | 1,719 | $1,180.00 | 59 | 76 | 5 | 3.43% | 4.42% | 0.29% | 8.14% | $20.00 |
| | | | 6595 | **Rocket Awards (was Hit It Big)** | 2,948 | $1,420.00 | 71 | 32 | 17 | 2.41% | 1.09% | 0.58% | 4.07% | $20.00 |
| | | | 6596 | **ISM** | 785 | $400.00 | 20 | 57 | 9 | 2.55% | 7.26% | 1.15% | 10.96% | $20.00 |
| | | | 6597 | **National Magazine (most recent week)** | 24,709 | $15,098.00 | 757 | 1,009 | 249 | 3.06% | 4.08% | 1.01% | 8.15% | $19.94 |
| | | | 6598 | **North Shore ($10 + Buyers)** | 8,539 | $3,740.95 | 187 | 109 | 34 | 2.19% | 1.28% | 0.40% | 3.86% | $20.01 |
| | | | 6599 | **Psychic Center** | 2,614 | $800.00 | 40 | 47 | 52 | 1.53% | 1.80% | 1.99% | 5.32% | $20.00 |
| | | | 6600 | **PWA** | 2,648 | $1,985.00 | 99 | 190 | 6 | 3.74% | 7.18% | 0.23% | 11.14% | $20.05 |
| | | | 6601 | **SPRC** | 1,871 | $1,490.00 | 75 | 167 | 11 | 4.01% | 8.93% | 0.59% | 13.52% | $19.87 |
| | | | 6602 | **National Fulfillment Advisors (fka GAM (WNP)** | 1,069 | $600.00 | 30 | 46 | 7 | 2.81% | 4.30% | 0.65% | 7.76% | $20.00 |
| | | | 6603 | **UDA SWEEPS PLAYERS & REPORT BUYERS** | 361 | $150.00 | 8 | 7 | 7 | 2.22% | 1.94% | 1.94% | 6.09% | $18.75 |
| | | | 6604 | ***Ackerman Sweeps Report Buyers*** | 204 | $240.00 | 12 | 6 | 3 | 5.88% | 2.94% | 1.47% | 10.29% | $20.00 |
| | | | 6605 | **Capital Release Bureau (formerly known as United Notification Center)** | 275 | $220.00 | 11 | 25 | | 4.00% | 9.09% | 0.00% | 13.09% | $20.00 |
| | | | 6606 | **MDA (Monetary Disbursement Associates)** | 644 | $260.00 | 13 | 6 | 5 | 2.02% | 0.93% | 0.78% | 3.73% | $20.00 |
| | | | 6607 | ***Capital Distribution Agency | 2,138 | $580.00 | 29 | 20 | 112 | 1.36% | 0.94% | 5.24% | 7.53% | $20.00 |
| | | | 6608 | ****Prime Sweepstakes Distributors USA** | 3,168 | $425.00 | 21 | 48 | 214 | 0.66% | 1.52% | 6.76% | 8.93% | $20.24 |
| | | | 6609 | ****Monetary Incentive Division** | 353 | $199.95 | 10 | 7 | 4 | 2.83% | 1.98% | 1.13% | 5.95% | $20.00 |
| | | | 6610 | ***Global Asset Affiliates.** | 457 | $140.00 | 7 | 41 | 3 | 1.53% | 8.97% | 0.66% | 11.16% | $20.00 |
| | | | | **SUBTOTAL** | **79,913** | **$46,111.85** | **2,310** | **2,469** | **991** | **2.89%** | **3.09%** | **1.24%** | **7.22%** | **$19.96** |
| | | | | | | $0.58 | | | | | | | | |
| **04/07/16** | | | | **$1,400,000** | | | | | | | | | | |
| PVS $20 | 04/11/16 | LASER | 6615 | Front End Test (10,000) | 10,000 | $3,882.00 | 194 | 328 | 124 | 1.94% | 3.28% | 1.24% | 6.46% | $20.01 |
| **04/12/16** | | | | | | | | | | | | | | |
| GDM $22 | 04/14/16 | LASER | 6616 | HF Multis 3+ $ 1,217,534 | 3,236 | $2,435.00 | 111 | 44 | 29 | 3.43% | 1.36% | 0.90% | 5.69% | $21.94 |
| **04/26/16** | | | | | | | | | | | | | | |
| CPR $35 | 04/28/16 | LASER | 6617 | BE #1 $1,000,000.00 | 3,422 | $7,830.00 | 227 | 121 | 7 | 6.63% | 3.54% | 0.20% | 10.37% | $34.49 |
| BNO $34 | 05/02/16 | LASER | 6618 | BE #2 $1,250,000 | 1,711 | $5,336.00 | 158 | 77 | 4 | 9.23% | 4.50% | 0.23% | 13.97% | $33.77 |
| BNO $32 | | | 6618A | BE #2 $1,250,000 | 1,711 | $4,893.00 | 153 | 79 | 9 | 8.94% | 4.62% | 0.53% | 14.09% | $31.98 |
| CBS $30 | 05/04/16 | LASER | 6619 | BE # 3 $1,392,892.45 | 3,422 | $7,938.99 | 266 | 124 | 14 | 7.77% | 3.62% | 0.41% | 11.81% | $29.85 |
| NRS $28 | 05/06/16 | LASER | 6620 | BE #4 $1,429,899 | 3,422 | $6,600.00 | 236 | 110 | 16 | 6.90% | 3.21% | 0.47% | 10.58% | $27.97 |
| MMP $28 | 05/09/16 | LASER | 6621 | BE #5 $1,412,000 | 3,422 | $3,767.00 | 135 | 80 | 17 | 3.95% | 2.34% | 0.50% | 6.78% | $27.90 |
| GDM $28 | 05/11/16 | LASER | 6622 | BE #6 $1,217,534.00 | 3,422 | $4,534.95 | 162 | 98 | 9 | 4.73% | 2.86% | 0.26% | 7.86% | $27.99 |
| PPR $26 | 05/13/16 | LASER | 6623 | BE #7 $ 1,180,350 | 3,422 | $4,938.95 | 190 | 72 | 17 | 5.55% | 2.10% | 0.50% | 8.15% | $25.99 |
| PAB $26 | 05/16/16 | LASER | 6624 | B/E # 8 $ 1,450,500 | 3,422 | $5,826.00 | 224 | 99 | 15 | 6.55% | 2.89% | 0.44% | 9.88% | $26.01 |

Gov't Ex. 158
Page 24 of 31

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls



Case: 25-3078, 08/14/2026, DktEntry: 30.1, (74 of 164)

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPF $26 | 05/18/16 | LASER | 6625 | BE #9 $1,850,000 | 3,422 | $3,799.00 | 147 | 128 | 21 | 4.30% | 3.74% | 0.61% | 8.65% | $25.84 |
| CPC $26 | 05/20/16 | LASER | 6626 | BE #10 $1,200,000 | 3,422 | $4,162.00 | 160 | 76 | 12 | 4.68% | 2.22% | 0.35% | 7.25% | $26.01 |
| PES $24 | 05/23/16 | LASER | 6627 | BE # 11 $1,731,000 | 3,422 | $3,838.00 | 160 | 73 | 16 | 4.68% | 2.13% | 0.47% | 7.28% | $23.99 |
| AAA $24 | 05/25/16 | LASER | 6628 | BE #12 $1,675,000 | 3,422 | $3,643.99 | 153 | 73 | 21 | 4.47% | 2.13% | 0.61% | 7.22% | $23.82 |
| TRL $24 | 05/27/16 | LASER | 6629 | BE #13 $1,731,000 | 3,422 | $3,045.00 | 127 | 96 | 18 | 3.71% | 2.81% | 0.53% | 7.04% | $23.98 |
| OTC $22 | 05/27/16 | LASER | 6631 | BE #14 $1,226,612 | | | | | | | | | | |
| | | | | **SUBTOTAL** | **44,486** | **$70,152.88** | **2,498** | **1,306** | **196** | **5.62%** | **2.94%** | **0.44%** | **8.99%** | **$28.08** |
| | | | | | | $1.58 | | | | | | | | |
| | | | | **TOTAL** | **137,635** | **$122,581.73** | **5,113** | **4,147** | **1,340** | **3.71%** | **3.01%** | **0.97%** | **7.70%** | **$23.97** |
| | | | | | | $0.89 | | | | | | | | |
| **05/05/16** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **05/06/16** | DIDIT | **6635** | **Winners House File** | 10,501 | $10,780.00 | 538 | 278 | 66 | 5.12% | 2.65% | 0.63% | 8.40% | $20.04 |
| | | | **6636** | **Parkside HL** | 3,813 | $3,499.95 | 175 | 93 | 28 | 4.59% | 2.44% | 0.73% | 7.76% | $20.00 |
| | | | **6637** | **Haven HL** | 3,649 | $2,520.00 | 126 | 65 | 17 | 3.45% | 1.78% | 0.47% | 5.70% | $20.00 |
| | | | **6638** | **Quantum HL** | 1,033 | $820.00 | 41 | 21 | 7 | 3.97% | 2.03% | 0.68% | 6.68% | $20.00 |
| | | | **6639** | **Whitestone** | 4,154 | $2,186.00 | 107 | 115 | 20 | 2.58% | 2.77% | 0.48% | 5.83% | $20.43 |
| | | | **6640** | ****Peninsula Contest Players.** | 869 | $380.00 | 19 | 31 | 8 | 2.19% | 3.57% | 0.92% | 6.67% | $20.00 |
| | | | **6641** | **ABM Sweeps** | 4,213 | $1,605.00 | 80 | 121 | 38 | 1.90% | 2.87% | 0.90% | 5.67% | $20.06 |
| | | | **6642** | **AMS Sweeps** | 897 | $420.00 | 21 | 16 | 10 | 2.34% | 1.78% | 1.11% | 5.24% | $20.00 |
| | | | **6643** | **Gold Rush Sweeps Buyers** | 1,574 | $1,340.00 | 67 | 83 | 3 | 4.26% | 5.27% | 0.19% | 9.72% | $20.00 |
| | | | **6644** | **ISM** | 1,850 | $880.00 | 44 | 103 | 15 | 2.38% | 5.57% | 0.81% | 8.76% | $20.00 |
| | | | **6645** | **National Magazine (most recent week)** | 26,388 | $13,420.00 | 671 | 978 | 331 | 2.54% | 3.71% | 1.25% | 7.50% | $20.00 |
| | | | **6646** | **North Shore ($10 + Buyers)** | 13,057 | $5,719.95 | 286 | 188 | 31 | 2.19% | 1.44% | 0.24% | 3.87% | $20.00 |
| | | | **6647** | **Psychic Center** | 3,040 | $1,120.00 | 56 | 46 | 73 | 1.84% | 1.51% | 2.40% | 5.76% | $20.00 |
| | | | **6648** | **PWA** | 2,207 | $1,905.95 | 94 | 180 | 9 | 4.26% | 8.16% | 0.41% | 12.82% | $20.28 |
| | | | **6649** | **SPRC** | 1,045 | $435.00 | 22 | 107 | 8 | 2.11% | 10.24% | 0.77% | 13.11% | $19.77 |
| | | | **6650** | **National Fulfillment Advisors (fka GAM (WNP)** | 1,515 | $840.00 | 42 | 75 | 17 | 2.77% | 4.95% | 1.12% | 8.84% | $20.00 |
| | | | **6651** | ***Ackerman Sweeps Report Buyers*** | 343 | $100.00 | 5 | 154 | 4 | 1.46% | 44.90% | 1.17% | 47.52% | $20.00 |
| | | | **6652** | **Capital Release Bureau (formerly known as United Notification Center)** | | | | | | | | | | |
| | | | **6653** | **MDA (Monetary Disbursement Associates)** | 1,183 | $440.00 | 22 | 83 | 11 | 1.86% | 7.02% | 0.93% | 9.81% | $20.00 |
| | | | **6654** | *****Monetary Incentive Division** | | | | | | | | | | |
| | | | **6655** | ***Guide to Winning** | 1,136 | $600.00 | 30 | 30 | 9 | 2.64% | 2.64% | 0.79% | 6.07% | $20.00 |
| | | | **6656** | ***Wealth Acquisition** | 428 | $80.00 | 4 | 5 | 6 | 0.93% | 1.17% | 1.40% | 3.50% | $20.00 |
| | | | **6657** | ***Metro World Child** | 583 | $340.00 | 17 | 9 | 2 | 2.92% | 1.54% | 0.34% | 4.80% | $20.00 |
| | | | | **SUBTOTAL** | **83,478** | **$49,431.85** | **2,467** | **2,781** | **713** | **2.96%** | **3.33%** | **0.85%** | **7.14%** | **$20.04** |
| | | | | | | $0.59 | | | | | | | | |
| **05/06/16** | | | | | | | | | | | | | | |
| CPC $22 | 05/09/16 | DIDIT | 6665 | HF Multis 3+ $ 1,200,000 | 2,884 | $4,231.00 | 193 | 77 | 19 | 6.69% | 2.67% | 0.66% | 10.02% | $21.92 |
| **05/25/16** | | | | | | | | | | | | | | |

Gov't Ex. 158
Page 25 of 31

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BNO $34 | 05/31/16 | DIDIT | 6667 | BE #1 $1,250,000 | 3,190 | $9,778.95 | 288 | 107 | 20 | 9.03% | 3.35% | 0.63% | 13.01% | $33.95 |
| CBS $30 | 06/02/16 | DIDIT | 6668 | BE # 2 $1,392,892.45 | 3,190 | $6,481.00 | 217 | 123 | 19 | 6.80% | 3.86% | 0.60% | 11.25% | $29.87 |
| PVS $30 | 06/06/16 | DIDIT | 6669 | BE # 3 $1,400, 000 | 3,190 | $5,130.00 | 171 | 86 | 21 | 5.36% | 2.70% | 0.66% | 8.71% | $30.00 |
| CPR $30 | 06/08/16 | DIDIT | 6670 | BE #4 $1,000,000.00 | 3,190 | $4,185.95 | 140 | 83 | 14 | 4.39% | 2.60% | 0.44% | 7.43% | $29.90 |
| NRS $28 | 06/10/16 | DIDIT | 6671 | BE #5 $1,429,899 | 3,190 | $4,516.00 | 162 | 81 | 18 | 5.08% | 2.54% | 0.56% | 8.18% | $27.88 |
| PAB $28 | 06/13/16 | DIDIT | 6672 | B/E # 6 $ 1,450,500 | 3,190 | $4,667.99 | 167 | 76 | 18 | 5.24% | 2.38% | 0.56% | 8.18% | $27.95 |
| MMP $28 | 06/15/16 | DIDIT | 6673 | BE #7 $1,412,000 | 3,190 | $3,957.99 | 142 | 69 | 24 | 4.45% | 2.16% | 0.75% | 7.37% | $27.87 |
| GDM $28 | 06/17/16 | DIDIT | 6674 | BE #8 $1,217,534.00 | 3,190 | $3,127.00 | 112 | 80 | 24 | 3.51% | 2.51% | 0.75% | 6.77% | $27.92 |
| PPR $26 | 06/20/16 | DIDIT | 6675 | BE #9 $ 1,180,350 | 3,190 | $4,288.00 | 182 | 69 | 20 | 5.71% | 2.16% | 0.63% | 8.50% | $23.56 |
| PPF $26 | 06/22/16 | DIDIT | 6676 | BE #10 $1,850,000 | 3,190 | $2,981.00 | 123 | 112 | 16 | 3.86% | 3.51% | 0.50% | 7.87% | $24.24 |
| PES $24 | 06/24/16 | DIDIT | 6677 | BE # 11 $1,731,000 | 3,190 | $3,575.00 | 149 | 82 | 23 | 4.67% | 2.57% | 0.72% | 7.96% | $23.99 |
| AAA $24 | 06/27/16 | DIDIT | 6678 | BE #12 $1,675,000 | 3,190 | $5,728.00 | 238 | 64 | 23 | 7.46% | 2.01% | 0.72% | 10.19% | $24.07 |
| TRL $24 | 06/29/16 | DIDIT | 6679 | BE #13 $1,731,000 | 3,190 | $3,464.00 | 143 | 84 | 21 | 4.48% | 2.63% | 0.66% | 7.77% | $24.22 |
| | | | | **SUBTOTAL** | **41,470** | **$61,880.88** | **2,234** | **1,116** | **261** | **5.39%** | **2.69%** | **0.63%** | **8.71%** | **$27.70** |
| | | | | | | $1.49 | | | | | | | | |
| | | | | **TOTAL** | **127,832** | **$115,543.73** | **4,894** | **3,974** | **993** | **3.83%** | **3.11%** | **0.78%** | **7.71%** | **$23.61** |
| | | | | | | $0.90 | | | | | | | | |
| **06/03/16** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **06/07/16** | DIDIT | **6680** | **Winners House File** | 9,871 | $10,402.84 | 520 | 230 | 92 | 5.27% | 2.33% | 0.93% | 8.53% | $20.01 |
| | | | **6681** | **Parkside HL** | 2,801 | $3,040.00 | 152 | 67 | 15 | 5.43% | 2.39% | 0.54% | 8.35% | $20.00 |
| | | | **6682** | **Haven HL** | 2,586 | $3,180.00 | 159 | 53 | 9 | 6.15% | 2.05% | 0.35% | 8.55% | $20.00 |
| | | | **6683** | **Quantum HL** | 820 | $1,034.94 | 52 | 27 | 3 | 6.34% | 3.29% | 0.37% | 10.00% | $19.90 |
| | | | **6684** | **Whitestone** | 2,014 | $1,540.00 | 77 | 57 | 20 | 3.82% | 2.83% | 0.99% | 7.65% | $20.00 |
| | | | **6685** | ****Peninsula Contest Players.** | 566 | $220.00 | 11 | 24 | 6 | 1.94% | 4.24% | 1.06% | 7.24% | $20.00 |
| | | | **6686** | **ABM Sweeps 5,000** | 2,979 | $1,240.00 | 62 | 46 | 25 | 2.08% | 1.54% | 0.84% | 4.46% | $20.00 |
| | | | **6687** | **AMS Sweeps** | 1,425 | $839.99 | 42 | 30 | 18 | 2.95% | 2.11% | 1.26% | 6.32% | $20.00 |
| | | | **6688** | **Gold Rush Sweeps Buyers** | 1,362 | $930.00 | 47 | 78 | 7 | 3.45% | 5.73% | 0.51% | 9.69% | $19.79 |
| | | | **6689** | **ISM** | 1,639 | $800.00 | 40 | 101 | 10 | 2.44% | 6.16% | 0.61% | 9.21% | $20.00 |
| | | | **6690** | **National Magazine (most recent week)** | 22,304 | $11,498.00 | 574 | 797 | 304 | 2.57% | 3.57% | 1.36% | 7.51% | $20.03 |
| | | | **6691** | **North Shore ($10 + Buyers)** | 11,048 | $5,820.00 | 291 | 158 | 41 | 2.63% | 1.43% | 0.37% | 4.44% | $20.00 |
| | | | **6692** | **PWA** | 799 | $380.00 | 19 | 55 | 10 | 2.38% | 6.88% | 1.25% | 10.51% | $20.00 |
| | | | **6693** | **SPRC** | 1,277 | $820.00 | 41 | 106 | 10 | 3.21% | 8.30% | 0.78% | 12.29% | $20.00 |
| | | | **6694** | **National Fulfillment Advisors (fka GAM (WNP)** | 1,519 | $960.00 | 48 | 76 | 10 | 3.16% | 5.00% | 0.66% | 8.82% | $20.00 |
| | | | **6695** | ***Ackerman Sweeps Report Buyers*** | 387 | $100.00 | 5 | 154 | 5 | 1.29% | 39.79% | 1.29% | 42.38% | $20.00 |
| | | | **6696** | | 0 | | | | | | | | | |
| | | | **6697** | | | | | | | | | | | |
| | | | **6698** | ***FGA SWEEPS** | 4,051 | $230.00 | 13 | 77 | 787 | 0.32% | 1.90% | 19.43% | 21.65% | $17.69 |
| | | | | **SUBTOTAL** | **67,448** | **$43,035.77** | **2,153** | **2,136** | **1,372** | **3.19%** | **3.17%** | **2.03%** | **8.39%** | **$19.99** |
| | | | | | | $0.64 | | | | | | | | |
| **06/03/16** | | | | **$2,895,000** | | | | | | | | | | |

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (76 of 164)

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPM $20 | 06/07/16 | DIDIT | 6705 | Front End Test (5,000) | 5,000 | $2,312.95 | 117 | 122 | 91 | 2.34% | 2.44% | 1.82% | 6.60% | $19.77 |
| **06/06/16** | | | | | | | | | | | | | | |
| CPC $22 | **06/08/16** | DIDIT | 6706 | HF Multis 3+ $ 1,200,000 | 2,147 | $302.00 | 14 | 12 | 8 | 0.65% | 0.56% | 0.37% | 1.58% | $21.57 |
| **06/24/16** | | | | | | | | | | | | | | |
| BNO $34 | 06/29/16 | DIDIT | 6708 | BE #1 $1,250,000 | 3,111 | $10,386.00 | 306 | 131 | 18 | 9.84% | 4.21% | 0.58% | 14.63% | $33.94 |
| CBS $30 | 07/01/16 | DIDIT | 6709 | BE # 2 $1,392,892.45 | 3,111 | $7,192.00 | 240 | 129 | 24 | 7.71% | 4.15% | 0.77% | 12.63% | $29.97 |
| PVS $30 | 07/05/16 | DIDIT | 6710 | BE # 3 $1,400, 000 | 3,111 | $6,165.00 | 206 | 112 | 23 | 6.62% | 3.60% | 0.74% | 10.96% | $29.93 |
| CPR $30 | 07/07/16 | DIDIT | 6711 | BE #4 $1,000,000.00 | 3,111 | $5,312.00 | 179 | 103 | 26 | 5.75% | 3.31% | 0.84% | 9.90% | $29.68 |
| NRS $28 | 07/11/16 | DIDIT | 6712 | BE #5 $1,429,899 | 3,111 | $7,367.56 | 264 | 112 | 28 | 8.49% | 3.60% | 0.90% | 12.99% | $27.91 |
| PAB $28 | 07/13/16 | DIDIT | 6713 | B/E # 6 $ 1,450,500 | 3,111 | $6,723.99 | 241 | 74 | 20 | 7.75% | 2.38% | 0.64% | 10.77% | $27.90 |
| MMP $28 | 07/15/16 | DIDIT | 6714 | BE #7 $1,412,000 | 3,111 | $4,743.00 | 170 | 73 | 21 | 5.46% | 2.35% | 0.68% | 8.49% | $27.90 |
| GDM $28 | 07/18/16 | DIDIT | 6715 | BE #8 $1,217,534.00 | 3,111 | $4,779.00 | 172 | 74 | 25 | 5.53% | 2.38% | 0.80% | 8.71% | $27.78 |
| PPR $26 | 07/20/16 | DIDIT | 6716 | BE #9 $ 1,180,350 | 3,111 | $5,550.00 | 214 | 77 | 19 | 6.88% | 2.48% | 0.61% | 9.96% | $25.93 |
| PPF $26 | 07/22/16 | DIDIT | 6717 | BE #10 $1,850,000 | 3,111 | $3,867.00 | 149 | 113 | 18 | 4.79% | 3.63% | 0.58% | 9.00% | $25.95 |
| PES $24 | 07/25/16 | DIDIT | 6718 | BE # 11 $1,731,000 | 3,111 | $4,618.00 | 193 | 93 | 20 | 6.20% | 2.99% | 0.64% | 9.84% | $23.93 |
| AAA $24 | 07/27/16 | DIDIT | 6719 | BE #12 $1,675,000 | 3,111 | $5,311.00 | 222 | 80 | 24 | 7.14% | 2.57% | 0.77% | 10.48% | $23.92 |
| GDM $22 | 07/29/16 | DIDIT | 6720 | BE #13 $1,217,534 | 3,111 | $4,253.00 | 193 | 80 | 20 | 6.20% | 2.57% | 0.64% | 9.42% | $22.04 |
| | | | | **SUBTOTAL** | **40,443** | **$76,267.55** | **2,749** | **1,251** | **286** | **6.80%** | **3.09%** | **0.71%** | **10.60%** | **$27.74** |
| | | | | | | $1.89 | | | | | | | | |
| | | | | **TOTAL** | **110,038** | **$119,605.32** | **4,916** | **3,399** | **1,666** | **4.47%** | **3.09%** | **1.51%** | **9.07%** | **$24.33** |
| | | | | | | $1.09 | | | | | | | | |
| **07/07/16** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **07/12/16** | DIDIT | **6721** | **Winners House File** | 10,436 | $11,775.98 | 589 | 265 | 97 | 5.64% | 2.54% | 0.93% | 9.11% | $19.99 |
| | | | **6722** | **Parkside HL** | 3,934 | $4,719.95 | 236 | 112 | 20 | 6.00% | 2.85% | 0.51% | 9.35% | $20.00 |
| | | | **6723** | **Haven HL** | 2,083 | $2,405.00 | 120 | 47 | 11 | 5.76% | 2.26% | 0.53% | 8.55% | $20.04 |
| | | | **6724** | **Quantum HL** | 955 | $1,465.00 | 74 | 30 | 4 | 7.75% | 3.14% | 0.42% | 11.31% | $19.80 |
| | | | **6725** | **Whitestone** | 402 | $340.00 | 17 | 14 | 1 | 4.23% | 3.48% | 0.25% | 7.96% | $20.00 |
| | | | **6726** | **AMS Sweeps** | | | | | | | | | | |
| | | | **6727** | **Gold Rush Sweeps Buyers** | 1,385 | $1,320.00 | 66 | 78 | 4 | 4.77% | 5.63% | 0.29% | 10.69% | $20.00 |
| | | | **6728** | **ISM** | 1,658 | $1,080.00 | 54 | 113 | 10 | 3.26% | 6.82% | 0.60% | 10.68% | $20.00 |
| | | | **6729** | **National Magazine (most recent week)** | 18,889 | $10,139.00 | 509 | 689 | 145 | 2.69% | 3.65% | 0.77% | 7.11% | $19.92 |
| | | | **6730** | **North Shore ($10 + Buyers)** | 12,809 | $7,214.95 | 360 | 193 | 48 | 2.81% | 1.51% | 0.37% | 4.69% | $20.04 |
| | | | **6731** | **PWA** | 3,287 | $1,808.00 | 90 | 266 | 11 | 2.74% | 8.09% | 0.33% | 11.17% | $20.09 |
| | | | **6732** | **SPRC** | 2,885 | $2,500.00 | 125 | 287 | 17 | 4.33% | 9.95% | 0.59% | 14.87% | $20.00 |
| | | | **6733** | **National Fulfillment Advisors (fka GAM (WNP)** | 1,914 | $1,400.00 | 70 | 98 | 6 | 3.66% | 5.12% | 0.31% | 9.09% | $20.00 |
| | | | **6734** | ***Rocket Awards (was Hit It Big)** | 2,839 | $1,600.00 | 80 | 27 | 23 | 2.82% | 0.95% | 0.81% | 4.58% | $20.00 |
| | | | **6735** | ***NPR SWEEPS** | 1,708 | $1,040.00 | 52 | 35 | 29 | 3.04% | 2.05% | 1.70% | 6.79% | $20.00 |
| | | | **6736** | ***SCPS** | 1,183 | $800.00 | 40 | 28 | 7 | 3.38% | 2.37% | 0.59% | 6.34% | $20.00 |
| | | | **6737** | | | | | | | | | | | |
| | | | **6738** | | | | | | | | | | | |

Gov't Ex. 158
Page 27 of 31



Case: 25-3078, 08/14/2026, DktEntry: 30.1, (77 of 164)

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 6739 | | | | | | | | | | | |
| | | | | **SUBTOTAL** | **66,367** | **$49,607.88** | **2,482** | **2,282** | **433** | **3.74%** | **3.44%** | **0.65%** | **7.83%** | **$19.99** |
| | | | | | | $0.75 | | | | | | | | |
| **07/08/16** | | | | | | | | | | | | | | |
| CPC $22 | **07/13/16** | DIDIT | 6745 | HF Multis 3+ $ 1,200,000 | 2,129 | $4,137.00 | 188 | 30 | 16 | 8.83% | 1.41% | 0.75% | 10.99% | $22.01 |
| **07/28/16** | | | | | | | | | | | | | | |
| BNO $34 | 08/01/16 | DIDIT | 6746 | BE #1 $1,250,000 | 3,451 | $11,821.10 | 347 | 105 | 12 | 10.06% | 3.04% | 0.35% | 13.45% | $34.07 |
| CPM $34 | 08/03/16 | DIDIT | 6747 | BE # 2 $2,895,000 | 3,451 | $7,422.00 | 219 | 91 | 12 | 6.35% | 2.64% | 0.35% | 9.33% | $33.89 |
| CBS $30 | 08/05/16 | DIDIT | 6748 | BE # 3 $1,392,892.45 | 3,451 | $7,270.00 | 243 | 111 | 8 | 7.04% | 3.22% | 0.23% | 10.49% | $29.92 |
| PVS $30 | 08/08/16 | DIDIT | 6749 | BE # 4 $1,400, 000 | 3,451 | $5,506.00 | 185 | 76 | 3 | 5.36% | 2.20% | 0.09% | 7.65% | $29.76 |
| CPR $30 | 08/10/16 | DIDIT | 6750 | BE #5 $1,000,000.00 | 3,451 | $5,500.00 | 184 | 82 | 1 | 5.33% | 2.38% | 0.03% | 7.74% | $29.89 |
| NRS $28 | 08/12/16 | DIDIT | 6751 | BE #6 $1,429,899 | 3,451 | $5,687.00 | 203 | 96 | | 5.88% | 2.78% | 0.00% | 8.66% | $28.01 |
| PAB $28 | 08/15/16 | DIDIT | 6752 | B/E # 7 $ 1,450,500 | 3,451 | $5,406.00 | 194 | 79 | | 5.62% | 2.29% | 0.00% | 7.91% | $27.87 |
| MMP $28 | 08/17/16 | DIDIT | 6753 | BE #8 $1,412,000 | 3,451 | $3,716.00 | 133 | 67 | | 3.85% | 1.94% | 0.00% | 5.80% | $27.94 |
| GDM $28 | 08/19/16 | DIDIT | 6754 | BE #9 $1,217,534.00 | 3,451 | $3,308.00 | 118 | 70 | | 3.42% | 2.03% | 0.00% | 5.45% | $28.03 |
| PPR $26 | 08/22/16 | DIDIT | 6755 | BE #10 $ 1,180,350 | 3,451 | $3,562.00 | 137 | 56 | | 3.97% | 1.62% | 0.00% | 5.59% | $26.00 |
| PPF $26 | 08/24/16 | DIDIT | 6756 | BE #11 $1,850,000 | 3,451 | $1,764.00 | 68 | 47 | | 1.97% | 1.36% | 0.00% | 3.33% | $25.94 |
| PES $24 | 08/26/16 | DIDIT | 6757 | BE # 12 $1,731,000 | 3,451 | $457.00 | 19 | 11 | | 0.55% | 0.32% | 0.00% | 0.87% | $24.05 |
| AAA $24 | 08/29/16 | DIDIT | 6758 | BE #13 $1,675,000 | 3,451 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| GDM $22 | 08/31/16 | DIDIT | 6759 | BE #14 $1,217,534 | 3,451 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| | | | | **SUBTOTAL** | **48,314** | **$61,419.10** | **2,050** | **891** | **36** | **4.24%** | **1.84%** | **0.07%** | **6.16%** | **$29.96** |
| | | | | | | $1.27 | | | | | | | | |
| | | | | **TOTAL** | **116,810** | **$115,163.98** | **4,720** | **3,203** | **485** | **4.04%** | **2.74%** | **0.42%** | **7.20%** | **$24.40** |
| | | | | | | $0.99 | | | | | | | | |
| **08/05/16** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **08/09/16** | DIDIT | **6760** | **Winners House File** | 10,619 | $11,479.99 | 574 | 234 | 3 | 5.41% | 2.20% | 0.03% | 7.64% | $20.00 |

**Gov't Ex. 158**
**Page 28 of 31**

SWE-WC-00168005, Win-2016-09-01-15-34-49.xls

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (78 of 164)

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **6761** | **Parkside HL** | 3,943 | $4,886.00 | 244 | 82 | | 6.19% | 2.08% | 0.00% | 8.27% | $20.02 |
| | | | **6762** | **Haven HL** | 2,794 | $3,500.00 | 175 | 56 | | 6.26% | 2.00% | 0.00% | 8.27% | $20.00 |
| | | | **6763** | **Quantum HL** | 926 | $1,160.00 | 58 | 16 | | 6.26% | 1.73% | 0.00% | 7.99% | $20.00 |
| | | | **6764** | **FEELS LUCKY HL** | | | | | | | | | | |
| | | | **6765** | **Whitestone** | 223 | $220.00 | 11 | 3 | 1 | 4.93% | 1.35% | 0.45% | 6.73% | $20.00 |
| | | | **6766** | **AMS Sweeps** | | | | | | | | | | |
| | | | **6767** | **Gold Rush Sweeps Buyers** | 1,017 | $710.00 | 36 | 51 | | 3.54% | 5.01% | 0.00% | 8.55% | $19.72 |
| | | | **6768** | **ISM** | 601 | $300.00 | 15 | 74 | | 2.50% | 12.31% | 0.00% | 14.81% | $20.00 |
| | | | **6769** | **National Magazine (most recent week)** | 28,857 | $12,782.74 | 639 | 863 | 4 | 2.21% | 2.99% | 0.01% | 5.22% | $20.00 |
| | | | **6770** | **North Shore ($10 + Buyers)** | 11,549 | $6,485.00 | 325 | 178 | 1 | 2.81% | 1.54% | 0.01% | 4.36% | $19.95 |
| | | | **6771** | **PWA** | 1,875 | $900.00 | 45 | 140 | | 2.40% | 7.47% | 0.00% | 9.87% | $20.00 |
| | | | **6772** | **SPRC** | 1,037 | $640.70 | 32 | 73 | | 3.09% | 7.04% | 0.00% | 10.13% | $20.02 |
| | | | **6773** | **National Fulfillment Advisors (fka GAM (WNP)** | 1,961 | $1,060.00 | 53 | 110 | | 2.70% | 5.61% | 0.00% | 8.31% | $20.00 |
| | | | **6774** | ****Rocket Awards (was Hit It Big)** | 3,075 | $2,285.00 | 114 | 39 | | 3.71% | 1.27% | 0.00% | 4.98% | $20.04 |
| | | | **6775** | ****NPR SWEEPS** | 1,870 | $1,030.00 | 53 | 37 | 1 | 2.83% | 1.98% | 0.05% | 4.87% | $19.43 |
| | | | **6776** | *****SCPS*** | 1,183 | $710.00 | 36 | 39 | | 3.04% | 3.30% | 0.00% | 6.34% | $19.72 |
| | | | | **SUBTOTAL** | **71,530** | **$48,149.43** | **2,410** | **1,995** | **10** | **3.37%** | **2.79%** | **0.01%** | **6.17%** | **$19.98** |
| | | | | | | $0.67 | | | | | | | | |
| **08/08/16** | | | | | | | | | | | | | | |
| CPC $22 | **08/10/16** | DIDIT | 6780 | HF Multis 3+ $ 1,200,000 | 2,088 | $3,834.99 | 174 | 31 | 1 | 8.33% | 1.48% | 0.05% | 9.87% | $22.04 |
| **08/31/16** | | | | | | | | | | | | | | |
| BNO $34 | 09/02/16 | DIDIT | 6781 | BE #1 $1,250,000 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| CPM $34 | 09/06/16 | DIDIT | 6782 | BE # 2 $2,895,000 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| CBS $30 | 09/08/16 | DIDIT | 6783 | BE # 3 $1,392,892.45 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| PVS $30 | 09/12/16 | DIDIT | 6784 | BE # 4 $1,400, 000 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| CPR $30 | 09/13/16 | DIDIT | 6785 | BE #5 $1,000,000.00 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| NRS $28 | 09/15/16 | DIDIT | 6786 | BE #6 $1,429,899 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| PAB $28 | 09/19/16 | DIDIT | 6787 | B/E # 7 $ 1,450,500 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| MMP $28 | 09/21/16 | DIDIT | 6788 | BE #8 $1,412,000 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| GDM $28 | 09/23/16 | DIDIT | 6789 | BE #9 $1,217,534.00 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| PPR $26 | 09/27/16 | DIDIT | 6790 | BE #10 $ 1,180,350 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPF $26 | 09/29/16 | DIDIT | 6791 | BE #11 $1,850,000 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| PES $24 | 10/03/16 | DIDIT | 6792 | BE # 12 $1,731,000 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| AAA $24 | 10/05/16 | DIDIT | 6793 | BE #13 $1,675,000 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| GDM $22 | 10/07/16 | DIDIT | 6794 | BE #14 $1,217,534 | 3,578 | | | | | 0.00% | 0.00% | 0.00% | 0.00% | |
| | | | | **SUBTOTAL** | **50,092** | **$0.00** | **0** | **0** | **0** | **0.00%** | **0.00%** | **0.00%** | **0.00%** | |
| | | | | | | $0.00 | | | | | | | | |
| | | | | **TOTAL** | **123,710** | **$51,984.42** | **2,584** | **2,026** | **11** | **2.09%** | **1.64%** | **0.01%** | **3.74%** | **$20.12** |
| | | | | | | $0.42 | | | | | | | | |
| **09/07/16** | | | | **$1,200,000** | | | | | | | | | | |
| NPF $20 | **09/09/16** | DIDIT | **6795** | **Winners House File** | | | | | | | | | | |
| | | | **6796** | **Parkside HL** | | | | | | | | | | |
| | | | **6797** | **Haven HL** | | | | | | | | | | |
| | | | **6798** | **Quantum HL** | | | | | | | | | | |
| | | | **6799** | **FEELS LUCKY HL** | | | | | | | | | | |
| | | | **6800** | Whitestone | | | | | | | | | | |
| | | | **6801** | AMS Sweeps | | | | | | | | | | |
| | | | **6802** | Gold Rush Sweeps Buyers | | | | | | | | | | |
| | | | **6803** | ISM | | | | | | | | | | |
| | | | **6804** | National Magazine (most recent week) | | | | | | | | | | |
| | | | **6805** | North Shore ($10 + Buyers) | | | | | | | | | | |
| | | | **6806** | PWA | | | | | | | | | | |
| | | | **6807** | SPRC | | | | | | | | | | |
| | | | **6808** | National Fulfillment Advisors (fka GAM (WNP) | | | | | | | | | | |
| | | | **6809** | ***Rocket Awards (was Hit It Big) | | | | | | | | | | |
| | | | **6810** | ***NPR SWEEPS | | | | | | | | | | |
| | | | **6811** | ****SCPS* | | | | | | | | | | |
| | | | **6812** | ***Prize Distribution Services** | | | | | | | | | | |
| | | | **6813** | ***Monetary Disbursement Associates-US Buyers** | | | | | | | | | | |
| | | | **6814** | | | | | | | | | | | |
| | | | **6815** | **Horizon HL** | | | | | | | | | | |
| | | | | **SUBTOTAL** | **0** | **$0.00** | **0** | **0** | **0** | | | | | |
| **09/08/16** | | | | | | | | | | | | | | |
| CPC $22 | **09/12/16** | DIDIT | 6819 | HF Multis 3+ $ 1,200,000 | | | | | | | | | | |
| **09/29/16** | | | | | | | | | | | | | | |
| BNO $34 | 10/03/16 | DIDIT | 6820 | BE #1 $1,250,000 | | | | | | | | | | |

Gov't Ex. 158
Page 30 of 31



Case: 25-3078, 08/14/2026, DktEntry: 30.1, (80 of 164)

| DESCRIPTION | D.DATE | L. SHOP | KEY | LIST | QTY. | $ RESP | #$ RESP | 0 RESP | # RET | % $ RESP | % 0 RESP | % # RET | TL RESP | AVG $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CPM $34 | 10/05/16 | DIDIT | 6821 | BE # 2 $2,895,000 | | | | | | | | | | |
| CBS $30 | 10/07/16 | DIDIT | 6822 | BE # 3 $1,392,892.45 | | | | | | | | | | |
| PVS $30 | 10/11/16 | DIDIT | 6823 | BE # 4 $1,400, 000 | | | | | | | | | | |
| CPR $30 | 10/12/16 | DIDIT | 6824 | BE #5 $1,000,000.00 | | | | | | | | | | |
| NRS $28 | 10/14/16 | DIDIT | 6825 | BE #6 $1,429,899 | | | | | | | | | | |
| PAB $28 | 10/17/16 | DIDIT | 6826 | B/E # 7 $ 1,450,500 | | | | | | | | | | |
| AAA $24 | 10/19/16 | DIDIT | 6827 | BE #8 $1,675,000 | | | | | | | | | | |
| GDM $28 | 10/21/16 | DIDIT | 6828 | BE #9 $1,217,534.00 | | | | | | | | | | |
| PPR $26 | 10/24/16 | DIDIT | 6829 | BE #10 $ 1,180,350 | | | | | | | | | | |
| PPF $26 | 10/26/16 | DIDIT | 6830 | BE #11 $1,850,000 | | | | | | | | | | |
| PES $24 | 10/28/16 | DIDIT | 6831 | BE # 12 $1,731,000 | | | | | | | | | | |
| MMP $24 | 10/31/16 | DIDIT | 6832 | BE #13 $1,412,000 | | | | | | | | | | |
| GDM $22 | 11/02/16 | DIDIT | 6833 | BE #14 $1,217,534 | | | | | | | | | | |
| | | | | **SUBTOTAL** | **0** | **$0.00** | **0** | **0** | **0** | | | | | |
| | | | | **TOTAL** | **0** | **$0.00** | **0** | **0** | **0** | | | | | |
| stock | | | | | | | | | | | | | | |
| | | | | **NEW MEDIA LISTS** | | | | | | | | | | |
| | | | | ***Global Asset Affiliates** | | | | | | | | | | |
| | | | | *** Monitary Incentive Division** | | | | | | | | | | |
| | | | | ***Direct Notification Advisory** | | | | | | | | | | |
| OTC | | | | | | | | | | | | | | |
| NPB | | | | | | | | | | | | | | |
| PDA | | | | | | | | | | | | | | |

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (81 of 164)

NPF
P.O. Box 27
Plainview, NY 11803-0027

**SECURED MAIL**
>>>>>>>>>>>>>>>>>> LASERED & SEALED PAPERS

NPF-ARC-OE01

CAROL STREAM
IL 601
15 AUG '16
PM 5 L

POSTAGE PAID

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

RTS

Refused

A3
06906-

Remove me from your mailing scam.

NIXIE 600 SE 1260 0008/19/16
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 11803002727

REF
11803>0027

GOVERNMENT EXHIBIT
160
2:21-CR-00566

Gov't Ex. 160
Page 1 of 33

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (83 of 164)

NPF

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# CHECKS SCHEDULED FOR RELEASE

NPF REPORTS DIVISION, MAIN OFFICES P.O. BOX 27, Plainview, NY 11803-0027

**Re:** Available Cash and Awards Win-Opportunity Totaling **$1,200,000.00**

**For Release to:**

114/1 26439*******SCH 3-DIGIT 600
Cheryl Havelka
[redacted]
Woodstock, IL 60098-8206

*3035624737*

**Dated:** 8/9/16

*6770*

RECORDED

We are very excited in issuing this formal letter announcement to you directly, **Cheryl**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 3035624737**.

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement , **Cheryl**, and request your direct attention to this matter in order that we may release the entire *** **$1,200,000.00** *** **IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES.** FOR THE ENTIRE *** **$1,200,000.00** *** **ONE MILLION TWO HUNDRED THOUSAND DOLLARS** ***, **CHERYL**, and return it along with the required $20.00 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by third-party contest officials and not NPF. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **CHERYL**, or this once-in-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **CHERYL**, This is not a sweepstakes entry form .**YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.2 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES.** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely,

Dave Barrett

NPF-ARC-FM01

SPECIAL MATTER:
THIS TAG IS OFFICIALLY AFFIXED TO SERVE AS RECORD OF IDENTIFICATION FOR THE INDIVIDUAL NAMED AND FILED ON RECORD.

REGISTRATION ... 3035624737

Gov't Ex. 160
Page 2 of 33

**CONSUMER INFORMATION**

NPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (84 of 164)

**Gov't Ex. 160**
**Page 3 of 33**

AUTHORIZED RECEIVER

# CERTIFICATE

ISSUED:
8/9/2016

FORMAL CANDIDATE DOCUMENT

REGISTERED:
[3035624737]
SIGNATURED REPLY REQUESTED

FILED MATTER

## FOR RELEASE

READY FOR DELIVERY.
10 DAY REPLY REQUESTED

**TO:** CHERYL HAVELKA

**AMOUNT REPORTED:** *** $1,200,000.00 ***

**ADDRESS:** [redacted] WOODSTOCK, IL, 60098-8206

**STATUS:** PENDING 10 DAY RECEIVER REPLY

AUTHORIZING SIGNATURE: _Lou Barrett_
Director, NPF

COMPLETE & RETURN
ENTIRE PAGE

PROCESSING SECTION

## COMPLETION

[ ] YES, I, **CHERYL HAVELKA**, AM CORRECTLY IDENTIFIED. I AM DEFINITELY THE INDIVIDUAL NAMED AND IDENTIFED HEREIN AS THE ELIGIBLE RECEIVER OF THE AVAILABLE SWEEPSTAKES *CASH/PRIZE* OPPORTUNITY AS REPORTED TO ME IN LEDGER OF ENTRANT DIRECTIVES NOW PENDING RELEASE AND ISSUANCE TO ME IN THE $AMOUNT OF * * * $1,200,000.00 -- $ONE MILLION TWO HUNDRED THOUSAND DOLLARS! * * *.

[ ] BY MY HAND BELOW I VERIFY THAT I AM THE **CHERYL HAVELKA** AS IDENTIFIED HEREIN THUS FULLY.

[ ] I HAVE ENCLOSED THE REQUIRED $20.00 REPORT FEE FOR ALL OF THE MONIES AN PRIZE DIRECTIVES TO ME BY:
[ ] CHECK [ ] CASH [ ] MONEY ORDER **PAYABLE TO NPF.**

PLEASE SIGN: ______________________________

NPF

*3035624737*

*67700*

NPF-ARC-FM01 Please neatly print your Email Address ______________________________

TIME SENSITIVE MATTER.
PROMPT ATTENTION & URGENT REPLY REQUESTED.

Gov't Ex. 160
Page 4 of 33

NPF-ARC-RE01

PRIORITY DOCUMENTS.
EXPECTED PAPERS ENCLOSED

PLEASE
PLACE
STAMP
HERE

NPF PROCESSING DEPARTMENT
P.O. BOX 27
PLAINVIEW, NY 11803-0027

Gov't Ex. 160
Page 5 of 33

NPF
P.O. Box 27
Plainview, NY 11803-0027

... sender (This is a SCAM!)

LAS VEGAS NV 890
AUG '16
PM 2 L

POSTAGE PAID

PRESORTED FIRST CLASS US POSTAGE PAID HICKSVILLE NY PERMIT 888

**SECURED MAIL**
>>>>>>>>>>>>>>>>>> LASERED & SEALED PAPERS

NPF-ARC-OE01

A3
06906-

[redacted]

11803@0027

NIXIE 891 SE 1250 0008/19/16
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 11803002727 *0579-02813-16-40

Gov't Ex. 160
Page 6 of 33

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (88 of 164)

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# CHECKS SCHEDULED FOR RELEASE

NPF REPORTS DIVISION, MAIN OFFICES P.O. BOX 27, Plainview, NY 11803-0027

**Re:** Available Cash and Awards Win-Opportunity Totaling **$1,200,000.00**
**For Release to:**

153/2 35486*******SCH 3-DIGIT 890
Martin Celemin
[redacted]
Las Vegas, NV 89103-2329

*3035802416*

**Dated:** 8/9/16

RECORDED

*6773*

We are very excited in issuing this formal letter announcement to you directly, **Martin**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 3035802416**.

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement , **Martin**, and request your direct attention to this matter in order that we may release the entire ***** $1,200,000.00 *** IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES.** FOR THE ENTIRE *** **$1,200,000.00** *** **ONE MILLION TWO HUNDRED THOUSAND DOLLARS** ***, **MARTIN**, and return it along with the required $20.00 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by third-party contest officials and not NPF. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **MARTIN**, or this once-in-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **MARTIN**, This is not a sweepstakes entry form .**YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.2 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES.** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely,

SPECIAL MATTER:
THIS TAG IS OFFICIALLY AFFIXED TO SERVE AS RECORD OF IDENTIFICATION FOR THE INDIVIDUAL NAMED AND FILED ON RECORD.

REGISTRATION : 3035802416

NPF-ARC-FM01

Gov't Ex. 160
Page 7 of 33

## CONSUMER INFORMATION

NPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.



Gov't Ex. 160
Page 8 of 33

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (90 of 164)

AUTHORIZED RECEIVER

# CERTIFICATE

ISSUED:
8/9/2016

FORMAL CANDIDATE DOCUMENT

REGISTERED:
[3035802416]
SIGNATURED REPLY REQUESTED

FILED MATTER

## FOR RELEASE

READY FOR DELIVERY.
10 DAY REPLY REQUESTED

**TO:** MARTIN CELEMIN

**AMOUNT REPORTED:** *** $1,200,000.00 ***

**ADDRESS:** [redacted] LAS VEGAS, NV, 89103-2329

**STATUS:** PENDING 10 DAY RECEIVER REPLY

AUTHORIZING SIGNATURE: Director, NPF

COMPLETE & RETURN
ENTIRE PAGE

PROCESSING SECTION

## COMPLETION

[ ] YES, I, **MARTIN CELEMIN**, AM CORRECTLY IDENTIFIED. I AM DEFINITELY THE INDIVIDUAL NAMED AND IDENTIFED HEREIN AS THE ELIGIBLE RECEIVER OF THE AVAILABLE SWEEPSTAKES *CASH/PRIZE* OPPORTUNITY AS REPORTED TO ME IN LEDGER OF ENTRANT DIRECTIVES NOW PENDING RELEASE AND ISSUANCE TO ME IN THE $AMOUNT OF * * * $1,200,000.00 -- $ONE MILLION TWO HUNDRED THOUSAND DOLLARS! * * *.

[ ] BY MY HAND BELOW I VERIFY THAT I AM THE **MARTIN CELEMIN** AS IDENTIFIED HEREIN THUS FULLY.

[ ] I HAVE ENCLOSED THE REQUIRED $20.00 REPORT FEE FOR ALL OF THE MONIES AN PRIZE DIRECTIVES TO ME BY:
[ ] CHECK [ ] CASH [ ] MONEY ORDER **PAYABLE TO NPF.**

PLEASE SIGN: ______________________________

NPF

*3035802416*

*6773*

NPF-ARC-FM01 Please neatly print your Email Address ______________________________

TIME SENSITIVE MATTER.
PROMPT ATTENTION & URGENT REPLY REQUESTED

Gov't Ex. 160
Page 9 of 33

PLEASE PLACE STAMP HERE

NPF-ARC-RE01

PRIORITY DOCUMENTS.
EXPECTED PAPERS ENCLOSED

NPF PROCESSING DEPARTMENT
P.O. BOX 27
PLAINVIEW, NY 11803-0027

Gov't Ex. 160
Page 10 of 33

NPF
P.O. Box 27
Plainview, NY 11803-0027

**SECURED MAIL**
>>>>>>>>>>>>>>>>>> LASERED & SEALED PAPERS

NPF-ARC-OE01

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

POSTAGE PAID

Return to Postmaster

This is FRAUD
Thanks

Refused
NMG

NIXIE 708 DE 1260 0008/23/16
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 11803002727 *0702-06766-11-24

11803@0027

Gov't Ex. 160
Page 11 of 33

AUTHORIZED RECEIVER

# CERTIFICATE

ISSUED:
8/9/2016

FORMAL CANDIDATE DOCUMENT

REGISTERED:
[3035666894]
SIGNATURED REPLY REQUESTED

FILED MATTER

## FOR RELEASE

READY FOR DELIVERY.
10 DAY REPLY REQUESTED

**TO:** RENATE HARDWICK

**AMOUNT REPORTED:** *** $1,200,000.00 ***

**ADDRESS:** [redacted] MADISONVILLE, LA, 70447-9483

**STATUS:** PENDING 10 DAY RECEIVER REPLY

AUTHORIZING SIGNATURE: Director, NPF

COMPLETE & RETURN ENTIRE PAGE

PROCESSING SECTION

## COMPLETION

[ ] YES, I, **RENATE HARDWICK**, AM CORRECTLY IDENTIFIED. I AM DEFINITELY THE INDIVIDUAL NAMED AND IDENTIFED HEREIN AS THE ELIGIBLE RECEIVER OF THE AVAILABLE SWEEPSTAKES *CASH/PRIZE* OPPORTUNITY AS REPORTED TO ME IN LEDGER OF ENTRANT DIRECTIVES NOW PENDING RELEASE AND ISSUANCE TO ME IN THE $AMOUNT OF * * * $1,200,000.00 -- $ONE MILLION TWO HUNDRED THOUSAND DOLLARS! * * *.

[ ] BY MY HAND BELOW I VERIFY THAT I AM THE **RENATE HARDWICK** AS IDENTIFIED HEREIN THUS FULLY.

[ ] I HAVE ENCLOSED THE REQUIRED $20.00 REPORT FEE FOR ALL OF THE MONIES AN PRIZE DIRECTIVES TO ME BY:
[ ] CHECK [ ] CASH [ ] MONEY ORDER **PAYABLE TO NPF.**

PLEASE SIGN: ____________________

NPF

*3035666894*

*6769*

NPF-ARC-FM01 Please neatly print your Email Address ____________________

TIME SENSITIVE MATTER.
PROMPT ATTENTION & URGENT REPLY R

Gov't Ex. 160
Page 12 of 33

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# CHECKS SCHEDULED FOR RELEASE

NPF REPORTS DIVISION, MAIN OFFICES P.O. BOX 27, Plainview, NY 11803-0027

**Re:** Available Cash and Awards Win-Opportunity Totaling
**For Release to:**

$1,200,000.00

293/6 69146********MIXED AADC 117
Renate Hardwick
[redacted]
Madisonville, LA 70447-9483

**Dated:** 8/9/16

*3035666894*

RECORDED

*6769*

We are very excited in issuing this formal letter announcement to you directly, **Renate**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 3035666894**.

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement , **Renate**, and request your direct attention to this matter in order that we may release the entire ***** $1,200,000.00 *** IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES.** FOR THE ENTIRE ***** $1,200,000.00 *** ONE MILLION TWO HUNDRED THOUSAND DOLLARS ***, RENATE**, and return it along with the required $20.00 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by third-party contest officials and not NPF. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **RENATE**, or this once-in-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **RENATE**, This is not a sweepstakes entry form .**YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.2 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES.** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely,

SPECIAL MATTER:
THIS TAG IS OFFICIALLY AFFIXED TO SERVE AS RECORD OF IDENTIFICATION FOR THE INDIVIDUAL NAMED AND FILED ON RECORD.

REGISTRATION : 3035666894

NPF ARC-FM01

Gov't Ex. 160
Page 13 of 33

**CONSUMER INFORMATION**

NPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (95 of 164)

NPF-ARC-RE01

PLEASE
PLACE
STAMP
HERE

**PRIORITY DOCUMENTS.**
**EXPECTED PAPERS ENCLOSED**

NPF PROCESSING DEPARTMENT
P.O. BOX 27
PLAINVIEW, NY 11803-0027

Gov't Ex. 160
Page 16 of 33

NPF
P.O. Box 27
Plainview, NY 11803-0027

Post Office
Send Back
to Sender

POSTAGE PAID

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

**SECURED MAIL**
>>>>>>>>>>>>>>>>>>> LASERED & SEALED PAPERS

NPF-ARC-OE01

Wont Get Any More
Money

06906-

NIXIE 482 CE 1260 2208/21/16
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 11803002727 *1199-02353-21-20

Calling Channel 2

11803002727


Case: 25-3078, 08/14/2026, DktEntry: 30.1, (97 of 164)

Post office

Send All Mail Back to Senders!



Gov't Ex. 160
Page 17 of 33

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# CHECKS SCHEDULED FOR RELEASE

NPF REPORTS DIVISION, MAIN OFFICES P.O. BOX 27, Plainview, NY 11803-0027

**Re**: Available Cash and Awards Win-Opportunity Totaling **$1,200,000.00**
**For Release to:**

108/1 24997***********3-DIGIT 482
Wendy Hart
[redacted]
Detroit, MI 48213-2849

*3035592272*

**Dated:** 8/9/16

*676D*

RECORDED

We are very excited in issuing this formal letter announcement to you directly, **Wendy**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 3035592272**.

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement , **Wendy**, and request your direct attention to this matter in order that we may release the entire ***** $1,200,000.00 *** IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES.** FOR THE ENTIRE *** **$1,200,000.00** *** **ONE MILLION TWO HUNDRED THOUSAND DOLLARS ***, WENDY**, and return it along with the required $20.00 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by third-party contest officials and not NPF. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **WENDY**, or this once-in-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **WENDY**, This is not a sweepstakes entry form .**YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.2 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES.** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely,

Dan Barndt

SPECIAL MATTER:
THIS TAG IS OFFICIALLY AFFIXED TO SERVE AS RECORD OF IDENTIFICATION FOR THE INDIVIDUAL NAMED AND FILED ON RECORD.

REGISTRATION 3035592272

NPF-ARC-FM01

Gov't Ex. 160
Page 18 of 33

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (100 of 164)

**CONSUMER INFORMATION**

NPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 160**
**Page 19 of 33**

ISSUED:
8/9/2016

AUTHORIZED RECEIVER
# CERTIFICATE

REGISTERED:
**[3035592272]**
SIGNATURED REPLY REQUESTED

FORMAL CANDIDATE DOCUMENT

READY FOR DELIVERY.
10 DAY REPLY REQUESTED

FILED MATTER

## FOR RELEASE

**TO:** **WENDY HART**

**AMOUNT REPORTED:** ***** $1,200,000.00 *****

**ADDRESS:** [redacted] **DETROIT, MI, 48213-2849**

**STATUS:** **PENDING 10 DAY RECEIVER REPLY**

AUTHORIZING SIGNATURE: ______________________
Director, NPF

COMPLETE & RETURN ENTIRE PAGE

PROCESSING SECTION

## COMPLETION

[ ] YES, I, **WENDY HART**, AM CORRECTLY IDENTIFIED. I AM DEFINITELY THE INDIVIDUAL NAMED AND IDENTIFED HEREIN AS THE ELIGIBLE RECEIVER OF THE AVAILABLE SWEEPSTAKES *CASH/PRIZE* OPPORTUNITY AS REPORTED TO ME IN LEDGER OF ENTRANT DIRECTIVES NOW PENDING RELEASE AND ISSUANCE TO ME IN THE $AMOUNT OF * * * $1,200,000.00 -- $ONE MILLION TWO HUNDRED THOUSAND DOLLARS! * * *.

[ ] BY MY HAND BELOW I VERIFY THAT I AM THE **WENDY HART** AS IDENTIFIED HEREIN THUS FULLY.

[ ] I HAVE ENCLOSED THE REQUIRED $20.00 REPORT FEE FOR ALL OF THE MONIES AN PRIZE DIRECTIVES TO ME BY:
[ ] CHECK [ ] CASH [ ] MONEY ORDER **PAYABLE TO NPF.**

PLEASE SIGN: ______________________________

NPF

*3035592272*

*6760*

NPF-ARC-FM01 Please neatly print your Email Address ______________________________

TIME SENSITIVE MATTER.
PROMPT ATTENTION & URGENT REPLY REQUESTED

Gov't Ex. 160
Page 20 of 33

NPF-ARC-RE01

PRIORITY DOCUMENTS
EXPECTED PAPERS ENCLOSED

PLEASE
PLACE
STAMP
HERE

NPF PROCESSING DEPARTMENT
P.O. BOX 27
PLAINVIEW, NY 11803-0027

Gov't Ex. 160
Page 21 of 33

CPR
PO Box 639
Bethpage, NY 11714

You WONT GET ANY MORE MONEY FROM ME!

Post Office Send Back to Sender

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

**PLEASE OPEN AT ONCE**

Call the HAll of SHame!

NIXIE 482 CE 1260 2208/21/16
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 11714063939 *0402-10375-10-47

CPR-UR-OE

11714@0639

Gov't Ex. 160
Page 22 of 33

Post Office

Send All Mail Back To

Senders!

Gov't Ex. 160
Page 23 of 33

**OFFICIAL PAPERWORK**
FROM THE DESK OF L.G. GOLDFARB, PRESIDENT

# OK

FORM **1090**

CANDIDATE'S POTENTIAL ROUTING AND RELEASE FORM

LETTER SERVES AS FULL NOTICE OF INTENT
ID ISSUED: XXXX434A161638382XX32XXXX

# IN THE MATTER OF $1,000,000.00

DESIGNATED POTENTIAL RELEASEE:
**WENDY HART**

**READ THIS**

FINAL NOTICE

Dear Wendy Hart,

This is now confirmed fact: **Recipient is Confirmed Candidate as of 8/10/16.** The winnable aggregate sponsored prizes, if fully redeemed by Wendy Hart and other participants as issued by qualifying sponsors and meeting all conditions for winning therein, has a value of over $1,000,000.00 qualified and enumerated U.S. dollars.

Congratulations will be in order because **ONE MILLION DOLLARS, when carefully invested, can buy the winner** a house, a car, and/or **PAY YOUR RENT FOR LIFE. GOURMET FOOD, TRAVEL, PRESENTS FOR YOUR PARTNERS OR CHILDREN** as well. **ONE MILLION DOLLARS** is a lot of money no matter which way you look at it.

Wendy....is deemed 100% qualified and ready for obtaining our **FINANCIAL ENTRY DIRECTIVES** disclosures **IMMEDIATELY!** There is nothing left for you to do except to answer this letter.

*You must sign on the next page to qualify for offer!*

**PLEASE COMPLETE THE ROUND OF SIGNATORIES AND PASS IT ON BACK TO US!**

*Please fill out the form and return it to us soon!*

Wendy, as you know, in a corporation a memorandum must be passed along and "signed off" as notification of acceptance by all parties concerned.

Since you potentially qualify for **AWARDABLE CASH** which could be in **EXCESS OF ONE MILLION DOLLARS**, all the "higher ups" at "Candidates Potential Routing Corp." (HEREINAFTER) have signed so that all that remains for YOU to do is add your signature.

Stated signature will document your **ACCEPTANCE of the $1,000,000.00 ENTRY DIRECTIVES** (100% verified) reports and will comprise your full **SIGN OFF** pending **ISSUANCE AND DELIVERY** should participation conditions be successfully met by Wendy Hart.

**YOUR RESPONSE** is eagerly awaited in this situation, so we have made it simple as possible, and even provided a pre-addressed envelope awaiting your dispatch.

**EVERYONE IS NOW "ONBOARD",** Wendy, from the CEO to the Corporate Bursar, so just sign on the dotted line and **JOIN THE VERIFIED CORPORATE SIGNATORIES REGARDING THE RELEASE OF ENTRY DIRECTIVES** with potential **CASH ASSIGNATION OF OVER $1,000,000,000.00!!**

**GET IT BACK AT ONCE, OK?** Your printed cash directives will be immediately sent to you at the address herein.

*6750*    *3034884407*

8/7 1716********MIXED AADC 117
Wendy Hart
[redacted]
Detroit, MI 48213-2849

FINAL NOTIFICATION
NO FURTHER EXTENSION PAST THIS DATE
RA

Gov't Ex. 160
Page 24 of 33

CPR-OF

CONSUMER INFORMATION:

CPR IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATION WITH WHICH THE CPR IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER THAT SETS FORTH ALL KNOWN PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CPR IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE CPR USERS ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY OF DETAILS OF EACH SWEEPSTAKES. CPR IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM THE CPR, JUST RETURN THE ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO INTERNATIONAL WITH THE LETTERS "DNM" NEXT TO YOUR NAME ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WILL ALSO COLLECT A RETURN CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS OF CONDITION IN CONNECTION WITH A SWEEPSTAKE, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Wendy Hart has already been confirmed with qualificant redemption terms. We need everyone's sign-off and hopefully we'll be able to quickly report a **MILLION DOLLAR WINNER** from independent sponsors.

When your signature is received in our office, we guarantee you will be promptly dispatched the Monies/ Prizes procedurals as in report, and **GUARANTEED** paid to winners by the named sponsors in such document as delivered.

The amount of monies and prizes are 100% confirmed and Wendy Hart is the eligible recipient of such reportage, as such, Wendy Hart is only required to pay his one-time report fee of $30.00, and **CONFIRMED SWIFT DELIVERY** will be in effect.

Our office documents concern public access monies and prizes.

Again, Wendy Hart, let me say we await anxiously to receive your **SIGNATURE** so that all signatories **CAN BE COMPLETED** and **ALL YOUR CONFIDENTIAL FINANCIAL DISCLOSURE DOCUMENTS CAN BE RUSHED TO YOU AT ONCE!** As our signatures attest, we await only your immediate and positive response.

The best of all to you from now on,

LG Goldfarb

L. G. Goldfarb
PRESIDENT

ALL SUCH AMOUNTS AND PRIZES WILL BE PAID BY INDIVIDUAL SPONSORS TO WINNERS AND WE HAVE IDENTIFIED SUCH SPONSORS AS AN INDEPENDENT REPORTING FIRM. CPR INCLUDES SUCH STATEMENT THAT WE DO NOT DIRECTLY SPONSOR SUCH OFFERS AND THIS IS NOT A PRIZE NOTIFICATION BUT VERIFIED THAT SUCH PRIZES AND MONIES WILL BE AWARDED BY REPORTED INDEPENDENT SPONSORS AND OVER $1,000,000.00 WILL BE AWARDED AS PREVIOUSLY PUBLISHED BY SUCH SPONSORS AS REQUIRED BY LAW.

DETACH AND RETURN FORM BELOW

# ISSUANCE ACCEPTANCE FORM

SIGN HERE

YOUR SIGNATURE IS REQUIRED - SIGN HERE

*WENDY HART SIGN HERE*

By affixing his signature hereon, Wendy Hart **ACCEPTS ISSUANCE of $1,000,000.00 OPPORTUNITY REPORT by IMMEDIATE USPS DISPATCH!**

**SIGNATURES FOR DIRECTIVES $1,000,000.00 IDENTIFICANT DISCLOSURE (NOTE: ALL SIGNATURES ARE REQUIRED)**

LG Goldfarb — L. G. Goldfarb CEO ☑ Accept

R T Morgan — R.T. Morgan Treasurer ☑ Accept

Cordwell Hull — Cordman Hull - Prize coordinator ☑ Accept

Justin Pope — Justin Pope Security ☑ Accept

TW Stoneking — T.W. Stoneking Recorder of Record ☑ Accept

YES, I wish to receive my articles regarding issuance of one million dollars.

I enclose my payment of $30.00 in ☐CASH, ☐CHECK, or ☐MONEY ORDER. (Checks MUST be payable to "CPR")

6750 3034884407
Wendy Hart
[redacted]
Detroit, MI 48213-2849

*6750*

*3034884407*

If the address at left has any errors, please write your proper address on the lines below:

**Gov't Ex. 160**
**Page 26 of 33**

PLEASE
ATTACH
CORRECT
POSTAGE

CPR
PO BOX 639
BETHPAGE, NY 11714

Gov't Ex. 160
Page 27 of 33

(Lier) Post Office

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 868

NRS

P.O. Box 211
Old Bethpage, NY 11804

Send Back to Sender

NRS-OLV-OE01

CERTIFICATE OF AUTHORITY ENCLOSED

NIXIE 482 DE 1260 0008/24/16

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 11804021111 *0702-03560-12-47

11804@0211

Gov't Ex. 160
Page 28 of 33

No! You All is NOT GETTING ANY
MONEY From me!
Stop SENDING this FAKE (BS)
I Have Made A Police Repoet

Gov't Ex. 160
Page 29 of 33

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (111 of 164)

8/12/16

NRS

# DETAILS OF AWARDABLE STIPULATIONS

THE SUM TOTALS OF AWARDABLE MONIES IS
CERTIFIED—ELIGIBLE—AWARDABLE—$1,429,899.00

7 7 1715*********MIXED AADC 117
Wendy Hart
[redacted]
Detroit, MI 48213-2849

*30349189 16*

*6751*

**WENDY HART,** YOU REALLY ARE AN ELIGIBLE RECIPIENT OF DESIGNATED DOSSIERS CONCERNING CERTAIN MONIES TO BE AWARDED.

We have double-checked. This is a binding and definitive engagement pending your favorable response. Your confirmation entitlement to the **EXPRESS DOSSIER** CLAIM must be received at our office by **August 26, 2016.**

You must remit this certificate of authority at once to receive your full transfer contact our office**AGGREGATE FUNDS AWARDABLE TO WINNERS $1,429,899.00** from independent entities.

**IRREVOCABLE–WARRANTED PAYOUTS**

**WENDY HART**

**CERTIFIED ELIGIBLE100% Certified and Warranted as True**

Please note that all stipulations written on this official corporate seal are irrevocable. vital information: stage of procedure - finished - ready to forward.

**THE AGGREGATE AWARDABLE AMOUNT IS $1,429,899.00.**

This is definitive. This document is official. The designated recipient can be absolutely certain of receiving full directives for the net amount of **$1,429,899.00** at once upon favorable contact. Full folder detailing **$1,429,899.00** directives will be sent directly to the home of **WENDY HART.**

**—IMMEDIATE ACTION REQUIRED—**

These funds will be paid out to other claimants and be disbursed to others unless above named claimant returns entry documents as fully described in compendium and is verified as actual winner.

GO DIRECTLY TO NEXT PAGE

Gov't Ex. 160
Page 30 of 33

NRS-OLV-FM01

**CONSUMER INFORMATION**

NRS IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NRS IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NRS IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NRS USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NRS IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NRS, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NRS, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (112 of 164)

NRS

Irrevocable
Certificate No.: 8019265

# CERTIFICATE OF AUTHORITY

RETURN THIS ENTIRE PAGE
WITH SIGNATURE & RELEASE FEE.

**VERIFICATION OF IDENTITY** In order to be confirmed for release of materials intended to introduce you to unredeemed funds and monies, we must verify that you are the correct person who is in our files. Can you verify that you are one of the three triple confirmed recipients below

| Charles Goertler<br>[redacted]<br>Pasco, WA 99301-9821 | Wendy Hart<br>[redacted]<br>Detroit, MI 48213-2849 | Myrna Mckinley<br>[redacted]<br>Juneau, AK 99802-1713 |
|---|---|---|
| ❑**Yes, I am this confirmed verified funds nominee ($1,429,899.00).** | ❑**Yes, I am this confirmed verified funds nominee ($1,429,899.00).** | ❑**Yes, I am this confirmed verified funds nominee ($1,429,899.00).** |

**CONFIRMATION OF RESULTS** **Wendy**, you now have been upgraded to **FINAL RELEASE CANDIDATE!** Since our delivery has declared value and issuing costs for endorsed and verified candidates, in order to continue to send elective fiduciary material to recipient(s) of intention, we must name match address with documents of value.

**MONEY MANDATE REQUEST** ❑**Yes, release the hold on my account and send me the FUNDS DIRECTIVE DOSSIER!**

Your address for immediate delivery is in our records and will be precisely mandated, please immediately CHECK and SIGN OFF on your address accuracy below.

**I hereby certify this is a accurate address: ❑Yes, ❑No (I have corrected it above).**

*6751*

*3034918916*

**Sign here:** X ____________________

**SIGNATURE & RELEASE** **Wendy,** as soon as we receive your response, our office **GUARANTEES FULLY** that you will be promptly notified and served as to the **MONIES AND PRIZES** as in report and **GUARANTEED PAID** to winners by the named sponsors.

❑**Yes, I have enclosed the required release fee of $28 for the Express Dossier Delivery as required for winning document report issuance by ❑Cash ❑Check ❑Money Order made payable to NRS.**

❑**Yes, everything is correct. I agree and understand.**

**Sign here:** X ____________________

RETURN THIS ENTIRE PAGE

NRS P.O. Box 211, Old Bethpage, NY 11804-0211

$1,429,899.00

Gov't Ex. 160
Page 32 of 33

NRS-OLV-RE01

PLEASE PLACE STAMP HERE

Irrevocable Certificate No.:
8019265

FOR IMMEDIATE ATTENTION

NRS PROCESSING DEPARTMENT
PO BOX 211
OLD BETHPAGE, NY 11804-0211

Gov't Ex. 160
Page 33 of 33

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (115 of 164)

# N.P.F.

PO BOX 27, PLAINVIEW NY 11803

**September 8, 2016**

ALBERT RIZGALLAH
[redacted]
PERRIS CA 92571

**Dear Mr. Rizgallah:**

Here are the guidelines as you have requested.

WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSERED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH THE N.P.F. IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZES. N.P.F. IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. N.P.F. USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. N.P.F. IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES.

If you have any other questions or would like a refund, please do not hesitate to contact me at the above address.

**Sincerely,**

*Christine Peters*

**N.P.F. CUSTOMER SERVICE**

GOVERNMENT EXHIBIT
162
2:21-CR-00566

Gov't Ex. 162
Page 1 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (116 of 164)

TO ; NPF REPORTS DIVISION

MAIN OFFICES P.O.BOX 27

PLAINVIEW, NY 11803-0027

PERRIS,CA,8/11/2016

FROM; ALBERT RIZGALLAH

[redacted] PERRIS

CA, 92571-7617

DEAR SIR,

ON THE JULY 18/2016, I HAVE SENT YOU THE RECEIVER AND COMPLETION CERTIFICATE SIGNED BY ME WITH A MONEY ORDER OF $20.00 REPORT FEE, IN ORDER TO INITIATE DELIVERY OF THE $1.2 MILLION DOLLARS IN PRIZES AS MENTIONED IN YOUR LETTER OF JULY 11/2016 REGISTRATION 3034631105.

TODAY WE ARE AUGUST 11/2016 WHICH IS NOW ALMOST ONE MONTH AGO,

I DID NOT RECEIVE ANY REPLY OR ANY NEWS YET ABOUT THE SAID PRIZE.

I HOPE RECEIVING THE GOOD NEWS BY REPLYING TO THIS LETTER, OR AT LEAST YOU CAN SEND ME AN EMAIL TO MY FOLLOWING EMAIL ADDRESS;

Beero2@yahoo.com

WAITING FOR THE GOOD NEWS AS YOU PROMISED IN YOUR LETTER, I THANK YOU.

ALBERT RIZGALLAH

[redacted]

PERRIS, CA, 92571

Beero2@yahoo.com

Gov't Ex. 162
Page 2 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (117 of 164)

Rules

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (118 of 164)

# G.D.M.

PO BOX 27, PLAINVIEW NY 11803

**November 30, 2015**

ALVIN BRUCE MOSS
[redacted]
AMERICAN CANYON CA 94503

**Dear Mr. Moss:**

Here are the guidelines as you have requested.

WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSERED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH THE G.D.M. IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZES. G.D.M. IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. G.D.M. USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. G.D.M. IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES.

If you have any other questions, please do not hesitate to contact me at the above address.

**Sincerely,**

*Christine Peters*

**G.D.M. CUSTOMER SERVICE**

**Gov't Ex. 162**
**Page 4 of 31**

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (119 of 164)

G.D.M. NOTIFICATION DIVISION
GDM
P.O. BOX 27
PLAINVIEW, N.Y. 11803-0027

NOVEMBER 7, 2015

TO WHOM IT CONCERS

I have not received any money and it has been a long wait. Will you please advise me of the reason

Thank you
A B Moss



Mr. Alvin Bruce Moss
[redacted]
American Canyon, CA 94503

Rules

Gov't Ex. 162
Page 5 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (120 of 164)

# B.N.O.

PO BOX 211, Old Bethpage NY 11804

**April 29, 2016**

Mr. Earl S. Casterline
[redacted]
Warren OH 44484

**Dear Mr. Casterline:**

Here are the guidelines as you have requested.

WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSERED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH THE B.N.O. IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZES. B.N.O. IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. B.N.O. USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. B.N.O. IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES.

If you have any other questions, please do not hesitate to contact me at the above address.

**Sincerely,**

*Christine Peters*

**B.N.O. CUSTOMER SERVICE**

Gov't Ex. 162
Page 6 of 31

[redacted]
Warren, OH 44484

CLEVELAND OH 440
25 APR 2025 PM 6 L

USA FOREVER

BND
Rules

Processing Dept
BNG
P.O Box 211
Old Bethpage
New York
11804-0211

11804020101

Gov't Ex. 162
Page 7 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (122 of 164)

4-15-16.

SIR

You Have Failed To Live up

To Your Winning Program

Pay up now or Face charges with

The United Postal officials for

U.S. mail Fraud. Plus Being I

Am a Senior over 75, Ohio will

Help & put you out of Business

Call Mike DeWine. Columbus. Ohio

Dept of Fraud, Ohio Atty General

check # 177-1325 504

Huntington Bank. Columbus. O.

I.D # 3014767562.

Earl Casterline

Mr. Earl S. Casterline
[redacted]
Warren, OH 44484 [redacted]

Gov't Ex. 162
Page 8 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (123 of 164)

# B.N.O.

PO BOX 211, OLD BETHPAGE NY 11804

**November 30, 2015**

ERIC DOUGLAS
[redacted]
QUAKERTOWN PA 18951

**Dear Mr. Douglas:**

Here are the guidelines as you have requested.

WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSERED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH THE B.N.O. IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZES. B.N.O. IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. B.N.O. USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. B.N.O. IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES.

If you have any other questions, please do not hesitate to contact me at the above address.

**Sincerely,**

*Christine Peters*

**B.N.O. CUSTOMER SERVICE**

Gov't Ex. 162
Page 9 of 31

DOUGLASS
[redacted]
QUAKERTOWN PA 18951

PHILADELPHIA PA 190
12 NOV 2015 PM 8 L



BNO REPORTS DIVISION
MAIN OFFICES
P.O. BOX 211
OLD BETHPAGE N.Y. 11804

11804021111

Gov't Ex. 162
Page 10 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (125 of 164)

ID 302 333 2004

WHEN CAN I EXPECT MY WINNING CHECK? WILL IT BE DELIVERED REGULAR MAIL?

THANK YOU
Eric Douglass

Kales

Gov't Ex. 162
Page 11 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (126 of 164)

C.P.C.

PO BOX 639, BETHPAGE NY 11714

**July 7, 2016**

JUNE DALZELL
[redacted]
TRAVERSE CITY MI 49684

**Dear Ms. Dalzell:**

Here are the guidelines as you have requested.

WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSERED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH THE C.P.C. IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZES. C.P.C. IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. C.P.C. USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. C.P.C. IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES.

**If you would like a refund, please send proof of purchase to the above address .**

**Sincerely,**

*Christine Peters*

**C.P.C. CUSTOMER SERVICE**

Gov't Ex. 162
Page 12 of 31

June Dalzell
[redacted]
Traverse City, MI 49684

TRAVERSE CITY MI 496
29 JUN 2016 PM 1 L

USA FOREVER

C P E.
Reports Division
Main Office
PO Box 639
Bethpage NY 11714
% Fred Mekon

11714$0639

Gov't Ex. 162
Page 13 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (128 of 164)

June 29 2016
June Dalzell
[redacted]
Traverse City Mich 49684

C.P.C.
Reports division
Main Office
PO Box 639
Bethpage NY 11714

Dear Fred Mehan

I signed papers + Sent 26 to initiate delivery of 1,200 000 Registration # 3031491566

I have Not Received the money. Send it by return mail or this goes to a Lawyer.

Thank you.

June Dalzell.

June Dalzell
[redacted]
Traverse City, MI 49684

Gov't Ex. 162
Page 14 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (129 of 164)

# N.P.F.

PO BOX 27, PLAINVIEW NY 11803

**August 10, 2016**

Melvin Harris
[redacted]
Union NJ 07083

**Dear Mr. Harris:**

Here are the guidelines as you have requested.

WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSERED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH THE N.P.F. IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZES. N.P.F. IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. N.P.F. USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. N.P.F. IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES.

If you have any other questions, please do not hesitate to contact me at the above address.

**Sincerely,**
*Christine Peters*
**N.P.F. CUSTOMER SERVICE**

Gov't Ex. 162
Page 15 of 31

Melvin Harris
[redacted]
Union NJ 07083



Rules

NPF
P.O. Box 27
PlainView, NY 11803-0027

11803-002727

Gov't Ex. 162
Page 16 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (131 of 164)

7-30-2016

To whom it may concern:

This is Melvin Harris registered claimint ID # 3032978789 Anyway this is my second letter im writing to you. I just would like to know whats going on since i havent received anytype of responce to my first letter. Its been quite sometime now and I just want to know is everything going alright. I would just like to here from you concering this matter It just seems like forever since I've gotten any respone. Anyway I would just like to hear from you to let me know that things are going well.

Sinkerly Yours

Melvin Harris

Gov't Ex. 162
Page 17 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (132 of 164)

# C.P.C.

PO BOX 27, PLAINVIEW NY 11803

**October 30, 2015**

OLIN REDDING
[redacted]
JACKSONVILLE FL 32256

**Dear Mr. Redding:**

Here are the guidelines as you have requested.

WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSERED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH THE C.P.C. IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZES. C.P.C. IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. C.P.C. USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. C.P.C. IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES.

If you have any other questions, please do not hesitate to contact me at the above address.

**Sincerely,**

*Christine Peters*

**C.P.C. CUSTOMER SERVICE**

Gov't Ex. 162
Page 18 of 31

American Red Cross

Mr. Olin Redding
[redacted]
Jacksonville, FL 32256

JACKSONVILLE FL 320
24 OCT 2015 PM 2 L

MR FRED MEHAN (DIRECTOR CPC)
REPORTS DIVISION (MAIN OFFICE)
P.O. BOX 27
PLAINVIEW NY. 11803-0027

Killed CPC WIN

Gov't Ex. 162
Page 19 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (134 of 164)

10-23-15

DEAR FRED,
I KNOW YOU ARE A CHRISTIAN AND GO TO CHURCH EVERY SUNDAY. THIS IS WHY I AM WRITING YOU ABOUT THIS PROBLEM I AM HAVING.
I HAVE RECEIVED TWO LETTERS FROM YOU SAYING THAT I WAS 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE $1.2 MILLION DOLLARS FROM YOU.
FRED, THOSE WERE YOUR EXACT WORDS ON THE LETTER IN FINE PRINT. YOU CASHED MY CHECK FOR THE REPORT FEE AND IT HAS ALREADY CLEARED MY BANK.
YOU ALSO SAID IN CLOSING IT WOULD BE OUR PLEASURE SERVING YOU. FRED WOULD YOU BE SO KIND AND CALL ME! (ID# 3020770164)

(CELL) 1-904-400-1800
HAVE A BLESSED DAY! OLIN N. REDDING

Gov't Ex. 162
Page 20 of 31

# N.P.F.

PO BOX 27, PLAINVIEW NY 11803

**June 29, 2016**

RAYMOND RICHARDSON
[redacted]
WHITING NJ 08759

**Dear Mr. Richardson:**

Here are the guidelines as you have requested.

WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSERED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH THE N.P.F. IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZES. N.P.F. IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. N.P.F. USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. N.P.F. IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES.

If you have any other questions, or would like a refund, please do not hesitate to contact me at the above address.

**Sincerely,**

*Christine Peters*

**N.P.F. CUSTOMER SERVICE**

Gov't Ex. 162
Page 21 of 31

**CONSUMER INFORMATION** Rules

NPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE

DEAR SIR, PLEASE BE ADVISED THAT THE N.J. ATTORNEY GENERALS OFFICE IS MONITORING THIS ACTIVITY — I SENT 20.00 FEE FOR REPORT + RECVIED NOTHING BACK —

ATTN GEN OFFICE - 25 MARKET ST
PH # 609 292 4925 TRENTON NJ 08625 0080

---

DIVISON OF CONSUMER AFFAIRS PROTECTION OFFICE
PH # - 973 504 6200
WAS ALSO NOTIFIED

Gov't Ex. 162
Page 22 of 31

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# CHECKS SCHEDULED FOR RELEASE

NPF REPORTS DIVISION, MAIN OFFICES P.O. BOX 27, Plainview, NY 11803-0027

**Re:** Available Cash and Awards Win-Opportunity Totaling
**For Release to:**

12/3 2530*******SCH 3-DIGIT 085
Raymond Richardson
[redacted]
Whiting, NJ 08759-2249

*3032995205*

*6640*

**Dated:** 6/7/16

We are very excited in issuing this formal letter announcement to you directly, **Raymond**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 3032995205**.

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement , **Raymond**, and request your direct attention to this matter in order that we may release the entire *** **$1,200,000.00 *** IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES.** FOR THE ENTIRE *** **$1,200,000.00** *** **ONE MILLION TWO HUNDRED THOUSAND DOLLARS** ***, **RAYMOND**, and return it along with the required $20.00 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by third-party contest officials and not NPF. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **RAYMOND**, or this once-in-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **RAYMOND**. This is not a sweepstakes entry form. **YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.2 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES.** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely,

Dan Barnett

SPECIAL MATTER:
THIS TAG IS OFFICIALLY AFFIXED
TO SERVE AS RECORD OF IDENTIFICATION
FOR INDIVIDUAL NAMED AND FILED
ON RECORD.

Gov't Ex. 162
Page 23 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (138 of 164)

# N.P.F.

PO BOX 27, PLAINVIEW NY 11803

**December 31, 2015**

Weldon Sims
[redacted]
Carrollton TX 75011

**Dear Mr. Sims:**

Here are the guidelines as you have requested.

WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSERED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH THE N.P.F. IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZES. N.P.F. IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. N.P.F. USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. N.P.F. IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES.

If you have any other questions, please do not hesitate to contact me at the above address.

**Sincerely,**

*Christine Peters*

**N.P.F. CUSTOMER SERVICE**

Gov't Ex. 162
Page 24 of 31

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# CHECKS SCHEDULED FOR RELEASE

NPF REPORTS DIVISION, MAIN OFFICES P.O. BOX 27, Plainview, NY 11803-0027

**Re**: Available Cash and Awards Win-Opportunity Totaling **$1,200,000.00**
**For Release to:**

188/1 41951***********3-DIGIT 750
Weldon Sims
[redacted]
Carrollton, TX 75011-1644

*3024404687*

*6360*

**Dated**: 11/09/15

RECORDED

Rules

We are very excited in issuing this formal letter announcement to you directly, **Weldon**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 3024404687**.

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement , **Weldon**, and request your direct attention to this matter in order that we may release the entire *** **$1,200,000.00** *** **IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES.** FOR THE ENTIRE *** **$1,200,000.00** *** **ONE MILLION TWO HUNDRED THOUSAND DOLLARS** ***, **WELDON**, and return it along with the required $20.00 report fee in order to initiate delivery.

... deadline dates are strictly officiated

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (139 of 164)

**Gov't Ex. 162**
**Page 25 of 31**

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (140 of 164)

CONSUMER INFORMATION

NPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**Gov't Ex. 162**
**Page 26 of 31**

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (141 of 164)

[illegible] [illegible]

I WANT MY WINNINGS
NOW

I'VE BEEN
WAITING SINCE 11/17/15

Gov't Ex. 162
Page 27 of 31

STATES
SERVICE®

# CUSTOMER'S RECEIPT

EIPT
M

Pay to NPF

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

| Number | Year, Month, Day | Post Office | Amount | Clerk |
| --- | --- | --- | --- | --- |
| 16883 | 2015-11-17 | 750060 | $20.00 | 13 |

Do Direct Deposit
Routing Number
111906271

Account #

Call
me
214

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (143 of 164)

N.P.F.

PO BOX 27, PLAINVIEW NY 11803

**February 24, 2016**

Brenda McDonald
[redacted]
Savannah TN 38372

**Dear Ms. McDonald:**

Here are the guidelines as you have requested.

WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSERED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH THE N.P.F. IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZES. N.P.F. IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. N.P.F. USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. N.P.F. IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES.

**If you are unhappy and would like a refund, please send proof of purchase to the above address.**

If you have any other questions, please do not hesitate to contact me at the above address.

**Sincerely,**

*Christine Peters*

**N.P.F. CUSTOMER SERVICE**

Gov't Ex. 162
Page 29 of 31

Brenda McDonald
[redacted]
Savannah, Tn. 38372

MEMPHIS TN 380
12 FEB 2016 PM 1 L




NPF Reports division
main offices
P.O. Box 27
Plain[illegible] N.Y. 11803-0027

Gov't Ex. 162
Page 30 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (145 of 164)

My registered I.D.# ~~302669~~ # 302 6903058

Brenda McDonald
[redacted]
Savannah, TN.
38372

~~To~~ NPF Report's Division

Dear NFI, I, Brenda McDonald am Writing to you About a Check (for $1,200,000.00) you Were Suspased to send. Back in ~~2016~~ Early Jan. 2016 (I Sent a $20.00 m.o.) you Stated ~~I~~ I was the Winner And I was Very happy to hear that I had Won. Here it is 2/13/16 And I have never heard Anything from you about Sending me All the money Above $1,200.00 Million Dollars. I Kept my End of the bargain and Expect you people to do the Same With me –

I am Sick & disabled + live on a fixed Income – I could not afford to Send the $20.00 but I did & have a m.o. receipt to prove it – Please, don't do me this Way. Please Send me the Check –

Thank's –

Sincerely,

Brenda McDonald

Gov't Ex. 162
Page 31 of 31

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (146 of 164)

# STATE OF MINNESOTA

## OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 5, 2015

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

NPF Reports Division
Main Office, P.O. Box 27
Plainview, NY 11803-0027

Dear Sir or Madam:

This Office was contacted by Mr. and Ms. Albert and Verna Braga, whose address is [redacted] Brainerd, Minnesota 56401-2048.

Mr. and Mrs. Braga state that they received a mailing from NPF Reports Division that indicates they won $1.2 million and instructs them to remit a $20 report fee to receive the prize. Mr. and Mrs. Braga want the mailings to stop, and ask NPF Reports Division and any of its affiliates to remove their information from their mailing lists.

I ask that you review this matter as quickly as possible and address Mr. and Mrs. Braga's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

Chuck Ferguson
Minnesota Attorney General's Office
445 Minnesota Street, 1400 Bremer Tower
St. Paul, MN 55101-2131
Fax: (651) 282-2155

I thank you for your attention to this matter.

Sincerely,

LORI SWANSON
Attorney General

GOVERNMENT EXHIBIT
173
2:21-CR-00566

cc: Mr. and Ms. Albert and Verna Braga
Mr. Chuck Ferguson, Manager of the Consumer Services Division

Gov't Ex. 173
Page 1 of 49

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (147 of 164)

NPF
PO BOX 27
PLAINVIEW, NY 11803

June 12, 2015

CHUCK FERGUSON
MINNESOTA ATTORNEY GENERAL'S OFFICE
445 MINNESOTA ST, 1400 BREMER TOWER
ST PAUL MN 55101

RE: MR & MRS ALBERY & VERNA BRAGA

Dear Mr. Ferguson,

Although we believe that we comply with all applicable laws, we will be happy to remove the Braga's names from our mailing lists. Please be advised that in almost all cases this will guarantee that they will receive no further mailings; However, if there is a mailing in progress at the time that this letter is sent, they may receive one further communication.

NPF markets an informational service report, which lists various sweepstakes an individual can enter.

**NPF does not conduct sweepstakes, award money or prizes or enter respondents into any sweepstakes or contests, but reports of such sweepstakes and promotions available for your entry**.

Filling out the NPF communication form and sending in a check or money order will entitle you to receive prompt delivery of a published report that advises clients regarding their participation and entry into promotions as named in the report. Prizes are the sole responsibility of the sponsor

If I may be of further assistance, please do not hesitate to contact me at the above address.

Sincerely,
*Christine Peters*
Christine Peters
Customer Relations

Gov't Ex. 173
Page 2 of 49

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (148 of 164)

Bob Ferguson
**ATTORNEY GENERAL OF WASHINGTON**
800 Fifth Avenue, Suite 2000• Seattle, WA 98104-3188• (206) 464-6686

June 30, 2015

NPF Reports Division
PO Box 27
Plainview, NY 11803-0027

RE: Kathy M Collins
File #: 467838

Dear NPF Reports Division:

The Consumer Protection Division of the Attorney General's Office received your written response to the consumer complaint filed by Kathy M Collins regarding your business. This concludes our informal complaint resolution process. This consumer complaint has been closed with regard to your firm. We have provided a copy of your response to Kathy M Collins.

Our Office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office. We may open a formal investigation or take enforcement action pursuant to the Consumer Protection Act at any time if the facts and circumstances indicate that further action is warranted.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for participating in this process. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

JIM MCADAMS
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

**Gov't Ex. 173**
**Page 3 of 49**

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (149 of 164)

NPF
PO BOX 27
PLAINVIEW, NY 11803

June 25, 2015

JIM MCADAMS
800 5TH AVE, SUITE 2000
SEATTLE WA 98104

RE: 467838 Kathy M Collins

Dear Mr. McAdams,

Although we believe that we comply with all applicable laws, we will be happy to remove Mrs. Collin's name from our mailing lists. Please be advised that in almost all cases this will guarantee that Mrs. Collin will receive no further mailings; However, if there is a mailing in progress at the time that this letter is sent, Mrs. Collin may receive one further communication.

NPF markets an informational service report, which lists various sweepstakes an individual can enter.

**NPF does not conduct sweepstakes, award money or prizes or enter respondents into any sweepstakes or contests, but reports of such sweepstakes and promotions available for your entry.**

Filling out the NPF communication form and sending in a check or money order will entitle you to receive prompt delivery of a published report that advises clients regarding their participation and entry into promotions as named in the report. Prizes are the sole responsibility of the sponsor.

We do not ask any of our customers for credit card information. We are not affiliated with any of the other companies you have enclosed with your complaint to us. We also do not solicit customer over the telephone.

If I may be of further assistance, please do not hesitate to contact me at the above address.

Sincerely,

*Christine Peters*

Christine Peters
Customer Relations

Gov't Ex. 173
Page 4 of 49

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (150 of 164)

Bob Ferguson
ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000• Seattle, WA 98104-3188• (206) 464-6686

June 17, 2015

NPF Reports Division
PO Box 27
Plainview, NY 11803-0027

RE: Kathy M Collins
File #: 467838

Dear NPF Reports Division:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Kathy M Collins regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Please reference the file number, 467838 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

JIM MCADAMS
Consumer Resource Center Unit Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers

Gov't Ex. 173
Page 5 of 49

Enclosure

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (151 of 164)

RECEIVED
JUN 15 2015
CONSUMER PROTECTION DIVISION
SEATTLE

**CONSUMER COMPLAINT FORM**
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION

File your complaint online at https://fortress.wa.gov/atg/formhandler/ago/ComplaintForm.aspx for faster processing. The Washington State Office of the Attorney General can only process complaints that involve either Washington state residents or businesses located in Washington state. Information marked with * is required.

## I. CONSUMER INFORMATION

* Last Name: Collins * First Name: Kathie Middle Initial: M

* Address [redacted] * City: Vancouver State WA *Zip 98682

* Contact Phone [redacted] 4838 Alternate Phone: [redacted] 6026

* E-Mail Address: [redacted]

Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent? (Optional): ☐ YES ☒ NO

If English is not your first language, what is your first language? (Optional):

For our statistics, please select your age group (Optional): ☐ 18-29 ☐ 30-39 ☐ 40-49 ☐ 50-59 ☒ 59+ ☐ Under 18

## II. ABOUT YOUR COMPLAINT

* Business Name: NPF Reports Division

* Address: P.O. Box 27 * City: Plainview *State NY *Zip 11803-0027

* Business Phone: ( No Phone E-Mail: Website:

Names/addresses/phone numbers of other businesses involved in your complaint: Unclaimed Reward 3337 N. Socrum Loop Rd. Unit 145 or 195 - Lakeland FL 33809 Unclaimed Reward - 18442388225 18442346978

Transaction date: 6/12/2015 Amount in dispute: $ 1,200,000.00

State your complaint and how you think this complaint can be resolved:

I'm a winner or participated in a major sweepstakes winner. In order for me to get the money I'm to sign the certificate & return it along with the required $20.00 report fee in order to initiate delivery. Sure could use the money.

Two other complaints are Unclaimed Reward. Not much money but one wants my card # so they can get money for shipping & handling. One wanted $5.99. The other only wanted 1.00. The one said I could use someone else card. Very pushy when I said no.

Jewelry Design Concepts 1600 Sarno Rd. Suite 2?? Melbourne, FL 32935 1-888-920-6281



Gov't Ex. 173
Page 6 of 49

RECEIVED

[illegible] to find where they are from & all they do is mumble. They can't understand. All they say is which card or plastic to use. On both cards are for the same amount & same stores, but different phone # & claim numbers

Called on May 25, 2015 @ 6:24 A.M. Elaine told me that I had ordered or bought from them & I said I have never ordered or bought anything so she went on to say I have won a silver necklace & chrystal pendent. Ask color card to her yellow & she I have 100 for any grocery store, then she ~~said~~ asked next sheet #2

## III. ACKNOWLEDGEMENT & SIGNATURE (Required)*

I understand that by submitting this complaint to the Washington State Attorney General's Office my complaint and any response from the business and all communications with Attorney General's Office will become public records under state law. Public records are subject to disclosure in response to requests for public records and my complaint and all related documents may be disclosed to the public. Complaint information received by this office will be exported into the Federal Trade Commission's (FTC) database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide. The Attorney General's Office may refer complaints to a more appropriate agency.

By signing this complaint form, I understand that the Washington State Attorney General's Office will contact the party (ies) against which I have filed a complaint in an effort to reach an amicable resolution. I authorize the party (ies) against which I have filed a complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By submitting this consumer complaint, I understand that the Attorney General cannot answer legal questions or give legal advice to me and cannot act as my personal lawyer.

**I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.**

Signature: [signature] Date: 5/23/15 City: Vancouver State: WA 98682

**Please Read Important Information:** If your complaint is submitted without the above acknowledgment and declaration signatures, we will not be able to process but will keep on file in our complaint database as a public record.

**Mail Complaints To:**

OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
800 5TH AVENUE, SUITE 2000 SEATTLE, WASHINGTON 98104-3188
**PHONE** 1-800-551-4636 OR (206) 464-6684 **FAX** (206) 389-2801



Case: 25-3078, 08/14/2026, DktEntry: 30.1, (152 of 164)

Gov't Ex. 173
Page 7 of 49

Pg. 2

what card I wanted to use? I stopped her & asked why a card. She stated it was to help for shipping, handling & proccessing. I stopped Elaine, stating I don't pay for something I won. She came back with it is a great deal. I was getting a silver necklace, a heart pendent.

Elaine then asked what color card I recieved? I told her it was yellow she came back great. She stated I had also won a $1,000 for any grocery store to use.

I came back with what the B.B.B. & others have said. No No if they are asking for any money. Elaine's reply was the company had the highest rating with B.B.B. I stated again no & to give it to some one else. They may want to pay your fees.

Elaine came back that she would take $3.00 off of $19.99. I would only pay $16.99. That is if money

Gov't Ex. 173
Page 8 of 49

was a problem. I said no again.
Elaine then came back with.
If I didn't like the necklace, &
pendant I could return them.
Then they would return my
money. I could keep the $1,000
for myself. She said again
what a deal I was getting.
She asked for my card again.
I said No! No.! She finally
said okay have a great day.
I don't know any of these
people or businesses!
Where are they getting my
name, address & phone #.

Thank You
Kathy Collins

Gov't Ex. 173
Page 9 of 49

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (154 of 164)

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (155 of 164)

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# CHECKS SCHEDULED FOR RELEASE

NPF REPORTS DIVISION, MAIN OFFICES P.O. BOX 27, Plainview, NY 11803-0027

**Re**: Available Cash and Awards Win-Opportunity Totaling
**For Release to:**

**$1,200,000.00**

222/1 51548************3-DIGIT 986
Kathiy Collins
[redacted]
Vancouver, WA 98682-8071

*3016324430*

*6089*

**Dated:** 5/11/15

RECORDED

We are very excited in issuing this formal letter announcement to you directly, **Kathiy**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 3016324430**.

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement , **Kathiy**, and request your direct attention to this matter in order that we may release the entire *** **$1,200,000.00** *** **IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES.** FOR THE ENTIRE *** **$1,200,000.00** *** **ONE MILLION TWO HUNDRED THOUSAND DOLLARS** ***, **KATHIY**, and return it along with the required $20.00 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by third-party contest officials and not NPF. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **KATHIY**, or this once-in-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **KATHIY**, This is not a sweepstakes entry form .**YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.2 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES.** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely,

Dan Barnett

BBB 1503212-3022 Alesia 1-877-382-4357 Federal trade commi... 206-46... attorney general

SPECIAL MATTER:
THIS TAG IS OFFICIALLY AFFIXED TO SERVE AS RECORD OF IDENTIFICATION FOR THE INDIVIDUAL NAMED AND FILED ON RECORD.

REGISTRATION : 3016324430

Gov't Ex. 173
Page 10 of 49

NPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

AUTHORIZED RECEIVER

# CERTIFICATE

ISSUED:
5/11/2015

FORMAL CANDIDATE DOCUMENT

REGISTERED:
**[3016324430]**
SIGNATURED REPLY REQUESTED

FILED MATTER

## FOR RELEASE

READY FOR DELIVERY.
10 DAY REPLY REQUESTED

TO: **KATHIY COLLINS**

AMOUNT REPORTED: ***** $1,200,000.00 *****

ADDRESS: [redacted] **VANCOUVER, WA, 98682-8071**

STATUS: **PENDING 10 DAY RECEIVER REPLY**

AUTHORIZING SIGNATURE:

Director, NPF

COMPLETE & RETURN ENTIRE PAGE

PROCESSING SECTION

## COMPLETION

[ ] YES, I, **KATHIY COLLINS**, AM CORRECTLY IDENTIFIED. I AM DEFINITELY THE INDIVIDUAL NAMED AND IDENTIFED HEREIN AS THE ELIGIBLE RECEIVER OF THE AVAILABLE SWEEPSTAKES *CASH/PRIZE* OPPORTUNITY AS REPORTED TO ME IN LEDGER OF ENTRANT DIRECTIVES NOW PENDING RELEASE AND ISSUANCE TO ME IN THE $AMOUNT OF * * * $1,200,000.00 -- $ONE MILLION TWO HUNDRED THOUSAND DOLLARS! * * *.

[ ] BY MY HAND BELOW I VERIFY THAT I AM THE **KATHIY COLLINS** AS IDENTIFIED HEREIN THUS FULLY.

[ ] I HAVE ENCLOSED THE REQUIRED $20.00 REPORT FEE FOR ALL OF THE MONIES AN PRIZE DIRECTIVES TO ME BY:
[ ] CHECK [ ] CASH [ ] MONEY ORDER **PAYABLE TO NPF.**

PLEASE SIGN: ________________________________

*3016324430*

*6089*

Gov't Ex. 173
Page 12 of 49

NPF
P.O. Box 27
Plainview, NY 11803-0027

POSTAGE PAID

PRESORTED
FIRST CLASS
US POSTAGE
PAID
HICKSVILLE NY
PERMIT 888

**SECURED MAIL**

> > > > > > > > > > > > > > > > > > > LASERED & SEALED PAPERS

NPF-ARC-OE01

**ENCLOSURES REGISTERED ON FILE:**
IMPORTANT DOCUMENTS ENCLOSED FOR
THE EXCLUSIVE USE OF THE INDIVIDUAL
HERE INDENTIFIED.

NPF-ARC-RE01

PLEASE
PLACE
STAMP
HERE

**NPF PROCESSING DEPARTMENT**
**P.O. BOX 27**
**PLAINVIEW, NY 11803-0027**

Gov't Ex. 173
Page 13 of 49

# URGENT NOTICE

**KATHIY COLLINS**

**DATE:** 4/3/2015
**RE:** UNCLAIMED REWARD
**AMOUNT:** $100.00
**CLAIM #:** 27367489

Dear Kathiy,

We are trying to reach you about your REWARD opportunity!

You have been selected to receive $100.00 in gift/rebate certificates good at Wal-Mart, Target, and more. Hurry, call today to receive complete details on our risk-free offer and how to get yours!

Call Toll-Free now for complete details.

**844-234-6978**

Claim #: 27367489

5337 North Socrum Loop Road
Lakeland, Fl 33809

PRESORTED FIRST CLASS US POSTAGE PAID PERMIT 492

*************************3-DIGIT 986
KATHIY COLLINS
[redacted]
VANCOUVER WA 98682-8071

Paid & refused to pay 5.99 for shipping

told them to give it to someone else who is more in need to pay

5/8/15 @ 9:00 AM

# NOTICE OF REWARD

| | | | |
|---|---|---|---|
| RECIPIENT | KATHIY COLLINS | CLAIM # | 027530466 |
| AMOUNT | $100.00 | EXPIRATION | 5/29/2015 |

Dear Kathiy,

Promotion - Very pushy

Our records indicate you have an unclaimed reward on your account.
We are holding $100.00 in savings for you, good at **Wal-Mart**, **Target** and many more - in your name.

**The deadline to claim your reward is Friday, May 29, 2015.**

This will be your only notice.

CALL NOW TO CLAIM YOUR REWARD RESERVED IN YOUR NAME
**1-844-238-8225**
Monday - Saturday, 8AM - 8PM ET
CLAIM #: 027530466

PRESORTED FIRST CLASS US POSTAGE PAID PERMIT 492
195-54329

KATHIY COLLINS
[redacted]
VANCOUVER WA 98682-8071

Wanted 1.00 for handling & shipping fee 6/19/15 2:00 PM

Wanted me to use mine or someone elses plastic

The gentleman I spoke to was real pushy. He wanted me to use mine or someone elses plastic. I said no about 8 times & hung up

Gov't Ex. 173
Page 14 of 49

Jewelry Design Concepts
1600 Sarno Rd Suite 204
Melbourne, FL 32935

**OFFICIAL USE ONLY**

The required standards below must be met before releasing this claim.

- ☑ Reserved $1000 **UNCLAIMED GIFT** is secured within our inventory.
- ☑ The **UNCLAIMED GIFT** has been tagged for the legal address of the individual.
- ☑ Shipment of the **UNCLAIMED GIFT** will be delivered promptly.

APPROVED FOR RELEASE: P.R.D.

68145*

PRESORTED FIRST-CLASS

# OFFICIAL UNCLAIMED $1000 GIFT NOTIFICATION

**Dear Valued Customer:** We have been trying to reach you about your **UNCLAIMED GIFT** Valued at Over **$1000** and an Item from our Signature Jewelry Collection that is being held for you in our secured inventory. You must contact us immediately when you receive this notice.

**Unclaimed Gift Number:**
**117654**

**OFFICIAL NOTIFICATION FOR:**

KATHIY COLLINS
OR CURRENT RESIDENT
[redacted]
VANCOUVER WA 98682-8071

AUTO

2-2870

Front
Back on other side

Gov't Ex. 173
Page 15 of 49



Case: 25-3078, 08/14/2026, DktEntry: 30.1, (160 of 164)

Gov't Ex. 173
Page 16 of 49

# CALL FOR YOUR $1000 UNCLAIMED GIFT NOW!

**Dear Valued Customer:**

We have been trying to reach you. This postcard has been mailed to you as our absolute very last resort effort to notify you that you have an **Unclaimed Gift** valued at over **$1000**, and an item from our Signature Jewelry Collection being held for you in our secured inventory. It seems you were not notified of your Unclaimed Gift on your last purchase. Your **$1000 Unclaimed Gift** will be shipped to you immediately upon receiving a simple authorization from you. You need to call **1-800-920-6281** within **10 days** of receiving this notice. If you do not call within 10 days, you will give up your rights to your **Unclaimed Gift** and it will be put back in our inventory. This is the last notification you will receive from us. This postcard verifies that you have been legally notified of this matter.

**OUR TOLL FREE NUMBER IS:**

# 1-800-920-6281

Monday thru Saturday • 8 a.m. to 8 p.m. EST • Closed Sunday

YOUR UNCLAIMED GIFT IS WAITING AND READY FOR YOU.


Case: 25-3078, 08/14/2026, DktEntry: 30.1, (161 of 164)

Kathy Collins
[redacted]
Vancouver, WA 98682-8071



PORTLAND

CASCADE PARK

2 2015

New Postage
Stamps

Office of the Attorney General
Consumers Protection Division
800 5th Ave. Suite 2000
Seattle, [redacted] WA 98104-5188 [redacted]

Gov't Ex. 173
Page 17 of 49

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (163 of 164)

LORI SWANSON
ATTORNEY GENERAL

# STATE OF MINNESOTA

## OFFICE OF THE ATTORNEY GENERAL

April 15, 2015

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

NPF Reports Division
Main Offices P.O. Box 27
Plainview, NY 11803-0027

Dear Sir or Madam:

This Office was contacted by Ms. Ardith Westbrook, whose address is [redacted] Circle Pines, Minnesota 55014-2421.

Ms. Westbrook states that she received a mailing from NPF Reports Division that indicates she won $1.2 million and instructs her to remit a $20 report fee to receive the prize. Ms. Westbrook wants the mailings to stop, and asks NPF Reports Division and any of its affiliates to remove her information from their mailing lists.

I ask that you review this matter as quickly as possible and address Ms. Westbrook's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

Chuck Ferguson
Minnesota Attorney General's Office
445 Minnesota Street, 1400 Bremer Tower
St. Paul, MN 55101-2131
Fax: (651) 282-2155

I thank you for your attention to this matter.

Sincerely,

LORI SWANSON
Attorney General

cc: Ms. Ardith Westbrook
Mr. Chuck Ferguson, Manager of the Consumer Services Division

Gov't Ex. 173
Page 18 of 49

Case: 25-3078, 08/14/2026, DktEntry: 30.1, (164 of 164)

NPF
PO BOX 27
PLAINVIEW NY 11803

April 28, 2015

CHUCK FERGUSON
445 MINNESOTA ST, 1400 BREMER TOWER
ST PAUL MN 55101

RE: ARDITH WESTBROOK

Dear Mr. Ferguson,

Although we believe that we comply with all applicable laws, we will be happy to remove Ardith's name from our mailing lists. Please be advised that in almost all cases this will guarantee that Ardith will receive no further mailings; However, if there is a mailing in progress at the time that this letter is sent, Ardith may receive one further communication.

NPF markets an informational service report, which lists various sweepstakes an individual can enter.

**NPF does not conduct sweepstakes, award money or prizes or enter respondents into any sweepstakes or contests, but reports of such sweepstakes and promotions available for your entry.**

Filling out the NPF communication form and sending in a check or money order will entitle you to receive prompt delivery of a published report that advises clients regarding their participation and entry into promotions as named in the report. Prizes are the sole responsibility of the sponsor

If I may be of further assistance, please do not hesitate to contact me at the above address.

Sincerely,

*Christine Peters*

Christine Peters
Customer Relations

Gov't Ex. 173
Page 19 of 49