# 25-3078

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

UNITED STATES OF AMERICA,
*Appellee*,

v.

SHAWN PHILLIPS, JEFFREY NOVIS,
*Defendants*,

PHILIP PRIOLO,
*Defendant-Appellant*.

On Appeal from the United States District Court for the
Eastern District of New York, No. 2:21-cr-00566
(Hon. Nusrat J. Choudhury)

## SUPPLEMENTAL APPENDIX VOL. III, PART 2 FOR THE UNITED STATES

A. TYSEN DUVA
Assistant Attorney General

ANN F. ENTWISTLE
CHARLES B. DUNN
JASON FELDMAN
Trial Attorneys
Criminal Division, Fraud Section

SARAH E. EDWARDS
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave. NW
Washington, DC 20530
202.913.4782
sarah.edwards@usdoj.gov

## TABLE OF CONTENTS


TABLE OF CONTENTS ..... i

District Court's Opinion Denying Defendant's Rule 29 Motion ..... 1

U.S. v PRIOLO TRIAL TRANSCRIPTS ..... 28

I. March 11, 2025 Transcript ..... 28

A. Opening Statements (Tr. 16) ..... 31

B. Sharon Soltis (Tr. 46) ..... 39

1. Direct ..... 39

2. Cross ..... 45

C. Cheryl Jacquard (Tr. 74) ..... 46

1. Direct ..... 46

II. March 12, 2025 Transcript ..... 88

A. Pamela Kay Pence (Tr. 182) ..... 94

1. Direct ..... 94

2. Cross ..... 96

B. Cheryl Jacquard continued (Tr. 207) ..... 100

1. Direct ..... 100

2. Cross ..... 112

C. Ashley Seip (Tr. 289) ..... 121

1. Direct ..... 121

2. Cross ..... 125

D. Marilyn Burks (Tr. 311) ..... 126

1. Direct ........ 126

2. Cross ........ 128

3. Redirect ........ 129

E. Joseph Bizzarro (Tr. 324) ........ 129

1. Direct ........ 129

III. March 13, 2025 Transcript ........ 167

A. Marlene Montilla (Tr. 419) ........ 180

1. Direct ........ 180

2. Cross ........ 183

3. Redirect ........ 186

B. Mary Lilienkamp (Tr. 450) ........ 188

1. Direct ........ 188

2. Cross ........ 203

C. Cathy Johnson (Tr. 526) ........ 207

1. Direct ........ 207

***VOLUME II***

IV. March 14, 2025 Transcript ........ 251

A. Cathy Johnson continued (Tr. 590) ........ 253

1. Direct ........ 253

2. Cross ........ 277

V. March 17, 2025 Transcript ........ 299

A. Cathy Johnson continued (Tr. 722) ........ 304

1. Cross ........ 304

B. Deposition of Alemitu Teshale Shown (Tr. 743) ........ 309

C. Thomas Ressler (Tr. 751) ........ 311

1. Direct ........ 311

2. Cross ........ 318

D. Christine Reins-Jarin (Tr. 798) ........ 323

1. Direct ........ 323

2. Cross ........ 341

3. Redirect ........ 343

VI. Deposition of Alemitu Teshale Transcript ........ 378

GX 1 – Winners Circle NPF Notice ........ 421

GX 2 – Winners Circle NRS Notice ........ 429

GX 3 – Winners Circle CBS Notice ........ 437

GX 4 – Winners Circle CPR Notice ........ 445

GX 5 – Winners Circle GDM Notice ........ 453

GX 6 – Winners Circle MMP Notice ........ 461

GX 7 – Winners Circle PES Notice ........ 469

GX 8 – Winners Circle CPC Notice ........ 475

GX 9 – Winners Circle BNO Notice ........ 479

GX 10 – Winners Circle PVS Notice ........ 487

GX 11 – Winners Circle PAB Notice ........ 492

GX 12 – Winners Circle PPR Notice ........ 497

GX 13 – Winners Circle PPF Notice ........ 502

GX 14 – Winners Circle AAA Notice ........ 508

GX 15 – Winners Circle CPM Notice ........ 513

GX 21 – Feel Lucky Group CBA Notice ........ 521

GX 22 – Feel Lucky Group MDPE Notice ........ 529

GX 23 – Feel Lucky Group DON Notice ........ 537

***VOLUME III***

GX 24 – Feel Lucky Group MMS Notice ........ 545

GX 25 – Feel Lucky Group FDS Notice ........ 553

GX 26 – Feel Lucky Group RCD Notice ........ 559

GX 27 – Feel Lucky Group WCD Notice ........ 567

GX 28 – Feel Lucky Group CPA Notice ........ 575

GX 29 – Feel Lucky Group GPL Notice ........ 578

GX 30 – Feel Lucky Group MPG Notice – Email proof ........ 581

GX 122 – 4/1/15 Email Attaching Winners Circle April 2015 Backend Schedule .. 586

GX 158 – 9/1/16 Email Attaching Winners Circle and Feel Lucky Spreadsheets ... 589

GX 160 – Return to Sender Mailings from Owen St. Search ........ 620

GX 162 – Complaints and Responses from Owen St. Search ........ 653

GX 173 – Complaints and Refunds from Owen St. Search ........ 684

GX 188 – 2/28/00 Justin Grant, Ltd. Letter ........ 733

GX 362 – Mailings to Priolo and 3/2/15 Email re: CBS - amendments ........ 734

GX 374 – 2/24/16 Email re: new company Lucky Group ........ 796

GX 383 – Sweepstakes Advisory Network Corporate Records .................................. 797

GX 393 – Rule 1006 Summary of Transaction and Payment Records ....................... 807

GX 401 – Sweepstakes Reporting Network Mailing with Notes ................................ 808

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (7 of 131)

LORI SWANSON
ATTORNEY GENERAL

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

April 29, 2015

SUITE 1400
445 MINNESOTA STREET
ST. PAUL, MN 55101-2131
TELEPHONE: (651) 296-7575

NPF Reports Division
Main Offices P.O. Box 27
Plainview, NY 11803-0027

**Re: Ms. Ardith Westbrook**
**File No: TJO/2015/519800/I**

Dear Sir/Madam:

This Office recently asked NPF Reports Division to respond to concerns received from Ms. Ardith Westbrook. To date, we have not yet received any response to our letter to NPF Reports Division.

I enclose another copy of our initial correspondence to NPF Reports Division and ask that you respond to this Office within seven (7) days.

I appreciate your attention to this matter. Please contact me at the telephone number listed below if you have any questions.

Sincerely,

THOMAS OLSEN
Citizen Assistance Analyst
(651) 355-0724 (Voice)
(651) 282-2155 (Fax)

Enclosure: Correspondence to NPF Reports Division

cc: Ms. Ardith Westbrook

Gov't Ex. 173
Page 20 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (8 of 131)

COPY

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

April 15, 2015

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

NPF Reports Division
Main Offices P.O. Box 27
Plainview, NY 11803-0027

Dear Sir or Madam:

This Office was contacted by Ms. Ardith Westbrook, whose address is [redacted] Circle Pines, Minnesota 55014-2421.

Ms. Westbrook states that she received a mailing from NPF Reports Division that indicates she won $1.2 million and instructs her to remit a $20 report fee to receive the prize. Ms. Westbrook wants the mailings to stop, and asks NPF Reports Division and any of its affiliates to remove her information from their mailing lists.

I ask that you review this matter as quickly as possible and address Ms. Westbrook's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

Chuck Ferguson
Minnesota Attorney General's Office
445 Minnesota Street, 1400 Bremer Tower
St. Paul, MN 55101-2131
Fax: (651) 282-2155

I thank you for your attention to this matter.

Sincerely,

LORI SWANSON
Attorney General

cc: Ms. Ardith Westbrook
Mr. Chuck Ferguson, Manager of the Consumer Services Division

Gov't Ex. 173
Page 21 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (9 of 131)

BNO
PO BOX 211
OLD BETHPPAGE NY 11804

May 14, 2015

KIP WALKER
CONSUMER PROTECTION DIVISION
800 5TH AVE SUITE 2000
SEATTLE WA 98104

RE: MARQUITA N KESSEL
FILE # 465885

Dear Mr. Walker,

Although we believe that we comply with all applicable laws, we will be happy to remove Marquita's name from our mailing lists. Please be advised that in almost all cases this will guarantee that Marquita will receive no further mailings; However, if there is a mailing in progress at the time that this letter is sent, Marquita may receive one further communication.

BNO markets an informational service report, which lists various sweepstakes an individual can enter.

**BNO does not conduct sweepstakes, award money or prizes or enter respondents into any sweepstakes or contests, but reports of such sweepstakes and promotions available for your entry**.

Filling out the BNO communication form and sending in a check or money order will entitle you to receive prompt delivery of a published report that advises clients regarding their participation and entry into promotions as named in the report. Prizes are the sole responsibility of the sponsor

If I may be of further assistance, please do not hesitate to contact me at the above address.

Sincerely,

*Christine Peters*

Christine Peters
Customer Relations

Gov't Ex. 173
Page 22 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (10 of 131)

**Bob Ferguson**
# ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000• Seattle, WA 98104-3188• (206) 464-6686

May 11, 2015

BNO
Reports Division, Main Offices
PO Box 211
Old Bethpage, NY 11804

RE: Marquita N Kessel
File #: 465885

Dear BNO:

The Consumer Protection Division of the Attorney General's Office received the enclosed complaint filed by Marquita N Kessel regarding your business. Our office provides an informal complaint resolution process to consumers and businesses to assist them in resolving disputes. Many businesses find this informal, voluntary process beneficial in resolving complaints with their customers.

Our office acts as a neutral party throughout this process and facilitates communication between consumers and businesses to assist the parties in resolving the complaint. We are prohibited by Washington State law from providing legal advice or representing either party. Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive trade practices warranting further attention by our office.

Our office requests that you respond to this complaint in writing within 21 calendar days from the date of this letter so that we may determine how to proceed in this matter. Please reference the file number, 465885 in your response.

Please note that consumer complaints, including responses, are public records and are available to the public for copying or inspection in compliance with the Washington State Public Records Act, RCW 42.56.

Thank you for your attention to this matter. If you have questions or would like to submit additional information regarding this complaint, our email address is CRCComplaints@ATG.WA.GOV. Please include the complaint number given above on any complaint correspondence.

Sincerely,

KIP WALKER
Consumer Services Operations Supervisor
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers
Enclosure

**Gov't Ex. 173**
**Page 23 of 49**

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (11 of 131)

465885

RECEIVED

MAY 04 2015

CONSUMER PROTECTION DIVISION
SEATTLE

**CONSUMER COMPLAINT FORM**
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION

File your complaint online at https://fortress.wa.gov/atg/formhandler/ago/ComplaintForm.aspx for faster processing. The Washington State Office of the Attorney General can only process complaints that involve either Washington state residents or businesses located in Washington state. Information marked with * is required.

**I. CONSUMER INFORMATION**

*** Last Name:** Kessel *** First Name:** Marguita **Middle Initial:** N

*** Address:** [redacted] *** City:** Vancouver ***State** Wash. ***Zip** 98660

*** Contact Phone:** [redacted] 7893 **Alternate Phone:** [redacted] 8341 (Cell phone)

*** E-Mail Address:**

**Are you a member or former member of the U.S. Armed Forces, Guard, Reserves or a dependent? (Optional):** ☐ YES ☒ NO

**If English is not your first language, what is your first language? (Optional):**

**For our statistics, please select your age group (Optional):** ☐ 18-29 ☐ 30-39 ☐ 40-49 ☐ 50-59 ☒ 59+ ☐ Under 18

**II. ABOUT YOUR COMPLAINT**

*** Business Name:**

*** Address:** *** City:** ***State** ***Zip**

*** Business Phone: ( )** **E-Mail:** **Website:**

**Names/addresses/phone numbers of other businesses involved in your complaint:**

**Transaction date:** **Amount in dispute: $** 500.00 or more

**State your complaint and how you think this complaint can be resolved:**

They were sweepstakes from all over New York & Kansas, they started sending them the end of Dec. I started playing them thinking they would only last about a month or so, 4 months later I quit & they are still coming in, when they started I didn't realize they were a scam until now, I know that they should be stopped, I'm sure I'm not the only one that they are doing it to, I'm

CONSUMER COMPLAINT PAGE 1 OF 2

Gov't Ex. 173
Page 24 of 49

68 years old I thought I knew what a scam was, but I guess I Didn't, I had to change things to protect myself, but I have learned, I Don't know how to go about stopping this & they should be, it really bothers me that they are taking advantage of us older people like this + getting away with it, something needs to be Done. I have sent my check Duplicates to look over, I Dont know how much they took.

## III. ACKNOWLEDGEMENT & SIGNATURE (Required)*

I understand that by submitting this complaint to the Washington State Attorney General's Office my complaint and any response from the business and all communications with Attorney General's Office will become public records under state law. Public records are subject to disclosure in response to requests for public records and my complaint and all related documents may be disclosed to the public. Complaint information received by this office will be exported into the Federal Trade Commission's (FTC) database, Consumer Sentinel, a secure online database. This data is then made available to thousands of civil and criminal law enforcement authorities worldwide. The Attorney General's Office may refer complaints to a more appropriate agency.

By signing this complaint form, I understand that the Washington State Attorney General's Office will contact the party (ies) against which I have filed a complaint in an effort to reach an amicable resolution. I authorize the party (ies) against which I have filed a complaint to communicate with and provide information related to my complaint to the Washington State Attorney General's Office. By submitting this consumer complaint, I understand that the Attorney General cannot answer legal questions or give legal advice to me and cannot act as my personal lawyer.

**I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.**

Signature: [signature] Date: 4-29-2015 City: Vancouver State: Wash.

**Please Read Important Information:** If your complaint is submitted without the above acknowledgment and declaration signatures, we will not be able to process but will keep on file in our complaint database as a public record.

**Mail Complaints To:**

OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
800 5TH AVENUE, SUITE 2000 SEATTLE, WASHINGTON 98104-3188
**PHONE** 1-800-551-4636 OR (206) 464-6684 **FAX** (206) 389-2801

To who it may
Concern, I have
had 12 sweepstakes
on Monday & had
6 on tuesday —
this is how they
have been sending
them to me — my
Box is always ~~full~~
full each Day
for 4 months this
has been going on
& they are still
sending them to me
all over N.Y. &
Kansas
from Jan on, I
hope this helps
so you can get
a good look at
what they are
Doing to me
& possibly others as
well.

(tuesday)
April 28
2015

Gov't Ex. 173
Page 26 of 49

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

April 9, 2015

Should we sent letter Please Advise

NPF Reports Division
P.O. Box 27
Plainview, NY 11803-0027

Dear Sir or Madam:

This Office was contacted by Ms. Lisa Anderson on behalf of her 94-year-old mother. Ms. Elina Johnson, whose address is [redacted] Floorwood, Minnesota 55736.

Ms. Johnson received a mailing from NPF Reports Division that claims she has won a $1,200,000 cash prize. Ms. Johnson wants the mailings to stop and asks NPF Reports Division to remove her information from its mailing list.

I ask that you review this matter as quickly as possible and address Ms. Johnson's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

Chuck Ferguson
Minnesota Attorney General's Office
445 Minnesota Street, 1400 Bremer Tower
St. Paul, MN 55101-2131
Fax: (651) 282-2155

I thank you for your attention to this matter.

Sincerely,

LORI SWANSON
Attorney General

cc: Ms. Lisa Anderson
Mr. Chuck Ferguson, Manager of the Consumer Services Division

Gov't Ex. 173
Page 27 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (15 of 131)

NPF
PO BOX 27
PLAINVIEW NY 11803

April 16, 2015

CHUCK FERGUSON
445 MINNESOTA ST, 1400 BREMER TOWER
ST PAUL MN 55101

RE: ELINA JOHNSON

Dear Mr. Ferguson,

I have checked our records and am having trouble finding Ms. Johnson on our mailing list. Is there another name or address that she was receiving mail at? I cannot locate her on our files with the [redacted] address.

If I may be of further assistance, please do not hesitate to contact me at the above address.

Sincerely,
Janet Sterling
Janet Sterling
Customer Relations

Gov't Ex. 173
Page 28 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (16 of 131)

# N.P.F.

PO BOX 27, PLAINVIEW NY 11803

**February 24, 2016**

Mindy Summers
Office of the Attorney General Consumer Protection Div.
500 South Second Street
Springfield IL 62706

**RE: Brenda Dilts 2016-CONSC-00020123**

Dear Ms. Summers:

We have removed Mrs. Dilt's name and address from all files. This will ensure that she will no longer receive any correspondence from our company, with the exception of any mailings that may already be in progress.

Below is a summary of our newsletter.

WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSERED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH THE NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A NEWSLETTER WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZES. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST, OR SWEEPSTAKES ENTRIES.

If you have any other questions, please do not hesitate to contact me at the above address.

**Sincerely,**

*Christine Peters*

**N.P.F. CUSTOMER SERVICE**

Gov't Ex. 173
Page 29 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (17 of 131)

# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

February 9, 2016

NPF Reports Division
PO Box 27
Plainview, NY 118030027

Re: Brenda Dilts
File No: 2016-CONSC-00020123

Dear Sir/Madam:

The Consumer Protection Division, of the Office of the Attorney General received a consumer complaint involving your business. We have enclosed a copy of the complaint for your examination.

We would appreciate your review and response to the complaint, as well as any suggestions for a potential resolution. Please include copies of any substantiating documents which relate to this complaint with your response. If the matter has been resolved, we would appreciate knowing it.

Please provide a written response via US Mail and/or e-mail within ten business days of receipt. **All communications must be in writing**. Direct all correspondence to Mindy Summers, Office of the Attorney General, Consumer Protection Division, 500 South Second Street, Springfield, IL 62706. Refer to the above mentioned file on all correspondence.

Sincerely,

ATTORNEY GENERAL
State of Illinois

*Mindy Summers*

Mindy Summers
Citizen's Advocate
Consumer Protection Bureau
msummers@atg.state.il.us
(217) 557-6341

2/24/16

Enclosure

Gov't Ex. 173
Page 30 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (18 of 131)

RECEIVED
ATTORNEY GENERAL
DEC 28 2015
CONSUMER FRAUD
CHICAGO

December 20, 2015

Lisa Madigan
Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601

Re: Possible scam letter I received

Dear Attorney General Madigan,

I received the enclosed letter on December 14, 2015 form NPF in Plainview, NY requesting $20.00 to become eligible for a large monetary award. I am forwarding the letter to you as it may be a possible scam. Otherwise I just tossed away a million dollars.

I am not familiar with the name of this organization. I am not sure why the request for $20.00.

This could be a scam in which someone is collecting thousands of dollars by people sending them $20.00 from each letter they send out.

In checking on the internet I could not find anything referring to this particular company or county where the information was recorded.

Thank you for checking out this request for money letter.

Sincerely,

Brenda Dilts

Brenda Dilts (Mrs)
[redacted]
Canton, IL 61520
309-649-1938
Ron.dilts@sbcglobal.net

Gov't Ex. 173
Page 31 of 49

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# CHECKS SCHEDULED FOR RELEASE

NPF REPORTS DIVISION, MAIN OFFICES P.O. BOX 27, Plainview, NY 11803-0027

**Re:** Available Cash and Awards Win-Opportunity Totaling
**For Release to:**

**$1,200,000.00**

256/3 58492******ALL FOR AADC 615
Brenda Dilts
[redacted]
Canton, IL 61520-1006

*3025771720*

*6403*

**Dated:** 12/09/15

RECORDED

We are very excited in issuing this formal letter announcement to you directly, **Brenda**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 3025771720**.

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement , **Brenda**, and request your direct attention to this matter in order that we may release the entire *** **$1,200,000.00** *** **IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES.** FOR THE ENTIRE *** **$1,200,000.00** *** **ONE MILLION TWO HUNDRED THOUSAND DOLLARS** ***, **BRENDA**, and return it along with the required $20.00 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by third-party contest officials and not NPF. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **BRENDA**, or this once-in-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **BRENDA**, This is not a sweepstakes entry form .**YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.2 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES.** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely,

Dan Barrett

NPF-ARC-FM01

SPECIAL MATTER:
THIS TAG IS OFFICIALLY AFFIXED
TO SERVE AS RECORD OF IDENTIFICATION
FOR THE INDIVIDUAL NAMED AND FILED
ON RECORD.

REGISTRATION : 3025771720

Gov't Ex. 173
Page 32 of 49

**CONSUMER INFORMATION**

NPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (21 of 131)

AUTHORIZED RECEIVER
# CERTIFICATE

ISSUED:
12/09/2015

FORMAL CANDIDATE DOCUMENT

REGISTERED:
**[3025771720]**
SIGNATURED REPLY REQUESTED

FILED MATTER

READY FOR DELIVERY.
10 DAY REPLY REQUESTED

## FOR RELEASE

**TO:** **BRENDA DILTS**

**AMOUNT REPORTED:** ***** $1,200,000.00 *****

**ADDRESS:** [redacted] **CANTON, IL, 61520-1006**

**STATUS:** **PENDING 10 DAY RECEIVER REPLY**

AUTHORIZING SIGNATURE: [signature]
Director, NPF

**COMPLETE & RETURN ENTIRE PAGE**

PROCESSING SECTION

## COMPLETION

[ ] YES, I, **BRENDA DILTS**, AM CORRECTLY IDENTIFIED. I AM DEFINITELY THE INDIVIDUAL NAMED AND IDENTIFED HEREIN AS THE ELIGIBLE RECEIVER OF THE AVAILABLE SWEEPSTAKES *CASH/PRIZE* OPPORTUNITY AS REPORTED TO ME IN LEDGER OF ENTRANT DIRECTIVES NOW PENDING RELEASE AND ISSUANCE TO ME IN THE $AMOUNT OF * * * $1,200,000.00 -- $ONE MILLION TWO HUNDRED THOUSAND DOLLARS! * * *.

[ ] BY MY HAND BELOW I VERIFY THAT I AM THE **BRENDA DILTS** AS IDENTIFIED HEREIN THUS FULLY.

[ ] I HAVE ENCLOSED THE REQUIRED $20.00 REPORT FEE FOR ALL OF THE MONIES AN PRIZE DIRECTIVES TO ME BY:
[ ] CHECK [ ] CASH [ ] MONEY ORDER **PAYABLE TO NPF.**

PLEASE SIGN: ______________________________

NPF

*3025771720*

*6403*

NPF-ARC-FM01

TIME SENSITIVE MATTER.
PROMPT ATTENTION & URGENT REPLY REQUESTED.

Gov't Ex. 173
Page 34 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (22 of 131)

NPF
PO BOX 27
PLAINVIEW, NY 11804

June 11, 2015, 2015

CHUCK FERGUSON
MINNESOTA ATTORNEY GENERAL'S OFFICE
445 MINNESOTA ST, 1400 BREMER TOWER
ST PAUL MN 55101

RE: ROGER RANDOLPH

Dear Mr. Ferguson,

Although we believe that we comply with all applicable laws, we will be happy to remove Roger's name from our mailing lists. Please be advised that in almost all cases this will guarantee that Roger will receive no further mailings; However, if there is a mailing in progress at the time that this letter is sent, Roger may receive one further communication.

NPF markets an informational service report, which lists various sweepstakes an individual can enter.

**NPF does not conduct sweepstakes, award money or prizes or enter respondents into any sweepstakes or contests, but reports of such sweepstakes and promotions available for your entry.**

Filling out the NPF communication form and sending in a check or money order will entitle you to receive prompt delivery of a published report that advises clients regarding their participation and entry into promotions as named in the report. Prizes are the sole responsibility of the sponsor

If I may be of further assistance, please do not hesitate to contact me at the above address.

Sincerely,
*Christine Peters*
Christine Peters
Customer Relations

Gov't Ex. 173
Page 35 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (23 of 131)

NPF
PO BOX 27
PLAINVIEW, NY 11803

June 30, 2015

THOMAS OLSEN
102 STATE CAPITOL
ST PAUL MN 55155

RE: ROGER RANDOLPH TJO/2015/521384/C

Dear Mr. Olsen,

I responded to your original letter on June 11th. I have enclosed a copy of the original response and am returning this via Certified Mail so that it does not get lost, as it seems my original response did. Mr. Randolph has been removed from all mailing lists. I am sending copies to both the Minnesota St address you indicated to reply to, and the State Capitol address on the top of the complaint.

Sincerely,

*Christine Peters*

Christine Peters
Customer Relations

Gov't Ex. 173
Page 36 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (24 of 131)

NPF
PO BOX 27
PLAINVIEW, NY 11803

June 30, 2015

THOMAS OLSEN
MINNESOTA ATTORNEY GENERAL'S OFFICE
445 MINNESOTA ST, 1400 BREMER TOWER
ST PAUL MN 55101

RE: ROGER RANDOLPH TJO/2015/521384/C

Dear Mr. Olsen,

I responded to your original letter on June 11th. I have enclosed a copy of the original response and am returning this via Certified Mail so that it does not get lost, as it seems my original response did. Mr. Randolph has been removed from all mailing lists. I am sending copies to both the Minnesota St address you indicated to reply to, and the State Capitol address on the top of the complaint.

Sincerely,

*Christine Peters*

Christine Peters
Customer Relations

Gov't Ex. 173
Page 37 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (25 of 131)

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 22, 2015

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

NPF Reports Division
Main Office, P.O. Box 27
Plainview, NY 11803-0027

**Re: Mr. Roger Randolph**
**File No: TJO/2015/521384/C**

Dear Sir/Madam:

This is the third time this Office is sending NPF Reports Division a letter regarding the concerns we received from Mr. Roger Randolph. To date, we have not received any response from NPF Reports Division. This matter deserves the courtesy of a response, and this Office expects that a company that does business in Minnesota will respond to concerns raised by Minnesota citizens in a timely fashion.

I enclose a copy of our initial correspondence for your review. I ask that you please direct your immediate attention to this matter and respond to me within five business days of this letter. If you have any questions, please contact me immediately.

I should note that this Office does maintain files regarding consumer complaints, and our files will reflect your response or any failure to respond. I would appreciate your prompt attention to this matter.

Sincerely,

THOMAS OLSEN
Citizen Assistance Analyst
(651) 355-0724 (Voice)
(651) 282-2155 (Fax)

Enclosure: Correspondence to NPF Reports Division

cc: Mr. Roger Randolph

Gov't Ex. 173
Page 38 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (26 of 131)

COPY

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 1, 2015

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

NPF Reports Division
P.O. Box 27
Plainview, NY 18803-0027

Dear Sir or Madam

This Office was contacted by Mr. Roger Randolph, whose address is [redacted], Mora, MN 55051.

Mr. Randolph states he received a mailing from NPF requesting a payment of $20 and authorization for Entrant Procedure Directives for $1.2 million in prizes. He wants the mailings to stop and asks NPF to remove his contact information from its mailing list.

I ask that you review this matter as quickly as possible and address Mr. Randolph's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

Chuck Ferguson
Minnesota Attorney General's Office
445 Minnesota Street, 1400 Bremer Tower
St. Paul, MN 55101-2131
Fax: (651) 282-2155

I thank you for your attention to this matter.

Sincerely,

LORI SWANSON
Attorney General

cc: Mr. Roger Randolph
Mr. Chuck Ferguson, Manager of the Consumer Services Division

Gov't Ex. 173
Page 39 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (27 of 131)

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 1, 2015

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

NPF Reports Division
P.O. Box 27
Plainview, NY 18803-0027

Dear Sir or Madam

This Office was contacted by Mr. Roger Randolph, whose address is [redacted] Mora, MN 55051.

Mr. Randolph states he received a mailing from NPF requesting a payment of $20 and authorization for Entrant Procedure Directives for $1.2 million in prizes. He wants the mailings to stop and asks NPF to remove his contact information from its mailing list.

I ask that you review this matter as quickly as possible and address Mr. Randolph's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

Chuck Ferguson
Minnesota Attorney General's Office
445 Minnesota Street, 1400 Bremer Tower
St. Paul, MN 55101-2131
Fax: (651) 282-2155

I thank you for your attention to this matter.

Sincerely,

LORI SWANSON
Attorney General

cc: Mr. Roger Randolph
Mr. Chuck Ferguson, Manager of the Consumer Services Division

Gov't Ex. 173
Page 40 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (28 of 131)

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 15, 2015

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

NPF Reports Division
P.O. Box 27
Plainview, NY 11803-0027

**Re: Mr. Roger Randolph**
**File No: TJO/2015/521384/C**

Dear Sir/Madam:

This Office recently asked NPF Reports Division to respond to concerns received from Mr. Roger Randolph. To date, we have not yet received any response to our letter to NPF Reports Division.

I enclose another copy of our initial correspondence to NPF Reports Division and ask that you respond to this Office within seven (7) days.

I appreciate your attention to this matter. Please contact me at the telephone number listed below if you have any questions.

Sincerely,

THOMAS OLSEN
Citizen Assistance Analyst
(651) 355-0724 (Voice)
(651) 282-2155 (Fax)

Enclosure: Correspondence to NPF Reports Division

cc: Mr. Roger Randolph

Gov't Ex. 173
Page 41 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (29 of 131)

COPY

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 1, 2015

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

NPF Reports Division
P.O. Box 27
Plainview, NY 18803-0027

Dear Sir or Madam

This Office was contacted by Mr. Roger Randolph, whose address is [redacted] Mora, MN 55051.

Mr. Randolph states he received a mailing from NPF requesting a payment of $20 and authorization for Entrant Procedure Directives for $1.2 million in prizes. He wants the mailings to stop and asks NPF to remove his contact information from its mailing list.

I ask that you review this matter as quickly as possible and address Mr. Randolph's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

Chuck Ferguson
Minnesota Attorney General's Office
445 Minnesota Street, 1400 Bremer Tower
St. Paul, MN 55101-2131
Fax: (651) 282-2155

I thank you for your attention to this matter.

Sincerely,

LORI SWANSON
Attorney General

cc: Mr. Roger Randolph
Mr. Chuck Ferguson, Manager of the Consumer Services Division

Gov't Ex. 173
Page 42 of 49

MINEOLA PO
160 FIRST STREET
MINEOLA, NY 11501-4870

[illegible]

Bakker

SAINT PAUL, MN 55101-2111

[illegible]

Bakker

Gov't Ex. 173
Page 43 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (31 of 131)

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 25, 2015

SUITE 1400
445 MINNESOTA STREET
ST. PAUL, MN 55101-2131
TELEPHONE: (651) 296-7575

NPF Reports Division
Main Office, P.O. Box 27
Plainview, NY 11803-0027

**Re: Mr. Ronald Bakker**
**File No: TJO/2015/522160/C**

Dear Sir/Madam:

This Office recently asked NPF Reports Division to respond to concerns received from Mr. Ronald Bakker. To date, we have not yet received any response to our letter to NPF Reports Division.

I enclose another copy of our initial correspondence to NPF Reports Division and ask that you respond to this Office within seven (7) days.

I appreciate your attention to this matter. Please contact me at the telephone number listed below if you have any questions.

Sincerely,

THOMAS OLSEN
Citizen Assistance Analyst
(651) 355-0724 (Voice)
(651) 282-2155 (Fax)

Enclosure: Correspondence to NPF Reports Division

cc: Mr. Ronald Bakker

Gov't Ex. 173
Page 44 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (32 of 131)

COPY

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 11, 2015

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

NPF Reports Division
Main Office, P.O. Box 27
Plainview, NY 11803-0027

Dear Sir or Madam:

This Office was contacted by Mr. Ronald Bakker, whose address is [redacted] Milaca, Minnesota 56353-3809.

Mr. Bakker states that he received a mailing from NPF Reports Division that claims he won $1.2 million and instructs him to remit a $20 report fee to receive the prize. Mr. Bakker wants the mailings to stop, and asks NPF Reports Division and any of its affiliates to remove his information from their mailing lists.

I ask that you review this matter as quickly as possible and address Mr. Bakker's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

Chuck Ferguson
Minnesota Attorney General's Office
445 Minnesota Street, 1400 Bremer Tower
St. Paul, MN 55101-2131
Fax: (651) 282-2155

I thank you for your attention to this matter.

Sincerely,

LORI SWANSON
Attorney General

cc: Mr. Ronald Bakker
Mr. Chuck Ferguson, Manager of the Consumer Services Division

Gov't Ex. 173
Page 45 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (33 of 131)

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

LORI SWANSON
ATTORNEY GENERAL

June 11, 2015

102 STATE CAPITOL
ST. PAUL, MN 55155
TELEPHONE: (651) 296-6196

NPF Reports Division
Main Office, P.O. Box 27
Plainview, NY 11803-0027

Dear Sir or Madam:

This Office was contacted by Mr. Ronald Bakker, whose address is [redacted] Milaca, Minnesota 56353-3809.

Mr. Bakker states that he received a mailing from NPF Reports Division that claims he won $1.2 million and instructs him to remit a $20 report fee to receive the prize. Mr. Bakker wants the mailings to stop, and asks NPF Reports Division and any of its affiliates to remove his information from their mailing lists.

I ask that you review this matter as quickly as possible and address Mr. Bakker's concerns. I ask that you send a written response to this Office within ten (10) days of receiving this letter. Please provide a response to this Office at the following address:

Chuck Ferguson
Minnesota Attorney General's Office
445 Minnesota Street, 1400 Bremer Tower
St. Paul, MN 55101-2131
Fax: (651) 282-2155

I thank you for your attention to this matter.

Sincerely,

LORI SWANSON
Attorney General

cc: Mr. Ronald Bakker
Mr. Chuck Ferguson, Manager of the Consumer Services Division

Gov't Ex. 173
Page 46 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (34 of 131)

NPF
PO BOX 27
PLAINVIEW, NY 11803

June 11, 2015 6/24

CHUCK FERGUSON
MINNESOTA ATTORNEY GENERAL'S OFFICE
445 MINNESOTA ST, 1400 BREMER TOWER
ST PAUL MN 55101

RE: RONALD BAKKER, [redacted] MILACA MN 56353

Dear Mr. Ferguson,

Although we believe that we comply with all applicable laws, we will be happy to remove Mr. Bakker's name from our mailing lists. Please be advised that in almost all cases this will guarantee that Mr. Bakker will receive no further mailings; However, if there is a mailing in progress at the time that this letter is sent, Mr. Bakker may receive one further communication.

NPF markets an informational service report, which lists various sweepstakes an individual can enter.

**NPF does not conduct sweepstakes, award money or prizes or enter respondents into any sweepstakes or contests, but reports of such sweepstakes and promotions available for your entry.**

Filling out the NPF communication form and sending in a check or money order will entitle you to receive prompt delivery of a published report that advises clients regarding their participation and entry into promotions as named in the report. Prizes are the sole responsibility of the sponsor

If I may be of further assistance, please do not hesitate to contact me at the above address.

Sincerely,

*Christine Peters*

Christine Peters
Customer Relations

Gov't Ex. 173
Page 47 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (35 of 131)

NPF
PO BOX 27
PLAINVIEW, NY 11803

June 29, 2015

Thomas Olsen
102 State Capitol
St Paul MN 55155

RE: RONALD BAKKER, TJO/2015/522160/C

Dear Mr. Olsen,

I responded to your original letter on June 26th. I have enclosed a copy of my letter to you and am returning it via Certified Mail to ensure that you receive it. I am sending it to both addresses on your original correspondence (445 Minnesota St & 102 State Capitol).

Sincerely,

Christine Peters

Christine Peters
Customer Relations

Gov't Ex. 173
Page 48 of 49

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (36 of 131)

NPF
PO BOX 27
PLAINVIEW, NY 11803

June 29, 2015

Thomas Olsen
MINNESOTA ATTORNEY GENERAL'S OFFICE
445 MINNESOTA ST, 1400 BREMER TOWER
ST PAUL MN 55101

RE: RONALD BAKKER, TJO/2015/522160/C

Dear Mr. Olsen,

I responded to your original letter on June 26th. I have enclosed a copy of my letter to you and am returning it via Certified Mail to ensure that you receive it. I am sending it to both addresses on your original correspondence (445 Minnesota St & 102 State Capitol).

Sincerely,

*Christine Peters*

Christine Peters
Customer Relations

Gov't Ex. 173
Page 49 of 49

# Justin Grant, Ltd.

February 28, 2000

Sportime at Syosset
75 Hasket Drive
Syosset, NY 11791

To Whom it May Concern:

This is to inform you that the following Sportime members are currently employed by Justin Grant, Ltd.:

Keara Albert
Robert Kossin
Philip Priolo
Jeffrey Novis
Sean Novis
Jennifer Woska

If I can assist you further, please let me know.

Very truly yours,

Sean Novis

GOVERNMENT EXHIBIT
188
2:21-CR-00566

NRS

# DETAILS OF AWARDABLE STIPULATIONS

THE SUM TOTALS OF AWARDABLE MONIES IS CERTIFIED—ELIGIBLE—AWARDABLE—$1,429,899.00

4 1 ******AUTO**MIXED AADC 335
Steve Priolo
[redacted]
Westbury, NY 11590-1604

*1512020290*

**STEVE PRIOLO,** YOU REALLY ARE AN ELIGIBLE RECIPIENT OF DESIGNATED DOSSIERS CONCERNING CERTAIN MONIES TO BE AWARDED.

WE HAVE DOUBLE-CHECKED. THIS IS A BINDING AND DEFINITIVE ENGAGEMENT PENDING YOUR FAVORABLE RESPONSE. YOUR CONFIRMATION ENTITLEMENT TO THE **EXPRESS DOSSIER CLAIM** MUST BE RECEIVED AT OUR OFFICE BY **JANUARY 23, 2015.**

YOU MUST REMIT THIS CERTIFICATE OF AUTHORITY AT ONCE TO RECEIVE YOUR FULL TRANSFER—CONTACT OUR OFFICE—**AGGREGATE FUNDS AWARDABLE TO WINNERS $1,429,899.00** FROM INDEPENDENT ENTITIES.

**—IRREVOCABLE—WARRANTED PAYOUTS—**

**STEVE PRIOLO**

**CERTIFIED ELIGIBLE—100% CERTIFIED AND WARRANTED AS TRUE**

PLEASE NOTE THAT ALL STIPULATIONS WRITTEN ON THIS OFFICIAL CORPORATE SEAL ARE IRREVOCABLE. VITAL INFORMATION: STAGE OF PROCEDURE - FINISHED - READY TO FORWARD.

**THE AGGREGATE AWARDABLE AMOUNT IS $1,429,899.00.**

THIS IS DEFINITIVE. THIS DOCUMENT IS OFFICIAL. THE DESIGNATED RECIPIENT CAN BE ABSOLUTELY CERTAIN OF RECEIVING FULL DIRECTIVES FOR THE NET AMOUNT OF **$1,429,899.00** AT ONCE UPON FAVORABLE CONTACT. FULL FOLDER DETAILING **$1,429,899.00** DIRECTIVES WILL BE SENT DIRECTLY TO THE HOME OF **STEVE PRIOLO.**

**—IMMEDIATE ACTION REQUIRED—**

THESE FUNDS WILL BE PAID OUT TO OTHER CLAIMANTS AND BE DISBURSED TO OTHERS UNLESS ABOVE NAMED CLAIMANT RETURNS ENTRY DOCUMENTS AS FULLY DESCRIBED IN COMPENDIUM AND IS VERIFIED AS ACTUAL WINNER.

GO DIRECTLY TO NEXT PAGE

NRS-OLV-FM01

GOVERNMENT EXHIBIT
362
2:21-CR-00566

Gov't Ex. 362
Page 1 of 62

IS0000337279

**CONSUMER INFORMATION**

NRS IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NRS IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NRS IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NRS USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NRS IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NRS, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NRS, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

NRS

Irrevocable Certificate No.: 8019265

# CERTIFICATE OF AUTHORITY

RETURN THIS ENTIRE PAGE WITH SIGNATURE & RELEASE FEE.

## VERIFICATION OF IDENTITY©

In order to be confirmed for release of materials intended to introduce you to unredeemed funds and monies, we must verify that you are the correct person who is in our files. Can you verify that you are one of the three triple confirmed recipients below

| Charles Goertler | Steve Priolo | Myrna McKinley |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| Pasco, WA 99301-9821 | Westbury, NY 11590-1604 | Juneau, AK 99802-1713 |
| ☐ Yes, I am this confirmed verified funds nominee ($1,429,899.00). | ☐ Yes, I am this confirmed verified funds nominee ($1,429,899.00). | ☐ Yes, I am this confirmed verified funds nominee ($1,429,899.00). |

## CONFIRMATION OF RESULTS

Steve, you now have been upgraded to **FINAL RELEASE CANDIDATE!** Since our delivery has declared value and issuing costs for endorsed and verified candidates, in order to continue to send elective fiduciary material to recipient(s) of intention, we must name match address with documents of value.

## MONEY MANDATE REQUEST

☐ Yes, release the hold on my account and send me the FUNDS DIRECTIVE DOSSIER!

Your address for immediate delivery is in our records and will be precisely mandated, please immediately CHECK and SIGN OFF on your address accuracy below.

I hereby certify this is a accurate address: ☐ Yes, ☐ No (I have corrected it above).

*1512020210*

Sign here: X ____________________

## SIGNATURE & RELEASE

Steve, as soon as we receive your response, our office **GUARANTEES FULLY** that you will be promptly notified and served as to the **MONIES AND PRIZES** as in report and **GUARANTEED PAID** to winners by the named sponsors.

☐ Yes, I have enclosed the required release fee of $$25.00 for the Express Dossier Delivery as required for winning document report issuance by ☐ Cash ☐ Check ☐ Money Order made payable to NRS.

☐ Yes, everything is correct. I agree and understand.

Sign here: X ____________________

RETURN THIS ENTIRE PAGE

NRS • P.O. Box 211, Old Bethpage, NY 11804-0211

$1,429,899.00

IS0000337279

Gov't Ex. 362
Page 3 of 62

Gov't Ex. 362
Page 4 of 62

IS0000337279

# NOTIFICATION OF AVAILABLE PRIZE OPPORTUNITIES

**$1,000,000.00**

**REGARDING OVER *** ONE MILLION DOLLARS *** IN REPORTED SWEEPSTAKES OPPORTUNITIES**

3 1 *******AUTO**MIXED AADC 335
Steve Priolo
[redacted]
Westbury, NY 11590-1604

This announcement of available opportunities is a direct communication from CPN acquainting you with cash and other prizes you can compete for, via third-party sponsors. This letter is intended only for Steve Priolo.

APPROVED FOR RELEASE

FRM-CPN-NOA

Dear Steve, January 22, 2015

It is with great pleasure that I announce to you that receiving this Official Notification insures that by following directives contained in this Official Document, you are 100% guaranteed to receive our latest prize directives accessibility documentation with opportunities in excess of $1,000,000.00

That's right, Steve, you are able to receive our latest edition of cash prizes and awards sweepstakes report available to individuals like you.

Don't disregard this, thinking it is another sweepstakes or contest offering, Steve. It is not. CPN (not a government agency) is a private research and reporting firm whose job is to uncover Cash & Prize opportunities that offer the potential to enter to win cash and prizes.

What this means to you Steve could be be potentially very exciting because upon completion and return of your Request Form, *we will be sending you forthwith, our latest $1,000,000.00 ** One Million Dollars** Cash Prizes and Awards Opportunities accessibility documentation!*

We have done our part by contacting you and informing you of your opportunity to access over $1,000,000.00 in cash & prize opportunities from national sponsoring authorities. Now you must do your part and return your Request Form as instructed. Don't forget to include the $25.00 Reported Documents Fee.

Doing so will begin immediate processing of your request, which will result in the expediting of a report detailing $1,000,000.00 accessibility documentation to , 15 Westwood Dr Apt 9, Westbury, NY 11590-1604.

That being the case, Steve, please check the correct spellings of your name and address as this is the information we will use when issuing the cash and prize opportunity report. (Note: improperly addressed forms could result in the delay of delivery.)

All Cash Prize Moneys are guaranteed to be paid by various sponsoring authorities (winners are responsible for all taxes) and therefore could be spent any way you see fit. I am guessing that an extra $10,000.00 or $100,000.00 or more in cash and prize awards could make quite a difference in your life right about now!

That's why it makes sense, Steve, to get your request form in the mail today. This reported information is time sensitive and therefore you need to respond in a timely manner. We request that you respond in the next 10 days!

We have enclosed a reply envelope for your convenience. You will be hearing from us as soon as we receive your Request Form. We look forward to attending to you personally.

Notice #103

{STATUS - Awaiting Reply For Notice #103}

We will authorize RELEASE of our Special Report, outlining cash/prize sweepstakes opportunities in the amount of $1,000,000.00 to your address when you respond now.

These funds are GUARANTEED to be paid to selected winners by each individual sponsor! This letter validates your status regarding the available report to be transferred to your address upon receipt.

IS0000337279

Gov't Ex. 362
Page 5 of 62

**CONSUMER INFORMATION**

CPN IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH CPN IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. **YOU HAVE NOT WON ANY MONEY OR PRIZE.** CPN IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. CPN USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. CPN IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. **IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CPN, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO CPN, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA.** BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. **IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION.** THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES.

IS0000337279

Gov't Ex. 362
Page 6 of 62

# REQUEST FOR PRIZE OPPORTUNITY REPORT

## REGARDING ENTRY DETAILS FOR OVER:

# $1,000,000.00

FRM-CPN-NOA

Notice #103

Steve, we have you filed and now request to complete the information, as we ask that you please sign, indicate, and return ths document to us promptly.

This went to PDC not wanted ned some changes I sent it to mich

*** In This Matter **Steve Priolo,** we ask you please to promptly complete and return this Request For Prize Opportunity Form as we are anxiously waiting for it in our Office. ***

* CONFIRMATION: Awaiting Response
* Amount: at least $1,000,000.00 in sweepstakes cash and prize opportunities

**IMPORTANT:** Please sign here verifying that you are over 18 years of age.

NOTICE: If you do not respond to our offer, you will not be able to receive our prize opportunity report.

X ______________________________

Steve please sign above

FRM-CPN-NOA

**REGARDING OUR $1,000,000.00 PRIZE OPPORTUNITY REPORT**

THE FULL AMOUNT OF UP TO $1,000,000.00 WILL BE PAID TO WINNERS

**Internally Identified Candidate:** Confirmed **Identification Number:** 1415050272

To initiate delivery, you must return this form, fully completed, with your payment to CPN using the enclosed reply envelope. Please reply quickly as sponsors deadlines are set. Once we receive this completed form, and process it we will prepare and release the reported information for you to gain access to compete for at least $1,000,000.00 in money and prizes. Please see additional terms on the reverse.

Steve, please comfirm that your name and address are correct as shown below. Your return of this REQUEST FOR PRIZE OPPORTUNITY FORM and the Administration Fee of $25.00 will enable us to release the CPN Special Report in a timely manner.

Check your info

Steve Priolo
[redacted]
Westbury, NY 11590-1604

▶ ***Required To Proceed:***
ADMINISTRATION FEE: $25.00
☐ I have enclosed my fee of $25.00
Make checks payable to CPN.

*1415050272*

IS0000337279

Gov't Ex. 362
Page 7 of 62

PG 1 OF 2 RECORD ON FILE

**CPN** RESEARCH AND REPORTING SERVICE

RECORD NO.: 019851

# PROJECTED WINNER'S PRO-FORMA

COMPLETE AND RETURN ENTIRE QUESTIONNAIRE ON BOTH PAGES AND RETURN IN ENVELOPE PROVIDED

CONFIRMED RECIPIENTS KNOWN ADDRESS OF RECORD

<<Postal Bar Code>>
I.D. #<<xxxCode Stringxxx>>
<<Frederick J. Sampleton>>
<<xxxStreet Address-1xxx>>, <<Address-2>>
<<xxxCityxxx>>, <<ST>>, <<ZIP>>

**YOU ARE ELIGIBLE TO WIN!**

This is a sample questionnaire which asks for certain information when a prize win seems to be imminent. You have not yet won, but we would like to have certain information on file for all our report recipients should the occasion arise when we wish to rush you good news. Please answer the questions below to the best of your ability and **we will rush you your report dossier as fast as possible... Congratulations!**

## ENTRANTS DISTRIBUTION PRO-FORMA QUESTIONNAIRE

VERIFIED PRIZES UP TO $1,000,000.00

SIGNATURE OF SUPERVISING EXECUTIVE

$1,46[illegible].32

TOTAL AVAILABLE AGGREGATE AMOUNT IN CASH AND PRIZES

### Part 1 – CONTESTANT'S ORIENTATION DATA SURVEY — Please check all appropriate boxes

READ CAREFULLY AND ANSWER TRUTHFULLY

| | YES | NO |
|---|---|---|
| 1. Are you happy with your current income? | ☐ | ☐ |
| 2. Do you play the lottery or other games of chance? | ☐ | ☐ |
| 3. Do you have a bank account where a check up to one million dollars can be deposited? | ☐ | ☐ |
| 4. Would you give a small percentage of your winnings to a worthy charity? (not mandatory!) | ☐ | ☐ |

5. If you received up to, or over one million dollars in the next 30 days, would you do any of the following?

| | YES | NO |
|---|---|---|
| Pay off credit card debts? | ☐ | ☐ |
| Pay off your mortgage? | ☐ | ☐ |
| Help children or relatives? | ☐ | ☐ |

### Part 2 – ISSUANCE OF VERIFICATION AND CONFIRMATION — Certificate on file in Main Office

CVC-25549 75100392-B

*Certificate of Verification and Confirmation*

Issued To: ***<<Frederick J. Sampleton>>***

<<Street Address-1>>,<<Address-2>>, <<xxxCityxxx>>, <<ST>> <<ZIP>>

100% VERIFIED

*This hereby certifies that the Entrant named herein is Verified and Confirmed as a fully eligible participate to vie for over $1,000,000.00 in cash and prizes.*

–FILED– ON RECORD

SIGNATURE OF SUPERVISING EXECUTIVE

COMPLETE QUESTIONNAIRE AND RELEASE FORM THEN RETURN BOTH DOCUMENTS IN ENVELOPE PROVIDED

OFFICIAL BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE DOCUMENT

IS0000337279

Gov't Ex. 362
Page 9 of 62

PG 2 OF 2 RECORD ON FILE **CPN** RESEARCH AND REPORTING SERVICE RECORD NO.: 019851

# TOTAL AGGREGATE AVAILABLE FUNDS - USD

▼ TOTAL AVAILABLE AMOUNT SHOWN HERE IN USD FUNDS ▼

*****$1,465,850.32*****

ONE MILLION, FOUR HUNDRED AND SIXTY-FIVE THOUSAND, EIGHT HUNDRED AND FIFTY DOLLARS AND THIRTY-TWO CENTS

**Part 3 – CONFIRMED AND VERIFIED AMOUNT — Complete, sign & return both pages with Payment**

# ISSUANCE AND RELEASE DOCUMENTATION FORM

FINAL SECTION TO COMPLETE – PLEASE READ CAREFULLY AND SIGN/DATE BELOW – INCLUDE RELEASE FEE

**Part 4 – Issuance Information**

Thank you for completing the questionnaire above. **THIS IS NOT A TEST OR A CONTEST.** You cannot give a wrong answer. **YOU CAN ALREADY VIE FOR A CASH PRIZE.** Unclaimed **CASH PRIZES** will **BE RETURNED TO THE COMPANY FOR REASSIGNMENT.** No fee or purchase is required to file or receive a prize.

**CONGRATULATIONS**
**PLEASE VIE FOR THE PRIZE!**

**Part 5 – Eligibility Information**

You are also herein eligible for a dossier of prescreened opportunities in excess of $1,465,850.32 in winnable entry opportunities.

ONE MILLION, FOUR HUNDRED AND SIXTY-FIVE THOUSAND, EIGHT HUNDRED AND FIFTY DOLLARS AND THIRTY-TWO CENTS

The release fee for the **DOSSIER** described is $24.97 and **must be returned with this form** in order to receive it expeditiously.

COMPLETE BELOW & RETURN BOTH PAGES

**Part 6 – Release Request and Entrant's Info.**

**RELEASE THE DOSSIER OPTION TO ME IMMEDIATELY.**

Upon duly filling my claim for the pre-assigned entrant opportunities, I, the party named below, will be eligible for **Full Win-Opp Dossier Supplemental Reportage.** I understand I am fully eligible to vie for the full **$1,465,850.32** in cash and prizes offered by independent sponsors. **DO NOT DELAY, SEND AS SOON AS POSSIBLE!!**

**WIN OPPS DOSSIER AS SOON AS POSSIBLE. I UNDERSTAND I AM FULLY ELIGIBLE.**

**YES,** I wish to receive $1,465,850.32

CONFIRMED RECIPEINT OF RECORD

I.D. #<<xxxCode Stringxxx>>
<<Frederick J. Sampleton>>
<<xxxStreet Address-1xxx>>, <<Address-2>>
<<xxxCityxxx>>, <<ST>>, <<ZIP>>

PERSONAL SECURITY BAR CODE <<ADD BARCODE>>

**Part 7 – FINAL RELEASE REQUEST FORM — Complete, Sign & Return with Payment**

I HAVE ENCLOSED THE REQUIRED RELEASE FEE OF $24.97 THAT INCLUDES SHIPPING AND HANDLING.
ENCLOSED IS MY ☐ CASH or ☐ CHECK or ☐ MONEY ORDER.
Make Checks Payable to: CPN.

RECIPIENT LEGAL SIGNATURE (sign & date here)
SIGN: ____
DATE: ____

©2015 CPN-0001 LF

COMPLETE QUESTIONNAIRE AND RELEASE FORM THEN RETURN BOTH DOCUMENTS IN ENVELOPE PROVIDED

OFFICIAL BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE DOCUMENT

IS0000337279

Gov't Ex. 362
Page 11 of 62

IS0000337279

Gov't Ex. 362
Page 12 of 62

## CONSUMER INFORMATION

CPN IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH CPN IS COMPLETELY UNAFFILIATED. WE VCOMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CPN IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. CPN USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. CPN IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CPN, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO CPN, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

IS0000337279

**Gov't Ex. 362**
**Page 14 of 62**

WCS

# $1,350,750.00
## ELIGIBILITY ACKNOWLEDGEMENT

I hereby acknowledge that my name is: Steve Priolo
Residing at: 15 Westwood Drive Apartment 9, Westbury, NY, 11590-1604
(MAKE CORRECTIONS AS NECESSARY)

Known Recipient: ID №: 167030272

- ☐ YES! I want a chance at the $1,350,750.00.
- ☐ I have signed below and am enclosing my $25.00 compilation fee in the enclosed envelope (made payable to WCS).

By my signature, I verify my eligibility and affirm that I am at least 18 years old and a resident of the United States.

PLEASE SIGN HERE ____________________

3 ******AUTO**MIXED AADC 335
Steve Priolo
[redacted]
Westbury, NY 11590-1604

WCS-PG-FM01

▲ DETACH ABOVE AND RETURN THIS FORM IN THE ENVELOPE PROVIDED ▲

WCS

Winners Circle Sweeps
P.O. Box 27
Plainview, NY 11803-0027

ID №: 167030272

Known Recipient:

Steve Priolo
15 Westwood Drive Apartment 9
Westbury, NY 11590-1604

ENTERED

APPROVED
01/26/2015
WCS

WCS-PG-FM01

Attention: Steve Priolo, Sent TOPPC net! on 2/5/15

It is the assigned function of this office to make contact with you as you have been authorized to receive this communication. It has been internally determined that your name, Steve Priolo, matches I.D. number 167030272, and we await your Eligibility Acknowledgement!

Regarding this communication announcing the reporting of more than $1,350,750.00 (One Million Three Hundred Fifty Thousand Seven Hundred Fifty Dollars) of up-to-date, confirmed and totally winnable CASH & PRIZE sweepstakes. Our office awaits your reply by mail as to your interest in becoming a recipient of stated information.

Steve, please note that entry deadlines are rapidly approaching and this is a time-sensitive matter. In order to secure our opportunity compilation to gain access to enter to potentially win over $1,350,750.00, you must respond to this notice by February 10, 2015!

IMPORTANT: Should we not hear from you within the allotted time, we will assume that you are not interested in our cash and prize entry compilation, and this offer may be withdrawn.

T. Laren

WINNERS CIRCLE SWEEPS

RETURN THIS ENTIRE ACKNOWLEDGEMENT
WITH THE $25.00 FEE IN THE ENCLOSED
ENVELOPE TO INITIATE (Payable to WCS).

Gov't Ex. 362
Page 15 of 62

IS00000337279

**CONSUMER INFORMATION**

WCS IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH WCS IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. WCS IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. WCS USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. WCS IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM WCS, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO WCS, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

TRL

TRL · Fund Identification Administrators · PO Box 211, Old Bethpage, NY 11804

# NOTICE OF CASH FUNDS HELD IN TRUST

3 ***************AUTO**MIXED AADC 335
Steve Priolo
[redacted]
Westbury, NY 11590-1604

**$1,731,000.00**

**GUARANTEED**

*Dear Steve Priolo,*

*We are meticulous in our search and identification of eligible claimants. You have been so identified and selected to receive further entitlement designation and access details for **cash payments totaling $1,731,000.00.** Our service is to provide you with the identity of the sponsors holding these funds in trust and the steps to obtain them, which they are bound by regulation to pay.*

*The **Cash Payment Release** form below has been prepared in your name to allow you to claim the payment directives currently being held for you. **ALL CLAIMS ACCESS PROCEDURES ARE SUBJECT TO DEADLINES — PLEASE RESPOND IMMEDIATELY TO MAINTAIN YOUR APPROVED STATUS.***

*Our claim access response center has been notified to process the **Cash Payment Release** form upon receipt from you, to begin the access detail procedures for the **$1,731,000.00 in cash payments** provided you complete the form below as instructed with the required report fee.*

*COMPLETE, DETACH AND RETURN BOTTOM SECTION.*

---

*TRL · Fund Identification Administrators* PO Box 211, Old Bethpage, NY 11804

| | | | |
|---|---|---|---|
| *Notification Date:* | FEBRUARY 4, 2015 | *Deadline Date:* | FEBRUARY 18, 2015 |
| *Recipient ID:* | 69010612 | *Status:* | **APPROVED** |
| *Recipient Identified:* | STEVE PRIOLO<br>15 WESTWOOD DRIVE APARTMENT 9<br>WESTBURY, NY 11590-1604 | *Amount Verified Being Held for Payment:* | **$1,731,000.00** |

***You Are Guaranteed Access To Cash Payments Totaling $1,731,000.00 Per The Directives You Will Be Sent Upon Completing This Form.***

*Check All That Apply:*

- ☐ I AM OVER 18 YEARS OF AGE, AND HAVE NO RESTRICTIONS ON RECEIVING UP TO $1,731,000.00.
- ☐ I UNDERSTAND AND AGREE THAT I AM RESPONSIBLE FOR TAXES ON ALL AMOUNTS OVER $600.00.
- ☐ I HAVE NOT WON OR BEEN AWARDED OVER $10,000.00 IN PRIZE MONEY IN THE LAST TWELVE MONTHS.
- ☐ I AM WILLING TO ACCEPT ANY PAYMENTS BY EITHER CHECK (OVERNIGHT) OR BANK TRANSFER.
- ☐ I UNDERSTAND THE FULL DIRECTIVES REPORT OF $1,731,000.00 WILL DETAIL ALL ACCESS PROCEDURES
- ☐ I REQUEST THE ACCESS PROCESS TO BEGIN IMMEDIATELY UPON RECEIPT OF THIS FORM.
- ☐ I VERIFY THAT THE ADDRESS BELOW IS CORRECT. (MAKE ANY CHANGES NEEDED.)
- ☐ I AM ENCLOSING $26.00 IN CASH, CHECK OR MONEY ORDER PAYABLE TO "TRL" FOR IMMEDIATE RELEASE OF MY $1,731,000.00 ACCESS REPORT.

**RETURN THIS BOTTOM SECTION WITHOUT DELAY!**

# PARTICIPATION FOR CASH PAYMENT RELEASE

IS0000337279

Gov't Ex. 362
Page 17 of 62

**CONSUMER INFORMATION**

TRL IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH TRL IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. TRL IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. TRL USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. TRL IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM TRL, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO TRL, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**CONSUMER INFORMATION**

TRL IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH TRL IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. TRL IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. TRL USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. TRL IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM TRL, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO TRL, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

IS0000337279

Gov't Ex. 362
Page 18 of 62

PG 1 OF 2 RECORD ON FILE **CPN** | RESEARCH AND REPORTING SERVICE RECORD NO.: 019851

# POTENTIAL WINNER'S PRO-FORMA

COMPLETE AND RETURN ENTIRE QUESTIONNAIRE ON BOTH PAGES AND RETURN IN ENVELOPE PROVIDED

**CONFIRMED RECIPIENTS KNOWN ADDRESS OF RECORD**

3 ****************AUTO**MIXED AADC 335
[redacted]
Westbury, NY 11590-1604

**YOU ARE ELIGIBLE TO WIN!**

This is a sample questionnaire which asks for certain information when a prize win seems to be imminent. We do not guarantee you have won, but we would like to have certain information on file for all our report recipients should the occasion arise when we wish to rush you good news. Please answer the questions below to the best of your ability and **we will rush you your report dossier as fast as possible... Congratulations!**

## ENTRANTS DISTRIBUTION PRO-FORMA QUESTIONNAIRE

VERIFIED PRIZES UP TO $1,000,000.00

SIGNATURE OF SUPERVISING EXECUTIVE [signature]

$1,465,850.32
TOTAL AVAILABLE AGGREGATE AMOUNT IN CASH AND PRIZES

### Part 1 — CONTESTANT'S ORIENTATION DATA SURVEY — Please check all appropriate boxes

READ CAREFULLY AND ANSWER TRUTHFULLY

| | YES | NO |
|---|---|---|
| 1. Are you happy with your current income? | ☐ | ☐ |
| 2. Do you play the lottery or other games of chance? | ☐ | ☐ |
| 3. Do you have a bank account where a check up to one million dollars can be deposited? | ☐ | ☐ |
| 4. Would you give a small percentage of your winnings to a worthy charity? (not mandatory!) | ☐ | ☐ |

5. If you received up to, or over one million dollars in the next 30 days, would you do any of the following?

| | YES | NO |
|---|---|---|
| Pay off credit card debts? | ☐ | ☐ |
| Pay off your mortgage? | ☐ | ☐ |
| Help children or relatives? | ☐ | ☐ |

### Part 2 — Please check all appropriate boxes

6. How many big screen HD TV sets do you think are enough for one house?
☐ One ☐ Two ☐ Three ☐ Four ☐ Five ☐ Over Five

7. How many bedrooms are enough in a new house?
☐ One ☐ Two ☐ Three ☐ Four ☐ Five ☐ Over Five

| | YES | NO |
|---|---|---|
| 8. Would you accept 10% of your winnings in US Gold Bullion Coins? | ☐ | ☐ |

9. If you received up to, or over one million dollars in the next 30 days, would you do any of the following?

| | YES | NO |
|---|---|---|
| Go on a vacation? | ☐ | ☐ |
| Hire a maid or household assistant? | ☐ | ☐ |
| Tip well at restaurants or casinos? | ☐ | ☐ |

### Part 3 — Please check all appropriate boxes

10. Which brand of watch do you prefer? ☐ Rolex ☐ Omega ☐ Patek Phillipe ☐ Timex ☐ Other

| | YES | NO |
|---|---|---|
| 11. Would you be afraid to wear a solid gold watch in public? | ☐ | ☐ |
| 12. If you were to receive up to, or over $1,000,000.00 (one million dollars), would you keep it secret from friends and family? | ☐ | ☐ |
| 13. Do you own a diamond necklace? | ☐ | ☐ |

COMPLETE QUESTIONNAIRE AND RELEASE FORM THEN RETURN BOTH DOCUMENTS IN ENVELOPE PROVIDED

DC 5089 **OFFICIAL** BE SURE TO MAKE THIS RECORD ACCURATE AND COMPLETE **DOCUMENT**

1716010149

IS0000337279

Gov't Ex. 362
Page 19 of 62

## CONSUMER INFORMATION

CPN IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH CPN IS COMPLETELY UNAFFILIATED. WE VCOMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CPN IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. CPN USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. CPN IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CPN, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO CPN, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

PG 2 OF 2 RECORD ON FILE

**CPN** RESEARCH AND REPORTING SERVICE

RECORD NO.: 019851

CVC-25549

75100392-B

# Certificate of Verification and Confirmation

*Issued To:* ***Steve Priolo***

15 Westwood Drive Apartment 9, Westbury, NY 11590-1604

*This hereby certifies that the Entrant named herein is Verified and Confirmed as a fully eligible participant to vie for over $1,000,000.00 in cash and prizes.*

100% VERIFIED

–FILED– ON RECORD

SIGNATURE OF SUPERVISING EXECUTIVE

COMPLETE & RETURN BOTH PAGES

# ISSUANCE AND RELEASE DOCUMENTATION FORM

FINAL SECTION TO COMPLETE – PLEASE READ CAREFULLY AND SIGN/DATE BELOW – INCLUDE RELEASE FEE

## Part 4 - Issuance Information

Thank you for completing the questionnaire above. **THIS IS NOT A TEST OR A CONTEST.** You cannot give a wrong answer. **YOU CAN ALREADY VIE FOR A CASH PRIZE.** Unclaimed **CASH PRIZES** will **BE RETURNED TO THE COMPANY FOR REASSIGNMENT.** No fee or purchase is required to file or receive a prize.

CONGRATULATIONS - PLEASE VIE FOR THE PRIZE!

## Part 5 - Eligibility Information

You are also herein eligible for a dossier of prescreened opportunities in excess of $1,465,850.32 in winnable entry opportunities.

ONE MILLION, FOUR HUNDRED AND SIXTY-FIVE THOUSAND EIGHT HUNDRED AND FIFTY DOLLARS AND THIRTY-TWO CENTS

The release fee for the **DOSSIER** described is $26.00 and **must be returned with this form** in order to receive it expeditiously.

**YES,** I wish to receive $1,465,850.32 WIN OPPS DOSSIER AS SOON AS POSSIBLE. I UNDERSTAND **I AM FULLY ELIGIBLE.**

## Part 6 - Release Request and Entrant's Info.

**Release the Dossier option to me immediately.** Upon duly filling my claim for the pre-assigned entrant opportunities, I, the party named below, will be eligible for **Full Win-Opp Dossier Supplemental Reportage.** I understand I am fully eligible to vie for the full **$1,465,850.32** in cash and prizes offered by independent sponsors. **DO NOT DELAY, SEND AS SOON AS POSSIBLE!!**

▼ RECIPIENT LEGAL SIGNATURE (sign & date here) ▼

SIGN: ______________________

DATE: ______________________

Fee: $26.00. I HAVE ENCLOSED THE REQUIRED RELEASE FEE OF $26.00 THAT INCLUDES SHIPPING AND HANDLING. ENCLOSED IS MY

☐ CASH or ☐ CHECK or ☐ MONEY ORDER.

Make Checks Payable to: CPN

PERSONAL SECURITY BAR CODE

* 1 7 1 8 0 1 0 1 4 9 *

©2015 CPN-QU01 LF

COMPLETE QUESTIONNAIRE AND RELEASE FORM THEN RETURN BOTH DOCUMENTS IN ENVELOPE PROVIDED

OFFICIAL DOCUMENT

Gov't Ex. 362
Page 21 of 62

IS0000337279

Gov't Ex. 362
Page 22 of 62

IS0000337279

NPF

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# CHECKS SCHEDULED FOR RELEASE

NPF REPORTS DIVISION, MAIN OFFICES P.O. BOX 27, Plainview, NY 11803-0027

**Re:** Available Cash and Awards Win-Opportunity Totaling **$1,200,000.00**

**For Release to:**

111/4 25017********MIXED AADC 117
[redacted]
Westbury, NY 11590-1604

**Dated:** 1/8/15

*1181020095*

RECORDED

We are very excited in issuing this formal letter announcement to you directly, **Max**, in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 1181020095**.

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement , **Max**, and request your direct attention to this matter in order that we may release the entire ***** $1,200,000.00 *** IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES.** FOR THE ENTIRE *** **$1,200,000.00 *** ONE MILLION TWO HUNDRED THOUSAND DOLLARS ***, MAX**, and return it along with the required $28.00 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by third-party contest officials and not NPF. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **MAX**, or this once-in-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **MAX**, This is not a sweepstakes entry form .**YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.2 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES.** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely,

SPECIAL MATTER:
THIS TAG IS OFFICIALLY AFFIXED
TO SERVE AS RECORD OF IDENTIFICATION
FOR THE INDIVIDUAL NAMED AND FILED
ON RECORD.

REGISTRATION : **1181020095**

NPF-ARC-FM01

Gov't Ex. 362
Page 23 of 62

IS0000337279

**CONSUMER INFORMATION**

NPF IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH NPF IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. NPF IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. NPF USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. NPF IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM NPF, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO NPF, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

AUTHORIZED RECEIVER

# CERTIFICATE

ISSUED:
1/8/2015

FORMAL CANDIDATE DOCUMENT

REGISTERED:
[1181020095]
SIGNATURED REPLY REQUESTED

FILED MATTER

## FOR RELEASE

READY FOR DELIVERY.
10 DAY REPLY REQUESTED

**TO:** MAX PRIOLO
**AMOUNT REPORTED:** *** $1,200,000.00 ***
**ADDRESS:** [redacted] WESTBURY, NY, 11590-1604
**STATUS:** PENDING 10 DAY RECEIVER REPLY

AUTHORIZING SIGNATURE:

Director, NPF

COMPLETE & RETURN ENTIRE PAGE

PROCESSING SECTION

## COMPLETION

[ ] YES, I, **MAX PRIOLO**, AM CORRECTLY IDENTIFIED. I AM DEFINITELY THE INDIVIDUAL NAMED AND IDENTIFED HEREIN AS THE ELIGIBLE RECEIVER OF THE AVAILABLE SWEEPSTAKES *CASH/PRIZE* OPPORTUNITY AS REPORTED TO ME IN LEDGER OF ENTRANT DIRECTIVES NOW PENDING RELEASE AND ISSUANCE TO ME IN THE $AMOUNT OF * * * $1,200,000.00 -- $ONE MILLION TWO HUNDRED THOUSAND DOLLARS! * * *.

[ ] BY MY HAND BELOW I VERIFY THAT I AM THE **MAX PRIOLO** AS IDENTIFIED HEREIN THUS FULLY.

[ ] I HAVE ENCLOSED THE REQUIRED $28.00 REPORT FEE FOR ALL OF THE MONIES AN PRIZE DIRECTIVES TO ME BY:
[ ] CHECK [ ] CASH [ ] MONEY ORDER **PAYABLE TO NPF.**

PLEASE SIGN: ______________________________

NPF

NPF-ARC-FM01

*1181020095*

TIME SENSITIVE MATTER.
PROMPT ATTENTION & URGENT REPLY REQUESTED.

Gov't Ex. 362
Page 25 of 62

IS0000337279

Department of Identifications

# AVAILABLE PRIZE NOTICE

PDA

RECORDED DELIVERY

To: **Steve Priolo**

Total Amounts Confirmed and Now on Report of Entrant Directives Pending Release:

**$1,412,000 DOLLARS/00 CENTS**

ENTRY AS INDIVIDUAL VYING FOR A

MAJOR CASH AWARD

3 ***************AUTO**MIXED AADC 335
Steve Priolo
[redacted]
Westbury, NY 11590-1604

**Dear Steve Priolo,**

It is with the greatest pleasure we dispatch this formal letter announcement today **Steve Priolo,** regarding your positive identification being made as the eligible recipient of a major sweepstakes cash and prize report now pending release to you as a result of your recent entry in a nationwide sweepstakes promotion.

As of 8:30am EST, **January 5, 2015,** your name was computer-matched with **Identification # 712020290** making you the eligible recipient of **No Less Than * * * $1,412,000.00 in CASH and AWARDS * * *** opportunities as confirmed in ledger of entrant directives now pending release to you in-full!

This is not an error! Provided that you are the selected winner, **Steve Priolo,** residing at 15 Westwood Drive Apartment 9, Westbury, NY 11590-1604, prize payments shall be forthcoming to you for the entire * * * **$1,412,000.00 - $One Million Four Hundred Twelve Thousand Dollars in Cash and Awards! * * ***

Our sincerest best wishes to you, **Steve Priolo!** We are thrilled to bring you this exciting opportunity! And we can only imagine what joy that kind of a windfall would mean to you!

Without further delay, please proceed to the accompanying page and verify the spelling of your name and address for accuracy. Make any necessary changes with a blue-ink pen, then sign, date, complete the form in full, and return it to our offices in the envelope provided along with the required $25.00 report fee for processing.

That's all you have to do. Simply return your **Requisition Form** along with the required report fee and you will definitely be eligible to receive an opportunity for the entire *** * * $1,412,000.00 - $One Million Four Hundred Twelve Thousand Dollars in Cash and Awards * * *** as reported. and it's yours to do with whatever you wish.

But, please, you must hurry! That's because this is not a lottery/awards notification or sweepstakes entry form. This is a Guaranteed report of over *** * * $1,412,000.00 - $One Million Four Hundred Twelve Thousand Dollars in Cash and Awards * * *** now pending direct payment, , and the strict deadline dates in this matter are not extendable and fast approaching. As such, you are strongly advised to respond no later than **January 19, 2015.**

In closing, we once again extend All Best Wishes to You in this amazing opportunity! It is our absolute privilege to send you this Announcement today, , and it will be our greatest pleasure serving you.

Yours Very Truly,

Roy Denham

Roy Denham, Director PDA

FORMAL AUTHORIZATION OF
RECEIVER ELIGIBILITY CONFIRMATION
FOR AMOUNT TO BE ISSUED:
$1,412,000 DOLLARS/00 CENTS
712020290

**CONSUMER INFORMATION**

PDA IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH PDA IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. PDA IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. PDA USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. PDA IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM PDA, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO PDA, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**RECORDED MATTER - REQUISITION DOCUMENT**
NON-TRANSFERABLE PAPERS
Formal Identifications Committee
Department of Records Issuance

PDA

**OFFICIAL FINANCIAL DOCUMENTS**
CONFIRMED RECEIVER IDENTIFIED
**Steve Priolo**
I.D. HOLDER#: 712020290

PAYMENTS NOW
PENDING

# THIS CERTIFICATE CONFIRMS AND GUARANTEES THAT $1,412,000.00 IN WINNER PAYMENTS ARE NOW SCHEDULED FOR RELEASE.

It's confirmed. The individual identified herein as the **GUARANTEED RECEIVER** of the available sweepstakes cash/prize opportunity as detailed on ledger of entrant directives now pending release In the **FULL AMOUNT**

To Steve Priolo

Of [redacted] Westbury, NY 11590-1604

For the Winner Payment of $1,412,000.00

Exactly ONE MILLION FOUR HUNDRED TWELVE THOUSAND DOLLARS

Pending the bearer's full completion and return of this certificate to the PDA offices no later than 01/19/2015.

☐ **YES!** I am the individual correctly identified herein as the known receiver of the available **$ONE MILLION FOUR HUNDRED AND TWELVE THOUSAND DOLLARS CASH/PRIZE** opportunity as detailed in Report of Entrant Directives now available to me in full!

☐ I have enclosed the required $25.00 report fee for the release of my **GUARANTEED CASH & PRIZE** report as stated, made payable to "**PDA**" by ☐ CASH ☐ CHECK ☐ MONEY ORDER.

Sign here: ______________________ Date: ____/____/____

PDA, PO Box 686, Melville, NY 11747

URGENT
REPLY REQUESTED

712020290

IS0000337279

Gov't Ex. 362
Page 29 of 62

**CONSUMER INFORMATION**

PDA IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH PDA IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. PDA IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. PDA USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. PDA IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM PDA, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO PDA, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Fund Identification Administrators

P.O Box 211, Old Bethpage, NY 11804

| | |
|---|---|
| Notice #: | 3069 |
| Recipient ID: | 215040386 |
| Status: | Approved |
| Date of Notification: | January 6, 2015 |
| Recipient Identified: | Steve Priolo |

PES

Amount Verified Being Held for Payment:

**$1,731,000.00 GUARANTEED**

## NOTICE OF
# CASH FUNDS HELD IN TRUST

Dear Steve Priolo,

We are meticulous in our search and identification of eligible claimants. You have been so identified and selected to receive further entitlement designation and access details for cash payments totaling $1,731,000.00. Our service is to provide you with the identity of the sponsors holding these funds in trust and the steps to obtain them, which they are bound by regulation to pay.

The Cash Payment Release form below has been prepared in your name to allow you to claim the payment directives currently being held for you. ALL CLAIMS ACCESS PROCEDURES ARE SUBJECT TO DEADLINES — PLEASE RESPOND IMMEDIATELY TO MAINTAIN YOUR APPROVED STATUS.

Our claim access response center has been notified to process the Cash Payment Release form upon receipt from you, to begin the access detail procedures for the $1,731,000.00 in CASH PAYMENTS provided you complete the form below as instructed with the required service fee.

APPROVED

4 ***************AUTO**MIXED AADC 335
Steve Priolo
[redacted]
Westbury, NY 11590-1604

PES-BO04

COMPLETE, DETACH AND RETURN BOTTOM SECTION.

---

Fund Identification Administrators

P.O Box 211, Old Bethpage, NY 11804

| | |
|---|---|
| Notice #: | 3069 |
| Recipient ID: | 215040386 |
| Status: | Approved |
| Date of Notification: | January 6, 2015 |
| Recipient Identified: | Steve Priolo |

PES

Amount Verified Being Held for Payment:

**$1,731,000.00 GUARANTEED**

## PARTICIPATION
# FOR CASH PAYMENT RELEASE

***You Are Guaranteed Access To Cash Payments Totaling $1,731,000.00 Per The Directives You Will Be Sent Upon Completing This Form.***

***Check All That Apply:***

- ☐ I am over 18 years of age, and have no restrictions on receiving up to $1,731,000.00.
- ☐ I understand and agree that I am responsible for taxes on all amounts over $600.00.
- ☐ I have not won or been awarded over $10,000.00 in prize money in the last twelve months.
- ☐ I am willing to accept any payments by either check (overnight) or bank transfer.
- ☐ I understand the full directives report of $1,731,000.00 will detail all access procedures
- ☐ I request the access process to begin immediately upon receipt of this form.
- ☐ I verify that the address below is correct. (make any changes needed.)
- ☐ I am enclosing $20.00 in Cash, Check or Money Order payable to: "PES" for immediate release of my $1,731,000.00 access report.

Steve Priolo
[redacted]
Westbury, NY 11590-1604

APPROVED

PES-BO04

Gov't Ex. 362
Page 31 of 62

IS0000337279

**CONSUMER INFORMATION**

PES IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH PES IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. PES IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. PES USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. PES IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM PES, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO PES, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**CONSUMER INFORMATION**

PES IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH PES IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. PES IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. PES USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. PES IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM PES, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO PES, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Fund Identification Administrators

P.O Box 211, Old Bethpage, NY 11804

Notice #: 3069
Recipient ID: 215030217
Status: Approved
Date of Notification: December 30, 2014
Recipient Identified: Steve Priolo

PES

Amount Verified Being Held for Payment:

**$1,731,000.00**
**GUARANTEED**

## NOTICE OF
# CASH FUNDS HELD IN TRUST

Dear Steve Priolo,

We are meticulous in our search and identification of eligible claimants. You have been so identified and selected to receive further entitlement designation and access details for cash payments totaling $1,731,000.00. Our service is to provide you with the identity of the sponsors holding these funds in trust and the steps to obtain them, which they are bound by regulation to pay.

The Cash Payment Release form below has been prepared in your name to allow you to claim the payment directives currently being held for you. ALL CLAIMS ACCESS PROCEDURES ARE SUBJECT TO DEADLINES — PLEASE RESPOND IMMEDIATELY TO MAINTAIN YOUR APPROVED STATUS.

Our claim access response center has been notified to process the Cash Payment Release form upon receipt from you, to begin the access detail procedures for the $1,731,000.00 in CASH PAYMENTS provided you complete the form below as instructed with the required service fee.

APPROVED

3 ****************AUTO**MIXED AADC 335
Steve Priolo
[redacted]
Westbury, NY 11590-1604

PES-BO03

COMPLETE, DETACH AND RETURN BOTTOM SECTION.

---

Fund Identification Administrators

P.O Box 211, Old Bethpage, NY 11804

Notice #: 3069
Recipient ID: 215030217
Status: Approved
Date of Notification: December 30, 2014
Recipient Identified: Steve Priolo

PES

Amount Verified Being Held for Payment:

**$1,731,000.00**
**GUARANTEED**

## PARTICIPATION
# FOR CASH PAYMENT RELEASE

***You Are Guaranteed Access To Cash Payments Totaling $1,731,000.00 Per The Directives You Will Be Sent Upon Completing This Form.***

*Check All That Apply:*

- ☐ I am over 18 years of age, and have no restrictions on receiving up to $1,731,000.00.
- ☐ I understand and agree that I am responsible for taxes on all amounts over $600.00.
- ☐ I have not won or been awarded over $10,000.00 in prize money in the last twelve months.
- ☐ I am willing to accept any payments by either check (overnight) or bank transfer.
- ☐ I understand the full directives report of $1,731,000.00 will detail all access procedures
- ☐ I request the access process to begin immediately upon receipt of this form.
- ☐ I verify that the address below is correct. (make any changes needed.)
- ☐ I am enclosing $20.00 in Cash, Check or Money Order payable to: "PES" for immediate release of my $1,731,000.00 access report.

Steve Priolo
[redacted]

APPROVED

PES-BO03

Gov't Ex. 362
Page 33 of 62

IS0000337279

**CONSUMER INFORMATION**

PES IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH PES IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. PES IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. PES USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. PES IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM PES, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO PES, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

**CONSUMER INFORMATION**

PES IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH PES IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. PES IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. PES USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. PES IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM PES, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO PES, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

APPROVED DATE FOR PAC NET 3/12/15

All WAS Changed To meet PAC nets Requests

CBS • P.O. Box 27, Plainview, NY 11803-0027 OFFICIAL DOCUMENT

# CORPORATE LEGAL NOTIFICATION

PERSONAL INFORMATION | TOTAL AMOUNT IN U.S. DOLLARS: | PRIVATE & CONFIDENTIAL

**$1,392,892.45**

RE: DETERMINATION OF FULL PAYMENTS PENDING FILE DATE: March 13, 2015

TO:
1-1 ## ************AUTO**SCH 3 DGT 335
Peggy Moore
[redacted]
Brandon, FL 33511-3204

FILED
IN THE OFFICE OF THE DIRECTOR

# URGENT ATTEMPT TO INFORM

**THIS IS A URGENT ATTEMPT TO INFORM YOU OF YOUR DECLARED STATUS WITH REGARD TO THE OVER $1,392,892.45 U.S. DOLLAR FIGURE.** SO FAR, YOUR LUCK IS HOLDING.

OUR FIRM HAS DECIDED TO NOTIFY YOU IN WRITING THAT YOU HAVE RECEIVED THIS **OFFICIAL LETTER OF ADVISEMENT** WITH INSTRUCTIONS FOR CLAIMING OF SAID MONIES THAT MAY BE AVAILABLE TO YOU. **(AMOUNT $1,392,892.45 ABOUT TO BE AWARDED.)**

WITHIN 2-4 WEEKS OF YOUR MAKING CONTACT WITH MY OFFICE **YOU'LL BE NOTIFIED AS TO THE EXACT AMOUNT IN U.S. DOLLARS OF A PEGGY MOORE OPPORTUNITY ASSESSMENT/REALIZABLE. THE DETERMINATION OF SAME IS IMMEDIATE.**

- **NO TAXES WITHHELD ON ANY MONIES AWARDED.**
- **NO FEES EXTRACTED FROM ANY WINNINGS BY OUR FIRM.**
- **$1,392,892.45 ABOUT TO BE AWARDED**

**I REPEAT: IMMEDIATE.** EXPECT A PERSONAL FINANCIAL OPP-COMPENDIUM WITH A **VERIFIED AGGREGATE VALUE OF $1,392,892.45** RUSHED TO THIS ADDRESS:

[redacted] **Brandon, FL 33511-3204**

**DECISION FINAL ON ELIGIBILITY FOR $1,392,892.45 IN AWARDABLE FUNDS, ALL PROJECTED SETTLEMENTS DEEMED ELIGIBLE AND AWARDABLE, CLIENT ELIGIBILITY POSITIVE 100%.**
PLEASE ADVISE IF OK FOR IMMEDIATE OPP-DISCLOSURE DELIVERY, WE HAVE BEEN ENGAGED TO OVERSEE IMMEDIATE TRANSFER THEREOF. TRANSFER WILL INCLUDE FULL DISCLOSURE OF VIABLE INDEPENDENT OFFERS FOR **$1,392,892.45 AS CONFIRMED** IN ENCLOSED CORRESPONDENCE.

WITH SINCERE SALUTATIONS AND REGARDS,

T. Jareng

CBS EXECUTIVE DIRECTOR

// DO NOT GET THROWN OUT! //
// YOU HAVE NOT BEEN STRICKEN FROM THE //
// LIST YET, BUT THE CLOCK IS TICKING! //

CBS • P.O. Box 27, Plainview, NY 11803-0027 OFFICIAL DOCUMENT

# SPECIAL INFORMATIONAL NOTIFICATION

**PEGGY MOORE EMINENT CANDIDATE!**
**DETERMINATION HAS ALREADY BEEN MADE**

BE ADVISED, **PEGGY MOORE,** THIS IS AN URGENT ATTEMPT TO NOTIFY YOU ABOUT THIS $1,392,892.45 DOLLAR AGGREGATE AWARDS PROGRAM!

**PEGGY MOORE - DON'T FORFEIT! $1,392,892.45 WILL BE DISTRIBUTED.** YOU ARE ON THE ELIGIBILITY LIST! DO NOT BE REMOVED FROM OUR NOTIFICATION LIST BECAUSE OF INACTION!

# OFFICIAL CLIENT ELIGIBILITY CHART




DETACH HERE AND RETURN BOTTOM SECTION IN THE ENVELOPE PROVIDED.

# • • • • • • $1,392,892.45 REPLY FORM • • • • • •

HEREIN NAMED Peggy Moore
RECORDED 10 AM, March 13, 2015 FOR FULL REPORTED FINANCIAL
REWARD AMOUNT OF $1,392,892.45 PAID IN U.S. DOLLARS CURRENCY.

☐ Yes, I Peggy Moore state that I am the person verified above for all monies on offer reported. By returning this document, I am guaranteed verification for information to receive $1,392,892.45 in sponsor funds and immediately all win directions will be sent to me at once!

☐ Enclosed is my $25.00 report fee to CBS by:
☐ CHECK ☐ CASH ☐ MONEY ORDER **made payable to CBS.**

RETURN THIS SECTION WITHIN 10 DAYS!

☐ I fully state herein and confirm that I am signing-off to receive the full package on $1,392,892.45 in receivable funds. I state under my **PLEDGE OF SINCERITY** that I am the person affixing the signature below and am the named nominee hereto for the $1,392,892.45 **WINNABLE MONEY AND PRIZES!**

Signature: ____________________ ID: 18202078

Gov't Ex. 362
Page 35 of 62

IS000337279

Subj: **Fwd: CBS - amendments**
Date: 3/11/2015 4:04:08 P.M. Eastern Daylight Time
From: philpriolo8@yahoo.com
To: threeolo@aol.com

Sent from my iPhone

Begin forwarded message:

**From:** "Monica Estrada , PacNet Services Ltd." <monica@pacnetservices.com>
**Date:** March 2, 2015 at 5:12:31 PM EST
**To:** Phil Priolo <philpriolo8@yahoo.com>
**Subject: RE: CBS - amendments**

Dear Phil,

Our risk department reviewed CBS and the following amendments are required:

• Please revise language that may mislead the consumer into believe he/she has won a prize. Kindly remove: « No one else notified. If you wish to keep any money won secret from your spouse or family, please consult your lawyer" since this promotional material will be sent to multiple people.

• Please remove the word "legal" so the recipient doesn't believe that the company operates within any legal, government or official capacity.

• Please revise the text "Multi-Million" as there is only $1,392,892.45 that will be distributed.

• Please revise "payment" to "report fee" to ensure that the purchase of the compilation is worded clearly.

Kindly find attached pdf that contains these comments. Feel free to contact me should you have any questions.

With kind regards,
Mónica Estrada | Account Manager
PacNet Services Ltd.
Phone: +1-604-689-0399 | Fax: +1-604-689-0311 | E-mail: monica@pacnetservices.com

-----Original Message-----
From: Phil Priolo [mailto:philpriolo8@yahoo.com]
Sent: Monday, March 02, 2015 9:39 AM
To: Monica Estrada , PacNet Services Ltd.
Subject: Re: AAA

Thanks

Sent from my iPhone

On Mar 2, 2015, at 11:55 AM, "Monica Estrada , PacNet Services Ltd." <monica@pacnetservices.com> wrote:

Hi Phil,

IS0000337279

Gov't Ex. 362
Page 38 of 62

I'm very sorry, the promotion 'AAA' has been approved.

I'll follow up on 'CBS' and get back to you shortly.

Kind regards,

Monica

Mónica Estrada | Account Manager

PacNet Services Ltd.

Phone: +1-604-689-0399 | Fax: +1-604-689-0311 | E-mail: monica@pacnetservices.com

-----Original Message-----

From: Phil Priolo [mailto:philpriolo8@yahoo.com]

Sent: Sunday, March 01, 2015 6:21 AM

To: Monica Estrada , PacNet Services Ltd.

Subject: AAA

I sent you two pieces two you for compliance but I haven't heard back from you. The last two.

Are they approved?

Sent from my iPhone

CBS • P.O. Box 27, Plainview, NY 11803-0027 OFFICIAL DOCUMENT

# CORPORATE LEGAL NOTIFICATION

PERSONAL INFORMATION | TOTAL AMOUNT IN U.S. DOLLARS: | PRIVATE & CONFIDENTIAL

**$1,392,892.45**

RE: DETERMINATION OF FULL PAYMENTS PENDING

FILE DATE: February 23, 2015

TO:
3-235 ***************AUTO**MIXED AADC 335
Steve Priolo
[redacted]
Westbury, NY 11590-1604

FILED
IN THE OFFICE OF THE DIRECTOR

# URGENT ATTEMPT TO INFORM

THIS IS A URGENT ATTEMPT TO INFORM YOU OF YOUR DECLARED STATUS WITH REGARD TO THE OVER $1,392,892.45 U.S. DOLLAR FIGURE. SO FAR, YOUR LUCK IS HOLDING.

OUR FIRM HAS DECIDED TO NOTIFY YOU IN WRITING THAT YOU HAVE RECEIVED THIS OFFICIAL LETTER OF ADVISEMENT WITH INSTRUCTIONS FOR CLAIMING OF SAID MONIES THAT MAY BE AVAILABLE TO YOU. (AMOUNT $1,392,892.45 ABOUT TO BE AWARDED.)

WITHIN 2-4 WEEKS OF YOUR MAKING CONTACT WITH MY OFFICE YOU'LL BE NOTIFIED AS TO THE EXACT AMOUNT IN U.S. DOLLARS OF A STEVE PRIOLO OPPORTUNITY ASSESSMENT/REALIZABLE. THE DETERMINATION OF SAME IS IMMEDIATE.

- NO TAXES WITHHELD ON ANY MONIES AWARDED.
- NO FEES EXTRACTED FROM ANY WINNINGS BY OUR FIRM.
- NO ONE ELSE NOTIFIED. IF YOU WISH TO KEEP ANY MONEY WON SECRET FROM YOUR SPOUSE OR FAMILY, PLEASE CONSULT YOUR LAWYER.
- $1,392,892.45 ABOUT TO BE AWARDED

I REPEAT: IMMEDIATE. EXPECT A PERSONAL FINANCIAL OPP-COMPENDIUM WITH A VERIFIED AGGREGATE VALUE OF $1,392,892.45 RUSHED TO THIS ADDRESS:

[redacted], Westbury, NY 11590-1604

DECISION FINAL ON ELIGIBILITY FOR $1,392,892.45 IN AWARDABLE FUNDS, ALL PROJECTED SETTLEMENTS DEEMED ELIGIBLE AND AWARDABLE, CLIENT ELIGIBILITY POSITIVE 100%.

PLEASE ADVISE IF OK FOR IMMEDIATE OPP-DISCLOSURE DELIVERY, WE HAVE BEEN ENGAGED TO OVERSEE IMMEDIATE TRANSFER THEREOF. TRANSFER WILL INCLUDE FULL DISCLOSURE OF VIABLE INDEPENDENT OFFERS FOR $1,392,892.45 AS CONFIRMED IN ENCLOSED CORRESPONDENCE.

WITH SINCERE SALUTATIONS AND REGARDS,

T. Lorenz

CBS EXECUTIVE DIRECTOR

// DO NOT GET THROWN OUT! //
// YOU HAVE NOT BEEN STRICKEN FROM THE //
// LIST YET, BUT THE CLOCK IS TICKING! //

CBS-RB-TM01

IS0000337279

Gov't Ex. 362
Page 41 of 62

Gov't Ex. 362
Page 42 of 62

IS0000337279

CBS • P.O. Box 27, Plainview, NY 11803-0027 OFFICIAL DOCUMENT

# SPECIAL INFORMATIONAL NOTIFICATION

**STEVE PRIOLO EMINENT CANDIDATE!**
**DETERMINATION HAS ALREADY BEEN MADE**

BE ADVISED, STEVE PRIOLO, THIS IS A LEGAL URGENT ATTEMPT TO NOTIFY YOU ABOUT THIS MULTI-MILLION DOLLAR AGGREGATE AWARDS PROGRAM!

**STEVE PRIOLO - DON'T FORFEIT! $1,392,892.45 WILL BE DISTRIBUTED.** YOU ARE ON THE ELIGIBILITY LIST! DO NOT BE REMOVED FROM OUR NOTIFICATION LIST BECAUSE OF INACTION!

# OFFICIAL CLIENT ELIGIBILITY CHART

**OFFICIAL CLIENT ELIGIBILITY CHART**

Steve, YOU ARE ALMOST OUT OF TIME!
ONLY 10 DAYS LEFT BEFORE YOU FORFEIT!




DETACH HERE AND RETURN BOTTOM SECTION IN THE ENVELOPE PROVIDED.

# * * * * * * $1,392,892.45 REPLY FORM * * * * * *

**HEREIN NAMED** Steve Priolo

**RECORDED** 10 AM, February 23, 2015 **FOR FULL REPORTED FINANCIAL**

**REWARD AMOUNT OF** $1,392,892.45 **PAID IN U.S. DOLLARS CURRENCY.**

☐ Yes, I Steve Priolo state that I am the person verified above for all monies on offer reported. By returning this document, I am guaranteed verification for information to receive $1,392,892.45 in sponsor funds and immediately all win directives will be sent to me at once!

☐ Enclosed is my $25.00 payment to CBS by:
☐ **CHECK** ☐ **CASH** ☐ **MONEY ORDER** **made payable to CBS.**

**RETURN THIS SECTION WITHIN 10 DAYS!**

☐ I fully state herein and confirm that I am signing-off to receive the full package on $1,392,892.45 in receivable funds. I state under my **PLEDGE OF SINCERITY** that I am the person affixing the signature below and am the named nominee hereto for the $1,392,892.45 **WINNABLE MONEY AND PRIZES!**

Signature: ______________________ ID: 182010257

CBS-RB-FM01

IS0000337279

Gov't Ex. 362
Page 43 of 62

Gov't Ex. 362
Page 44 of 62

IS0000337279

**CONSUMER INFORMATION**

CBS IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH CBS IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CBS IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. CBS USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. CBS IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CBS, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO CBS, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Gov't Ex. 362
Page 46 of 62

IS0000337279

WCS, P.O. Box 27
Plainview, NY 11803-0027

Corporate Legal Notification

**TOTAL AMOUNT IN DOLLARS:** $1,392,892.45

**RE:** Determination of Full Payments Pending
**To:**

341-3 ****************AUTO**MIXED AADC 335
Steve Priolo
[redacted]
Westbury, NY 11590-1604

FILED

**FILE DATE:** December 31, 2014

THIS IS A URGENT ATTEMPT TO INFORM YOU OF YOUR DECLARED STATUS WITH REGARD TO THE OVER $1,392,892.45 U.S. DOLLAR FIGURE. SO FAR, YOUR LUCK IS HOLDING.

OUR FIRM HAS DECIDED TO NOTIFY YOU IN WRITING THAT YOU HAVE RECEIVED THIS **OFFICIAL LETTER OF ADVISEMENT** WITH INSTRUCTIONS FOR CLAIMING OF SAID MONIES THAT MAY BE AVAILABLE TO YOU. **(AMOUNT $1,392,892.45 ABOUT TO BE AWARDED.)**

WITHIN 2-4 WEEKS OF YOUR MAKING CONTACT WITH MY OFFICE **YOU'LL BE NOTIFIED AS TO THE EXACT AMOUNT IN U.S. DOLLARS OF A STEVE PRIOLO OPPORTUNITY ASSESSMENT/REALIZABLE. THE DETERMINATION OF SAME IS IMMEDIATE.**

- **NO TAXES WITHHELD BY US ON ANY MONIES AWARDED.**
- **NO FEES EXTRACTED FROM ANY WINNINGS BY OUR FIRM.**
- **NO ONE ELSE NOTIFIED. IF YOU WISH TO KEEP ANY MONEY WON SECRET FROM YOUR SPOUSE OR FAMILY, PLEASE CONSULT YOUR LAWYER.**
- **$1,392,892.45 ABOUT TO BE AWARDED**

**I REPEAT: IMMEDIATE.** EXPECT A PERSONAL FINANCIAL OPP-COMPENDIUM WITH A VERIFIED **AGGREGATE VALUE OF $1,392,892.45** RUSHED TO THIS ADDRESS:

STEVE PRIOLO, [redacted], WESTBURY, NY 11590-1604

**DECISION FINAL ON ELIGIBILITY FOR $1,392,892.45 IN AWARDABLE FUNDS, ALL PROJECTED SETTLEMENTS DEEMED ELIGIBLE AND AWARDABLE, CLIENT ELIGIBILITY POSITIVE 100%.**

PLEASE ADVISE IF OK FOR IMMEDIATE OPP-DISCLOSURE DELIVERY, WE HAVE BEEN ENGAGED TO OVERSEE IMMEDIATE TRANSFER THEREOF. TRANSFER WILL INCLUDE FULL DISCLOSURE OF VIABLE INDEPENDENT OFFERS FOR **$1,392,892.45 AS CONFIRMED** IN ENCLOSED CORRESPONDENCE.

WITH SINCERE SALUTATIONS AND REGARDS,

T. Lorenz

WCS EXECUTIVE DIRECTOR

DEADLINE 10 DAYS!

WCS-RA-FM01

— 1 —

Gov't Ex. 362
Page 47 of 62

IS00000337279

[redacted]

**CONSUMER INFORMATION**

WCS IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH WCS IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. WCS IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. WCS USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. WCS IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM WCS, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO WCS, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

Corporate Legal Notification

WCS, P.O. Box 27
Plainview, NY 11803-0027

PERSONAL & CONFIDENTIAL

## SPECIAL INFORMATIONAL NOTIFICATION

STEVE PRIOLO EMINENT CANDIDATE!

BE ADVISED, STEVE PRIOLO, THIS IS A LEGAL URGENT ATTEMPT TO NOTIFY YOU ABOUT THIS MULTI-MILLION DOLLAR AGGREGATE AWARDS PROGRAM!

STEVE PRIOLO - DON'T FORFEIT! $1,392,892.45 WILL BE DISTRIBUTED. YOU ARE ON THE ELIGIBILITY LIST! DO NOT BE REMOVED FROM OUR NOTIFICATION LIST BECAUSE OF INACTION!

## OFFICIAL CLIENT ELIGIBILITY CHART

STEVE, YOU ARE ALMOST OUT OF TIME!
ONLY 10 DAYS LEFT BEFORE YOU FORFEIT!




DETACH HERE AND RETURN BOTTOM SECTION IN THE ENVELOPE PROVIDED

## $1,392,892.45 REPLY FORM

**Herein Named** Steve Priolo

**Recorded** 10 AM, December 31, 2014 **for Full Reported Financial**

**Reward Amount of** $1,392,892.45 **Paid in U.S. Dollars Currency.**

☐ Yes, I Steve Priolo state that I am the person verified above for all monies on offer reported. By returning this document, I am guaranteed verification for information to receive $1,392,892.45 in sponsor funds and immediately all win directives will be sent to me at once!

RETURN THIS PORTION

☐ Enclosed is my $28.00 payment to WCS by:
☐ CHECK ☐ CASH ☐ MONEY ORDER made payable to WCS.

☐ I fully state herein and confirm that I am signing-off to receive the full package on $1,392,892.45 in receivable funds. I state under my PLEDGE OF SINCERITY that I am the person affixing the signature below and am the named nominee hereto for the $1,392,892.45 WINNABLE MONEY AND PRIZES REPORT!

Signature: ____________________ ID: 181090290



WCS-RA-FM01

IS0000337279

Gov't Ex. 362
Page 49 of 62

Gov't Ex. 362
Page 50 of 62

IS0000337279

**IMPORTANT RECEIVER DOCUMENTS**

A GUARANTEED PRIZE NOTIFICATION
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER
ATTENTION TO INDIVIDUAL

**CASH & PRIZE ADVISEMENT**

REPORTS DIVISION
MAIN OFFICES
P.O. BOX 27
PLAINVIEW, NY 11803-0027

CPC
CASH & PRIZE ADVISEMENT

FILED MATTER

**FOR RELEASE TO:**

Steve Priolo
[redacted]
Westbury, NY 11590-1604

**DATED:** 12/30/2014

**RE:** AVAILABLE CASH AND AWARDS WIN-OPPORTUNITY TOTALING

**$1,200,000.00**

We are very excited in issuing this *formal letter announcement* to you directly, **Steve,** in regards to this matter of *available sweepstakes prize-payments* for which *your name has been confirmed on record and registered by* **I.D.# 316010149.**

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,200,000.00 *** $1.2 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement , **Steve,** and request your direct attention to this matter in order that we may release the entire ***** $1,200,000.00 *** IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **–AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES–** FOR THE ENTIRE *** **$1,200,000.00** *** **ONE MILLION TWO HUNDRED THOUSAND DOLLARS ***, Steve,** and return it along with the required $25.00 report fee in order to initiate delivery.

**IMPORTANT:** All of the contests and their relevant deadline dates are strictly officiated by thirdparty contest officials and not CPC. As such, you are strongly advised to return the enclosed **RECEIVER AND COMPLETION CERTIFICATE** without delay, **Steve,** or this once-in-a-lifetime opportunity could be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **Steve.** This is not a sweepstakes entry form **–YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.2 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES–** in-full!

We are now on standby and prepared to finalize this matter to you forthwith. It will be our pleasure serving you!

Sincerely,

Fred Mehan

Director,CPC

CPC-CPA-FM01

**CHECKS SCHEDULED FOR RELEASE**

THIS TAG IS OFFICIALLY AFFIXED TO SERVE AS RECORD OF IDENTIFICATION FOR THE INDIVIDUAL NAMED AND FILED ON RECORD.

REGISTRATION#: [316010149]

Gov't Ex. 362
Page 51 of 62

IS0000337279

**CONSUMER INFORMATION**

CPC IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH CPC IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CPC IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. CPC USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. CPC IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CPC, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO CPC, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

ISSUED: 12/30/2014

FORMAL CANDIDATE DOCUMENT
COMPLETE & RETURN ENTIRE PAGE

CPC
CASH & PRIZE ADVISEMENT

REGISTERED: [316010149]

SIGNATURED REPLY REQUESTED
10 DAY REPLY REQUESTED

READY FOR DELIVERY

# AUTHORIZED RECEIVER CERTIFICATE

FOR RELEASE TO: ...................................... **Steve Priolo**

AMOUNT REPORTED: .................. ********** **$1,200,000.00** **********

**$ONE MILLION TWO HUNDRED THOUSAND DOLLARS!**

ADDRESS: ............................................................ [redacted]

**Westbury, NY 11590-1604**

STATUS: ............................................. **PENDING 10 DAY RECEIVER REPLY**

☐ Yes, I, **Steve Priolo** , am correctly identified. I am definitely the individual named and identified herein as the eligible receiver of the available sweepstakes cash/prize opportunity as reported to me in ledger of entrant directives now pending release and issuance to me in the **$AMOUNT OF * * * $1,200,000.00 - $ONE MILLION TWO HUNDRED THOUSAND DOLLARS! * * *.**

☐ By my hand below I verify that I am the **Steve Priolo** as identified herein thus fully. I have enclosed the required $25.00 report fee for all of the monies and prize directives to me by:

☐ **CHECK** ☐ **CASH** ☐ **MONEY ORDER** **payable to CPC.**

PLEASE SIGN:

AUTHORIZED SIGNATURE: Fred Mehan

CPC-CPA-FM01

Gov't Ex. 362
Page 53 of 62

IS0000337279

**CONSUMER INFORMATION**

CPC IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH CPC IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. CPC IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. CPC USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. CPC IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM CPC, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO CPC, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

CASH & PRIZE ADVISEMENT BNO

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PAPERS
NON-TRANSFERABLE MATTER

# CHECKS SCHEDULED FOR RELEASE

BNO REPORTS DIVISION, MAIN OFFICES · PO BOX 211, OLD BETHPAGE, NY 11804

RE: Available Cash and Awards Win-Opportunity Totaling:

DATE: JANUARY 2, 2015

FOR RELEASE TO:

4 1 ********AUTO**MIXED AADC 335
Steve Priolo
[redacted]
Westbury, NY 11590-1604

**AVAILABLE CASH AND AWARDS WIN-OPPORTUNITY TOTALING:**

**$1,250,000.00**

We are very excited in issuing this formal letter announcement to you directly, **Steve,** in regards to this matter of available sweepstakes prize-payments for which your name has been confirmed on record and registered by **I.D.# 1614030290.**

It is our pleasure to announce that your recent participation to win a major sweepstakes contest has been validated and you have been officially approved as the individual identified to receive the available sweepstakes cash and awards prize-data as detailed in **REPORT OF ENTRANT DIRECTIVES NOW PENDING RELEASE TO YOU IN THE TOTAL $AMOUNT OF *** $1,250,000.00 *** $1.25 MILLION DOLLARS IN PRIZES! ***.**

We hereby extend all best wishes to you on this announcement, **Steve,** and request your direct attention to this matter in order that we may release the entire *** **$1,250,000.00** *** **IN CASH AWARDS PRIZE-OPPORTUNITY** to you without delay.

Please proceed to the enclosed **RECEIVER CERTIFICATE** and indicate by signature that you accept the terms of payment for release of the available cash/prize win opportunity **–AS GUARANTEED TO YOU IN REPORT OF ENTRANT PROCEDURE DIRECTIVES – FOR THE ENTIRE *** $1,250,000.00 *** ONE MILLION TWO HUNDRED FIFTY THOUSAND DOLLARS *** Steve,** and return it along with the required $28.00 report fee in order to initiate delivery.

IMPORTANT: All of the contests and their relevant deadline dates are strictly officiated by third-party contest officials and not BNO. As such, you are strongly advised to return the enclosed RECEIVER AND COMPLETION CERTIFICATE without delay, Steve, or this once-in-a-lifetime opportunity clould be lost to you forever.

Again, we have confirmed that the prize funds are on account for release to winner, **Steve.** This is not a sweepstakes entry form – **YOU ARE 100% CONFIRMED AND APPROVED TO RECEIVE THE ENTIRE *** $1.25 MILLION DOLLARS *** IN CASH AND AWARDS PRIZE-WIN OPPORTUNITY AS DOCUMENTED IN REPORT OF ENTRANT DIRECTIVES** – in full.!

We are now on standby and prepared to finalize this matter to you forwith. It will be our pleasure serving you!

Sincerely,

READY FOR DELIVERY.
10 DAY REPLY REQUESTED.

*1614030290*

BNO-PNK-FM01

**CONSUMER INFORMATION**

BNO IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH BNO IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. BNO IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. BNO USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. BNO IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM BNO, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO BNO, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMAITON MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

IMPORTANT RECEIVER DOCUMENTS
ATTENTION TO INDIVIDUAL
A GUARANTEED PRIZE NOTIFICATION

CASH & PRIZE ADVISEMENT
IDENTIFICATION PRIVATE
NON-TRANSFERABLE MATTER

BNO ADVISEMENT

# AUTHORIZED RECEIVER CERTIFICATE

BNO REPORTS DIVISION, MAIN OFFICES · PO BOX 211, OLD BETHPAGE, NY 11804

FORMAL CANDIDATE DOCUMENT

SIGNATURED REPLY REQUESTED

ISSUED: JANUARY 2, 2015

REGISTERED: 1614030290

AVAILABLE CASH AND AWARDS WIN-OPPORTUNITY TOTALING:

**$1,250,000.00**

Steve Priolo
[redacted]
Westbury, NY 11590-1604

FILED MATTER

## FOR RELEASE

TIME SENSITIVE MATTER. PROMPT ATTENTION & URGENT REPLY REQUESTED.

TO: **Steve Priolo**

ADDRESS: 15 Westwood Dr Apt 9, Westbury, NY 11590-1604

STATUS: **PENDING 10 DAY RECEIVER REPLY**

AMOUNT REPORTED: ***** $1,250,000.00 *****

PROCESSING SECTION

## COMPLETION

COMPLETE & RETURN ENTIRE PAGE

☐ YES, I, **Steve Priolo**, AM CORRECTLY IDENTIFIED. I AM DEFINITELY THE INDIVIDUAL NAMED AND IDENTIFIED HEREIN AS THE ELIGIBLE RECEIVER OF THE AVAILABLE SWEEPSTAKES CASH/PRIZE OPPORTUNITY AS REPORTED TO ME IN LEDGER OF ENTRANT DIRECTIVES NOW PENDING RELEASE AND ISSUANCE TO ME IN THE **$AMOUNT OF *** $1,250,000.00—$ONE MILLION TWO HUNDRED FIFTY THOUSAND DOLLARS! *****

☐ BY MY HAND BELOW I VERIFY THAT I AM THE **Steve Priolo** AS IDENTIFIED HEREIN THUS FULLY.

☐ I HAVE ENCLOSED THE REQUIRED **$28.00** REPORT FEE FOR ALL OF THE MONIES AND PRIZES DIRECTIVES TO ME BY:
☐ CASH ☐ CHECK ☐ MONEY ORDER PAYABLE TO BNO.

PLEASE SIGN: ______________________

AUTHORIZING SIGNATURE:

Sany Kapoor

DIRECTOR, BNO

BNO

READY FOR DELIVERY
10 DAY REPLY REQUESTED

*1614030290*

BNO-PNK-FN01

IS0000337279

Gov't Ex. 362
Page 57 of 62

Gov't Ex. 362
Page 58 of 62

IS0000337279

# AGGREGATE $1,675,000.00 MAJOR MONEY AWARDS

NOTICE IS HEREBY

FINAL

ELIGIBLE AWARDEE:

***************AUTO**MIXED AADC 335
Steve Priolo
[redacted]
Westbury, NY 11590-1604

CLAIM NUMBER:

*21010257*

21010257

STEVE PRIOLO Approved

## ELIGIBLE AWARDEE IS 100% PROOF POSITIVE NOMINATED AS 100% GUARANTEED FEASIBLE CANDIDATE!

BE IT KNOWN TO ALL: STEVE PRIOLO IS IN AAA'S 100% ELIGIBILITY CLASS!

THIS IS NOW FILED AND IRREVOCABLE. THIS DOCUMENT HAS BEEN PREPARED FOR YOUR EYES ONLY, STEVE PRIOLO, AND WE ARE NOW ANXIOUSLY AWAITING THE RETURN OF VERIFICATION FORM ATTACHED. 100% PROOF POSITIVE VERIFIED TO BE AWARDED TOTAL SUM OF $1,675,000.00 GUARANTEED AND CONFIRMED TO BE AWARDED BY INDEPENDENT SPONSORS TO SUCCESSFUL ENTRANTS.

THERE IS NO MISTAKE, VIE FOR $1,675,000.00 IN UNITED STATES DOLLARS WHICH ARE GUARANTEED TO BE AWARDED TO ABEYANT CANDIDATES!

STEVE PRIOLO, THE CLOCK IS RUNNING OUT. IF FOR ANY REASON YOU DO NOT WISH TO HAVE THE $1,675,000.00 MATERIAL SENT TO YOU, YOUR NAME WILL BE STRICKEN FROM THE LIST AND ONE OR MORE OF THE FOLLOWING PEOPLE RECEIVE THE ELIGIBILITY LETTER IN YOUR PLACE ACCORDING TO ENTRANTS LIST;

E. MACY.............................. POTENTIAL ALTERNATE WINNER
J. ALLEN.............................. POTENTIAL ALTERNATE WINNER
T. BUFORD.............................. POTENTIAL ALTERNATE WINNER
H. NEGRON.............................. POTENTIAL ALTERNATE WINNER
D. CHAN.............................. POTENTIAL ALTERNATE WINNER

LEGAL DISCLOSURE FOR RECIPIENTS:

THESE RULES ARE GOVERNED BY THE LAWS PERTAINING TO CASH FUNDS COMPETITIONS. JUST FOLLOW EACH STEP TO RECEIVE YOUR DOCUMENTS STIPULATING AWARDABLE CASH MONIES TO BE 100% PROOF POSITIVE AWARDED BY INDEPENDENT SPONSORS TO SUCCESSFUL VYING CANDIDATES.

PLEASE TAKE NOTE: THERE IS NO QUESTION WHATSOEVER THAT STEVE PRIOLO HAS BEEN RESEARCHED AND IS 100% ELIGIBLE TO WIN! WE HOPE THAT YOU ARE JUSTIFIABLY EXCITED THAT YOU ARE ELIGIBLE TO RECEIVE THE DIRECTIVES THAT CAN BE ISSUED IN YOUR NAME

AAA-BA-FM01

**CONSUMER INFORMATION**

AAA IS A RESEARCH AND REPORTING SERVICE. WE SPECIALIZE IN RESEARCHING SWEEPSTAKES SPONSORED AND CONDUCTED BY CORPORATE ORGANIZATIONS WITH WHICH AAA IS COMPLETELY UNAFFILIATED. WE COMPILE THESE SWEEPSTAKES OPPORTUNITIES IN A REPORT WHICH SETS FORTH ALL NO PURCHASE ENTRY REQUIREMENTS, BASED ON EXISTING FEDERAL, STATE, AND LOCAL REGULATIONS. YOU HAVE NOT WON ANY MONEY OR PRIZE. AAA IS NOT LIABLE FOR ANY ENTRIES MADE OR ATTEMPTED BY READERS OF ITS REPORTS. ALL SWEEPSTAKES RESEARCHED AND REPORTED ARE FREE TO ENTER, AS BASED ON THE INFORMATION SUPPLIED BY THE SPONSORS. AAA USES ALL DUE DILIGENCE TO ACCURATELY REPORT THE ENTRY DETAILS OF EACH SWEEPSTAKES. AAA IS NOT A LOTTERY COMPANY, AND DOES NOT OFFER LOTTERY, CONTEST OR SWEEPSTAKES ENTRIES. THIS PROMOTION MAY BE UNDER DIFFERENT CREATIVE PRESENTATION. VOID WHERE PROHIBITED BY LAW. RESPONDERS WILL BE REFUNDED THEIR PURCHASE PRICE OF OUR REPORT IN FULL IF THEY ARE DISSATISFIED WITH THE REPORT. REFUND CLAIMS MUST BE MADE IN WRITING TO THE ADDRESS ON OR BY USING THE ENCLOSED REPLY ENVELOPE WITHIN 60 DAYS OF PURCHASE. IF YOU DO NOT WISH TO RECEIVE FURTHER MAIL SOLICITATIONS FROM AAA, JUST RETURN THIS ENTIRE LETTER IN THE ENCLOSED ENVELOPE TO AAA, WITH THE LETTERS "DNM" NEXT TO YOUR NAME/ADDRESS AREA. PLEASE BE INFORMED THAT YOUR INFORMATION MAY BE SHARED WITH A THIRD PARTY. BY PAYING FOR YOUR PURCHASE WITH YOUR CHECK, YOU ARE ACCEPTING OUR CHECK ACCEPTANCE POLICY. IN THE UNLIKELY EVENT THAT YOUR CHECK IS RETURNED UNPAID, YOU UNDERSTAND AND AGREE THAT YOUR CHECK MAY BE ELECTRONICALLY REPRESENTED AND WE WILL ALSO COLLECT A RETURNED CHECK PROCESSING CHARGE AS ALLOWED BY STATE LAW. IF YOUR CHECK IS ELECTRONICALLY REPRESENTED, IT WILL NOT BE PROVIDED TO YOU WITH YOUR BANK STATEMENT, BUT A COPY CAN BE RETRIEVED BY CONTACTING YOUR FINANCIAL INSTITUTION. WE ARE COMMITTED TO YOUR PRIVACY AND WE HAVE A PRIVACY POLICY WHICH IS AVAILABLE UPON REQUEST AT THE ADDRESS LISTED ON THE OUTER ENVELOPE. THIS COMMUNICATION IS NOT A SWEEPSTAKES OR AWARD NOTIFICATION AND DOES NOT GUARANTEE THAT YOU WILL WIN ANY SWEEPSTAKES. FOR SPECIFIC ODDS OF WINNING, ELIGIBILITY REQUIREMENTS, END DATES AND OTHER TERMS AND CONDITIONS IN CONNECTION WITH A SWEEPSTAKES, YOU MUST REFER TO THE SPECIFIC RULES FOR THAT SWEEPSTAKES. YOU DO NOT NEED TO PURCHASE THE REPORT TO ENTER ANY SWEEPSTAKES. ALL CUSTOMER SERVICE ISSUES SHOULD BE IN WRITING TO THE ADDRESS ON THE ENCLOSED ENVELOPE.

DO NOT FORGET TO ENCLOSE THE MANDATORY REPORT FEE OF $25.00 AND RETURN IT WITHIN THE NEXT 14 DAYS SO THAT ENTRANT REGISTRATION DEADLINES WILL NOT BE MISSED! THIS IS CRITICALLY IMPORTANT!

AS SOON AS WE RECEIVE YOUR RESPONSE, OUR OFFICE GUARANTEES FULLY THAT YOU WILL BE PROMPTLY NOTIFIED AND SERVED AS TO THE MONIES AND PRIZES IDENTIFIED IN REPORT AND GUARANTEED PAID TO WINNERS BY THE NAMED SPONSORS.

# $1,675,000.00
## AGGREGATE PAYOUTS GUARANTEED!

AAA-BA-FM01

THE SEAL IS OFFICIALLY AFFIXED HERE TO SERVE AS POSITIVE RECORD OF INDIVIDUAL NAMED HEREIN WHO IS **GUARANTEED TO RECEIVE FULL DIRECTIVES CONCERNING $1,675,000.00 IN FUNDING AND MONIES** TO BE POSITIVELY AWARDED TO SUCCESSFUL CANDIDATES. IF YOU RESPOND IMMEDIATELY, WE WILL RUSH YOUR MATERIAL TO YOU AS FAST AS HUMANLY POSSIBLE.

# OFFICIAL RESPONSE FORM

## YES, SEND ME THE $1,675,000.00 FUNDS DIRECTIVES!

**YOU MUST FILL OUT THIS LAST SECTION OF THIS FORM FOR ACCEPTANCE OF REPORT DELIVERY, AND ALL THE CORPORATE BLOCKS AND HOLDS ON YOUR DELIVERY WILL BE IMMEDIATELY RELEASED!**

1) **YOUR ADDRESS FOR IMMEDIATE DELIVERY** IS IN OUR RECORDS AND WILL BE PRECISELY MANDATED, PLEASE IMMEDIATELY CHECK AND SIGN OFF ON YOUR ADDRESS ACCURACY BELOW:

**I HEREBY CERTIFY BY MY SIGNATURE THAT THIS IS AN ACCURATE ADDRESS:**

Steve Priolo
[redacted]
Westbury, NY 11590-1604

X ______________________________

2) CHECK CLAIM MATCH CAREFULLY: DOES THE NUMBER TO THE RIGHT MATCH THE CLAIM NUMBER ON THE FIRST PAGE OF THE LETTER?

21010257

☐ YES ☐ NO

3) PAYMENT METHOD: I HAVE ENCLOSED THE $25.00 REPORT FEE FOR THE DELIVERY DIRECTIVES AS REQUIRED FOR PRIZE DOCUMENT REPORT ISSUANCE.

**I HAVE ENCLOSED:** ☐ CASH ☐ CHECK ☐ MONEY ORDER **MADE PAYABLE TO AAA.**

**SIGNATURE AND RELEASE:**

FOR OFFICIAL USE ONLY - DO NOT WRITE OR MARK IN THIS BOX.

X ______________________________

*21010257*

AAA-BA-FM01

AAA • P.O. BOX 27, PLAINVIEW, NY 11803-0027

Gov't Ex. 362
Page 62 of 62

IS0000337279

**From:** Phil Priolo <Philpriolo8@yahoo.com>
**Subject:** Re: New company
**Sent:** Wednesday, February 24, 2016 2:09:14 PM
**To:** John Greany <john@media-directions.com>

Great

Sent from my iPhone

> On Feb 24, 2016, at 1:54 PM, John Greany <john@media-directions.com> wrote:
>
> Great, I will set the new company name up in my order entry system.
>
> I feel you need 10 pieces to get started so let me work up a final number
> so that you can see what the initial investment is going to cost you.
>
> -----Original Message-----
> From: Phil Priolo [mailto:Philpriolo8@yahoo.com]
> Sent: Wednesday, February 24, 2016 1:38 PM
> To: John Greany <john@media-directions.com>
> Subject: Re: New company
>
> The new company name as far as it looks will be Lucky Group On the
> creative what did we speak about when we spoke last week about this?
> Wasn't it 10 pieces.
>
> Sent from my iPhone
>
>>> On Feb 24, 2016, at 1:08 PM, John Greany <john@media-directions.com>
>> wrote:
>>
>> Hi Phil,
>> That is great news. When you are ready let me know how many pieces
>> you want for the new company.
>>
>> John
>>
>> -----Original Message-----
>> From: Phil Priolo [mailto:Philpriolo8@yahoo.com]
>> Sent: Wednesday, February 24, 2016 1:14 PM
>> To: John Greany <john@media-directions.com>
>> Subject: New company
>>
>> I got the go ahead from Sean and I spoke to Jeff on the new company.
>> He's fine I think he was taken back but what could he say.
>> I explained to him what any person who goes into business it's better
>> to not have to divide up the pie.
>> I'll let you know the name as soon as it's approved Thanks Phil Priolo
>>
>> Sent from my iPhone

GOVERNMENT EXHIBIT
374
2:21-CR-00566

Gov't Ex. 374
Page 1 of 1
SWE-PP-00000274

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for SWEEPSTAKES ADVISORY NETWORK, INC., File Number 991110000851 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.

WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 02, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

GOVERNMENT EXHIBIT
383
2:21-CR-00566

Authentication Number: 100007216686 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

F991110000857

6/23

CERTIFICATE OF INCORPORATION

SWEEPSTAKES ADVISORY NETWORK, INC.

Under Section 402 of the Business Corporation Law.

The undersigned, for the purpose of forming a corporation pursuant to Section 402 of the Business Corporation Law of the State of New York, does hereby certify and set forth:

FIRST: The name of the corporation is SWEEPSTAKES ADVISORY NETWORK, INC.

SECOND: The purposes for which the corporation is formed are:

To engage in any lawful act or activity for which corporations may be organized under the business corporation law, provided that the corporation is not formed to engage in any act or activity which requires the act or approval of any state official, department, board, agency or other body without such approval or consent first being obtained.

To carry on a general mercantile, industrial, investing and trading business in all its branches; to devise, invent, manufacture, fabricate, assemble, install, service, maintain, alter, buy, sell, import, export, license as licensor or licensee, lease as lessor or lessee, distribute, job, enter into, negotiate, execute, acquire, and assign contracts in respect of, acquire, receive, grant, and assign licensing arrangements, options, franchises, and other rights in respect of and generally deal in and with at wholesale and retail, as principal, and as sales, business, special, or general agent, representative, broker, factor, merchant, distributor, jobber, advisor, or in any other lawful capacity, goods, wares, merchandise, commodities, and unimproved, improved, finished, processed and other real, personal and mixed property of any and all kinds, together with the components, resultants, and by-products thereof.

To create, manufacture, contract for, buy, sell, import, export, distribute, job and generally deal in and with, whether at wholesale or retail, and as principal, agent, broker, factor, commission merchant, licensor, licensee or otherwise, any and all kinds of goods, wares, and merchandise, and in connection therewith or independent thereof, to

establish and maintain, by any manner or means, buying offices, distribution centers, specialty and other shops, stores, mail-order establishments, concessions, leased departments, and any and all other departments, sites and locations necessary, convenient or useful in the furtherance of any business of the corporation.

To develop, experiment with, manufacture, fabricate, produce, assemble, buy, lease or otherwise acquire, hold, own, operate, use, install, equip, maintain, service, process, possess, repossess, remodel recondition, transport, import, export, sell, lease or otherwise dispose of and generally to deal in and with any and all kinds of raw materials, products, manufactured articles and products, equipment, machinery, devices, systems, parts, tools and implements, apparatus, and goods, wares, merchandise and tangible property of every kind, used or capable of being used for any purpose whatsoever, and wheresoever located.

To establish, maintain and conduct a general service organization for the purpose of providing sweepstake services of every kind and description. To maintain executive and operating personnel for the purpose of providing sweepstake services of every kind and description. Generally to do everything ordinarily done by those engaged in a similar line of business including owning, buying, selling, renting, leasing and otherwise dealing with and disposing of any and all equipment, materials, supplies and accessories necessary to conduct the foregoing, and to dispose of all real and personal property.

To acquire by purchase, subscription, underwriting or otherwise, and to own, hold for investment, or otherwise, and to use, sell, assign, transfer, mortgage, pledge, exchange or otherwise dispose of real and personal property of every sort and description and wheresoever situated, including shares of stock, bonds, debentures, notes, scrip, securities, evidences of indebtedness, contracts or obligations of any corporation or association, whether domestic or foreign, or of any firm or individual or of the United States or any state, territory or dependency of the United States or any foreign country, or any municipality or local authority within or without the United States, and also to issue in exchange therefor, stocks, bonds or other securities or evidences of indebtedness of this corporation and, while the owner or holder of any such property, to receive, collect and dispose of the interest, dividends and income on or from such property and to possess and exercise in respect thereto all of the rights, powers and privileges of ownership, including all voting powers thereon

To construct, build, purchase, lease or otherwise acquire, equip, hold, own, improve, develop, manage, maintain, control, operate, lease, mortgage, create liens upon, sell, convey or otherwise dispose of and turn to account, any and all plants, machinery, works, implements and things or property, real and personal, of every kind and description, incidental to, connected with, or suitable, necessary or convenient for

any of the purposes enumerated herein, including all or any part or parts of the properties, assets, business and goodwill of any persons, firms, associations or corporations.

The powers, rights and privileges provided in this certificate are not to be deemed to be in limitation of similar, other or additional powers, rights and privileges granted or permitted to a corporation by the Business Corporation Law, it being intended that this corporation shall have all rights, powers and privileges granted or permitted to a corporation by such statute.

THIRD: The office of the corporation is to be located in the County of Nassau, State of New York.

FOURTH: The aggregate number of shares which the corporation shall have the authority to issue is Two Hundred (200), all of which shall be without par value.

FIFTH: The Secretary of State is designated as the agent of the corporation upon whom process against it may be served. The post office address to which the Secretary of State shall mail a copy of any process against the corporation served on him is:

Post Office Box 301
Plainview, New York 11803

SIXTH. The personal liability of directors to the corporation or its shareholders for damages for any breach of duty in such capacity is hereby eliminated except that such personal liability shall not be eliminated if a judgment or other final adjudication adverse to such director establishes that his acts or omissions were in bad faith or involved intentional misconduct or a knowing violation of law or that he personally gained in fact a financial profit or other advantage to which he was not legally entitled or that his acts violated Section 719 of the Business Corporation Law

IN WITNESS WHEREOF, this certificate has been subscribed to this 10th day of November, 1999 by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

GERALD WEINBERG
90 State Street
Albany, New York

4

Gov't Ex. 383
Page 5 of 10

F 991110000851

DRAWDOWN

CERTIFICATE OF INCORPORATION

OF

SWEEPSTAKES ADVISORY NETWORK, INC.

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED NOV 1 0 1999
TAX $ 10-
BY: pal
Nassau

pal-10

Filed by:

Alan Ross, Esq.
525 South Oyster Bay Road
Plainview, New York 11803

5

991110000884

Gov't Ex. 383
Page 6 of 10

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for SWEEPSTAKES ADVISORY NETWORK, INC., File Number 020111000555 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.

WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 02, 2025.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100007216689 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

Gov't Ex. 383
Page 7 of 10

991120111000555

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
Albany, NY 12231

# CERTIFICATE OF DISSOLUTION
# OF

Sweepstakes Advisory Network, Inc.
*(Insert corporate name)*

Under Section 1003 of the Business Corporation Law

FIRST: The present name of the corporation is: Sweepstakes Advisory Network, Inc.
(If the name of the corporation has been changed, the name under which it was formed is:
______________________________________________.)

SECOND: *(must include month, day and year)* The certificate of incorporation was filed by the Department of State on: 11-10-99

THIRD: *(must include number and street)* The name and addresses of each officer and director of the corporation is:

Sean Novis - 71 Eagle Chase - officer
Woodbury, NY 11797

Phil Piciola - P.O. Box 301 - Director
Plainview, NY 11803

FOURTH: The corporation elects to dissolve.

FIFTH: *(check appropriate box)*

☐ The dissolution was authorized at a meeting of shareholders by a vote of two-thirds of all outstanding shares entitled to vote or by the unanimous written consent of the holder(s) of all outstanding shares entitled to vote and the certificate of incorporation does not provide for an alternate manner of authorization.

☒ The dissolution was authorized in the manner required by provisions in the certificate of incorporation.

Document must be signed on reverse side.

DOS 1337 (Rev. 8/98)

Gov't Ex[redacted]3
Page 8 of 10

(Tear here)

555

New York State Department of
Taxation and Finance
Processing and Revenue Management Division
W A Harriman Campus
Albany NY 12227-0001

# Consent to Dissolution of a Corporation

Consent Date: [redacted]

Taxpayer ID: [redacted]

To The Secretary of State:
Pursuant to provisions of Section 1004 of Article 10 of the Business Corporation Law, the Commissioner of Taxation and Finance hereby consents to the dissolution of:

[redacted]

This consent is effective until [redacted]

2

By [redacted]
For the Commissioner of Taxation and Finance

PR-960 (4/96)

Department of State Copy

Gov't Ex. 383
Page 9 of 10

020111000555

This document must be signed by an officer, director, attorney-in-fact or duly authorized person.

X ____________________
(Signature)

Sean Novis
(Type or print name)

Officer
(Title or capacity of signer)

Filed by: Sean Novis
(Name)

35 Tech St
(Mailing address)

Hicksville, NY 11801
(City, State and Zip code)

---

CERTIFICATE OF DISSOLUTION

OF

Under Section 1003 of the Business Corporation Law

---

(For office use only)

STATE OF NEW YORK
DEPARTMENT OF STATE

JAN 11 2002

FILED

3

020111000545

Gov't Ex. [redacted]3
Page 10 of 10

# Transaction and Payment Records

| **Company** (Source Names) | **First Transaction** | **Last Transaction** | **Approximate Number of Transactions** | **Payments to Company** |
|---|---|---|---|---|
| **Winners Circle** (People's United Bank Checking Account #[redacted]4712) | Jan. 2, 2015 | Mar. 27, 2015 | 7,705 | $217,708.39 |
| **Winners Circle** (Empire National Bank Checking Account #[redacted]0411) | Jan. 5, 2015 | Mar. 27, 2015 | 2,997 | $70,455.00 |
| **Winners Circle** (Winners Circle.mdb and WINC.mde)* | Mar. 30, 2015 | Sept. 16, 2016 | 92,156 | $2,177,990.00 |
| **Feel Lucky Group** (Lucky Group.mde) | June 15, 2016 | Sept. 16, 2016 | 5,438 | $117,095.00 |
| **Feel Lucky Group** (Empire National Bank Checking Account #[redacted]0938) | Oct. 3, 2016 | Nov. 30, 2016 | Unknown | $35,781.23 |
| **Winners Circle** (Empire National Bank Checking Account #[redacted]0411) | Oct. 3, 2016 | Dec. 29, 2016 | 132 | $2,988.90 |
| **TOTAL** | | | | **$2,622,018.52** |

*Winners Circle.mdb=Mar. 30, 2015 to Aug. 5, 2015; WINC.mde=Aug. 8, 2015 to Sept. 16, 2016

GOVERNMENT EXHIBIT
393

Gov't Ex. 393
Page 1 of 1

SEAN,

ATTACHED IS A REPORT PIECE... IT WAS PREVIOUSLY NOT SHOWING A NUMBER, IT IS HOWEVER "11800A"

→ "11800B"

[illegible]

SHELLY RECOMMENDED THE NAME S.A.N BE CHANGED... IT IS NOW

S.R.N SWEEPSTAKES REPORTING NETWORK

I will change all of the logos if you agree with the new name... please do let me know... MORE ON THE WAY.

Tom

GOVERNMENT EXHIBIT
401
2:21-CR-00566

Gov't Ex. 401
Page 1 of 20 HZN-SWU-13102414

A01465560

Case: 25-3078, 08/14/2026, DktEntry: 31.1, (113 of 131)

~~P.O. Box 9102~~
~~Bethpage, NY 11714 - 9102~~
P.O. Box 9002
Levittown, NY 11756

RMP OFFICE MATTER

OFFICE OF IMPORTANT MATTERS DELIVERY OF IMPORTANT DOCUMENTS. RECEIVER IDENTIFIED HEREON. DO NOT OPEN UNLESS BEING RECEIVER.

POSTAGE CHARGES HAVE BEEN PAID TO INSURE DELIVERY AS DIRECTED

RECEIVER

IDENTIFICATION CODE

Contents Enclosed- Mailed CONTACT

SECURITY SEALED ENVELOPE. DO NOT OPEN UNLESS AUTHORIZED.

FILED RECEIVER ______

Address ______

City ______ State ______ Zip ______

PLACE CORRECT POSTAGE HERE

EXPECTED MAIL:
THIS MAIL FROM PERSON NAMED HEREON IS EXPECTED AND IN-WAIT FOR.

DIV: IMMEDIATE PROCEEDINGS DEPT.

Bring directly to financial office when received.

-- Expected Important Papers --

PROCEDURE COMPLETION OFFICE

~~P.O. BOX 9102~~
~~BETHPAGE, NY 11714 - 9102~~
P.O. Box 9000
Westbury, NY 11590 -9000

Gov't Ex. 401
Page 2 of 20
HZN-SWU-13102415

Sweepstakes Reporting Division

# COMMITMENT TO CUSTOMER SATISFACTION

SWEEPSTAKES REPORTING NETWORK PRESENTS THIS STATEMENT FOR CUSTOMER SATISFACTION. WE GUARANTEE THE CONTENTS OF THE REPORT TO BE ACCURATE AND TRUTHFUL AS STATED WITHIN.

SWEEPSTAKES REPORTING NETWORK DOES NOT CONDUCT ANY SWEEPSTAKES. SWEEPSTAKES REPORTING NETWORK DOES NOT AWARD MONEY OR PRIZES, NOR DOES SWEEPSTAKES REPORTING NETWORK REPORTS ENTER RESPONDENTS INTO ANY SWEEPSTAKES. SWEEPSTAKES REPORTING NETWORK REPORT RESEARCHES, VERIFIES, AND REPORTS ON PUBLIC PARTICIPATION SWEEPSTAKES OFFERED BY INDEPENDENT SPONSORS. SWEEPSTAKES REPORTING NETWORK IS A PRIVATE REPORTING COMPANY, WHICH PUBLISHES A REPORT ON HOW TO ENTER SWEEPSTAKES THAT ARE OFFERING A CHANCE TO WIN MONIES AND PRIZES. CUSTOMERS RECEIVE A BOUND BOOKLET CONTAINING ACCURATE INFORMATION ON SUCH SWEEPSTAKES AND THE PRIZES NOT YET WON BEING OFFERED TO THE PUBLIC BY THE INDEPENTDENT SPONSORS. THE TOTAL AMOUNT OF PRIZES AND MONIES REPORTED ARE LISTED IN ONE (1) TOTAL FIGURE IN SOLICITATION LETTERS.

YOU ARE RESPONSIBLE TO MAKE ENTRIES INTO THE SWEEPSTAKES LISTED IN THE REPORT SO THAT YOU ARE ELIGIBLE. WE ARE NOT RESPONSIBLE FOR MISTAKES IN THE REPORT FOR ENTRY METHODS OR FOR ILLEGIBLE ENTRIES, TYPOGRAPHICAL ERRORS OR ENTRIES THAT BECOME LOST, MISDIRECTED, DELAYED, DAMAGED OR MUTILATED THROUGH MAILING. THE ENTRANT ASSUMES ALL RESPONSIBILITIES IN ENTERING THEIR OWN SELECTED ENTRIES.

WE MAKE OUR MAILING LIST AVAILABLE TO COMPANIES WHOSE PRODUCTS AND SERVICES MAY BE OF INTEREST TO YOU AS A POTENTIAL CUSTOMER. IF YOU WISH NOT TO HAVE YOUR NAME MADE AVAILABLE, PLEASE COPY YOUR NAME AND MAILING ADDRESS EXACTLY AS SHOWN ON THIS LETTER, OR IF YOU HAVE ANY QUESTIONS PERTAINING TO OUR SERVICES, PLEASE MAIL YOUR REQUESTS TO SWEEPSTAKES REPORTING NETWORK, CUSTOMER SERVICE DEPARTMENT, P.O. BOX 9102, BETHPAGE, NY 11714-9102.

SATISFACTION GUARANTEED OR YOUR FEES WILL BE REFUNDED. YOU MUST WRITE IN WITH YOUR COMPLAINTS AND THEY MUST BE RECEIVED WITHIN 45 DAYS OF YOUR ORDER.

IOR

Gov't Ex. 401
Page 3 of 20

A01465560 HZN-SWU-13102416

SRD

THE OFFICES OF S.R.N.

OFFICE MATTERS FOR REPORT

THIS OFFICE PROVIDES THE ADVISEMENT OF PUBLIC ACCESS SWEEPSTAKES IN WHICH ENTRY OPPORTUNITIES ARE AVAILABLE TO ENTER FOR MONEY AND PRIZES THAT HAVE BEEN REPORTED.

SRD

SPECIAL SERVICES DIV.

LETTER TO:

RECEIVER OF NOTE

SRN

SRD

OFFICE PAPERWORK
LETTER OF NOTIFICATION TO PROSPECT

SRD

S.A.H. OFFICES

OFFICIAL DOCUMENTS SWEEPSTAKES REPORTING NETWORK

Sweepstakes Reporting Division

1180III

Gov't Ex. 401
Page 4 of 20

A01465560

HZN-SWU-13102417

SRD Sweepstakes Reporting Division

AS AN INDEPENDANT FIRM, S.R.N. SWEEPSTAKES REPORTING NETWORK, ARE SPECIALISTS IN REPORTING ON PUBLIC ACCESS SWEEPSTAKES. THE REPORT MAY BE ACQUIRED AND PAID FOR BY PARTICIPANTS WHOM ORDER THE REPORT. S.R.N. DOES NOT SPONSOR SWEEPSTAKES. IN ACQUIRING SUCH INFORMATION WE FURTHER STATE THAT ALL MONEY, AWARDS AND PRIZES AS REPORTED ARE OFFERED AND PAID FOR BY THE NAMED INDIVIDUAL SPONSORS.

THIS IS AN OFFICE OF REPORT DOCUMENT

# PROSPECT RESPONSE

PROVIDED FOR ORDER OF REPORT

Prospect form NUMBER: 01-11

REPORT OFFICE DOCUMENT STAMP
PAPERS DOCUMENT TO BE PROCESSED
ATTENDANT SIGNATURE AFFIXED

BE SURE OF CORRECT SPELLINGS OF NAME & ADDRESS
THIS IS AN ORDER FORM AND IS FILED AND ON PERMANENT RECORD 2001 2002
FILE - RECORDS OFFICE

ORDER COMPLETION PAPERS

DATE

PROSPECT HERE IDENTIFIED

IDENTIFICATION I.D.

REPORT DOCUMENT ACTUAL DOCUMENT AND ACCOMPANYING IDENTIFICATION FILE

SRD

PROSPECT / CANDIDATE

IT IS HERE MADE FINAL:

SEAL OF FILED FOR RECORD INFORMATION

PLACE YOUR SIGNATURE HERE X IDENTIFIED PROSPECT

COMPLETED

HEREUPON IS THE SIGNATURE OF THE HOLDER OF THIS DOCUMENT AND UPON COMPLETING AND RETURNING, THE MONEY AND PRIZE OPPORTUNITIES TO WIN AS REPORTED SHALL BE DELIVERED.

OUT SRD OUT

⑆ 3700456⑆ 000    000629301⑆ 001

WHEN RECEIVED IN OUR OFFICE THIS REQUEST/ORDER SHALL BE IN IMMEDIATE EFFECT

THIS DOCUMENT SHALL BE HELD AS THE RECORD FOR THE INDIVIDUAL'S REQUESTS AS INDICATED HEREON.

OFFICER FOR OFFICIAL S.R.N. MATTERS

SRD

1800B

Gov't Ex. 401
Page 5 of 20

A01465560 HZN-SWU-13102418

THE OFFICES OF S.R.N.
OFFICE MATTERS FOR REPORT

THIS OFFICE PROVIDES THE ADVISEMENT OF PUBLIC ACCESS SWEEPSTAKES IN WHICH ENTRY OPPORTUNITIES ARE AVAILABLE TO ENTER FOR MONEY AND PRIZES THAT HAVE BEEN REPORTED.

SPECIAL SERVICES DIV.

Letter To:
Prospect/Candidate John J. Smith
Nº: 12345678910 -I.D. Issued-

Ellen -

Does this Bug. No - Prospect/Candidate - Jim J. Smith No: ______ To Be Inserted

OK with change → for copy of change 3/27/01

OFFICE PAPERWORK
LETTER OF NOTIFICATION TO PROSPECT

BANK OFFICES

AS AN INDEPENDANT FIRM, S.R.N. SWEEPSTAKES REPORTING NETWORK, ARE SPECIALISTS IN REPORTING ON PUBLIC ACCESS SWEEPSTAKES. THE REPORT MAY BE ACQUIRED AND PAID FOR BY PARTICIPANTS WHOM ORDER THE REPORT. S.R.N. DOES NOT SPONSOR SWEEPSTAKES. IN ACQUIRING SUCH INFORMATION WE FURTHER STATE THAT ALL MONEY, AWARDS AND PRIZES AS REPORTED ARE OFFERED AND PAID FOR BY THE NAMED INDIVIDUAL SPONSORS.

THIS IS AN OFFICE OF REPORT DOCUMENT.

# PROSPECT RESPONSE

PROVIDED FOR ORDER OF REPORT

Prospect form NUMBER: 01

REPORT OFFICE DOCUMENT STAMP

PAPERS DOCUMENT TO BE PROCESSED

ATTENDANT SIGNATURE AFFIXED

BE SURE OF CORRECT SPELLINGS OF NAME & ADDRESS
THIS IS AN ORDER FORM AND IS FILED AND ON PERMANENT RECORD, 2001
FILE NO RECORDS OFFICE

ORDER COMPLETION PAPERS

DATE

PROSPECT HERE IDENTIFIED

IDENTIFICATION I.D.

REPORT DOCUMENT
ACTUAL DOCUMENT
AND ACCOMPANYING
IDENTIFICATION FILE

**PROSPECT / CANDIDATE**

**IT IS HERE MADE FINAL:**

OK
3/27/01

PLACE YOUR SIGNATURE HERE

HEREUPON IS THE SIGNATURE OF THE HOLDER OF THIS DOCUMENT AND UPON COMPLETING AND RETURNING, THE MONEY AND PRIZE OPPORTUNITIES TO WIN AS REPORTED SHALL BE DELIVERED.

⑆ 3700450 000 00062930⑆ 001

WHEN RECEIVED IN OUR OFFICE THIS REQUEST/ORDER SHALL BE IN IMMEDIATE EFFECT

THIS DOCUMENT SHALL BE HELD AS THE RECORD FOR THE INDIVIDUAL'S REQUESTS AS INDICATED HEREON.

Gov't Ex. 401
Page 7 of 20

A01465560 HZN-SWU-13102420

# COMMITMENT TO CUSTOMER SATISFACTION

SWEEPSTAKES REPORTING NETWORK PRESENTS THIS STATEMENT FOR CUSTOMER SATISFACTION. WE GUARANTEE THE CONTENTS OF THE REPORT TO BE ACCURATE AND TRUTHFUL AS STATED WITHIN.

SWEEPSTAKES REPORTING NETWORK DOES NOT CONDUCT ANY SWEEPSTAKES. SWEEPSTAKES REPORTING NETWORK DOES NOT AWARD MONEY OR PRIZES. NOR DOES SWEEPSTAKES REPORTING NETWORK REPORTS ENTER RESPONDENTS INTO ANY SWEEPSTAKES. SWEEPSTAKES REPORTING NETWORK REPORT RESEARCHES, VERIFIES, A [illegible] REPORT NOW PUBLIC PARTICIPATION SWEEPSTAKES OFFERED BY INDEPENDENT SPONSORS. SWEEPSTAKES REPORTING NETWORK IS A PRIVATE REPORTING COMPANY, WHICH PUBLISHES A REPORT ON HOW TO ENTER SWEEPSTAKES THAT ARE OFFERING A CHANCE TO WIN MONIES AND PRIZES. CUSTOMERS RECEIVE A BOUND BOOKLET CONTAINING ACCURATE INFORMATION ON SUCH SWEEPSTAKES AND THE PRIZES NOT YET WON BEING OFFERED TO THE PUBLIC BY THE INDEPENDENT SPONSORS. THE TOTAL AMOUNT OF PRIZES AND MONIES REPORTED ARE LISTED IN ONE [illegible] TOTAL FIGURE IN SOLICITATION LETTERS.

YOU ARE RESPONSIBLE TO MAKE ENTRIES INTO THE SWEEPSTAKES LISTED IN THE REPORT SO THAT YOU ARE ELIGIBLE. WE ARE NOT RESPONSIBLE FOR MISTAKES IN THE REPORT FOR ENTRY METHODS OR FOR ILLEGIBLE ENTRIES, TYPOGRAPHICAL ERRORS OR ENTRIES THAT BECOME LOST, MISDIRECTED, DELAYED, DAMAGED OR MUTILATED THROUGH MAILING. THE ENTRANT ASSUMES ALL RESPONSIBILITIES IN ENTERING THEIR OWN SELECTED ENTRIES.

WE MAKE OUR MAILING LIST AVAILABLE TO COMPANIES WHOSE PRODUCTS AND SERVICES MAY BE OF INTEREST TO YOU AS A POTENTIAL CUSTOMER. IF YOU WISH NOT TO HAVE YOUR NAME MADE AVAILABLE, PLEASE COPY YOUR NAME AND MAILING ADDRESS EXACTLY AS SHOWN ON THIS LETTER, OR IF YOU HAVE ANY QUESTIONS PERTAINING TO OUR SERVICES, PLEASE MAIL YOUR REQUESTS TO: SWEEPSTAKES REPORTING NETWORK, CUSTOMER SERVICE DEPARTMENT, P.O. BOX [illegible] [illegible], NY [illegible]

SATISFACTION GUARANTEED OR YOUR FEES WILL BE REFUNDED. YOU MUST WRITE US WITH YOUR COMPLAINTS AND THEY MUST BE RECEIVED WITHIN [illegible] DAYS OF YOUR ORDER.

[redacted]

Gov't Ex. 401
Page 9 of 20

AS AN INDEPENDANT FIRM, S.R.N. SWEEPSTAKES REPORTING NETWORK, ARE SPECIALISTS IN REPORTING ON PUBLIC ACCESS SWEEPSTAKES. THE REPORT MAY BE ACQUIRED AND PAID FOR BY PARTICIPANTS WHOM ORDER THE REPORT. S.R.N. DOES NOT SPONSOR SWEEPSTAKES. IN ACQUIRING SUCH INFORMATION WE FURTHER STATE THAT ALL MONEY, AWARDS AND PRIZES AS REPORTED ARE OFFERED AND PAID FOR BY THE NAMED INDIVIDUAL SPONSORS.

THIS IS AN OFFICE OF REPORT DOCUMENT

# PROSPECT RESPONSE

PROVIDED FOR ORDER OF REPORT

Prospect form NUMBER:

REPORT OFFICE DOCUMENT STAMP

ATTENDANT SIGNATURE AFFIXED

BE SURE OF CORRECT SPELLINGS OF NAME & ADDRESS
THIS IS AN ORDER FORM AND IS FILED AND ON PERMANENT RECORD. 2001 FILE RECORDS OFFICE

ORDER COMPLETION PAPERS

DATE
01/15/00
To be Filed for Record

PROSPECT HERE IDENTIFIED

JOHN J. SMITH

IDENTIFICATION I.D.

Nº:12345678910

REPORT DOCUMENT ACTUAL DOCUMENT AND ACCOMPANYING IDENTIFICATION FILE

PROSPECT / CANDIDATE

This DOCUMENT TO PROSPECT/CANDIDATE BEING JOHN J. SMITH

shall serve to *CONFIRM* and FILE John as DULY RECOGNIZED PROSPECT established for Issuance of Report on 11/01/00.

[ Registered in our Offices. ]

The Identity and File of John J. Smith has the Identification Record Nº: 12345678910. Official Delivery Procedures following request of delivery to John shall take effect as follows...

John J. Smith
I.D. 12345678910
12345 Smith Street
Smithville, PA 12345

IT IS HERE MADE FINAL:

______ I, John J. Smith, have placed my initials here stating that I am the KNOWN PROSPECT correctly Identified here, My Name and Address are correct and do here request to receive the report and complete instructions to enter to Win the Money and Prizes totalling $2,400,000.00 Dollars as reported through S.R.N. I will be provided the complete participating entrant advisement and instructions and have here enclosed the report fee of $20 with my __check __cash __money order payable to S.R.N. OFFICES.
NOTE: John, please let us know your Phone Number if we need to call:
Area Code( ) - ( ) - ( )
When using a Credit Card, do you feel it is more convenient than carrying all of your spendable cash? Yes__ No__. I do not have a credit card but would like one: Yes___ No___.

Appearing here is The Actual Signature of John J. Smith IDENTIFIED PROSPECT FOR REPORT OF OPPORTUNITIES TO WIN PRIZES AND MONIES IN THE TOTAL OF *** $2,400,000.00 DOLLARS***

PLACE YOUR SIGNATURE HERE ______________________

*** $2,400,000.00 *** Two Million Four Hundred Thousand Dollars * * * * *

HEREUPON IS THE SIGNATURE OF THE HOLDER OF THIS DOCUMENT AND UPON COMPLETING AND RETURNING, THE MONEY AND PRIZE OPPORTUNITIES TO WIN AS REPORTED SHALL BE DELIVERED.

⑆03700045⑆ 000 0006293O⑆ 004⑈ 0

WHEN RECEIVED IN OUR OFFICE THIS REQUEST/ORDER SHALL BE IN IMMEDIATE EFFECT

THIS DOCUMENT SHALL BE HELD AS THE RECORD FOR THE INDIVIDUAL'S REQUESTS AS INDICATED HEREON.

I State as Manager, that the reported Amount of Money and Prize opportunities to enter to Win is the Amount of
--$2,400,000.00 Dollars --

OFFICER FOR OFFICIAL S.R.N. MATTERS

Signed Mngr. Douglas Bahre

Gov't Ex. 401
Page 10 of 20

A01465560

HZN-SWU-13102423

**THE OFFICES OF S.R.N.**

OFFICE MATTERS FOR REPORT

THIS OFFICE IS PROVIDES THE ADVISEMENT OF PUBLIC ACCESS SWEEPSTAKES IN WHICH ENTRY OPPORTUNITIES ARE AVAILABLE TO ENTER FOR MONEY AND PRIZES HAVE BEEN REPORTED.

**SPECIAL SERVICES DIV.**

Letter To:
Prospect/Candidate John J. Smith
Nº: 12345678910 -I.D. Issued-

RECEIVER OF NOTICE

Office Record for:
John J. Smith
12345 Smith Street
Smithville, PA 12345

Letter To: Smith John J.
JJS Nº: 12345678910

Review was completed and
S.A.N.I.Total Amount Reported
-Confirmed - 11/01/00 U - JJS

MATTER AS NOW KNOWN:

[ John J. Smith Holder Of I.D. Nº: 12345678910 ]
Dear John,

This Matter; Letter-Of-Notice, is to inform You of Your--I.D. Nº:12345678910 which is the result of Your recent involvement in a national product promotion in which we received filed information about your participation interests.

Our office handles accurate reporting of available opportunities to compete for MONIES and PRIZES to be entered for as reported in the S.R.N. Report now issuable to You...

[ LETTER OF NOTICE TO: John J. Smith ]
S.R.N. Real Money and Prizes Report, Code No: #12345678910
Total Amount now reported FILED ON/RECORD by S.R.N. - - - $2,400,00.00 Dollars - - -
[ Two Million Four Hundred Thousand Dollars in Public Available Sweepstakes Money and Prizes. ]

We have prepared these report request documents for you John and our office is now preparing the arrangements for delivery at your request for the report of Amount of total sweepstakes Money and Prizes confirmed which you may enter and compete for including the complete and easy directions for each sweepstakes and contest.

Your Address for Delivery is on our Records and is accurately being attended to, please do check our File/Record of your address for delivery: JOHN J. SMITH PROSPECT/CANDIDATE I.D 12345678910
( 12345 Smith Street, in city of Smithville, PA 12345 )

As such, to quickly attend to your request John, we have prepared Your Prospect Response form which is included here and we ask that you complete and return it as soon as possible. There are just a few lines for you to indicate and sign!

Upon doing so, when received in our office, guarantees that you will promptly be proceeded to receive the report listing opportunities to enter a variety of sweepstakes to compete for the Entire Amount of Sweepstakes Monies and Prizes as guaranteed paid to the winners by the named sponsors.

The Amount of Money and Prizes reported are 100% Confirmed and YOU JOHN are IDENTIFIED as RECEIVER of this Letter-Of-Notice for report. As such, when your request is received with the $20 fee, you will be directly advised for full access listing All of The Monies and Prizes. to winners ASpace the Amounts Available to win

Our office reports on public access sweepstakes amounts and prize opportunities to be paid by the individual sponsors and we are an independent reporting firm. All such matters as reported are based on rules and entry regulations stated by the individual sponsors. We carefully attended all details in acquiring participation and entry instructions and are included in the reported. We do not sponsor sweepstakes nor pay prizes. S.R.N. Reporting includes such statement that this is not a sweepstakes or prize notification to insure and inform that the Monies and Prizes are paid directly to winners by the reported sponsors.

In saying Good-Fortune to You John, we are now waiting to complete and follow your directions and request, so please do complete and return your 'Prospect Response Form' as we will attend you directly.

Identification Of Matter:
John J. Smith I.D. Nº: 12345678910
Sweepstakes opportunities Reported in the Total Amount
* * * $2,400,000.00 * * *
in Money and Prizes.

Our Sincerity in attending You,

Douglas Bahre / Administration

OFFICE PAPERWORK
LETTER OF NOTIFICATION TO PROSPECT

S.A.N. OFFICES

OFFICIAL DOCUMENTS SWEEPSTAKES REPORTING NETWORK

1180A

A01465560

Gov't Ex. 401
Page 11 of 20

HZN-SWU-13102424

AS AN INDEPENDENT FIRM, S.R.N. SWEEPSTAKES REPORTING NETWORK, ARE SPECIALISTS IN REPORTING ON PUBLIC ACCESS SWEEPSTAKES. THE REPORT MAY BE ACQUIRED AND PAID FOR BY PARTICIPANTS WHOM ORDER THE REPORT. S.R.N. DOES NOT SPONSOR SWEEPSTAKES. IN ACQUIRING SUCH INFORMATION WE FURTHER STATE THAT ALL MONEY, AWARDS AND PRIZES AS REPORTED ARE OFFERED AND PAID FOR BY THE NAMED INDIVIDUAL SPONSORS.

THIS IS AN OFFICE OF REPORT DOCUMENT

# PROSPECT RESPONSE

PROVIDED FOR ORDER OF REPORT

Prospect form
NUMBER: 01

AMOUNT CONFIRMATION RESEARCHER
FILED ON RECORD — DOCUMENT IS REGISTERED
RESEARCHER SIGNATURE AFFIXED

BE SURE OF CORRECT SPELLINGS OF NAME & ADDRESS
THIS IS AN ORDER FORM AND IS FILED AND ON PERMANENT RECORD. 2001 FILE AND RECORDS OFFICE

ORDER COMPLETION PAPERS

DATE
7/10/00
To be Filed for Record

PROSPECT HERE IDENTIFIED
JOHN J. SMITH

IDENTIFICATION I.D.
Nº:12345678910

REPORT DOCUMENT
ACTUAL DOCUMENT AND ACCOMPANYING IDENTIFICATION FILE

PROSPECT / CANDIDATE

This DOCUMENT TO PROSPECT/CANDIDATE BEING JOHN J. SMITH

shall serve to "CONFIRM" and FILE John as DULY RECOGNIZED PROSPECT established for Issuance of Report on 11/01/00.

[ Registered in our Offices. ]

The Identity and File of John J. Smith has the Identification Record Nº: 123456910 . Official Delivery Procedures following request of delivery to John shall take effect as follows...

John J. Smith
I.D. 12345678910
12345 Smith Street
Smithville, PA 12345

IT IS HERE MADE FINAL:

__________I, John J. Smith, have placed my Initials here stating that I am the KNOWN PROSPECT correctly Identified here, My Name and Address are correct and do here request to receive the report and complete instructions to enter to Win the Money and Prizes totalling $2,400,000.00 Dollars as reported through S.R.N.I. I will be provided the complete participating entrant advisement and instructions and have here enclosed the report fee of $20 with my__check ___cash __money order payable to S.R.N. OFFICES.
NOTE: John, please let us know your Phone Number if we need to call:
Area Code[ ] - [ ] - [ ]
When using a Credit Card, do you feel it is more convenient than carrying all of your spendable cash? Yes__ No__. I do not have a credit card but would like one: Yes___ No___.

Appearing here is The Actual Signature of John J. Smith IDENTIFIED PROSPECT FOR REPORT OF OPPORTUNITIES (FOR) to win PRIZES AND MONIES IN THE TOTAL OF *** $2,400,000.00 DOLLARS**

PLACE YOUR SIGNATURE HERE ____________________

ENTIRE PAGE

$2,400,000.00 *** Two Million Four Hundred Thousand Dollars * * * * *

HEREUPON IS THE SIGNATURE OF THE HOLDER OF THIS DOCUMENT AND UPON COMPLETING AND RETURNING, THE MONEY AND PRIZES REPORT SHALL BE DELIVERED.

Report of opp to enter to win

⑆0370045⑆ 000 0006 2930⑆ 001⑈ 0

Sweeps from

WHEN RECEIVED IN OUR OFFICE THIS REQUEST/ORDER SHALL BE IN IMMEDIATE EFFECT

to win

THE APPOINTED SIGNATURES FOR S.R.N. MUST APPEAR HEREON AND SHALL BE FULLY REGISTERED WITH THIS CERTIFICATION AS PROVIDED FOR THE PERSON NOW IDENTIFIED. FILED

OFFICER FOR OFFICIAL S.R.N. MATTERS

I State as Manager that the reported Amount of Money and Prizes to be entered of --$2,400,000.00 Dollars -- is accurate and In-Full.

Signed Mngr. Douglas Bahre

1150A

Gov't Ex. 401
Page 12 of 20

A01465560 HZN-SWU-13102425

**THE OFFICES OF S.R.N.**

OFFICE MATTERS FOR REPORT

THIS OFFICE IS PROVIDES THE ADVISEMENT OF PUBLIC ACCESS SWEEPSTAKES IN WHICH ENTRY OPPORTUNITIES ARE AVAILABLE TO ENTER FOR MONEY AND PRIZES HAVE BEEN REPORTED.

## SPECIAL SERVICES DIV.

Letter To:
Prospect/Candidate John J. Smith
Nº: 12345678910 -I.D. Issued-

**RECEIVER**

Office Record for:
John J. Smith
12345 Smith Street
Smithville, PA 12345

Letter To: Smith John J.
JJS Nº: 12345678910

Review was completed and
S.A.N.I.Total Amount Reported
-Confirmed - 11/01/00 U - JJS

MATTER AS NOW KNOWN:

[ John J. Smith Holder Of I.D. Nº: 12345678910 ]

Dear John,

This Matter; Letter-Of-Notice, is to inform You of Your--I.D. Nº:12345678910 which is the result of Your recent involvement in a national product promotion in which we received filed information about your participation interests.

Our office handles accurate reporting of available opportunities to compete for MONIES and PRIZES to be entered for as reported in the S.R.N. Report now issuable to You...

[ LETTER OF NOTICE TO: John J. Smith ]
S.R.N. Real Money and Prizes Report, Code No: #12345678910
Total Amount now reported FILED ON/RECORD by S.R.N. ..... $2,400,00,00 Dollars .....
[ Two Million Four Hundred Thousand Dollars in Public Available Sweepstakes Money and Prizes. ]

We have prepared these report request documents for you John and our office is now preparing the arrangements for delivery at your request for the report of Amount of total sweepstakes Money and Prizes confirmed which you may enter and compete for including the complete and easy directions for each sweepstakes and contest.

Your Address for Delivery is on our Records and is accurately being attended to, please do check our File/Record of your address for delivery: JOHN J. SMITH PROSPECT/CANDIDATE I.D 12345678910
[ 12345 Smith Street, in city of Smithville, PA 12345 ]

As such, to quickly attend to your request John, we have prepared Your Prospect Response form which is included here and we ask that you complete and return it as soon as possible. There are just a few lines for you to indicate and sign.

Upon doing so, when received in our office, guarantees that you will promptly be proceeded to receive the report listing opportunities to enter a variety of sweepstakes to compete for the Entire Amount of Sweepstakes Monies and Prizes as guaranteed paid to the winners by the named sponsors.

The Amount of Money and Prizes reported are 100% Confirmed and YOU JOHN are IDENTIFIED as RECEIVER of this Letter-Of-Notice for report. As such, when your request is received with the $20 fee, you will be directly advised for fullaccess listing All of The Monies and Prizes.

Our office reports on public access sweepstakes amounts and prize opportunities to be paid by the individual sponsors and we are an independant reporting firm. All such matters as reported are based on rules and entry regulations stated by the individual sponsors. We carefully attentend all details in acquiring participation and entry instructions and are included in the reported . We do not sponsor sweepstakes nor pay prizes. S.R.N. Reporting includes such statement that this is not a sweepstakes or prize notification to insure and inform that the Monies and Prizes are paid directly to winners by the reported sponsors.

In saying Good-Fortune to You John, we are now waiting to complete and follow your directions and request, so please do complete and return your 'Prospect Response Form' as we will attend you directly.

Identification Of Matter:
John J. Smith I.D. Nº: 12345678910
Sweepstakes opportunities Reported in the Total Amount
* * * $2,400,000.00 * * *
in Money and Prizes.

Our Sincerity in attending You,

Douglas Bahre / Administration

OFFICE PAPERWORK
LETTER OF NOTIFICATION TO PROSPECT

OFFICIAL DOCUMENTS SWEEPSTAKES REPORTING NETWORK

AS AN INDEPENDANT FIRM, S.R.N. SWEEPSTAKES REPORTING NETWORK, ARE SPECIALISTS IN REPORTING ON PUBLIC ACCESS SWEEPSTAKES. THE REPORT MAY BE ACQUIRED AND PAID FOR BY PARTICIPANTS WHOM ORDER THE REPORT. S.R.N. DOES NOT SPONSOR SWEEPSTAKES. IN ACQUIRING SUCH INFORMATION WE FURTHER STATE THAT ALL MONEY, AWARDS AND PRIZES AS REPORTED ARE OFFERED AND PAID FOR BY THE NAMED INDIVIDUAL SPONSORS.

THIS IS AN OFFICE OF REPORT DOCUMENT.

# PROSPECT RESPONSE

PROVIDED FOR ORDER OF REPORT

Prospect form NUMBER.

AMOUNT CONFIRMATION RESEARCHER

FILED ON RECORD — DOCUMENT IS REGISTERED

RESEARCHER SIGNATURE AFFIXED

BE SURE OF CORRECT SPELLINGS OF NAME & ADDRESS
THIS IS AN ORDER FORM AND IS FILED AND ON PERMANENT RECORD. 2001 FILE AND RECORDS OFFICE

ORDER COMPLETION PAPERS

DATE

7/10/00
To be Filed for Record

PROSPECT HERE IDENTIFIED

JOHN J. SMITH

IDENTIFICATION I.D.

Nº:12345678910

REPORT DOCUMENT
ACTUAL DOCUMENT
AND ACCOMPANYING
IDENTIFICATION FILE

## PROSPECT / CANDIDATE

This DOCUMENT TO PROSPECT/CANDIDATE BEING JOHN J. SMITH

shall serve to *CONFIRM* and FILE John as DULY RECOGNIZED PROSPECT established for Issuance of Report on 11/01/00.

[ Registered in our Offices. ]

The Identity and File of John J. Smith has the Identification Record Nº: 12345678910. Official Delivery Procedures following request of delivery to John shall take effect as follows...

John J. Smith
I.D. 12345678910
12345 Smith Street
Smithville, PA 12345

## IT IS HERE MADE FINAL:

_________ I, John J. Smith, have placed my Initials here stating that I am the KNOWN PROSPECT correctly Identified here, My Name and Address are correct and do here request to receive the report and complete instructions to enter to Win the Money and Prizes totalling $2,400,000.00 Dollars as reported through S.A.N.I. I will be provided the complete participating entrant advisement and instructions and have here enclosed the report fee of $20 with my__check __cash __money order payable to S.R.N. OFFICES.
NOTE: John, please let us know your Phone Number if we need to call:
Area Code[ ] - [ ]- [ ]
When using a Credit Card, do you feel it is more convenient than carrying all of your spendable cash? Yes__ No__. I do not have a credit card but would like one: Yes___ No___.

Appearing here is The Actual Signature of John J. Smith IDENTIFIED PROSPECT FOR REPORT OF OPPORTUNITIES FOR PRIZES AND MONIES IN THE TOTAL OF *** $2,400,000.00 DOLLARS***

PLACE YOUR SIGNATURE HERE ____________________

*** $2,400,000.00 *** Two Million Four Hundred Thousand Dollars * * * * *

HEREUPON IS THE SIGNATURE OF THE HOLDER OF THIS DOCUMENT AND UPON COMPLETING AND RETURNING, THE MONEY AND PRIZES REPORT SHALL BE DELIVERED.

⑆03700454⑆ 000 00062930⑈ 001⑈ 0

WHEN RECEIVED IN OUR OFFICE THIS REQUEST/ORDER SHALL BE IN IMMEDIATE EFFECT

THE APPOINTED SIGNATURES FOR S.R.N. MUST APPEAR HEREON AND SHALL BE FULLY REGISTERED WITH THIS CERTIFICATION AS PROVIDED FOR THE PERSON NOW IDENTIFIED. FILED

I State as Manager, that the reported Amount of Money and Prizes to be entered of --$2,400,000.00 Dollars -- is accurate and In-Full.

OFFICER FOR OFFICIAL S.R.N. MATTERS

Signed Mngr. Douglas Bahre

Gov't Ex. 401
Page 14 of 20

A01465560 HZN-SWU-13102427

[redacted]

[redacted]

THE OFFICES OF S.A.N.I. — opportunities for

OFFICE MATTERS ~~FOR REPORT~~

THIS OFFICE IS PROVIDES THE ADVISEMENT OF PUBLIC ACCESS SWEEP-STAKES IN WHICH AVAILABLE MONEY AND PRIZES HAVE BEEN REPORTED.

**SPECIAL SERVICES DIV.**

Letter To:
Prospect/Candidate John J. Smith
Nº: 12345678910 -I.D. Issued-

Office Record for:
John J. Smith
12345 Smith Street
Smithville, PA 12345

RECEIVER OF NOTICE

Letter To: Smith John J.
JJS Nº: 12345678910

Review was completed and
S.A.N.I.Total Amount Reported
-Confirmed - 11/01/00 U - JJS

MATTER AS NOW KNOWN:

[ John J. Smith Holder Of I.D. Nº: 12345678910 ]

Dear John,

This Matter, Letter-Of-Notice, is to inform You of Your--I.D. Nº:12345678910 which will now receive special attention as a result of Your recent involvement in a national product promotion in which we received filed information about your participation interests.

sweepstakes opportunities

Our office handles Special Matters in reporting available MONIES and PRIZES to be entered for as reported in the S.A.N.I. ~~Report now issuable to You.~~

[ LETTER OF NOTICE TO: John J. Smith ]

S.A.N.I. Real Money and Prizes Report, Code No: #12345678910

Total Amount now reported FILED ON/RECORD by R.M.& P. - - - $2,400,00.00 Dollars - - -

[ Two Million Four Hundred Thousand Dollars in Public Available Sweepstakes Money and Prizes. ]

OPP to enter & compete for

We have prepared these report request documents for you John and our office is now preparing the arrangements for delivery at your request for the report of Amount of total sweepstakes Money and Prizes confirmed including the complete and easy directions for entry into each sweepstakes and contest.

Your Address for Delivery is on our Records and is accurately being attended to, please do check our File/Record of your address for delivery: JOHN J. SMITH PROSPECT/CANDIDATE I.D 12345678910
[ 12345 Smith Street, in city of Smithville, PA 12345 ]

As such, to quickly attend to your request John, we have prepared Your Prospect Response form which is included here and we ask that you complete and return it as soon as possible. There are just a few lines for you to indicate and sign.

Upon doing so, when received in our office, guarantees that you will promptly proceeded receive the report ~~for~~ the Entire Amount of Sweepstakes Monies and Prizes as guaranteed paid to the winners by the named sponsors.

listing OPP to enter a variety of sweeps to compete

The Amount of Money and Prizes reported are 100% Confirmed and YOU JOHN are IDENTIFIED as RECEIVER of this Letter-Of-Notice for report. As such, when your request is received with the $20 fee, you will be directly advised for full access to the All of The Monies and Prizes.

Opportunity sweeps listing

Our office reports on public access sweepstakes amounts and prizes to be paid by the individual sponsors and we are an independant reporting firm. All such matters as reported are based on rules and entry regulations stated by the individual sponsors. We carefully attended all details in acquiring participation and entry instructions and are included in the reported. We do not sponsor sweepstakes nor pay prizes. S.A.N.I. Reporting includes such statement that this is not a sweep-stakes or prize notification to insure and inform that the Monies and Prizes are paid directly to winners by the reported sponsors.

In ~~saying~~ Good-Fortune to You John, we are now waiting to complete and follow your directions and request. So please do complete and return your 'Prospect Response Form' as we will attend you immediately.

OPP

Identification Of Matter:
John J. Smith, I.D. Nº: 12345678910
Sweepstakes Reported in the Total Amount
* * * $2,400,000.00 * * *
in Money and Prizes.

Our Sincerity in attending You,

Douglas Bahre / Administration

OFFICE PAPERWORK
LETTER OF NOTIFICATION TO PROSPECT

SRN 11800

S.A.N.I. OFFICES

OFFICIAL DOCUMENTS SWEEPSTAKES ADVISORY NETWORK INC.

Gov't Ex. 401
Page 17 of 20

A01465560 HZN-SWU-13102430

OPP

AS AN INDEPENDANT FIRM, S.A.N.I. SWEEPSTAKES ADVISORY NETWORK, ARE SPECIALISTS IN REPORTING ON PUBLIC ACCESS SWEEPSTAKES. THE REPORT MAY BE ACQUIRED AND PAID FOR BY PARTICIPANTS WHOM ORDER THE REPORT. S.A.N.I. DOES NOT SPONSOR SWEEPSTAKES. IN ACQUIRING SUCH INFORMATION WE FURTHER STATE THAT ALL MONEY, AWARDS AND PRIZES AS REPORTED ARE OFFERED AND PAID FOR BY THE NAMED INDIVIDUAL SPONSORS.

THIS IS AN OFFICE OF REPORT DOCUMENT.

# PROSPECT RESPONSE

PROVIDED FOR ORDER OF REPORT

Prospect form NUMBER: 01-.

AMOUNT CONFIRMATION RESEARCHER

BE SURE OF CORRECT SPELLINGS OF NAME & ADDRESS
THIS IS AN ORDER FORM AND IS FILED AND ON PERMANENT RECORD 2000 FILE RECORDS OFFICE

ORDER COMPLETION PAPERS

DATE
7/10/00
To be Filed for Record

PROSPECT HERE IDENTIFIED
JOHN J. SMITH

IDENTIFICATION I.D.
Nº: 12345678910

REPORT DOCUMENT
ACTUAL DOCUMENT
AND ACCOMPANYING
IDENTIFICATION FILE

## PROSPECT / CANDIDATE

This DOCUMENT TO PROSPECT/CANDIDATE BEING JOHN J. SMITH

shall serve to "CONFIRM" and FILE John as DULY RECOGNIZED PROSPECT established for issuance of Report on 11/01/00.

( Registered in our Offices. )

The Identity and File of John J. Smith has the Identification Record Nº: 12345678910. Official Delivery Procedures following request of delivery to John shall take effect as follows...

John J. Smith
I.D. 12345678910
12345 Smith Street
Smithville, PA 12345

## IT IS HERE MADE FINAL:

_________ I, John J. Smith, have placed my Initials here stating that I am the KNOWN PROSPECT correctly Identified here. My Name and Address are correct and do here request to receive the report and complete instructions to Win the Money and Prizes totalling $2,400,000.00 Dollars as reported through S.A.N.I. I will be provided the complete participating entrant advisement and instructions and have here enclosed the report fee of $20 with my __check __cash __money order payable to S.A.N.I. OFFICES.
NOTE: John, please let us know your Phone Number if we need to call:
Area Code( ) - ( ) - ( )
When using a Credit Card, do you feel it is more convenient than carrying all of your spendable cash? Yes__ No__. I do not have a credit card but would like one: Yes___ No___.

Appearing here is The Actual Signature of John J. Smith IDENTIFIED PROSPECT FOR PRIZES AND MONIES IN THE TOTAL OF *** $2,400,000.00 DOLLARS***

report of OPP

PLACE YOUR SIGNATURE HERE

WITH CERTIFICATION PAGE

***$2,400,000.00 *** Two Million Four Hundred Thousand Dollars * * * * *

HEREUPON IS THE SIGNATURE OF THE HOLDER OF THIS DOCUMENT AND UPON COMPLETING AND RETURNING, THE MONEY AND PRIZES REPORT SHALL BE DELIVERED.

⑆03700450⑆ 000 0006293004 001⑈ 0

WHEN RECEIVED IN OUR OFFICE THIS REQUEST/ORDER SHALL BE IN IMMEDIATE EFFECT

win opp to ...

THE APPOINTED SIGNATURES FOR S.A.N.I. MUST APPEAR HEREON AND SHALL BE FULLY REGISTERED WITH THIS CERTIFICATION AS PROVIDED FOR THE PERSON NOW IDENTIFIED. FILED

I State as Manager of Amount Assessments that the reported Amount of Money and Prizes of --$2,400,000.00 Dollars -- is accurate and In-Full.

Mary Clark
OFFICER FOR OFFICIAL S.A.N.I. MATTERS

Douglas Bahre
Signed Mngr. Douglas Bahre

Gov't Ex. 401
Page 18 of 20

A01465560

HZN-SWU-13102431

**THE OFFICES OF S.A.N.I.**

OFFICE MATTERS FOR REPORT

THIS OFFICE IS PROVIDES THE ADVISEMENT OF PUBLIC ACCESS SWEEP-
STAKES IN WHICH AVAILABLE MONEY AND PRIZES HAVE BEEN REPORTED.

SEAN,
ATTACHED IS A
NEW SANI OFFER.
I'LL BE SENDING
NEW PIECES THROUGH
THE NEXT FEW
DAYS AS WELL AS
ANY REMAINING
EDITS. THANKS,
TOM

**SPECIAL SERVICES DIV.**

LETTER TO:
ospect/Candidate John J. Smith
№: 12345678910 -I.D. Issued-

RECEIVER OF NOTICE

Letter To: Smith John J.
JJS №: 12345678910

Review was completed and
S.A.N.I.Total Amount Reported
-Confirmed - 11/01/09 U - JJS

[ John J. Smith . №: 12345678910 ]

Dear John,

This Matter; Letter-Of-Notice, is to inform You of Your--I.D. №:12345678910 which will now receive special attention as a result of Your recent involvement in a national product promotion in which we received filed information about your participation interests. I

Our office handles Special Matters in reporting available MONIES and PRIZES to be entered for as reported in the S.A.N.I. Report now issuable to You...

[ LETTER OF NOTICE TO: John J. Smith ]
S.A.N.I. Real Money and Prizes Report. Code No: #12345678910
Total Amount now reported FILED ON/RECORD by R.M.& P. - - - $2,400,00.00 Dollars - - -
[ Two Million Four Hundred Thousand Dollars in Public Available Sweepstakes Money and Prizes. ]

We have prepared these report request documents for you John and our office is now preparing the arrangements for delivery at your request for the report of Amount of total sweepstakes Money and Prizes confirmed including the complete and easy directions for entry into each sweepstakes and contest.

Your Address for Delivery is on our Records and is accurately being attended to, please do check our File/Record of your address for delivery: JOHN J. SMITH PROSPECT/CANDIDATE I.D 12345678910
[ 12345 Smith Street, in city of Smithville, PA 12345 ]

As such, to quickly attend to your request John, we have prepared Your Prospect Response form which is included here and we ask that you complete and return it as soon as possible. There are just a few lines for you to indicate and sign.

Upon doing so, when received in our office, guarantees that you will promptly proceeded receive the report for the Entire Amount of Sweepstakes Monies and Prizes as guaranteed paid to the winners by the named sponsors.

The Amount of Money and Prizes reported are 100% Confirmed and YOU JOHN are IDENTIFIED as RECEIVER of this Letter-Of-Notice for report. As such, when your request is received with the '20 fee, you will be directly advised for fullaccess to the All of The Monies and Prizes.

Our office reports on public access sweepstakes amounts and prizes to be paid by the individual sponsors and we are an independant reporting firm. All such matters as reported are based on rules and entry regulations stated by the individual sponsors. We carefully attentend all details in acquiring participation and entry instructions and are included in the reported . We do not sponsor sweepstakes nor pay prizes. S.A.N.I. Reporting includes such statement that this is not a sweep-stakes or prize notification to insure and inform that the Monies and Prizes are paid directly to winner by the reported sponsors.

In saying Good-Fortune to You John, we are now waiting to complete and follow your directions and request, so please do complete and return your 'Prospect Response Form' as we will attend you imme-diately.

Identification Of Matter:
John J. Smith I.D. №: 12345678910
Sweepstakes Reported in the Total Amount
* * * $2,400,000.00 * * *
in Money and Prizes.

Our Sincerity in attending You,

Douglas Bahre / Administration

OFFICE PAPERWORK
LETTER OF NOTIFICATION TO PROSPECT

OFFICIAL DOCUMENTS SWEEPSTAKES ADVISORY NETWORK INC.

Gov't Ex. 401
Page 19 of 20

A01465560

HZN-SWU-13102432

AS AN INDEPENDANT FIRM, S.A.N.I. SWEEPSTAKES ADVISORY NETWORK, ARE SPECIALISTS IN REPORTING ON PUBLIC ACCESS SWEEPSTAKES. THE REPORT MAY BE ACQUIRED AND PAID FOR BY PARTICIPANTS WHOM ORDER THE REPORT. S.A.N.I. DOES NOT SPONSOR SWEEPSTAKES. IN ACQUIRING SUCH INFORMATION WE FURTHER STATE THAT ALL MONEY, AWARDS AND PRIZES AS REPORTED ARE OFFERED AND PAID FOR BY THE NAMED INDIVIDUAL SPONSORS.

THIS IS AN OFFICE OF REPORT DOCUMENT.

# PROSPECT RESPONSE

PROVIDED FOR ORDER OF REPORT

ORDER COMPLETION PAPERS

Prospect form NUMBER

AMOUNT CONFIRMATION RESEARCHER

FILED ON RECORD — DOCUMENT IS REGISTERED

RESEARCHER SIGNATURE AFFIXED

BE SURE OF CORRECT SPELLINGS OF NAME & ADDRESS
THIS IS AN ORDER FORM AND IS FILED AND ON PERMANENT RECORD. 2000 FILE RECORDS OFFICE

DATE

7/10/00
To be Filed for Record

PROSPECT HERE IDENTIFIED

JOHN J. SMITH

IDENTIFICATION I.D.

Nº:12345678910

REPORT DOCUMENT
ACTUAL DOCUMENT
AND ACCOMPANYING
IDENTIFICATION FILE

PROSPECT / CANDIDATE

This DOCUMENT TO PROSPECT/CANDIDATE BEING JOHN J. SMITH

shall serve to *CONFIRM* and FILE John as DULY RECOGNIZED PROSPECT established for Issuance of Report on 11/01/00.

( Registered in our Offices. )

The Identity and File of John J. Smith has the Identification Record Nº: 123456910 . Official Delivery Procedures following request of delivery to John shall take effect as follows...

John J. Smith
I.D. 12345678910
12345 Smith Street
Smithville, PA 12345

IT IS HERE MADE FINAL:

_________I, John J. Smith, have placed my Initials here stating that I am the KNOWN PROSPECT correctly Identified here. My Name and Address are correct and do here request to receive the report and complete instructions to Win the Money and Prizes totaling $2,400,000.00 Dollars as reported through S.A.N.I. I will be provided the complete participating entrant advisement and instructions and have here enclosed the report fee of $20 with my__check __cash __money order payable to S.A.N.I. OFFICES.
NOTE: John, please let us know your Phone Number if we need to call:
Area Code( ) - ( ) - ( )
When using a Credit Card, do you feel it is more convenient than carrying all of your spendable cash? Yes__ No__. I do not have a credit card but would like one: Yes___ No___.

Appearing here is The Actual Signature of John J. Smith IDENTIFIED PROSPECT FOR PRIZES AND MONIES IN THE TOTAL OF *** $2,400,000.00 DOLLARS***

PLACE YOUR SIGNATURE HERE __________

***$2,400,000.00 *** Two Million Four Hundred Thousand Dollars * * * * *

HEREUPON IS THE SIGNATURE OF THE HOLDER OF THIS DOCUMENT AND UPON COMPLETING AND RETURNING, THE MONEY AND PRIZES REPORT SHALL BE DELIVERED.

⑆03700456⑆ 000 0006 2330⑆ 001⑈ 0

WHEN RECEIVED IN OUR OFFICE THIS REQUEST/ORDER SHALL BE IN IMMEDIATE EFFECT

THE APPOINTED SIGNATURES FOR S.A.N.I. MUST APPEAR HEREON AND SHALL BE FULLY REGISTERED WITH THIS CERTIFICATION AS PROVIDED FOR THE PERSON NOW IDENTIFIED. FILED

OFFICER FOR OFFICIAL S.A.N.I. MATTERS

I State as Manager of Amount Assessments, that the reported Amount of Money and Prizes of --$2,400,000.00 Dollars -- is accurate and In-Full.

Signed Mngr. Douglas Bahre

Gov't Ex. 401
Page 20 of 20

A01465560 HZN-SWU-13102433